# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

August 23, 2005

VIA E-FILING

Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

Dear Dr. Dalleo:

    Re:    <u>Ampex Corporation v. Eastman Kodak Company</u>

Dear Dr. Dalleo:

    Enclosed for filing in the above-referenced case are the following papers from the ITC proceeding, Investigation No. 337-TA-527:

    (i) Order No. 32: Initial Determination Granting Complainant's Motion To Withdraw The Complaint And Terminate Investigation, dated August 5, 2005; and

    (ii) Notice Of Commission Decision Not To Review An Initial Determination Terminating The Investigation, dated August 23, 2005.

    Pursuant to the December 7, 2004 Stipulated Motion For A Stay And To Extend The Time For Defendants To Respond To The Amended Complaint in this action (D.I. 29), the stay is now lifted and defendants have until September 22 to move, answer or otherwise respond.

Respectfully,

*Julia Heaney*
Julia Heaney

JH/bg
Enclosures
cc:    Frederick L. Cottrell, III, Esquire (By Hand)
        Thomas Lee Halkowski, Esquire (By Hand)
        Norman H. Beamer (By Facsimile)

480075