ATTACHMENT 1

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## Washington, D.C.

### Before the Honorable Robert L. Barton, Jr.
### Administrative Law Judge

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN DIGITAL IMAGE STORAGE AND RETRIEVAL DEVICES** | **Inv. No. 337-TA-527** |

### ORDER NO. 32: INITIAL DETERMINATION GRANTING COMPLAINANT'S MOTION TO WITHDRAW THE COMPLAINT AND TERMINATE INVESTIGATION
#### (August 5, 2005)

On July 29, 2005, Complainant Ampex Corporation ("Ampex") moved (527-034) to withdraw its complaint and terminate the investigation as to all named Respondents. On August 1, 2005, the Commission Investigative Staff ("Staff") filed a response in support of the motion. In their August 4, 2005 response, Respondents Eastman Kodak Company and Altek Corporation (collectively "Respondents") state that they do not oppose the motion. Respondents assert that the complaint should have been withdrawn six months ago.

According to Ampex's motion, it has "decided to pursue its remedies in pending district court litigation." Ampex Motion at 5. Ampex further states that "the recent disqualification of Ampex's expert may place an additional burden on Ampex to proceed in this forum." *Id.* In Order No. 31, issued August 3, 2005, the procedural schedule in this investigation was suspended pending a resolution of the motion to withdraw the complaint and terminate the investigation. *See* Order No. 31 (August 3, 2005).

The Commission has stated that "in the absence of extraordinary circumstances, termination

1

of the investigation will be readily granted to a complainant during the prehearing stage of an investigation." *Certain Ultrafiltration Membrane Systems, and Components Thereof, Including Ultrafiltration Membranes*, Inv. No. 337-TA-107, Commission Action and Order at 2 (March 11, 1982); *see also* Certain Plasma Display Panels and Products Containing Same, Inv. No. 337-TA-445, Order No. 26 (July 10, 2001) (unreviewed initial determination) (terminating investigation based on withdrawal of the complaint); *Certain Semiconductor Light Emitting Devices, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-444, Order No.
7 (June 27, 2001) (unreviewed initial determination) (same).

Although discovery has been completed and hearing exhibits have been exchanged, an evidentiary hearing has not been held, and Respondents have not filed a motion for summary determination.

There being no opposition to the granting of the motion, and there being no public interest concerns or other extraordinary circumstances against it, the motion is granted. Accordingly, Motion No. 527-034 is granted without prejudice, and this investigation is terminated as to all Respondents..

Pursuant to 19 C.F.R. § 210.42(h), this Initial Determination shall become the determination of the Commission within thirty days unless a party files a petition for review pursuant to 19 C.F.R. § 210.43(a) or the Commission, pursuant to 19 C.F.R. § 210.44, orders on its own motion a review of the Initial Determination or certain issues therein.

**SO ORDERED.**

Robert L. Barton, Jr.
Administrative Law Judge

2

CERTAIN DIGITAL IMAGE STORAGE                              337-TA-527
AND RETRIEVAL DEVICES

## CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached **PUBLIC ORDER** was served upon, Erin
Joffre, Esq., Commission Investigative Attorney, and the following parties via first class mail and
air mail where necessary on ___August 5___, 2005.

Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112A
Washington, D.C. 20436

## FOR COMPLAINANT AMPEX CORP.:

Tom M. Schaumberg, Esq.
Michael L. Doane, Esq.
Tali L. Alban, Esq.
Barbara A. Murphy, Esq.
**ADDUCI, MASTRIANI & SCHAUMBERG, LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036

Jesse J. Jenner, Esq.
**ROPES & GRAY LLP**
1251 Avenue of the Americas
New York, NY 10020

Norman H. Beamer, Esq.
Gabrielle E. Higgins, Esq.
**ROPES & GRAY LLP**
525 University Ave.
Palo Alto, CA 94301

**CERTAIN DIGITAL IMAGE STORAGE**                                337-TA-527
**AND RETRIEVAL DEVICES**


**FOR RESPONDENTS EASTMAN KODAK CO., AND CHINON INDUSTRIES, INC.:**

Michael D. Esch, Esq.
Atman M. Trivedi, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2445 M Street, N.W.
Washington, D.C. 20037

William P. DiSalvatoe, Esq.
S. Calvin Walden, Esq.
Steve H. Shin, Esq.
Rebecca M. McCloskey, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Ave.
New York, N.Y. 10022

William F. Lee, Esq.
Donald Steinberg, Esq.
Michael J. Summersgill, Esq.
Monica Grewal, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109


<u>PUBLIC MAILING LIST</u>


Sherry Robinson
**LEXIS - NEXIS**
8891 Gander Creek Drive
Miamisburg, Ohio 45342

Ronnita Green
West Group
Suite 230
901 Fifteenth Street, N.W.
Washington, D.C. 20005