IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| Plaintiff, | : : : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | : : : : | |
| Defendants. | : | |

### SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Frederick L. Cottrell, III, Esquire, of Richards, Layton & Finger, hereby withdraws his appearance as counsel for EASTMAN KODAK COMPANY and CHINON INDUSTRIES, INC. in this matter. Paul M. Lukoff, Esquire, and David E. Brand, Esquire, of Prickett, Jones & Elliott, P.A., hereby enter their appearance as counsel for EASTMAN KODAK COMPANY and CHINON INDUSTRIES, INC. as attorneys of record.

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Frederick L. Cottrell, III
FREDERICK L. COTTRELL, III (#2555)
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
Tel: 302-658-6541
Email: Cottrell@rlf.com

*Attorneys for Defendant,*
*Eastman Kodak Company and*
*Chinon Industries, Inc.*

19660.3\282518v1

SO ORDERED this _____

day of _____, 2005.

_____
Judge

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
PAUL M. LUKOFF (#96)
DAVID E. BRAND (#201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel: 302-888-6500
Emails: PMLukoff@prickett.com
          DEBrand@prickett.com

*Attorneys for Defendant,*
*Eastman Kodak Company and*
*Chinon Industries, Inc.*

19660.3\282518v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I electronically filed a **SUBSTITUTION OF COUNSEL** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
            DEBrand@prickett.com