IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ALTEK CORPORATION, and CHINON ) <br> INDUSTRIES, INC., ) <br> ) <br> *Defendants.* ) | C.A. No. 04-1373 (KAJ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James E. Hopenfeld, Ropes & Gray LLP, One Metro Center, 700 12th Street, NW, Suite 900, Washington, DC 20005 and Kelly L. Baxter and Karen A. Christiansen, Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL
/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 *Attorneys for Plaintiff Ampex Corporation*

August 26, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
The Honorable Kent A. Jordan

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*Karen A. Christiansen* (signature)

Karen A. Christiansen
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301
(650) 617-4070

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*/s/ Kelly Baxter*
Kelly L. Baxter
Ropes & Gray LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301
(650) 617-4722

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC  20005
(202) 508-4695

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 26, 2005, I caused to be electronically filed a Motion and Order For Admission *Pro Hac* Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Thomas L. Halkowski., Esquire
> Fish & Richardson, P.C.
>
> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Thomas L. Halkowski, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street
> Suite 1100
> Wilmington, DE 19801
>
> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones, Elliott, P.A.
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE 19899

> /s/ *Julia Heaney*
> Julia Heaney (#3052)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> jheaney@mnat.com
>     *Attorneys for Plaintiff Ampex Corporation*