IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| | : |
| EASTMAN KODAK COMPANY, | : |
| ALTEK CORPORATION and | : |
| CHINON INDUSTRIES, INC., | : |
| | : |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Thomas Lee Halkowski, III, Esquire, of Fish & Richardson P.C., hereby withdraws his appearance as counsel for ALTEK CORPORATION in this matter. Paul M. Lukoff, Esquire, and David E. Brand, Esquire, of Prickett, Jones & Elliott, P.A., hereby enter their appearance as counsel for ALTEK CORPORATION, as attorneys of record.

FISH & RICHARDSON P.C.

By: _____
THOMAS LEE HALKOWSKI (I.D. #4099)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899
Tel: 302-652-5070
Email: halkowski@fr.com

*Attorneys for Defendant,*
*Altek Corporation*

| | |
|---|---|
| SO ORDERED this _____ day of _____, 2005.<br><br>_____<br>Judge | PRICKETT, JONES & ELLIOTT, P.A.<br><br>By: */s/ Paul M. Lukoff*<br>PAUL M. LUKOFF (#96)<br>DAVID E. BRAND (#201)<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>Tel: 302-888-6500<br>Emails: PMLukoff@prickett.com<br>　　　　　DEBrand@prickett.com<br><br>*Attorneys for Defendant,*<br>*Altek Corporation* |

19660.3\282899v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I electronically filed a **SUBSTITUTION OF COUNSEL** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAIL:  PMLukoff@prickett.com
         DEBrand@prickett.com

19660.2\282524v1