## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the **Plaintiff Ampex Corporation's First Set of Document Requests to Defendant Eastman Kodak Company (Nos. 1-70)**, **Plaintiff Ampex Corporation's First Set of Interrogatories to Defendant Eastman Kodak Company (Nos. 1-3)**, **Plaintiff Ampex Corporation's First Set of Document Requests to Defendant Altek Corporation (Nos. 1-47),** and **Plaintiff Ampex Corporation's First Set of Interrogatories to Defendant Altek Corporation (Nos. 1-3)** were caused to be served on September 15, 2005 upon the following counsel in the manner indicated:

| BY HAND: | BY FEDERAL EXPRESS: |
|---|---|
| Paul M. Lukoff, Esquire | Michael J. Summersgill, Esquire |
| David E. Brand, Esquire | Wilmer Cutler Pickering Hale and Dorr LLP |
| Prickett, Jones, Elliott, P.A. | 60 State Street |
| 1310 King Street | Boston, MA  02109 |
| P.O. Box 1328 | |
| Wilmington, DE 19899 | |

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          */s/ Julie Heaney*

                          _____
                          Jack B. Blumenfeld (#1014)
                          Julia Heaney (#3052)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899-1347
                          (302) 658-9200

                          *Counsel for Plaintiff Ampex Corporation*

**OF COUNSEL:**

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

September 15, 2005
483452

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on September 15, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones, Elliott, P.A.
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE 19899

### BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)