IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>        *Plaintiff,*<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and CHINON<br>INDUSTRIES, INC.,<br><br>        *Defendants.* | C.A. No. 04-1373 (KAJ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jesse J. Jenner and Sasha G. Rao, Ropes & Gray LLP, 1251 Avenue of the Americas, New York, NY 10020 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL
/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff Ampex Corporation*

October 4, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
The Honorable Kent A. Jordan

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jesse J. Jenner
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*Sasha Rao*
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on October 4, 2005, I caused to be electronically filed a Motion and Order For Admission *Pro Hac* Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Thomas L. Halkowski., Esquire
>Fish & Richardson, P.C.
>
>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Thomas L. Halkowski, Esquire
>Fish & Richardson, P.C.
>919 N. Market Street
>Suite 1100
>Wilmington, DE 19801
>
>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones, Elliott, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, DE 19899

>/s/ *Julia Heaney*
>Julia Heaney (#3052)
>MORRIS, NICHOLS, ARSHT & TUNNELL
>jheaney@mnat.com
>  *Attorneys for Plaintiff Ampex Corporation*