IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMPEX CORPORATION,                    :
                                      :
                 Plaintiff,           :
                                      :
        v.                            :     C. A. No. 04-1373 (KAJ)
                                      :
EASTMAN KODAK COMPANY,                :
ALTEK CORPORATION and                 :
CHINON INDUSTRIES, INC.,              :
                                      :
                 Defendants.          :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that Defendants' First Set of

Interrogatories to Plaintiff Ampex Corporation and Defendants' First Set of Document Requests to

Plaintiff Ampex Corporation were served on October 5, 2005, as follows:

**VIA FIRST CLASS MAIL**
**AND E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
E-mail: jblumenfeld@mnat.com

**VIA E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

PRICKETT, JONES & ELLIOTT, P.A.

BY:_____

PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE:  October 6, 2005