**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6514
Writer's Telecopy Number: (302) 658-8111
Writer's E-Mail Address: DEBrand@prickett.com

October 17, 2005

**VIA HAND DELIVERY**
**AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

Re:  *Ampex Corporation v. Eastman Kodak Company, et al.*
     **C.A. No. 04-1373 (KAJ)**

Dear Judge Jordan:

I forward herewith a Scheduling Order which plaintiff and defendants approve as to form. We have incorporated the rulings made by the Court during the October 5, 2005 Scheduling Conference and revised Paragraph 3.a.

Respectfully,

*/s/ David E. Brand*

DAVID E. BRAND

DEB/mhl
Enclosure
cc:  Jack B. Blumenfeld, Esquire (Via Efiling)
     Norman H. Beamer, Esquire (Via Efiling)
     William P. DiSalvatore, Esquire (Via Email)
     S. Calvin Walden, Esquire (Via Email)
     Michael J. Summersgill, Esquire (Via Email)

19660.3\287626v1