### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1373-KAJ |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION and CHINON ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Plaintiff Ampex Corporation's Third Set of Document Requests to Defendant Altek Corporation (Nos. 83-85) and Plaintiff Ampex Corporation's Third Set of Document Requests to Defendant Eastman Kodak Company (Nos. 88-91) were caused to be served on October 28, 2005 upon the following counsel in the manner indicated:

**BY HAND:**

Paul M. Lukoff, Esquire
David E. Brand, Esquire
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY FEDERAL EXPRESS:**

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Jack B. Blumenfeld*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jheaney@mnat.com
        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

October 28, 2005