IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on October 28, 2005 the following documents were served on the below-listed attorneys as follows:

- **Defendant Altek Corporation's Responses to Plaintiff's First Set of Interrogatories (Nos. 1-3)**
- **Response of Altek Corporation to Plaintiff Ampex Corporation's First Set of Document Requests (Nos. 1-47)**
- **Defendant Eastman Kodak Company's Responses to Plaintiff's First Set of Interrogatories (Nos. 1-3)**
- **Response of Eastman Kodak Company to Plaintiff Ampex Corporation's First Set of Document Requests (Nos. 1-70)**

**VIA FEDERAL EXPRESS and E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

19660.3\288870v1

<u>**VIA E-MAIL**</u>

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
E-mail:  jblumenfeld@mnat.com

                                       PRICKETT, JONES & ELLIOTT, P.A.

                               BY: _____
                                       PAUL M. LUKOFF (I.D. No. 96)
                                       DAVID E. BRAND (I.D. No. 201)
                                       1310 King Street
                                       P. O. Box 1328
                                       Wilmington, DE 19899
                                       (302) 888-6500
                                       Attorneys for Defendants

DATE:  October 31, 2005

19660.3\288870v1