# EXHIBIT A

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>*Defendants* ) | C.A. No. 04-1373 (KAJ) |

## NONDISCLOSURE AGREEMENT FOR EXPERT

I, _____, declare as follows:

1. I have been retained by _____ [party] to serve as an expert in the above-captioned action.

2. I have read and understand the Stipulated Protective Order (the "Order") to which this Exhibit A is annexed (and whose definitions are incorporated herein) and I attest to my understanding that access to information designated as confidential information may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Order, and I agree to be bound by the terms thereof.

3. I agree not to reveal such confidential information to anyone other than another person designated in paragraph 3 of the Order; and to utilize such confidential

information solely for purposes of this action.  I also understand that, in the event that I fail to abide by the terms of this Nondisclosure Agreement or the Order, I shall be subject to sanctions by way of contempt of court, and to separate legal and equitable recourse by the adversely affected producing party.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this ___ day of _____ at _____.

_____
Signature

_____
Printed Name

_____
Address

# EXHIBIT B

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>*Defendants* ) | C.A. No. 04-1373 (KAJ) |

## NONDISCLOSURE AGREEMENT FOR PARTY REPRESENTATIVES

I, _____, declare as follows:

1. I am [title] of [party name].

2. I have read and understand the Stipulated Protective Order (the "Order") to which this Exhibit A is annexed (and whose definitions are incorporated herein) and I attest to my understanding that access to information designated as confidential information may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Order, and I agree to be bound by the terms thereof.

3. I am not responsible for patent prosecution and will not participate in any patent prosecution (including but not limited to reissue and reexamination proceedings), the subject matter of which involves digital still camera technology,

during the pendency of this action including appeal and a period of one-year period after the issuance of a final, non-appealable decision resolving all issues in this action.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this ___ day of _____ at _____.

Signed:

Firm or Affiliation: