# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

November 7, 2005

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

RE: Ampex v. Eastman Kodak, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

As requested, I am attaching a copy of ITC Order No. 1, which is referenced in paragraph 12 of the Protective Order submitted by the parties on November 1, 2005.

Respectfully,

/s/ Jack B. Blumenfeld (#1014)

Jack B. Blumenfeld

/klm
Enclosure
cc: Peter T. Dalleo. Clerk (By Hand)
    Paul M. Lukoff, Esquire (by Hand)
    Michael J. Summersgill, Esquire (By Fax)
    Norman H. Beamer, Esquire (By Fax)