**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION and CHINON )<br>INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1373-KAJ |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the Plaintiff Ampex Corporation's Fourth Set of Document Requests to Defendant Eastman Kodak Company (Nos. 92-136) were caused to be served on November 7, 2005 upon the following counsel in the manner indicated:

| **BY HAND:** | **BY FEDERAL EXPRESS:** |
|---|---|
| Paul M. Lukoff, Esquire<br>David E. Brand, Esquire<br>Prickett, Jones, Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | Michael J. Summersgill, Esquire<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        */s/ Maryellen Noreika*
                                        Jack B. Blumenfeld (#1014)
                                        Maryellen Noreika (#3208)
                                        Julia Heaney (#3052)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        (302) 658-9200
                                        jheaney@mnat.com
                                        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

November 7, 2005

## CERTIFICATE OF SERVICE

       I, Maryellen Noreika, hereby certify that on November 7, 2005, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff., Esquire
> Prickett, Jones, Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones, Elliott, P.A.
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE 19899

### BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> /s/ *Maryellen Noreika*
> Maryellen Noreika (#3208)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> mnoreika@mnat.com
>    *Counsel for Plaintiff Ampex Corporation*