IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1373-KAJ |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION and CHINON ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Plaintiff Ampex Corporation's Responses to Defendants' First Set of Documents Requests and Plaintiff Ampex Corporation's Responses to Defendants' First Set of Interrogatories were caused to be served on November 7, 2005 upon the following counsel in the manner indicated:

**VIA E-MAIL AND FEDERAL EXPRESS**

Paul M. Lukoff, Esquire
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

S. Calvin Walden, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

                        MORRIS, NICHOLS, ARSHT & TUNNELL

                        */s/ Jack B. Blumenfeld*
                        Jack B. Blumenfeld (#1014)
                        Julia Heaney (#3052)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        (302) 658-9200
                        jheaney@mnat.com
                        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

November 7, 2005

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on November 7, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### **BY HAND DELIVERY**

Paul M. Lukoff, Esquire
David E. Brand, Esquire
Prickett, Jones & Elliott, P.A
1310 King Street
Wilmington, DE  19801

### **BY FACSIMILE**

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

> */s/ Jack B. Blumenfeld*
> Jack B. Blumenfeld (#1014)