IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1373 (KAJ) |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION, and ) | |
| CHINON INDUSTRIES, INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SERVICE OF SUBPOENA

Pursuant to the accompanying Subpoena In a Civil Case and Rules 30 and 45 of the Federal Rules of Civil Procedures, please take notice that Defendants Eastman Kodak Company and Altek Corporation will take the deposition of Mr. Carlos Kennedy at the Quality Inn, 201 Sugarloaf Road, Hendersonville, North Carolina, 28792, on December 2, 2005 at 9:30 a.m., before an officer authorized to administer oaths in the State of North Carolina. The deposition will be recorded by a certified stenographic court reporter authorized to administer oaths and will be videotaped. You are invited to attend and cross examine.

The undersigned hereby certifies that the subpoena attached hereto directed to Mr. Carlos Kennedy was served on November 14, 2005, upon the following counsel:

**BY EMAIL AND FEDERAL EXPRESS**
Norman H. Beamer
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**BY EMAIL**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jesse J. Jenner
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

                                  PRICKETT, JONES, & ELLIOTT, P.A.

                                  /s/ Paul M. Lukoff
                                  PAUL M. LUKOFF (I.D. No. 96)
                                  DAVID E. BRAND (I.D. No. 201)
                                  1310 King Street
                                  P.O. Box 1328
                                  Wilmington, DE 19899
                                  Telephone: (302) 888-6500

Date: November 14, 2005

OF COUNSEL:
William P. DiSalvatore
S. Calvin Walden
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants*