IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| | : |
| EASTMAN KODAK COMPANY, | : |
| ALTEK CORPORATION and | : |
| CHINON INDUSTRIES, INC., | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on November 17, 2005 the following documents were served on the below-listed attorneys as follows:

- **Response of Altek Corporation to Plaintiff Ampex Corporation's Second Set of Document Requests (Nos.48-82)**

- **Response of Eastman Kodak Company to Plaintiff Ampex Corporation's Second Set of Document Requests (Nos.71-87)**

**VIA E-MAIL** (1 copy)

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA FEDERAL EXPRESS and E-MAIL** (1 copy)

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL** (1 copy)

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
E-mail: jblumenfeld@mnat.com

19660.3\290782v1

|  |  |
|---|---|
|  | PRICKETT, JONES & ELLIOTT, P.A. |
|  | BY: _/s/ Paul M. Lukoff_____ |
|  | PAUL M. LUKOFF (I.D. No. 96) |
|  | DAVID E. BRAND (I.D. No. 201) |
|  | 1310 King Street |
|  | P. O. Box 1328 |
|  | Wilmington, DE 19899 |
|  | (302) 888-6500 |
|  | Attorneys for Defendants |
| DATE: November 17, 2005 |  |