## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 30, 2005 at 10:00 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE