# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373 (KAJ) |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) |
| | ) |
| Defendants. | ) ) |

## NOTICE OF DEPOSITION OF SUMITO YOSHIKAWA

Please take notice that Plaintiff Ampex Corporation ("Ampex") will take the deposition upon oral examination of Sumito Yoshikawa, pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will be held at the American Consulate General Osaka-Kobe, Osaka-Kobe 2-11-5 Nishitenma, Kita-ku, Osaka 530-8543 Japan commencing on or about January 19, 2006, at 9:00 a.m. or at such other date, time and place as mutually agreed upon by counsel, and continuing from day to day until completed.

This examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed. Testimony derived pursuant to this Notice of Deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure.

You are invited to attend.

                          MORRIS, NICHOLS, ARSHT & TUNNELL

                          */s/  Jack B. Blumenfeld (#1014)*
                          Jack B. Blumenfeld (#1014)
                          Julia Heaney (#3052)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899-1347
                          (302) 658-9200
                          jblumenfeld@mnat.com
                          *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

November 23, 2005

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 23, 2005, I caused to be electronically filed Notice of Deposition of Sumito Yoshikawa with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff
>David E. Brand
>Prickett, Jones, Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Paul M. Lukoff
>Prickett, Jones, Elliott, P.A.
>1310 King Street
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Michael J. Summersgill
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109
>
>S. Calvin Walden
>Wilmer Cutler Pickering Hale and Dorr LLP
>399 Park Avenue
>New York, NY  10022

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld