IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| Plaintiff, | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on November 28, 2005, the following documents were served on the below-listed attorneys as follows:

- **Response of Altek Corporation to Plaintiff Ampex Corporation's Third Set of Document Requests (Nos. 83-85)**

- **Response of Eastman Kodak Company to Plaintiff Ampex Corporation's Third Set of Document Requests (Nos. 88-91)**

**VIA E-MAIL** (1 copy)

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA FEDERAL EXPRESS and E-MAIL** (1 copy)

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL** (1 copy)

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
E-mail: jblumenfeld@mnat.com

19660.3\290782v1

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE: November 28, 2005

19660.3\290782v1