IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 04-1373 (KAJ) |
| : | |
| EASTMAN KODAK COMPANY, : | |
| ALTEK CORPORATION and : | |
| CHINON INDUSTRIES, INC., : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on December 2, 2005, the following document was served on the below-listed attorneys as follows:

**EASTMAN KODAK COMPANY'S PRIVILEGED DOCUMENT LIST**

**VIA EFILE and E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS and E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

                                    PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
      PAUL M. LUKOFF (I.D. No. 96)
      DAVID E. BRAND (I.D. No. 201)
      1310 King Street
      P. O. Box 1328
      Wilmington, DE 19899
      (302) 888-6500
      Attorneys for Defendants

DATE: December 5, 2005

19660.3\291969v1