IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's First Supplemental Response to Defendants' First Set of Interrogatories were caused to be served on December 5, 2005 upon the following counsel in the manner indicated:

| | |
|---|---|
| Paul M. Lukoff<br>Prickett, Jones, Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | VIA E-MAIL<br>(Extra copy sent via Federal Express for next business day delivery) |
| Michael J. Summersgill<br>Wilmer Cutler Pickering Hale<br> and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | VIA E-MAIL<br>(Extra copy sent via Federal Express for next business day delivery) |
| S. Calvin Walden<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | VIA E-MAIL<br>(Extra copy sent via Federal Express for next business day delivery) |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

December 6, 2005