IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| | : |
| EASTMAN KODAK COMPANY, | : |
| ALTEK CORPORATION and | : |
| CHINON INDUSTRIES, INC., | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on December 7, 2005, the following document was served on the below-listed attorneys as follows:

**RESPONSE OF EASTMAN KODAK COMPANY TO PLAINTIFF AMPEX CORPORATION'S FOURTH SET OF DOCUMENT REQUESTS (NOS. 92-136)**

**VIA E-MAIL - (1 Copy)**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS and E-MAIL - (1 Copy)**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

19660.3\292407v1

                                      PRICKETT, JONES & ELLIOTT, P.A.

BY: *[signature: Paul M. Lukoff]*
      PAUL M. LUKOFF (I.D. No. 96)
      DAVID E. BRAND (I.D. No. 201)
      1310 King Street
      P. O. Box 1328
      Wilmington, DE 19899
      (302) 888-6500
      Attorneys for Defendants

DATE: December 8, 2005

19660.3\292407v1