# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 575 7221
302 425 3004 Fax
jheaney@mnat.com

December 9, 2005

<u>BY ELECTRONIC FILING</u>

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE: <u>Ampex v. Eastman Kodak</u>, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

Yesterday evening, I e-filed plaintiff's Application For An Order Requiring Depositions of Employees Of Eastman Kodak Company At The American Consulate General Osaka-Kobe, Japan (DI 85). I am writing to clarify that defendants have consented to the filing of that Application. Because a court order is required to obtain deposition visas and to schedule the depositions in Japan, plaintiff requests Your Honor's consideration of the Application and proposed order as soon as possible.

Respectfully,

/s/ Julia Heaney (#3052)

Julia Heaney

JH/dal
Enclosures
496994

cc: Peter T. Dalleo, Clerk (By Hand)
Paul M. Lukoff, Esquire (By Email)
Michael J. Summersgill, Esquire (By Email)
Norman H. Beamer, Esquire (By Email)