IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and | ) | |
| CHINON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR A LETTER OF REQUEST PURSUANT
TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE
ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Plaintiff Ampex Corporation ("Plaintiff"), by counsel, hereby moves for an Order pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters for issuance of a Letter of Request to the Appropriate Central Authority requesting that the Authority compel the production of specific documents by Quantel Limited ("Quantel") relating to the circuitry and operation of its products, and related documents.

The grounds for this motion, as more fully specified in the Letter of Request submitted herewith, are that Quantel has documents relevant to refuting Defendants' allegations that the patent-in-suit, United States Patent No. 4,821,121 ("the patent-in-suit"), is anticipated or rendered obvious by Quantel's products.

For the reasons set forth above, Plaintiff respectfully requests that the Court enter the attached Order.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Julia Heaney (#3052)*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jheaney@mnat.com
          *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

December 9, 2005
496976

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 9, 2005, I caused to be electronically filed the foregoing *Plaintiff's Motion For A Letter Of Request Pursuant To The Hague Convention On The Taking Of Evidence Abroad In Civil Or Commercial Matters* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Paul M. Lukoff, Esquire
>Prickett, Jones, Elliott,
>1310 King Street
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

*/s/ Julia Heaney*
Julia Heaney (#3052)