IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and | ) | |
| CHINON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS**

1.  Sender                            Honorable Kent A. Jordan
                                      United States District Court Judge
                                      U.S. District Court for the District of Delaware
                                      J. Caleb Boggs Federal Building
                                      Room 6325, Lockbox 10
                                      844 N. King Street
                                      Wilmington, DE 19801 USA

2.  Central Authority of the          Senior Master of the Supreme Court
    Requested State                   Royal Courts of Justice
                                      Strand
                                      London WC2A 2LL
                                      England, UNITED KINGDOM

| | | |
|---|---|---|
| 3. | Person to whom the executed Request is to be returned | Honorable Kent A. Jordan<br>United States District Court Judge<br>U.S. District Court for the District of Delaware<br>J. Caleb Boggs Federal Building<br>Room 6325, Lockbox 10<br>844 N. King Street<br>Wilmington, DE 19801 USA |
| 4. | The United States District Court for the District of Delaware presents its compliments to Her Majesty's Principal Secretary of State for Foreign Affairs and the Senior Master of the Supreme Court, Royal Courts of Justice.  In conformity with Article 3 of the Hague Convention, the undersigned applicant has the honor to submit the following request in the interest of justice: | |
| 5. | a. Requesting judicial authority (Article 3(a)) | United States District Court for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801 |
| | b. To the competent authority of (Article 3(a)) | The United Kingdom |
| 6. | Names and addresses of the parties and their representatives (Article 3(b)) | |
| | A. Plaintiff: | Ampex Corporation<br>1228 Douglas Ave<br>Redwood City, CA 94063-3117 USA |
| | Represented by: | Jesse J. Jenner<br>Sasha Rao<br>Ropes & Gray LLP<br>1251 Ave of the Americas<br>New York, NY 10020 USA<br><br>Norman H. Beamer<br>Gabrielle E. Higgins<br>Ropes & Gray LLP<br>525 University Avenue<br>Palo Alto, CA 94301 USA |

|                  |                                                                                                                  |
|------------------|------------------------------------------------------------------------------------------------------------------|
|                  | James E. Hopenfeld<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street, NW<br>Washington, DC 20005 USA |
| B. Defendants:   | Eastman Kodak Company<br>343 State Street<br>Rochester, NY 14650-0001 USA                                        |
|                  | Chinon Industries, Inc.<br>23 11 Naka Oshio<br>Chino City, Nagano 391 0293, Japan                                |
|                  | Altek Corporation<br>3F, No. 10<br>Li-Hsin Road Science-Based Industrial Park<br>Hsinchu, Taiwan                 |
| Represented by:  | William P. DiSalvatore<br>S. Calvin Walden<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 USA |
|                  | William F. Lee<br>Michael J. Summergill<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 USA |

| | | |
|---|---|---|
| 7. | Nature and purpose of the proceedings and summary of the facts (Article 3(c)) | This is a civil proceeding in which Plaintiff Ampex Corporation ("Ampex") seeks relief with respect to Defendants Eastman Kodak Company ("Kodak"), Chinon Industries, Inc. ("Chinon"), and Altek Corporation ("Altek) (collectively, "Defendants") alleged infringement of United States Patent No. 4,821,121, issued on the 11th of April, 1989 ("the patent-in-suit").<br><br>The patent-in-suit is directed to methods and apparatus for storing and retrieving full-size and corresponding reduced-size images. The patent-in-suit discloses and claims the automatic storage of a corresponding reduced size image for each full size image that is captured and stored, thereby allowing, during a browse mode, the automatic high speed retrieval of a mosaic of reduced size images for purposes of review and retrieval of the stored full size images. The patent-in-suit is assigned to Ampex.<br><br>Pursuant to the patent laws of the United States (35 U.S.C. § 100 *et. seq.*), on October 21, 2004, Ampex initiated a lawsuit against Defendants for their infringement of the patent-in-suit. Defendants have denied the claim of infringement and have counterclaimed that the patent-in-suit is not infringed, and is invalid and unenforceable. Trial date of this proceeding is set to commence December 4, 2006.<br><br>The relevance of the requested documents to this proceeding is set forth in Annex A, which is attached hereto. |
| 8. | Documents or other property, real or personal, to be inspected (Article 3(g)) | If permitted by the Court, it is respectfully requested that Quantel Limited ("Quantel") produce documents for inspection and copying. A list of documents that are requested to be produced for inspection and copying is set forth in Annex B, which is attached hereto. |

4

| | | |
|---|---|---|
| 9. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7) | It is respectfully requested that you please inform the legal representatives identified in 6A and 6B above. |
| 10. | Specification of privilege or duty to give evidence under the law of the state of origin (Article 11(b)) | Any privilege or duties to refuse to give evidence under the law of the state of origin are contained in the United States Federal Rules of Evidence and other applicable United States laws. |
| 11. | The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 25 of the Convention will be borne by | Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020 USA |

12.   The United States District Court for the District of Delaware expresses its appreciation to Her Majesty's Principal Secretary of State for Foreign Affairs and the Senior Master of the Supreme Court, Royal Courts of Justice for their courtesy and assistance in this matter. The United States District Court for the District of Delaware shall be ready and willing to assist the courts of the United Kingdom in a similar manner when required.

13.   Date of request                    _____

14.   Signature and seal of the
      requesting authority              _____
                                        The Honorable Kent A. Jordan
                                        United States District Court Judge

5

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

December 9, 2005
496987

6