IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and | ) | |
| CHINON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING ISSUANCE OF LETTER OF REQUEST**

Plaintiff Ampex Corporation, having moved this Court for an Order for the issuance of Letter of Request to compel the production of documents by Quantel Limited.

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that:

(1)  Plaintiff's motion is granted; and

(2)  the Clerk of the Court shall issue to the appropriate authority in the United Kingdom the Letter of Request in the form attached hereto.

_____
U.S.D.J.

496986