IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMPEX CORPORATION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>*Defendants.* )<br>) | C.A. No. 04-1373 (KAJ) |

**ORDER/COMMISSION TO TAKE DEPOSITIONS AT THE
AMERICAN CONSULATE GENERAL OSAKA-KOBE, JAPAN**

**TO:**   Any Consul or Vice Consul of the United States of America at Osaka-Kobe, Japan

IT IS HEREBY ORDERED this 12th day of December, 2005, that the depositions on notice of Messrs. Hideki Akiyama, Hiroshi Yamagata, Sumito Yoshikawa, Manabu Kiri, Takeshi Domen, and Masaki Izumi, who will appear voluntarily, be taken at the United States Consulate General in Osaka-Kobe, Japan commencing on or about January 17, 2006, at 9:00 a.m. and terminating on or about January 20, 2006, at 5:30 p.m. and that any documentary exhibits in connection therewith be marked accordingly.

Messrs. Hideki Akiyama, Hiroshi Yamagata, Sumito Yoshikawa, Manabu Kiri, Takeshi Domen, and Masaki Izumi are employees of Defendant Eastman Kodak Company.

Listed below are the full names of all other persons who will participate in said depositions.

For Plaintiff Ampex Corporation

Norman H. Beamer (attorney, Ropes & Gray LLP)
Ray R. Zado (attorney, Ropes & Gray LLP)
Paul M. Schoenhard (attorney, Ropes & Gray LLP)
George Ligler (expert consultant, GTL Associates)
Yae Joong Kim Watkins (interpreter)
Brad Hagen (videographer)

For Defendant Eastman Kodak Company

S. Calvin Walden (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Michael J. Summergill (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Donald R. Steinberg (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Monica Grewal (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Michael D. Esch (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Victor Souto (attorney, Wilmer Cutler Pickering Hale & Dorr LLP)
Heidi S. Martinez (Eastman Kodak Company, employee)
Pamela Crocker (Eastman Kodak Company, employee)
Christopher Field (interpreter)

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with [KAJ] all convenient speed.

_____
U.S. District Court Judge

496838