# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

December 15, 2005

<u>VIA E-FILING</u>

Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

Dear Dr. Dalleo:

      Re:    <u>Ampex Corporation v. Eastman Kodak Company</u>
              <u>Civil Action No. 04-1373</u>

Dear Dr. Dalleo:

      Enclosed is a Rule 7.1.1 Certificate in support of Plaintiff's Motion for a Letter of Request Pursuant to the Hague Convention of the Taking of Evidence Abroad in Civil or Commercial Matters (D.I. 87) that was filed December 9, 2005.

                                          Respectfully,

                                          */s/ Julia Heaney*

                                          Julia Heaney

JH/cbn
Enclosure
cc:    Paul M. Lukoff, Esquire (By Email)
        Michael J. Summersgill, Esquire (By Email)
        Norman H. Beamer, Esquire (By Email)

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of Plaintiff's Motion for a Letter of Request Pursuant to the Hague Convention On the Taking of Evidence Abroad in Civil or Commercial Matters has been discussed with counsel for defendants and that the parties have not reached agreement.

_____
Julia Heaney