IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMPEX CORPORATION )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>*Defendants* ) | C.A. No. 04-1373 (KAJ) |

### NOTICE OF SERVICE OF SUBPOENA

Pursuant to the accompanying Subpoena In a Civil Case and Rules 30 and 45 of the Federal Rules of Civil Procedures, please take notice that Defendants Eastman Kodak Company and Altek Corporation will take the deposition of Dutton Associates at the Courtyard Sacramento-Folsom, 2575 Iron Point Road, Folsom, California, on January 25, 2006 at 10:00 am, before an officer authorized to administer oaths in the State of California. The deposition will be recorded by a certified stenographic court reporter authorized to administer oaths and will be videotaped. You are invited to attend and cross-examine.

The undersigned hereby certifies that the subpoena attached hereto directed to Dutton Associates was served on December 19, 2005, upon the following counsel:

**BY EMAIL AND FEDERAL EXPRESS**
Norman H. Beamer
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**BY EMAIL**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jesse J. Jenner
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

PRICKETT, JONES, & ELLIOTT, P.A.

_____
Paul M. Lukoff (I.D. No. 96)
David E. Brand (I.D. No. 201)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

OF COUNSEL:

William P. DiSalvatore
S. Calvin Walden
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants*

December 19, 2005