IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,           : | |
|                              : | |
| Plaintiff,                   : | |
|                              : | |
| v.                           : | C. A. No. 04-1373 (KAJ) |
|                              : | |
| EASTMAN KODAK COMPANY,       : | |
| ALTEK CORPORATION and        : | |
| CHINON INDUSTRIES, INC.,     : | |
|                              : | |
| Defendants.                  : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on December 19, 2005, the following document was served on the below-listed attorneys as follows:

**DEFENDANTS' SECOND SET OF DOCUMENT REQUESTS TO PLAINTIFF AMPEX CORPORATION (NOS. 38-58)**

**VIA E-MAIL - (1 Copy)**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS and E-MAIL - (1 Copy)**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

19660.3\293314v1

|  |  |
|---|---|
|  | PRICKETT, JONES & ELLIOTT, P.A.<br><br>BY: _/s/ Paul M. Lukoff_<br>PAUL M. LUKOFF (I.D. No. 96)<br>DAVID E. BRAND (I.D. No. 201)<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>Attorneys for Defendants |
| DATE: December 19, 2005 |  |

19660.3\293314v1