# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Corrected Version of Plaintiff Ampex Corporation's Second Set of Interrogatories to Defendant Eastman Kodak Company (Nos. 4-6) were caused to be served on December 19, 2005 upon the following counsel in the manner indicated:

**BY HAND**

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Julia Heaney (#3052)*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

December 19, 2005

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 19, 2005, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Paul M. Lukoff, Esquire
>Prickett, Jones, Elliott,
>1310 King Street
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA  02109

>*/s/ Julia Heaney*
>Julia Heaney (#3052)