**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial: (302) 888-6520
Writer's Telecopy Number: (302) 888-6331
Writer's E-Mail Address: PMLukoff@prickett.com

January 5, 2006

**EFILE AND HAND DELIVER**

Mr. Robert Cruickshank
Courtroom Deputy
U. S. District Court
844 King Street, Room 6325
Wilmington, DE 19801

RE:  **Ampex Corporation v. Eastman Kodak Company, et al.**
     **C. A. No. 04-1373 (KAJ)**
     **Request for Permission to Have Audio-Visual Equipment in Courtroom 6A**

Dear Mr. Cruickshank:

We are scheduled to appear in a technology tutorial proceeding in Courtroom 6A, commencing at 9:30 a.m. on January 12, 2006, and request permission to bring the following equipment to Courtroom 6A to assist in preparation and/or presentation during the proceeding: *digital projector, screen, switchers, cables and back-up projector*. Two individuals will be needed to set up this equipment, including Brian Cano of Fulcrum Legal and someone to assist him from Aquipt. They will need access to Courtroom 6A on January 11, 2006, beginning at 1:00 p.m., to set up. We agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

We have attached a proposed Order relating to courtroom access and use of equipment.

Very truly yours,

PAUL M. LUKOFF

PML/mhl
Enclosure
cc:   Julia Heaney, Esquire (W/Encl.) (Via EFiling)
      David Thomas, U.S. Marshal (W/Encl.) (By Hand)
      Keith Ash, Chief Court Security Officer (W/Encl.) (By Hand)

19660.3\293974v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006, I electronically filed a **LETTER TO MR. ROBERT CRUICKSHANK WITH ATTACHED PROPOSED ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

                                                                                                  /s/ Paul M. Lukoff
                                                            PAUL M. LUKOFF (Bar I.D. #96)
                                              DAVID E. BRAND (Bar I.D. #201)
                                              Prickett, Jones & Elliott, P.A.
                                              1310 King Street
                                              P.O. Box 1328
                                              Wilmington, DE  19899-1328
                                              TEL: 302-888-6500
                                              E-MAIL:  PMLukoff@prickett.com
                                                                           DEBrand@prickett.com

19660.3\294277v1