IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, | : | |
| ALTEK CORPORATION and | : | |
| CHINON INDUSTRIES, INC., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

The vendors listed below are permitted to bring into the J. Caleb Boggs Federal Courtroom 6A: two (2) digital projectors, one (1) screen, switchers and various cables, in connection with a technology tutorial proceeding to be held on January 12, 2006. They may have access to Courtroom 6A to set up this equipment at 1:00 p.m. on January 11, 2006.

  Brian Cano, Fulcrum Legal
  A representative of Aquipt to assist Mr. Cano

Counsel shall comply with the inspection provisions of the United States Marshal.

        _____
        The Honorable Kent A. Jordan
        United States District Court Judge

Dated:  January ___, 2006

19660.3\293977v1