# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

January 9, 2006

**VIA E-FILING and BY HAND**

Mr. Robert Cruikshank
Courtroom Deputy
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:    Ampex Corporation v. Eastman Kodak Company
            Civil Action No. 04-1373 (KAJ)
            Request for Permission to Bring Audio-Visual Equipment
            in Courtroom 6A

Dear Mr. Cruikshank:

        Enclosed is a proposed order for permission to bring audiovisual equipment into Judge Jordan's courtroom for the tutorial scheduled on January 12 at 9:30 am. Representatives from both sides will be using the equipment listed in the proposed order, which also includes the video equipment that Discovery Video will be using to videotape the tutorial. We understand that Judge Jordan's courtroom will be available for setting up the equipment beginning at 1:00 pm on January 11.

        Thank you for your assistance with this matter.

                          Respectfully,

                          */s/ Julia Heaney*
                          Julia Heaney (#3052)

JH/cbn
Enclosure
cc:    Paul M. Lukoff, Esquire (By Email)
       Michael J. Summersgill, Esquire (By Email)
       Norman H. Beamer, Esquire (By Email)
       Keith Ash, Chief Court Security Officer (By Hand)