IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1373 (KAJ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and | ) |
| CHINON INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Ampex Corporation, having moved this Court for an Order for permission to bring the following equipment into the J. Caleb Boggs Federal Courtroom 6A:

- projectors, stands, connectors, switches and cables
- screen
- visual presenter and stand
- laptop computers
- LCD monitors
- VCR
- Speaker
- Video camera, cameras and microphones
- Kodak camera model DS7630

**IT IS HEREBY ORDERED** this _____ day of _____, 2006:

Counsel, technical staff from their law firms, and personnel from Fulcrum Legal, Aquipt and Discovery Video have permission to set up the above-referenced equipment in Courtroom 6A beginning at 1:00 p.m. on January 11 and prior to the tutorial scheduled for 9:30 a.m. on January 12, and shall comply with the inspection provisions of the United States Marshal.

_____
United States District Court Judge