IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 12, 2006, the following document was served on the below-listed attorneys as follows:

**RESPONSE OF EASTMAN KODAK COMPANY TO AMPEX CORPORATION'S NOVEMBER 30, 2005 NOTICE OF DEPOSITION**

**VIA E-MAIL - (1 Copy)**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS and E-MAIL - (1 Copy)**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Paul M. Schoenhard, Esquire
Ropes & Gray LLP
700 12th Street, N.W., Suite 900
Washington, DC 10005-3948
E;mail: paul.schoenhard@ropesgray.com

19660.3\294925v1

                                      PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
     PAUL M. LUKOFF (I.D. No. 96)
     DAVID E. BRAND (I.D. No. 201)
     1310 King Street
     P. O. Box 1328
     Wilmington, DE 19899
     (302) 888-6500
     Attorneys for Defendants

DATE: January 13, 2006

19660.3\294925v1