# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> EASTMAN KODAK COMPANY,  ) <br> ALTEK CORPORATION and CHINON  ) <br> INDUSTRIES, INC.,  ) <br> ) <br> Defendants.  ) <br> ) | C.A. No. 04-1373-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's Third Set of Interrogatories to Defendant Eastman Kodak Company (Nos. 7-11) were caused to be served on January 17, 2006 upon the following counsel in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Paul M. Lukoff <br> Prickett, Jones, Elliott, P.A. <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899 | Michael J. Summersgill <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, MA 02109 <br> <br> S. Calvin Walden <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 399 Park Avenue <br> New York, NY 10022 |

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Julia Heaney (#3052)*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

January 17, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on January 17, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Paul M. Lukoff, Esquire
>Prickett, Jones, Elliott,
>1310 King Street
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>S. Calvin Walden
>Wilmer Cutler Pickering Hale and Dorr LLP
>399 Park Avenue
>New York, NY 10022

>*/s/ Julia Heaney*
>Julia Heaney (#3052)