# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

January 19, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE: Ampex v. Eastman Kodak, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

Enclosed are two copies of a CD containing the animation that Ampex's counsel, Norman Beamer, used at the tutorial before Your Honor on January 12. Also enclosed are printed instructions for launching and controlling the animation.

Please note that it may take 20 seconds for the program to launch after the CD is inserted into the drive. If the CD does not operate properly on the Court's computers, please do not hesitate to contact me.

Respectfully,

/s/ Julia Heaney (#3052)

cc: Peter T. Dalleo, Clerk (By Hand)
Paul M. Lukoff, Esquire (By Email)
Michael J. Summersgill, Esquire (By Email)
Norman H. Beamer, Esquire (By Email)