IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION and CHINON )<br>INDUSTRIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-1373-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Objections of Ampex Corporation to Eastman Kodak Company's 30(b)(6) Notice to Ampex's were caused to be served on January 19, 2006 upon the following counsel in the manner indicated:

### VIA E-MAIL

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Michael J. Summersgill
Wilmer Cutler Pickering Hale
 and Dorr LLP
60 State Street
Boston, MA 02109

S. Calvin Walden
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*
                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

January 20, 2006