IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMPEX CORPORATION,                    :
                                      :
              Plaintiff,              :
                                      :
       v.                             :    C. A. No. 04-1373 (KAJ)
                                      :
EASTMAN KODAK COMPANY,                :
ALTEK CORPORATION and                 :
CHINON INDUSTRIES, INC.,              :
                                      :
              Defendants.             :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 20, 2006, the

following document was served on the below-listed attorneys as follows:

**DEFENDANT EASTMAN KODAK COMPANY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORY NO. 2**

**VIA E-MAIL - (1 Copy)**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS and E-MAIL - (1 Copy)**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA E-MAIL - (1 Copy)**

Paul M. Schoenhard, Esquire
Ropes & Gray LLP
700 12th Street, N.W., Suite 900
Washington,DC 10005-3948
E;mail: paul.schoenhard@ropesgray.com

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____

PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE: January 20, 2006