# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

January 25, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

      RE:  <u>Ampex v. Eastman Kodak</u>, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

      Enclosed is the video of the January 12 tutorial that was prepared by Discovery Video Services for the above-captioned case, in VHS and DVD format.

      Respectfully,

      */s/ Julia Heaney (#3052)*

Enclosures
cc:    Peter T. Dalleo, Clerk (By Electronic Filing)
        Paul M. Lukoff, Esquire (By Electronic Filing)
        Michael J. Summersgill, Esquire (By Electronic Filing)
        Norman H. Beamer, Esquire (By Electronic Filing)