IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **26th** day of **January, 2006**,

IT IS ORDERED that the status teleconference presently set for **February 28, 2006 at 4:30 p.m.** is hereby rescheduled to **February 28, 2006 at 4:00 p.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE