# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMPEX CORPORATION, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | C.A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) | |
| *Defendants.* | ) | |

## NOTICE OF DEPOSITION OF MING-CHIN KANG

Please take notice that Plaintiff Ampex Corporation ("Ampex") will take the deposition upon oral examination of Ming-Chin Kang, pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will be held at the Ambassador Hotel, 188, Chung Hwa Road, Section 2, Hsinchu 300, Taiwan, commencing on or about February 22, 2006, at 9:00 a.m. or at such other date, time and place as mutually agreed upon by counsel, and ending on or about February 22, 2006, at 5:30 p.m., or until completed.

This examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed. Testimony derived pursuant to this Notice of Deposition shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure.

You are invited to attend.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Julia Heaney (#3052)
          Jack B. Blumenfeld (#1014)
          Julia Heaney (#3052)
          1201 North Market Street
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          jheaney@mnat.com
           *Attorneys for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha Rao
Ropes & Gray LLP
1251 Ave of the Americas
New York, NY 10020 USA
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
 (650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005 USA
(202) 508-4600

January 25, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on January 25, 2006, I caused to be electronically filed the foregoing *Notice of Deposition of Ming-Chin Kang* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Paul M. Lukoff, Esquire
> Prickett, Jones, Elliott,
> 1310 King Street
> Wilmington, DE  19899

### BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/ Julia Heaney*
> Julia Heaney (#3052)