IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| | : |
| EASTMAN KODAK COMPANY, | : |
| ALTEK CORPORATION and | : |
| CHINON INDUSTRIES, INC., | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned certifies that on January 25, 2006, the following document was served on the below-listed attorneys as follows:

**DEFENDANT ALTEK CORPORATION'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 4-6)**

| **VIA E-MAIL - (1 Copy)** | **VIA FEDERAL EXPRESS and E-MAIL - (1 Copy)** |
|---|---|
| Jack B. Blumenfeld, Esquire | Norman H. Beamer, Esquire |
| Julia Heaney, Esquire | Gabrielle E. Higgins, Esquire |
| Morris, Nichols, Arsht & Tunnell | Ropes & Gray LLP |
| 1201 N. Market Street | 525 University Avenue |
| P. O. Box 1347 | Palo Alto, CA 94301 |
| Wilmington, DE 19899 | E-mail: norman.beamer@ropesgray.com |
| Email: jblumenfeld@mnat.com | |
| **VIA E-MAIL - (1 Copy)** | **VIA E-MAIL - (1 Copy)** |
| Jesse J. Jenner, Esquire | Paul M. Schoenhard, Esquire |
| Ropes & Gray LLP | Ropes & Gray LLP |
| 1251 Avenue of the Americas | 700 12th Street, N.W., Suite 900 |
| New York, NY 10020 | Washington,DC 10005-3948 |
| E-mail: jesse.jenner@ropesgray.com | E;mail: paul.schoenhard@ropesgray.com |

19660.3\295758v1

                                  PRICKETT, JONES & ELLIOTT, P.A.

BY: *Paul M. Lukoff* (signature)
            PAUL M. LUKOFF (I.D. No. 96)
            DAVID E. BRAND (I.D. No. 201)
            1310 King Street
            P. O. Box 1328
            Wilmington, DE 19899
            (302) 888-6500
            Attorneys for Defendants

DATE: January 26, 2006

19660.3\295758v1