IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, | : | |
| ALTEK CORPORATION and | : | |
| CHINON INDUSTRIES, INC., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 26, 2006, the following documents were served on the below-listed attorneys as follows:

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF AMPEX CORPORATION**

**DEFENDANT EASTMAN KODAK COMPANY'S SECOND SUPPLEMENTAL RESPONSE TO AMPEX CORPORATION'S INTERROGATORY NO. 34, AS PROPOUNDED DURING THE ITC INVESTIGATION**

**DEFENDANTS' THIRD SET OF DOCUMENT REQUESTS TO PLAINTIFF AMPEX CORPORATION (NOS. 59-69)**

**DEFENDANTS' THIRD SET OF INTERROGATORIES TO PLAINTIFF AMPEX CORPORATION (NO. 30)**

| **VIA E-MAIL & HAND DELIVERY** | **VIA FEDERAL EXPRESS & E-MAIL** |
|---|---|
| Jack B. Blumenfeld, Esquire | Norman H. Beamer, Esquire |
| Julia Heaney, Esquire | Gabrielle E. Higgins, Esquire |
| Morris, Nichols, Arsht & Tunnell | Ropes & Gray LLP |
| 1201 N. Market Street | 525 University Avenue |
| P. O. Box 1347 | Palo Alto, CA 94301 |
| Wilmington, DE 19899 | E-mail: norman.beamer@ropesgray.com |
| Email: jblumenfeld@mnat.com | |

19660.3\295817v1

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA E-MAIL**

Paul M. Schoenhard, Esquire
Ropes & Gray LLP
700 12th Street, N.W., Suite 900
Washington, DC 10005-3948
E;mail: paul.schoenhard@ropesgray.com

                        PRICKETT, JONES & ELLIOTT, P.A.

                        BY: _/s/ Paul M. Lukoff_
                        PAUL M. LUKOFF (I.D. No. 96)
                        DAVID E. BRAND (I.D. No. 201)
                        1310 King Street
                        P. O. Box 1328
                        Wilmington, DE 19899
                        (302) 888-6500
                        Attorneys for Defendants

DATE: January 26, 2006

19660.3\295817v1