IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 04-1373 (KAJ) |
| : | |
| EASTMAN KODAK COMPANY, : | |
| ALTEK CORPORATION and : | |
| CHINON INDUSTRIES, INC., : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 26, 2006, the following documents were served on the below-listed attorneys as follows:

**NOTICE OF DEPOSITION OF WILLIAM LINDEMANN**
**NOTICE OF DEPOSITION OF CRAIG L. MCKIBBEN**
**NOTICE OF DEPOSITION OF LAWRENCE J. EVANS**
**NOTICE OF DEPOSITION OF PETER MANN**

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS & E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

19660.3\295819v1

                                        PRICKETT, JONES & ELLIOTT, P.A.

                                      BY: _____
                                        PAUL M. LUKOFF (I.D. No. 96)
                                        DAVID E. BRAND (I.D. No. 201)
                                        1310 King Street
                                        P. O. Box 1328
                                        Wilmington, DE 19899
                                        (302) 888-6500
                                        Attorneys for Defendants

DATE: January 27, 2006

19660.3\295819v1