**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial: (302) 888-6520
Writer's Telecopy Number: (302) 888-6331
Writer's E-Mail Address: PMLukoff@prickett.com

January 27, 2006

**VIA EMAIL AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   **Ampex Corporation v. Eastman Kodak Company, et al.**
            **C. A. No. 04-1373 KAJ**

Dear Judge Jordan:

    Eastman Kodak Company submits this letter to the Court to report on the issue of the production of Kodak licenses that was addressed during the parties' joint discovery telephone conference on January 12, 2006. As you will recall, Kodak has taken the position that, in the absence of a Court Order, it needs permission from its licensing partners before producing licenses responsive to Ampex's document request because of confidentiality provisions in the licenses themselves. At the January 12 teleconference, Your Honor directed that Kodak again contact its partners and inform them that if permission was not granted by any particular entities by January 27 (today), then the Court would issue an Order compelling Kodak to produce the licenses relating to those particular entities.

    At the time of the January 12 teleconference, there were 22 licensing partners from which Kodak had been seeking permission, but in which permission had not yet been granted. In the interim two weeks, significant progress has been made in obtaining permissions and producing licenses, and there are presently only 4 entities remaining who have not granted permission. These entities are:

> Ability Enterprise Co., Ltd.
> Asia Optical Company
> Alfred B. Levine
> Skanhex Technology Inc.

    Three of these entities (with the exception of Alfred B. Levine) have asked for additional time to consider whether to grant permission (these companies are each based in Asia). Kodak thus requests that it be granted an additional 10 days (until February 6) to attempt to secure

19660.3\295953v1

The Honorable Kent A. Jordan
January 27, 2006
Page 2

permissions from these remaining four entities. Ampex does not oppose this request. Ampex has indicated that it is willing to give the parties concerned an additional 10 days to reach agreement, but would like an Order requiring Defendants to produce the remaining documents absent agreement by then. Kodak does not believe an Order is necessary.

Respectfully submitted,

PAUL M. LUKOFF

PML/mhl
cc: Jack B. Blumenfeld, Esquire (Via Efiling)
     Norman H. Beamer, Esquire (Via E-Mail & FedEx)
     Jesse J. Jenner, Esquire (Via E-Mail)
     S. Calvin Walden, Esquire (Via Email)
     Michael J. Summersgill, Esquire (Via Email)
     Jordan L. Hirsch, Esquire (Via Email)

19660.3\295953v1