IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | : : : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 27, 2006, the following documents were served on the below-listed attorneys as follows:

**NOTICE OF DEPOSITION OF WILLIAM CARPENTER**
**NOTICE OF DEPOSITION OF JOHN MCCOMMONS**
**NOTICE OF DEPOSITION OF GERALD C. MLOKNOSKY**

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS & E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

19660.3\295952v1

                                      PRICKETT, JONES & ELLIOTT, P.A.

                              BY: /s/ Paul M. Lukoff
                                  PAUL M. LUKOFF (I.D. No. 96)
                                  DAVID E. BRAND (I.D. No. 201)
                                  1310 King Street
                                  P. O. Box 1328
                                  Wilmington, DE 19899
                                  (302) 888-6500
                                  Attorneys for Defendants

DATE: January 27, 2006

19660.3\295952v1