IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,   :<br>              :<br>Plaintiff,   :<br>              :<br>v.   :   C. A. No. 04-1373 (KAJ)<br>              :<br>EASTMAN KODAK COMPANY,   :<br>ALTEK CORPORATION and   :<br>CHINON INDUSTRIES, INC.,   :<br>              :<br>Defendants.   : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on January 27, 2006, the following documents were served on the below-listed attorneys as follows:

**DEFENDANT ALTEK CORPORATION'S SUPPLEMENTAL RESPONSE TO AMPEX CORPORATION'S INTERROGATORY NO. 34, AS PROPOUNDED DURING THE ITC INVESTIGATION**

<u>**VIA E-MAIL**</u>

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

<u>**VIA FEDERAL EXPRESS & E-MAIL**</u>

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

<u>**VIA E-MAIL**</u>

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

<u>**VIA E-MAIL**</u>

Paul M. Schoenhard, Esquire
Ropes & Gray LLP
700 12th Street, N.W., Suite 900
Washington, DC 10005-3948
E;mail: paul.schoenhard@ropesgray.com

19660.3\295954v1

                                                PRICKETT, JONES & ELLIOTT, P.A.

BY: _/s/ Paul M. Lukoff_
     PAUL M. LUKOFF (I.D. No. 96)
     DAVID E. BRAND (I.D. No. 201)
     1310 King Street
     P. O. Box 1328
     Wilmington, DE 19899
     (302) 888-6500
     Attorneys for Defendants

DATE: January 27, 2006

19660.3\295954v1