## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and CHINON | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's Requests for Admission to Defendant Eastman Kodak Company (Nos. 1-100); Plaintiff Ampex Corporation's Fourth Set of Interrogatories to Defendant Eastman Kodak Company (Nos. 12-24); Plaintiff Ampex Corporation's Sixth Set of Document Requests to Defendant Eastman Kodak Company (Nos. 143-158); Plaintiff Ampex Corporation's First Set of Requests for Admission to Defendant Altek Company (Nos. 1-30); Plaintiff Ampex Corporation's Third Set of Interrogatories to Defendant Altek Company (Nos. 7-11);  and Plaintiff Ampex Corporation's Fourth Set of Document Requests to Defendant Altek Company (Nos. 86-153) were caused to be served on January 27, 2006 upon the following counsel in the manner indicated:

**BY HAND**

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

January 27, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Julia Heaney, hereby certify that on January 27, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

> <u>BY HAND</u>
>
> Paul M. Lukoff, Esquire
> Prickett, Jones, Elliott,
> 1310 King Street
> Wilmington, DE  19899
>
> <u>BY FEDERAL EXPRESS</u>
>
> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109
>
> S. Calvin Walden
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, NY  10022

> */s/ Julia Heaney*
> Julia Heaney (#3052)