IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 04-1373 (KAJ) ) |
| v. | ) ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF DEPOSITION OF MARY HADLEY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Ampex Corporation, by and through their attorneys, will take the deposition upon oral examination of Mary Hadley, commencing at 9:30 a.m. on February 22, 2006, at the law offices of Ropes & Gray, 1251 Avenue of the Americas, New York, NY 10020, or at such other location and time as may be mutually agreed. The examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed.

You are invited to attend and cross examine.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | /s/ Julia Heaney (#3052) |
| Jesse J. Jenner | Jack B. Blumenfeld (#1014) |
| Sasha G. Rao | Julie Heaney (#3052) |
| Ropes & Gray LLP | 1201 North Market Street |
| 1251 Avenue of the Americas | P.O. Box 1347 |
| New York, New York 10020 | Wilmington, DE 19899-1347 |
| (212) 596-9000 | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| Norman H. Beamer | jheaney@mnat.com |
| Gabrielle E. Higgins | |
| Ropes & Gray LLP | |
| 525 University Avenue | |
| Palo Alto, California 94301 | |
| (650) 617-4000 | |

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

January 31, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on January 31, 2006, I caused to be electronically filed the foregoing *Notice of Deposition of Mary Hadley* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Paul M. Lukoff, Esquire
Prickett, Jones, Elliott,
1310 King Street
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

/s/ Julia Heaney
Julia Heaney (#3052)