IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>Defendants. )<br>)<br>) | C.A. No. 04-1373 (KAJ) |

## NOTICE OF DEPOSITION OF ZENJI HARADA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Ampex Corporation, by and through their attorneys, will take the deposition upon oral examination of Zenji Harada, commencing at 9:30 a.m. on February 15, 2006, at the law offices of Ropes & Gray LLP, 525 University Avenue, Palo Alto, CA 94301, or at such other location and time as may be mutually agreed. The examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed.

You are invited to attend and cross examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jesse J. Jenner<br>Sasha G. Rao<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 596-9000<br><br>Norman H. Beamer<br>Gabrielle E. Higgins<br>Ropes & Gray LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>(650) 617-4000<br><br>James E. Hopenfeld<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street, NW<br>Washington, DC  20005<br><br>February 1, 2006 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Julia Heaney (#3052)<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>   *Attorneys for Plaintiff Ampex Corporation* |

2

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on February 1, 2006, I caused to be electronically filed the foregoing *Notice of Deposition of Zenji Harada* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Paul M. Lukoff, Esquire
Prickett, Jones, Elliott,
1310 King Street
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109


*/s/ Julia Heaney*
Julia Heaney (#3052)