IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and<br>CHINON INDUSTRIES, INC.,<br><br>*Defendants.* | ) )<br>) ) )<br>) )<br>) ) C.A. No. 04-1373 (KAJ)<br>) )<br>) )<br>) )<br>) ) |

**NOTICE OF DEPOSITION OF DEFENDANT EASTMAN KODAK COMPANY
RE: IMAGE QUALITY AND USER INTERFACE SPECIFICATIONS**

TO:  All Parties and their Attorneys of Record:

**PLEASE TAKE NOTICE:** Pursuant to Federal Rule of Civil Procedure 30(b)(6), Ampex will take the deposition of Defendant Eastman Kodak Company ("Kodak"), commencing on February 27, 2006, at 9:00 a.m., at the Alliance Building, 183 East Main Street, Suite 1500, Rochester, NY 14604, or at such other time and place agreed upon by the counsel to the parties.

Kodak shall designate one or more of its officers, directors or managing agents, or other persons with knowledge of the matters set forth in Schedule A of this notice to appear and testify on its behalf at the deposition. The persons so designated shall testify as to matters known or reasonably available to Kodak.

This examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed.

You are invited to attend.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
  *Attorneys for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005
(202) 508-4600

February 2, 2006

## SCHEDULE A

### INSTRUCTIONS AND DEFINITIONS

Ampex incorporates by reference the instructions and definitions set forth in its First Set of Document Requests to Defendant Eastman Kodak Company (1-70) and its Fourth Set of Document Requests to Defendant Eastman Kodak Company (92-136).

### SUBJECT MATTER CATEGORIES

1. The image quality testing of the Kodak Devices, including without limitation the results of all image quality tests performed on each of the Kodak Devices.

2. The use of "image experts" (*see, e.g.*, Sasson 4/27/2005 Tr. at 39:7-16) during the development or production of any of the Kodak Devices, including but not limited to the identity any such "image experts" and the evaluation performed by any such "image experts."

3. User interface requests from the design group in Rochester to KDPC (*see* Domen 1/20/2006 Tr. at 18-20 ("Q: From whom do you receive user interface requests? A: Mainly from design group in Rochester")), including without limitation the source of such requests, how decisions are made with respect to such requests, and any data or other information on which decisions to make such requests are based.

4. The development of user interaction specifications (*see, e.g.*, Domen Dep. Ex. 360, EKCNYI005093324-818) for each of the Kodak Devices, including without limitation any data or other information on which requirements in such specifications are based.

5. Kodak's specification of the display time for Multi-up mode (*see, e.g.*, Domen Dep. Ex. 360 at 273 (EKCNYI005093596) ("Full display of multi-up screen showing all nine still pictures . . . should take no longer than 4.5 seconds.")) including, but not limited to, the specified display time for that Device in Multi-up mode, why the speed with which the multi-up screen is displayed is important (*see, e.g.*, Domen 1/20/2006 Tr. at 49:11-15), and the reason(s) Kodak specified that display time including, but not limited to, any data, surveys, or market studies Kodak used in determining a specified display time.

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on February 2, 2006, I caused to be electronically filed the foregoing *Notice of Deposition of Defendant Eastman Kodak Company* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Paul M. Lukoff, Esquire
> Prickett, Jones, Elliott,
> 1310 King Street
> Wilmington, DE 19899

### BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

> /s/ Julia Heaney
> Julia Heaney (#3052)