# SEALED EXHIBITS TO

# FEBRUARY 6, 2006 LETTER

# TO HONORABLE KENT A. JORDAN