**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
http://www.prickett.com

Writer's Direct Dial:
(302)888-6520
Writer's Telecopy Number::
(302)888-6331
Writer's E-Mail Address:
PMLukoff@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

February 10, 2006

By Hand Delivery

Honorable Kent A. Jordan
U.S. District Court
Courthouse
844 King Street
Wilmington, DE 19801

>        Re:    Ampex v. Kodak, et al.
>               C.A. No. 04-1373(KAJ)

Dear Judge Jordan:

Enclosed is the proposed Order, pertaining to the two outstanding license agreements, which the Court, at the discovery dispute teleconference on February 8, requested that the parties submit by 12:00 p.m. today.

Respectfully submitted,

Paul M. Lukoff (I.D. No. 96)

cc:    Clerk, U.S. District Court [w/encl.](By Hand)
       Jack B. Blumenfeld, Esq. [w/encl.](By Hand)
       Norman H. Beamer, Esq. [w/encl.](By E-mail)
       Jesse J. Jenner, Esq. [w/encl.](By E-mail)
       S. Calvin Walden, Esq. [w/encl.](By E-mail)
       Michael J. Summersgill, Esq. [w/encl.](By E-mail)

19660.3\297066v1