IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and<br>CHINON INDUSTRIES, INC.,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1373 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO COMPEL
PRODUCTION OF LICENSE AGREEMENTS**

This matter comes before the Court at plaintiff Ampex Corporation's request pursuant to the Court's procedure for resolving discovery disputes. Ampex requests an Order compelling productions of the license agreements between Eastman Kodak Company and Alfred B. Levine, and between Kodak and Skanhex, that are responsive to Ampex's document requests. Based on the letters submitted to the Court, and the arguments made during the telephonic hearings on January 12, 2006 and February 8, 2006, and good cause appearing therefore, it is hereby

ORDERED that Defendant Eastman Kodak Corporation produce to Ampex, on or before February 13, 2006, all license agreements relating to U.S. Patent Nos. 5,164,831 and 5,016,107 between Kodak and Alfred B. Levine, and between Kodak and Skanhex.

SO ORDERED

DATED: 2/10/06

                     Kent A. Jordan
                     United States District Judge

19660.3\297071v1