# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's Second Supplemental Response to Defendants' Interrogatory No. 1 Re Willful Infringement were caused to be served on February 14, 2006 and Ampex Corporation's Second Supplemental Responses to Respondent's Interrogatory No. 1 to Ampex, Propounded in ITC Investigation No. 337-TA-527 were caused to be served on February 13, 2006 upon the following counsel in the manner indicated:

### BY HAND

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

### BY EMAIL & FEDERAL EXPRESS

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                   */s/ Julia Heaney*
                                   Jack B. Blumenfeld (#1014)
                                   Julia Heaney (#3052)
                                   1201 North Market Street, P.O. Box 1347
                                   Wilmington, DE 19899-1347
                                   (302) 658-9200
                                   jheaney@mnat.com
                                   *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

February 15, 2006

## **CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on February 15, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

>*/s/ Julia Heaney*
>Julia Heaney (#3052)