IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
|         Plaintiff, | : |
| v. | :    C. A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | :    **NOTICE OF SERVICE** |
|         Defendants. | : |

PLEASE TAKE NOTICE that the undersigned certifies that on February 17, 2006, the following document was served on the below-listed attorneys as follows:

**NOTICE OF DEPOSITION OF DON MACLEOD**

**VIA E-MAIL**
Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS & E-MAIL**
Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL**
Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

PRICKETT, JONES & ELLIOTT, P.A.

BY: _/s/_____
    PAUL M. LUKOFF (I.D. No. 96)
    DAVID E. BRAND (I.D. No. 201)
    1310 King Street
    P. O. Box 1328
    Wilmington, DE 19899
    (302) 888-6500
    Attorneys for Defendants

DATE: February 21 2006

19660.3\297882v1