# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1373-KAJ |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION and CHINON ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's Supplemental Response to Defendants' Interrogatory No. 17 was caused to be served on February 22, 2006 upon the following counsel in the manner indicated:

**BY FEDERAL EXPRESS**
Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Julia Heaney*
                                            Jack B. Blumenfeld (#1014)
                                            Julia Heaney (#3052)
                                            1201 North Market Street, P.O. Box 1347
                                            Wilmington, DE 19899-1347
                                            (302) 658-9200
                                            jheaney@mnat.com
                                            *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

February 22, 2006

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on February 22, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

>*/s/ Julia Heaney*
>Julia Heaney (#3052)