IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMPEX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC.,<br><br>Defendants. | C.A. No. 04-1373-KAJ |

## DEFENDANTS' MOTION TO BIFURCATE AND MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendants move to bifurcate the issues for this patent infringement trial into two phases: (1) liability and damages; and (2) willful infringement. Defendants further move for a protective order staying discovery relating to opinions of counsel until after liability has been adjudicated.

Pursuant to Local Rule 7.1.1., defense counsel has made a reasonable effort to reach agreement with opposing counsel concerning the subject of this motion, without success.

PRICKETT, JONES, ELLIOTT, P.A.

_/s/ Paul M. Lukoff_
PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

Date: February 22, 2006

OF COUNSEL:

S. Calvin Walden
Paul B. Keller
Rebecca M. McCloskey
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed **DEFENDANTS' MOTION TO BIFURCATE AND MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on February 22, 2006, I have forwarded the above-noted document to the following as noted below:

| **VIA E-MAIL** | **VIA E-MAIL & FEDERAL EXPRESS** |
|---|---|
| Jesse J. Jenner, Esquire<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | Norman H. Beamer, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Palo Alto, California 94301 |

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*/s/ Paul M. Lukoff*
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
  DEBrand@prickett.com

19660.3\297727v1