IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and CHINON | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Ampex Corporation's Interrogatories to Defendant Eastman Kodak Company (Nos. 25-36) were caused to be served on February 22, 2006 upon the following counsel in the manner indicated:

### BY HAND

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

### BY EMAIL

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld*
                                        Jack B. Blumenfeld (#1014)
                                        Julia Heaney (#3052)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

February 22, 2006

## **CERTIFICATE OF SERVICE**

      I, Jack B. Blumenfeld, hereby certify that on February 22, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)