IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMPEX CORPORATION,                    :
                                      :
             Plaintiff,               :
                                      :
      v.                              :        C. A. No. 04-1373 (KAJ)
                                      :
EASTMAN KODAK COMPANY,                :
ALTEK CORPORATION and                 :
CHINON INDUSTRIES, INC.,              :
                                      :
             Defendants.              :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on February 23, 2006, the

following document was served on the below-listed attorneys as follows:

**RESPONSE OF EASTMAN KODAK COMPANY TO**
**AMPEX CORPORATION'S NOTICE OF DEPOSITION**

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

**VIA FEDERAL EXPRESS & E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

19660.3\298243v1

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____

PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE:  February 24, 2006