IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION and CHINON )<br>INDUSTRIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-1373-KAJ |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff Ampex Corporation's Responses to Defendants' First Set of Requests for Admission; (2) Plaintiff Ampex Corporation's Response to Defendants' Third Set of Interrogatories (No. 30); and (3) Plaintiff Ampex Corporation's Responses to Defendants' Third Set of Document Requests (Nos. 59-69) were caused to be served on February 27, 2006 upon the following counsel in the manner indicated:

**BY EMAIL AND HAND**

Paul M. Lukoff
Prickett, Jones, Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

**BY EMAIL AND FEDERAL EXPRESS**

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/  Julia Heaney*
                Jack B. Blumenfeld (#1014)
                Julia Heaney (#3052)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                jheaney@mnat.com
                *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

February 27, 2006

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on February 27, 2006, I caused to be electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Paul M. Lukoff, Esquire
    David E. Brand, Esquire
    Prickett, Jones & Elliott, P.A.

    */s/ Julia Heaney*
    Julia Heaney (#3052)