IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1373 (KAJ) |
| | : | |
| EASTMAN KODAK COMPANY, | : | |
| ALTEK CORPORATION and | : | |
| CHINON INDUSTRIES, INC., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned certifies that on February 27, 2006, the following document was served on the below-listed attorneys as follows:

**DEFENDANT ALTEK CORPORATION'S RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 7-11) and**

**ALTEK CORPORATION'S RESPONSES TO PLAINTIFF AMPEX CORPORATION'S FOURTH SET OF DOCUMENT REQUESTS (NOS. 86-157)**

| VIA E-MAIL | VIA FEDERAL EXPRESS & E-MAIL |
|---|---|
| Jack B. Blumenfeld, Esquire | Norman H. Beamer, Esquire |
| Julia Heaney, Esquire | Gabrielle E. Higgins, Esquire |
| Morris, Nichols, Arsht & Tunnell | Ropes & Gray LLP |
| 1201 N. Market Street | 525 University Avenue |
| P. O. Box 1347 | Palo Alto, CA 94301 |
| Wilmington, DE 19899 | E-mail: norman.beamer@ropesgray.com |
| Email: jblumenfeld@mnat.com | |

PRICKETT, JONES & ELLIOTT, P.A.

BY: *Paul M. Lukoff*
PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE: February 28, 2006

19660.3\298469v1