IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 04-1373 (KAJ) |
| : | |
| EASTMAN KODAK COMPANY, : | |
| ALTEK CORPORATION and : | |
| CHINON INDUSTRIES, INC., : | |
| : | |
| Defendants. : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on February 27, 2006, the following document was served on the below-listed attorneys as follows:

**ALTEK CORPORATION'S RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR ADMISSION (NOS.1-32)**

| **VIA E-MAIL** | **VIA FEDERAL EXPRESS & E-MAIL** |
|---|---|
| Jack B. Blumenfeld, Esquire | Norman H. Beamer, Esquire |
| Julia Heaney, Esquire | Gabrielle E. Higgins, Esquire |
| Morris, Nichols, Arsht & Tunnell | Ropes & Gray LLP |
| 1201 N. Market Street | 525 University Avenue |
| P. O. Box 1347 | Palo Alto, CA 94301 |
| Wilmington, DE 19899 | E-mail: norman.beamer@ropesgray.com |
| Email: jblumenfeld@mnat.com | |

                                                                             PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ Paul M. Lukoff
                                                       PAUL M. LUKOFF (I.D. No. 96)
                                                       DAVID E. BRAND (I.D. No. 201)
                                                       1310 King Street
                                                       P. O. Box 1328
                                                       Wilmington, DE 19899
                                                       (302) 888-6500
                                                       Attorneys for Defendants

DATE: February 28, 2006

19660.3\298469v1