**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6520
Writer's Telecopy Number::
(302)888-6331
Writer's E-Mail Address:
PMLukoff@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 7, 2006

By Hand Delivery

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:    Ampex Corp. v. Kodak Company, et al.
             C.A. No. 04-1373(KAJ)

Dear Judge Jordan:

     Enclosed is a proposed Order, pertaining to the production of outstanding royalty reports, which the Court addressed at the status teleconference on February 28, 2006.

                                     Respectfully submitted,

                                     Paul M. Lukoff (I.D. No. 96)

PML/mhl
cc:    Clerk, U.S. District Court [w/encl.](By Hand)
       Jack B. Blumenfeld, Esq. [w/encl.](By E-File)
       Norman H. Beamer, Esq. [w/encl.](By E-mail)
       Jesse J. Jenner, Esq. [w/encl.](By E-mail)
       S. Calvin Walden, Esq. [w/encl.](By E-mail)
       Michael J. Summersgill, Esq. [w/encl.](By E-mail)