IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>*Defendants.* )<br>) | C.A. No. 04-1373 (KAJ) |

**ORDER GRANTING MOTION TO COMPEL
PRODUCTION OF ROYALTY REPORTS**

This matter comes before the Court at plaintiff Ampex Corporation's request pursuant to the Court's procedure for resolving discovery disputes. Ampex requests an Order compelling production of the royalty reports Eastman Kodak Company received from Ability Enterprises, Asia Optical, Konica Minolta and Sharp. Based on the letters submitted to the Court and the arguments made during the telephonic hearing on February 8, 2006, and good cause appearing therefore, it is hereby

ORDERED that Defendant Eastman Kodak Corporation produce to Ampex, on or before March 9, 2006, all royalty reports Eastman Kodak Company received, pursuant to their license agreements relating to U.S. Patent Nos. 5,164,831 and 5,016,107, from Ability Enterprises, Asia Optical, Konica Minolta and Sharp.

SO ORDERED

DATED: _____    _____
                                                                      Kent A. Jordan
                                                                      United States District Judge