IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )   Civil Action No. 04-1373-KAJ ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **9th** day of **March, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **March 14, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_/s/ Kent A. Jordan_
UNITED STATES DISTRICT JUDGE