IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION and CHINON<br>INDUSTRIES, INC.,<br><br>        Defendants. | C.A. No. 04-1373-KAJ |

**DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON THEIR
MOTION TO BIFURCATE AND MOTION FOR PROTECTIVE ORDER**

Pursuant to Local Rule 7.1.4, Defendants hereby apply for oral argument on their motion to bifurcate the issues for this patent infringement trial into two phases: (1) liability and damages; and (2) willful infringement, and for a protective order staying discovery relating to opinions of counsel until after liability has been adjudicated.

                                    PRICKETT, JONES & ELLIOTT, P.A.

                                    BY: _____
                                        PAUL M. LUKOFF (#96)
                                        DAVID E. BRAND (#201)
                                        1310 King Street
                                        P. O. Box 1328
                                        Wilmington, DE 19899
                                        (302) 888-6500
                                        Attorneys for Defendants

OF COUNSEL:

S. Calvin Walden
Paul B. Keller
Rebecca M. McCloskey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Date:  March 15, 2006

19660.3\299705v1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 15, 2006, I electronically filed **DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON THEIR MOTION TO BIFURCATE AND MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

  I hereby certify that on March 15, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

/s/ Paul M. Lukoff
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
     DEBrand@prickett.com