### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and CHINON<br>INDUSTRIES, INC.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1373 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER TO EXTEND DISCOVERY

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order dated October 17, 2005 shall be amended as follows:

1. <u>Fact Discovery</u>: The parties are authorized with respect to the following depositions that have been or are to be taken after February 28, 2006, the fact discovery cut off date:

| Deposition | Date/Time |
|---|---|
| 30(b)(6) of Kodak re: certain topics from notice dated 1/31/06 (Westbrook) | 3/6/06; 9:30 a.m. |
| Fabian | 3/7/06; 9:30 p.m. |
| Holbrook | 3/10/06; 9:30 a.m. |
| 30(b)(6) of Ampex, re: certain topics from notice dated 12/1/05 (Felix) | 3/8/06; 9:30 a.m. |
| MacLeod | 3/10/06; 9:30 a.m. |
| Beaulier | 3/30/06; 9:30 a.m.; to be limited to questions as ordered by the Court at March 14, 2006 discovery conference. |
| Scott and 30(b)(6) of Kodak re: Topics 1, 4, 12 and 13 as they relate to Ofoto/EasyShare Gallery from notice dated 1/31/06 | 3/16/06; 9:00 a.m. |

| Deposition | Date/Time |
|---|---|
| Previously served document and testimonial subpoenas of non-parties | Permitted to be scheduled during March |

2. <u>Expert Discovery</u>:  To accommodate the above discovery extension, and the schedules of counsel and witnesses, the schedule for expert discovery is extended as follows:

|  | Current date | New Date |
|---|---|---|
| Expert Reports due date (Scheduling Order ¶ 3d) | 3/14/06 | 3/24/06 |
| Rebuttal Reports due date (Scheduling Order ¶ 3d) | 4/7/06 | 4/7/06, except that the rebuttal reports of Ligler and Storer shall be due 4/24/06 |
| Expert Discovery Ends (Scheduling Order ¶ 3d) | 4/28/06 | 5/10/06, provided that the depositions of Ligler, Storer, Meyer and Preuss shall take place after 4/24/06 |
| Summary Judgment Motions (Scheduling Order ¶ 9) | 5/12/06 | 5/17/06 |
| Claim Issues Submitted (Scheduling Order ¶ 11) | 5/12/06 | 5/17/06 |

3.    <u>Case Dispositive Motions</u>:  The parties agree to the following briefing schedule for case dispositive motions:

| Opening Summary Judgment Briefs | 5/17/06 |
|---|---|
| Parties exchange Opening Claim Construction Briefs | 5/17/06 |
| Summary Judgment Opposition Briefs | 5/31/06 |
| Parties exchange Responsive Claim Construction Briefs | 6/2/06 |
| Summary Judgment Reply Briefs | 6/9/06 |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PRICKETT, JONES & ELLIOTT |
|---|---|
| */s/ Julia Heaney*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jheaney@mnat.com<br><br>*Attorneys for Plaintiff* | */s/ Paul M. Lukoff*<br>Paul M. Lukoff (#96)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19801<br>(302) 888-6500<br>pmlukoff@prickett.com<br><br>*Attorneys for Defendants* |

SO ORDERED

_____
U.S. District Court Judge