Writer's Direct Dial:
(302)888-6520
Writer's Telecopy Number:
(302)888-6331
Writer's E-Mail Address:
PMLukoff@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 17, 2006

**HAND DELIVERY**

Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

  RE: Ampex Corporation v. Eastman Kodak Company, et al.,
     C.A. No. 04-1373-KAJ

Dear Sir/Ms.:

  I am writing to let you know that the defendants in the above-captioned matter have become aware that certain pages of the Appendix to their Opening Brief in Support of their Motion to Bifurcate and Motion for Protective Order, D.I. 178, filed on February 22, 2006, contained confidential information which should have been filed under seal.

  The Appendix is entered in the Docket as D.I. 183. Please remove all of D.I. 183 in order that defendants may re-file a redacted Appendix. Please let us know when the removal has occurred so that we can file the redacted version.

  Thank you very much for your assistance and for your attention to this matter.

          Very truly yours,

          Paul M. Lukoff (I.D. No. 96)

PML/mhl
  Jack B. Blumenfeld, Esq. (By Hand)
  Norman H. Beamer, Esq. (By E-Mail)
  Jesse J. Jenner, Esq. (By E-Mail)
  S. Calvin Walden, Esq. (By E-Mail)
  Michael J. Summersgill, Esq. (By E-Mail)
  Rebecca M. McCloskey, Esq. (By E-Mail)

19660.3\299914v1

## Utility Events
1:04-cv-01373-KAJ Ampex Corporation v. Eastman Kodak Comp, et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 3/17/2006 at 2:06 PM EST and filed on 3/17/2006
**Case Name:**      Ampex Corporation v. Eastman Kodak Comp, et al
**Case Number:**    1:04-cv-1373
**Filer:**
**Document Number:**

**Docket Text:**
CORRECTING ENTRY: Per counsel's request dated 3/17/06, Clerk's Office Help Desk removed all documents attached to D.I. 183. These documents will be resubmitted by counsel as a SEALED APPENDIX using the same D.I. #, 183, and will be deemed filed as of 2/22/06. (rbe, )

The following document(s) are associated with this transaction:

**1:04-cv-1373 Notice will be electronically mailed to:**

Kelly L. Baxter    kelly.baxter@ropesgray.com,

Norman H. Beamer    norman.beamer@ropesgray.com,

Jack B. Blumenfeld    jbbefiling@mnat.com

David E. Brand    debrand@prickett.com, mhlengle@prickett.com; debrand@prickett.com

David R. Brightman    David.Brightman@ropesgray.com,

Karen A. Christiansen    karen.christiansen@ropesgray.com,

Julia Heaney    jhefiling@mnat.com

Gabrielle E. Higgins    gabrielle.higgins@ropesgray.com,

James E. Hopenfeld    james.hopenfeld@ropesgray.com,

Paul M. Lukoff    pmlukoff@prickett.com, mhlengle@prickett.com; debrand@prickett.com

Ray R. Zado    Ray.Zado@ropesgray.com,

**1:04-cv-1373 Notice will be delivered by other means to:**