TAB A

# Resume

Last updated 02/24/06

---

**Eric C. Anderson**
**1382 Hastings Lane**
**Gardnerville, NV 89410**
**775-782-9662**
**email:  eric@2live4.com**

---

## OBJECTIVE

I am available for consulting through Anderson Creations.  My work is accomplished by telecommuting:  I have clients in various locations in the USA.

I may be available for full-time work, if the "right" job comes my way.  My preference is for Carson Valley area, but I am willing to consider relocation.

I have an excellent track record for rapid understanding of new technology, and can assist in product definitions, patent and invention process and discovery within your engineering organizations, as well as technology and system architecture evaluation and development.  Additionally, I am available for the development of websites including dynamic pages using server-side scripting and databases.

## SKILLS

My specific skills include

- The ability to learn new technologies and product areas rapidly
- Ability to lead and nurture a superior engineering team
- A deep understanding of hardware and software architectural and integration issues
- The ability to ask the right questions to expose the critical issues
- An ability to make excellent engineering trade-offs resulting in cost and complexity reduction with minimum loss or even gain of functionality
- A deep understanding of real time and multiprocessing issues and concepts
- A visionary approach to product development
- An extensive understanding of internet technology, including ASP, VBScript, ADO, HTML, and editing tools such as Photoshop, Image Composer, FrontPage, etc.
- A deep understanding of the invention process, intellectual property issues, the patent application and prosecution process, and some experience functioning as an expert witness in patent disputes.

## EMPLOYMENT

| June 2001 to Present | **Anderson Creations**: As of June 2001, I started a consulting company, originally based in San Jose, CA, but now located in Gardnerville, NV. Primary consulting areas include: website development, eLearning courseware systems development, fine art photography, patent/IP analysis and patent disclosure preparation. I also have served in some capacity as an expert witness in patent disputes. For more information, visit my business website at andersoncreations.net.<br><br>In 2005, I launched a new business around fine art photography. The website, www.luminousimpressions.com, is a place for skilled fine artists to display and sell their work. My own art is displayed within that site, directly accessible via the domain www.whatgodcreated.com. |
|---|---|
| March 2001 to Present | **BWGI Ministries**: I was recently appointed as CTO for BWGI Ministries, with responsibilities including the technology development of new products, and as technical representative of the organization.<br><br>As a board member and webmaster, I created a state-of-the-art e-commerce website for this organization. I continue to function as the webmaster, and most recently created a powerful online eLearning or distance education multimedia system. View the website at www.whatgodintended.com and www.addictionproofing.com.<br><br>The eLearning system has become the launching point for many new initiatives, including the development of a satellite and internet-based teacher education network. |
| August 1996 to February 2001 | **FlashPoint Technology, Inc**.: as *Chief Technology Officer*, my responsibilities included the development of the internet strategy roadmap and architecture for the company, including the recently announced Photivity wireless imaging service. In addition, I am responsible for technology evaluation for current and future planned directions for the company, and for intellectual property development and management. Over a period of 4 years, this included the filing of over 100 patent applications. At this time, approximately 30 of these have either issued or been allowed by the patent office.<br><br>In 1999, I enhanced my skill set to include Active Server Pages, Active Data Objects (ASP and ADO) and related dynamic web technology, and have built a number of data-based web sites using this technology. I also developed several Visual Basic applications for the PC. |

