IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1373 (KAJ) |
| | : |
| EASTMAN KODAK COMPANY, | : |
| ALTEK CORPORATION and | : |
| CHINON INDUSTRIES, INC., | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on March 24, 2006, the following documents were served on the below-listed attorneys as follows:

**INITIAL EXPERT REPORT OF RICHARD JOHN TAYLOR**
**INITIAL EXPERT REPORT OF DR. BRAD A. MYERS**
**INITIAL EXPERT REPORT OF DR. DIETER PREUSS**

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

**VIA FEDERAL EXPRESS & E-MAIL**

Norman H. Beamer, Esquire
Gabrielle E. Higgins, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
E-mail: norman.beamer@ropesgray.com

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: jesse.jenner@ropesgray.com

19660.3\300493v1

                        PRICKETT, JONES & ELLIOTT, P.A.

                    BY: _____
                        PAUL M. LUKOFF (I.D. No. 96)
                        DAVID E. BRAND (I.D. No. 201)
                        1310 King Street
                        P. O. Box 1328
                        Wilmington, DE 19899
                        (302) 888-6500
                        Attorneys for Defendants

DATE: March 27, 2006