IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION and CHINON )<br>INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1373-KAJ |

**INITIAL EXPERT REPORT OF RICHARD JOHN TAYLOR**

**FILED UNDER SEAL**

**SUBJECT TO PROTECTIVE ORDER**