IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | ) |
| Defendants. | ) |

**INITIAL EXPERT REPORT OF DR. DIETER PREUSS**

**FILED UNDER SEAL**

**SUBJECT TO PROTECTIVE ORDER**