**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6520
Writer's Telecopy Number::
(302)888-6331
Writer's E-Mail Address:
PMLukoff@prickett.com

Dover Office:
11 North State Street
Dover, Delaware 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 27, 2006

**VIA EFILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      RE:   **Ampex Corp. v. Eastman Kodak Co., et al.**
              **C.A. No. 04-1373 (KAJ)**

Dear Judge Jordan:

      This will explain the efiling today, rather than last Friday, of the defense experts' reports. Having not had the experience of a previous case with you, I interpreted the Scheduling Order to require only serving on the plaintiff, rather than efiling, expert reports which were due on March 24, 2006. The defendants did, indeed, serve their expert reports on plaintiff's counsel last Friday. I have efiled Notices of Service of those reports today, reflecting the timely service. I had been lulled into believing only service was required by virtue of Local Rule 5.4(a), which stipulates that all Rule 26(a) disclosures [which I construed to include expert reports under Rule 26(a)(2)(B)] are to be served but not filed. Hopefully, this has not caused any inconvenience to the Court.

      Respectfully submitted,

      PAUL M. LUKOFF

PML/mhl
cc:   Clerk, U.S. District Court (By Hand)
      Jack B. Blumenfeld, Esq. (By Hand)
      Norman H. Beamer, Esq. (By E-mail)
      Jesse J. Jenner, Esq. (By E-mail)
      Michael J. Summersgill, Esq. (By E-mail)

19660.3\300561v1