IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **28th** day of **March, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 12, 2006 at 11:00 a.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE