# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMPEX CORPORATION,                             ) | |
|                                                ) | |
|     Plaintiff,             ) | |
|                                                ) | |
|     v.                      ) | C.A. No. 04-1373-KAJ |
|                                                ) | |
| EASTMAN KODAK COMPANY,                          ) | |
| ALTEK CORPORATION and CHINON                    ) | |
| INDUSTRIES, INC.,                               ) | |
|                                                ) | |
|     Defendants.             ) | |

## DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON THEIR MOTION TO DISQUALIFY EXPERT WITNESS

Pursuant to Local Rule 7.1.4, Defendants hereby apply for oral argument on their motion to disqualify Eric Anderson as an expert witness, briefing for which is now complete.

Date: March 28, 2006

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
    PAUL M. LUKOFF (#96)
    DAVID E. BRAND (#201)
    1310 King Street
    P. O. Box 1328
    Wilmington, DE 19899
    (302) 888-6500
    Attorneys for Defendants

OF COUNSEL:

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

S. Calvin Walden
Paul B. Keller
Rebecca M. McCloskey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed **DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON THEIR MOTION TO DISQUALIFY EXPERT WITNESS** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on March 28, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAIL:  PMLukoff@prickett.com
              DEBrand@prickett.com

19660.3\300673v1