IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | ) ) ) | **REDACTED** |
| | ) | |
| Defendants. | ) ) | |

**REDACTED APPENDIX TO DEFENDANTS' REPLY BRIEF
IN FURTHER SUPPORT OF THEIR MOTION TO DISQUALIFY
ERIC ANDERSON AS AN EXPERT WITNESS**

**OF COUNSEL:**

William F. Lee
Donald R. Steinberg
Michael J. Summersgill
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

S. Calvin Walden
Paul B. Keller
Rebecca M. McCloskey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Date: March 31, 2006

PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. No. 201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

*Attorneys for Defendants*

## TABLE OF CONTENTS

1.  Smith Deposition Transcript, March 16, 2005..................................................................C-1

2.  Exhibit 45 to Smith Deposition, March 16, 2005 ............................................................C-11

3.  Anderson Deposition Transcript, June 16-17, 2005 ........................................................C-37

4.  Initial Disclosure of Expert Testimony of Eric C. Anderson, March 24, 2006 .........C-42

# C-1 – C-10

# Confidential Information Subject to Protective Order

# C-11 – C-36

# Confidential Information Subject to Protective Order

# C-37 – C-41

# Confidential Information Subject to Protective Order

# C-42 – C-48

# Confidential Information Subject to Protective Order

## CERTIFICATE OF SERVICE

I hereby certify that on March 31 2006, I electronically filed the **REDACTED APPENDIX TO DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO DISQUALIFY ERIC ANDERSON AS AN EXPERT WITNESS** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on March 31, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
            DEBrand@prickett.com

19660.3\300602v1