IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK | ) |
| CORPORATION, and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **4th** day of **April, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that defendants' motion to disqualify Eric Anderson as an expert witness (D.I. 197) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE