IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington this **7th** day of **April, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that defendants' motion to bifurcate and for protective order (D.I. 178) is DENIED.

_____
UNITED STATES DISTRICT JUDGE