EXHIBIT A

**<u>SEALED DOCUMENT</u>**

# EXHIBIT B

**<u>SEALED DOCUMENT</u>**

EXHIBIT C

## SEALED DOCUMENT

EXHIBIT D

## SEALED DOCUMENT