# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

April 19, 2006

**BY HAND AND E-FILING**

Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

Dear Dr. Dalleo:

      Re:   Ampex Corporation v. Eastman Kodak Company
                Civil Action No. 04-1373

Dear Dr. Dalleo:

      Enclosed for filing under seal are corrected versions of Tabs C and D of the Expert Report of Stephen Gray (D.I. 229) and the Expert Report of Kendall L. Dinwiddie (D.I. 228) that were originally filed on behalf of Ampex Corporation on March 24, 2006. These have already been served on opposing counsel.

                                   Respectfully,

                                     Julia Heaney (#3052)

JH/cbn
Enclosures
cc:   Paul M. Lukoff, Esquire (By Email w/o enclosures)
        Michael J. Summersgill, Esquire (By Email w/o enclosures)
        Norman H. Beamer, Esquire (By Email w/o encclosures)