**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)888-6331
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

April 20, 2006

<u>**VIA HAND AND E-FILING**</u>

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

RE:  Ampex Corporation v. Eastman Kodak Company, et al.,
     C.A. No. 04-1373-KAJ

Dear Dr. Dalleo:

Enclosed for filing under seal is the First Supplement to the Initial Expert Report of Richard John Taylor. This First Supplement was served on opposing counsel earlier today. The Initial Expert Report of Richard John Taylor (D.I. 233) was filed on behalf of Eastman Kodak on March 27, 2006.

Respectfully submitted,

DAVID E. BRAND

DEB/mhl
Enclosure
cc:   Julia Heaney, Esquire (By E-Filing & E-Mail w/o Enclosure)
      Norman H. Beamer, Esquire (By E-Mail w/o Enclosure)
      Jesse J. Jenner, Esquire (By E-Mail w/o Enclosure)
      S. Calvin Walden, Esquire (By E-Mail w/o Enclosure)
      Michael J. Summersgill, Esquire (By E-Mail w/o Enclosure)

19660.3\302281v1