IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff Ampex Corporation's Sixth Set Of Interrogatories To Defendant Eastman Kodak Company (No. 37) and (2) Plaintiff Ampex Corporation's Fourth Set Of Interrogatories To Defendant Altek Corporation (No. 12) were caused to be served on April 20, 2006 upon the following counsel in the manner indicated:

**BY HAND and EMAIL**

Paul M. Lukoff, Esquire
Prickett, Jones, Elliott, P.A.
1310 King Street
Wilmington, DE  19899

**BY FED EX and EMAIL**

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Julia Heaney*
                      Jack B. Blumenfeld (#1014)
                      Julia Heaney (#3052)
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899
                      (302) 658-9200
                      jheaney@mnat.com
                      *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

April 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the forgoing were caused to be served this 20th day of April 2006 upon the following in the manner indicated:

**BY HAND DELIVERY AND EMAIL**

Paul M. Lukoff, Esquire
David E. Brand, Esquire
Prickett, Jones & Elliott, P.A
1310 King Street
Wilmington, DE  19899

**BY FEDERAL EXPRESS AND EMAIL**

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

/s/ Julia Heaney
Julia Heaney (#3052)