IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK | ) |
| CORPORATION, and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **3rd** day of **May, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **May 11, 2006 at 11:30 a.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE