**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMPEX CORPORATION,  )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>EASTMAN KODAK COMPANY,  )<br>ALTEK CORPORATION, and CHINON  )<br>INDUSTRIES, INC.,  )<br>)<br>*Defendants.*  ) | C.A. No. 04-1373 (KAJ) |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule for claim construction and case dispositive motions shall be amended as follows:

| | |
|---|---|
| Opening Summary Judgment Briefs | 5/23/06 |
| Parties exchange Opening Claim Construction Briefs | 5/23/06 |
| Parties exchange Responsive Claim Construction Briefs | 6/9/06 |
| Summary Judgment Opposition Briefs | 6/13/06 |
| Summary Judgment Reply Briefs | 6/20/06 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        PRICKETT, JONES & ELLIOTT

*/s/* Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com

*Attorneys for Plaintiff*

*/s/* David E. Brand
Paul M. Lukoff (#96)
David E. Brand (#201)
1310 King Street
P.O. Box 1328
Wilmington, DE  19801
(302) 888-6500
pmlukoff@prickett.com

*Attorneys for Defendants*

2

SO ORDERED

_____
U.S. District Court Judge

Case 1:04-cv-01373-KAJ   Document 273   Filed 05/16/2006   Page 2 of 2