IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,                             : | |
|            Plaintiff,                      : | |
| v.                                                                  : | C. A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY,                : ALTEK CORPORATION and            : CHINON INDUSTRIES, INC.,              : | |
|            Defendants.                : | |

### ENTRY OF APPEARANCE

PLEASE enter my appearance on behalf of the defendants, EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., in connection with the above-noted lawsuit.

           PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
ELIZABETH M. McGEEVER (I.D. #2057)
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Attorneys for Defendants

DATE: May 17, 2006

.\304143v1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF:

### ENTRY OF APPEARANCE OF ELIZABETH M. MCGEEVER, ESQUIRE

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

    I hereby certify that on May 17, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*[signature]*

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
            DEBrand@prickett.com

.\304144v1