IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-1373-KAJ ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this **23rd** day of **May, 2006**,

IT IS ORDERED that the hearing for claim construction and summary judgment presently set for **June 16, 2006 at 2:00 p.m.** is hereby rescheduled to **July 13, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE