IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC.,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1373 (KAJ) |

**AMPEX CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT
THAT U.S. PATENT NO. 4,821,121 IS NOT ANTICIPATED**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Ampex Corporation ("Ampex") hereby moves for summary judgment that the patent-in-suit, U.S. Patent No. 4,821,121, is not anticipated by any of seven products and systems that Defendants allege are prior art, if the Court adopts Ampex's construction of the claims. The grounds for this motion are set forth in Ampex Corporation's Opening Brief In Support Of Motion For Partial Summary Judgment That U.S. Patent No. 4,821,121 Is Not Anticipated, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Jesse J. Jenner
Sasha Rao
Ropes & Gray LLP
1251 Ave of the Americas
New York, NY 10020 USA
(212) 596-9000

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Plaintiff
Ampex Corporation*

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005
(202) 508-4600

May 23, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on May 23, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul M. Lukoff, Esquire
>David E. Brand, Esquire
>Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

>**BY E-MAIL on 5/23/06 and**
>**BY HAND on 5/24/06**
>
>Paul M. Lukoff, Esquire
>Prickett, Jones, Elliott, P.A.
>1310 King Street
>Wilmington, DE 19899
>
>**BY E-MAIL on 5/23/06 and**
>**BY FEDERAL EXPRESS on 5/24/06**
>
>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>/s/ Julia Heaney
>Julia Heaney (#3052)
>jheaney@mnat.com