# TAB 1

Fig. 1-A: Overview - Taylor Patent

# CAPTURE MODE - 2:

## System Stores Full Size Image in Bulk Store

Fig. 1-B: Overview - Taylor Patent

## CAPTURE MODE - 3:

# User Repeats Process, Building Up Library of Full Size Images

*Fig. 1-C: Overview - Taylor Patent*