**BROWSE MODE – 1:**

## User Selects Browse Mode

*Fig. 18*

*Fig. 1-D: Overview – Taylor Patent*



**BROWSE MODE – 3:**

# System Writes Reduced Size Image As Part of Mosaic into RAM

*Fig. 18*

Case 1:04-cv-01373-KAJ    Document 300-3    Filed 05/23/2006    Page 4 of 4

**BROWSE MODE – 4:**

# System Continues this Process, Creating Mosaic On The Fly



*Fig. 1-G: Overview – Taylor Patent*

-7-