TAB 2

CAPTURE MODE – 1:

# User Captures Full Size Image in RAM



Fig. 2-A: Overview - '121 Patent

# CAPTURE MODE – 2:

# System Generates Reduced Size Image



*Fig. 2-B: Overview – '121 Patent*