

**CAPTURE MODE – 4:**

# System Stores Full Size and Reduced Size Image in Bulk Store



*Fig. 2-D: Overview – '121 Patent*