



**BROWSE MODE – 1:**

## User Selects Browse Mode

*Fig. 2-F: Overview – '121 Patent*