

**BROWSE MODE – 3:**

# System Writes Reduced Size Images as Mosaic into RAM

*Fig. 2-H: Overview – '121 Patent*