# BROWSE MODE – 4:

## User Selects Reduced Size Image from Mosaic



*Fig. 2-I: Overview – '121 Patent*

BROWSE MODE – 5:

# System Retrieves Associated Full Size Image



*Fig. 2-J: Overview – '121 Patent*