TAB 3

# The Advantage of the '121 Invention



**PRIOR ART: '776 FIG. 18**

Frame Store

Size Reducer

Bulk Store

**INVENTION: '121 FIG. 1**

Size Reducer

Frame Store

Bulk Store

-1-

**Fig. 3-A: Advantage of '121 Patent**



Fig. 3-B: Advantage of '121 Patent

# The Advantage of the '121 Invention



Storage: 17/16

16 times faster

**Advantage: 256 to 17**

**Fig. 3-B: Advantage of '121 Patent**

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on May 23, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

> **BY E-MAIL on 5/23/06 and**
> **BY HAND on 5/24/06**
>
> Paul M. Lukoff, Esquire
> Prickett, Jones, Elliott, P.A.
> 1310 King Street
> Wilmington, DE  19899
>
> **BY E-MAIL on 5/23/06 and**
> **BY FEDERAL EXPRESS on 5/24/06**
>
> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

*/s/ Julia Heaney*
Julia Heaney (#3052)