# EXHIBIT 1

May 2006

# Resume

## George T. Ligler

**GTL ASSOCIATES**
**12400 BEALL MOUNTAIN LANE**
**POTOMAC, MARYLAND  20854-1121**
**(301) 983-4388**

## *Education*

**Oxford University**, Oxford, England
M.Sc., Computer Science, 1973
D. Phil., Computer Science, 1975
(Rhodes Scholarship)

**Furman University**, Greenville, South Carolina
B.S., Mathematics, 1971
*Summa Cum Laude*

## *Experience*

December 1988 - Present:  GTL ASSOCIATES
Potomac, Maryland

**Proprietor**

Established consulting firm in telecommunications, computer system engineering, and information management. Systems integration/engineering and product management services provided to thirty-five clients in the United States and Europe. Assignments have included telecommunications network design, product and service definition and management, consulting on major program management and the systems integration process, applications systems engineering, business process improvement, competitive analysis, red teaming of major proposals, representation of clients in international fora, support of patent licensing discussions, participation in litigation as an expert witness, and new business venture planning.

1

# *Experience*

December 1984 - December 1988:  COMPUTER SCIENCE
    CORPORATION, Falls Church, Virginia

**Vice President, Systems Group**, November 1987 - December 1988

Assignments on major program acquisition efforts within Systems
Group, CSC's $750M/year Government business.  Areas of involvement
included pre-award project team preparation, proposal review and
assistance, subcontractor selection and management, competitive
analysis, and business acquisition process review.

**Vice President & Executive Director, Consolidated Data Network**,
    Systems Division, October 1986 - November 1987

Program Office responsibility for a $282 million, 8-year effort to
provide, operate, and maintain packet-switched data network for the
U.S. Treasury Department, with AT&T and BBN as major
subcontractors.  Put in place a network design and implementation
infrastructure that achieved peak cutover rates of over 20 network
locations per working day, enabling customer to transition to new
expanded enforcement data system without major delay.  Reduced CSC
cost per site cutover by over 20%.  Established material planning
methodology (MRPII) to improve inventory management.  Laid the
groundwork for resolution of several important contractual issues.
Recruited and developed successor program manager.

**Vice President, Communications and Controls Products,** Systems
    Division, December 1984 - October 1986

Responsible for a $12M/year business area engaged in the supply of
Energy Management and Control Systems(EMCS) and communications
subsystems for urban rapid transit systems.  Expanded EMCS business
from Tri-Service applications to commercial arena and made that
business profitable.  Responsible for the development of selected
communication security products as value-added options for CSC's
systems integration thrust.

# Experience

March 1982 - December 1984.  AYDIN CORPORATION, Fort
    Washington, Pennsylvania

**President, Aydin Controls Division**, March 1982 - December 1984.

**Vice President, Aydin Corporation**, February 1983 - December 1984.


General management responsibility for a 375-person, fully-
integrated Division with annual sales of $27M of computer graphics
equipment.  Product lines in color raster scan display generators,
high resolution monitors, and turnkey CAD/CAM systems. Market areas
included process control, utilities, defense, and petrochemical
resource exploration. Division growth 1981-1984 of approximately
45%, outperforming most graphics terminal competitors.  Significant
operational improvements boosted margins for investment in sales,
marketing, and product development.

April 1980 - March 1982.  BURROUGHS CORPORATION, Paoli,
    Pennsylvania.

**Deputy Manager, Great Valley Labs**, April 1980 - January 1981.

**Deputy General Manager and Director of Engineering**, Special
    Systems Division, Federal and Special Systems Group, January
    1981 to March 1982

Chief technical executive for Special Systems Division precursor.
Later responsible for 400 research and engineering personnel
engaged in the development of primarily command/control/
communications and secure systems. Research component of
organization executing projects in diverse areas of computer
science and engineering, including distributed processing, local
area networks, software tools/engineering, VLSIC design, and
machine intelligence.  Remaining activities matrixed into Division
programs for customers including NATO, NSA, Navy, Army, and FAA.
Assist with general management of a $50M marketing, engineering,
and manufacturing operation.

## *Experience*

September 1976 - April 1980.   TEXAS INSTRUMENTS,
    Dallas, Texas.

**Project Manager, Research Manager.**

Developed software products (e.g., compilers, programming tools) which became sources of TI revenue. Built an applied research and development activity of 15-20 persons with diverse program elements in computer systems and software engineering.  Chaired a 25-member corporate-wide  technical  working  group  on  advanced  computer architectures;  member of corporate computer science thrust team.

September 1975 - September 1976.   UNIVERSITY OF TEXAS
    AT SAN ANTONIO, San Antonio, Texas.

**Assistant Professor of Computer Science**

Taught graduate/undergraduate courses in programming languages and analysis of algorithms.   Research and publication in software engineering and programming language design.   Chairman, Division Faculty Recruiting Committee.

4

## *Professional Activities*

Author or co-author of twenty technical papers in the areas of software engineering, telecommunications, computer and computer systems architecture, navigation and information systems for aviation, and computer graphics.

Member, Association of American Rhodes Scholars, ACM, ION. Senior Member, IEEE.

Director, American Trust for Wolfson College, Oxford.

Numerous invited lectures, panels, and program committee memberships.

Adjunct faculty member (two dissertation committees), Union Institute, 1989-1993.

Recipient of Furman University's highest alumni award, 1979.

Member of National Research Council's Committee on Review of the Information Systems Modernization of the Internal Revenue Service, 1990-1995.

Member of Technical Review Committee for Georgia Institute of Technology's Futurenet, which formed the backbone for telecommunications within the 1996 Olympic Village, 1994-1996.

Member, Program Management Committee, RTCA (Aviation Standards Federal Advisory Committee), August 2000 to present. Co-Chair of RTCA's Special Committee on Satellite Navigation, June 2005 to present.

Member of National Research Council's Panel on Research on Future Census Methods, December 2000 to March 2004.

# EXHIBIT 2

# United States Patent [19]

## Inuiya et al.

[11]    **4,152,722**

[45]    **May 1, 1979**

[54] **RETRIEVAL SYSTEM**

[75] Inventors: **Masafumi Inuiya, Asaka; Hiroyuki Ueda, Tokyo, both of Japan**

[73] Assignee: **Fuji Photo Film Co., Ltd., Minami-ashigara, Japan**

[21] Appl. No.: **872,212**

[22] Filed: **Jan. 25, 1978**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 669,915, Mar. 24, 1976, abandoned.

[30]    **Foreign Application Priority Data**

Mar. 24, 1975 [JP]    Japan ..................................... 50-35942

[51] Int. Cl.$^2$ ......................... H04N 7/18; G03B 23/08
[52] U.S. Cl. .................................... 358/102; 353/27 A; 358/93; 358/210
[58] Field of Search ................. 358/102, 93, 104, 210; 353/26 K, 27 R, 27 A

[56]    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,697,680 | 10/1972 | Anstin | 358/102 |
| 3,749,830 | 7/1973 | Blitchington | 358/101 |
| 3,870,814 | 3/1975 | Woods | 358/102 |

*Primary Examiner*—Howard W. Britton
*Attorney, Agent, or Firm*—Fleit & Jacobson

[57]    **ABSTRACT**

A recording medium such as a microfiche bearing graphic information like a map in a reduced scale is provided in a retrieval unit including an optical projection system connected with a television type display device. The recording medium is moved with respect to the optical projection system by an X-Y moving device which is operated by an electric position signal. The electric position signal is given by a position detecting device. The position detecting device has a graphic information similar to that recorded in the recording medium and a detecting pen to point a desired spot on the graphic information and a joy stick to give the position signal to the X-Y moving device.

**8 Claims, 6 Drawing Figures**



EKC 000142599



F I G . I

F I G . 3

EKC 000142600

**U.S. Patent**    May 1, 1979    Sheet 2 of 3    4,152,722



F I G . 2

EKC 000142601



F I G. 4

F I G. 5

F I G. 6

EKC 000142602

4,152,722

1

# RETRIEVAL SYSTEM

This application is a continuation-in-part of Ser. No. 669,915, filed Mar. 24, 1976, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a graphic information retrieval system, and more particularly to a system for retrieving a part of a graphic information such as a map recorded on a recording medium in reduced scale and displaying the retrieved part thereof in a display device in enlarged scale.

