# EXHIBIT 6
# (PART 1 OF 2)

IBM

Technical Reference

6025005

AX103689



*Personal Computer Hardware Reference Library*

AX103690



IBM

*Personal Computer*
*Hardware Reference*
*Library*

# Technical Reference

AX103691



IBM

*Personal Computer*
*Hardware Reference*
*Library*

# Technical Reference

6025008

AX103692

## LIMITED WARRANTY

The International Business Machines Corporation warrants this IBM Personal Computer Product to be in good working order for a period of 90 days from the date of purchase from IBM or an authorized IBM Personal Computer dealer. Should this Product fail to be in good working order at any time during this 90-day warranty period, IBM will, at its option, repair or replace this Product at no additional charge except as set forth below. Repair parts and replacement Products will be furnished on an exchange basis and will be either reconditioned or new. All replaced parts and Products become the property of IBM. This limited warranty does not include service to repair damage to the Product resulting from accident, disaster, misuse, abuse, or non-IBM modification of the Product.

Limited Warranty service may be obtained by delivering the Product during the 90-day warranty period to an authorized IBM Personal Computer dealer or IBM Service Center and providing proof of purchase date. If this Product is delivered by mail, you agree to insure the Product or assume the risk of loss or damage in transit, to prepay shipping charges to the warranty service location and to use the original shipping container or equivalent. Contact an authorized IBM Personal Computer dealer or write to IBM Personal Computer, Sales and Service, P.O. Box 1328-W, Boca Raton, Florida 33432, for further information.

ALL EXPRESS AND IMPLIED WARRANTIES FOR THIS PRODUCT INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO A PERIOD OF 90 DAYS FROM THE DATE OF PURCHASE, AND NO WARRANTIES, WHETHER EXPRESS OR IMPLIED, WILL APPLY AFTER THIS PERIOD. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

IF THIS PRODUCT IS NOT IN GOOD WORKING ORDER AS WARRANTED ABOVE, YOUR SOLE REMEDY SHALL BE REPAIR OR REPLACEMENT AS PROVIDED ABOVE. IN NO EVENT WILL IBM BE LIABLE TO YOU FOR ANY DAMAGES, INCLUDING ANY LOST PROFITS, LOST SAVINGS OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OF OR INABILITY TO USE SUCH PRODUCT, EVEN IF IBM OR AN AUTHORIZED IBM PERSONAL COMPUTER DEALER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR CONSUMER PRODUCTS, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH MAY VARY FROM STATE TO STATE.

AX103693

IBM

*Personal Computer*
*Hardware Reference*
*Library*

# Technical
# Reference

AX103694

# FEDERAL COMMUNICATIONS COMMISSION
# RADIO FREQUENCY INTERFERENCE STATEMENT

**WARNING:** This equipment has been certified to comply with the limits for a Class B computing device, pursuant to Subpart J of Part 15 of FCC rules. Only peripherals (computer input/output devices, terminals, printers, etc.) certified to comply with the Class B limits may be attached to this computer. Operation with non-certified peripherals is likely to result in interference to radio and TV reception.

Notice: As sold by the manufacturer, the Prototype card does not require certification under the FCC's rules for Class B devices. The user is responsible for any interference to radio or TV reception which may be caused by a user — modified prototype card.

Revised Edition (July 1982)

Changes are periodically made to the information herein; these changes will be incorporated in new editions of this publication.

Products are not stocked at the address below. Requests for copies of this product and for technical information about the system should be made to your authorized IBM Personal Computer Dealer.

A Product Comment Form is provided at the back of this publication. If this form has been removed, address comment to: IBM Corp., Personal Computer, P.O. Box 1328, Boca Raton, Florida 33432. IBM may use or distribute any of the information you supply in any way it believes appropriate without incurring any obligations whatever.

© Copyright International Business Machines Corporation 1981

# PREFACE

The IBM Personal Computer Technical Reference Manual is designed to provide hardware design and interface information. This publication also provides Basic Input Output System (BIOS) information as well as programming support matter.

This manual is intended for programmers, engineers involved in hardware and software design, designers, and interested persons who have a need to know how the IBM Personal Computer is designed and works.

