# EXHIBIT 7
## (PART 1 OF 4)


RETURN TO: M.I. GASPER

LIST

5216 STANDARD ~~FIRMWARE~~

USER'S MANUAL

Document No. 150-6045-004

Revision June 1981

This manual supercedes original
document printed April 1980.

**AX209805**

## LIST OF CHANGE PAGES

Page
Number

Date of
Latest Change

**AX209806**

A

PREFACE

The 5216 Standard Firmware has been designed to emulate the AYDIN
5214A Display Generator.  Instructions which are not part of the
5214A instruction set are indicated by *EXT.

AX209807

# TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| 1 | GENERAL INFORMATION............................... | 1-1 |
| 2 | SELECT PARAMETER SET.............................. | 2-1 |
| 3 | RECTANGULAR LIMITS VIEWPORT....................... | 3-1 |
| | Load Rectangular Limits - LLR, LRL, LRT, LRB..... | 3-1 |
| 4 | MODE CONTROL WORD................................. | 4-1 |
| | Mode Control Word - MCW........................... | 4-1 |
| 5 | CURSOR............................................ | 5-1 |
| | Adjustable Cursor Advance - ACA Word............. | 5-2 |
| | Cursor Positioning (Absolute or Relative)........ | 5-3 |
| | Cursor Move - CUR................................. | 5-4 |
| | Load Index Registers - LIX, LIY.................. | 5-5 |
| | Visible Cursor Control - VCC..................... | 5-5 |
| | Hardware Cursor Module - Optional................ | 5-7 |
| 6 | ALPHANUMERIC DATA DISPLAY......................... | 6-1 |
| | Load Alphanumeric Character - LAC................ | 6-2 |
| | Load Programmable Font - LPF..................... | 6-3 |
| 7 | GRAPHIC DATA DISPLAY.............................. | 7-1 |
| | Write Pixel Value - WPX........................... | 7-1 |
| | Write Pixel - Foreground and Background - WPXF, WPXB............................................ | 7-2 |
| | Load Graphic Elements - LGE...................... | 7-2 |
| | Conic Generator (Circles and Vectors) Execute Conic Instruction EXC............................ | 7-3 |
| | Load Conic Limits - LCLL, LCLR, LCLT, LCLB....... | 7-4 |
| | Line Texture - STEXT............................. | 7-6 |
| 8 | BLOCK TRANSFER MODE............................... | 8-1 |
| | Block Transfer Mode - BXM........................ | 8-1 |
| | Extended Block Transfer - XBXM................... | 8-4 |
| 9 | DISPLAY EDIT FUNCTIONS............................ | 9-1 |
| | Scrolling, Rolling, Clearing - Edit Instruction EDT.............................................. | 9-1 |
| | Extended Edit - XEDT............................. | 9-3 |
| | Zoom............................................. | 9-3 |
| | Fill............................................. | 9-3 |
| | Copy............................................. | 9-4 |

**AX209808**

# TABLE OF CONTENTS

Section                                                                    Page

10      PIXEL VALUES.................................... 10-1

        Load Pixel Registers - LPXF, LPXB................ 10-1

11      CHANNEL SELECTION AND MASKING....................... 11-1

        Select Major Channel - SMC........................ 11-2
        Select Minor Channels - SMN....................... 11-2
        Mask Major Channel - MMC.......................... 11-3
        Mask Minor Channels - MMN......................... 11-3
        Extended Select Major Channel - XSMC.............. 11-4
        Extended Mask Major Channel - XMMC................ 11-4

12      VIDEO CARDS - VID-004 and VID-101................. 12-1

        VID-004 Video Card................................ 12-1
        Load Lookup Table 004 - LLU4...................... 12-3
        Extended Load Lookup Table - XLLU4................ 12-4
        Read Lookup Table 004 - RLU4...................... 12-4
        Extended Read Lookup Table 004 - XRLU4............ 12-5
        VID-101 Video Card................................ 12-6
        Loading the Main Lookup Table..................... 12-7
        Loading The Color Summing RAMs.................... 12-8
        Loading the Monochrome Summing RAMs............... 12-8
        Loading the Command Status Register............... 12-8
        Reading from the VID-101 Card..................... 12-9

13      DATA TRANSMISSION TO HOST......................... 13-1

        Cursor Position Readback - TCO.................... 13-1
        Extended Cursor Position Readback - XTCO.......... 13-2
        Memory Data Readback - TSC........................ 13-3
        Extended Memory Data Readback - XTSC.............. 13-3
        Transmit Picture Elements - TPX................... 13-3
        Keyboard Transmit Status - KTS.................... 13-4
        End of Transmission - EOT......................... 13-6

14      USER PROGRAMMABILITY.............................. 14-1

        Load Cache Buffer - LCB........................... 14-1
        Read Cache Buffer - RCB........................... 14-2
        Execute Cache Buffer - XCB........................ 14-3
        Execute Keyboard Buffer - XKB..................... 14-4
        List Processing Instructions - Optional........... 14-4

15      INTERNAL DEVICE ACCESS............................ 15-1

        Select Device - SDEV.............................. 15-1

AX209809

# TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| 16 | ERROR CODE................................... | 16-1 |
| | Error Code - ERC.............................. | 16-1 |
| 17 | FUNCTION KEY DESCRIPTIONS..................... | 17-1 |
| | Initial Startup.............................. | 17-25 |
| | Escape....................................... | 17-25 |
| | Shift/No Shift............................... | 17-25 |
| | Repeat....................................... | 17-25 |
| | Limits....................................... | 17-25 |
| | Cursor Movement.............................. | 17-26 |
| | Graphic Capabilities......................... | 17-26 |
| | Color Control............................... | 17-27 |
| | Other Functions............................. | 17-27 |
| | Examples..................................... | 17-28 |
| | Serial Input Output Module (Optional)........ | 17-30 |
| 18 | INSTRUCTION SET PROGRAMMING................... | 18-1 |
| 19 | COMPUTER INTERFACE............................ | 19-1 |

