# EXHIBIT 7
## (PART 4 OF 4)

SECTION 19

COMPUTER INTERFACE

Computer Interface

The standard interface supplied with the 5216 Standard Firmware is compatible with the user inputs to a DEC DR-11B DMA controller. A summary of the interface signals between the DR-11B and the 5216 is shown in table 19-1. All transfers of instructions and data are performed in the DMA mode. Transfers are set up by first loading the word count and bus address registers of the DR-11B, thus specifying the length of the transfer and the starting location in the computer system memory from/to which data is to be transferred. The type of operation (input or output) is then specified by loading the Device Function bits of the CSR of the DR-11B.

DR11-B, Function #1 defines the direction of data transfer.

| F1 | OPERATION |
|----|-----------|
| 0  | Transfer from Computer to DG |
| 1  | Transfer from DG to Computer |

Function bit F3 is used to reset Attention and the Device Status Bits (DSTAT, A, B, C). F3 may also be used to mask interrupts.

Interrupts

An interrupt to the DR-11B is generated when:

   a. A keystroke is to be transmitted to the
      computer.

   b. An internal error is detected.

   c. A transfer of data from the Display
      Generator is completed.

The status bits from the DG to the DR-11B indicate which of the above conditions generated the interrupt. If an operator initiates an operation from a keyboard during an I/O transfer, the DG will wait until the I/O transfer is completed before generating the keyboard interrupt.

**AX209924**

Table 19-1.  Interface Signal Summary
Model 5216 to DEC DR-11B
DMA Controller

| Name | Mnemonic | Function |
|------|----------|----------|
| Output Data Bits 00-15 (16 lines) | DAT00 OUT through DAT15 OUT | Data from UNIBUS to display generator (via DR-11B) |
| Input Data Bits 00-15 (16 lines) | DAT00 IN through DAT 15 IN | Data from display generator to UNIBUS (via DR-11B) |
| Interrupts (1 line) | ATTN | Interrupt command to the PDP-11 processor |
| I/O Control (2 lines) | C0, C1 | C0 = 0 always C1 = 0: from UNIBUS to Display C1 = 1: from Display to UNIBUS |
| Output Data Ready or Input Data Acknowledge (1 line) | END CYCLE | Output Data Ready from DR-11B if C1 = 0.  Input Data Acknowledge from DR-11B if C1 = 1 |
| Input Data Ready or Output Data Acknowledge (1 line) | CYCLE REQUEST A | Input Data Ready to DR-11B if C1 = 1.  Output Data Acknowledge to DR-11B if C1 = 0 |
| Device Status A,B,C (3 lines) | DSTAT A,B,C | Status lines to DR-11B (FROM 5216) |
| Device Function 1,2,3 (3 lines) | FNCT 1,2,3 | Control lines from DR-11B to 5216 |
| Ready (1 line) | RDY | Signal to 5216, which when false, indicates that a transfer (DMA) is in progress |
| Initialize (1 line) | INIT | Not used |
| Word Count Increment Enable | WC INC ENB | Tied to +5V |
| Bus Address Increment Enable | BA INC ENB | Tied to +5V |
| Address 00 | A00 | Tied to ground |
| Single Cycle | -- | Tied to +5V |
| Cycle Request B | -- | Tied to ground |
| Busy | BUSY | Signal to 5216, which when true, indicates that a bus cycle (on the UNIBUS) is in progress |
| Go | GO | Pulse signal to 5216 which causes 5216 to request the first bus cycle of a DMA transfer |



AX209925

Device Status Bits (DSTAT A, B, C)

The Device Status Bits produced by the 5216 are defined as follows:

| STATUS BIT | FUNCTION |
|---|---|
| DSTAT A | Keyboard Transmit Request |
| DSTAT B | End of Transmission (EOT) |
| DSTAT C | 5216 Error |
| DSTAT A & B | Transmit from ANCS request |

General Device Handler

The software necessary to handle the various transfers to and from the 5216 Display Generator should follow the general structures illustrated in the next section.

Data Transfer From Computer To Display Generator

The sequence of operations for a transfer to the Display Generator is as follows:

    a.  Load 2's complement of word count into DR11-B
       word count register (DRWC).

    b.  Load bus address (core location) of first output data
       word into DR11-B bus address register (DRBA).

    c.  Reset Function #1 (write to DG) in the DR11-B Status and
       Command register (DRST)

    d.  Enable the DR11-B interrupt and start the transfer by setting the GO bit in DRST.

**Note**

DO NOT reset Function #1 and set GO
in the same instruction.
DO NOT set CYCLE in DRST.

Data Transfer From Display Generator to Computer

The sequence of operations necessary to read a message from the Display Generator is:

    a.  Load 2's complement of word count into DR11-B word count register (DRWC).

**AX209926**

19-3

b.  Load bus address of destination (first location where message data is to be put) in DRBA.

c.  Set Function #1 in DRST.

d.  Enable DRll-B interrupt and start transfer by setting GO in DRST.

e.  Upon completion of Read (word count overflow) pulse F3 to reset ATTN and DSTAT B (EOT).

**Note**

DO NOT set Function #1 and set GO in the same instruction.

DO NOT set CYCLE in DRST.

Termination of I/O via DRll-B

Termination of a DMA transfer will occur when the DRWC overflows (all l's to all 0's).  This will cause the READY bit of DRST to be set.

If the DRll-B interrupt was enabled as above, an interrupt to the CPU will occur at the end of the DMA transfer.

Any I/O will also be terminated when a 5216 error or EOT condition occurs.  A DMA transfer will not be terminated if a keyboard transmit request occurs.  This prevents operator intervention during transfer operations.

Keyboard Arming

In order to arm (enable) the DRll-B for keystrokes:

a.  Set Fl, F2, F3 = 1

b.  Set interrupt enable and GO

c.  Wait for keystroke

Upon receipt of an interrupt for a pending keystroke:

a.  Set Fl, F3 = l; F2 = 0

b.  Set DRWC = -7

c.  Set DRBA

d.  Set F3 = 0

e.  Set GO and interrupt enable

**AX209927**

19-4

The seven-word keystroke message will be DMA'ed to the buffer pointed to by DRBA, and DRWC will overflow, producing an interupt.

Then:

                    Pulse F3 off, on, and off (0, 1, 0)

The DR11-B and 5216 is now ready for further I/O.

                              **Note**

            Anytime ATTN is set, F3 must be
            pulsed to reset ATTN and the DSTAT's.
            The condition of the DSTAT's before
            this pulse indicates the reason for
            the ATTN.

DSTAT A – There is a pending keystroke request.  A seven-word read as
          described above must be done after pulsing F3.

DSTAT B – This indicates an EOT (a readback is complete).
          Pulse F3 to reset ATTN and DSTAT B.

DSTAT C – This indicates a 5216 error.  Pulse F3 and read three
          words back to get error code.

DSTAT A + B – There is data ready for transmission from the
              Alphanumeric Channel Set (ANCS).

