# EXHIBIT 18



COSTAR INCORPORATED
10080 N. Wolfe Rd. SW3-175
Cupertino, CA 95014
(408) 446-9339

# Microcomputer Components

**Zilog**

## Data Book

February 1980

AX205563



AX205564

# Microcomputer Components Data Book

AX205565

# Innovation and Integration

At Zilog two words define our competitive edge in the marketplace: innovation and integration.

At Zilog "integration" means more than designing an ever-greater number of functions into a chip of silicon. Instead, Zilog focuses on the integration of technologies. LSI design technologies are enhanced by experience in computer-based system technologies, such as system architecture and system design.

Zilog offers microcomputers to the user in every form: from components and development systems to OEM board-level products and general-purpose microcomputer systems.

This data book describes Zilog's microprocessor components, the basic foundation for other microcomputer products. Zilog's components product line includes the midrange, 8-bit Z80® microprocessor and its family of peripherals, the low-end 8-bit Z8™ single-chip microcomputer, and the high-end 16-bit Z8000™ microprocessor with its family of peripherals.

AX205566

# Table of Contents

**Z-80 Family**.................................................1-1    **1**
Z-80 CPU....................................................1-5
Z-80 PIO....................................................1-7
Z-80 CTC....................................................1-9
Z-80 SIO....................................................1-21
Z-80 SIO/9..................................................1-37
Z-80 DART...................................................1-39
Z-80 DMA....................................................1-51
Z-UPC/U.....................................................1-69
Z-CIO/U.....................................................1-71
Z-FIO.......................................................1-73

**Z8000 Family**..............................................2-1    **2**
Z8001/Z8002 CPU.............................................2-5
Advanced Architectural Features of the Z8000 CPU............2-29
The Zilog Z-Bus.............................................2-43
Z8010 MMU...................................................2-59
An Introduction to the Z8010 MMU............................2-75
Z8 MCU......................................................2-95
Z8034 UPC...................................................2-113
Z8030 SCC...................................................2-115
Z8036 CIO...................................................2-117
Z8038 FIO...................................................2-119
Z8060 FIFO..................................................2-121

**Memories**..................................................3-1    **3**
Z6115 8K x 1 Dynamic RAM....................................3-3
Z6116 16K x 1 Dynamic RAM...................................3-13
Z6132 4K x 8 Quasi-Static RAM...............................3-23

**Package Dimensions**........................................4-1    **4**

**Sales Offices**.............................................5-1    **5**

AX205567

**Z-80 Family**

# Zilog

AX205568

# Zilog Z-80 Family



## New Peripheral Controllers Fit General-purpose Bus

**1**

February 1980

Three new peripheral controllers give fresh life to existing microprocessor applications while greatly broadening the application horizon of the Zilog Family of microprocessor components. These peripherals are evidence of Zilog's commitment to ongoing enhancement and support of the Z-80 Family.

The design philosophy of all Z-80 Family members is to help engineers design microcomputer systems with fewer components that have more functions per chip. The Z-80 CPU offers many more features and functions than its main competitor. All Zilog peripheral controllers are specialized

processors dedicated to providing functions that previously required a much larger amount of less-integrated circuitry or a great deal of software overhead.

Each extensively programmable peripheral contributes to unburdening the CPU and increasing system throughput. All Z-80 Family members and Universal Bus Peripherals can operate in interrupt-driven or polled environments. A daisy-chained interrupt structure prioritizes peripheral interrupts to the CPU, saving an external interrupt controller.

Chip count is further reduced both by multiple channels and extensively programmable

capabilities. The CPU addresses peripherals using a common I/O command structure that tailors each peripheral to the precise configuration required by the application.

The Z-80 CPU Central Processing Unit has rapidly established itself as the most sophisticated, most powerful and most versatile 8-bit microprocessor. Although source-code compatible with the 8080A microprocessor, the Z-80 CPU offers many more instructions (158 vs 78) and numerous other features that simplify hardware requirements and reduce programming effort while increasing throughput.



AX205569

The dual-register set of the Z-80 CPU allows high-speed context switching and more efficient interrupt processing. Two index registers give additional memory addressing flexibility and simplify the programming task. Interfacing to dynamic memory is simplified by on-chip programmable refresh logic. Block move plus string- and bit-manipulation instructions reduce programming effort, program size and execution time.

**The Traditional System.** The four traditional microcomputer-system functions—parallel I/O, serial I/O, counting/timing and direct memory access—are handled by the established Z-80 Family peripherals Z-80 PIO, Z-80 SIO, Z-80 DART, Z-80 CTC and Z-80 DMA.

Easily programmed, the dual-channel Z-80 PIO Parallel Input/Output Controller offers two 8-bit I/O ports with individual handshake and pattern-recognition logic. Both ports operate in either byte or bit modes. In addition, interrupts can be programmed for peripheral status conditions and eight outputs are capable of driving Darlington transistors.

All common data communications protocols, asynchronous as well as synchronous, are remarkably well handled by the Z-80 SIO Serial Input/Output Controller. This dual-channel receiver/transmitter also offers on-chip parity and CRC generation/check-ing, FIFO buffering, as well as flag and frame detection/generation logic.

Asynchronous-only applications are equally well handled by the Z-80 DART Dual Asynchronous Receiver/Transmitter. This cost-effective device offers all Z-80 SIO asynchronous-mode features in two channels.

Timing and event-counting functions are the forte of the Z-80 CTC Counter/Timer Controller. Its four counters all have individually programmable prescalers. Three counter outputs can drive Darlington transistors. The CTC is a convenient source of programmable clock rates for the SIO.

Data can be transferred directly between any two ports (I/O and memory, typically) with the

The DMA transfers, searches or search/transfers data in byte-at-a-time, burst or continuous modes. This device can achieve an impressive 2M bytes per second data rate in the search mode.

**Three New Members.** The popular, well established Z-80 Family of peripherals is complemented by three new controllers[*]. The Z-CIO/U, Z-UPC/U and Z-FIO feature sophisticated counting/timing and parallel I/O on one chip, off-line CPU processing and asynchronous I/O interfacing.

Although they function smoothly in most Z-80 systems, these controllers are not dedicated to the Z-80 bus. Instead, they fit a general-purpose bus that allows them to be incorporated into most 8-bit microprocessor systems.

