# EXHIBIT A

# ALAN CAVALLERANO

26 Woodland Road                                   Phone:  (914) 234-6634
Bedford, NY  10506                                 Email: aceconsult@optonline.net

## SUMMARY OF QUALIFICATIONS

Video industry veteran with over twenty years of experience in Video R&D, Product Development, Technical Writing, and Patents.  President of own Consulting business, ACE Consulting.   Clients include top world-renowned digital video and home theater product developers and IP firms.  Expertise in digital and analog video product development, product management, IP, and product evaluation & test.

## WORK EXPERIENCE

### ACE Consulting                                                                February 2003 - Present
Bedford, NY
Video Consulting business

**President**
- Started own Video Consulting business
- Assist attorneys with IP mining, evaluation, patent infringements, expert reports
- Assist companies with Video Product development, product architectures, product features & functions, product specifications, product roadmapping, key component selection
- Technical writer, generate product & industry specifications, product manuals, product line catalogs
- Technical training and product marketing
- Product testing, video quality evaluations, objective and subjective test plans and analysis

**Clients include the following top companies in the field:**
- Top IP law firms
- Harman Specialty Group, a division of Harman Kardon / Harman International
- THX, Ltd.
- Key Digital Systems
- GE Licensing
- ThinkFire
- Philips
- FuelCell Energy

### Philips Electronics North America                                          1985 – January 2003
Briarcliff Manor, NY
Video Engineering, R&D, Product Development, IP, Documentation

Provided direct system-level Video R&D in various roles of increasing responsibility.  Very active in building the Philips patent portfolio for digital television.  Strong technical, Project Management, and written/oral communication skills.

- **PHILIPS SEMICONDUCTORS**                                                    2001 – 2003
  *Project Manager*
    - Initiated and then led all Predevelopment data analysis activities related to system performance of set-top box products

- **PHILIPS CONSUMER ELECTRONICS**                                              1998 – 2000
  *Project Manager*
    - Technical project management developing advanced set-top box products for Philips
    - System and product architectures, features & functions, product roadmapping

☐ **PHILIPS RESEARCH LABORATORIES**                                            1993 – 1997
*Principal Member of Research Staff*
*Manager of Technical Communications*
- Writer and editor for all digital television technical documentation and patents
- Key architect for "Grand Alliance" digital HDTV system
- Expert in the field of ATSC, digital TV, and MPEG; video post-processing and display enhancement

☐ **PHILIPS RESEARCH LABORATORIES**                                            1985 – 1992
*Senior Member of Research Staff & Project Leader (1988 – 1992)*
*Member of Research Staff (1986 – 1987)*
*Senior Research Associate (1985)*
- Pioneer in the field of simulcast terrestrial and cable HDTV systems implemented for the FCC:
  - Led project teams of more than 15 engineers and support personnel
  - Basic research in the area of video processing algorithms for data compression and picture enhancement, taking advantage of aspects of the human visual system

## CBS Technology Center                                                        1982 – 1985
Stamford, CT
Video Engineering, Advanced Television Research Department

**Development Engineer**
☐ Developed high-speed digital video processing systems
☐ Developed video systems and architectures for satellite high resolution systems


## EDUCATION

**THE COOPER UNION SCHOOL OF ENGINEERING**                                     New York, NY
M.S.E.E.
**G.P.A.: 4.0/4.0** with thesis: *Voice Recognition System*

**THE COOPER UNION SCHOOL OF ENGINEERING**                                     New York, NY
B.S.E.E.
*Summa Cum Laude*


## DISTINCTIONS

☐ 33 U.S. patents (4 additional patents filed) in the area of advanced television and HDTV
☐ Award-winning Consumer Electronics Transactions papers
☐ Tau Beta Pi, National Honor Society, College Treasurer
☐ Eta Kappa Nu, Electrical Engineering Honor Society, College Vice President
☐ The Cooper Union College Fellowship, Elks College Scholarship, NY State Regents Scholarship, National Merit Letter of Commendation
☐ General Excellence Award, Iona Preparatory High School

