.

# EXHIBIT A

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 7

| ORIGINAL Paper No. 17, at p. 6 (Added 2/24/87) | Paper No. 28 (Amended 04/29/1988) | Paper No. 30 (Amended 10/07/1988) | Paper No. 32 (Amended 11/07/1988) (Examiner's Amendment) | PATENTED Claim 7 |
|---|---|---|---|---|
| 18. An apparatus for storing video pixel data representing video images of a first resolution and, for each image at a first resolution a corresponding video image at a second resolution comprising: random access memory means for storing video pixel data representing a full size image at said first resolution and a corresponding reduced size version thereof at a second resolution; means for storing one at a time in said random access memory means a plurality of said full size images; memory means for receiving video pixel data from said random access memory means and for storing said full size images and the corresponding reduced size images received from said random access memory means and for outputting upon a user's command, a selected full size | 18. An apparatus for storing video pixel data representing video images of a first resolution and, for each of the images [image] at said [a] first resolution, a corresponding video image at a second resolution comprising: random access memory means for individually storing video pixel data representing one of a succession of full size images [image] at said first resolution and a corresponding reduced size version thereof at said [a] second resolution; [means for storing one at a time in said random access memory means a plurality of said full size images;] memory means for receiving said video pixel data from said random access memory means and for storing said succession of full size images and the corresponding reduced | 18. An apparatus for storing video pixel data representing video images of a first resolution and, for each each of the images at said first resolution, a corresponding video image at a second resolution, comprising: random access memory means for individually storing video pixel data representing one of a succession of full size images at said first resolution and a corresponding reduced size version thereof at said second resolution; bulk memory means for receiving said video pixel data from said random access memory means and for storing said succession of full size images and the corresponding reduced size versions thereof, and for outputting upon a user's command, either a selected one of the successive full size images or selected ones of [all] the | 18. An apparatus for storing video pixel data representing video images of a first resolution and, for each each of the images at said first resolution, a corresponding video image at a second resolution, comprising: random access memory means for [individually] storing video pixel data representing one of a succession of full size images at said first resolution and a corresponding reduced size version thereof at said second resolution; bulk memory means for receiving said video pixel data from said random access memory means and for storing said succession of full size images and the corresponding reduced size versions thereof, and for outputting upon a user's command, either a selected one of the successive full size images or selected ones of the corresponding | 7. An apparatus for storing video pixel data representing video images of a first resolution and, for each each [sic] of the images at said first resolution, a corresponding video image at a second resolution, comprising: random access memory means for storing video pixel data representing one of a succession of full size images at said first resolution and a corresponding reduced size version thereof at said second resolution; bulk memory means for receiving said video pixel data from said random access memory means and for storing said succession of full size images and the corresponding reduced size versions thereof, and for outputting upon a user's command, either a selected one of the successive full size images or selected ones of the corresponding reduced size versions thereof |

1

## EXHIBIT A

### Prosecution History For U.S. Patent No. 4,821,121

| Col 1 | Col 2 | Col 3 | Col 4 |
|---|---|---|---|
| image or only the corresponding reduced size image for the selected full size image for storage in said random access memory means; means for generating said corresponding reduced size image from any said full size image in said random access memory means to be transferred to said memory means and for storing the video pixel data representing said reduced size image in said random access memory means prior to storage of the contents of said random access memory means in said memory means. | size versions thereof, [images received from said random access memory means] and for outputting upon a user's command, either a selected one of the successive full size images [image] or only the corresponding reduced size versions thereof [image for the selected full size image] for storage back in said random access memory means; means for selectively generating one of said corresponding reduced size versions [image] from the respective [any said] full size image in said random access memory means, [to be transferred to said memory means] and for transferring [storing] the video pixel data representing said reduced size image to [in said random access memory means prior to storage of] the contents of said memory means via said random access memory means [in said memory means]. | corresponding reduced size versions thereof for direct transfer to, and storage back in, said random access memory means; and means responsive to said random access memory means for selectively generating one of said corresponding reduced size versions from the respective full size image in said random access memory means, and for transferring the video pixel data representing [said full size image and] the corresponding reduced size version back [image] to the contents of said [memory means via said] random access memory means. | reduced size versions thereof for direct transfer to, and storage back in, said random access memory means; and means responsive to said random access memory means for selectively generating one of said corresponding reduced size versions from the respective full size image in said random access memory means, and for transferring the video pixel data representing [said full size image and] the corresponding reduced size version back to the contents of said random access memory means. |
| | | | for direct transfer to, and storage back in, said random access memory means; and means responsive to said random access memory means for selectively generating one of said corresponding reduced size versions from the respective full size image in said random access memory means, and for transferring the video pixel data representing [and] the corresponding reduced size version back to the contents of said random access memory means. |

