## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK | ) | |
| CORPORATION and CHINON INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only:

REDACTED APPENDIX TO DEFENDANTS EASTMAN KODAK COMPANY AND
ALTEK CORPORATION'S' OPENING CLAIM CONSTRUCTION BRIEF

The original documents are maintained in the case file in the Clerk's Office.

PRICKETT, JONES & ELLIOTT, P.A.

**OF COUNSEL**
William F. Lee
Donald R. Steinberg
Michael J. Summersgill                         *[signature]*
Wilmer Cutler Pickering Hale and Dorr LLP    _____
60 State Street                               PAUL M. LUKOFF (I.D. #96)
Boston, MA 02109                              DAVID E. BRAND (I.D. #201)
Tel: (617) 526-6000                           1310 King Street
                                              P. O. Box 1328
                                              Wilmington, DE 19899
S. Calvin Walden                              Tel. 302.888.6500
Wilmer Cutler Pickering Hale and Dorr LLP     Fax: 302.888-6331
399 Park Avenue                               Attorneys for Defendants
New York, New York 10022
Tel: (212) 230-8800

Date: May 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

## NOTICE OF FILING WITH CLERK'S OFFICE

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 31, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
DEBrand@prickett.com