IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | **REDACTED** |
| Plaintiff, | |
| v. | C.A. No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | |
| Defendants. | |

### DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF CAROL SCOTT UNDER RULE 702

Eastman Kodak Company ("Kodak"), Altek Corporation ("Altek"), and Chinon Industries ("Chinon") (collectively, the "Defendants") move this Court to exclude the testimony of Carol Scott, PhD., Ampex Corporation's ("Ampex") proposed expert on **REDACTED** **REDACTED**

Rule 702 prohibits "expert opinions" to be provided at trial unless: "(1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles or methods, and (3) the witness has applied the principles and methods reliably to the facts of the case." Fed R. Evid. 702. Dr. Scott's testimony is not based upon sufficient facts or data and is not the product of reliable principles or methods as required by Rule 702. Dr. Scott's testimony, therefore, should be precluded.

WHEREFORE, Defendants respectfully move for an order precluding the testimony of Dr. Scott at trial. In support of this motion, Defendants submit their Opening Brief In Support Of Defendants' Motion To Exclude The Testimony Of Carol Scott Under Rule 702.

                                        PRICKETT, JONES & ELLIOTT, P.A.,

                                        */s/ David E. Brand*

                                        PAUL M. LUKOFF (I.D. #96)
                                        DAVID E. BRAND (I.D. #201)
                                        1310 King Street
                                        P. O. Box 1328
                                        Wilmington, DE 19899
                                        Tel. 302.888.6500
                                        Fax: 302.888-6331

Date: May 31, 2006                     *Attorneys for Defendants*

OF COUNSEL:
William F. Lee
Donald R. Steinberg
Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**DEFENDANTS' REDACTED MOTION TO EXCLUDE THE TESTIMONY OF CAROL SCOTT UNDER RULE 702**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 31, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

_/s/ Paul M. Lukoff_
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAIL:  PMLukoff@prickett.com
         DEBrand@prickett.com

19660.3\304785v1