IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMPEX CORPORATION,                    )
                                      )
                                      )
              Plaintiff,              )          C.A. No. 04-1373-KAJ
                                      )
       v.                             )
                                      )
EASTMAN KODAK COMPANY, ALTEK          )          REDACTED
CORPORATION and CHINON INDUSTRIES,    )
INC.,                                 )
                                      )
              Defendants.             )
                                      )
                                      )
                                      )

**APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE THE TESTIMONY OF CAROL SCOTT UNDER RULE 702**

PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel. 302.888.6500
Fax: 302.888-6331
*Attorneys for Defendants*

**OF COUNSEL**
William F. Lee
Donald R. Steinberg
Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800

Date:    May 31, 2006

# TABLE OF CONTENTS

The Initial Disclosure of Expert Testimony of Carol A. Scott ........................................................... A-1

Excerpts of the Carol A. Scott Deposition Transcript (May 4, 2006) ........................................... A-28

Excerpts of the Richard L. Donaldson Deposition Transcript (May 12, 2006) .............................. A-57

**REDACTED**

**REDACTED**

**REDACTED**

A-1

**REDACTED**

**REDACTED**

**REDACTED**

2

A-2

REDACTED

REDACTED

REDACTED

3

A-3

**REDACTED**

**REDACTED**

**REDACTED**

4

A-4

**REDACTED**




**REDACTED**




**REDACTED**


5
A-5

**REDACTED**

**REDACTED**

**REDACTED**

*6*

**A-6**

**REDACTED**

**REDACTED**

**REDACTED**

7

A-7

**REDACTED**

**REDACTED**

**REDACTED**

8

**REDACTED**

**REDACTED**

**REDACTED**

9

A-9

**REDACTED**

**REDACTED**

**REDACTED**

10

**REDACTED**

**REDACTED**

**REDACTED**

11
A-11

**REDACTED**

**REDACTED**

**REDACTED**

12

A-12

**REDACTED**

**REDACTED**

**REDACTED**

13
**A-13**

**REDACTED**

**REDACTED**

**REDACTED**

14

A-14

**REDACTED**

**REDACTED**

**REDACTED**

15

**REDACTED**

**REDACTED**

**REDACTED**

16
A-16

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

18

A-18

REDACTED


REDACTED


REDACTED


19

A-19

**REDACTED**

**REDACTED**

**REDACTED**

20

A-20

**REDACTED**

**REDACTED**

**REDACTED**

21

**A-21**

.

**REDACTED**

**REDACTED**

**REDACTED**

22

A-22

**REDACTED**

**REDACTED**

**REDACTED**

23
A-23

**REDACTED**

**REDACTED**

**REDACTED**

24

A-24

REDACTED

REDACTED

REDACTED

25

**REDACTED**

**REDACTED**

**REDACTED**

26

**REDACTED**

**REDACTED**

**REDACTED**

27

A-27

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

REDACTED

REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED


REDACTED


REDACTED


A-31

REDACTED

REDACTED

REDACTED

A-32

REDACTED




REDACTED




REDACTED


A-33

**REDACTED**

**REDACTED**

**REDACTED**

A-34

**REDACTED**

**REDACTED**

**REDACTED**

A-35

**REDACTED**

**REDACTED**

**REDACTED**

A-36

REDACTED




REDACTED




REDACTED




A-37

**REDACTED**

**REDACTED**

**REDACTED**

**A-38**

REDACTED

REDACTED

REDACTED

A-39

**REDACTED**

**REDACTED**

**REDACTED**

A-40

**REDACTED**

**REDACTED**

**REDACTED**

**A-41**

**REDACTED**

**REDACTED**

**REDACTED**

A-42

**REDACTED**

**REDACTED**

**REDACTED**

A-43

**REDACTED**

**REDACTED**

**REDACTED**

A-44

**REDACTED**

**REDACTED**

**REDACTED**

A-45

REDACTED

REDACTED

REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

A-48

**REDACTED**

**REDACTED**

**REDACTED**

A-49

**REDACTED**

**REDACTED**

**REDACTED**

A-50

REDACTED




REDACTED




REDACTED


A-51

**REDACTED**

**REDACTED**

**REDACTED**

A-52

**REDACTED**

**REDACTED**

**REDACTED**

A-53

**REDACTED**

**REDACTED**

**REDACTED**

A-54

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

A-56

**REDACTED**

**REDACTED**

**REDACTED**

A-57

**REDACTED**

**REDACTED**

**REDACTED**

A-58

**REDACTED**

**REDACTED**

**REDACTED**

A-59

**REDACTED**

**REDACTED**

**REDACTED**

A-60

**REDACTED**

**REDACTED**

**REDACTED**

**A-61**

**REDACTED**

**REDACTED**

**REDACTED**

A-62

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**REDACTED APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF CAROL SCOTT UNDER RULE 702**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 31, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAIL:  PMLukoff@prickett.com
            DEBrand@prickett.com

19660.3\304785v1