IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK | ) | |
| CORPORATION and CHINON INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**REDACTED APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| | PRICKETT, JONES & ELLIOTT, P.A. |
| **OF COUNSEL** | |
| William F. Lee | |
| Donald R. Steinberg | |
| Michael J. Summersgill | PAUL M. LUKOFF (I.D. #96) |
| Wilmer Cutler Pickering Hale and Dorr LLP | DAVID E. BRAND (I.D. #201) |
| 60 State Street | 1310 King Street |
| Boston, MA 02109 | P. O. Box 1328 |
| Tel: (617) 526-6000 | Wilmington, DE 19899 |
| | Tel. 302.888.6500 |
| S. Calvin Walden | Fax: 302.888-6331 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attorneys for Defendants |
| 399 Park Avenue | |
| New York, New York 10022 | |
| Tel: (212) 230-8800 | |

Date: May 31, 2006

19660.3\305291v1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### NOTICE OF FILING WITH CLERK'S OFFICE

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

      I hereby certify that on May 31, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA E-MAIL & HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*/s/ Paul M. Lukoff*
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAIL: PMLukoff@prickett.com
              DEBrand@prickett.com