| | |
|---|---|
| | Prior to the focus on the internet directions for the company, my responsibilities included the technology development for Digita™ OE (Operating Environment), which represents the core technology platform for the company. Additionally, I was extensive involved with customer programs to integrate their requirements into our overall direction without sacrificing the goal of a standard application development platform for digital cameras and related imaging devices. I successfully guided technology development with product shipments including the Kodak DC220, DC260, DC265, and DC290 digital cameras, the Minolta 1500-EX digital camera, and the Epson Print-On stand-alone digital image printer.<br><br>While at Apple, I played a significant role in defining the hardware reference platform for the Motorola MPC823 microprocessor, including image capture subsystem and power management gate arrays and sub-CPU's. I defined a new capture and image processing architecture, which is under development at Motorola. More information on the successes of the technology I created can be found at http://www.flashpoint.com. |
| May 1996 to August 1996 | **Apple Computer, Inc. Imaging Group**: as *Image Capture Engineering Manager and Chief Architect*, my responsibilities expanded to include the Host software group, which includes both Macintosh and Windows programmers dedicated to the development of the Host components of QuickTime IC. I worked with external parties and Apple employees to create a spin-off from Apple to continue to develop the QuickTime IC a.k.a. FlashPoint/OS technology (this technology was renamed to Digita™ OE. The spin-off officially took place on November 15, 1996. Over 30 Apple patents were applied for during this period. |
| June 1994 to May 1996 | **Apple Computer, Inc. Imaging Group**: as *Chief Architect and Camera Software Manager,* my responsibilities included leading the development of a new platform - the Apple Image Capture Platform, and QuickTime IC (Image Capture). This technology involved dozens of inventions relating to the application of computer technology to digital cameras, and included the development of a Camera Hardware Reference Platform, an embedded real-time camera operating system called FlashPoint, a powerful command and control language and API sets, and a text-based scripting language for programmatic control of the camera. The technology was so well received by Motorola, Inc., that it changed the direction of its embedded PowerPC microprocessor development to match our requirements for a powerful camera processor. This resulted in the creation of the MPC823 microprocessor. |

| | |
|---|---|
| | This well-received technology was presented to many camera and consumer electronics companies throughout the world in an attempt to establish a "de facto" standard by broad licensing. Other responsibilities included participation in product planning, technology acquisition, and business planning. At the end of this period, over 50 inventions still awaited patent application preparation. |
| August 1993 to May 1994 | **Apple Computer, Inc. Imaging Group**: as *Project and Technical Leader,* my responsibilities were to bring to market the development work that I accomplished while in the Advanced Technology Group. This includes building a team consisting of Apple employees, contractors, and employees of a major Japanese consumer electronics manufacturing company. During the first three months on the job, I successfully brought the relationship between Apple and this manufacturing partner to a final stage by making presentations to all levels of their management and engineering organization, including representatives of the Board, the President, and selected upper management members.<br><br>Once the team was in place, I developed the overall architecture for both hardware and software for Apple's next generation image capture product line. This architecture enabled product categories which up to that time had been dreamed about by marketing, but neither Apple or its partners were able to create at the required price point. With this architecture in hand, we were able to persuade key Apple partners to align with us in a completely new direction for future products.<br><br>During this period, I managed the Camera Architecture Group, which was responsible to deliver all core technologies, including in-camera operating software as well as hardware system integration and new technology acquisition. Finally, during this period I was responsible for the development of several key, patentable technologies. |
| October 1992 to August 1993 | **Apple Computer, Inc. Advanced Technologies Group**: as *Manager of the Media Devices Group,* I was responsible for building an engineering team to develop next-generation digital image capture PDA's. My functions include technical leadership, budget and schedule responsibility, technology and program presentations to peers and upper management, responsibility for system hardware and software architecture, and the development of selective technology vendor and partner relationships. The effort to develop a product plan, including technology partner selection, was successful, and the project was transferred to product development. |