### 2. Description of the Prior Art

Drawings or figures bearing two dimensionally extending graphic information such as maps, circuit diagrams, piping plans and other kind of plans like blueprints are usually divided into several pages to facilitate the handling thereof. One of this kind of information divided into a number of pages is an atlas. The atlas includes a map of small reduction ratio in addition to a number of detailed maps of comparatively large reduction ratio so that a desired detailed map can easily be found. In a microfilm system, a map is divided into several image frames of a microfilm. Therefore, in practical use of the atlas or the microfilm map viewing system, it is necessary to turn the pages or to feed the frames several times to find a desired spot in the map. It is possible to connect a computer to a microfilm reading system to perform a direct retrieval of a spot of the map. However, this will need a great capacity of memory, which results in a great increase in the cost. Further, it is often desired to see a map along a road extending over several pages. In such a case, it takes a long time and needs a troublesome turning of the pages or feeding of the frames to see the map as desired.

Particularly in case of emergency in a police office, for instance, finding a spot on a map upon receipt of an emergency phone or the like, it is often desired to guide a squad car to the spot by viewing a road map. In other emergency works such as fire services, gas, water and electricity services also, it is required to quickly find the spot concerned.

## SUMMARY OF THE INVENTION

The primary object of the present invention is to provide a graphic information retrieval system in which a spot on the graphic information such as a map or the like can be found easily and quickly.

Another object of the present invention is to provide a graphic information retrieval system in which the graphic information such as a map or the like can be displayed with various reduction ratios.

Still another object of the present invention is to provide a graphic information retrieval system in which a spot of the graphic information displayed can be varied continuously.

A further object of the present invention is to provide a graphic information retrieval system in which a spot of the graphic information such as a map or the like can be retrieved continuously along a line such as a road in a map.

The system in accordance with the present invention is characterized in that a figure which is similar to a figure recorded in reduced scale on a recording medium and displayed in enlarged scale on a display device is used for retrieving a spot in the figure. The system of

2

this invention is applied to a figure retrieval system in which an information recording medium bearing an image of a map or the like in reduced scale is supported by and moved in X and Y directions by a holder and the image on the recording medium is displayed in enlarged scale on a display device. By moving the recording medium in the X and Y directions, various parts of the image are displayed. The movement of the holder is controlled by an electric control means. In accordance with the present invention, a figure such as a map which is similar to the image recorded in the recording medium is provided beside the microfilm reader, and a position detecting means is used in combination therewith to operate said electric control means. The position detecting means includes for instance a detecting pen which has a function to generate a position signal when it is used to point a position in said figure.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view showing an example of a map retrieval system emmbodying the system in accordance with the present invention,

FIG. 2 shows an example of the position signal generating circuit used in the map retrieval system shown in FIG. 1,

FIG. 3 is a perspective view showing the internal structure of a super-microfiche retrieval unit employed in the map retrieval system shown in FIG. 1,

FIG. 4 is a block diagram which shows an example of the X-Y moving means used in the map retrieval system shown in FIG. 1,

FIG. 5 shows an example of the lens selection circuit used in the map retrieval system shown in FIG. 1, and

FIG. 6 is a block diagram which shows an example of the focus adjusting circuit used in the map retrieval system shown FIG. 1.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

An example of a retrieval system which embodies this invention is shown in FIG. 1. This system comprises a super-microfiche retrieval unit 10, a position detecting device 11, an operation table 14, and a television monitor 18.

The position detecting device 11 is provided with a map 12 for instance of a town in which rough information such as streets, areas and stations with the name thereof is shown. For example, the map 12 is on a scale of one to fifty thousand.

The super-microfiche retrieval unit includes a super-microfiche 20 (FIG. 2) which bears a detailed map of the town showing individual houses, buildings with the name thereof and other detailed information. The super-microfiche 20 consists of a number of microfiche elements on each of which a corresponding part of a map on a scale of one to one thousand is recorded in a reduced scale of one hundredth. The prepared microfiche elements are connected with each other to constitute the microfiche 20.

The super-microfiche retrieval unit 10 generates an output for displaying detailed information of a part of the map according to a position signal given thereto by the position detecting device 11. When a position signal which represents a certain spot of the map 12 is given to the super-microfiche retrieval unit 10, the unit 10 gives an output which effects to display a detailed map of said certain spot of the map 12. The unit 10 includes an image pick-up tube and an optical projection system for

EKC 000142603

3

4,152,722

4

focusing an image of the map on the tube. The map is moved relative to the tube according to the position signal given thereto.

The position detecting device 11 will be described in detail with reference to FIG. 2.

The position detecting device 11 comprises the map 12, a position signal generating circuit 21 having a tablet 22, and a detecting pen 13 which cooperates with the circuit 21 to generate a position signal. The map 12 is supported on the tablet 22. The tablet 22 includes multi-polar stylus electrodes 23 arranged in the form of a lattice. The multiple electrodes comprises X-direction electrodes 28 and Y-direction electrodes 29. An oscillator 24 supplies clock pulses to a binary counter 25, in which the clock pulses is divided. Decoders 26 and 27 are connected between the counter 25 and the X-direction electrodes and the Y-direction electrodes, respectively. The decoders 26 and 27 receive the divided clock pulses from the counter 25 and supply pulses to the X-direction electrodes 28 and Y-direction electrodes 29 progressively.

One output of the detecting pen 13 is connected with the reset terminal R of the counters 25 and reset terminals R of binary counters 30 and 31. When the tip of the detecting pen 13 is depressed in response to action of the pen 13 to point at a portion of the map 12, the pen 13 supplies a reset release signal to the reset terminals R of the counters 25, 30 and 31.

The other output of the detecting pen 13 is connected with the input of an amplifier 32 the output of which is connected with trigger terminals T of flip-flops 33 and 34. A reset terminal R of the flip-flop 33 is connected with the output No. m+1 of the counter 25. A reset terminal R of the flip-flop 34 is connected with the output No. m+1 of the counter 25 via an inverter 35. The outputs of the flip-flops 33 and 34 are connected with one input of AND gates 36 and 37, respectively. The other input of each of the AND gates 36 and 37 is connected with the oscillator 24.

Assuming that the pen 13 points at a position (x, y) on the tablet 22, the operation of the position signal generating circuit 21 will be as follows.

When the tip of the detecting pen 13 is depressed, the detecting pen 13 supplies a reset release signal to the counters 25, 30 and 31. The counter 25 therefore starts counting the pulses from the oscillator 24. The decoder 26 and 27 receive the outputs of the counter 25 and cause the pulses corresponding to the outputs to scan the X-direction and Y-direction electrodes 28 and 29. The outputs of No. 1 to No. m are supplied to the decoder 26 and the outputs of No. m+1 to No. 2m+1 are supplied to the decoder 27.

When the counter 25 supplies the outputs to the decoder 26, the output of No. m+1 is 0, and accordingly the reset terminal R of the flip-flop 33 receives OFF signal. While, the OFF signal is changed to ON signal by the inverter 35 and is supplied to the reset terminal R of the flip-flop 34.

When a pulse is supplied to the electrode No. x of the X-direction electrodes, the detecting pen 13 detects the pulse and the amplifier 32 supplies a detect signal to the trigger terminals T of the flip-flops 33 and 34. The output of the flip-flop 33 outputs ON signal to the one input of the AND gate 36. Therefore, after the pen 13 detects the pulse on the electrode No. x, the pulses from the oscillator 24 pass the gate 36 and are supplied to the counter 30. Since, when the output No. m+1 of the counter 25 outputs ON signal the reset terminal R of the

flip-flop 33 turns ON, the output of the flip-flop 33 outputs OFF signal. Accordingly, the AND gate 36 does not give an output. Consequently, the counter 30 counts pulses up to $(2^m - x)$. The output of the counter 30 is supplied to a digital-to-analogue converter 38, which convert the digital output of $(2^m - x)$ to an analogue voltage output Vx.