This manual has three sections:

## Section - 1

"HARDWARE OVERVIEW," features an overview of the system as a whole calling out specific items such as the System Unit, Keyboard, IBM Monochrome Display and the 80 CPS Matrix Printer.

## Section - 2

"HARDWARE," contains a description for each functional part of the system. This section also contains specifications for power, timing, and interface. Programming considerations are supported by coding tables, command codes and registers.

## Section - 3

"ROM and SYSTEM USAGE," describes BIOS as well as how to use BIOS, interrupt vector listings, memory map, vectors with special meanings, a cassette section, a keyboard encoding section, and a set of Low Memory Maps.

"APPENDICES," to address the ROM BIOS listing, an instruction set, logic diagrams, and expanded charts used to support specific hardware descriptions.

i

AX103696

# NOTES

ii

AX103697

# CONTENTS

SECTION 1. HARDWARE OVERVIEW.........1-1
System Block Diagram ...........................1-6

SECTION 2. HARDWARE....................2-1
System Board ..................................2-3
System Board Data Flow..........................2-6
I/O Channel ...................................2-8
I/O Channel Diagram ...........................2-9
System Board I/O Channel Description ............2-10
System Board Component Diagram .................2-13
Keyboard......................................2-14
Keyboard Interface Block Diagram .................2-15
Keyboard Diagram .............................2-16
Keyboard Scan Codes...........................2-17
Keyboard Interface Connector Specifications........2-18
Cassette User Interface...........................2-19
    Cassette Jumpers...............................2-19
    Circuit Block Diagrams ........................2-19
Cassette Interface Connector Specifications .........2-21
Speaker Interface................................2-22
    Speaker Drive System Block Diagram.............2-22
I/O Address Map.................................2-23
System Memory Map ............................2-25
System Board and Memory Expansion Switch Settings . . . 2-28
5 1/4`` Diskette Drives Switch Settings..............2-29
Monitor Type Switch Settings......................2-29
System Board Memory Switch Settings..............2-30
32, 64 and 64/256KB Memory Expansion Option
    Switch Settings ................................2-32

Power Supply ..................................2-37
Power Supply Location...........................2-38
Input Requirements .............................2-38
DC Output ....................................2-38
AC Output ....................................2-38
Power Supply Connectors and Pin Assignments.......2-39
Important Operating Characteristics................2-40
    Over Voltage/Current Protection ................2-40
    Signal Requirements ...........................2-40

iii

AX103698

IBM Monochrome Display and Parallel
   Printer Adapter........................................2-41
Parallel Interface Description .........................2-41
IBM Monochrome Display Adapter Block Diagram... 2-42
System Channel Interface...........................2-43
   Lines Used ...................................2-43
   Loads.........................................2-43
   Special Timing................................2-43
   Data Rates ...................................2-43
   Interrupt and DMA Response Requirements .......2-43
Modes Of Operation ............................2-44
Programming Considerations.......................2-45
   Programming the 6845 CRT Controller ..........2-45
   Sequence of Events ...........................2-45
   Memory Requirements .........................2-45
   DMA Channel................................2-46
   Interrupt Levels ...............................2-46
   I/O Address and Bit Map .......................2-46
IBM Monochrome Display .......................2-47
   Operating Characteristics.......................2-47
IBM Monochrome Direct Drive Interface and
   Pin Assignment ...............................2-48

Color/Graphics Monitor Adapter .................2-49
Color/Graphics Monitor Adapter Block Diagram .....2-51
Major Components Definitions .....................2-52
   Motorola 6845 CRT Controller .................2-52
   Mode Set and Status Registers .................2-52
   Display Buffer .................................2-52
   Character Generator ...........................2-52
   Timing Generator .............................2-52
   Composite Color Generator.....................2-52
Modes of Operation............................2-53
   Alphanumeric Mode ..........................2-53
   Color TV....................................2-53
   Color Monitor ...............................2-54
IBM Monochrome Display Adapter Vs. Color/Graphics... 2-55
Adapter Attribute Relationship .....................2-55
Color/Graphics Modes ...........................2-55
   Graphics Storage Map .........................2-56
   Description of Basic Operations .................2-58
   Summary of Available Colors...................2-59