## APPENDICES

| A | Transmit Formats................................ | A-1 |
|---|---|---|
| B | ASCII Character Codes............................ | B-1 |
| C | 5216 System Memory Map........................... | C-1 |
| D | AYDIN 5116 Keyboard - Standard Function Keys........ | D-1 |
| E | Function Code Keytop Engravings for 5216 Standard Firmware and Color Value Chart................... | E-1 |
| F | Function Codes for 5116 Standard Firmware and ANCS.. | F-1 |
| G | Operation Code Summary............................ | G-1 |
| H | Extended Instruction Set Summary.................. | H-1 |
| I | Instruction Set in Numerical Order................ | I-1 |

## INDICES

| A | 5216 Standard Firmware Function Keys.............. | Ind. A-1 |
|---|---|---|
| B | 5216 Standard Firmware Mnemonics.................. | Ind. B-1 |

**AX209810**

## LIST OF FIGURES

| Figure | | Page |
|---|---|---|
| 6-1 | Character Block Sizes.................................. | 6-4 |
| 6-2 | 5 x 7 Character Set................................... | 6-5 |
| 6-3 | 7 x 9 Character Set................................... | 6-6 |
| 8-1 | Areas Filled by a Graphic BXM......................... | 8-3 |
| 12-1 | Memory Map of the VID - 101 Card...................... | 12-7 |
| 12-2 | VID-101 Wiring Diagram................................ | 12-9 |
| 15-1 | A/N Channel Block Transfer Format..................... | 15-2 |
| 18-1 | Programming Structure................................. | 18-5 |
| C-1 | 5216 System Memory Map................................ | C-1 |
| D-1 | 5116 Keyboard Keyswitch Codes......................... | D-1 |
| D-2 | Decimal Numbering of Buttons on a 45 Function Keypad.. | D-2 |
| E-1 | Function Code Keytop Engravings for Standard Firmware. | E-1 |
| E-2 | Color Value Chart for the VID-004 Card................ | E-2 |

## LIST OF TABLES

| Table | | |
|---|---|---|
| 4-1 | Standard Font Cursor Advance.......................... | 4-3 |
| 4-2 | Memory Input Mode Selection........................... | 4-3 |
| 19-1 | Interface Signal Summary Model 5216 to DEC DR-11B DMA Controller........................... | 19-2 |

AX209811

# SECTION 1

## GENERAL INFORMATION

The AYDIN 5216 Display Computer is a sophisticated computer whose processing ability is built around the powerful Intel 8086 16-bit microprocessor.  The Standard Firmware provided with the 5216 Display Computer has an instruction set of largely alpha-numeric and graphic instructions  which accepts and processes instructions for display.

The Standard Firmware is a very powerful display instruction set, but it does not provide its own operating system.  The 5216 Display Computer can be provided with a second processor card, with an AYDIN supplied  or user supplied operating system.  One processor card contains the operating system, and the other has the Standard Firmware alphanumeric and graphic display instruction set.  In this configuration, the 5216 is a standalone computer.

Alternatively, the operating system may be supplied by a host computer which communicates with the 5216 as if it were a peripheral device of the host.  AYDIN provides the interface hardware to com-municate with the DEC PDP-11, Data General Nova or Eclipse, and other host computers.

The Standard Firmware instruction accepts codes from either a second processor or a host computer and then executes all the necessary code to generate alphanumeric or graphic data on the display monitor.  This monitor may have picture resolutions of 1024 x 1024, 1024 x 768, 512 x 512, or 512 x 768.  Depending on the display hardware configuration, up to 256 or 4096 colors may be displayed on the color monitor simultaneously.

In addition to computer control through coded instructions, another way the 5216 interfaces with the "real world" is through its key-board inputs.  Keyboard support includes a set of preprogrammed function keys which can execute most of the functions of the 5216 Standard Firmware instruction set.  Similarly, the keyboard also has functions to display three sizes of alphanumeric character display, lines and circles, complete color control, fill, cursor movement, roll, scroll, zoom, and copy.  It also has a program buffer in which keyboard function commands can be stored.

The Standard Firmware instruction set contains alphanumeric instruc-tions which generate three sizes of characters: 5 x 7, 7 x 9, and 10 x 14.  These dimensions are given by the number of picture el-ements wide by the number high, so that the size observed on the dis-play screen will vary, depending on physical hardware configuration. These alphanumeric displays contain the numbers and upper and lower case letters of the English alphabet (including punctuation marks),

AX209812

the full Greek alphabet, and some other special symbols.  To
add extra power and versatility to the alphanumeric display
capability, a programmable font can store up to 256 user-pro-
grammable characters in a 16 x 15 picture element matrix.

Cursor advance between characters is handled automatically by
the firmware, and can be adjusted by programmable specification.

Alphanumeric display can be done in any color available to the
5216 hardware configuration.  Each character is displayed in a
rectangular matrix of picture elements whose color can also be
controlled.  Graphic instructions perform such high level dis-
play functions as drawing lines, circles, and arcs.  Every
picture element is addressable so that the programmer can per-
form the calculations to draw any shape.  An image is created
by down-line loading pixel data to any selected rectangular
area of the display.

Besides alphanumeric and graphic display instructions, the 5216
Standard Firmware contains instructions to perform the following:

- Change the data already on the screen (Display Edit
  functions)
- Control the lookup table in the color display hardware
  (Lookup Table instructions)
- Store and execute lists of display instructions in
  5216 RAM (Cache and Keyboard Buffer instructions,
  and Standard List instructions)

Display Edit functions can clear the screen, roll or scroll data
on the screen, copy displayed data from one portion of the screen
to another, or zoom displayed data to double its original size.
These instructions can be performed on the full screen, or limited
to any rectangular subsection of the screen.