**AX209928**

APPENDIX A

TRANSMIT FORMATS



1. ONE KEYSTROKE PER SEQUENCE -(ASCII CODE LOW BITS ; HIGH 8 BITS 0)
2. COLOR WORD TRANSMITTED IF BIT 7 OF WORD #1 OF RLU4 IS SET
3. HIGH 8 BITS 0, LOW EIGHT BITS DATA

05-5505-2 A

AX209929



NOTE:
1. SAME AS TCO EXCEPT FOR XSMC
2. SAME AS TSC EXCEPT FOR XSMC

OS-5505-12

**AX209930**

A-2

# APPENDIX B

## ASCII CHARACTER CODES

### 5x7, 10x14 Fonts

| Bit $^{7}_{6}$ $_{5}$ <br> 4 3 2 1 | X 1 0 | X 1 1 | X 0 0 | X 0 1 |
|---|---|---|---|---|
| 0000 | SPACE | 0 | @ | P |
| 0001 | ! | 1 | A | Q |
| 0010 | " | 2 | B | R |
| 0011 | # | 3 | C | S |
| 0100 | $ | 4 | D | T |
| 0101 | % | 5 | E | U |
| 0110 | & | 6 | F | V |
| 0111 | ' | 7 | G | W |
| 1000 | ( | 8 | H | X |
| 1001 | ) | 9 | I | Y |
| 1010 | * | : | J | Z |
| 1011 | + | ; | K | [ |
| 1100 | , | < | L | \ |
| 1101 | — | = | M | ] |
| 1110 | . | > | N | ^ |
| 1111 | / | ? | O | — |

## 7x9 Character Codes

| $b_4$ $b_3$ $b_2$ $b_1$ | $b_7$ 0 $b_6$ 0 $b_5$ 0 | $b_7$ 0 $b_6$ 0 $b_5$ 1 | $b_7$ 0 $b_6$ 1 $b_5$ 0 | $b_7$ 0 $b_6$ 1 $b_5$ 1 | $b_7$ 1 $b_6$ 0 $b_5$ 0 | $b_7$ 1 $b_6$ 0 $b_5$ 1 | $b_7$ 1 $b_6$ 1 $b_5$ 0 | $b_7$ 1 $b_6$ 1 $b_5$ 1 |
|---|---|---|---|---|---|---|---|---|
| 0 0 0 0 | ∠ | ρ | SPACE | 0 | @ | P | ` | p |
| 0 0 0 1 | β | σ | ! | 1 | A | Q | a | q |
| 0 0 1 0 | γ | τ | " | 2 | B | R | b | r |
| 0 0 1 1 | δ | ν | # | 3 | C | S | c | s |
| 0 1 0 0 | ε | ø | $ | 4 | D | T | d | t |
| 0 1 0 1 | ζ | χ | % | 5 | E | U | e | u |
| 0 1 1 0 | η | ψ | & | 6 | F | V | f | v |
| 0 1 1 1 | θ | ω | ' | 7 | G | W | g | w |
| 1 0 0 0 | λ | ⌐ | ( | 8 | H | X | h | x |
| 1 0 0 1 | κ | ↑ | ) | 9 | I | Y | i | y |
| 1 0 1 0 | λ | → | * | : | J | Z | j | z |
| 1 0 1 1 | μ | ← | + | ; | K | [ | k | { |
| 1 1 0 0 | ν | ↓ | , | < | L | \ | l | } |
| 1 1 0 1 | ξ | ÷ | - | = | M | ] | m | ~ |
| 1 1 1 0 | ο | × | . | > | N | — | n |  |
| 1 1 1 1 | π | ∑ | / | ? | O |  | o | SOLID |

**AX209931**

APPENDIX C



MEMORY ADDRESS

| | |
|---|---|
| FFFFF | PROCESSOR ROM 8K WORDS |
| FC000 | OPTIONAL PROCESSOR ROM 8K WORDS |
| F8000 | |
| | FREE SPACE 464K WORDS |
| 10000 | |
| 08000 | STANDARD SYSTEM MODULES |
| 07800 | EA ROM (SHADOWS RAM) |
| | PROCESSOR RAM 16K WORDS |
| 00400 | |
| 00000 | INTERRUPT VECTORS |

ON PROCESSOR BOARD

OFF BOARD
ADDRESSING SPACE

ON PROCESSOR BOARD

The first hex digit of the memory address is the Device Select digit.

Figure C-1.   5216 System Memory Map        **AX209932**

C-1/C-2

APPENDIX D

AYDIN 5116 KEYBOARD - STANDARD FIRMWARE KEYS



```
D4-5491-2
```

\*    DC Power Indicator - No Switch

\*\*   Produces a double character transmission:  Character key code
followed by  (CC$_H$)

\*\*\*  Causes repeat of previous character

†    Causes 500 characters/second rate

NC   No Code



These codes are generated by simultaneous actuation
of two orthogonal cursor movement keys designating
a quandrant.

Figure D-1.  5116 Keyswitch Codes

**AX209933**

The areas shaded ░░░░░░░ (shift keys) will produce no serial output but may change the code of the character keyswitch depressed simul- taneously.

Control Codes

The areas shaded ▨▨▨ are control codes and do not place a character on the screen but may cause a visual effect.  The actual effect is determined by the 5216.  The 5116 simply produces the codes shown in Figure D-1.

It should be noted that the four cursor keys in this field can be combined into pairs.  The output code is a unique code to indicate diagonal cursor movement.

Function Codes

The areas shaded ▒▒▒ are the function code keys and will produce the codes shown in Figure D-1 when a shift and a number code keys are depressed.  The function codes will not repeat.

| 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |

Figure D-2.  Decimal Numbering of Buttons on a 45 Function Keypad

AX209934

APPENDIX E



803-5194
(sht. 2)

AX209935

Figure E-1. Function Code Keytop Engravings for Standard Firmware

E-1

| COLOR VALUES | |
|---|---|
| 00 | Black |
| 07 | Red |
| 38 | Green |
| 3F | Yellow |
| C0 | Blue |
| C7 | Magenta |
| F8 | Cyan |
| FF | White |

Figure E-2.  Color Value Chart for the VID-004 Card

AX209936

APPENDIX F

FUNCTION CODES FOR
5116 STANDARD FIRMWARE AND ANCS
(REFER TO FIGURE E-1)

| AMDIN 5116 Switch # | Shift / No Shift | Function Code (Hexadecimal) | 5216 Standard Firmware | ANCS Function |
|---|---|---|---|---|
| 2 | Shift | A9 | Background Reverse | Reverse Video |
|   | No Shift | AA | Background Normal | Normal Video |
| 3 | Shift | A5 | Add Mode | Blink On |
|   | No Shift | A6 | Replace Mode | Blink Off |
| 4 | Shift | 8B | LUT #1 5 X 7 Font | Relay On |
|   | No Shift | 8C |  | Relay Off |
| 5 | Shift | 8D | LUT #2 7 X 9 Font | Erase Page |
|   | No Shift | 8E |  | Clear Line |
| 6 | Shift | 8E | Execute Keyboard Buffer | Delete Line |
|   | No Shift | 85 | 10 X 14 Font | Insert Line |
| 7 | Shift | 82 | Execute Cache Buffer | Delete Character |
|   | No Shift | 84 | Programmable Font | Insert Character |
| 8 | Shift | D8 | Memory | Not Available |
|   | No Shift | C7 | Not Available | Split |
| 9 | Shift | 97 | Load Keyboard Buffer | Direct Addressing Relative to Memory |
|   | No Shift | 87 | Write Graphic | Rotate |
| 10 | Shift | A7 | Terminate Keyboard Buffer | Intensity Half |
|    | No Shift | A8 | Move Graphic | Intensity Full |
| 11 | Shift | BD | Attach Keyboard to ANCS | Attach Keyboard to ANCS |
|    | No Shift | BE | Attach Keyboard to Graphics | Attach Keyboard to Graphics |
| 12 | Shift | D7 | Left Top Conic | Not Available |
|    | No Shift | B7 | Erase Mode | White |
| 13 | Shift | D2 | Right Bottom Conic | Not Available |
|    | No Shift | B2 | Cursor to Center | Green |