In addition to its three independent 16-bit counters, the Z-CIO/U Counter and Input/Output Controller offers two 8-bit bidirectional I/O ports plus a special-purpose 4-bit port. Its four handshake modes include IEEE-488. Furthermore, the CIO pattern recognition logic doubles as a 16-input interrupt controller.

Z-UPC/U Universal Peripheral Controller solves general-purpose control and data-manipulation problems. This complete microcomputer-on-a-chip executes the same friendly, capable instruction set as the Z8 MCU Microcomputer. The UPC also offers 2K of on-chip ROM, three I/O ports and two programmable 8-bit counter/timers with 6-bit prescalers.

Bits and pieces of asynchronous parallel-processing systems are interconnected with the Z-FIO FIFO Input/Output Interface Unit. This surprisingly flexible device can interface any major microprocessor and most peripherals to a system bus.

The Zilog 8-bit Microprocessor Family is the most popular microcomputer-component family in the world. Now you know why.

**AX205570**

[*]Available in the summer of 1980.



**1**

**Features**
- Transfers, searches and search/transfers in Byte-at-a-Time, Burst or Continuous modes. Cycle length and edge timing can be programmed to match the speed of any port.
- Dual port addresses (source and destination) generated for memory-to-I/O, memory-to-memory, or I/O-to-I/O operations. Addresses may be fixed or automatically incremented/decremented.
- Next-operation loading without disturbing current operations via buffered starting-address registers. An entire previous sequence can be repeated automatically.
- Extensive programmability of functions. CPU can read complete channel status.
- Standard Z-80 Family bus-request and prioritized interrupt-request daisy chains implemented without external logic. Sophisticated, internally modifiable interrupt vectoring.
- Direct interfacing to system buses without external logic.

**General Description**

The Z-80 DMA (Direct Memory Access) is a powerful and versatile device for controlling and processing transfers of data. Its basic function of managing CPU-independent transfers between two ports is augmented by an array of features that optimize transfer speed and control with little or no external logic in systems using an 8- or 16-bit data bus and a 16-bit address bus.

Transfers can be done between any two ports (source and destination), including memory-to-I/O, memory-to-memory, and I/O-to-I/O. Dual port addresses are automatically generated for each transaction and may be either fixed or incrementing/decrementing. In addition, bit-maskable byte searches can be performed either concurrently with transfers or as an operation in itself.





**AX205571**

Figure 1. Pin Functions

Figure 2. Pin Assignments

**General Description (Continued)**

The Z-80 DMA contains direct interfacing to and independent control of system buses, as well as sophisticated bus and interrupt controls. Many programmable features, including variable cycle timing and auto-restart, minimize CPU software overhead. They are especially useful in adapting this special-purpose transfer processor to a broad variety of memory, I/O and CPU environments.

The Z-80 DMA is an n-channel silicon-gate depletion-load device packaged in a 40-pin plastic or ceramic DIP. It uses a single +5 V power supply and the standard Z-80 Family single-phase clock.

**Functional Description**

**Classes of Operation.** The Z-80 DMA has three basic classes of operation:

■ Transfers of data between two ports (memory or I/O peripheral)

■ Searches for a particular 8-bit maskable byte at a single port in memory or an I/O peripheral

■ Combined transfers with simultaneous search between two ports

Figure 4 illustrates the basic functions served by these classes of operation.

During a transfer, the DMA assumes control of the system address and data buses. Data is read from one addressable port and written to the other addressable port, byte by byte. The ports may be programmed to be either system main memory or peripheral I/O devices. Thus, a block of data may be written from one peripheral to another, from one area of main memory to another, or from a peripheral to main memory and vice versa.

During a search-only operation, data is read from the source port and compared byte by byte with a DMA-internal register containing a programmable match byte. This match byte may optionally be masked so that only certain bits within the match byte are compared. Search rates up to 1.25M bytes per second can be obtained with the 2.5 MHz Z-80 DMA or 2M bytes per second with the 4 MHz Z-80A DMA.

In combined searches and transfers, data is transferred between two ports while simultaneously searching for a bit-maskable byte match.

Data transfers or searches can be programmed to stop or interrupt under various conditions. In addition, CPU-readable status bits can be programmed to reflect the condition.

**Modes of Operation.** The Z-80 DMA can be programmed to operate in one of three transfer and/or search modes:

■ *Byte-at-a-Time:* data operations are performed one byte at a time. Between each byte operation the system buses are released to the CPU. The buses are requested again for each succeeding byte operation.

■ *Burst:* data operations continue until a port's Ready line to the DMA goes inactive. The DMA then stops and releases the system buses after completing its current byte operation.

■ *Continuous:* data operations continue until the end of the programmed block of data is reached before the system buses are released. If a port's Ready line goes inactive before this occurs, the DMA simply pauses until the Ready line comes active again.

**AX205572**



Figure 3. Typical Z-80 Environment



1. Search memory
2. Transfer memory-to-memory (optional search)
3. Transfer memory-to-I/O (optional search)
4. Search I/O
5. Transfer I/O-to-I/O (optional search)

Figure 4. Basic Functions of the Z-80 DMA

**Functional
Description
(Continued)**

In all modes, once a byte of data is read into the DMA, the operation on the byte will be completed in an orderly fashion, regardless of the state of other signals (including a port's Ready line).

Due to the DMA's high-speed buffered method of reading data, operations on one byte are not completed until the next byte is read in. This means that total transfer or search block lengths must be two or more bytes, and that block lengths programmed into the DMA must be one byte less than the desired block length (count is N-1 where N is the block length).

**Commands and Status.** The Z-80 DMA has several writable control registers and readable status registers available to the CPU. Control bytes can be written to the DMA whenever the DMA is not controlling the system buses, but the act of writing a control byte to the DMA disables the DMA until it is again enabled by a specific command. Status bytes can also be read at any such time, but writing the Read Status Byte command or the Initiate Read Sequence command disables the DMA.

Control bytes to the DMA include those which effect immediate command actions such as enable, disable, reset, load starting-address buffers, continue, clear counters, clear status bits and the like. In addition, many mode-setting control bytes can be written, including mode and class of operation, port configuration, starting addresses, block length, address counting rule, match and match-mask byte, interrupt conditions, interrupt vector, status-affects-vector condition, pulse counting, auto restart, Ready-line and Wait-line rules, and read mask.

Readable status registers include a general status byte reflecting Ready-line, end-of-block, byte-match and interrupt conditions, as well as 2-byte registers for the current byte count, Port A address and Port B address.