## SKILLS

- **Strong Video technical background:**
  - Proven digital and analog video display and processing innovator: 33 US patents issued; 4 additional patents pending
  - Expert on digital television research and architectures, MPEG
    - President of ACE Consulting, a video consulting business that delivers video expertise to top video and display product developers and holders of IP
    - Careers with Philips (Consumer Electronics and Semiconductors); CBS (studio equipment experience); and Key Digital Systems (home theater video products)
  - Validation and verification of system performance for Consumer Electronics video products

- **Strong and proven Product Development experience:**
  - Product development environments: large, small, Research, Predevelopment, advanced Development
  - Responsible for all aspects of Product Development:
    - Product specifications
    - Architecture and system design
    - Validation and verification test
    - Product manuals, training, and customer support

- **Strong and proven Project Management (PM) experience:**
  - PM experience with large, small, Research, Predevelopment, and advanced Development projects:
    - Hands-on; have delivered results on-time and within budget with project teams up to 20 staff and budgets over $1 million
    - Member of Project Office; implemented process improvement and best practices
    - Generated and reviewed Project Management Plans, human resources, and budgets
  - Well-organized and can multi-task: have effectively led a multitude of simultaneous activities
  - Experience with Microsoft Project and all Microsoft Office tools
  - Attended American Management Association PM seminars

- **Excellent oral and written communication skills:**
  - Developed and presented technical seminars and product training
  - Authored product manuals, catalogs, press releases
  - Award-winning consumer electronics transactions papers
  - Detailed peer review of technical documentation; keen attention to detail
  - Expert MS Office skills: Word, Excel, PowerPoint
  - Retained professional title of Manager of Technical Communications
  - Critiqued many project proposals for technical accuracy and soundness of the business plan

- **Strong internal / external customer focus:**
  - Reporting project results to senior management and customers (internal and external)
  - Customer support provided for complete technical product line
  - Technical liaison between Research departments and client Corporate Intellectual Property department

# ALAN CAVALLERANO

26 Woodland Road, Bedford, NY 10506
(914) 234-6634 (Office)
Email: aceconsult@optonline.net

## ALAN CAVALLERANO'S EXTERNALLY PUBLISHED PAPERS

| |
|---|
| ***Grand Alliance HDTV Multi-Format Scan Converter***<br>IEEE Transactions on Consumer Electronics, November 1995 |
| ***The U.S. HDTV Standard:  The Grand Alliance***<br>IEEE Spectrum, April 1995 |
| ***Grand Alliance MPEG-2-Based Video Decoder with Parallel Processing Architecture***<br>International Journal of Imaging Systems and Technology, Winter 1994 |
| ***Baseband Video Processing and the Transmission of HDTV Signals***<br>IEEE Transactions on Circuits and Systems for Video Technology, March 1991 |
| ***HDS/NA-6:  A Simulcast HDTV System***<br>IEEE Transactions on Consumer Electronics, August 1990 |
| ***System and Technological Details of Terrestrial/Cable NTSC-Compatible HDTV***<br>IEEE Transactions on Consumer Electronics, August 1989<br>*Chester Sall Award for 1st-place manuscript* |
| ***Decomposition and Recombination of a Wide Aspect Ratio Image for ENTSC Two-channel Television***<br>IEEE Transactions on Consumer Electronics, August 1987<br>*Chester Sall Award for 3rd-best manuscript* |
| ***Voice Recognition Telephone Dialing System***<br>1981 IEEE Region I Student Paper Transactions<br>*1st-place paper* |

# ALAN CAVALLERANO
ACE Consulting, 26 Woodland Road, Bedford, NY 10506
aceconsult@optonline.net
914-234-6634 (office)

## 33 PATENTS ISSUED
(while employed at Philips Electronics North America)

#1. "Adaptive comb filter for artifact-free decoding"
July 11, 1989           Patent Number 4,847,682

#2. "Method and apparatus for recombining a main panel component with an augmentation panel component to create a wide aspect ratio television display"
February 6, 1990 Patent Number 4,899,220

#3. "Two-line MAC high definition television system"
March 13, 1990          Patent Number 4,908,697

#4. "Method and apparatus for introducing a pan and scan feature to high definition television systems"
July 24, 1990           Patent Number 4,943,856