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 8

| ORIGINAL Paper No. 17, at p.7 (Added 2/24/1987) | Paper No. 28 (Amended 04/29/1988) | Paper No. 30 (Amended 10/07/1988) | Paper No. 32 (Amended 11/07/1988) (Examiner's Amendment) | PATENTED Claim 8 |
|---|---|---|---|---|
| 19. An apparatus for storing video data as full size image and reduced size image of pixel data comprising: random access memory means for storing video pixel data presented at an input port and having at least one output port; means for storing video pixel data representing a full size video image at a first resolution in a first group of memory locations in said random access memory means; bulk storage memory for storing video pixel data and for presenting selected blocks of video data at said input port for storage by said random access memory; size reducing means coupled to said random access memory means for accessing said image video pixel data stored in said random access memory representing said full size image at said first resolution, and for reducing said image to a reduced size | 19. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, [of pixel data] comprising: random access memory means having an input port and an output port, for storing the video pixel data presented at the [an] input port [and having at least one output port]; [means for storing] said video pixel data representing the [a] full size video image at a first resolution being stored in a first group of memory locations in said random access memory means; bulk storage memory for also storing the video pixel data and for presenting selected groups [blocks] of video data at said input port for storage by said random access memory means; size reducing means responsive [coupled] to said random access memory means | 19. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising: random access memory means having an input port and an output port, for storing the video pixel data presented at the input port; said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means; bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means; size reducing means responsive to said random access memory means for receiving said video pixel data stored in said random access | 19. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising: random access memory means having an input port and an output port, for storing the video pixel data presented at the input port; said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means; bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means; size reducing means responsive to said random access memory means for directly receiving said video pixel data stored in said | 8. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising: random access memory means having an input port and an output port, for storing the video pixel data presented at the input port; said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means; bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means; size reducing means responsive to said random access memory means for directly receiving said video pixel data stored in said |

3

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

| | | | |
|---|---|---|---|
| image at said first resolution, and for reducing said image to a reduced size counterpart image at a second, lower resolution and for storing said reduced size image at said second resolution in said random access memory in a second group of storage locations therein; and<br><br>control means coupled to said random access memory means, said bulk storage means, and to said size reducing means for causing said size reducing means to generate said reduced size image at said second resolution and to store same in said random access memory means in said second group of storage locations each time the video pixel data from said random access memory means is to be transferred to said bulk storage means for storage, and for causing the video pixel data from both said first and second plurality of memory locations in said random access memory means to be transferred to said bulk storage means for storage after said reduced size image is generated and stored in said second group of storage locations, and for causing | for **receiving** [accessing] said [image] video pixel data stored in said random access memory **means** representing said full size image at said first resolution, and for reducing said image to **the** [a] reduced size image at said first resolution, and for reducing said image to **the** [a] reduced size [counterpart] image at **the** [a] second[,] lower resolution, and for **supplying** [storing] said reduced size image at said second resolution **to** [in] said random access memory **means** in a second group of memory [storage] locations therein; [and]<br><br>control means coupled to said random access memory means, **to** said bulk storage memory [means] and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to **supply** [store] same **to** [in] said random access memory means in said second group of memory [storage] locations; **and**<br><br>**said control means further causing the transfer of** [each time] the **full size and** | memory means representing said full size image at said first resolution, and for reducing said image to the reduced size image at said first resolution, and for reducing said image to the reduced size image at the second lower resolution, and for supplying said reduced size image at said second resolution **directly back to** said random access memory means in a second group of memory locations therein;<br><br>control means coupled to said random access memory means, to said bulk storage memory and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to supply same to said random access memory means in said second group of memory locations; and<br><br>said control means further causing the transfer of the full size and reduced size video pixel data from said random access memory means to said bulk storage memory for storage, and for causing the selective transfer from said **bulk storage memory directly** | random access memory means representing said full size image at said first resolution, and for reducing said image to the reduced size image at the second lower resolution, and for supplying said reduced size image at said second resolution directly back to said random access memory means in a second group of memory locations therein;<br><br>control means coupled to said random access memory means, to said bulk storage memory and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to supply same to said random access memory means in said second group of memory locations; and<br><br>said control means further causing the transfer of the full size and reduced size video pixel data from said random access memory means to said bulk storage memory for storage, and for causing the selective transfer from said bulk storage memory directly into said random access memory means of either said full size image at said first |