| November 1988 to October 1992 | **Apple Computer, Inc. Advanced Technologies Group**:  as *Manager of the Signal Processing and Sound Group*, I was responsible for developing *Apple's RealTime Architecture* (**ARTA**), shipped in the summer of 1993 on two separate Macintosh AV computers. This project included vendor and technology selection, contract management, system architecture development and design, processor architecture, and real time OS architecture. I functioned as the system architect, the software and hardware group manager, and provided visionary technical leadership, including support for multiprocessing.<br><br>I was directly responsible for the specifications and development of the Singer stereo audio codec (ITT and Crystal), the DSP3210 (AT&T), and the initial work on the Digital Multi-Standard Decoder (DMSD) from Phillips. These parts, or their direct descendants, are still in use today. In addition, I had significant input into the design and architecture of the audio/telecom I/O subsystem and bus arbiter ASIC's for the AV Macs. This project resulted in 10 patent applications on both software and hardware inventions. |
|---|---|
| September 1987 to November 1988 | **Apple Computer, Inc. CPU Engineering**:  as *Project Leader*, I was responsible for the productization of the Apple II video overlay card, introduced in 1988. I was also responsible for developing a RISC-based version of the Apple II and IIgs. This project was canceled for political reasons (no commitment to Apple II line). I began my work on a multimedia computer, which included a video subsystem and signal processing subsystem. This work directly led to the following project. |
| June 1971 to August 1987 | **Clear Light, Inc., Pompano Beach, FL**:  I started out in Clear Light as the chief engineer, and developed in technical experience and management until I reached the position of *Executive Vice President, Engineering & Manufacturing.* As the product line architect, I was responsible for the development of seven product families, and shipped over 55 products. The product lines were designed to provide computerized control of media devices, such as movie and slide projectors.<br><br>I developed a real time operating system and programming environment for the Apple II computer. Using this technology, we provided interactive systems, including a police training simulator for the City of Miami. During the early years, I set up the manufacturing, purchasing, and quality control functions. I developed a complete inventory control data base, initially on the Apple II, and then with Omnis 3 on the Macintosh, including BOM management, forecasting, ABC analysis, etc. I was also involved in financial, marketing, and venture capital operations for the company. |

| September 1969 to January 1971 | **Electronic System Laboratory, MIT**: I developed a multiple font display terminal, which developed into my Master's Thesis. |
| September 1968 to August 1969 | **Project MAC (Machine Aided Cognition), MIT**: I designed language extensions for the AED (ALGOL Extended for Design) project. |
| June 1964 to August 1968 | **University of Rochester E. E. Department Computer Center, Rochester, NY**: I designed and implemented a FORTRAN IV compiler w/real time and EAI 680 Analog Computer control extensions, a symbolic assembler, and the run-time library for the IBM 7700 Data Acquisition System. |

## EDUCATION

| 1968-1971 | **M.I.T., Cambridge, MA**. M.S. in Computer Science,. Thesis title: "Automatic Multiple Font Generation on CRT Computer Display Terminals." Also E.E. in Computer Science (equal to Ph.D. in course hours, but w/o doctoral thesis). Area of specialization: Artificial Intelligence. |
| 1964-1968 | **University of Rochester, Rochester, NY**. B.S. in Electrical Engineering. Graduated with High Honors (highest in Electrical Engineering). |

## AWARDS

| 2003 | I was nominated as **Inventor of the Year** by the **Silicon Valley Intellectual Property Law Association** (**SVIPLA**):<br><br>"Just about every digital camera on the market today includes one or more of Eric's inventions. The key invention was to make the digital camera a software device rather than a hardware device. This technology involved dozens of inventions relating to the application of computer technology to digital cameras." |
| 2000 | I was listed in **Strathmore's Who's Who** 2000 - 2001 Millennium directory |
| 1996 | I received an internal **Apple Computer** award for submitting 12 patent applications relating to digital image capture |
| 1995 | I received an internal **Apple Computer** award for submitting 3 patent applications relating to digital image capture |
| 1992 | I received an internal **Apple Computer** award for submitting 10 patent applications for AV Mac DSP inventions |

| 1986 | **The 1986 AMI/New England Chapter Award.** The Association for Multi-Image International, Inc. Designation: "For Advancing the Communications Medium of Multi-Image." |
|------|------|
| 1985 | **AMI Special Achievement Award.** The Association for Multi-Image International, Inc. Designation: "Distinguished and Pioneering Service Over a Period of Many Years." |

## PATENTS

There are 103 issued patents, with some still pending.  Of the 103 issued patents, 4 are assigned to **IPAC Acquisition Subsidiary I, LLC**, 66 are assigned to **FlashPoint Technology, Inc.**, and 33 are assigned to **Apple Computer, Inc.**  Issued patents as of the date of this writing are listed below.  Patents listed in red-brown are related to the Apple Real Time Architecture (**ARTA**) DSP co-processing subsystem.