While, when the output No. m+1 of the counter 25 outputs ON signal, the reset terminal R of the flip-flop 34 receives OFF signal, and therefore the output of the flip-flop 34 is released. In the same manner as in the case of output Vx, a digital-to-analogue converter 39 outputs a voltage output Vy.

Thus, the position signal generating circuit 21 generates the position signal in the form of voltage (Vx, Vy) corresponding to the position (x, y) on the map 12. The position signal (Vx, Vy) is supplied to the super-microfiche retrieval unit 10.

The super-microfiche retrieval unit 10 will now be described in more detail with reference to FIG. 3. The super-microfiche 20 bearing the detailed map is supported by a holder 40 which is moved in a horizontal plane by an X-Y moving means 41 and 42. The X-Y moving means 41 and 42 are comprised of two servomotors 43, 44, potentiometers 45, 46 and servoamplifiers 47, 48 (FIG. 4). The servomotors 43, 44 are operatively connected with the holder 40 by means of wires 47, 48, respectively.

The servoamplifier 47 compares the position signal Vx from the position signal generating circuit 21 with the voltage of the potentiometer 45 to generate a signal of the difference therebetween. The servomotor 43 is rotated by the signal of the difference from the servoamplifier 43'. The servomotor 43 rotates the potentiometer 44. The servomotor stops when the voltage of the potentiometer 44 coincides with the position signal Vx. Accordingly, the microfiche 20 supported on the holder 40 is moved and positioned at an X-direction position in connection with the position signal Vx from the position signal generating circuit 21. In the same manner, the microfiche 20 is moved and positioned at a Y-direction position in connection with the position signal Vy by a servomotor 44, a potentiometer 46 and a servoamplifier 44'.

When the positioning of the X-direction position and Y-direction position of the microfiche is performed, the central portion of the part of the microfiche 20 corresponding to the position (x, y) of the map 12 is brought into alignment with the optical axis of an optical projection system 49 (FIG. 3) which is located above the microfiche 20. On the operation table 14, an image of the detected spot of the map 20 is displayed in the CRT of the television monitor 18 in enlarged scale. The operation table 14 is provided with a joy stick 17 for giving a position variating signal which comprises an X-direction component and a Y-direction component to be supplied to the X-Y moving means 41 and 42 to vary the position of the microfiche 20 in the super-microfiche retrieval unit 10. This joy stick 17 is conventionally known as a means for giving a position varying signal in a graphic display device in a computer system. The output signal of the joy stick 17 ($\Delta$Vx, $\Delta$Vy) is added to the output signal of the position signal generating circuit 21 (Vx, Vy), and accordingly the total value (Vx + $\Delta$Vx, Vy + $\Delta$Vy) is put into the X-Y moving means 41 and 42 in the super-microfiche retrieval unit 10 for controlling the position of the super-microfiche 20. Therefore, by moving the joy stick 17 back and forth

4,152,722

5

and from side to side, the part of the map displayed in the television monitor 18 varies accordingly.

The output projection system 49 includes an illumination light source, a condenser lens and a projection lenses for focusing an image of a part of the map recorded on the microfiche 20 on the face of an image pick-up tube of a television camera 50 to output an output signal representing the part of the map projected on the image pick-up tube. The projection lens system may be comprised of a plurality of selectable lenses mounted on a lens turret to change the scale of the map to be displayed.

Referring to FIG. 5, a lens selection circuit 51 to be used for a lens turret 52 having four selectable lenses 53 will hereinbelow be described.

A lens changing switch 16 (FIG. 1) is disposed on the operation table and is rotatable to take one of four positions P1, P2, P3 and P4 respectively corresponding to the four lenses 53. When the switch 16 is placed at one of the positions P1, P2, P3 and P4, NAND gates 54 and 55 and a monostable multivibrator 56 receive signals from the switch 16.

Assuming that the switch 16 is placed at the position P1, all of the inputs of the NAND gates 54 and 55 are "1," and accordingly the NAND gates 54 and 55 at the outputs are "0." The two signals "0" are inverted to "1" by means of inverters 57 and 58, respectively. The signals "1" are supplied to inputs D of flip-flops 59 and 60. While, inputs CK of the flip-flops 59 and 60 receive a clock pulse from the monostable multivibrator 56. The flip-flops 59 and 60 output "1" at the terminals Q, and therefore transistors 61 and 62 are turned ON. Consequently, one input of each exclusive OR gates 63 and 64 is "0." The other inputs of the exclusive OR gates 63 and 64 receive signals from Hall devices 65 and 66. When the Hall devices 65 and 66 detect magnets 67 disposed on a code disc 68 in connection with the positions P1, P2, P3 and P4 of the switch 16, the Hall devices supply a signal "0." The code disc 68 is coaxially connected with the turret 52 and the code disc 68 and the turret 52 are simultaneously rotated by a motor 69.

For example, if the Hall device 65 detects the magnet on the code disc 68, the Hall device 65 supplies a signal "0" to the other input of the exclusive OR gate 63. Since the exclusive OR gate 63 at the one input is "0," the exclusive OR gate 63 at the output is "0." However, if the Hall device 66 does not detect the magnet, the Hall device 66 supplies a signal "1" to the other input of the exclusive OR gate 64. Since the one input of the exclusive OR gate 64 is "0," the exclusive OR gate 64 at the output is "1."

The output of the exclusive OR gate 63 is connected with one input of a NOR gate 70, and the output of the exclusive OR gate 64 is connected with the other input of the NOR gate. When, as mentioned above, the one input is "0" and the other input is "1," the NOR gate 70 at the output is "0." The signal "0" is inverted to "1" by a NAND gate 71, and accordingly a transistor 72 turns ON. When the transistor 72 turns ON, a relay 73 causes the motor 69 to rotate. The motor 69 rotates the turret 52 with the code disc 68.

If the Hall devices 65 and 66 detect the magnets as shown in FIG. 5, the other input of each of the exclusive OR gates is "0." Accordingly, the exclusive OR gates 63 and 64 at the outputs are "0," and then the NOR gate 70 at the output is "1." The signal "1" is inverted to "0" by the NAND gate 71. Therefore, the

6

transistor 72 turns OFF thereby to stop the motor 69. Thus, a lens 53 is selected.

A lens focus adjusting circuit is comprised of a focus adjusting dial 15 provided on the operation table 14, a servoamplifier 82, a servomotor 83 and a potentiometer 84. The servoamplifier 82 compares a voltage output proportional to the rotation of the focus adjusting dial 15 with the voltage of the potentiometer 84 to output a signal indicative of the difference therebetween. The servomotor 83 is rotated by the signal of the difference from the servoamplifier 82 to move at least one lens of the projection lens system. The servomotor 83 is operatively connected with the potentiometer 84, and thus the servomotor 83 rotates the potentiometer 84. The servomotor 83 stops when the voltage of the potentiometer 84 coincides with the voltage from the focus adjusting dial 15. Thus, the focusing position of the projection lens system is adjusted.

When all of the above adjustments are completed, a desired image of the pointed spot of the detailed map recorded on the super-microfiche 20 is displayed in the television monitor 18 in enlarged scale. The operator operates the joy stick 17 to find out an individual house or building in the display map. Since the joy stick 17 is capable of continuously moving a part of the map on the television monitor 18, it is useful for seeing a map along a line such as a street, a river or a railway.

We claim:

1. A graphic information retrieval system comprising in combination:

graphic information recording medium carrying recorded thereon in reduced scale two-dimensionally extending optically readable graphic information,

a display means for displaying a part of said graphic information in enlarged scale, said display means including an optical reading means having an optical axis extending perpendicular to said graphic information and an electric display means which displays the information read by said optical reading means,

means for moving said graphic information recording medium in a plane in which said information two-dimensionally extends upon receipt of an electric position signal to bring various portions of said graphic information into alignment with said optical axis of the optical reading means, and

a position signal generating means including a graphic information carrying means which carries graphic information similar to said graphic information recorded in said recording medium, and detecting means which points at a position on the graphic information and generates an electric position signal representing the pointed at position to be given to said recording medium moving means.