iv

Programming Considerations . . . . . . . . . . . . . . . . . . . . . . . . 2-59
  Programming The 6845 Controller. . . . . . . . . . . . . . . 2-59
  6845 Register Description . . . . . . . . . . . . . . . . . . . . . . . 2-60
  Programming the Mode Control and Status Register . . . 2-61
  Color Select Register . . . . . . . . . . . . . . . . . . . . . . . . . . 2-61
  Mode Select Register . . . . . . . . . . . . . . . . . . . . . . . . . . 2-62
  Mode Register Summary . . . . . . . . . . . . . . . . . . . . . . . 2-62
  Status Register. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-63
  Sequence of Events . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-63
  Memory Requirements . . . . . . . . . . . . . . . . . . . . . . . . 2-64
  Interrupt Level. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-64
  I/O Address and Bit Map . . . . . . . . . . . . . . . . . . . . . . 2-65
Color/Graphics Monitor Adapter Direct Drive, and
  Composite Interface Pin Assignment. . . . . . . . . . . . . . 2-66
Color/Graphics Monitor Adapter Auxiliary
  Video Connectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-67

Parallel Printer Adapter . . . . . . . . . . . . . . . . . . . . . . . . . 2-69
Parallel Printer Block Diagram . . . . . . . . . . . . . . . . . . . . 2-70
Programming Considerations . . . . . . . . . . . . . . . . . . . . . . 2-71
Parallel Printer Adapter Interface Connector
  Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-73
IBM 80 CPS Matrix Printer . . . . . . . . . . . . . . . . . . . . . . 2-74
Printer Specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . 2-75
Setting The DIP Switches . . . . . . . . . . . . . . . . . . . . . . . . 2-76
  Functions and Conditions of DIP Switch 1 . . . . . . . . 2-76
  Functions and Conditions of DIP Switch 2 . . . . . . . . 2-77
Parallel Interface Description . . . . . . . . . . . . . . . . . . . . . 2-77
  Connector Pin Assignment and Descriptions of
    Interface Signals . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-78
  Parallel Interface Timing Diagram . . . . . . . . . . . . . . . 2-81
ASCII Coding Table. . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-82
ASCII Control Codes . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-83

5 1/4" Diskette Drive Adapter . . . . . . . . . . . . . . . . . . . . . 2-93
5 1/4" Diskette Drive Adapter Block Diagram . . . . . . . 2-94
Functional Description . . . . . . . . . . . . . . . . . . . . . . . . . . 2-95
  Digital Output Register. . . . . . . . . . . . . . . . . . . . . . . . 2-95
  Floppy Disk Controller. . . . . . . . . . . . . . . . . . . . . . . . 2-95
Programming Considerations . . . . . . . . . . . . . . . . . . . . . . 2-98
  Symbol Descriptions. . . . . . . . . . . . . . . . . . . . . . . . . . 2-98
  Command Summary . . . . . . . . . . . . . . . . . . . . . . . . . . 2-100
  Command Status Registers . . . . . . . . . . . . . . . . . . . . . 2-104

v

Programming Summary............................2-107
    DPC Registers...............................2-107
    Drive Constants.............................2-108
    Comments....................................2-108
System I/O Channel Interface....................2-108
Drive A and B Interface.........................2-110
    Adapter Outputs ............................2-110
    Adapter Inputs..............................2-111
5 1/4" Diskette Drive Adapter Internal Interface
    Specifications..............................2-112
5 1/4" Diskette Drive Adapter External Interface
    Specifications..............................2-113
5 1/4" Diskette Drive...........................2-114
Diskettes ......................................2-115
Mechanical and Electrical Specifications ...........2-116

Memory Expansion Options .......................2-117
Operating Characteristics .......................2-117
Memory Module Description.......................2-118
Memory Module Pin Configuration ................2-118
Switch Configurable Start Address.................2-119

Game Control Adapter...........................2-121
Game Control Adapter Block Diagram.............2-121
Functional Description .........................2-122
    Address Decode.............................2-122
    Data Buss Buffer/Driver ....................2-122
    Trigger Buttons.............................2-122
    Joystick Positions ..........................2-122
I/O Channel Description ........................2-123
Interface Description...........................2-123
Joystick Schematic.............................2-125
Game Control Adapter (Analog Input) Connector
    Specifications..............................2-126