Color displayed by the 5216 is determined in two ways:  first,
by the data the programmer has stored in refresh memory, and
second, by the color value which the display hardware assigns
to each stored data value via a programmable lookup table (LUT)
located on the video display card.  Several different video
display cards are available for the 5216 Display Computer;  the
two most popular are the VID-101 and the VID-4.  The LUT on the
VID-101 card can contain 4096 colors simultaneously;  the maximum
number of colors in the VID-4 card LUT is 256.

Configurations in which the 5216 Display Computer is linked to
a host computer may require data transmission from the 5216 to the
host.  Information such as current cursor location, current screen
data, lookup table contents, or contents of some other area of
5216 memory may be requested by the host, using data transmission
instructions.

Lists of display instructions can be stored and recalled using the

**AX209813**

Load and Execute Cache Buffer instructions.  Many instructions
may be stored in Expansion RAM modules in which up to 768K bytes
of RAM may be added to 5216 address space.

To increase the power and flexibility of this Cache Buffer capa-
bility, the Standard List instructions are optionally available
as part of the 5216 Standard Firmware package.  These list in-
structions contain counters and pointers to perform jumps and
loops within the stored list of display instructions.

**AX209814**

## SECTION 2

### SELECT PARAMETER SET

In the 5216 Standard Firmware instruction set, a number of com-
mands are required to control the programming environment.  Some
instructions select the refresh memory channels on which data is
to be written; others confine the screen display to some rec-
tangular area.  The Mode Control Word (MCW) selects a font size
and determines other important factors about data display.  These
parameters are retained as a list in 5216 RAM.

To increase the flexibility and power of the 5216 Standard Firm-
ware, 15 such lists can be stored.  Any one of these lists can
be "activated" at any time by issuing a Start of Message (SOM)
or select parameter set instruction with the appropriate operand,
from 0 to 14.

For instance, the user might want to set up the top part of the
display in graphic Pixel mode with major channels one through six
enabled to display graphics and image data, and set the bottom
portion to alphanumeric Word mode, with one of the four available
character fonts selected to display text.  The user might want
to set up a third parameter set to include the whole display
with only major channels seven and eight selected to display
overlay information.  The programmer selects which of 15 parameter
sets is active by issuing the SOM command.

Start of Message - SOM



Hyphens indicate "don't care" bits

Each parameter set has its own set of the following:

| Parameter | Default Values |
|---|---|
| - MAJOR Channel Select | All |
| - MINOR Channel Select | All |
| - MAJOR Channel Mask | 0 |
| - MINOR Channel Mask | 0 |
| - Mode Control Word | 5 x 7, Replace, Alpha |

2-1

**AX209815**

| Parameter | Default Values |
|---|---|
| - X - cursor position | 0 |
| - Y - cursor position | 0 |
| - X - index | 0 |
| - Y - index | 0 |
| - Foreground pixel value | FFFF |
| - Background pixel value | 0000 |
| - Rectangular limits | Full Screen |
| - Conic limits | Full Screen |
| - ACA values | 1 right, 1 down |
| - KTS word | Local mode (interrupt to host not set) |

Whenever a graphics command is sent from the host, the parameter
set most recently selected by the SOM command is retrieved by
the 5216 and the graphics command is executed.

The host is associated with parameter set 0 (identical to para-
meter set 15 decimal) at Power Up.  The parameter set which the
host addresses can be changed at any time by issuing an SOM instru-
ction.

Each keyboard is assigned to a particular parameter set at Power
Up; these assignments may be altered by the programmer.  See
Section 17 for more detail.

**AX209816**

# SECTION 3

## RECTANGULAR LIMITS VIEWPORT

New display data can be limited to a rectangular section of the
screen by specifying a "viewport."  This rectangular area, or
"viewport," is defined by issuing four limit commands: right,
left, top, and bottom.

Load Rectangular Limits - LRL, LRR, LRT, LRB

$2^{10} \colon 10^{2?}$

| | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|
| LEFT - LRL | 0 | 1 | 0 | 1 | 0 | 0 | L | L | L | L | L | L | L | L | L | L |
| RIGHT - LRR | 0 | 1 | 0 | 1 | 1 | 0 | R | R | R | R | R | R | R | R | R | R |
| TOP - LRT | 0 | 1 | 1 | 0 | 0 | 0 | T | T | T | T | T | T | T | T | T | T |
| BOTTOM - LRB | 0 | 1 | 1 | 0 | 1 | 0 | B | B | B | B | B | B | B | B | B | B |

BINARY VALUE OF LIMIT

The ten least significant bits of the limit instructions are the
binary values of the rectangular limits.

Specifying a viewport rectangle has no effect on data already
displayed on the screen.  Only new display entries are restricted
by the viewport area.

The cursor may not be positioned outside the viewport rectangle.
If a command is issued to position the cursor outside the view-
port limits, an error condition will result (see LCX, LCY in-
structions in Section 5.)  An error condition will not result im-
mediately if newly specified rectangular limits do not encompass
the current cursor location.  However, as soon as a command which
depends on the cursor position is issued, such as Load Alpha-
numeric Character (LAC), an error condition will result.  An
Edit Clear instruction (see Section 9) will automatically position
the cursor at the upper left corner of rectangular viewport even
if the cursor had been located outside the limits before the
Clear was issued.  Once the cursor is inside the viewport, most
cursor movements will cause the cursor to wrap around within
the viewport when the viewport edge is encountered.

**AX209817**

3-1

Alphanumeric data entry using either the LAC or Block Transfer
Mode (BXM) instruction will be advanced to the next line and re-
turned to the beginning edge of the rectangular viewport when a
limit is encountered.  BXM graphic data will also automatically
advance and wrap around at viewport limits.  Since BXM in graphic
Word mode writes 16 pixels at a time beginning on word boun-
daries, special rules applying to viewport boundaries in this case.
The special boundaries are defaulted to automatically, but the
programmer should be aware of these rules to ensure predictable
results.  For BXM Graphic Word data, the left limit is forced
to the word boundary by setting the four lowest bits to 0 and
the right limit is forced to the word boundary by setting the
low four bits to 1.  After the execution of the BXM, the original
limits are automatically restored.