F-1

AX209937

| AYDIN 5116 Switch # | Shift/ No Shift | Function Code (Hexadecimal) | 5216 Standard Firmware | ANCS Function |
|---|---|---|---|---|
| 14 | Shift<br>No Shift | D3<br>B3 | Clear Left Conic<br>Word Mode | Not Available<br>Yellow |
| 15 | Shift<br>No Shift | D0<br>B0 | ZOOM<br>Load Foreground Pixel | Not Available<br>Black |
| 16 | Shift<br>No Shift | 9D<br>9C | Interrupt<br>Interrupt | Xmit BUFFER<br>Xmit SCREEN |
| 17 | Shift<br>No Shift | 9E<br>AE | Interrupt<br>Interrupt | Xmit Line<br>Xmit Cursor |
| 18 | Shift<br>No Shift | C0<br>88 | Execute Circle<br>Execute Vector | Built-in Test & Pattern<br>Program Enter |
| 19 | Shift<br>No Shift | AC<br>AB | Not Available<br>Load Index | Large Character<br>Small Character |
| 20 | Shift<br>No Shift | C5<br>C6 | Scroll Up<br>Scroll Down | Scroll Up<br>Scroll Down |
| 21 | Shift<br>No Shift | C9<br>CA | Not Available<br>Load Color Table | Page Up<br>Page Down |
| 22 | Shift<br>No Shift | 9A<br>A4 | Select Minor Channel<br>Select Major Channel | Reset Attributes<br>Format |
| 23 | Shift<br>No Shift | A0<br>A1 | Roll Left<br>Roll Right | A/N Attribute<br>Alpha |
| 24 | Shift<br>No Shift | A2<br>A3 | Pallet<br>Special Font | Numeric<br>Protect |
| 25 | Shift<br>No Shift | 99<br>89 | Destructive<br>Non-Destructive | Activate Continuous Scroll<br>Tab |
| 26 | Shift<br>No Shift | D5<br>B5 | Left Top Rectangle<br>Clear to 1's | Not Available<br>Magenta |

F-2

AX209938

| ATDUB 5116 Switch # | Shift No Shift | Function Code (Hexadecimal) | 5216 Standard Firmware | ANCS Function |
|---|---|---|---|---|
| 27 | Shift | D1 | Right Bottom Rectangle Copy | Not Available Red |
| | No Shift | B1 | | |
| 28 | Shift | D6 | Clear Rectangular Limits | Not Available Cyan |
| | No Shift | B6 | Pixel Mode | |
| 29 | Shift | D4 | Fill | Not Available Blue |
| | No Shift | B4 | Load Background Pixel | |

F-3/F-4

**AX209939**

APPENDIX G

OPERATION CODE SUMMARY

This appendix should have the commands listed (with diagrams)
in the following order:  Those w/out page numbers will have to
be completed when tex is prepared.

START OF MESSAGE (SOM) pg. 2-1

LOAD RECTANGULAR LIMITS (LRR, LRL, LRT, LRB) pg. 3-1

MODE CONTROL WORD (MCW) pg. 4-1

ADJUSTABLE CURSOR ADVANCE (ACA) pg. 5-2

CURSOR POSITIONING (LCX, LCY, CUR) pg. 5-3

VISIBLE CURSOR CONTROL (VCC) pg. 5-5

LOAD INDEX REGISTERS (LIX, LIY) pg. 5-5

LOAD ALPHANUMERIC CHARACTER (LAC) pg. 6-2

LOAD PROGRAMMABLE FONT (LPF) pg. 6-3

WRITE PIXEL VALUE (WPX, WPXF, WPXB) pg. 7-1, 7-2

LOAD GRAPHIC ELEMENTS (LGE) pg. 7-2

EXECUTE CONIC INSTRUCTION (EXC) pg. 7-3

LOAD CONIC LIMITS (LCLL, LCLR, LCLT, LCLB) pg. 7-4

BLOCK TRANSFER MODE (BXM) pg. 8-1

EXTENDED BLOCK TRANSFER MODE (XBXM) pg. 8-4

EDIT INSTRUCTION (EDT) pg. 9-1

EXTENDED EDIT (XEDT) pg. 9-3

ZOOM    pg. 9-3

FILL    pg. 9-3

COPY    pg. 9-4

LOAD PIXEL REGISTERS (LRXF, LPXB) pg. 10-2

SELECT MAJOR CHANNEL (SMC) pg. 11-2

SELECT MINOR CHANNELS (SMN) pg. 11-2

MASK MAJOR CHANNEL (MMC) pg. 11-3

MASK MINOR CHANNELS (MMN) pg. 11-3

EXTENDED SELECT MAJOR CHANNEL (XSMC) pg. 11-4

EXTENDED MASK MAJOR CHANNEL (XMMC) pg. 11-4

LOAD LOOKUP TABLE 004 (LLU4) pg. 12-3

EXTENDED LOAD LOOKUP TABLE (XLLU4) pg. 12-4

**AX209940**

G-i

READ LOOKUP TABLE  004 (RLU4)  pg. 12-4

EXTENDED READ LOOKUP TABLE 004 (XRLU4)  pg. 12-5

CURSOR POSITION READBACK (TCO)  pg. 13-1

EXTENDED CURSOR POSITION READBACK (XTCO)  pg. 13-2

MEMORY DATA READBACK (TSC)  pg. 13-3

EXTENDED MEMORY DATA READBACK (XTSC)  pg. 13-3

TRANSMIT PICTURE ELEMENTS (TPX)  pg. 13-3

KEYBOARD TRANSMIT STATUS (KTS) pg. 13-4

END OF TRANSMISSION (EOT) pg. 13-6

LOAD CACHE BUFFER (LCB) pg. 14-1

READ CACHE BUFFER (RCB) pg. 14-2

EXECUTE CACHE BUFFER (XCB) pg. 14-3

EXECUTE KEYBOARD BUFFER (XKB) pg. 14-4

STANDARD LIST INSTRUCTIONS pgs. 17-5 through 17-8


SELECT DEVICE (SDEV) pg. 15-1

ERROR CODE (ERC) pg. 16-1/16-2

AX209941

## OPERATION CODE SUMMARY

Start of Message - SOM (page 2-1)



|  | 15 | | | | | | | 8 | 7 | | | 4 | 3 | | | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOM | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | – | – | – | – | PS₄ | PS₃ | PS₂ | PS₁ |

Parameter Set

### Parameters
- MAJOR Channel Selects
- MINOR Channel Select
- MAJOR Channel Mask
- MINOR Channel Mask
- Mode Control Word
- X - cursor position
- Y - cursor position
- X - index
- Y - index
- Foreground pixel value
- Background pixel value
- Rectangular limits
- Conic limits
- ACA values
- KTS

Load Rectangular Limits - LRR, LRL, LRT, LRB (page 3-1)



| | 15 14 13 12 11 10 | 9 8 7 6 5 4 3 2 1 0 |
|---|---|---|
| LEFT - LRL | 0 1 0 1 0 0 | L L L L L L L L L L |
| RIGHT - LRR | 0 1 0 1 1 0 | R R R R R R R R R R |
| TOP - LRT | 0 1 1 0 0 0 | T T T T T T T T T T |
| BOTTOM - LRB | 0 1 1 0 1 0 | B B B B B B B B B B |

BINARY VALUE OF LIMIT

**AX209942**

## Mode Control Word - MCW (page 4-1)

| 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|----|----|----|----|----|----|---|-----|-------|-------|---|-------|-------|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | A/N | $Z_1$ | $Z_0$ | V | $F_1$ | $F_0$ | H | P | M |

Alphanumeric Mode ACA Flag ———————————————

Memory Input Mode Select

Font Select (A/N Mode Only) ——————————————

Packing Order Selection Bit for Block Transfer ————

Pixel Mode    0 = word
              1 = pixel

Display Mode Select - [ Alphanumeric = 0
                        Graphic     = 1 ]

Packing Order  0 = low then high
               1 = high then low

ACA Flag    0 = Font default
            1 = use ACA values

### Standard Font Cursor Advance (page 4-3)

| | | | Cursor Advance in Selected Font (number of picture elements) | |
|---|---|---|---|---|
| Bit No. | 4  3 | Font Selected | X | Y |
| | 0  0 | 5 x 7 | 8 | 10 |
| | 0  1 | 7 x 9 | 10 | 14 |
| | 1  0 | 10 x 14 | 16 | 16 |
| | 1  1 | 16 x 15 (Programmable Font) | x-cur.adv. | y-pitch |

Bits 3 and 4 have no effect in the graphic mode.
The X and Y cursor advances shown are used unless
bit 8 of MCW is set.