**Variable Cycle.** The Z-80 DMA has the unique feature of programmable operation-cycle length. This is valuable in tailoring the DMA to the particular requirements of other system components (fast or slow) and max-imizes the data-transfer rate. It also eliminates external logic for signal conditioning.

There are two aspects to the variable cycle feature. First, the entire read and write cycles (periods) associated with the source and destination ports can be independently pro-grammed as 2, 3 or 4 T-cycles long (more if Wait cycles are used), thereby increasing or decreasing the speed with which all DMA signals change (Figure 5).

Second, the four signals in each port specifically associated with transfers of data (I/O Request, Memory Request, Read and Write) can each have its active trailing edge terminated one-half T-cycle early. This adds a further dimension of flexibility and speed, allowing such things as shorter-than-normal Read or Write signals that go inactive before data starts to change.

**Address Generation.** Two 16-bit addresses are generated by the Z-80 DMA for every transfer operation, one address for the source port and another for the destination port. Each address can be either variable or fixed. Variable addresses can increment or decrement from the programmed starting address. The fixed-address capability eliminates the need for separate enabling wires to I/O ports.

Port addresses are multiplexed onto the system address bus, depending on whether the DMA is reading the source port or writing to the destination port. Two readable address counters (2 bytes each) keep the current address of each port.

**Auto Restart.** The starting addresses of either port can be reloaded automatically at the end of a block. This option is selected by the Auto Restart control bit. The byte counter is cleared when the addresses are reloaded.

The Auto Restart feature relieves the CPU of software overhead for repetitive operations such as CRT refresh and many others. More-over, when the CPU has access to the buses during byte-at-a-time or burst transfers, dif-ferent starting addresses can be written into buffer registers during transfers, causing the Auto Restart to begin at a new location.

**Interrupts.** The Z-80 DMA can be programmed to interrupt the CPU on four conditions:

■ Interrupt on Ready (before requesting bus)

■ Interrupt on Match

■ Interrupt on End of Block



**Figure 5. Variable Cycle Length**

**AX205573**

**1**

**Functional Description (Continued)**

Any of these interrupts cause an interrupt-pending status bit to be set, and each of them can optionally alter the DMA's interrupt vector. Due to the buffered constraint mentioned under "Modes of Operation," interrupts on Match at End of Block are caused by matches to the byte just prior to the last byte in the block.

The DMA shares the Z-80 Family's elaborate interrupt scheme, which provides fast interrupt service in real-time applications. In a Z-80 CPU environment, the DMA passes its internally modifiable 8-bit interrupt vector to the CPU, which adds an additional eight bits to form the memory address of the interrupt-routine table. This table contains the address of the beginning of the interrupt routine itself.

In this process, CPU control is transferred directly to the interrupt routine, so that the next instruction executed after an interrupt acknowledge is the first instruction of the interrupt routine itself.

**Pulse Generation.** External devices can keep track of how many bytes have been transferred by using the DMA's pulse output, which provides a signal at 256-byte intervals. The interval sequence may be offset at the beginning by 1 to 255 bytes.

The Interrupt line outputs the pulse signal in a manner that prevents misinterpretation by the CPU as an interrupt request, since it only appears when the Bus Request and Bus Acknowledge lines are both active.

**Pin Description**

$A_0-A_{15}$. *System Address Bus* (output, 3-state). Addresses generated by the DMA are sent to both source and destination ports (main memory or I/O peripherals) on these lines.

$\overline{BAI}$. *Bus Acknowledge In* (input, active Low). Signals that the system buses have been released for DMA control. In multiple-DMA configurations, the $\overline{BAI}$ pin of the highest priority DMA is normally connected to the Bus Acknowledge pin of the CPU. Lower-priority DMAs have their $\overline{BAI}$ connected to the $\overline{BAO}$ of a higher-priority DMA.

$\overline{BAO}$. *Bus Acknowledge Out* (output, active Low). In a multiple-DMA configuration, this pin signals that no other higher-priority DMA has requested the system buses. $\overline{BAI}$ and $\overline{BAO}$ form a daisy chain for multiple-DMA priority resolution over bus control.

$\overline{BUSRQ}$. *Bus Request* (bidirectional, active Low, open drain). As an output, it sends requests for control of the system address bus, data bus and control bus to the CPU. As an input when multiple DMAs are strung together in a priority daisy chain via $\overline{BAI}$ and $\overline{BAO}$, it senses when another DMA has requested the buses and causes this DMA to refrain from bus requesting until the other DMA is finished. Because it is a bidirectional pin, there cannot be any buffers between this DMA and any other DMA. It can, however, have a buffer between it and the CPU because it is unidirectional into the CPU. A pull-up resistor is connected to this pin.

$\overline{CE}/\overline{WAIT}$. *Chip Enable and Wait* (input, active Low). Normally this functions only as a $\overline{CE}$ line, but it can also be programmed to serve a $\overline{WAIT}$ function. As a $\overline{CE}$ line from the

CPU, it becomes active when $\overline{WR}$ and $\overline{IORQ}$ are active and the I/O port address on the system address bus is the DMA's address, thereby allowing a transfer of control or command bytes from the CPU to the DMA. As a $\overline{WAIT}$ line from memory or I/O devices, after the DMA has received a bus-request acknowledge from the CPU, it causes wait states to be inserted in the DMA's operation cycles thereby slowing the DMA to a speed that matches the memory or I/O device.

**CLK.** *System Clock* (input). Standard Z-80 single-phase clock at 2.5 MHz (Z-80 DMA) or 4.0 MHz (Z-80A DMA). For slower system clocks, a TTL gate with a large pullup resistor may be adequate to meet the timing and voltage level specification. For higher-speed systems, use a clock driver with an active pullup to meet the $V_{IH}$ specification and risetime requirements.

$D_0-D_7$. *System Data Bus* (bidirectional, 3-state). Commands from the CPU, DMA status, and data from memory or I/O peripherals are transferred on these lines.

**IEI.** *Interrupt Enable In* (input, active High). This is used with IEO to form a priority daisy chain when there is more than one interrupt-driven device. A High on this line indicates that no other device of higher priority is being serviced by a CPU interrupt service routine.

**IEO.** *Interrupt Enable Out* (output, active High). IEO is High only if IEI is High and the CPU is not servicing an interrupt from this DMA. Thus, this signal blocks lower-priority devices from interrupting while a higher-priority device is being serviced by its CPU interrupt service routine.