#5. "HDNTSC channel with time and frequency multiplex"
July 31, 1990           Patent Number 4,945,411

#6. "Training signal for maintaining the correct phase and gain relationship between signals in a two-signal high definition television system"
August 7, 1990          Patent Number 4,947,241

#7. "Adaptive comb filter for artifact-free decoding"
December 18, 1990       Patent Number 4,979,023

#8. "HDNTSC signal transmission and reception with time and frequency multiplexing"
January 8, 1991         Patent Number 4,984,067

#9. "System for transmission and reception of a high definition time multiplexed analog component (HDMAC) television signal having an interlaced input/output format"
February 12, 1991       Patent Number 4,992,853

#10. "High definition NTSC compatible television system with increased horizontal bandwidth and reduced color artifacts"
March 12, 1991          Patent Number 4,999,701

#11. "Method and apparatus for demodulating color television chrominance signals"
November 19, 1991       Patent Number 5,067,011

#12. "System for providing a high definition television (HDTV) augmentation channel comprising time and frequency multiplexed components"
February 11, 1992       Patent Number 5,087,970

#13. "Two-line MAC high definition television system"
May 12, 1992            Patent Number 5,113,242

#14. "Decomposition and recombination of a wide-aspect ratio image"
June 30, 1992           Patent Number 5,126,844

#15. "Method and apparatus for transmitting augmentation panel components on one channel of a two channel wide aspect ratio television signal transmission system"
July 7, 1992            Patent Number 5,128,761

#16. "Method and apparatus for the transmission and reception of a multicarrier digital television signal"
July 28, 1992           Patent Number 5,134,464

# ALAN CAVALLERANO
ACE Consulting, 26 Woodland Road, Bedford, NY 10506
aceconsult@optonline.net
914-234-6634 (office), 914-523-6480 (cell), 302-361-1785 (fax)

#17.    "Method and apparatus for digitally processing a high definition television augmentation signal"
January 12, 1993        Patent Number 5,179,442

#18.    "Method and apparatus for the transmission and reception of a multicarrier high definition television signal"
May 25, 1993        Patent Number 5,214,501

#19.    "Method and apparatus for the transmission and reception of a multicarrier digital television signal"
January 25, 1994    Patent Number 5,282,019

#20.    "Method and apparatus for decoding digital video using parallel processing"
July 2, 1996        Patent Number 5,532,744

#21.    "Multi-frame-rate operation of digital light modulators"
March 17, 1998        Patent Number 5,729,243

#22.    "Distributed duty-cycle operation of digital light modulators"
May 12, 1998        Patent Number 5,751,264

#23.    "Method & apparatus for multi-standard digital television synchronization"
June 16, 1998        Patent Number 5,767,917

#24.    "Synchronization of multiple video and graphics sources with a display using a slow PLL approach"
June 22, 1999        Patent Number 5,914,757

#25.    "Method and apparatus for minimizing visual artifacts caused by the pixel display of a video image"
December 19, 2000        Patent Number 6,163,308

#26.    "Method and device for providing controlled access video signals without providing a signal in the clear (1)"
April 24, 2001        Patent Number 6,222,926

#27.    "Method and device for providing controlled access video signals without providing a signal in the clear (2)"
May 1, 2001        Patent Number 6,226,384

#28.    "Method and apparatus for preventing display screen burn-in"
July 17, 2001        Patent Number 6,262,772 B1

#29    "A method and device for detecting an event in a program of a video and/or audio signal and for providing the program to a display upon detection of the event"
November 20, 2001        Patent Number 6,320,623 B1

#30    "System and method for a video display screen saver"
November 26, 2002        Patent Number 6,486,900

#31    "Multi-window PIP television with the ability to watch two sources of video while scanning an EPG"
November 26, 2002        Patent Number 6,493,038

#32    "Method and apparatus for increasing the spatial resolution of a projected pixilated display"
June 10, 2003        Patent Number 6,575,576

#33    "Chroma based adaptive signal peaking"
October 26, 2004        Patent Number 6,810,082

# EXHIBIT B



# EXHIBIT C