4

## EXHIBIT A

### Prosecution History For U.S. Patent No. 4,821,121

| | | | |
|---|---|---|---|
| selective transfer of video pixel data from said bulk storage means into said random access memory means for storage such that either said first resolution image or only the reduced size second resolution counterpart are transferred into said random access memory means. | reduced size video pixel data from said random access memory means [is to be transferred] to said bulk storage memory [means] for storage, [and for causing the video pixel data from both said first and second plurality of memory locations in said random access memory means to be transferred to said bulk storage means for storage after said reduced size image is generated and stored in said second group of storage locations,] and for causing the selective transfer [of video data] from said bulk pixel data from bulk storage memory [means] into said random access memory means of [for storage such that] either said full size image at said first resolution [image] or said [only the] reduced size image at said second lower resolution [counterpart are transferred into said random access memory means]. | into said random access memory means of either said full size image at said first resolution or said reduced size image at said second lower resolution. | resolution or said reduced size image at said second lower resolution. |
| | | | resolution or said reduced size image at said second lower resolution. |

5

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 10

| ORIGINAL Paper No. 17, at pp. 8-9 (Added 2/24/1987) | Paper No. 28 (Amended 04/29/1988) | Paper No. 30 (Amended 10/07/1988) | Paper No. 32 Amended 11/07/1988 (Examiner's Amendment) | PATENTED Claim 10 |
|---|---|---|---|---|
| 23. A system for storing and retrieving video data representing video images which are displayed as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising: a video image size reducer having an input coupled to receive video data representing a video image corresponding to a selected raster size and generate therefrom at an output video data representing a reproduction of said video image corresponding to a selected fractional-size of said selected raster size; a first store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said first store having a capacity for storing video data representing a video image corresponding to of the selected raster size together with video | 23. A system for storing [and retrieving] video data representing video images which are displayable [displayed] as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising: a video image size reducer having an input for receiving [coupled to receive] video data representing a video image corresponding to the [a] selected raster size and for generating [generate therefrom at an output] video data representing a reproduction of said video image at [corresponding to] a selected fractional-size of said selected raster size; a first store [having an input] for receiving video data for storage and [an output] for providing video data therefrom [retrieved from storage], said first store having a capacity for storing the video data representing a video image corresponding to [of] the | 23. A system for storing video data representing video images which are displayable as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising: a video image size reducer having an input for receiving video data representing a video image corresponding to the selected raster size and for generating video data representing a reproduction of said video image at a selected fractional-size of said selected raster size; a first store for receiving video data for storage and for providing video data therefrom, said first store having a capacity for storing the video data representing a video image corresponding to the selected raster size simultaneously together with video data supplied by said | 23. A system for storing video data representing video images which are displayable as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising: a video image size reducer having an input for receiving video data representing a video image corresponding to the selected raster size and for generating video data representing a reproduction of said video image at a selected fractional-size of said selected raster size; a first store for receiving video data for storage and for providing video data therefrom, said first store [having a capacity for] storing the video data representing the [a] video image corresponding to the selected raster size simultaneously together with the video data supplied by said video image size reducer | 10. A system for storing video data representing video images which are displayable as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising: a video image size reducer having an input for receiving video data representing a video image corresponding to the selected raster size and for generating video data representing a reproduction of said video image at a selected fractional-size of said selected raster size; a first store for receiving video data for storage and for providing video data therefrom, said first store having a capacity for storing the video data representing the video image corresponding to the selected raster size simultaneously together with the video data |