Many patents are linked to Adobe Acrobat (PDF) files.  You can view the patents by clicking on the link.  If you need the Acrobat reader, click on the button below to get it from the Adobe website.



| March 1, 2005 | Patent 6,862,038:  Efficient Image Categorization (IPAC). |
|------|------|
| February 8, 2005 | Patent 6,854,116:  Execution Control for Process Task (Apple). |
| January 25, 2005 | Patent 6,847,388:  Method and System for Accelerating a user Interface of an Image Capture Unit During Play Mode (FlashPoint). |
| December 21, 2004 | Patent 6,833,867:  Method and System for Expanding the Hardware Capabilities of a Digital Imaging Device (FlashPoint). |
| August 31, 2004 | Patent 6,785,019:  Method and System for a Multi-Tasking Printer Capable of Printing and Processing Image Data (FlashPoint). |
| July 20, 2004 | Patent 6,765,612:  Method and System for Naming Images Captured by a Digital Camera (FlashPoint). |
| May 27, 2003 | Patent 6,571,246:  Automatic Data Collection and Workflow Management in a Business Process (IPAC). |
| May 18, 2004 | Patent 6,738,075:  Method and Apparatus for Creating an Interactive Slide Show in a Digital Imaging Device (FlashPoint). |
| May 20, 2003 | Patent 6,567,122:  Method and System for Hosting an Internet Web Site on a Digital Camera (IPAC). |

| March 2, 2004 | Patent 6,700,612: Reviewing and Navigation Among Images on an Image Capture Unit Using a Thumbnail Position Memory Bar (FlashPoint). |
|---|---|
| January 27, 2004 | Patent 6,683,649: Method and Apparatus for Creating a Multimedia Presentation from Heterogeneous Media Objects in a Digital Imaging Device (FlashPoint). |
| January 20, 2004 | Patent 6,680,749: Method and System for Integrating an Application User Interface with a Digital Camera User Interface (FlashPoint). |
| December 2, 2003 | Patent 6,657,667: Method and Apparatus for Capturing a Multidimensional Array of Overlapping Images for Composite Image Generation (FlashPoint). |
| October 21, 2003 | Patent 6,636,259: Automatically Configuring a Web-Enabled Digital Camera to Access the Internet (IPAC). |
| August, 19, 2003 | Patent 6,608,650: Interactive Assistant Process for Aiding a User in Camera Setup and Operation (FlashPoint). |
| July 1, 2003 | Patent 6,587,119: Method and Apparatus for Defining a Panning and Zooming Path Across a Still Image During Movie Creation (FlashPoint) |
| May 13, 2003 | Patent 6,563,535: Image Processing System for High Performance Digital Imaging Devices (FlashPoint). |
| March 25, 2003 | Patent 6,538,698: Method and System for Sorting Images in an Image Capture Unit to Ease Browsing Access (FlashPoint). |
| March 11, 2003 | Patent 6,532,039: Method and System for Digital Image Stamping (FlashPoint). |
| February 26, 2003 | Patent D470,857: Display Screen for a Digital Imaging Device (FlashPoint). |
| January 28, 2003 | Patent 6,512,548: Method and Apparatus for Providing Live View and Instant Review in an Image Capture Device (FlashPoint). |
| January 14, 2003 | Patent 6,507,363: Method and System for Automatically Generating a Plurality of Folders for Multiple Devices and Multiple Sessions in a Digital Camera (FlashPoint). |
| January 7, 2003 | Patent 6,504,575: Method and System for Displaying Overlay Bars in a Digital Imaging Device (FlashPoint). |
| December 24, 2002 | Patent 6,499,016: Automatically Storing and Presenting Digital Images Using a Speech-Based Command Language (FlashPoint). |
| December 24, 2002 | |