2. A graphic information retrieval system as defined in claim 1 wherein said graphic information is a map and said recording medium is a microfilm on which the map is recorded in reduced scale.

3. A graphic information retrieval system as defined in claim 2 wherein said map recorded on the microfilm is a detailed map showing individual buildings and houses.

4. A graphic information retrieval system as defined in claim 1 wherein said electric display means is a television monitor, and said optical reading means comprises an image pick-up tube electrically connected with said television monitor and an optical projection system which focuses an image of a part of said graphic infor-

EKC 000142605

4,152,722

7

mation carried by said recording medium on said image pick-up tube.

5. A graphic information retrieval system as defined in claim 1 wherein said detecting means of said position signal generating means includes a detecting pen which is used to point at a spot on said graphic information carried by said graphic information carrying means in the position signal generating means.

6. A graphic information retrieval system as defined in claim 5 wherein said position signal generating means further includes a joy stick for operating said recording medium moving means to move the recording medium

8

continuously from the position which is determined by said detecting pen.

7. A graphic information retrieval system as defined in claim 1 wherein said display means further includes means for changing the ratio of enlargement of the image displayed by the electric display means.

8. A graphic information retrieval system as defined in claim 7 wherein said ratio changing means comprises a lens turret including a selectable plurality of lenses of different focal length provided in said optical reading means and externally operable electric input means provided on said display means for giving a signal to said lens turret to select one of the lenses.

* * * * *

# EXHIBIT 3

⑲ Europäisches Patentamt

European Patent Office

Office européen des brevets

⑪ Publication number: **0 051 305**
**A1**

⑫ **EUROPEAN PATENT APPLICATION**

㉑ Application number: 81109408.5

㉒ Date of filing: 30.10.81

�51 Int. Cl.³: **G 11 B 27/02**
**G 11 B 5/008**

㉚ Priority: 31.10.80 JP 153273/80

㊸ Date of publication of application:
12.05.82 Bulletin 82/19

㊄ Designated Contracting States:
**DE IT NL**

㉛ Applicant: **TOKYO SHIBAURA DENKI KABUSHIKI KAISHA**
**72, Horikawa-cho Saiwai-ku**
**Kawasaki-shi Kanagawa-ken 210(JP)**

㉜ Inventor: **Yamamoto, Kazuhiko**
**8-1-505, Green-Heights 500 Tsukui**
**Yokosuka-shi Kanagawa-ken(JP)**

㉞ Representative: **Patentanwälte**
**Henkel-Kern-Feiler-Hänzel**
**Möhlstrasse 37**
**D-8000 München 80(DE)**

㊹ System for deleting picture information.

㊝ A system for deleting picture information is provided for a picture information file. The system has a keyboard (3), a 2-dimension scanning device (11), a magnetic tape device (17), a display device (13) and a control device (1) including a microprocessor (31). The deletion of the picture information recorded in the magnetic tape device (17) is performed by recording the delete mark in a delete mark recording area of the retrieval title corresponding to the picture information to be deleted.

EP 0 051 305 A1

./...

Croydon Printing Company Ltd.

FIG. 3



AX098023

0051305

- 1 -

### System for deleting picture information

The present invention relates to a deleting system of
picture information in a picture information file device
which is capable of recording picture information such as
a document and which is capable of retrieving and
5    outputting the recorded picture information as needed.

A conventional system for storing and retrieving a
document picture is known wherein pictures reduced in
scale are directly recorded on microfilms. As an
10   improvement over this system, a picture information
file device has been proposed which uses a 2-dimension
scanning device utilizing photoelectric conversion
techniques with a laser beam or CCD elements. This
2-dimension scanning device decomposes a document
15   picture into picture elements, converts the picture
elements into picture signals, and records the picture
signals on a magnetic recording medium at a high density.
This type of device also stores on the magnetic recording
medium picture information and a retrieval title
20   consisting of a retrieval code indicating a recording
position of the picture information and so on. Therefore,
as the need arises, the retrieval code may be input to
retrieve the corresponding document picture as a hard
copy.

25   However, with this type of device, the retrieval
title and picture information must be deleted in order to

AX098024

0051305

— 2 —

delete the picture information recorded on a magnetic
recording medium, resulting in inconvenience.  Recording
of new picture information in the deleted area also
requires complex procedure.

5          It is an object of the present invention to provide
a deleting system of picture information which eliminates
the drawbacks of the conventional systems and which
allows easy deletion of recorded picture information
and recording of new picture information in place of

10     the deleted picture information.

In order to achieve the above object, there is
provided according to the present invention, a deleting
system for variable length picture information in a
picture information file device which stores picture

15     information and a retrieval title including a retrieval
code for retrieving the picture information, a track
number and a block number, a recording area for recording
the length of the picture information, and a delete
mark representing that the picture information is

20     deleted, and which outputs picture information corre-
sponding to an input retrieval code, including:

(a)    a control information input device comprising
a keyboard having an abandon key for specifying abandon-
ment of the picture information, a record key for

25     specifying recording of the picture information, and a
delete key for specifying deletion of the picture
information;

(b)    a 2-dimension scanning device which two-
dimensionally scans the picture information for photo-

30     electric conversion and outputs the photoelectrically
converted picture information;

(c)    a magnetic tape device for recording the
photoelectrically converted picture information in an
area represented by the track number and the block

35     number on a magnetic tape;

(d)    a display device for displaying picture
information recorded or to be recorded by said magnetic

AX098025

0051305

– 3 –

tape device; and

(e)  a control device which has a programmable
microprocessor connected to said control information
input device, said 2-dimension scanning device, said
5   magnetic tape device and said display device, and which
includes a central processing unit for receiving input
signals for controlling the recording, abandonment and
deletion of the picture information, a read-only memory
device for storing permanent programs, and a random
10   access memory for storing data input by said control
information input device, said read-only memory device
storing the permanent programs having functions of said
central processing unit so that said control device may
perform specific functions according to the permanent
15   programs;

wherein said control information input device,
said 2-dimension scanning device, said display device
and said magnetic tape device are so controlled that a
delete mark is written in a delete mark recording area
20   in the retrieval title for deleting the picture informa-
tion recorded on the magnetic tape.

According to the present invention, a delete mark
recording area is included in the retrieval title so that
deletion of picture information may be performed by
25   recording a delete mark in this delete mark recording
area.   Therefore, deletion of recorded picture information
may be performed with ease, and new picture information
may also be recorded in the deleted area with ease.

Other objects and features of the present invention
30   will be apparent from the following description taken
in connection with the accompanying drawings, in which:

Fig. 1 is a schematic view of a picture information
file device to which the recording system of picture
information according to the present invention is
35   applied;

Fig. 2 is a block diagram showing an embodiment of
the recording system of picture information of the

AX098026

0051305

- 4 -

present invention;

    Fig. 3 is a detailed block diagram showing a main control device and an input device shown in Fig. 2;

    Fig. 4 is a view schematically showing a cassette
5    tape of a magnetic tape device and a tape feed mechanism shown in Figs. 2 and 3;

    Fig. 5 is a view showing the configuration of tracks of the cassette tape shown in Fig. 4;

    Figs. 6A and 6B are views showing the recording
10    formats of retrieval titles and picture information written in the tracks of the cassette tape shown in Fig. 5, wherein Fig. 6A shows the recording format of the retrieval titles and Fig. 6B shows the recording format of the picture information;

15    Figs. 7A and 7B are flow charts showing the control operation of the main control device for performing registering of picture information;

    Fig. 8 is a flow chart showing the control operation of the main control device for performing
20    retrieval and reproduction of the registered picture information;

    Fig. 9 is a flow chart showing the control operation of the main control device for deleting the registered picture information; and

25    Figs. 10 to 12 show modifications of the embodiment of the present invention shown in Fig. 3, wherein Fig. 10 is a block diagram of a system which uses a magnetic disk device in place of a magnetic tape device shown in Fig. 3, Fig. 11 is a block diagram of a system
30    which stores control programs in a floppy disk in place of a ROM, and Fig. 12 is a block diagram showing a system which stores the control programs in a floppy disk in place of the ROM and which uses a magnetic disk device in place of the magnetic tape device.