Asynchronous Communications Adapter ..........2-127
Asynchronous Communications Adapter Block
    Diagram ...................................2-128
Modes of Operation............................2-129
    I/O Decode for Communications Adapter ........2-129
    Interrupts..................................2-130
Interface Description...........................2-130
    Current Loop Interface......................2-131
    Voltage Interchange Information...............2-132

vi

INS 8250 Functional Pin Description . . . . . . . . . . . . . . 2-133
  Input Signals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-133
  Output Signals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-136
  Input/Output Signals. . . . . . . . . . . . . . . . . . . . . . . . . . . 2-137
Programming Considerations . . . . . . . . . . . . . . . . . . . . . . 2-137
  Asynchronous Communications Reset Functions . . . 2-137
  INS 8250 Accessable Registers . . . . . . . . . . . . . . . . . . 2-138
  INS 8250 Line Control Register. . . . . . . . . . . . . . . . . . 2-138
  INS 8250 Programmable Baud Rate Generator . . . . 2-139
  Line Status Register . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-141
  Interrupt Identification Register . . . . . . . . . . . . . . . . . 2-143
  Interrupt Enable Register. . . . . . . . . . . . . . . . . . . . . . . 2-145
  Modem Control Register . . . . . . . . . . . . . . . . . . . . . . . 2-146
  Modem Status Register. . . . . . . . . . . . . . . . . . . . . . . . . 2-147
  Receiver Buffer Register. . . . . . . . . . . . . . . . . . . . . . . . 2-148
  Transmitter Holding Register . . . . . . . . . . . . . . . . . . . 2-149
Selecting The Interface Format. . . . . . . . . . . . . . . . . . . . 2-150
Asynchronous Communications Adapter Connector
  Interface Specifications . . . . . . . . . . . . . . . . . . . . . . . . . 2-151
Prototype Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-153
  Prototype Card Block Diagram . . . . . . . . . . . . . . . . . 2-154
  I/O Channel Interface . . . . . . . . . . . . . . . . . . . . . . . . . 2-155
  Prototype Card to System Board Interface . . . . . . . . 2-157
  System Loading and Power Limitations . . . . . . . . . . 2-158
  Prototype Card External Interface . . . . . . . . . . . . . . 2-159

SECTION 3. ROM and SYSTEM USAGE. . . . . . . 3-1
ROM BIOS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
Use of BIOS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
Parameter Passing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
Interrupt Vector Listing. . . . . . . . . . . . . . . . . . . . . . . . . . 3-3
Vectors With Special Meaning . . . . . . . . . . . . . . . . . . . . 3-5
  Interrupt 1CH - Timer Tick. . . . . . . . . . . . . . . . . . . . . 3-5
  Interrupt 1DH - Video Parameters. . . . . . . . . . . . . . . 3-5
  Interrupt 1EH - Diskette Parameters. . . . . . . . . . . . . 3-5
  Interrupt 1FH - Graphics Character Extensions. . . . 3-6
  Other Read/Write Memory Usage. . . . . . . . . . . . . . . . 3-6
BIOS Programming Tip . . . . . . . . . . . . . . . . . . . . . . . . . . 3-6
BIOS Memory Map. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-7

BIOS Cassette Logic. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8
Interrupt 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8
Cassette Write . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8
Cassette Read. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-9
Data Record Architecture. . . . . . . . . . . . . . . . . . . . . . . . . 3-10
Error Recovery. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-10

AX103702

Keyboard Encoding and Usage .................... 3-11
Encoding ...................................... 3-11
Character Codes................................ 3-11
Extended Codes ................................ 3-13
    Extended Functions ......................... 3-13
    Shift States ............................... 3-14
    Shift Key Priorities ....................... 3-15
Special Handling .............................. 3-15
    System Reset ............................... 3-15
    Break ...................................... 3-16
    Pause ...................................... 3-16
    Print Screen ............................... 3-16
Keyboard Usage................................. 3-17
BASIC Screen Editor Special Functions............ 3-19
DOS Special Functions ......................... 3-19