There are three exceptions to the rule that new display data may
not be entered outside the viewport limits.

First and most important, conics are not limited by the rectangu-
lar viewport.  Second, viewport limit checking is done before
indexing takes place in the LAC and Load Graphic Elements (LGE)
commands.  Therefore, if the index bit is set in either of these
instructions, the data may be indexed out of the viewport limits
without causing an error condition.  However, the cursor will
still not be moved outside the limits.  Third, because of its
special characteristics, the Copy instruction is not affected
by the viewport limits.

The origin of the coordinate system (X=0, Y=0) is at the upper
left of the screen.  Positive X is to the right and positive Y
is down.  Notice that the bottom limit must be a larger number
than the top limit, and that the right limit must be a larger
number than the left limit.

The Power Up value of the rectangular limits is the full screen.

**AX209818**

# SECTION 4
## MODE CONTROL WORD

Mode Control Word - MCW



Alphanumeric Mode ACA Flag ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Memory Input Mode Select ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Font Select (A/N Mode Only) ⎯⎯⎯⎯⎯⎯⎯⎯⎯
Packing Order Selection Bit for Block Transfer (A/N BXM only) ⎯⎯⎯⎯

Pixel Mode    0 = word
              1 = pixel

Display Mode  Select - Alphanumeric = 0
                       Graphic      = 1

Packing Order   0 = low then high
                1 = high then low

ACA Flag        0 = Font default
                1 = use ACA values

## Display Mode Selection

Instructions can be entered to record either alphanumeric or graphic data.

Alphanumeric data is entered using the Load Alphanumeric Character (LAC), Block Transfer Mode (BXM), and Extended Block Transfer Mode (XBXM) instructions. To use these instructions, the zero bit of the MCW must be set to 0.

### Note

It is also possible to generate alphanumeric display by directly programming the Alphanumeric Channel Set (ANCS). The instructions for this programming are listed in user documentation for the ANCS and are not included in this document. The Select Device (SDEV) instruction is used to interface the 5216 Standard Firmware with the ANCS.

**AX209819**

Graphic data may be entered for display when the zero bit of the MCW is set to 1. Instructions which are used to add graphic data for display are Cursor Movement (CUR), Write Pixel Values (WPX,

WPXF, WPXB), Block Transfer Mode (BXM), and Extended Block Trans-
fer Mode (XBXM). Also, vectors and circles are generated by
the Execute Conic (EXC) instruction.

For Alphanumeric display, all the input bits of the MCW are rele-
vant. In alphanumeric mode, bit 1 may be set to 0 for Word mode
or 1 for Pixel mode, and bit 2 is only used for Block Transfer
Mode (BXM). Bits 3 and 4 select the font; bits 5, 6, and 7
select the Memory Input Mode. Bit 8 chooses between default
font spacing and user programmed spacing (see ACA instruction)
for adjustable cursor advance.

For Graphic display, bits 2, 3, 4 and 8 are ignored.

Pixel or Word Mode

Bit 1 selects Word or Pixel mode. (This is particular to the
5216 Standard Firmware and is not implemented in the 5214A
instruction set.)

In Word mode (bit 1 = 0), the 5216 hardware accesses sixteen
adjacent pixel locations at a time. It must be used for Load
Graphic Elements (LGE) and may be used for BXM graphic transfer.
Word mode may be selected for LAC and BXM alphanumeric. Any
instruction except Write Pixel (WPX) may be issued in Word mode.
The firmware will address the appropriate pixel locations using
masks.

When Word mode is selected, the input data from the Foreground
Pixel Register (FPR) is automatically set to all 1's and the
input data from the background register (BPR) is automatically
set to all 0's. The contents of the pixel registers is not
lost and will be restored as soon as Pixel mode is selected.

For alphanumeric data, Word mode is time efficient, but input
color is limited to black and white (or some other two-color
combination, depending on channel selection and the lookup table).
Also, characters which overlap the window boundary will be
aborted if generated in Word Mode. (In BXM Word mode, window
boundaries are forced to word boundaries.)

When Pixel mode is selected (bit 1 = 1), data is entered one
pixel at a time. Data entry is done in the Z direction using
pixel values stored in the FPR and BPR. Alphanumeric data in
both LAC and BXM may be entered in Pixel mode. When alpha-
numeric data is generated in the Pixel mode, characters which
overlap window boundaries will be clipped. LGE may not be
called while in Pixel mode.

Conics (vectors and circles) may be generated in either Pixel or
Word mode. However, in word mode, the FPR and BPR will effect-
ively be all 1's and all 0's, respectively.

**AX209820**

4-2

Alphanumeric BXM Unpacking Order

This bit (bit 2) is only relevant for the alphanumeric BXM and
Extended Block Transfer Mode (XBXM) instructions.

When bit 2 equals one (1), the data words following the BXM and
XBXM instructions are unpacked with the eight most significant
bits first and the eight least significant bits last.

When bit 2 equals zero (0), the least significant bits are un-
packed first and the most significant bits are unpacked last.

Font Selection

In the Alphanumeric mode (bit 0 = 0), bits 3 and 4 of MCW are
decoded to select one of four character fonts.  The standard
cursor advance associated with each font is shown in Table 4-1.

Table 4-1.  Standard Font Cursor Advance

| Bit No. 4 | 3 | Font Selected | Cursor Advance in Selected Font (number of picture elements) X | Y |
|---|---|---|---|---|
| 0 | 0 | 5 x 7 | 8 | 10 |
| 0 | 1 | 7 x 9 | 10 | 14 |
| 1 | 0 | 10 x 14 | 16 | 16 |
| 1 | 1 | 16 x 15 (Programmable Font) | x-cur.adv. | y-pitch |

Bits 3 and 4 have no effect in the Graphic mode (bit 0 = 1).