### Memory Input Mode Selection (page 4-3)

| MCW Bit No. Designation | 7 $Z_1$ | 6 $Z_0$ | 5 V | Memory Input Mode |
|---|---|---|---|---|
| | 0 | 0 | 0 | OR Ones |
| | 0 | 1 | 0 | Replace Normal |
| | 0 | 1 | 1 | Replace Reverse |
| | 1 | 0 | 0 | Erase Ones |
| | 1 | 1 | X | Not Defined |

**AX209943**

Adjustable Cursor Advance (ACA) pg. 5-2



Cursor Positioning - LCX, LCY, CUR (page 5-3)





Relative Flag

R = 0 Cursor position is specified absolutely

R = 1 Cursor position is specified as an increment
relative to the current cursor position



**AX209944**

G-3

Visible Cursor Control -  VCC (page 5-5)                    *EXT



Load Index Registers - LIX, LIY (page 5-5)

**AX209945**

## Load Alphanumeric Character - LAC (page 6-2)

| | 15 | | | | | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAC | 1 | 0 | 0 | 1 | 1 | 0 | I | – | $b_8$ | $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ |

Indexed Address Flag ⟶
Character Code ⟶

## Load Programmable Font - LPF (page 6-3)

| | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | 1 | 0 | 1 | – | – | $b_8$ | $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | LPF |

| 0 | 0 | $X_4$ | $X_3$ | $X_2$ | $X_1$ | $X_0$ | $Y_3$ | $Y_2$ | $Y_1$ | $Y_0$ | – | $X_3$ | $X_2$ | $X_1$ | $X_0$ | X, Y Pitch Word |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

X Cur ADV.        Y Pitch        X Pitch-1

| D | D | D | D | D | D | D | D | D | D | D | D | D | D | D | D | Character Data (next 15 consecutive words) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Write Pixel Values - WPX, WPXF, WPXB (pages 7-1, 7-2)    * EXT

### Write Pixel

| | 15 | | | | | | 9 | 8 | | | | | | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WPX | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | – | – | – | – | – | – | – |
| | $P_{15}$ ◀————————————————————▶ $P_0$ | | | | | | | | | | | | | Pixel Value |

### Write Pixel - Foreground    * EXT

| | 15 | | | | | | 9 | 8 | | | | | | | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WPXF | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | – | – | – | – | – | – | – |

**AX209946**

### Write Pixel - Background    * EXT

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WPXB | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | – | – | – | – | – | – | – |

Load Graphic Elements - LGE (page 7-2)



Execute Conic - EXC (page 7-3)



Load Conic Limits - LCLL, LCLR, LCLT, LCLB (page 7-4)



Block Transfer Mode - BXM (page 8-1)



**AX209947**

G-6

Extended Block Transfer - XBXM (page 8-4)                    * EXT



Scrolling, Rolling, Clearing - Edit Instruction EDT (page 9-1)



ND = 1  is non-destructive          U/D = 1 Up
ND = 0  is destructive                    = 0 Down



| Bit No. | 2 | 1 | 0 | | | Bit | 4 | 3 | Meaning |
| | 1/Z | CLR | SCR | Meaning | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | Scroll Down | | | 0 | 1 | Roll Right |
| | 0 | 0 | 1 | Scroll Up | | | 1 | 0 | Roll Left |
| | 0 | 1 | 0 | Clear to Zeros | | | 1 | 1 | Danger |
| | 1 | 1 | 0 | Clear to Ones | | | | | |

Extended Edit - XEDT (page 9-3)                              *EXT

U/D = 1 Up
    = 0 Down

**AX209948**

Zoom, Fill, Copy (pages 9-3, 9-4)

```
        15                  8  7                    0
ZOOM  | 1 1 1 0 0 1 1 0 | - - - - - - - - |     * EXT
```

```
        15                  8  7                    0
FILL  | 1 1 1 0 0 1 1 1 | - - - - - - - - |     * EXT
```

```
                                    TYPE CODE
        15              8  7          2 | 1 0 |
COPY  | 1 1 0 1 0 1 0 0  - - - - - - - T₁ T₀ |   * EXT
      | D15                            D0 |     Pixel Value #1
      | D15 - - - - - - - - - - - - -  D0 |     Pixel Value #2
                                              (optional)
```

| T₁ | T₀ | Number of Parameter Words | Will Copy |
|----|----|---------------------------|-----------|
| 0 | 0 | 1 | non-zero after AND |
| 0 | 1 | 1 | equals |
| 1 | 0 | 2 | in range |
| 1 | 1 | 2 | not in range |

**AX209949**

Load Pixel Registers  (page 10)

Load Pixel Value - Foreground          *EXT

```
             15            9 8              0
LPXF       | 1 1 0 0 0 1 0 1 - - - - - - - - |
PIXEL VALUE| P15 ----------------------- P0 |
```

G-8

Load Pixel Value - Background                    *EXT

```
            15              9 8            0
LPXB       | 1 1 0 0 0 1 1 0 - - - - - - - - |
PIXEL VALUE| P15 ──────────────────────── P0 |
```

Select Major Channel  - SMC (page 11-2)

```
        15      12 11                        0   Bit No.
SMC    | 0 0 0 1 c c c c c c c c c c c c |
                 12 11 10 9 8 7 6 5 4 3 2 1
```
                                        Channel number
                                        selected by
                                        corresponding
                                        bit number

Select Minor Channel  - SMN (page 11-2)

```
      15              9 8        4 3 2 1 0
SMN  | 1 0 1 0 0 0 0 - - - - - S4 S3 S2 S1 |   Refers to
                                              hardware optional
                                              configuration
                               Minor Channel
                               Select Field
```

Mask Major Channel  - MMC (page 11-3)

```
      15        12 11                      0   Error generated
MMC  | 0 0 1 0 c c c c c c c c c c c c |       by masking selected
               12 11 10 9 8 7 6 5 4 3 2 1      or selecting
                                               masked channel
```
                                Channel number
                                masked by
                                corresponding
                                bit number

**AX209950**

Mask Minor Channel   - MMN (page 11-3)



```
        15                    9  8           4  3  2  1  0
MMN  │ 1  0  1  0  0  0  0  1 │ -  -  -  -  - │ S₄ S₃ S₂ S₁ │
                                               └──────────┘
                                            Minor Channel
                                            masked by
                                            corresponding
                                            bit, as in SMN
```

Extended Select Major Channel  - XSMC (page 11-4)          *EXT

```
         15                  9  8                        0
XSMC  │ 1  1  0  0  0  0  0 │ -  -  -  -  -  -  -  -  - │   Bit Map
      │ c  c  c  c  c  c  c │ c  c  c  c  c  c  c  c  c │
        16 15 14 13 12 11 10  9  8  7  6  5  4  3  2  1
```

Extended Mask Major Channel  - XMMC (page 11-4)            *EXT

```
         15                9  8                          0
XMMC  │ 1  1  0  0  0  0  0  1 │ -  -  -  -  -  -  -  -  │   Bit Map
      │ c  c  c  c  c  c  c  c │ c  c  c  c  c  c  c  c  │
        16 15 14 13 12 11 10  9  8  7  6  5  4  3  2  1
```