**AX205574**

**Pin Description (Continued)**

$\overline{INT}/\overline{PULSE}$. *Interrupt Request* (output, active Low, open drain). This requests a CPU interrupt. The CPU acknowledges the interrupt by pulling its $\overline{IORQ}$ output Low during an $\overline{M1}$ cycle. It is typically connected to the $\overline{INT}$ pin of the CPU with a pullup resistor and tied to all other $\overline{INT}$ pins in the system. This pin can also be used to generate periodic pulses to an external device. It can be used this way only when the DMA is bus master (i.e., the CPU's $\overline{BUSRQ}$ and $\overline{BUSAK}$ lines are both Low and the CPU cannot see interrupts).

$\overline{IORQ}$. *Input/Output Request* (bidirectional, active Low, 3-state). As an input, this indicates that the lower half of the address bus holds a valid I/O port address for transfer of control or status bytes from or to the CPU, respectively; this DMA is the addressed port if its $\overline{CE}$ pin and its $\overline{WR}$ or $\overline{RD}$ pins are simultaneously active. As an output, after the DMA has taken control of the system buses, it indicates that the lower half of the address bus holds a valid port address for another I/O device involved in a DMA transfer of data. When $\overline{IORQ}$ and $\overline{M1}$ are both active simultaneously, an interrupt acknowledge is indicated.

$\overline{M1}$. *Machine Cycle One* (input, active Low). Indicates that the current CPU machine cycle is an instruction fetch. It is used by the DMA to decode the return-from-interrupt instruction (RETI) (ED-4D) sent by the CPU. During two-byte instruction fetches, $\overline{M1}$ is active as each

opcode byte is fetched. An interrupt acknowledge is indicated when both $\overline{M1}$ and $\overline{IORQ}$ are active.

$\overline{MREQ}$. *Memory Request* (output, active Low, 3-state). This indicates that the address bus holds a valid address for a memory read or write operation. After the DMA has taken control of the system buses, it indicates a DMA transfer request from or to memory.

$\overline{RD}$. *Read* (bidirectional, active Low, 3-state). As an input, this indicates that the CPU wants to read status bytes from the DMA's read registers. As an output, after the DMA has taken control of the system buses, it indicates a DMA-controlled read from a memory or I/O port address.

**RDY**. *Ready* (input, programmable active Low or High). This is monitored by the DMA to determine when a peripheral device associated with a DMA port is ready for a read or write operation. Depending on the mode of DMA operation (Byte, Burst or Continuous), the RDY line indirectly controls DMA activity by causing the $\overline{BUSRQ}$ line to go Low or High.

$\overline{WR}$. *Write* (bidirectional, active Low, 3-state). As an input, this indicates that the CPU wants to write control or command bytes to the DMA write registers. As an output, after the DMA has taken control of the system buses, it indicates a DMA-controlled write to a memory or I/O port address.

**1**

**Internal Structure**

The internal structure of the Z-80 DMA includes driver and receiver circuitry for interfacing with an 8-bit system data bus, a 16-bit system address bus, and system control lines (Figure 6). In a Z-80 CPU environment, the DMA can be tied directly to the analogous pins on the CPU (Figure 7) with no additional buffering, except for the $\overline{CE}/\overline{WAIT}$ line.

The DMA's internal data bus interfaces with the system data bus and services all internal logic and registers. Addresses generated from this logic for Ports A and B (source and destination) of the DMA's single transfer channel are multiplexed onto the system address bus.

Specialized logic circuits in the DMA are dedicated to the various functions of external bus interfacing, internal bus control, byte matching, byte counting, periodic pulse generation, CPU interrupts, bus requests, and address generation. A set of twenty-one writable control registers and seven readable status registers provides the means by which the CPU governs and monitors the activities of these logic circuits. All registers are eight bits wide, with double-byte information stored in adjacent registers. The two address counters (two bytes each) for Ports A and B are buffered by the two starting addresses.



**Figure 6. Block Diagram**

**AX205575**

**Internal Structure (Continued)**

The 21 writable control registers are organized into seven base-register groups, most of which have multiple registers. The base registers in each writable group contain both control/command bits and pointer bits that can be set to address other registers within the group. The seven readable status registers have no analogous second-level registers.

The registers are designated as follows, according to their base-register groups:

WR0-WR6 — Write Register groups 0 through 6 (7 base registers plus 14 associated registers)
RR0-RR6 — Read Registers 0 through 6

Writing to a register within a write-register group involves first writing to the base register, with the appropriate pointer bits set, then writing to one or more of the other registers within the group. All seven of the readable status registers are accessed sequentially according to a programmable mask contained in one of the writable registers. The section entitled "Programming" explains this in more detail.

A pipelining scheme is used for reading data in. The programmed block length is the number of bytes compared to the byte counter, which increments at the end of each cycle. In searches, data byte comparisons with the match byte are made during the read cycle of the next byte. Matches are, therefore, discovered only after the next byte is read in.

In multiple-DMA configurations, interrupt-request daisy chains are prioritized by the order in which their IEI and IEO lines are connected (Zilog Application Note 03-0041-01, *The Z-80 Family Program Interrupt Structure*). The system bus, however, may not be pre-empted. Any DMA that gains access to the system buses keeps them until it is finished.

| Write Registers | |
|---|---|
| WR0 | Base register byte |
| | Port A starting address (low byte) |
| | Port A starting address (high byte) |
| | Block length (low byte) |
| | Block length (high byte) |
| WR1 | Base register byte |
| | Port A variable-timing byte |
| WR2 | Base register byte |
| | Port B variable-timing byte |
| WR3 | Base register byte |
| | Mask byte |
| | Match byte |
| WR4 | Base register byte |
| | Port B starting address (low byte) |
| | Port B starting address (high byte) |
| | Interrupt control byte |
| | Pulse control byte |
| | Interrupt vector |
| WR5 | Base register byte |
| WR6 | Base register byte |
| | Read mask |

| Read Registers | |
|---|---|
| RR0 | Status byte |
| RR1 | Byte counter (low byte) |
| RR2 | Byte counter (high byte) |
| RR3 | Port A address counter (low byte) |
| RR4 | Port A address counter (high byte) |
| RR5 | Port B address counter (low byte) |
| RR6 | Port B address counter (high byte) |



**AX205576**

**Figure 7. Multiple-DMA Interconnection to the Z-80 CPU**

C8037-0131

**Programming**     The Z-80 DMA has two programmable fundamental states: (1) an enabled state, in which it can gain control of the system buses and direct the transfer of data between ports, and (2) a disabled state, in which it can initiate neither bus requests nor data transfers. When the DMA is powered up or reset by any means, it is automatically placed into the disabled state. Program commands can be written to it by the CPU in either state, but this automatically puts the DMA in the disabled state, which is maintained until an enable command is issued by the CPU. The CPU must program the DMA in advance of any data search or transfer by addressing it as an I/O port and sending a sequence of control bytes using an Output instruction (such as OTIR for the Z-80 CPU).