6

# EXHIBIT A

## Prosecution History For U.S. Patent No. 4,821,121

| Column 1 | Column 2 (amended) | video image size reducer | Column 4 (amended) |
|---|---|---|---|
| | | | supplied by said video image size reducer representing said reproduction of the video image at the selected fractional-size; a second store for receiving and storing the video data stored in the first store and for providing video data therefrom directly to the first store, said second store further storing video data representing a plurality of additional video images each corresponding to the selected raster size, and video data representing a plurality of additional reproductions at the selected fractional size of said selected raster size; and means for selectively transferring from said second store directly to said first store either video data representing one of the plurality of video images corresponding to the selected raster size, or video data representing a plurality of reproductions at the selected fractional-size of said selected raster size. |
| data representing a reproduction of a video image corresponding to the selected fractional-size of said selected raster size; a second store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said second store having a capacity for storing a plurality of video images each corresponding to a video frame of the selected raster size and video data representing the reproduction of each video image of selected fractional size of said selected raster size; and means for selectively transferring from said first store to said second store either said video data representing a video image corresponding to the selected raster size or said video data representing a reproduction of a video image which is the selected fractional size of said selected raster size. | selected raster size together with video data representing said [a] reproduction of a video image at [corresponding to] the selected fractional-size [of said selected raster size]; a second store [having an input] for receiving and storing both the video data from the first store [for storage] and [an output] for providing video data therefrom [retrieved from storage], said second store having a capacity for storing video data representing a plurality of video images each corresponding to a video frame [of] the selected raster size, and video data representing a plurality of the reproductions [reproduction] of each video [image at the [ef] selected raster size, and video data representing a plurality of the reproductions [a plurality of the reproductions] of each video image at the [ef] selected fractional-size of said selected raster size; and means for selectively transferring from said second [first] store to said first [second] store either said video data representing one of the plurality of [a] video images [image] corresponding to the selected raster size, or said video data representing the plurality of reproductions [a reproduction] of each [a] video image at [which is] the selected fractional-size of said selected raster size | video image size reducer representing said reproduction of a video image at the selected fractional-size; a second store for receiving and storing both the video data from the first store and for providing video data therefrom directly to the first store, said second store having a capacity for storing video data representing a plurality of video images each corresponding to the selected raster size, and video data representing a plurality of the reproductions of each video image at the selected fractional-size of said selected raster size; and means for selectively transferring from said second store directly to said first store either said video data representing the plurality of video images corresponding to the selected raster size, or said video data representing the plurality of reproductions of each video image at the selected fractional-size of said selected raster size. | representing said reproduction of the [a] video image at the selected fractional-size; a second store for receiving and storing [both] the video data stored in [from] the first store and for providing video data therefrom directly to the first store, said second store further [having a capacity for] storing video data representing a plurality of additional video images each corresponding to the selected raster size, and video data representing a plurality of additional [the] reproductions [of each video image] at the selected fractional size of said selected raster size; and means for selectively transferring from said second store directly to said first store either [said] video data representing one of the plurality of video images corresponding to the selected raster size, or [said] video data representing a [the] plurality of reproductions [of each video image] at the selected fractional-size of said selected raster size. |

7

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 11

| ORIGINAL Paper No. 17, at pp. 10-11 (Added 2/24/1987) | Paper No. 28 (Amended 04/29/1988) | PATENTED Claim 11 |
|---|---|---|
| 27. A method of storing video pixel data comprising:<br><br>receiving and storing in random access memory video pixel data comprising a full size image;<br><br>generating therefrom video pixel data representing a reproduction thereof in the form of a reduced size image at a lower resolution from the full size image data and storing the pixel data representing the reduced size image so generated in additional storage locations in said random access memory along with the full size image;<br><br>storing both the full size and the reduced size image in bulk storage memory;<br><br>selectively transferring either the full size image or the reduced size image from said bulk storage memory means into said random access memory means for further processing. | 27. A method of storing video pixel data comprising:<br><br>receiving and storing in **selected storage locations** in a random access memory, **full** video pixel data comprising a full size image;<br><br>generating **from the full video pixel data, reduced** [~~therefrom~~] video pixel data representing a reproduction thereof in the form of a reduced size image at a lower resolution; [~~from the full size image data and~~]<br><br>storing the **reduced video** pixel data representing the reduced size image [~~so generated~~] in additional storage locations in said random access memory along with the full **video pixel data** [~~size image~~];<br><br>storing both the full size **image** and the reduced size image in bulk storage memory; **and**<br><br>selectively transferring either the full size image or the reduced size image from said bulk storage memory [~~means~~] into said random access memory [~~means~~] for further processing. | 11. A method of storing video pixel data comprising:<br><br>receiving and storing in selected storage locations in a random access memory, full video pixel data comprising a full size image;<br><br>generating from the full video pixel data, reduced video pixel data representing a reproduction thereof in the form of a reduced size image at a lower resolution;<br><br>storing the reduced video pixel data representing the reduced size image in additional storage locations in said random access memory along with the full video pixel data;<br><br>storing both the full size image and the reduced size image in bulk storage memory; and<br><br>selectively transferring either the full size image or the reduced size image from said bulk storage memory into said random access memory for further processing. |