| | |
|---|---|
| | Patent 6,498,623: System and Method for Generating Variable Length Timing Signals in an Electronic Imaging Device (FlashPoint). |
| December 10, 2002 | Patent 6,493,028: Method and System for Extending the Available Image File Formats in an Image Capture Device (FlashPoint). |
| November 26, 2002 | Patent 6,486,914: Method and System for Controlling User Interaction in a Digital Imaging Device Using Dynamic Overlay Bars (FlashPoint). |
| October 29, 2002 | Patent 6,473,123: Method and System for Organizing Data Transfers to Support Image Rotation (FlashPoint). |
| April 9, 2002 | Patent 6,370,282: Method and System for Advanced Text Editing in a Portable Digital Electronic Device Using a Button Interface (FlashPoint). |
| March 26, 2002 | Patent 6,362,850: Interactive Movie Creation from One or More Still Images in a Digital Still Camera (FlashPoint). |
| June 4, 2002 | Patent 6,400,471: Flexible Architecture for Image Processing |
| March 12, 2002 | Patent 6,356,357: Method and System for a Multi-Tasking Printer Capable of Printing and Processing Image Data (FlashPoint) |
| November 13, 2001 | Patent 6,317,141: Method and Apparatus for Editing Heterogeneous Media Objects in a Digital Imaging Device. (FlashPoint) |
| November 6, 2001 | Patent 6,313,877: Method and System for Automatically Managing Display Formats for a Peripheral Display Coupled to a Digital Imaging Device. (FlashPoint) |
| August 21, 2001 | Patent 6,278,447: Method and System for Accelerating a User Interface of an Image Capture Unit During Play Mode. (FlashPoint) |
| August 14, 2001 | Patent 6,275,260: Positioning Stamps in Images Captured in an Image Capture Unit. (FlashPoint) |
| July 17, 2001 | Patent 6,263,453: System and Method for Preventing Damage to Media Files Within a Digital Camera Device. [Apple] |
| July 17, 2001 | Patent 6,262,769: Method and System for Auto Rotating a Graphical User Interface for Managing Portrait and Landscape Images in an Image Capture Unit. (FlashPoint) |
| June 19, 2001 | Patent 6,249,316: Method and System for Creating a Temporary Group of Images on a Digital camera. (FlashPoint) |
| May 15, 2001 | |

| | Patent 6,233,016:  System and Method for Managing Utilization of a Battery. [Apple] |
|---|---|
| April 24, 2001 | Patent 6,222,538:  Directing Image Capture Sequences in a Digital Imaging Device Using Scripts. (FlashPoint) |
| April 10, 2001 | Patent 6,215,523:  Method and System for Accelerating a User Interface of an Image Capture Unit During Review Mode. (FlashPoint) |
| April 3, 2001 | Patent 6,212,632:  Method and System for Efficiently Reducing the RAM Footprint of Software Executing on an Embedded Computer System. (FlashPoint) |
| March 27, 2001 | Patent 6,208,429: Method and System for Band Printing of Rotated Digital Image Data. (FlashPoint) |
| January 23, 2001 | Patent 6,177,956: System and Method for Correlating Processing Data and Image Data Within a Digital Camera Device. (FlashPoint) |
| January 23, 2001 | Patent 6,177,957: System and Method for Dynamically Updating Features in an Electronic Imaging Device. (FlashPoint) |
| January 23, 2001 | Patent 6,177,958: System and Method for the Automatic Capture of Salient Still Images. (FlashPoint) |
| January 2, 2001 | Patent 6,169,575: Method and System for Controlled Time-Based Image Group Formation. (FlashPoint) |
| December 19, 2000 | Patent 6,163,816: System and Method for Retrieving Capability Parameters in an Electronic Imaging Device. (FlashPoint) |
| December 5, 2000 | Patent 6,157,394: Flexible Digital Image Processing via an Image Processing Chain with Modular Image Processors. [Apple] |
| November 28, 2000 | Patent 6,154,576: System and Method for Anti-Aliasing of Text Overlay on Electronic Images. (FlashPoint) |
| November 28, 2000 | Patent 6,154,210: Method and System for Implementing Button Interface Compatibility in Touch-Screen Equipped Digital Imaging Device. (FlashPoint) |
| October 31, 2000 | Patent 6,141,044:  Method and System for Coherent Image Group maintenance in Memory. [Apple] |
| October 24, 2000 | Patent 6,137,534:  Method and Apparatus for Providing Live View and Instant Review in an Image Capture Device. (FlashPoint) |
| October 17, 2000 | |