35    Fig. 1 is a schematic view of a picture information file device to which the recording system of picture information of the present invention is applied.

AX098027

- 5 -

0051305

Referring to Fig. 1, when an original is set on an
original table 2, the original is subjected to
2-dimensional scanning by a laser scanning system 4
for reading the picture information.  The picture
5  information is recorded on a magnetic tape 6.  The
picture information recorded on the magnetic tape 6
is retrieved according to a retrieval code input from
a keyboard and displayed at a display device 8.  If
necessary, a hard copy 12 is prepared by an electro-
10  photographic processing system 10.

Fig. 2 is a block diagram showing the configuration
of a system for storing and retrieving picture information
according to the present invention.  According to input
information from an input device 3 (for example, a
15  keyboard), a main control device 1 performs editing
processes such as recording, reproduction, addition,
insertion, deletion and so on of picture information
and retrieval titles; and controls devices connected to
this main control device 1.  First and second floppy
20  disks 5 and 7 store application programs, and the main
control device 1 performs control according to these
application programs.

Picture information 9 such as a document is photo-
electrically converted by 2-dimensional scanning by a
25  2-dimension scanning device 11.  The photoelectrically
converted picture information (video signal) is supplied
through the main control device 1 to a display device 13
such as a CRT display, and a printer 15 or a magnetic
tape device 17.  The 2-dimension scanning device 11
30  includes a switch (not shown) for controlling the
binary encoding level according to the density of the
original.  The display device 13 displays the retrieval
title from the keyboard 3, and the picture information
from the 2-dimension scanning device 11 or from the
35  magnetic tape device 17.  The printer 15 receives the
picture information from the 2-dimension scanning
device 11 or from the magnetic tape device 17 and forms

AX098028

0051305

- 6 -

a 2-dimensional visible image, which is output as a
hard copy 19.

Fig. 3 is a block diagram showing in detail the
main control device and the input device shown in
Fig. 2.  The main control device 1 comprises a page
buffer 21 for storing the picture information in units
of pages, a signal compressing/expanding circuit 23 for
performing signal compression and expansion by the MH
(modified Hoffman) conversion or the MH inverse con-
version, a pattern generator 25 for generating a character
pattern, a refresh memory 27 for storing information to
be displayed at the display device 13, a random access
memory (RAM) 29 having a capacity sufficient to store
the retrieval titles corresponding to one magnetic tape
to be described later, and a central processing unit
(CPU) 31 for controlling these circuits.  An 8-bit
microprocessor 8085 available from Intel. Corp., U.S.A.
may be adopted as the CPU 31.  A read-only memory (ROM)
device 30 is externally connected to the CPU 13 and
stores control programs to control the devices described
above according to the registering mode, the retrieval
mode, and the deletion mode of picture information.

The input device (keyboard) 3 includes a start
key 33 which is depressed for storing a retrieval title
or for setting the original, an abandon key 35 which is
depressed for abandoning the picture information stored
in the page buffer 21, a record key 37 which is depressed
for recording the picture information stored in the
page buffer 21 on a magnetic tape to be described
later, a confirmation key 39 which is depressed when
the picture information recorded on the magnetic tape
is satisfactory, a delete key 41 which is depressed for
deleting the picture information stored on the magnetic
tape, a print key 43 which is depressed when the hard
copy 19 of the picture information stored in the page
buffer 21 is necessary, and alpha/numeric keys 44 for
numerals 0 to 9 and for letters of the alphabet.

AX098029

0051305

- 7 -

     Fig. 4 is a schematic view showing a cassette tape
and a feed mechanism of the magnetic tape device 17.
Inside a casing 45 is disposed a stationary reel 47
which does not rotate and around which is wound magnetic

5    tape 49 of, for example, 1/2 inch width (about 12.7 mm)
and about 36 m length.  When the cassette tape of this
construction is mounted, the innermost turn of the tape
is guided outside through a window 47a formed in the
reel 47, is fed at high speed (about 5 m/sec) in the

10   direction shown by arrow a in the figure by a capstan 51
and a pinch roller 53, and is then wound around the
outermost turn of the tape 49.  Therefore, the tape 49
completes one course in about 7.2 seconds.  This one
travel of the tape is confirmed by optically detecting

15   at a mark detector 57 a tape mark 55 such as a silver
paper chip attached to a connecting part 49a of the
tape 49 as shown in Fig. 5.  The output from the detec-
tor 57 is used as a reference for detecting a block
position (to be described later) on the tape 49.  Thus,

20   200 recording tracks 59 (of about 40 µm width and about
52 µm pitch) are formed parallel to each other along
the direction of arrow a on the tape 49 as shown in
Fig. 5.  Track numbers "0, 1, 2,..., 198, 199" are
sequentially assigned to the recording tracks 59 from

25   the lowermost track.  Two substantially central tracks
(track numbers 99 and 100 of which track number 99 is
auxiliary) define a recording track $59_1$ which records
an inherent retrieval title (consisting of the retrieval
code and the recording address which, in turn, consists

30   of the track number and the block number) corresponding
to picture information of one unit; and the remaining 198
recording tracks (track numbers 0 to 98 and 101 to 199)
define information recording tracks $59_2$ for recording
the picture information.  Each recording track 59 is

35   divided into 256 blocks in the longitudinal direction
of the tape as shown in Fig. 5; each block is sequen-
tially assigned block numbers "0, 1, 2,..., 254, 255"

AX098030

0051305

- 8 -

starting from the tape mark 55. Recording and
reproduction of information on the tape 49 is performed
by selecting a desired recording track 59 by reciprocally
moving, by a head access mechanism (not shown), a
5   recording/reproducing head (2-gap magnetic head having
the function of deletion) 61 disposed in the vicinity
of the capstan 51 a certain distance in units of
microns in a direction b perpendicular to the direction
shown by the arrow a.

10       Fig. 6A shows the recording format of the respective
retrieval titles on the retrieval title recording
track $59_1$. The retrieval titles are sequentially
recorded in a retrieval code recording area 63 which
records the retrieval code; a recording address recording
15  area 65 which records recording addresses of a track
number and a block number of the track which stores the
picture information corresponding to this retrieval
code; a length of picture information recording area 67
which records the length of the picture information,
20  that is, how many blocks are involved in storing this
picture information; and a delete mark recording area 69
which records a delete mark representing whether or not
the picture information corresponding to the retrieval
code is deleted. Fig. 6B shows the recording format of
25  the picture information in the information recording
track $59_2$, wherein picture information 71 is recorded
on a plurality of blocks.

         Registration of the picture information with a
picture information file device adopting the deleting
30  system of picture information according to the present
invention will be described with the flow charts shown
in Figs. 7A and 7B. The flow charts shown in Figs. 7A
and 7B show the control operation for registering the
(k + 1)th section of picture information when k sections
35  of picture information including deleted picture
information are already registered on the magnetic
tape 49.