Low Memory Maps ............................. 3-21
0-7F Interrupt Vectors ......................... 3-21
BASIC and DOS Reserved Interrupts (80-3FF)...... 3-22
Reserved Memory Locations (400-5FF)............. 3-22
BASIC Workspace Variables ..................... 3-23


SECTION 4. APPENDICES .................... A-0
Appendix A: ROM BIOS Listing ................ A-1
Appendix B: Assembly Instruction Set Reference... B-1
Appendix C: Of Characters Keystrokes and Color ... C-1
Appendix D: Logic Diagrams.................... D-1
Appendix E: Unit Specifications ................. E-1
Glossary ..................................... G-1
Bibliography .................................. Bib-1
Index ........................................ I-1

viii

# FIGURE LISTING

1. System Block Diagram ........................ 1-6
2. System Board Data Flow ..................... 2-6, 7
3. I/O Channel Diagram ........................ 2-9
4. System Board Component Diagram ............ 2-13
5. Keyboard Interface Block Diagram............ 2-15
6. Keyboard Diagram........................... 2-16
7. Cassette Interface Read Hardware ............ 2-19
8. Cassette Interface Write Hardware............. 2-20
9. Cassette Motor Control....................... 2-20
10. Speaker Drive System Block Diagram........... 2-22
11. System Memory Map ......................... 2-25
12. System Memory Map (Increments of 16KB) ..... 2-26
13. Power Supply and Connectors.................. 2-39
14. IBM Monochrome Display Adapter Block Diagram ... 2-42
15. Color/Graphics Monitor Adapter Block Diagram... 2-51
16. Parallel Printer Adapter Block Diagram ........ 2-70
17. Location of (Printer) DIP Switches ............ 2-76
18. Parallel Interface Timing...................... 2-81
19. 5 1/4" Diskette Drive Adapter Block Diagram ... 2-94
20. Game Control Adapter Block Diagram .......... 2-121
21. Joystick Schematic........................... 2-125
22. Asynchronous Communications Adapter
    Block Diagram ............................. 2-128
23. Current Loop Interface ....................... 2-131
24. Selecting The Interface Format................. 2-150
25. Prototype Card Block Diagram ................ 2-154
26. I/O Channel Interface ........................ 2-155
27. I/O Channel Interface ........................ 2-156
28. Prototype Card External Interface............... 2-159
29. BIOS Memory Map........................... 3-7

AX103704

# TABLE LISTING

1. Keyboard Scan Codes.........................2-17
2. 6845 Initialization Parameters.................2-45
3. Monochrome Vs Color/Graphics Attributes......2-55
4. Color/Graphics Modes.......................2-55
5. Summary of Available Colors.................2-59
6. 6845 Register Description...................2-60
7. Printer Specifications.........................2-75
8. Functions and Conditions of DIP Switch 1.......2-76
9. Functions and Conditions of DIP Switch 2.......2-77
10. Connector Pin Assignment and
    Description of Interface Signals.................2-78
11. ASCII Coding Table.........................2-82
12. DC1/DC3 and Data Entry....................2-86
13. Symbol Description.........................2-98
14. Status Register 0...........................2-104
15. Status Register 1...........................2-105
16. Status Register 2...........................2-106
17. Status Register 3...........................2-107
18. Mechanical and Electrical Specifications........2-116
19. Memory Module Pin Configuration............2-118
20. DIP Module Start Address....................2-119
21. I/O Decodes (3F8 - 3FF)....................2-129
22. Asynchronous Communications Reset Functions...2-137
23. BAUD Rate at 1.843 Mhz....................2-141
24. Interrupt Control Functions (Asynchronous).....2-144
25. Character Codes.............................3-11
26. Keyboard Extended Functions.................3-14
27. Keyboard - Commonly Used Functions..........3-17
28. Basic Screen Editor Special Functions...........3-19
29. DOS Special Functions........................3-19
30. 0-7F Interrupt Vectors.......................3-21
31. Basic & DOS Reserved Interrupts (80-3FF).....3-22
32. Reserved Memory Locations (400-5FF).........3-22

x

AX103705

# Color/Graphics Monitor Adapter

The Color/Graphics Monitor Adapter is designed to attach a wide variety of TV frequency monitors and TV sets (user-supplied RF modulator required for TVs). It is capable of operating in black and white or color, and provides three video interfaces; a composite video port, a direct drive port, and connection interface for driving a user supplied RF modulator. In addition, a light pen interface is provided.