Memory Input Mode Selection

The $Z_1$ and $Z_0$ and V bits (bit numbers 7, 6, 5) of MCW determine
how data is entered into the selected refresh memory channels.
These bits are decoded to select one of four Memory Input Modes.
Refer to table 4-2.

Table 4-2.  Memory Input Mode Selection

| MCW Bit No. 7 | 6 | 5 | Memory Input Mode |
|---|---|---|---|
| Designation $Z_1$ | $Z_0$ | V | |
| 0 | 0 | 0 | OR Ones |
| 0 | 1 | 0 | Replace Normal |
| 0 | 1 | 1 | Replace Reverse |
| 1 | 0 | 0 | Erase Ones |
| 1 | 1 | X | Not Defined |

**AX209821**

4-3

Note that the V bit (bit 5) applies only in the Replace data mode.
Any Memory Input Mode may be selected while in either the Alpha-
numeric or Graphic display mode.  The four modes differ in the
manner in which input data is conditioned prior to being written
into the refresh memory.

Memory input mode applies to different commands in different ways.
Note the following special rules:

    a.  WPX, WPXF, WPXB always use Replace Normal regardless of
memory Input Mode selection.

    b.  BXM and XBXM always use Replace mode in graphic Pixel
mode.  (In Alphanumeric mode, and in graphic Word mode, BXM and
XBXM use memory Input Mode.)

    c.  Conic instructions (vectors and circles) use Replace
Normal when memory Input Mode specifies Replace Normal or Reverse.

    d.  Conic instructions (vectors and circles), as well as
CUR write dot, use the Background Pixel Register (BPR) value
when in ERASE mode.  However, the BPR data is input directly as
if in Replace Normal mode.

When entering pixel data into refresh memory, the low bit of the
input pixel value corresponds to the low memory channel.

A discussion of each memory input mode follows.

Replace Normal

For alphanumeric data, conics and CUR 'write dot', input data is
entered into refresh memory with no modification.

For conics and CUR, input data is taken from the Foreground Pixel
Register (FPR) in Pixel mode; and in Word mode 1's are entered
into all selected channels.

For alphanumeric data, the character is input using the FPR
value in Pixel mode, or all 1's in Word mode, and the background
block is input using the BPR value in Pixel mode, or all 0's in
Word mode.

Replace Reverse

For conics and CUR, Replace Reverse data is entered exactly as
in Replace Normal.

For alphanumeric data, Replace Reverse uses the BPR value for the
character and the FPR for the background block, or all 0's and
all 1's, respectively, if in Word mode.

**AX209822**

ERASE 1's Mode

For conics and CUR, ERASE 1's mode enters data exactly as in

4-4

Replace Normal mode, except that input data is taken from the
BPR instead of the FPR.

For alphanumeric data input, all input values are the same as
in Replace Normal; that is, the character will be written from
the FPR (or all 1's if in Word mode) and the background block
will be written from the BPR (or all 0's if in Word mode).
However, these data values are not entered directly into display
memory as in Replace mode; instead, they will act upon display
memory in the following manner:

The pixel value of the input data will be used as a mask on
the existing data in display memory.  Whenever a 1 is encounter-
ed in the input data, the corresponding bit in refresh memory
will be reset to 0.  Whenever a 0 is encountered in the input
data, the corresponding bit in refresh memory will not be changed.

For example, suppose an area on the screen contains pixels
with value 0007 (low three bits set), the FPR contains the value
$0001_H$ , and the BPR contains the value $00C0_H$ .
An alphanumeric character (written in ERASE mode) in Pixel
mode will have the value 0006  in the pixels which define the
character, and the pixel values in the area which define the
background block of the character will not be changed.

If a conic were to be drawn in ERASE mode in the above example,
the pixel values in the line or circle drawn by the conic com-
mand would be $00C0_H$ (same as BPR).

OR 1's Mode

For LGE and BXM graphic word mode instructions, OR 1's mode acts
in the X-Y direction.  For conics, CUR, and alphanumeric charac-
ters, OR 1's mode acts in the Z direction.

In OR 1's mode, an input bit set to 1 will be entered in the
corresponding position in display memory, and an input bit set
to 0 will have no effect on display memory.

Since LGE and BXM graphic Word mode can use the Word mode, each
pixel addressed by LGE or BXM data will either be left unchanged
(pixel addressed by a 0) or will be changed to all 1's for all
selected channels (pixel addressed by a 1).

For conics, CUR, and alphanumeric characters, input data is
specified as in Replace Normal (i.e., FPR for conics, CUR, and
character; BPR for character background block).  The data is
then entered into display memory in the following manner.

For each pixel, a bit set to 1 in the input data value will be
entered into refresh memory and a bit set to 0 will leave the
corresponding bit in refresh memory unchanged.

**AX209823**

For example, suppose an area on the screen contains pixels with value $0007_H$ (low three bits set), the FPR contains the value $0001_H$, and the BPR contains the value $00C0_H$. An alphanumeric character (written in OR 1's mode) in Pixel mode will have the value $0007_H$ in the pixels which define the character and the value $00C7_H$ in the pixels which define the background block of the character.

Similarly, a vector drawn in this area in OR 1's mode will have the pixel value $0007_H$.

In OR 1's mode, as well as in Erase and Replace, Word mode automatically provides all 1's to the FPR values and all 0's to the BPR values. These are only effective values and the values which were in the pixel registers when Word mode was selected will be restored when Pixel mode is restored.

Alphanumeric Mode Cursor Advance Flag

For Alphanumeric data, this bit determines if the cursor will automatically be advanced by either the font default values (MCW bit 8 = 0) or by the value specified in the Adjustable Cursor Advance (ACA) instruction (MCW bit 8 = 1).

For Graphic display mode, this bit is not used.