Load Lookup Table 004 - LLU4 (page 12-3)                  *EXT

**AX209951**

```
                Color Word Enable ─┐    ┌─ Status Enable
        15                 9  8  7  6  5        2  1  0
                                            STATUS WORD   TBL #
LLU4  │ 1  0  1  0  1  1  0 │ - │CE │SE │ S₄ S₃ S₂ │ S₁ │ T₁ T₀ │
      │ A₈ A₇ A₆ A₅ A₄ A₃ A₂ A₁ │ B₂ B₁ │ G₃ G₂ G₁ │ R₃ R₂ R₁ │ ── Optional depending
            TABLE ADDRESS                                          on CW
                                                                   CE = 1 expects
                                                                   second word
```

G-10

Extended Load Lookup Table 004 - XLLU4 (page 12-4)    *EXT

STATUS ENABLE

| XLLU4 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 7 | 6 | 5 | | | 2 | 1 | 0 | | | |

| | | | | | | | | | STATUS ENABLE | | TABLE * | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | $S_4$ $S_3$ $S_1$ | $T_3$ $T_1$ $T_2$ |

| ADDRESS | | COUNT-1 |
|---|---|---|
| $A_9$ $A_7$ $A_6$ $A_5$ $A_4$ $A_3$ $A_2$ $A_1$ | | $C_7$ $C_6$ $C_5$ $C_4$ $C_3$ $C_2$ $C_1$ $C_0$ |
| NOT USED | | DATA WORD 1 |
| | | 0 |
| | | 0 |
| | | 0 |
| | | 0 |
| NOT USED | | DATA WORD N |

Read Lookup Table 004 - RLU4 (page 12-4)    *EXT

Color Word Enable ─── ┌── Status Word Enable

| | 15 | | | | 9 | 8 | 7 | 6 | 5 | | | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| RLU4 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | - | CE | SE | X | X | X | X | TBL # $T_2$ $T_1$ |

| TABLE ADDRESS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $A_8$ $A_7$ $A_6$ $A_5$ $A_4$ $A_3$ $A_2$ $A_1$ | - | - | - | - | - | - | - | - |

Extended Read Lookup Table 004 - XRLU4 (page 12-5)    *EXT

STATUS ENABLE

| | | 7 | 6 | 5 | | | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|---|

| XRLU4 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | SE $S_4$ $S_3$ $S_2$ $S_2$ $T_3$ $T_1$ $T_2$ |
| WORD 1 | | | | | | | | Word Count - 1*EXT |
| WORD 2 | ~ . . . . . . $A_8$ | $C_7$ . . . . . $C_0$ |

Cursor Position Readback - TCO (page 13-1)

**AX209952**

| | 15 | | 10 9 | | 4 3 | | 0 |
|---|---|---|---|---|---|---|---|

| TCO | 1 0 0 0 1 1 | - - - - - | $PS_3$ $PS_2$ $PS_1$ $PS_0$ |

G-11

Extended Cursor Position Readback - XTCO (page 13-2)

*EXT

```
         15                          4 3           0
XTCO  | 1 1 0 0 1 1 0 1 - - - PS₃ PS₂ PS₁ PS₀ |
```

Memory Data Readback - TSC (page 13-3)

```
        15              9                 0
TSC  | 1 0 1 1 0 1 1 - - - - - - - - - |
```

Extended Memory Data Readback - XTSC (page 13-3)
*EXT

Uses BXM Word mode
one channel at a time.

```
        15                8                0
XTSC  | 1 1 0 0 1 1 1 0 - - - - - - - - |
```

Transmit Picture Elements - TPX (page 13-3)

*EXT

```
        15            9 8                0
TPX  | 1 1 0 0 1 0 1 0 - - - - - - - - |    Uses BXM Pixel Mode
```

Keyboard Transmit Status - KTS (page 13-4)

**AX209953**



```
        15          9         CD₂ CD₁ CD   5         2  1  0
KTS  | 1 0 1 1 0 0 - - -              N₃ N₂ N₁ N₀ TK₁ TK₀ |
```

Function Code Disable (to DG)
Parameter Set Number
Cursor Disable (to Host)
Keystroke Disable (to DG)
To Computer
To Display Generator

G-12

End of Transmission  - EOT (page 13-6)



Load Cache Buffer -  LCB (page 14-1)                    *EXT



End of Field Code
= FC00 hex for 5216
= CB hex for 8086

Read Cache Buffer -  RCB (page 14-2)                    *EXT



**AX209954**

G-13

Execute Cache Buffer - XCB (page 14-3)                    *EXT



Execute Keyboard Buffer - XKB (page 14-4)                  *EXT

Select Device - SDEV (page 15-1)                           *EXT



AX209955

Error Code - ERC (page 16-1)

```
      15              8 7                    0
ERC | 1 1 1 0 0 0 0 0 | ←——— CODE ———→ |
```

Code

   1      Host/5216 Communications Error

   3      Cursor out of limits

   8      Illegal (syntax) instruction

**AX209956**

Standard List Instructions (pages 14-5 though 14-8)

SETCTR

```
15          1Ø 9 8  7              Ø
┌─────────────┬─┬────────────────────┐
│ 1  Ø 1 1 1 Ø│ │ C₇C₆C₅C₄C₃C₂C₁Cø   │
└─────────────┴─┴────────────────────┘
```
$C_7C_6C_5C_4C_3C_2C_1C_0$

COUNTER NUMBER = 1, 2, or 3

INCCTR

```
15                 8  7      3 2 1  Ø
┌───────────────┬──┬────────┬─┬─┬──┐
│ 1  Ø 1 1 1 Ø Ø Ø │ - - - - │ │ │  │
└───────────────┴──┴────────┴─┴─┴──┘
```

COUNTER NUMBER =
1, 2, or 3

Ø = INCREMENT
1 = DECREMENT

LOOP

```
15            9 8  7                Ø
┌─────────────┬─┬──────────────────┐
│ 1  Ø 1 1 1 1│ │   DISPLACEMENT    │
└─────────────┴─┴──────────────────┘
```

COUNTER NUMBER = 1, 2, or 3

JMPZ

```
15          1Ø 9 8  7              Ø
┌─────────────┬─┬──────────────────┐
│ 1  1 1 Ø Ø Ø│ │   DISPLACEMENT    │
└─────────────┴─┴──────────────────┘
```

COUNTER NUMBER = 1, 2, or 3

JMPPOS

```
15          1Ø 9 8  7              Ø
┌─────────────┬─┬──────────────────┐
│ 1  1 Ø 1 1 1│ │   DISPLACEMENT    │
└─────────────┴─┴──────────────────┘
```

COUNTER NUMBER = 1, 2, or 3

JMPNEG

```
15          1Ø 9 8  7              Ø
┌─────────────┬─┬──────────────────┐
│ 1  1 Ø 1 1 Ø│ │   DISPLACEMENT    │
└─────────────┴─┴──────────────────┘
```

COUNTER NUMBER = 1, 2, or 3

JMPL

```
15               8  7              Ø
┌───────────────┬──────────────────┐
│ 1  1 Ø 1 1 Ø Ø Ø│  DISPLACEMENT    │
└───────────────┴──────────────────┘
```