**Writing.** Control or command bytes are written into one or more of the Write Register groups (WR0-WR6) by first writing to the base register byte in that group. All groups have base registers and most groups have additional associated registers. The associated registers in a group are sequentially accessed by first writing a byte to the base register containing register-group identification and pointer bits (1's) to one or more of that base register's associated registers.

This is illustrated in Figure 8. In this figure, the sequence in which associated registers within a group can be written to is shown by the vertical position of the associated registers. For example, if a byte written to the DMA contains the bits that identify WR0 (bits D0, D1 and D7), and also contains 1's in the bit positions that point to the associated "Port A Starting Address (low byte)" and "Port A Starting Address (high byte)," then the next two bytes written to the DMA will be stored in these two registers, in that order.

**Reading.** The Read Registers (RR0-RR6) are read by the CPU by addressing the DMA as an I/O port using an Input instruction (such as INIR for the Z-80 CPU). The readable bytes contain DMA status, byte-counter values, and port addresses since the last DMA reset. The registers are always read in a fixed sequence beginning with RR0 and ending with RR6. However, the register read in this sequence is determined by programming the Read Mask in WR6. The sequence of reading is initialized by writing an Initiate Read Sequence or Set Read Status command to WR6. After a Reset DMA, the sequence must be initialized with the Initiate Read Sequence command or a Read Status command. The sequence of reading all registers that are not excluded by the Read Mask register must be completed before a new Initiate Read Sequence or Read Status command.

**Fixed-Address Programming.** A special circumstance arises when programming a destination port to have a fixed address. The load command in WR6 only loads a fixed address to a port selected as the source, not to a port selected as the destination. Therefore, a fixed destination address must be loaded by temporarily declaring it a fixed-source address and subsequently declaring the true source as such, thereby implicitly making the other a destination.

The following example illustrates the steps in this procedure, assuming that transfers are to occur from a variable-address source (Port A) to a fixed-address destination (Port B):

1. Temporarily declare Port B as source in WR0.

2. Load Port B address in WR6.

3. Declare Port A as source in WR0.

4. Load Port A address in WR6.

5. Enable DMA in WR6.

Figure 9 illustrates a program to transfer data from memory (Port A) to a peripheral device (Port B). In this example, the Port A memory starting address is $1050_H$ and the Port B peripheral fixed address is $05_H$. Note that the data flow is $1001_H$ bytes—one more than specified by the block length. The table of DMA commands may be stored in consecutive memory locations and transferred to the DMA with an output instruction such as the Z-80 CPU's OTIR instruction.

**1**



Read Register 0

x Rx | | x | | STATUS BYTE

1 = DMA OPERATION HAS OCCURRED
0 = READY ACTIVE

0 = INTERRUPT PENDING
0 = MATCH FOUND
0 = END OF BLOCK

Read Register 1

| | | | | | | BYTE COUNTER (LOW BYTE)

Read Register 2

| | | | | | | BYTE COUNTER (HIGH BYTE)

Read Register 3

| | | | | | | PORT A ADDRESS COUNTER (LOW BYTE)

Read Register 4

| | | | | | | PORT A ADDRESS COUNTER (HIGH BYTE)

Read Register 5

| | | | | | | PORT B ADDRESS COUNTER (LOW BYTE)

Read Register 6

| | | | | | | PORT B ADDRESS COUNTER (HIGH BYTE)

**Figure 8a. Read Registers**

AX205577

**Programming**
(Continued)





AX205578



**Figure 8b. Write Registers**

# Programming
(Continued)

**1**

| Comments | D7 | D6 | D5 | D4 | D3 | D2 | D1 | D0 | HEX |
|---|---|---|---|---|---|---|---|---|---|
| | | Block Length Upper Follows | Block Length Lower Follows | Port A Upper Address Follows | Port A Lower Address Follows | B → A Temporary for Loading B Address* | Transfer, No Search | | |
| WR0 sets DMA to receive block length, Port A starting address and temporarily sets Port B as source | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 79 |
| Port A address (lower) | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 50 |
| Port A address (upper) | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 10 |
| Block length (lower) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 00 |
| Block length (upper) | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 10 |
| WR1 defines Port A as memory with fixed incrementing address | 0 | 0 | 0 Address Changes | 1 Address Increments | 0 Port is Memory | 1 | 0 | 0 | 14 |
| WR2 defines Port B as peripheral with fixed address | 0 | 0 No Timing Follows | 1 Fixed Address | 0 | 1 Port is I/O | 0 | 1 | 0 | 28 |
| WR4 sets mode to Burst, sets DMA to expect Port B address | 1 | 1 (Burst Mode) | 0 No Auto Restart | 0 No Interrupt Control Byte Follows | 0 No Upper Address | 1 Port B Lower Address Follows | 0 | 1 | C5 |
| Port B address (lower) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 05 |
| WR5 sets Ready active High. | 1 | 0 | 0 | 0 No Wait States | 1 RDY Active High | 0 | 1 | 0 | 8A |
| WR6 loads Port B address and resets block counter.* | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | CF |
| WR0 sets Port A as source.* | 0 | 0 | 0 No Address or Block Length Bytes | 0 | 0 | 1 A → B | 0 | 1 Transfer, No Search | 05 |
| WR6 loads Port A address and resets block counter. | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | CF |
| WR6 enables DMA to start operation. | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 87 |

NOTE: The actual number of bytes transferred is one more than specified by the block length.
*These entries are necessary only in the case of a fixed destination address.

**Figure 9. Sample DMA Program**

AX205579

**Inactive State Timing (DMA as CPU Peripheral)**

In its disabled or inactive state, the DMA is addressed by the CPU as an I/O peripheral for write and read (control and status) operations. Write timing is illustrated in Figure 10.