8

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 12

| ORIGINAL<br>Paper No. 17, at pp. 11-12<br>(Added 2/24/1987) | Paper No. 28<br>(Amended 04/29/1988) | PATENTED<br>Claim 12 |
| --- | --- | --- |
| 28. A video still store system comprising:<br>an image store for storing full size image data sets representing a plurality of full size images and for storing a plurality of reduced size image data sets representing a plurality of reduced size images, each of said reduced size image data sets corresponding to one of the full size image data sets;<br>an external source input for receiving from an external source full size image data sets;<br>a memory for simultaneous storage of one of said full size image data sets and the corresponding one of said reduced size image data sets;<br>a size reducer means for receiving from said memory the stored one of said full size image data sets, and for producing and returning to said memory the corresponding reduced size image data set;<br>said memory being coupled and operative to selectively receive from either the external source input or the image store and to store said one of said full size image data sets, and to output as an output image the stored one of said full size image data sets, and to communicate to the size reducer the stored one of said full size image data sets, and to receive from the size reducer and to store the corresponding reduced size image data set, and to provide to the image store both the stored one of said full size image data sets and the corresponding reduced size image data set, and to receive from the image store and to store at different selected | 28. A video still store system comprising:<br>**an external source for supplying a plurality of full size image data sets representative of corresponding full size images;**<br>an image store for storing said full size image data sets [representing a plurality of full size images], and for storing a **like** plurality of reduced size image data sets representing a plurality of reduced size images, each of said reduced size image data sets corresponding to one of the full size image data sets;<br>[an external source input for receiving from an external source full size image data sets;]<br>a memory for simultaneous storage of one of said full size image data sets and **a** [the] corresponding one of said reduced size image data sets;<br>a size reducer means for receiving from said memory the stored one of said full size image data sets, and for producing and returning to said memory the corresponding **one of said** reduced size image data **sets** [set];<br>said memory being **responsive** [coupled and operative] to [selectively receive from] either the external source [input] or the image store **for storing** [and to store] said one of said full size image data sets, [and to output as an output image the stored one of said full size image data sets, and to communicate to the size reducer the stored one of said full size image data sets, and to receive from the size reducer and to store the corresponding reduced size image data set] **and for supplying** [to | 12. A video still store system comprising:<br>an external source for supplying a plurality of full size image data sets representative of corresponding full size images;<br>an image store for storing said full size image data sets, and for storing a like plurality of reduced size image data sets representing a plurality of reduced size images, each of said reduced size image data sets corresponding to one of the full size image data sets;<br>a memory for simultaneous storage of one of said full size image data sets and a corresponding one of said reduced size image data sets;<br>a size reducer means for receiving from said memory the stored one of said full size image data sets, and for producing and returning to said memory the corresponding one of said reduced size image data sets;<br>said memory being responsive to either the external source or the image store for storing said one of said full size image data sets, and for supplying to the image store both the stored one of said full size image data sets and the corresponding one of said reduced size image data sets;<br>said memory being responsive to the image store to store at different selected locations the plurality of reduced size image data sets;<br>said memory further supplying as an output image either the plurality of reduced size image data sets arranged at different locations within the output |

9

## EXHIBIT A

### Prosecution History For U.S. Patent No. 4,821,121

| | |
|---|---|
| | image, or the full size image data set; and means responsive to said memory for displaying the output image as a raster scanned video display. |
| locations selected ones of said plurality of reduced size image data sets, and to output as said output image the stored selected ones such that the selected ones are disposed at different locations within the output image or to receive and store from said image store only a full sized image data set; and means to retrieve data from said memory and display it on a raster scanned video display. | [provide] to the image store both the stored one of said full size image data sets and the corresponding one of said reduced size image data sets; [set,] said memory being responsive to [and to receive from] the image store [and] to store at different selected locations the [selected ones of said] plurality of reduced size image data sets; [, and] said memory further supplying [to output] as an [said] output image either the plurality of reduced size image data sets arranged [stored selected ones such that the selected ones are disposed] at different locations within the output image, or the [to receive and store from said image store only a] full size [sized] image data set; and means responsive to [retrieve data from] said memory for displaying the output image as [and display it on] a raster scanned video display. |