| | |
|---|---|
| | Patent 6,134,606:  System/Method for Controlling Parameters in Hand-Held Digital Camera with Selectable Parameter Scripts, and with Command for Retrieving Capabilities and Associated Permissible Parameter Values. (FlashPoint) |
| October 3, 2000 | Patent 6,128,037:  Method and System for Adding Sound to Images in a Digital Camera. (FlashPoint) |
| September 19, 2000 | Patent 6,122,003:  Method and Apparatus for Changing Operating Modes of an Image Capture Device. (FlashPoint) |
| September 12, 2000 | Patent 6,118,480: Method and Apparatus for Integrating a Digital Camera User Interface Across Multiple Operating Modes. (FlashPoint) |
| August 1, 2000 | Patent 6,097,431:  Method and System for Reviewing and Navigating Among Images on an Image Capture Unit. (FlashPoint) |
| July 25, 2000 | Patent 6,094,221:  System and Method for Using a Scripting Language to Set Digital Camera Device Features [FlashPoint] |
| April 18, 2000 | Patent 6,052,692:  Method and System for Managing Image Related Events Without Compromising Image Processing. (FlashPoint) |
| February 29, 2000 | Patent 6,031,964:  System and Method for using a Unified Memory Architecture to Implement a Digital Camera Device. [Apple] |
| February 22, 2000 | Patent 6,028,611:  Modular Digital Image Processing via an Image Processing Chain. [Apple] |
| February 1, 2000 | Patent 6,020,920:  Method and System for Speculative Decompression of Compressed Image Data in an Image Capture Unit. (FlashPoint) |
| January 11, 2000 | Patent D 418,826:  Image for a Display Screen of a Digital Camera. (FlashPoint) |
| January 4, 2000 | Patent 6,011,585:  Apparatus and Method for Rotating the Display Orientation of a Captured Image. [Apple] |
| December 14, 1999 | Patent 6,002,436:  Method and System for Auto Wake-up for Time Lapse Image Capture in an Image Capture Unit. (FlashPoint) |
| November 23, 1999 | Patent 5,991,465:  Modular Digital Image Processing via an Image Processing Chain with Modifiable Parameter Controls. [Apple] |
| November 16, 1999 | Patent 5,986,701:  Method and System of Grouping Related Images Captured with a digital Image Capture Device. |

| | (FlashPoint) |
|---|---|
| October 26, 1999 | Patent 5,973,734:  Method and Apparatus for Correcting Aspect Ratio in a Camera Graphical User Interface. (FlashPoint) |
| October 5, 1999 | Patent 5,963,255:  System and Method for Managing Utilization of a Battery. [Apple] |
| September 7, 1999 | Patent 5,949,160:  System and Method for Double Fault Protection within a Digital Camera Device. [Apple] |
| August 24, 1999 | Patent 5,943,093:  Software Driver Digital Camera System with Image Storage Tags. (FlashPoint) |
| August 17, 1999 | Patent 5,938,766:  System for Extending Functionality of a Digital ROM Using RAM/ROM Jump Tables and Patch Manager for Updating the Tables. [Apple] |
| August 10, 1999 | Patent 5,935,259:  System and Method for Preventing Damage to Media Files within a Digital Camera Device. [Apple] |
| August 3, 1999 | Patent 5,933,137:  Method and System for Accelerating a User Interface of an Image Capture Unit During Play Mode. (FlashPoint) |
| July 6, 1999 | Patent 5,920,726:  System and Method for Managing Power Conditions Within a Digital Camera Device. [Apple] |
| June 29, 1999 | Patent 5,917,488:  System and Method for Displaying and Manipulating Image Data Sets. [Apple] |
| May 11, 1999 | Patent 5,903,309:  Method and System for Displaying Images and Associated Multimedia types in the Interface of a Digital Camera. (FlashPoint) |
| February 2, 1999 | Patent 5,867,214:  Apparatus and Method for Increasing a Digital Camera Image Capture Rate by Delaying Image Processing. [Apple] |
| January 19, 1999 | Patent 5,861,918:  Method and System for Managing a Removable Memory in a Digital Camera. (FlashPoint) |
| December 8, 1998 | Patent 5,848,295:  System for Allocating Common Memory in Cache such that Data is Maintained when Exiting First Programming Structure and Entering Second Programming Structure. [Apple] |
| September 29, 1998 | Patent 5,815,733:  System for Handling Interrupts in a Computer System using ASIC Reset Input Line coupled to Set of Status Circuits for Presetting Values in the Status circuits. [Apple] |
| September 22, 1998 | |