AX098031

0051305

- 9 -

The registering mode is first set from the
keyboard 3. This may be accomplished by inputting "1"
when, for example, the display device displays messages
of "registering mode: 1", "retrieval mode: 2", and
5   "deleting mode: 3". When the registering mode is set,
the retrieval code of the picture information to be
registered is input from the keyboard 3 in step 73, and
in step 75, the start key 33 is depressed. Upon this
operation, the CPU 31 performs, in step 77, checking of
10  the input data such as checking of the number of digits,
the kind of characters and so on according to the
format of the retrieval code which is prepared in
advance. The retrieval codes which are already registered
are checked for double registration. If the retrieval
15  code is the correct one, it is stored in the RAM 29.
If the retrieval code is not the correct one,
the program returns to step 73, and another retrieval code
is input. In step 79, when the original is set by the
operator for the 2-dimension scanning device 11 and,
20  in step 81, the start key 33 is depressed, the CPU 31
operates the 2-dimension scanning device 11 and drives
the magnetic tape 49. In step 83, the 2-dimension
scanning device 11 performs 2-dimension scanning and
photoelectric conversion of the picture information
25  such as a document set in step 79. The line information
which is photoelectrically converted is sequentially
stored in the page buffer 21. When picture information
corresponding to one page is stored in the page buffer 21,
the picture information is stored in the refresh memory 27
30  and is displayed at the display device 13 in step 85.

In step 87, the operator checks on the display to
determine if the original is set straight or bent, and
if the density of the orignal matches with the binary
encoding level of the 2-dimension scanning device 11.
35  If the picture information is not satisfactory, the
abandon key 35 is depressed. Then, the CPU 31 deletes
the contents in the page buffer 21 and the refresh

AX098032

0051305

- 10 -

memory 27.  If the original is not set straight or
bent, the original is reset.  If the density is improper,
the binary encoding level of the 2-dimension scanning
device 11 is adjusted.  The program returns to step 79,
5    the original is reset and the procedure as described
above is performed again.

If the display on the display device 13 is satis-
factory, the record key 37 is depressed in step 91.
Then, in step 93, the CPU 31 band-compresses, at the
10    signal compressing/expanding circuit 23 by the conven-
tional MH (modified Hoffman) conversion, the picture
information of one unit stored in the page buffer 21
one scanning line at a time.  The compressed line
information is stored again in the page buffer 21.

15    In step 95, the CPU 31 computes the length (block
number) $L_{k+1}$ of the compressed picture information
which is stored in the page buffer 21.  This may be
accomplished by dividing the amount of the compressed
picture information by the amount of the recording
20    information in one block.  In step 97 to follow, a
counter i is set to "1".  In step 99, it is sequentially
checked to determine if the delete mark is attached to
each of the retrieval titles in the RAM 29.  If it is
judged in step 101 that the ith retrieval title has the
25    delete mark, the length $Li$ of the deleted picture
information is compared in step 103 with the length $L_{k+1}$
of the new picture information to be registered.  If it
is judged in step 105 that the picture information to
be registered is shorter than or equal to the deleted
30    picture information, the CPU 31, in step 107, updates
the old retrieval title in the RAM 29 to the retrieval
title consisting of the retrieval code of the new
picture information and deletes the delete mark.  The
CPU 31 initiates the travel of the magnetic tape 49 and
35    moves the head to the corresponding information recording
track $59_2$.  The CPU 31 thus records the compressed
picture information stored in the page buffer 21 starting

AX098033

0051305

- 11 -

from a predetermined block.  If it is judged in step 105
that the deleted picture information is longer than or
equal to the picture information to be registered, it
is judged in step 109, whether the content of the
5    counter i is k, that is, if the recorded retrieval
titles have been checked to the last one.  If it is
judged that this checking has not been completed, the
counter i is incremented in step 111 and the program
returns to step 99.  The CPU 31 then checks if the
10    delete mark is attached to the next code in the RAM 29.
If there is a retrieval title to which the delete mark
is attached, the same operation as described above and
the recording of the new picture information are
performed.

15        If, in step 101, there is no retrieval title to
which the delete mark is attached and, in step 109, the
content of the counter i is k, that is, the retrieval
titles are checked to the last one, the new picture
information is recorded in the (k + 1)th picture infor-
20    mation recording area.

        The retrieval and reproduction of the picture
information registered in this manner will now be
described with reference to the flow chart shown in
Fig. 8.  The retrieval mode is set from the keyboard 3.
25    In this embodiment, the retrieval mode is set by
inputting "2" as was described earlier.  When the
retrieval mode is set, the retrieval code is first input
in step 115.  In step 117, the start key 33 is depressed.
Then, the CPU 31 checks the input data such as the
30    number of digits, the kind of characters and so on
according to the format of the retrieval code which is
prepared in advance.  Since this checking procedure
is the same as in step 77 described with reference to
Fig. 7A, the description thereof will be omitted.  When
35    the correct retrieval code is input, the CPU 31 initiates
in step 121, the travel of the magnetic tape 49 and
moves the head 61 to the retrieval title recording

AX098034

0051305

— 12 —

track $59_1$ to start reproduction from this track.  Then,
all the reproduced retrieval titles, that is, the
retrieval codes and the recording address representing
the track numbers and the initiating blocking numbers
of the corresponding picture information, are stored
in the RAM 29.  In step 123, the CPU 31 sequentially
compares the retrieval codes of the retrieval titles
stored in the RAM 29 with the input retrieval code.
If, in step 125, there is no retrieval code which
coincides with the input retrieval code, an error
display is performed in step 127 indicating that
retrieval is impossible and the retrieval operation
is terminated.  When there is a retrieval code which
coincides with the input retrieval code, in step 129,
the track number and the block number of the coincident
retrieval code are retrieved from the retrieval title
which is stored in the RAM 29.  The CPU 31 moves the
head 61 to the information recording track $59_2$ corre-
sponding to the track number thus obtained, reads the
picture information at this track, and stores the
picture information in the page buffer 21.  Thereafter,
in step 131, the picture information for one scanning
line at a time is subjected to band compression by MH
inverse conversion at the signal compressing/expanding
circuit 23 to return it to the original picture informa-
tion, and the picture information is stored in the page
buffer 21.  When all the reproduced picture information
for one page is stored in the page buffer 21, the
CPU 31 supplies in step 133, the picture information to
the refresh memory 27 and displays it at the display
device 13.  When the operator judges that the picture
information thus displayed is to be printed, the operator
depresses the print key 43 in step 135.  Then, the
CPU 31 supplies the picture information stored in the
page buffer 21 to the printer 15 which produces the
hard copy 19 in step 137.

　　　Hard copies 19 of the corresponding picture

AX098035

0051305

- 13 -

information are obtained by the same operation when
other retrieval codes are input.

Deletion of the picture information registered in
this manner will now be described with reference to the
5  flow chart shown in Fig. 9.  First, the deletion mode
is set from the keyboard 3.  In this embodiment, the
deletion mode is set by inputting "3" as has been
described earlier.  When the deletion mode is set, the
retrieval code is first input in step 139.  In step 141,
10  the start key 33 is depressed.  Then, the CPU 31 checks
the input data as to the number of digits, the kind of
characters and so on according to the format of the
retrieval code which is prepared in advance.  Since
this checking procedure is the same as the checking
15  procedure described with reference to step 77 of Fig. 7A,
the description thereof will be omitted.  When the
correct retrieval code is input, the CPU 31 initiates
in step 145, the travel of the magnetic tape 49 and
moves the head 61 to the retrieval title recording
20  track $59_1$ to start reproducing the data on this track.
Then, the length of the picture information (number of
blocks), the delete mark, and all the reproduced retrieval
titles, that is, the retrieval codes and the recording
addresses representing the track numbers and the
25  initiating block numbers of the corresponding picture
information, are stored in the RAM 29.  In step 147,
the CPU 31 sequentially compares the retrieval codes
of the retrieval titles stored in the RAM 29 with the
input retrieval code.  If it is judged in step 149 that
30  there is no retrieval code coincident with the input
retrieval code, an error display representing that
retrieval is impossible is performed in step 151, and
the retrieval operation is terminated.  If the retrieval
code coinciding with the input retrieval code is present,
35  the track number and the block number assigned to this
coicident retrieval code are retrieved from the retrieval
title stored in the RAM 29 in step 153.  The CPU 31

AX098036

0051305

- 14 -

moves the head 61 to the information recording track 59$_2$
corresponding to the track number, reads the picture
information of this track, and stores the picture
information in the page buffer 21. Thereafter, in
5    step 155, the picture information is subjected one
scanning line at a time to band compression by MH
inverse conversion at the signal compressing/expanding
circuit 23, is converted into the original picture
information, and is stored in the page buffer 21. When
10    all the picture information corresponding to one page
is stored in the page buffer 21, the CPU 31 supplies
the picture information to the refresh memory 27 and
displays it at the display device 13 in step 157.
If the operator judges, in step 159, that the displayed
15    picture information is to be deleted, the delete key 41
is depressed. Then, the CPU 31 records, in step 161,
the delete mark in the delete mark recording area 69 of
the corresponding retrieval title in the RAM 29. In
this manner, the picture information whose delete mark
20    corresponds with the recorded retrieval title is deleted.