The adapter has two basic modes of operation; alphanumeric (A/N) and all points addressable graphics (APA). Additional modes are available within A/N and APA modes. In A/N mode, the display can be operated in a 40x25 mode for low resolution monitor and TVs or 80x25 mode for high resolution monitors. In both modes, characters are defined in an 8x8 box and are 5x7 with one line of descender for lowercase (both uppercase and lowercase characters are supported in all modes). In black and white mode, the character attributes of Reverse Video, Blinking and Highlighting are available. In color mode, there are 16 foreground colors and 8 background colors available per character. In addition, blinking on a per character basis is available.

The adapter card contains 16KB of storage; thus, for a 40x25 screen, 1000 bytes are used to store character information and 1000 bytes are used for attribute/color information. This means that up to 8 pages of screens can be stored in the adapter memory. Similarly, in an 80x25 mode, 4 pages of display screen may be stored in the adapter. The full 16KB storage on the display adapter is directly addressable by the processor allowing maximum software flexibility in managing the screen. In A/N color modes, it is also possible to select the screen border color. One of 16 colors may be selected.

2-49

AX103778

In APA mode, there are two resolutions available; 320x200 and 640x200. In the 320x200, each (picture element) pel may have one of four colors. The background color (color 0) may be any of the 16 possible colors. The remaining 3 colors come from one of the two software selectable palettes. One palette contains red/green/brown, the other contains cyan/magenta/white.

The 640x200 mode is only available in black and white since the full 16KB of storage is used to define the on or off state of the pel.

The adapter operates in noninterlace mode at either 7 or 14 megahertz (Mhz) video bandwidth depending on the mode of operation selected.

In A/N mode, characters are formed from a ROM character generator. The character generator contains dot patterns for 256 characters. The character set contains the following major grouping of characters. Sixteen special characters for game support, 15 characters for support of word processing editing functions, the standard 96 ASCII graphic set, 48 characters to support foreign languages, 48 characters for business block graphics allowing drawing of charts, boxes and tables using single and double lines, 16 of the most often used Greek characters, and 15 of the most often used scientific notation characters.

The Color/Graphics Monitor Adapter function is packaged on a single card which fits into one of the five System Expansions Slots on the System Board. The direct drive and composite video ports are right-angle mounted connectors at the rear of the adapter and extend through the rear panel of the System Unit.

The display adapter is implemented using a Motorola 6845 CRT controller device. This adapter is highly programmable with respect to raster and character parameters. Thus, many additional modes are possible with clever programming of the adapter. A block diagram of the Color/Graphics Adapter is on the following page.

AX103779

## Color/Graphics Monitor Adapter Block Diagram



**HARDWARE**

Figure 15. COLOR/GRAPHICS MONITOR ADAPTER BLOCK DIAGRAM

2-51

AX103780

# Major Components Definitions

## Motorola 6845 CRT Controller

This device provides the necessary interface to drive a raster scan CRT.

## Mode Set And Status Registers

This is a general purpose programmable I/O register. It has I/O points which may be individually programmed. Its function in this attachment is to provide mode selection (page 2-49 and 2-50) and color selection in the medium resolution color graphics mode (page 2-51.)

## Display Buffer

The Display Buffer resides in the CPU address space starting at address X'B8000'. It provides 16K bytes of dynamic read/write memory. A dual-ported implementation allows the CPU and the graphics control unit to access this buffer. The CPU and the CRT control unit have equal access to this buffer during all modes of operation except in high resolution alphanumeric mode. In this mode the CPU should access this buffer during the horizontal retrace intervals. The CPU may however, write to the required buffer at any time, but a small amount of display fetches will result if not during retrace intervals.

## Character Generator

This attachment utilizes a ROM character generator. It consists of 8K bytes of storage which cannot be read/written under software control. This is a general purpose ROM character generator with three different character fonts. Two character fonts are used on this card (a 7x7 double dot and 5x7 single dot), selected by a card jumper. No jumper gives a 7x7 double dot, with a jumper a single dot font is selected.