AX209824

4-6

SECTION 5

CURSOR

Most graphic and alphanumeric commands depend on the location
of the cursor to position data display on the screen.

There are several commands (LCX, LCY, CUR) which directly con-
trol the cursor location, either absolutely (by screen coordinate)
or relative to the previous position.

Another command (VCC) turns the cursor display on and off in
order to save the overhead of moving a cursor on the screen
when not necessary.

The cursor is automatically repositioned after certain display
commands are executed (LGE, LAC, WPX, CUR, BXM). The distance
the cursor is moved is given either by the ACA instruction if
bit 8 of MCW is set to 1, or by the normal spacing for the
currently selected font if bit 8 of MCW equals 0. (See table
4-1.)

Fifteen separate cursor locations can be stored in the 5216
Standard Firmware. These are stored and recalled by specifying
a parameter set number in the Start Of Message (SOM) instruction.
The number of cursor locations which can be stored is 15, regard-
less of the number of memory planes in the system configuration.
However, only three cursors may be displayed at a time.

Changes in the cursor location caused by keyboard moves will af-
fect only the parameter set associated with that keyboard.

Zero position of the cursor ("Home") is located at the upper left
of the screen.

Issuing an Edit instruction to Clear (EDT) will relocate the
cursor to Home. Only the currently selected parameter set is
affected by cursor moves.

The cursor movement caused by the CUR instruction and by the
cursor movement keys can be reversed from their normal direction
by the negative direction bits in the ACA instruction.

**Note**

In addition to the cursor positions
addressable by the 5216 Standard Firm-
ware instructions, each Alphanumeric
Channel Set(ANCS) in the system has a
cursor with its own location.

**AX209825**

Adjustable Cursor Advance - ACA Word



After an alphanumeric character is displayed, the cursor position
is automatically advanced.  The extent of this automatic cursor
advance is determined by one of two ways:  font default advance,
or the Adjustable Cursor Advance (ACA) instruction.

Each character font has its own normal cursor advance distance
so that after a character is written, the cursor will be advanced
to the right by the width of the character.  When the right view-
port limit is encountered, the cursor will be advanced down by
the height of the character block repositioned to the left
viewport limit.  This default cursor advance will automatically
result in an ordinary writing sequence of characters with no
spaces between characters.

In some cases, it is desirable to have extra spaces between
characters, or to squash characters closer together.  In these
cases, the ACA instruction is used to specify the amount of
cursor advance desired after each character.

The quantity given in the ACA instruction is the distance, in
picture elements, that the cursor will move after each character
is displayed.  For example, the default cursor advance in the
X direction for the 5 x 7 font is eight picture elements.  If
two extra pixels are desired between characters, the X operand
of the ACA instruction is specified with the value of 10.

The ACA instruction cannot be used to create a diagonal path
for character advance.  After a character is displayed (by
either LAC or BXM instructions), the cursor position is
checked to determine if the right viewport limit (for positive
X advance) or left viewport limit (for negative X advance) has
been reached.

The ACA instruction is used in conjunction with the ACA flag
bit in the Mode Control Word (MCW).  The quantity of desired

**AX209826**

cursor advance is entered by using the ACA instruction; this ACA quantity will be ignored unless the ACA flag bit in the MCW is set to one (1).  When this flag bit = 0, the default values are used for cursor advance after character display.  When the flag bit = 1, the cursor is advanced by the amount specified in the ACA.

| DISPLAY MODE | CURSOR X          CURSOR Y |
|---|---|
| Graphic<br>MCW Bit 0 = 1<br>MCW Bit 8 = Don't Care | 1                          1 |
| Alphanumeric<br>MCW Bit 0 = 0<br>MCW Bit 8 = 1 | $ACA_x$ = 0 to 31     $ACA_y$ = 0 to 31<br><br>(as specified in the ACA instruction) |
| Alphanumeric<br>MCW Bit 0 = 0<br>MCW Bit 8 = 0 | Font Default Values *<br><br>(ACA instruction not required) |

(LGE always uses $ACA_x$)
* See Table 4-1 for Font cursor advance values

Cursor Positioning (Absolute or Relative) - LCX, LCY, CUR



Relative Flag

Cursor X, Y
Coordinate Value

**AX209827**

R = 0  Cursor position is specified absolutely.

R = 1  Cursor position is specified as an increment relative to the current cursor position.

An address in the refresh memory for a cursor location is specified by the Load Cursor X (LCX) and Load Cursor Y (LCY) instructions. The least significant 10 bits of LCX and LCY are loaded into the cursor counters upon execution.  If the relative flag is set, the values $A_x$ or $A_y$ are added to the present cursor location $C_x$ or $C_y$.  If the result of LCX or LCY places the cursor outside the current values values of the limits, an out-of-range error signal (code 3) is sent to the computer.

The value of the cursor position is stored in the current parameter

5-3

set (as specified in the most recently issued Start Of Message command).  Fifteen independent cursor locations can be stored (in fifteen parameter sets).

The value of the cursor location is given in screen coordinates. The upper left corner is (0, 0).  Positive Y is down and positive X is right.  The screen size is system specific.

Cursor Move - CUR



This instruction causes the cursor to move according to the setting in the lower bits.  A dot will be written at the new cursor location if bit 6 is set.

If CUR is called while MCW specifies Graphic mode, the cursor will move one pixel in the direction specified by the bit or bits set in the low four bits of CUR.

If CUR is called while MCW specifies Alphanumeric mode, the distance moved in the X and/or Y direction(s) will be dependent on the cursor advance selected by bit 8 of MCW.

If bit 8 of MCW is 0, the CUR instruction will cause the cursor to move by the default advance for the currently selected font.

If bit 8 of MCW is 1, the CUR instruction will cause the cursor to move by the amount in the X and/or Y direction(s) as specified in the ACA instruction.