**AX209957**



PSHLST

```
15              8 7          2 1 Ø
 1  1 Ø Ø Ø Ø 1 Ø | - - - - - | | |
```
COUNTER NUMBER = 1, 2, or 3

POPLST

```
15              8 7          2 1 Ø
 1  1 Ø 1 Ø Ø Ø Ø | - - - - - | | |
```
COUNTER NUMBER = 1, 2, or 3

ALIST

```
15              8 7      4 3      Ø
 1  1 Ø 1 Ø 1 1 1 | - - - | DSEL |
       OFFSET ADDRESS
```

**AX209958**

## Instruction Set Summary

| | | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO OPERATION (NULL) | NOP | 0 | 0 | 0 | 0 | — | — | — | — | — | — | — | — | — | — | — | — |
| SELECT MAJOR CHANNEL | SMC | 0 | 0 | 0 | 0 | $C_{12}$ | $C_{11}$ | $C_{10}$ | $C_9$ | $C_8$ | $C_7$ | $C_6$ | $C_5$ | $C_4$ | $C_3$ | $C_2$ | $C_1$ |
| MASK MAJOR CHANNEL | MMC | 0 | 0 | 0 | 1 | $C_{12}$ | $C_{11}$ | $C_{10}$ | $C_9$ | $C_8$ | $C_7$ | $C_6$ | $C_5$ | $C_4$ | $C_3$ | $C_2$ | $C_1$ |
| ADJUSTABLE CURSOR ADVANCE | ACA | 0 | 0 | 1 | 0 | U/D | $X_{10}$ | $X_9$ | $X_8$ | $X_7$ | $X_6$ | $X_5$ | $X_4$ | $X_3$ | $X_2$ | $X_1$ | $X_0$ |
| MODE CONTROL WORD | MCW | 0 | 0 | 1 | 0 | 1 | — | $Y_8$ | $Y/N$ | $Z_1$ | $Z_0$ | V | $F_1$ | $F_0$ | I | P | M |
| BLOCK TRANSFER MODE | BXM | 0 | 0 | 1 | 0 | 0 | $B_{10}$ | $B_9$ | $B_8$ | $B_7$ | $B_6$ | $B_5$ | $B_4$ | $B_3$ | $B_2$ | $B_1$ | $A_0$ |
| LOAD RECTANGULAR LIMIT LEFT | LRL | 0 | 0 | 1 | 1 | $C_{12}$ | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD RECTANGULAR LIMIT RIGHT | LRR | 0 | 0 | 1 | 1 | 0 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | $A_0$ |
| LOAD RECTANGULAR LIMIT TOP | LRT | 0 | 0 | 1 | 1 | 1 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD RECTANGULAR LIMIT BOTTOM | LRB | 0 | 0 | 1 | 1 | 1 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD CURSOR X | LCX | 0 | 1 | 0 | 0 | 0 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD CURSOR Y | LCY | 0 | 1 | 0 | 0 | 0 | $A_9$ | $A_8$ | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD INDEX X REG. | LIX | 1 | 1 | 0 | 0 | 1 | R | — | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD INDEX Y REG. | LIY | 1 | 1 | 0 | 0 | 0 | I | — | $A_7$ | $A_6$ | $A_5$ | $A_4$ | $A_3$ | $A_2$ | $A_1$ | $A_0$ | — |
| LOAD GRAPHIC ELEMENTS | LGE | 1 | 1 | 0 | 0 | 1 | 1 | X | — | — | — | — | — | — | $A_2$ | $A_1$ | $A_0$ |
| TRANSMIT CURSOR ONLY | TCO | 1 | 1 | 0 | 0 | 0 | 0 | 1 | — | E | E | E | E | E | E | E | E |
| LOAD PROGRAMMABLE FONT | LPF | 1 | 1 | 1 | 0 | 0 | 0 | 1 | $CD_2$ | — | $b_7$ | — | — | $KA_3$ | $KA_2$ | $KA_1$ | $KA_0$ |
| LOAD ALPHANUMERIC CHAR. | LAC | 1 | 1 | 1 | 0 | 0 | 0 | 1 | $CD_1$ | $C_0$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
| SELECT MINOR CHANNEL | SMN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | $C_0$ | $W_0$ | — | $S_4$ | $S_3$ | $S_2$ | $S_1$ | $S_0$ |
| MASK MINOR CHANNEL | MMN | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | $C_0$ | $W_0$ | $S_5$ | $S_4$ | $S_3$ | $S_2$ | $S_1$ | $S_0$ |
| EDIT | EPT | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | — | — | ND | RL | RR | 1/2 | CLR | UP/DOWN |
| EXECUTE CONIC | EXC | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | — | — | $N_3$ | $N_2$ | $N_1$ | $N_0$ | + | — |
| KEYBOARD TRANSMIT STATUS | KTS | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | — | — | — | X | — | RR | $TK_1$ | $TK_0$ |
| CURSOR MOVEMENT | CUR | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | — | — | $Y_1$ | $Y_0$ | X | + | + | + |
| TRANSMIT SELECTED CHANNEL | TSC | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | — | — | — | — | — | — | — | — |
| END TRANSMISSION CODE | EOT | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | — | — | — | — | $PS_3$ | $PS_2$ | $PS_1$ | $PS_0$ |
| START OF MESSAGE CODE | SOM | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | — | — | — | — | $PS_3$ | $PS_2$ | $PS_1$ | $PS_0$ |

— Indicates "don't care" bit

AX209959

# APPENDIX H

## EXTENDED INSTRUCTION SET SUMMARY

Extended Instruction Set (cont.)

| | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Cursor Control — VCC | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | - | - | - | $N_3$ | $N_2$ | $N_1$ | $N_0$ | U/D |
| Write Pixel Value — WPX | 1 | 1 | 0 | 0 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | - |
| Pixel Value — Data | $P_{15}$ | | | | | | | | | | | | | | | $P_0$ |
| Write Pixel Foreground — WPXF | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | - | - | - | - | - | - | - | - |
| Write Pixel Background — WPXB | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | - | - | - | - | - | - | - | - |
| Extended Block Transfer — XBXM | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | $WH_7$ | | | | | | | $WH_0$ |
| Low Bytes XBXM — Data | $WL_{15}$ | | | | | | | | | | | | | | | $WL_0$ |
| Extended Edit — XEDT | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | - | - | ND | RL | RR | - | - | U/D |
| ZOOM — ZOOM | 1 | 1 | 0 | 0 | 1 | 1 | 0 | - | - | - | - | - | - | - | - | - |
| FILL — FILL | 1 | 1 | 0 | 0 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | - |
| COPY — COPY | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | - | - | - | - | - | - | $T_1$ | $T_0$ |
| Pixel Value #1 — Data | $D_{15}$ | | | | | | | | | | | | | | | $D_0$ |
| Pixel Value #2 (optional) — Data | $D_{15}$ | | | | | | | | | | | | | | | $D_0$ |
| Load Pixel Register Foreground — LPXF | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | - | - | - | - | - | - | - | $P_0$ |
| Pixel Value — Data | $P_{15}$ | | | | | | | | | | | | | | | $P_0$ |
| Load Pixel Register Background — LPXB | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | - | - | - | - | - | - | - | $P_0$ |
| Pixel Value — Data | $P_{15}$ | | | | | | | | | | | | | | | $P_0$ |