Reading of the DMA's status byte, byte counter or port address counters is illustrated

in Figure 11. These operations require less than three T-cycles. The $\overline{CE}$, $\overline{IORQ}$ and $\overline{RD}$ lines are made active over two rising edges of CLK, and data appears on the bus approximately one T-cycle after they become active.



Figure 10. CPU-to-DMA Write Cycle



Figure 11. CPU-to-DMA Read Cycle

**Active State Timing (DMA as Bus Controller)**

**Default Read and Write Cycles.** By default, and after reset, the DMA's timing of read and write operations is exactly the same as the Z-80 CPU's timing of read and write cycles for memory and I/O peripherals, with one exception: during a read cycle, data is latched on the falling edge of $T_3$ and held on the data bus across the boundary between read and write cycles, through the end of the following write cycle.

Figure 12 illustrates the timing for memory-to-I/O port transfers and Figure 13 illustrates I/O-to-memory transfers. Memory-to-memory and I/O-to-I/O transfer timings are simply permutations of these diagrams.

The default timing uses three T-cycles for memory transactions and four T-cycles for I/O transactions, which include one automatically

inserted wait cycle between $T_2$ and $T_3$. If the $\overline{CE/WAIT}$ line is programmed to act as a $\overline{WAIT}$ line during the DMA's active state, it is sampled on the falling edge of $T_2$ for memory transactions and the falling edge of $T_W$ for I/O transactions. If $\overline{CE/WAIT}$ is Low during this time another T-cycle is added, during which the $\overline{CE/WAIT}$ line will again be sampled. The duration of transactions can thus be indefinitely extended.

**Variable Cycle and Edge Timing.** The Z-80 DMA's default operation-cycle length for the source (read) port and destination (write) port can be independently programmed. This variable-cycle feature allows read or write cycles consisting of two, three or four T-cycles (more if Wait cycles are inserted), thereby increasing or decreasing the speed of all signals generated by the DMA. In addition,

**AX205580**



Figure 12. Memory-to-I/O Transfer

C8037-0134  C8037-0135  C8037-0136

**Active State AC Characteristics**



Figure 13. I/O-to-Memory Transfer

**1**

the trailing edges of the $\overline{IORQ}$, $\overline{MREQ}$, $\overline{RD}$ and $\overline{WR}$ signals can be independently terminated one-half cycle early. Figure 14 illustrates this.

In the variable-cycle mode, unlike default timing, $\overline{IORQ}$ comes active one-half cycle before $\overline{MREQ}$, $\overline{RD}$ and $\overline{WR}$. $\overline{CE}$/WAIT can be used to extend only the 3 or 4 T-cycle variable memory cycles, and only the 4-cycle variable I/O cycle. The $\overline{CE}$/WAIT line is sampled at the falling edge of $T_2$ for 3- or 4-cycle memory cycles, and at the falling edge of $T_3$ for 4-cycle I/O cycles.

During transfers, data is latched on the clock edge causing the rising edge of $\overline{RD}$ and held until the end of the write cycle.

Figure 15 illustrates the bus request and acceptance timing. The RDY line, which may be programmed active High or Low, is sampled on every rising edge of CLK. If it is found to be active, and if the bus is not in use by any other device, the following rising edge of CLK drives $\overline{BUSRQ}$ low. After receiving $\overline{BUSRQ}$, the CPU acknowledges on the $\overline{BAI}$ input either directly or through a multiple-DMA daisy chain. When a Low is detected on $\overline{BAI}$ for two consecutive rising edges of CLK, the DMA will begin transferring data on the next rising edge of CLK.



Figure 14. Variable-Cycle and Edge Timing



Figure 15. Bus Request and Acceptance

**AX205581**

**Active State AC Characteristics (Continued)**

**Bus Release Byte-at-a-Time.** In Byte-at-a-Time mode, BUSRQ is brought High on the rising edge of CLK prior to the end of each read cycle (search-only) or write cycle (transfer and transfer/search) as illustrated in Figure 16. This is done regardless of the state of RDY. There is no possibility of confusion when a Z-80 CPU is used since the CPU cannot begin an operation until the following T-cycle. Most other CPUs are not bothered by this either, although note should be taken of it. The next bus request for the next byte will come after both BUSRQ and BAI have returned High.

**Bus Release at End of Block.** In Burst and Continuous modes, an end of block causes BUSRQ to go High usually on the same rising edge of CLK in which the DMA completes the transfer of the data block (Figure 17). The last byte in the block is transferred even if RDY goes inactive before completion of the last byte transfer.

**Bus Release on Not Ready.** In Burst mode, when RDY goes inactive it causes BUSRQ to go High on the next rising edge of CLK after the completion of its current byte operation (Figure 18). The action on BUSRQ is thus somewhat delayed from action on the RDY line. The DMA always completes its current byte operation in an orderly fashion before releasing the bus.

By contrast, BUSRQ is not released in Continuous mode when RDY goes inactive.

Instead, the DMA idles after completing the current byte operation; awaiting an active RDY again.

**Bus Release on Match.** If the DMA is programmed to stop on match in Burst or Continuous modes, a match causes BUSRQ to go inactive on the next DMA operation, i.e., at the end of the next read in a search or at the end of the following write in a transfer (Figure 19). Due to the pipelining scheme, matches are determined while the next DMA read or write is being performed.

The RDY line can go inactive after the matching operation begins without affecting this bus-release timing.

**Interrupts.** Timings for interrupt acknowledge and return from interrupt are the same as timings for these in other Z-80 peripherals. Refer to Zilog Application Note 03-0041-01 *(The Z-80 Family Program Interrupt Structure)*.