10

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

**Claim 13**

| ORIGINAL Paper No. 28, at pp. 15-16 (Added 4/29/1988) | Paper No. 30 (Amended 10/07/1988) | Paper No. 32 (Amended 11/07/1988) (Examiner's Amendment) | PATENTED Claim 13 |
|---|---|---|---|
| 29. A method of storing video pixel data for access and display comprising: providing data sets for a plurality of full size images at a first spatial resolution; generating, from the data sets of the full size images, second data sets representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution; storing both the data sets of the plurality of full size images and the data sets of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations; and selectively accessing either one of the data sets of the plurality of full size images or the sets of the corresponding plurality of the reduced size reproduction images simultaneously. | 29. A method of storing video pixel data for access and display comprising: providing data sets for a plurality of full size images at a first spatial resolution; generating, from the data sets of the full size images, a second data set[s] representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution; storing both the data sets of the plurality of full size images and the data set[s] of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations; and selectively accessing [either] one of the data sets of the plurality of full size images, or the set[s] of the corresponding plurality of the reduced size reproduction images simultaneously. | 29. A method of storing video pixel data for access and display comprising: providing data sets for a plurality of full size images at a first spatial resolution; generating, from the data sets of the full size images, [a] second data sets representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution; storing both the data sets of the plurality of full size images and the data sets of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations; and selectively accessing from the storage locations a [one of the] data set[s] representing one of the plurality of full size images and a data set representing one [or the set] of the corresponding plurality of the reduced size reproduction images, simultaneously. | 13. A method of storing video pixel data for access and display comprising: providing data sets for a plurality of full size images at a first spatial resolution; generating, from the data sets of the full size images, second data sets representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution; storing both the data sets of the plurality of full size images and the data sets of the corresponding plurality of reduced size reproduction images in respective selected groups of storage location; and selectively accessing from the storage locations a data[-] set representing one of the plurality of full size images, and a data set representing one of the corresponding plurality of the reduced size reproduction images, simultaneously. |

11

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

**Claim 14**

| ORIGINAL Paper No. 30, at p. 5 (Added 10/7/1988) | Paper No. 32 (Amended 11/07/1988) (Examiner's Amendment) | PATENTED Claim 14 |
|---|---|---|
| 30. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising:

random access memory means having an input port and an output port, for storing the video pixel data presented at the input port;

said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means;

bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means;

size reducing means responsive to said random access memory means for receiving said video pixel data stored in said random access memory means representing said full size image at said first resolution, and for reducing said image to the reduced size image at the second lower resolution, and for supplying said reduced size image at said second resolution to said random access memory means in a second group of memory locations therein;

control means coupled to said random access memory means, to said bulk storage memory and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to supply same to said random access memory means in said second group | 30. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising:

random access memory means having an input port and an output port, for storing the video pixel data presented at the input port;

said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means;

bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means;

size reducing means responsive to said random access memory means for receiving said video pixel data stored in said random access memory means representing said full size image at said first resolution, and for producing reduced size pixel data representing [reducing said image to] the reduced size image at the second lower resolution, and for supplying said reduced size image at said second resolution to said random access memory means in a second group of memory locations therein;

control means coupled to said random access memory means, to said bulk storage memory and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to supply said | 14. An apparatus for storing video pixel data as at least one full size image at a first resolution, and at least one reduced size image thereof at a second lower resolution, comprising:

random access memory means having an input port and an output port, for storing the video pixel data presented at the input port;

said video pixel data representing the full size video image at a first resolution being stored in a first group of memory locations in said random access memory means;

bulk storage memory for also storing the video pixel data and for presenting selected groups of video data at said input port for storage by said random access memory means;

size reducing means responsive to said random access memory means for receiving said video pixel data stored in said random access memory means representing said full size image at said first resolution, and for producing reduced size pixel data representing the reduced size image at the second lower resolution, and for supplying said reduced size image at said second resolution to said random access memory means in a second group of memory locations therein;

control means coupled to said random access memory means, to said bulk storage memory and to said size reducing means, for causing said size reducing means to generate said reduced size image at said second resolution and to supply said reduced size image to said random access memory means in said |

12

## EXHIBIT A

### Prosecution History For U.S. Patent No. 4,821,121

of memory locations;

    said control means further causing the transfer of the full size and reduced size video pixel data from said random access memory means to said bulk storage memory for storage, and for causing the selective transfer from said bulk storage memory into said random access memory means of either said full size image at said first resolution or said reduced size image at said second lower resolution; and

    wherein said control means also determines the selective transfer of said reduced size image at said second resolution from said size reducing means into said bulk storage memory via the random access memory means.