|  | Patent 5,812,736: Method and System for Creating a Slide-Show with a Sound Track in Real Time using a Digital Camera. (FlashPoint) |
|---|---|
| September 15, 1998 | Patent 5,809,178: Elimination of Visible Quantizing Artifacts in a digital Image Utilizing a Critical Noise Quantization Factor. [Apple] |
| September 1, 1998 | Patent 5,802,550: Processor Having an Adaptable Mode of Interfacing with a Peripheral Storage Device. [Apple] |
| August 4, 1998 | Patent 5,790,878: System and Method for Recovering from a Power Failure Within a Digital Camera Device. [Apple] |
| August 4, 1998 | Patent 5,790,705: Compression Techniques for Substantially Lossless Digital Image Data Storage. [Apple] |
| July 21, 1998 | Patent 5,784,629: System and Method for Conserving Power Within a Backup Battery Device. [Apple] |
| June 2, 1998 | Patent 5,761,453: Method and System for Increasing the Throughput of Serial data in a Computer System. [Apple] |
| April 28, 1998 | Patent 5,745,175: Method and System for Providing Automatic Focus Control for a Still Digital Camera. (FlashPoint) |
| November 18, 1997 | Patent 5,689,534: Audio Functional Unit and System and Method for Configuring the Same. [Apple] |
| September 9, 1997 | Patent 5,666,569: System and Method for Detecting and Indicating Proper Focal Distance in a Fixed Lens Camera. (FlashPoint) |
| June 17, 1997 | Patent 5,640,635: System and Method for Automatic Engagement of a Close-Up Lens in a Fixed-Focus Camera. (FlashPoint) |
| May 6, 1997 | Patent 5,628,013: Apparatus and method for Allocating Processing time in a Frame-Based Computer System. [Apple] |
| December 3, 1996 | Patent 5,581,748: Phase Register for Synchronization of Multiple Signal Processors. [Apple] |
| November 19, 1996 | Patent 5,577,250: Programming Model for a Co-Processor on a Computer System. [Apple] |
| July 2, 1996 | Patent 5,532,556: Multiplexed Digital Audio and Control/Status Serial Protocol. [Apple] |
| March 5, 1996 | Patent 5,496,106: System and Method for Generating a Contrast Overlay as a Focus Assist for an Imaging Device. [Apple] |

| Sept 5, 1995 | Patent 5,448,735:  Task Organization for Execution Using Linked Records Referencing Code Modules. [Apple] |
| Feb 7, 1995 | Patent 5,388,261:  Apparatus and Method for Handling Frame Overruns in a Digital Signal Processing System. [Apple] |
| Jan 24, 1995 | Patent 5,384,890:  Method and Apparatus for Providing Multiple Clients Simultaneous Access to a Sound Data Stream. [Apple] |

**INTERESTS**

- Web Technology and publishing
- Computer technology
- Photography, focused on nature and panoramas
- Imaging and image processing
- Music and high fidelity
- Amateur radio (WA1PMF)
- Robotics (Lego Mindstorms)

Go Back to Previous Page

Copyright © 2002 Anderson Creations.  All Rights Reserved
*You are visitor number . Thank you for visiting!*