    In summary, in the recording area of the picture
information whose delete code corresponds to the retrieval
title assigned thereto may be recorded picture information
of shorter length.

25    In the embodiment described above, the present
invention has been described with reference to the case
wherein picture information such as a document is
recorded on or reproduced from a magnetic tape device
in a picture information file device. However, the
30    present invention is similarly applicable to a magnetic
tape device which records or reproduces other kinds of
information. Furthermore, the present invention has
also been described with reference to the case of a
magnetic tape device which uses an endless magnetic
35    tape as the recording medium. However, the present
invention may be similarly applicable to other information
recording devices such as a magnetic tape device which

AX098037

0051305

- 15 -

uses a general magnetic tape and not an endless magnetic tape, a magnetic disk device which uses a magnetic disk as a recording medium of the picture information as shown at 163 in Fig. 10, or an optical disk device
5  which uses an optical disk as the recording medium.

In the embodiment shown in Fig. 3, the control programs are stored in the read-only memory device 30. However, they may alternatively be stored on the floppy disks 5, 7 shown in Fig. 11. Still alternatively, a
10  first floppy disk 5, 7 or a second floppy disk 165 may be incorporated as shown in Fig. 12. In this case, the first floppy disk 5, 7 may store the control programs and the second floppy disk 165 may store the picture information.

AX098038

0051305

– 1 –

Claims:

1.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
a retrieval code for retrieving the picture information,
5    a track number and a block number, a recording area for
recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
10   corresponding to an input retrieval code, including:

(a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information,
a record key (37) for specifying recording of the
15   picture information, and a delete key (41) for specifying
deletion of the picture information;

(b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
20   converted picture information;

(c)  a magnetic tape device (17) for recording the
photoelectrically converted picture information in an
area represented by the track number and the block
number on a magnetic tape;

25   (d)  a display device (13) for displaying picture
information recorded or to be recorded by said magnetic
tape device (17); and

(e)  a control device (1) which has a programmable
microprocessor connected to said control information
30   input device (3), said 2-dimension scanning device (11),
said magnetic tape device (17) and said display
device (13), and which includes a central processing
unit (31) for receiving input signals for controlling
the recording, abandonment and deletion of the picture
35   information, a read-only memory device (30) for storing
permanent programs, and a random access memory (29) for

AX098039

0051305

- 2 -

storing data input by said control information input
device, said read-only memory device (30) storing the
permanent programs having functions of said central
processing unit (31) so that said control device (1)
5   may perform specific functions according to the permanent
programs, characterized in that said control device (1)
is so designed as to control said control information
input device (3), said 2-dimension scanning device (11),
said display device (13) and said magnetic tape
10   device (17) so that the deletion of the picture
information recorded in the magnetic tape device (17)
is performed by recording the delete mark in a delete
mark recording area of the retrieval title corresponding
to the picture information to be deleted.

15       2.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
a retrieval code for retrieving the picture information,
a track number and a block number, a recording area for
20   recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
corresponding to an input retrieval code, including:
        (a)  a control information input device (3)
25   comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information,
a record key (37) for specifying recording of the
picture information, and a delete key (41) for specifying
deletion of the picture information;
30       (b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;
        (c)  a disk device (163) for recording the photoelec-
35   trically converted picture information in an area
represented by the track number and the block number
on a disk;

AX098040

0051305

- 3 -

(d)  a display device (13) for displaying picture
information recorded or to be recorded by said disk
device (163); and

(e)  a control device (1) which has a programmable
5    microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),
said disk device (163) and said display device (13),
and which includes a central processing unit (31) for
receiving input signals for controlling the recording,
10   abandonment and deletion of the picture information,
a read-only memory device (30) for storing permanent
programs, and a random access memory (29) for storing
data input by said control information input device (3),
said read-only memory device (30) storing the permanent
15   programs having functions of said central processing
unit (31) so that said control device (1) may perform
specific functions according to the permanent programs,
characterized in that
said control device (1) is so designed as to control
20   said control information input device (3), said
2-dimension scanning device (11), said display device
and said disk device (163) so that the deletion of
the picture information recorded in the disk device (163)
is performed by recording the delete mark in a delete
25   mark recording area of the retrieval title corresponding
to the picture information to be deleted.

3.  A system for deleting picture information in
a picture information file device which stores picture
information and a retrieval title including a retrieval
30   code for retrieving the picture information, a track
number and a block number, a recording area for recording
the length of the picture information, and a delete mark
representing that the picture information is deleted,
and which outputs picture information corresponding to
35   an input retrieval code, including:

(a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for

AX098041

0051305

- 4 -

specifying abandonment of the picture information,
a record key (37) for specifying recording of the
picture information, and a delete key (41) for
specifying deletion of the picture information;

5          (b)   a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;

          (c)   a magnetic tape device (17) for recording the
10   photoelectrically converted picture information in an
area represented by the track number and the block
number on a magnetic tape;

          (d)   a display device (13) for displaying picture
information recorded or to be recorded by said magnetic
15   tape device (17);

          (e)   a disk device (5, 7) storing permanent
programs having functions of a central processing unit
to be described later; and

          (f)   a control device (1) which has a programmable
20   microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),
said magnetic tape device (17) and said display
device (13), and which includes a central processing
unit (31) for receiving control data for controlling
25   the recording, abandonment and deletion of the picture
information, and a random access memory (29) for
storing data input by said control information input
device (3), said disk device (17) storing the permanent
programs having functions of said central processing
30   unit (31) so that said control device (1) may perform
specific functions according to the permanent programs
stored in said disk device (5, 7), characterized in
that

          said control device (1) is so designed as to control
35   said control information input device (3), said
2-dimension scanning device (11), said display device (13)
and said magnetic tape device (17) so that the deletion

AX098042

0051305

– 5 –

of the picture information recorded in said magnetic
tape device (17) is performed by recording the delete
mark in a delete mark recording area of the retrieval
title corresponding to the picture information to be
5    deleted.

4.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
a retrieval code for retrieving the picture information,
10   a track number and a block number, a recording area for
recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
corresponding to an input retrieval code, including:

15       (a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information, a
record key (37) for specifying recording of the picture
information, and a delete key (41) for specifying
20   deletion of the picture information;

(b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;

25       (c)  a first disk device (165) for recording the
photoelectrically converted picture information in an
area represented by the track number and the block
number on a disk of said first disk;

(d)  a display device (13) for displaying picture
30   information recorded or to be recorded by said first
disk device;

(e)  a second disk device (5, 7) for storing
permanent programs having functions of a central
processing unit to be described later; and

35       (f)  a control device (1) which has a programmable
microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),

AX098043

0051305

– 6 –

said first disk device (165) and said display device (13),
and which includes a central processing unit (31) for
receiving control data for controlling the recording,
abandonment and deletion of the picture information,
5    and a random access memory (29) for storing data input
by said control information input device (3), said
second disk device (5, 7) storing the permanent programs
having functions of said central processing unit so that
said control device (1) may perform specific functions
10   according to the permanent programs stored in said
second disk device (5, 7), characterized in that said
control device (1) is so designed as to control said
control information input device (3), said 2-dimension
scanning device (11), said display device (13) and said
15   first disk device (165) so that the deletion of the
picture information recorded in said first disk
device (165) is performed by recording the delete
mark in a delete mark recording area of the retrieval
title corresponding to the picture information to be
20   deleted.