## Timing Generator

This block generates the timing signals used by the 6845 CRT controller and by the dynamic memory. It also resolves the CPU/graphic controller contentions for accessing the Display Buffer.

## Composite Color Generator

The logic in this block generates base band video color information.

2-52

## Modes of Operation

There are two basic modes of operation, 'Alphanumeric' and 'Graphics'. Each of these modes provide further options in both color and black-and-white. The following text describes each mode of operation.

### Alphanumeric Mode

#### Alphanumeric Display Architecture

Every display character position is defined by two bytes in the regen buffer (part of display adapter, not system memory). Both the color and the black and white display adapter use this 2 byte character/attribute format.

| DISPLAY CHAR CODE BYTE | ATTRIBUTE BYTE |
|---|---|
| 7  6  5  4  3  2  1  0 | 7  6  5  4  3  2  1  0 |

### Attribute Byte Definition

**ATTRIBUTE BYTE**

| ATTRIBUTE FUNCTION | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | B | R | G | B | I | R | G | B |
| | FG | BACKGROUND | | | FOREGROUND | | | |
| NORMAL | B | 0 | 0 | 0 | I | 1 | 1 | 1 |
| REVERSE VIDEO | B | 1 | 1 | 1 | I | 0 | 0 | 0 |
| NON DISPLAY (BLK) | B | 0 | 0 | 0 | I | 0 | 0 | 0 |
| NON DISPLAY (WHITE) | B | 1 | 1 | 1 | I | 1 | 1 | 1 |

I = HIGH LIGHT FOREGROUND (CHAR)
B= BLINK FOREGROUND (CHAR)

## Color TV

- Display up to 25 rows of 40 characters each
- Maximum of 256 characters
- Requires 2000 bytes of Read/Write Memory (on the adapter)
- 8x8 character box
- 7x7 double dotted characters (one descender)
- Character attributes (one for each character)

2-53

AX103782





Note: The starting address of the display buffer must be an
even location.

## Color Monitor (with Direct Drive input capability)

Display up to 25 rows of 80 characters each

Requires 4000 bytes of Read/Write Memory (on the adapter)

Maximum of 256 character set

8x8 character box

7x7 character with one descender

Same format for attributes as for color TV

Note: The starting address of the display buffer must be an
even location.

2-54

AX103783

# IBM Monochrome Display Adapter Vs. Color/ Graphics Adapter Attribute Relationship

### Table 3. Monochrome Vs Color/Graphics Attributes

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | ON THE MONOCHROME DISPLAY ADAPTER | | ON THE COLOR/GRAPHIC DISPLAY ADAPTER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | R | G | B | I | R | G | B | CHAR. COLOR | BKGD. COLOR | CHAR. COLOR | BKGD. COLOR |
| | FG | BACKGROUND | | | FOREGROUND | | | | | | | |
| NORMAL | B | 0 | 0 | 0 | I | 1 | 1 | 1 | WHITE | BLACK | WHITE | BLACK |
| RVV | B | 1 | 1 | 1 | I | 0 | 0 | 0 | BLACK | WHITE | BLACK | WHITE |
| NON DISP (BLK) | B | 0 | 0 | 0 | I | 0 | 0 | 0 | BLACK | BLACK | BLACK | BLACK |
| NON DISP (WHT) | B | 1 | 1 | 1 | I | 1 | 1 | 1 | WHITE | WHITE | WHITE | WHITE |

ALL OTHER CODES DEFINE FOREGROUND BACKGROUND COLOR COMBINATIONS

ALL OTHER CODES RESULT IN WHITE CHAR ON BLACK BACKGROUND

ALL OTHER CODES CHANGE FOREGROUND BACKGROUND COLOR TO SELECTED VALUE

HARDWARE

| R | G | B | |
|---|---|---|---|
| 0 | 0 | 0 | * BLACK |
| 0 | 0 | 1 | * BLUE |
| 0 | 1 | 0 | * GREEN |
| 0 | 1 | 1 | * CYAN |
| 1 | 0 | 0 | * RED |
| 1 | 0 | 1 | * MAGENTA |
| 1 | 1 | 0 | * YELLOW |
| 1 | 1 | 1 | * WHITE |

CODE WRITTEN WITH AN UNDERLINE ATTRIBUTE FOR THE IBM MONOCHROME DISPLAY WHEN EXECUTED ON A COLOR/GRAPHICS ADAPTER WILL RESULT IN A BLUE CHARACTER WHERE THE UNDERLINE ATTRIBUTES ARE ENCOUNTERED.