The direction specified in the arrow bits of the CUR instruction may be reversed by setting a negative bit in the ACA direction bits (bits 5 and 11).

X home moves the cursor to the leftmost position of the currently selected rectangular window without affecting its Y position.

Y home moves the cursor to the top of the currently selected rectangular window without changing its X position.

AX209828

The low order six bits of the CUR instruction may combine any X direction bit with any Y direction bit. For example, X home and down arrow could be set to provide a carriage return/line feed.

When bit 6 = 0, no pixel data is entered by the CUR instruction.

When bit 6 = 1, pixel data is entered into the new location of the cursor.

In Pixel mode, data is entered into all selected channels from the Foreground Pixel Register according to the Memory Input Mode selected in MCW. See Memory Input Mode of MCW for further details.

Load Index Registers - LIX, LIY

|  | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIX | 1 | 0 | 0 | 0 | 0 | 0 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ |

|  | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIY | 1 | 0 | 0 | 0 | 0 | 1 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ |

The least significant 10 bits of LIX and LIY specify the contents of the X and Y index registers, respectively. The index registers provide indexed refresh memory addressing for the LAC and LGE display instructions, as well as storage of parameters used in specifying conics (see the Execute Conic (EXC) instruction).

Error checking for cursor movement is done before indexing so an indexed LAC or LGE can locate the cursor outside the rectangular window.

Visible Cursor Control - VCC                                    *EXT



This instruction causes the visible cursor to be enabled or disabled. There are 15 separate cursor positions, one for each parameter set. The number of the cursor to be controlled is specified in bits 1 to 4. Bit 0 is the enable/disable bit.



AX209829

When enabled, a visible 15 x 15 crosshair is displayed, centered
about the current X, Y coordinates of the computer cursor. The
pixel data at the cursor location is automatically stored when
the cursor is enabled and when the cursor is moved or disabled
the stored data is replaced.

**Note**

The A/N channel cursor is not affec-
ted by the VCC instruction.

Standard Firmware includes three independent visible cursors,
each of which may be enabled or disabled independently.

The three cursors are associated on Power Up with parameter sets
1 through 3.

### Power Up Cursor Association

| Cursor | Parameter Set |
|--------|---------------|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

Each of the 15 parameter sets has a "context switch" which can be
used to change the association of the cursor with its parameter
set.

| Parameter Set (Decimal) | Context Switch (Hex) |
|-------------------------|----------------------|
| 1 | 2 |
| 2 | 4 |
| 3 | 6 |
| 4 | 8 |
| 5 | A |
| 6 | 10 |
| 7 | 12 |
| 8 | 14 |
| 9 | 16 |
| 10 | 18 |
| 11 | 1A |
| 12 | 1C |
| 13 | 1E |
| 14 | 20 |

**AX209830**

Each cursor has an address in 5216 memory which can be loaded to associate that cursor with the parameter set specified.

| Cursor | Memory Location |
|--------|-----------------|
| 1 | E08C6 |
| 2 | E08C8 |
| 3 | E08CA |

The Load Cache Buffer (LCB) instruction is used to place data into 5216 memory.

For example, to associate cursor number 1 to parameter set 3, cursor number 2 to parameter set 2, and cursor number 3 to parameter set 11, load the following:

| Address | Data |
|---------|------|
| E08C6 | 6 |
| E08C8 | 4 |
| E08CA | 1A |

Hardware Cursor Module - Optional  (8 cursors)

<u>The optional Hardware Cursor Module</u> supplies eight independently controlled cursors. Each cursor may be enabled or disabled and made to blink or not to blink, and each cursor may be displayed in either one of two display patterns.  The first pattern (pattern bit = 0) is a 16 x 16 crosshair; the second pattern is a 16 x 16 pixel box inside a 32 x 32 pixel box.



The cursors displayed by the Hardware Cursor Module are associated at Power Up with parameter sets 1 through 8.  These default associations may be changed in exactly the same way as described above for the <u>three firmware cursors</u>.  By loading the eight addresses, starting from E08C6, with the appropriate context switches for each parameter set as listed above, the parameter set with which the cursors are associated may be programmed.

**AX209831**

5-7

The memory locations which are loaded to reassign cursor asso-
ciation with parameter sets are:

| Cursor | Address (Hex) |
|--------|---------------|
| 1 | E08C6 |
| 2 | E08C8 |
| 3 | E08CA |
| 4 | E08CC |
| 5 | E08CE |
| 6 | E08D0 |
| 7 | E08D2 |
| 8 | E08D4 |

Take for example, the following association of cursors with para-
meter sets:

| Cursor Number | Associated Parameter Set |
|---------------|--------------------------|
| 1 | 11 |
| 2 | 6 |
| 3 | 3 |
| 4 | 13 |
| 5 | 1 |
| 6 | 2 |
| 7 | 9 |
| 8 | 14 |

**AX209832**

To create this set of associations, load the following data into
the 5216, starting at address E08C6 and using the Load Cache
Buffer (LCB) instruction:

| Address | Data |
|---------|------|
| E08C6   | 1A   |
| E08C8   | 10   |
| E08CA   | 6    |
| E08CC   | 1E   |
| E08CE   | 2    |
| E08D0   | 4    |
| E08D2   | 16   |
| E08D4   | 20   |

**AX209833**

SECTION 6

ALPHANUMERIC DATA DISPLAY

There are two ways of entering alphanumeric data into the 5216
Standard Firmware for display.  One is by the Load Alphanumeric
Character (LAC) instruction and the other is by Block Transfer
Mode (BXM and XBXM).

LAC sends one character code per instruction, whereas BXM sends
many characters per instruction in rapid Direct Memory Access
transfer.

Both alphanumeric instructions require the MCW bit 0 to be re-
set to 0.  The font currently selected in the MCW will be dis-
played.  The MCW is also used for BXM unpacking order.