AX209960

H-1

## Extended Instruction Set

| Mnemonic | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XSMC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | – | – | – | – | – | – | – | – | – | Extended Select Major Channel |
| Data | $C_{15}$ | → | | | | | | | | | | | | | → | $C_0$ | Channel Bit Map |
| XMMC | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | – | – | – | – | – | – | – | – | Extended Mask Major Channel |
| Data | $C_{15}$ | → | | | | | | | | | | | | | → | $C_0$ | Channel Bit Map |
| LLU4 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | – | CW | SE | $S_4$ | $S_3$ | $S_2$ | $S_1$ | $T_1$ | $T_0$ | Load Look Up Table – 4 |
| Data | $A_0$ | → | | | | | | $A_1$ | $B_2$ | $B_1$ | $G_3$ | $G_2$ | $G_1$ | $R_3$ | $R_2$ | $R_1$ | Address and Color Value |
| RLU4 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | – | CW | SE | – | – | – | $T_2$ | $T_2$ | $T_1$ | Read Look Up Table – 4 |
| Data | $A_0$ | → | | | | | | $A_1$ | | | | | | | | | Table Address |
| XLLU4 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | $N_7$ | $S_4$ | $S_3$ | $S_1$ | $S_1$ | $T_3$ | $T_2$ | $T_1$ | Extended Load Look Up Table – 4 |
| Data | $A_8$ | → | | | | | | $A_1$ | $N_7$ | | | | | | | $N_0$ | Address and Word Count |
| Data | – | – | – | – | – | – | – | – | $C_7$ | | | | | | | $C_0$ | N Words Color Value |
| XRLU4 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | $N_7$ | $S_4$ | $S_3$ | $S_2$ | $S_1$ | $T_3$ | $T_1$ | $T_0$ | Extended Read Look Up Table – 4 |
| Data | $A_7$ | → | | | | | | $A_0$ | $N_7$ | | | | | | | $N_0$ | Address and Word Count |
| XTCO | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | – | $PS_3$ | $PS_2$ | $PS_1$ | $PS_0$ | Extended Cursor Position Readback |
| XTSC | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | – | – | – | – | – | – | Extended Memory Data Readback |
| TPX | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | – | – | – | – | – | – | – | Transmit Picture Elements |

AX209961

## Extended Instruction Set (cont)

| | | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Load Cache Buffer | LCB | 1 | 1 | 0 | 0 | – | – | – | 0 | – | – | – | – | – | – | – | – |
| Address | Data | A15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | A0 |
| Device Select | Data | – | – | – | – | – | – | – | – | – | – | – | DS3 | DS2 | DS1 | DS0 | |
| Word Count | Data | WC15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | WC0 |
| N-1 Words Data | Data | D15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | D0 |
| End of Field | Data | | | | | | | FC00 hex or C0 hex | | | | | | | | | | |
| Read Cache Buffer | RCB | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | – | – | – | – | – | – | – | – |
| Start Address | Data | A15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | A0 |
| Device Select | Data | – | – | – | – | – | – | – | – | – | – | DS3 | DS2 | DS1 | DS0 | | |
| Word Count | Data | WC15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | WC0 |
| Execute Cache Buffer | XCB | 1 | 1 | 1 | 0 | 0 | 0 | – | – | – | – | – | – | – | – | W/D | – |
| Start Address | Data | A15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | A0 |
| Device Select | Data | – | – | – | – | – | – | – | – | – | – | DS3 | DS2 | DS1 | DS0 | | |
| Execute Keyboard Buffer | XKB | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | – | – | – | DS3 | DS2 | DS1 | DS0 | – |
| Start Address | Data | A15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | A0 |
| Select Device | SDEV | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | ID7 | ID6 | ← | – | – | – | → | ID0 |
| Word Count | Data | WC15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | WC0 |
| Device Specific Data-N Words | Data | D15 | ← | – | – | – | – | – | – | – | – | – | – | – | – | → | D0 |

**AX209962**

# APPENDIX I

## INSTRUCTION SET IN NUMERICAL ORDER

| HEX | OCTAL | MNEMONIC | NAME |
|---|---|---|---|
| 0XXX | 00XXXX | NOP | NO-OP |
| 1XXX | 01XXXX | SMC | Select Major Channel |
| 2XXX | 02XXXX | MMC | Mask Major Channel |
| 3XXX | 03XXXX | ACA | Adjustable Cursor Advance |
| 40XX | 040XXX | MCW | Mode Control Word |
| 48XX | 044XXX | BXM | Block  Transfer Mode |
| ↓ | ↓ | | |
| 4FXX | 047XXX | | |
| 50XX | 050XXX | LRL | Load Rectangular Limit Left |
| ↓ | ↓ | | |
| 53XX | 051XXX | | |
| 54XX | 052XXX | LCLL | Load Conic Limit Left |
| ↓ | ↓ | | |
| 57XX | 053XXX | | |
| 58XX | 054XXX | LRR | Load Rectangular Limit Right |
| ↓ | ↓ | | |
| 5BXX | 055XXX | | |
| 5CXX | 056XXX | LCLR | Load Conic Limit Right |
| ↓ | ↓ | | |
| 5FXX | 057XXX | | |
| 60XX | 060XXX | LRT | Load Rectangular Limit Top |
| ↓ | ↓ | | |
| 63XX | 061XXX | | |
| 64XX | 062XXX | LCLT | Load Conic Limit Top |
| ↓ | ↓ | | |
| 67XX | 063XXX | | |
| 68XX | 064XXX | LRB | Load Rectangular Limit Bottom |
| ↓ | ↓ | | |
| 6BXX | 065XXX | | |

**AX209963**

I-1

| HEX | OCTAL | MNEMONIC | NAME |
|------|--------|----------|------|
| 6CXX<br>↓<br>6FXX | 066XXX<br>↓<br>067XXX | LCLB | Load Conic Limit Bottom |
| 70XX<br>↓<br>73XX | 070XXX<br>↓<br>071XXX | LCX | Load Cursor X (absolute) |
| 74XX<br>77XX | 072XXX<br>073XXX | LCX | Load Cursor X (relative) |
| 78XX<br>↓<br>7BXX | 074XXX<br>↓<br>075XXX | LCY | Load Cursor Y (absolute) |
| 7CXX<br>↓<br>7FXX | 076XXX<br>↓<br>077XXX | LCY | Load Cursor Y (relative) |
| 80XX<br>↓<br>83XX | 100XXX<br>↓<br>101XXX | LIX | Load Index X Register |
| 84XX<br>↓<br>87XX | 102XXX<br>↓<br>103XXX | LIY | Load Index Y Register |
| 88XX<br>↓<br>8BXX | 104XXX<br>↓<br>105XXX | LGE | Load Graphic Elements |
| 8CXX | 106XXX | TCO | Cursor Position Readback |
| 94XX | 112 XXX | LPF | Load Programmable Font |
| 98XX<br>↓<br>9AXX | 114XXX<br>↓<br>115XXX | LAC | Load Alphanumeric Character |
| A0XX<br>↓<br>A1XX | 120XXX<br>↓ | SMN | Select Minor Channel |
| A2XX<br>↓<br>A3XX<br>A4XX<br>↓ | 121XXX<br>↓<br>122XXX<br>↓ | MMN | Mask Minor Channels |

**AX209964**

I-2

| HEX | OCTAL | MNEMONIC | NAME |
|---|---|---|---|
| A5XX | ↓ | | |
| A6XX | 123XXX | EDT | Edit (Clear/Scroll) |
| A7XX | ↓ | | |
| A8XX | 124XXX | EXC | Execute Conic |
| A9XX | ↓ | | |
| AAXX | 125XXX | | |
| ↓ | | | |
| ABXX | ↓ | | |
| ACXX | 126XXX | LLU4 | Load Lookup Table 4 |
| AEXX | 127XXX | RLU4 | Read Lookup Table 4 |
| B0XX | 130XXX | KTS | Keyboard Transmit Status |
| B4XX | 132XXX | CUR | Cursor Movement |
| B5XX | ↓ | | |
| B6XX | 133XXX | TSC | Memory Data Readback |
| C0XX | 140XXX | XSMC | Extended Select Major Channel |
| C1XX | 1404XX | XMMC | Extended Mask Major Channel |
| C3XX | 1414XX | XEDT | Extended Edit |
| C4XX | 142XXX | XBXM | Extended Block Transfer Mode |
| C6XX | 1424XX | LPXF | Load Foreground Pixel Value |
| C6XX | 1430XX | LPXB | Load Background Pixel Value |
| C7XX | 1434XX | WPX | Write Pixel Value |
| C8XX | 1440XX | WPXF | Write Foreground Pixel Value |
| C9XX | 1444XX | WPXB | Write Background Pixel Value |
| CAXX | 1450XX | TPX | Transmit Picture Elements |
| CBXX | 1454XX | XLLU4 | Extended Load Lookup Table 4 |
| CCXX | 146XXX | XRLU4 | Extended Read Lookup Table 4 |
| CDXX | 1464XXX | XTCO | Extended Cursor Position Read-back |
| CEXX | 1470XX | XTSC | Extended Memory Data Readback |
| CFXX | 1474XX | SDEV | Select Device |
| D1XX | 1504XX | VCC | Visible Cursor Control |
| D4XX | 1520XX | COPY | Copy |
| D5XX | 1524XX | XKB | Execute Keyboard Buffer |
| E4XX | 162XXX | LCB | Load Cache Buffer |
| E6XX | 1630XX | ZOOM | Zoom |
| E7XX | 1634XX | FILL | Fill |