Interrupt on RDY (interrupt before requesting bus) does not directly affect the BUSRQ line. Instead, the interrupt service routine must handle this by issuing the following commands to WR6:

1. Enable after Return From Interrupt (RETI) Command — Hex B7

2. Enable DMA — Hex 87

3. An RETI instruction that resets the Interrupt Under Service latch in the Z-80 DMA.



Figure 16. Bus Release (Byte-at-a-Time Mode)



Figure 17. Bus Release at End of Block (Burst and Continuous Modes)



Figure 18. Bus Release When Not Ready (Burst Mode)



Figure 19. Bus Release on Match (Burst and Continuous Modes)

**AX205582**

C8037-0140   C8037-0141   C8037-0142   C8037-0143

| **Absolute Maximum Ratings** | Operating Ambient Temperature Under Bias ...As Specified Under "Ordering Information" | Stresses greater than those listed under Absolute Maximum Ratings may cause permanent damage to the device. This is a stress rating only; operation of the device at any condition above those indicated in the operational sections of these specifications is not implied. Exposure to absolute maximum rating conditions for extended periods may affect device reliability. |
| | Storage Temperature ........–65°C to +150°C | |
| | Voltage On Any Pin with Respect to Ground ...........–0.3 V to +7 V | |
| | Power Dissipation .....,..............1.5 W | |

**1**

| **Standard Test Conditions** | The characteristics below apply for the following standard test conditions, unless otherwise noted. All voltages are referenced to GND. Positive current flows into the referenced pin. Standard conditions are as follows: |  |
|---|---|---|
| | ■  +4.75 V ≤ $V_{CC}$ ≤ +5.25 V | |
| | ■  GND = 0 V | |
| | ■  0°C ≤ $T_A$ ≤ +70°C | |
| | All ac parameters assume a load capacitance of 100 pF max. Timing references between two | output signals assume a load difference of 50 pF max. |

**DC Characteristics**

| Symbol | Parameter | Min | Max | Unit | Test Condition |
|---|---|---|---|---|---|
| $V_{ILC}$ | Clock Input Low Voltage | –0.3 | 0.45 | V | |
| $V_{IHC}$ | Clock Input High Voltage | $V_{CC}$–.6 | 5.5 | V | |
| $V_{IL}$ | Input Low Voltage | –0.3 | 0.8 | V | |
| $V_{IH}$ | Input High Voltage | 2.0 | 5.5 | V | |
| $V_{OL}$ | Output Low Voltage | | 0.4 | V | $I_{OL}$ = 3.2mA for $\overline{BUSRQ}$ $I_{OL}$ = 2.0 mA for all others |
| $V_{OH}$ | Output High Voltage | 2.4 | | V | $I_{OH}$ = 250 µA |
| $I_{CC}$ | Power Supply Current Z-80 DMA Z-80A DMA | | 150 200 | mA mA | |
| $I_{LI}$ | Input Leakage Current | | 10 | µA | $V_{IN}$ = 0 to $V_{CC}$ |
| $I_{LOH}$ | Tri-State Output Leakage Current in Float | | 10 | µA | $V_{OUT}$ = 2.4 to $V_{CC}$ |
| $I_{LOL}$ | Tri-State Output Leakage Current in Float | | –10 | µA | $V_{OUT}$ = 0.4 V |
| $I_{LD}$ | Data Bus Leakage Current in Input Mode | | ± 10 | µA | 0 ≤ $V_{IN}$ ≤ $V_{CC}$ |

$V_{CC}$ = 5 V ±5% unless otherwise specified, over specified temperature range.

**Capacitance**

| Symbol | Parameter | Min | Max | Unit | Test Condition |
|---|---|---|---|---|---|
| C | Clock Capacitance | | 35 | pF | Unmeasured Pins |
| $C_{IN}$ | Input Capacitance | | 5 | pF | Returned to Ground |
| $C_{OUT}$ | Output Capacitance | | 10 | pF | |

f = 1 MHz, over specified temperature range.

**AX205583**

| Inactive State AC Characteristics | Number | Symbol | Parameter | Z-80 DMA Min | Z-80 DMA Max | Z-80A DMA Min | Z-80A DMA Max | Unit |
|---|---|---|---|---|---|---|---|---|
| | 1 | TcC | Clock Cycle Time | 400 | 4000 | 250 | 4000 | ns |
| | 2 | TwCh | Clock Width (High) | 170 | 2000 | 105 | 2000 | ns |
| | 3 | TwCl | Clock Width (Low) | 170 | 2000 | 105 | 2000 | ns |
| | 4 | TrC | Clock Rise Time | | 30 | | 30 | ns |
| | 5 | TfC | Clock Fall Time | | 30 | | 30 | ns |
| | 6 | Th | Hold Time for Any Specified Setup Time | 0 | | 0 | | ns |
| | 7 | TsC(Cr) | $\overline{IORQ}$, $\overline{WR}$, $\overline{CE}$ ↓ to Clock ↑ Setup | 280 | | 145 | | ns |
| | 8 | TdDO(RDf) | $\overline{RD}$↓ to Data Output Delay | | 500 | | 380 | ns |
| | 9 | TsWM(Cr) | Data In to Clock ↑ Setup ($\overline{WR}$ or $\overline{M1}$) | 50 | | 50 | | ns |
| | 10 | TdCf(DO) | $\overline{IORQ}$ ↓ to Data Out Delay (INTA Cycle) | | 340 | | 160 | ns |
| | 11 | TdRD(Dz) | $\overline{RD}$ ↑ to Data Float Delay (output buffer disable) | | 160 | | 110 | ns |
| | 12 | TsIEI(IORQ) | IEI↓ to $\overline{IORQ}$ ↓ Setup (INTA Cycle) | 140 | | 140 | | ns |
| | 13 | TdIEOr(IEIr) | IEI ↑ to IEO ↑ Delay | | 210 | | 160 | ns |
| | 14 | TdIEOf(IEIf) | IEI ↓ to IEO ↓ Delay | | 190 | | 130 | ns |
| | 15 | TdM1(IEO) | $\overline{M1}$ ↓ to IEO ↓ Delay (interrupt just prior to $\overline{M1}$↓) | | 300 | | 190 | ns |
| | 16 | TsM1f(Cr) | $\overline{M1}$ ↓ to Clock ↑ Setup | 210 | | 90 | | ns |
| | 17 | TsM1r(Cf) | $\overline{M1}$ ↑ to Clock ↓ Setup | 20 | | -10 | | ns |
| | 18 | TsRD(Cr) | $\overline{RD}$ ↑ to Clock ↑ Setup ($\overline{M1}$ Cycle) | 240 | | 115 | | ns |
| | 19 | TdI(INT) | Interrupt Cause to $\overline{INT}$ ↓ Delay ($\overline{INT}$ generated only when DMA is inactive) | | 500 | | 500 | ns |
| | 20 | TdBAIr(BAOr) | $\overline{BAI}$ ↑ to $\overline{BAO}$ ↑ Delay | | 200 | | 150 | ns |
| | 21 | TdBAIf(BAOf) | $\overline{BAI}$ ↓ to $\overline{BAO}$ ↓ Delay | | 200 | | 150 | ns |
| | 22 | TsRDY(Cr) | RDY Active to Clock ↑ Setup | 150 | | 100 | | ns |

NOTE:
1. Negative minimum setup values mean that the first-mentioned event can come after the second-mentioned event.