---

reduced image [same] to said random access memory means in said second group of memory locations;

    said control means further causing the transfer of the full size and reduced size video pixel data from said random access memory means to said bulk storage memory for storage, and for causing the selective transfer from said bulk storage memory into said random access memory means of either said full size image at said first resolution or said reduced size image at said second lower resolution; and

    wherein said control means also determines the selective transfer of said reduced size image at said second resolution from said size reducing means into said bulk storage memory via the random access memory means

---

second group of memory locations;

    said control means further causing the transfer of the full size and reduced size video pixel data from said random access memory means to said bulk storage memory for storage, and for causing the selective transfer from said bulk storage memory into said random access memory means of either said full size image at said first resolution or said reduced size image at said second lower resolution; and

    wherein said control means also determines the selective transfer of said reduced size image at said second resolution from said size reducing means into said bulk storage memory via the random access memory means.

13

**EXHIBIT A**

**Prosecution History For U.S. Patent No. 4,821,121**

Claim 15

| ORIGINAL<br>Paper No. 30, at pp. 6-7<br>(Added 10/7/1988) | Paper No. 32<br>(Amended 11/07/1988)<br>(Examiner's Amendment) | PATENTED<br>Claim 15 |
|---|---|---|
| 31. A method of storing video pixel data for access and display comprising:<br>  providing data sets for a plurality of full size image at a first spatial resolution, wherein each one of the full size images occupies upon display a raster of selected vertical and horizontal size;<br>  generating, from the data sets of the full size images, a second data set representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution;<br>  storing both the data sets of the plurality of full size images and the data set of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations;<br>  selectively accessing one of the data sets of the plurality of full size images, or the set of the corresponding plurality of the reduced size reproduction images simultaneously;<br>  wherein the step of accessing further includes, retrieving the plurality of reproductions of each video image, storing the plurality of reproductions in a random access memory, and outputting the stored plurality of reproductions as a mosaic of reproduction images occupying a raster of the selected vertical and horizontal size. | 31. A method of storing video pixel data for access and display comprising:<br>  providing data sets for a plurality of full size image at a first spatial resolution, wherein each one of the full size images occupies upon display a raster of selected vertical and horizontal size;<br>  generating, from the data sets of the full size images, [a] second data sets representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution;<br>  storing both the data sets of the plurality of full size images and the data sets of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations;<br>  selectively accessing from the storage locations a data set of one of [one of the data sets of] the plurality of full size images, and one of the sets [or the set] of the corresponding plurality of the reduced size reproduction images simultaneously;<br>  wherein the step of accessing further includes, retrieving a [the] plurality of reproduction images [reproductions of each video image], storing the retrieved plurality of images [reproductions] in a random access memory, and outputting the stored plurality of retrieved images [reproductions] as a mosaic of reproduction images occupying a raster of the selected vertical and horizontal size. | 15. A method of storing video pixel data for access and display comprising:<br>  providing data sets for a plurality of full size image at a first spatial resolution, wherein each one of the full size images occupies upon display a raster of selected vertical and horizontal size;<br>  generating, from the data sets of the full size images, second data sets representing a corresponding plurality of reduced size reproduction images at a second lower spatial resolution;<br>  storing both the data sets of the plurality of full size images and the data sets of the corresponding plurality of reduced size reproduction images in respective selected groups of storage locations;<br>  selectively accessing from the storage locations a data set of one of the plurality of full size images, and one of the sets of the corresponding plurality of the reduced size reproduction images simultaneously;<br>  wherein the step of accessing further includes, retrieving a plurality of reproduction images, storing the retrieved plurality of images in a random access memory, and outputting the stored plurality of retrieved images as a mosaic of reproduction images occupying a raster of the selected vertical and horizontal size. |

14

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**DECLARATION OF JAMES STORER IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 24, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
          DEBrand@prickett.com

19660.3\304885v1