     5.  A system for deleting picture information
according to claim 1, 2, 3 or 4, characterized in that
a compandor (23) is further provided for performing
compression and expansion of the picture information
25   by modified Hoffman conversion or modified Hoffman
inverse conversion.

     6.  A system for deleting picture information
according to claim 1, 2, 3 or 4, characterized in that
a printer (15) is further provided for producing a hard
30   copy of the picture information displayed at said
display device (13).

0051305

1/11

# FIG. 1



AX098045

0051305

z/11

# F I G. 2



# F I G. 4



AX098046

0051305

3/11

# F I G. 3



AX098047

0051305

4/11

# F I G. 5



# F I G. 6A



# F I G. 6B



AX098048

0051303

5/11

# F I G. 7A



START

| | |
| RETRIEVAL CODE IS INPUT | ~73 |
| START KEY 33 IS DEPRESSED | ~75 |

IS
THE RETRIEVAL CODE
CORRECT FOR THE FORMAT AND
DOUBLE REGISTRATION
CHECKS ?                    ~77

NO

YES

DOCUMENT IS SET ~79

START KEY 33 IS DEPRESSED ~81

DOCUMENT IS SCANNED AND
STORED IN THE PAGE BUFFER 21 ~83

DISPLAY THE PICTURE IN
THE PAGE BUFFER 21 ~85

ABANDON
KEY 35 IS
DEPRESSED    89

NO

IS
CORRECT PICTURE
DISPLAYED ?    ~87

YES

RECORD KEY 37 IS DEPRESSED ~91

THE PICTURE INFORMATION IN THE
PAGE BUFFER 21 IS COMPRESSED ~93

COMPUTATION FOR THE LENGTH $L_{k+1}$
OF THE PICTURE INFORMATION

$$L_{k+1} = \frac{\text{COMPRESSED PICTURE INFORMATION AMOUNT}}{1 \text{ BLOCK RECORDING INFORMATION AMOUNT}}$$

95

A

AX098049

6/11

# F I G. 7B



AX098050

7/11

0051305

F I G. 8



START

RETRIEVAL CODE IS INPUT ~115

START KEY 33 IS DEPRESSED ~117

IS THE RETRIEVAL CODE CORRECT FOR THE FORMAT? 119

NO

YES

READ MT 17 AND STORE THE RETRIEVAL TITLE IN RAM 29 ~121

INPUT RETRIEVAL CODE IS COMPARED WITH THE RETRIEVAL CODE IN THE RAM 29 123

IS COINCIDENCE ACHIEVED? 125

NO

ERROR MESSAGE IS DISPLAYED 127

YES

READ TRACK NO. AND BLOCK NO. IN THE RETRIEVAL TRACK CORRESPONDING TO THE RETRIEVAL CODE AND READ THE CORRESPONDED INFORMATION RECORDING TRACK INTO THE PAGE BUFFER 129

THE PICTURE INFORMATION IN THE PAGE BUFFER IS EXPANDED ~131

DISPLAY THE PICTURE IN THE PAGE BUFFER ~133

PRINT KEY? 135

YES

NO

PRINT THE PICTURE INFORMATION 137

END

AX098051

0051305



FIG. 9

START

RETRIEVAL CODE IS INPUT ~139

START KEY 33 IS DEPRESSED ~141

143
IS THE RETRIEVAL CODE CORRECT FOR THE FORMAT ?
NO

YES

READ MT 17 AND STORE THE RETRIEVAL TITLE IN RAM 29 ~145

INPUT RETRIEVAL CODE IS COMPARED WITH THE RETRIEVAL CODE IN THE RAM 29 ~147

151
ERROR MESSAGE IS DISPLAYED
NO

149
IS COINCIDENCE ACHIEVED ?

YES

READ TRACK NO. AND BLOCK NO. IN THE RETRIEVAL TRACK CORRESPONDING TO THE RETRIEVAL CODE AND READ THE CORRESPONDED INFORMATION RECORDING TRACK INTO THE PAGE BUFFER ~153

THE PICTURE INFORMATION IN THE PAGE BUFFER IS EXPANDED ~155

DISPLAY THE PICTURE IN THE PAGE BUFFER ~157

159
DELETE KEY ?
YES

NO

161
WRITE DELETE MARK IN THE DELETE MARK AREA IN THE RETRIEVAL TITLE CORRESPONDED TO THE PICTURE INFORMATION

END

AX098052

0051305

9/11

# F I G. 10

AX098053

0051305

10/11

# F I G. 11



AX098054

0051305

11/11

# F I G. 12



AX098055

0051305

 European Patent Office

**EUROPEAN SEARCH REPORT**

Application number

EP 81 10 9408

| DOCUMENTS CONSIDERED TO BE RELEVANT | | | CLASSIFICATION OF THE APPLICATION (Int. Cl. ³) |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | |
| A | US - A - 4 130 842 (GALLO et al.) <br> * Whole document * | 1-4 | G 11 B 27/02 <br> 5/008 |
| | -- | | |
| A | US - A - 3 512 146 (SMITH et al.) <br> * Column 8, line 60 - column 12, line 15 * | 1-4 | |
| | -- | | |
| A | US - A - 4 041 463 (SLUTZKY et al.) <br> * Column 1, lines 27-31; column 3, line 49 - column 7, line 59 * | 1-4 | TECHNICAL FIELDS SEARCHED (Int.Cl.³) |
| | -- | | G 11 B 5/ <br> 19/ <br> 15/ <br> 27/ |
| A | JOURNAL OF OPTICS, vol. 11, no. 1, January/February 1980, page 10 Paris, FR. <br> "Système d'impression à laser" <br> * Whole document * | 1-4 | H 04 N <br> G 06 K <br> G 06 K 17/ |
| A | PROCEEDINGS OF THE IEEE, vol. 68, no. 7, July 1980, pages 854-867 New York, U.S.A. <br> R. HUNTER et al.: "International digital facsimile coding standards" <br> * Whole document * | 5 | CATEGORY OF CITED DOCUMENTS |
| | -- | | X: particularly relevant if taken alone <br> Y: particularly relevant if combined with another document of the same category <br> A: technological background <br> O: non-written disclosure <br> P: intermediate document <br> T: theory or principle underlying the invention <br> E: earlier patent document, but published on, or after the filing date <br> D: document cited in the application <br> L: document cited for other reasons |
| A | US - A - 3 646 260 (BOLGER) <br> * Column 3, line 9 - column 5, line 23; column 5, line 65 - column 6, line 34 * | 1-4 | |
| | -- <br> ./. | | &: member of the same patent family, corresponding document |

| The present search report has been drawn up for all claims | | |
|---|---|---|
| Place of search <br> The Hague | Date of completion of the search <br> 08-02-1982 | Examiner <br> DAALMANS |

EPO Form 1503.1  06.78

AX098056

0051305

 European Patent Office

**EUROPEAN SEARCH REPORT**

Application number

EP 81 10 9408
-2-

| | DOCUMENTS CONSIDERED TO BE RELEVANT | | CLASSIFICATION OF THE APPLICATION (Int. Cl.³) |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | |
| PA | DE - A - 3 036 695 (TOKYO SHIBAURA DENKI K.K.)<br>* Page 7, line 22 - page 17, line 19; figures 4-8 * | 1-6 | |
| L | * Priority *<br>-- | | |
| A | FR - A - 2 120 298 (COMPAGNIE GENE-RALE DE CONSTRUCTIONS TELEPHONIQUES)<br>& DE - A - 2 164 230 | | |
| A | FR - A - 2 170 510 (I.B.M.)<br>& GB - A - 1 382 598 | | TECHNICAL FIELDS SEARCHED (Int. Cl.³) |
| A | FR - A - 2 079 793 (SOCIETE D'ETU-DES ET D'APPLICATIONS TECHNIQUES S.E.A.T.)<br>---- | | |

EPO Form 1503.2  06.78

AX098057