CODE WRITTEN ON A COLOR/GRAPHICS ADAPTER WITH BLUE CHARACTERS, WILL BE DISPLAYED AS WHITE CHARACTERS ON BLACK BACKGROUND WITH A WHITE UNDERLINE ON THE MONOCHROME DISPLAY.

* AN ADDITIONAL 8 COLOR (ACTUAL) DIFFERENT SHADES OF THE ABOVE) ARE SELECTED BY SETTING THE (I) BIT

Note: Not all Monitors Recognize the (I) Bit

### Table 4. Color/Graphics Modes

| | HORIZONTAL | VERTICAL | NO OF COLORS (INCL. BACKGROUND COLOR) |
|---|---|---|---|
| LOW RES | 160 | 100 | 16 (INCLUDES BLACK AND WHITE) |
| MED RES | 320 | 200 | 4 COLORS: 1 OF 16 FOR BACKGROUND PLUS GREEN, RED, YELLOW OR CYAN, MAGENTA, WHITE |
| HIGH RES | 640 | 200 | B & W ONLY |

2-55

AX103784

1. Low resolution color graphics (TV or monitor). (<u>Note</u>: This mode is not supported in ROM).
   - Up to 100 rows of 160 pels each (2x2)
   - 1 of 16 colors each pel specified by I, R, G and B
   - Requires 8000 byte of Read/Write Memory (on the adapter)
   - Memory mapped graphics (requires special memory map and set up to be defined later)

2. Medium resolution color graphics (TV or monitor)
   - Up to 200 rows of 320 pels each (1x1)
   - 1 out of 4 preselected colors in each box
   - Requires 16000 bytes of Read/Write Memory (on the adapter)
   - Memory mapped graphics

   4 pels/byte

```
FORMAT:     7    6    5    4    3    2    1    0
          +----+----+----+----+----+----+----+----+
          | C1 | C0 | C1 | C0 | C1 | C0 | C1 | C0 |
          +----+----+----+----+----+----+----+----+

          First display
          pel
```

   - Graphics storage is organized in two banks of 8000 bytes each.

## Graphics Storage Map



Memory Address

#0000 — even scans (0, 2, 4, . . ., 198) (8000 bytes)

#1F3F

#2000 — odd scans (1, 3, 5, . . ., 199) (8000 bytes)

#3F3F

Address #0000 contains pel information for upper left corner of display area.

2-56

Color selection is determined by the following logic:

C1 and C0 will select 4 of 16 preselected colors.

This color selection (palette) is preloaded in an I/O port.

| C1 | C0 | CODE SELECT COLOR FOR DISPLAY POSITION |
|----|----|------|
| 0 | 0 | DOT TAKES ON COLOR OF 1 OF 16 PRESELECTED BACKGROUND COLORS. |
| 0 | 1 | SELECT 1ST COLOR OF PRESELECT COLOR SET "1" OR "2" |
| 1 | 0 | SELECT 2ND COLOR OF PRESELECT COLOR SET "1" OR "2" |
| 1 | 1 | SELECT 3RD COLOR OF PRESELECT COLOR SET "1" OR "2" |

The two color sets are:

| SET ONE | SET TWO |
|---------|---------|
| COLOR 1 - CYAN | COLOR 1 - GREEN |
| COLOR 2 - MAGENTA | COLOR 2 - RED |
| COLOR 3 - WHITE | COLOR 3- BROWN |

The background colors are the same basic 8 color as defined for low resolution graphic plus 8 alternate intensities defined by the intensity bit for a total of 16 color including black and white.

3. Black and white high resolution graphics (monitor)

- Up to 200 rows of 640 pels each (1x1)

- Black and white only

- Requires 16000 bytes of Read/Write Memory (on the adapter)

- Addressing and mapping is the same as for medium resolution color graphics, but the data format is different. In this mode each bit in memory is mapped to a pel on the screen.

- 8 pels/byte



first display pel in a byte

AX103786