Both LAC and BXM instructions display characters at the cur-
rent cursor location (or indexed location) and after each
character is written, the cursor is advanced.  Cursor advance
is as given in table 4-1 when the MCW bit 8 is 0.  When MCW bit
8 is set to 1, cursor advance is given by the values specified
by the programmer in the ACA instruction.

Font size provided by 5216 Standard Firmware are 5 x 7, 7 x 9,
and 10 x 14.

A user programmable font can also be loaded using the Load Pro-
grammable Font (LPF) instruction and then written by LAC or
BXM in the same way as the firmware supplied fonts.

The above alphanumeric display capabilities are implemented
through the 5216 Standard Firmware.  Pixel data for these
characters is stored in the memory channels available in the
system configuration.  The same color capabilities and channel
selection features are used for alphanumeric display as are
used for graphic display.

**Note**

In addition to the above mentioned
alphanumeric display, the 5216 Display
Computer can contain as a hardware
option an alphanumeric display capability
on a separate board with its own processor
and refresh hardware.  The ANCS can drive
a separate monitor to display alphanumeric
data with complete independence from the
refresh memory.  ANCS programming is done
by a separate instruction set communicated
from the 5216 Standard Firmware instruction
set by the Select Device (SDEV) instruction.
See ANCS documentation and Section 15 for
SDEV instruction.

**AX209834**

6-1

The ANCS can also be selected by means of
the Alpha-Keyboard function key on the
5216 Standard Firmware function key set.

Load Alphanumeric Character - LAC



The eight least significant bits of LAC specify one of up to 256
possible character codes, depending on the selected font. Only
the font specified in MCW will be written. Limit checks are
performed before the character is written and the cursor is
advanced after the write operation has been performed. Bit 9
of LAC permits indexed addressing. MCW must specify the Alpha-
numeric mode when LAC is used. Characters may also be written
in the Block Transfer Mode (BXM). Character codes are listed
in Appendix B.

For indexed addressing (bit 9 = 1), the starting address for the
write is $C_x + I_x$ and $C_y + I_y$, where C is the cursor coordinate
and I is the index register contents as loaded in the Load In-
dex Registers (LIX, LIY) instruction.

Each character is set within a block. When the Memory Input
Mode (bits 5 - 7 of MCW) is set to Replace Normal, pixel input
data for the character is taken from the Foreground Pixel
Register and the block (background pixel input data is taken
from the Background Pixel Register (see Load Pixel Value Re-
gisters - LPXF, LPXB).

In Replace Reverse mode, the character input data is taken from
the Background Pixel Register (BPR) and the block input data is
taken from the Foreground Pixel Register (FPR).

For ERASE 1's mode and OR 1's mode, input data is the same as
Replace Normal but it is logically acted upon as specified by
the input mode.

In Word mode (MCW bit 1), the data input from the FPR will
automatically be set to all 1's and the data input from the BPR
will automatically be set to all 0's. (However, the contents
of the pixel registers will not be lost by changing from Pixel
to Word mode.) Word mode is time efficient for character gen-
eration. However, color data is limited in Word mode to all
1's and all 0's.

AX209835

6-2

When a character overlaps the boundary of the window limits in
Word mode, the character will be aborted; in Pixel mode, it
will be clipped at the boundary.

Associated with each character font is a fixed character block
area within which the character specified by LAC is written.
Character placement within the block is shown for each font in
figure 6-1.  The cursor position at the start of LAC is the top
left picture element of the character block area, and the charac-
ter is written one line at a time from top to bottom.

If different adjacent character spacings are required, the ACA
flag of MCW (bit 8) may be set and the desired spacings
specified by an ACA instruction.  Note that the character block
sizes shown in figure 6-1 correspond directly to the standard
cursor advances shown in table 4-1.  Character set diagrams and
codes are provided in figures 6-2 and 6-3 and Appendix B.

Load Programmable Font - LPF



The 5216 Standard Firmware instruction set supports a user pro-
grammable font of up to 256 characters.

Load Programmable Font (LPF) is a multiple-word instruction used
to specify any one of 256 characters in the programmable font.
The 16 words which follow LPF are stored in sequential locations
of the programmable font RAM, starting at the address specified
by bits 0 through 7 of LPF.  To load all 256 characters, it is
necessary to issue 256 different LPF instructions, each followed
by 16 data words in the format shown above.

Each programmed character may have a Y dimension of 2 to 15 ele-
ments, and an X dimension of 1 to 16 picture elements as specified
in the X and Y pitch fields.  Note that the X pitch field
specifies one less than the true X pitch.  Cursor advance infor-
mation is also specified by the pitch word.  After a programmed

**AX209836**

◇ = Cursor start point
◆ = Cursor end point



64 char. ASCII
5 x 7 font
Block size: 8 x 10



128 char.
7 x 9 font
(includes lower case char.'s)
Block size: 10 x 14



64 char.
10 x 14 font
Block size: 16 x 16



256 char.
16 x 16 programmable font
Block size: x = x pitch
y = y pitch

03-5008

**AX209837**

Figure 6-1.   Character Block Sizes

6-4



05-5210A

AX209838

Figure 6-2.  5 x 7 Character Set





Figure 6-3.  7 x 9 Character Set
(Sheet 1 of 2)

AX209839





Figure 6-3.  7 x 9 Character Set
(Sheet 2 of 2)

AX209840

character is written, the X field determines the amount of cursor X advance, and the Y pitch field determines the cursor Y advance when a new line is begun.  The Y pitch field also specifies the character block Y dimension.  Note that when loading the font, LPF must be followed by a pitch word and 15 data words, even if the programmed character occupies less than 15 scan lines.  When the character is displayed, only the number of lines specified in the Y pitch field are displayed, and only the number of bits will be displayed as are specified in the X pitch (starting with the least significant bit).

The 15 words of character data (D) must be specified such that the least significant bit of data (bit 0) will appear at the left side of the displayed character.  The first word specified will be displayed at the top of the character.

**AX209841**