**AX209965**

I-3

| HEX | OCTAL | MNEMONIC | NAME |
|------|--------|----------|------|
| E8XX | 1640XX | RCB | Read Cache Buffer |
| ECXX | 166XXX | SOM | Start of Message |
| FXXX | 170XXX | XCB | Execute Cache Buffer |
| FCXX | 176XXX | EOT | End of Transmission |

**AX209966**

I-4

# INDEX A - 5216 STANDARD FIRMWARE
## FUNCTION KEYS

| Name | Page No. |
|------|----------|
| 5 x 7 | 17-9 |
| 7 x 9 | 17-9 |
| 10 x 14 | 17-9 |
| ADD | 17-2 |
| ALPHA KEYBOARD | 17-1 |
| BACKGROUND (BKGD) | 17-2 |
| BACKGROUND PIXEL (B/PIXL) | 17-3 |
| BUFFER - XMIT | 17-4 |
| CENTER | 17-4 |
| CIRCLE | 17-4 |
| CLEAR | 17-4 |
| CLEAR TO 1's (CRL 1) | 17-4 |
| CLEAR CONIC LIMITS (CCL) | 17-4 |
| CLEAR RECTANGULAR LIMITS (CRL) | 17-4 |
| COPY | 17-5 |
| CURSOR - XMIT | 17-7 |
| DC POWER | 17-7 |
| DESTRUCTIVE (DEST) | 17-7 |
| EAROM | 17-7 |
| EXECUTE CACHE BUFFER (XCB) | 17-8 |
| EXECUTE KEYBOARD BUFFER (XKB) | 17-8 |
| FAST MODE | 17-9 |
| FILL | 17-9 |
| FONT SELECT | 17-9 |
| FOREGROUND PIXEL (F/PIXL) | 17-10 |
| GRAPHIC KEYBOARD | 17-1 |
| KEYBOARD (KYBD) | 17-10 |
| LEFT TOP CONIC (LTC) | 17-11 |
| LEFT TOP RECTANGLE (LTR) | 17-13 |

| Name | Page No |
|------|---------|
| LINE - XMIT | 17-13 |
| LOAD COLOR TABLE | 17-13 |
| LOAD INDEX | 17-15 |
| LOAD KEYBOARD BUFFER (LKB) | 17-15 |
| LUT #1 | 17-16 |
| LUT #2 | 17-16 |
| MEMORY | 17-16 |
| MODE | 17-17 |
| MOVE GRAPHIC (MOVE G) | 17-18 |
| NON-DESTRUCTIVE (N-DEST) | 17-18 |
| NOR (NORMAL) | 17-2 |
| PALLET | 17-18 |
| PIXEL | 17-18 |
| PROGRAMMABLE FONT (PROG) | 17-1 |
| REPL (REPLACE) | 17-1 |
| REV (REVERSE) | 17-2 |
| RIGHT BOTTOM CONIC (RBC) | 17-2 |
| RIGHT BOTTOM RECTANGLE (RBR) | 17-2 |
| ROLL- LEFT/RIGHT | 17-2 |
| SCREEN- XMIT | 17-2 |
| SCROLL- UP/DOWN | 17-2 |
| SELECT CHANNELS (SEL CH) | 17-2 |
| SPECIAL SYMBOLS | 17-2 |
| TERMINATE KEYBOARD BUFFER (TKB) | 17- |
| VECTOR | 17- |
| VERTICAL REPEAT (VERT RPT) | 17- |
| WORD | 17- |
| WRITE GRAPHIC (WRIT G) | 17- |
| XMIT | 17- |
| ZOOM | 17- |

**AX209967**

# INDEX B - 5216 STANDARD FIRMWARE
## MNEMONICS

| Name | Page No. | Name | Page No. |
|------|----------|------|----------|
| ACA................... | 5-2 | LPF...................... | 6-3 |
| ADD................... | 17-2 | LPXF.................... | 10-1 |
| ALIST................. | 14-8 | LPXB.................... | 10-2 |
| BKGD.................. | 17-2 | LRB..................... | 3-1 |
| B/PIXEL............... | 17-3 | LRL..................... | 3-1 |
| BXM................... | 8-1 | LRR..................... | 3-1 |
| CCL................... | 17-4 | LRT..................... | 3-1 |
| CRL................... | 17-4 | LTC..................... | 17-11 |
| CUR................... | 5-4 | LTR..................... | 17-13 |
| DEST.................. | 17-7 | MCW..................... | 4-1 |
| EDT................... | 9-1 | MMC..................... | 11-3 |
| EOT................... | 13-6 | MMN..................... | 11-3 |
| ERC................... | 16-1 | MOVE G.................. | 17-18 |
| EXC................... | 7-3 | N-DEST.................. | 17-18 |
| F/PIXL................ | 17-10 | NOR (NORMAL)............ | 17-2 |
| INCCTR................ | 14-6 | POPLST.................. | 14-7 |
| JMPL.................. | 14-7 | PSHLST.................. | 14-7 |
| JMPNEG................ | 14-7 | RBC..................... | 17-20 |
| JMPPOS................ | 14-6 | RBR..................... | 17-20 |
| JMPZ.................. | 14-6 | RCB..................... | 14-4 |
| KTS................... | 13-4 | REV (REVERSE)........... | 17-2 |
| KYBD.................. | 17-10 | SDEV.................... | 15-1 |
| LAC................... | 6-2 | SEL CH.................. | 17-21 |
| LCB................... | 14-1 | SETCTR.................. | 14-6 |
| LCLB.................. | 7-4 | SMC..................... | 11-2 |
| LCLL.................. | 7-4 | SMN..................... | 11-2 |
| LCLR.................. | 7-4 | STEXT................... | 7-6 |
| LCLT.................. | 7-4 | TCO..................... | 13-1 |
| LGE................... | 7-2 | TKB..................... | 17-22 |
| LIX................... | 5-5 | TPX..................... | 13-3 |
| LIY................... | 5-5 | TSC..................... | 13-3 |
| LKB................... | 17-15 | VCC..................... | 5-5 |
| LOOP.................. | 14-6 | VERT RPT................ | 17-23 |

AX209968

| Name | Page No. |
|------|----------|
| WRIT G | 17-23 |
| WPX | 7-1 |
| WPXB | 7-2 |
| WPXF | 7-2 |
| XKB | 17-8 |
| XEDT | 9-3 |
| XMIT | 17-24 |
| XMMC | 11-4 |
| XSMC | 11-4 |
| XTCO | 13-2 |
| XTSC | 13-3 |
| ZOOM | 17-24 |

AX209969