AX205584

**Inactive State AC Characteristics (Continued)**



NOTE:
Signals in this diagram bear no relation to one another unless specifically noted as a numbered item.

**1**

**AX205585**

**Active State AC Characteristics**

| Number | Symbol | Parameter | Z-80 DMA Min(ns) | Z-80 DMA Max(ns) | Z-80A DMA Min(ns) | Z-80A DMA Max(ns) |
|---|---|---|---|---|---|---|
| 1 | TcC | Clock Cycle Time | 400 | | 250 | |
| 2 | TwCh | Clock Width (High) | 180 | 2000 | 110 | 2000 |
| 3 | TwCl | Clock Width (Low) | 180 | 2000 | 110 | 2000 |
| 4 | TrC | Clock Rise Time | | 30 | | 30 |
| 5 | TfC | Clock Fall Time | | 30 | | 30 |
| 6 | TdA | Address Output Delay | | 145 | | 110 |
| 7 | TdC(Az) | Clock ↑ to Address Float Delay | | 110 | | 90 |
| 8 | TsA(MREQ) | Address to $\overline{MREQ}$ ↓ Setup (Memory Cycle) | (2)+(5)-75 | | (2)+(5)-75 | |
| 9 | TsA(IRW) | Address Stable to $\overline{IORQ}$, $\overline{RD}$, $\overline{WR}$ ↓ Setup (I/O Cycle) | (1)-80 | | (1)-70 | |
| *10 | TdRW(A) | $\overline{RD}$, $\overline{WR}$ ↑ to Addr. Stable Delay | (3)+(4)-40 | | (3)+(4)-50 | |
| *11 | TdRW(Az) | $\overline{RD}$, $\overline{WR}$ ↑ to Addr. Float | (3)+(4)-60 | | (3)+(4)-45 | |
| 12 | TdCf(DO) | Clock ↑ to Data Out Delay | | 230 | | 150 |
| *13 | TdCr(Dz) | Clock ↑ to Data Float Delay (Write Cycle) | | 90 | | 90 |
| 14 | TsDI(Cr) | Data In to Clock ↑ Setup (Read cycle when rising edge ends read) | 50 | | 35 | |
| 15 | TsDI(Cf) | Data In to Clock ↓ Setup (Read cycle when falling edge ends read) | 60 | | 50 | |
| *16 | TsDO(WfM) | Data Out to $\overline{WR}$ ↓ Setup (Memory Cycle) | (1)-210 | | (1)-170 | |
| 17 | TsDO(WfI) | Data Out to $\overline{WR}$ ↓ Setup (I/O cycle) | 100 | | 100 | |
| *18 | TdWr(DO) | $\overline{WR}$ ↑ to Data Out Delay | (3)+(4)-80 | | (3)+(4)-70 | |
| 19 | Th | Hold Time for Any Specified Setup Time | 0 | | 0 | |
| 20 | TdCf(Mf) | Clock ↓ to $\overline{MREQ}$ ↓ Delay | | 100 | | 85 |
| 21 | TdCr(Mr) | Clock ↑ to $\overline{MREQ}$ ↑ Delay | | 100 | | 85 |
| 22 | TdCf(Mr) | Clock ↓ to $\overline{MREQ}$ ↑ Delay | | 100 | | 85 |
| 23 | TwMl | $\overline{MREQ}$ Low Pulse Width | (1)-40 | | (1)-30 | |
| *24 | TwMh | $\overline{MREQ}$ High Pulse Width | (2)+(5)-30 | | (2)+(5)-20 | |
| 25 | TdCr(If) | Clock ↑ to $\overline{IORQ}$ ↓ Delay | | 90 | | 75 |
| 26 | TdCr(Ir) | Clock ↑ to $\overline{IORQ}$ ↑ Delay | | 100 | | 85 |
| *27 | TdCf(Ir) | Clock ↓ to $\overline{IORQ}$ ↑ Delay | | 110 | | 85 |
| 28 | TdCr(Rf) | Clock ↑ to $\overline{RD}$ ↓ Delay | | 100 | | 85 |
| 29 | TdCf(Rf) | Clock ↓ to $\overline{RD}$ ↓ Delay | | 130 | | 95 |
| 30 | TdCr(Rr) | Clock ↑ to $\overline{RD}$ ↑ Delay | | 100 | | 85 |
| 31 | TdCf(Rr) | Clock ↓ to $\overline{RD}$ ↑ Delay | | 110 | | 85 |
| 32 | TdCr(Wf) | Clock ↑ to $\overline{WR}$ ↓ Delay | | 80 | | 65 |
| 33 | TdCf(Wf) | Clock ↓ to $\overline{WR}$ ↓ Delay | | 90 | | 80 |
| 34 | TdCr(Wr) | Clock ↑ to $\overline{WR}$ ↑ Delay | | 100 | | 80 |
| 35 | TdCf(Wr) | Clock ↓ to $\overline{WR}$ ↑ Delay | | 100 | | 80 |
| 36 | TwWl | $\overline{WR}$ Low Pulse Width | (1)-40 | | (1)-30 | |
| 37 | TsWA(Cf) | $\overline{WAIT}$ to Clock ↓ Setup | 70 | | 70 | |
| 38 | TdCr(B) | Clock ↑ to $\overline{BUSRQ}$ Delay | | 100 | | 100 |
| 39 | TdCr(Iz) | Clock ↑ to $\overline{IORQ}$, $\overline{MREQ}$, $\overline{RD}$, $\overline{WR}$ Float Delay | | 100 | | 80 |

NOTES:
1. Numbers in parentheses are other parameter numbers in this table; their values should be substituted in equations.
2. All equations imply DMA default (standard) timing.
3. Data must be enabled onto data bus when $\overline{RD}$ is active.
4. Asterisk (*) before parameter number means the parameter is not illustrated in the AC Timing Diagrams.

**AX205586**

**Active
State
AC
Character-
istics**
(Continued)



**1**

NOTE:
Signals in this diagram bear no relation to one another unless specifically noted as a numbered item.

**AX205587**