# EXHIBIT 5



# VAN NOSTRAND'S SCIENTIFIC ENCYCLOPEDIA
## Sixth Edition

AX201336

# Van Nostrand's Scientific Encyclopedia
## Sixth Edition

Animal Life
Biosciences
Chemistry
Earth and Atmospheric Sciences
Energy Sources and Power Techonology
Mathematics and Information Sciences
Materials and Engineering Sciences
Medicine, Anatomy, and Physiology
Physics
Plant Sciences
Space and Planetary Sciences

*DOUGLAS M. CONSIDINE, P.E.*
Editor

*GLENN D. CONSIDINE*
Managing Editor



VAN NOSTRAND REINHOLD COMPANY
NEW YORK   CINCINNATI   TORONTO   LONDON   MELBOURNE

AX201337

Copyright © 1983 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 82-4936
ISBN: 0-442-25161-0
ISBN: 0-442-25168-8 (Volume I)
ISBN: 0-442-25166-1 (Volume II)
ISBN: 0-442-25164-5 (2 volume set)

All rights reserved. Certain portions of this work copyright © 1938, 1947, 1958, 1968, 1976, by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Manufactured in the United States of America

Published by Van Nostrand Reinhold Company Inc.
135 West 50th Street, New York, N.Y. 10020

Van Nostrand Reinhold Publishing.
1410 Birchmount Road
Scarborough, Ontario M1P 2E7, Canada

Van Nostrand Reinhold Australia Pty. Ltd.
17 Queen Street
Mitcham, Victoria 3132, Australia

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire, England

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1


Library of Congress Cataloging in Publication Data

Main entry under title:

Van Nostrand's scientific encyclopedia.

 1. Science—Dictionaries.  2. Engineering—
Dictionaries.  I. Considine, Douglas Maxwell.
Q121.V3  1982        503'.21         82-4936
ISBN 0-442-25161-0                   AACR2
ISBN 0-442-25168-8 (Volume I)
ISBN 0-442-25166-1 (Volume II)
ISBN 0-442-25164-5 (2 volume set)

AX201338

this condition, nor any detectable glandular disturbance; rather, they are obese because of dietary habits. See also Hormones.

### References

Brownstein, J. J., Russell, J. T., and H. Gainer: "Synthesis, Transport, and Release of Posterior Pituitary Hormones," *Science*, 207, 373–378 (1980).
Bergland, R. M., and R. B. Page: "Pituitary-Brain Vascular Relations," *Science*, 204, 18–24 (1979).
Besser, G. M. (editor): "The Hypothalamus and Pituitary," *Clin. Endocrinol. Metabol.*, 6, 1 (1977).
Edwards, C. R. W.: "Vasopressin and Oxytocin in Health and Disease," *Clin. Endocrinol. Metabol.*, 6, 223 (1977).
Gomez-Pan, A., and R. Hall: "Somatostatin (Growth Hormone-Release Inhibiting Hormone)," *Clin. Endocrinol. Metabol.*, 6, 181 (1977).
Krieger, D. T., and A. S. Liotta: "Pituitary Hormones in Brain," *Science*, 205, 366–372 (1979).
Martin, J. B.: "Neural Regulation of Growth Hormone Secretion," *N. Engl. J. Med.*, 288, 1384 (1973).
Ontjes, D. A., and R. L. Ney: "Pituitary Tumors," *CA*, 26, 330 (1976).
Reichlin, S.: "Regulation of the Hypophysiotropic Secretions of the Brain," *Arch. Intern. Med.*, 135, 1350 (1975).
Schally, A. V.: "Aspects of Hypothalamic Regulation of the Pituitary Gland," *Science*, 202, 18–28 (1978).
Thorner, M. O.: "Prolactin," *Clin. Endocrinol. Metabol.*, 6, 201 (1977).

**PITUITARY HORMONES.** Endocrine System; Hormones; Pituitary Gland.

**PIT VIPERS.** Snakes.

**PITYRIASIS ROSEA.** Dermatitis and Dermatosis.

**PITYRIASIS VERSICOLOR.** Dermatitis and Dermatosis.

**PIXEL.** An individual, identifiable element of a picture. For example, a large astronomical photographic plate may contain as many as 100,000 or more individual picture elements (pixels). In terms of a digitized picture, one of the dots or resolution elements making up the picture as a pixel.

**pK.** A measurement of the completeness of an incomplete chemical reaction. It is defined as the negative logarithm (to the base 10) of the equilibrium constant $K$ for the reaction in question. The p$K$ is most frequently used to express the extent of dissociation or the strength of weak acids, particularly fatty acids, amino acids, and also complex ions, or similar substances. The weaker an electrolyte, the larger its p$K$. Thus, at 25°C for sulfuric acid (strong acid), p$K$ is about $-3.0$; acetic acid (weak acid), p$K = 4.76$; boric acid (very weak acid), p$K = 9.24$. In a solution of a weak acid, if the concentration of undissociated acid is equal to the concentration of the anion of the acid, the p$K$ will be equal to the pH.

**PLACENTA.** Embryo.

**PLAGES.** Sun (The).

**PLAGIOCLASE FELDSPARS.** Feldspar.

**PLAGUE.** Bubonic Plague.

**PLAICE.** Flatfishes.

**PLAIT POINT.** The point at which two conjugate solutions of partially miscible liquids have the same composition, so that the two layers become one.

**PLANAR GRAPH.** Graph (Mathematics).

**PLANCK LAW.** The fundamental law of the quantum theory, expressing the essential concept that energy transfers associated with radiation such as light or x-rays are made up of definite quanta or increments of energy proportional to the frequency of the corresponding radiation. This proportionality is usually expressed by the quantum formula $E = h\nu$, in which $E$ is the value of the quantum in units of energy and $\nu$ is the frequency of the radiation.

The constant of proportionality, $h$, is known as the elementary quantum of action or, more commonly, as the Planck constant.

**PLANCK RADIATION EQUATION.** Infrared Radiation.

**PLANCK RADIATION FORMULA.** The relationship

$$E_\lambda \, d\lambda = \frac{hc^3}{\lambda^5} \frac{d\lambda}{e^{hc/k\lambda T} - 1}$$

where $E_\lambda \, d\lambda$ is the intensity of radiation in the wavelength band between $\lambda$ and $\lambda + d\lambda$, $h$ is the Planck constant, $c$ is the velocity of light, $k$ is the Boltzmann constant and $T$ is the absolute temperature. This formula describes the spectral distribution of the radiation from a complete radiator or black body. $hc^3 = C_1$ is known as the First Radiation constant with $ch/k = C_2$ as the Second Radiation constant. $C_2$ has the value 1.43879 centimeter-degree. This radiation formula can be written in other forms, such as in terms of wavenumber instead of wavelength. Also it may be written in terms of energy density instead of radiation intensity. The value of the First Radiation constant will depend on the particular form of the radiation formula used. See also Black Body; and Wien Laws.

**PLANCK RADIATION FORMULA (Einstein Derivation).** Emission Coefficients (Einstein).

**PLANE ANGLE.** Angle.

**PLANE (Geometry).** A surface on which any two points may be connected by a straight line. One straight line does not determine a plane but a plane is determined by: a straight line and a point not in the line; three points not in a straight line; two intersecting lines; two parallel lines.

The general equation of a plane is $Ax + By + Cz + D = 0$, with $A, B, C$, not all zero. Thus the locus of every first degree equation in $x, y, z$ is a plane. Other forms of its equation are $x/a + y/b + z/c = 1$, where $a, b, c$ are the $x, y, z$-intercepts; the normal form, $\lambda x + \mu y + \nu z = p$, where $\lambda, \mu, \nu$ are direction cosines of the normal from the origin to the plane and $p$ is the length of this normal.

Figures on a plane surface are studied in both plane and analytic geometry. See, for example, Conic Section; Curve; Polygon; Quadrilateral; Triangle.

**PLANE SAILING.** A term applied to the solution of various problems in the sailings, in which the earth is considered as a plane surface. The particular subject of plane sailing will be found discussed under the topics Dead Reckoning.

**PLANE TABLE.** A plane table is a surveying instrument which is used for locating and mapping topographical features. A drawing board, accurately made, and arranged so that it may be mounted on a tripod by an adjustable head which allows leveling of the board, is an essential feature of the plane table. Spirit levels are attached to the table in mutually perpendicular directions. The compass, the ruler, and a means for getting a line of sight, such as a telescope or open sights, complete the outfit. A ruler combined with a telescope or with slit sights is called an alidade. When the plane table is used for a survey, it is not necessary to take notes of angles or lengths of lines, since they are plotted, at the time of the survey, on the sheet of paper which covers the plane table. Obviously the plane table is not suitable for use in bad weather. When a survey is to be made with this instrument, the table is set up so that some convenient point on the paper is over a selected spot on the ground. The table is leveled and rotated horizontally until it is in azimuth. This is accomplished by means of the compass or by sighting back on a known point. It is then clamped in this position and the ruler is brought to the point selected on the paper and swung about it so that the line of sight which parallels the ruler bears on a distant point whose location is desired. A line is drawn in that direction, and after the distance to

AX201339

# EXHIBIT 6



**Share Moments. Share Life.**
**Digital Learning Center**

*Return to DLC Main*

Chapter II, Digital Learning Center Glossary of Terms: Section A
**Glossary**

Reference

Terms in this chapter

A B C D
E F G H
I J K L
M N O P
Q R S T
U V W X
Y Z

Numeric Terms

Chapters in this book

*Chapter I*
FAQs

*Chapter II*
Glossary

# A

**Accelerator**
A device or software designed to speed up operations, such as refreshing a screen image. Many PC SVGA graphics boards come furnished with accelerator chips. There are also auxiliary boards (commonly called pass-through boards) that will boost the speed of regular VGA boards.

**Access Time**
The time required for a data storage device to locate and retrieve data.

**Additive Colors**
Red, Green, and Blue are referred to as additive colors. Red+Green+Blue=White.

**Algorithm**
The specific process in a computer program used to solve a particular problem.

**Aliasing**
An effect caused by sampling an image (or signal) at too low a rate. It makes rapid change (high texture) areas of an image appear as a slow change in the sample image. Once aliasing occurs, there is no way to accurately reproduce the original image from the sampled image.

**Analog**
Analog transmitted data can be represented

copy by taking your photographic prints to stores that have a KODAK Print Station or a KODAK Enhancement Station. There, your photographs will be scanned and copied onto a floppy disk in either the JPEG or FPX format. Each Picture Disk Plus holds one picture.

Picture Disk Plus does not have the viewer software like the KODAK Picture Disk (in order to maximize image quality), but the images can be used with other photography and graphics software as well as serve as a source for images that are added to word processing, presentation, and other software that can receive picture files.

**Picture Easy**
Kodak image manipulation software that lets users manipulate (crop, trim, recolor, etc.) and print digital images.

**Pipelining**
This process is used by computer processors to speed up the processing of data. A processor begins executing the next command before the first command has been completed.

**Pixel (PICture ELement)**
The smallest element of a digitized image. Also, one of the tiny points of light that make up a picture on a computer screen.

**Pixels per inch (PPI)**
A measure of how much detail you see in your images.

**Plug and Play**
An automated installation process used to connect peripherals to a computer. When new devices are plugged into the computer the computer recognizes the device and prompts the user to choose setup options and finish installation.

**PNG**
(Portable Network Graphics) pronounced ping. A new

AX200569

AX200569

# EXHIBIT 7



FOCAL POINTS: Sponsored Links
Data Management and Storage, Security, VOIP/IP

SEARCH [Enter term(s)] [TW (All Sites)] [go]

News | Mobile | Software | Security | E-Business & Management | Networking | Hardware | Pipeline Sites | Non

# TechEncyclopedia More than 20,000 IT terms

**Results found for: video**

## video

The image capture and transmission technology that was developed for the television industry. It was later enhanced with recording and playback capabilities. In North America, NTSC is the analog TV standard, and DTV is the digital TV standard. In Europe and other countries, PAL and SECAM are the analog standards, and DVB and ISDB are the digital standards. See NTSC, DTV and VTR.

**TV Video Vs. Computer Video**
The term is also widely used to refer to the display system in a computer, which uses entirely different standards than TV. A PC "video card," officially known as a "display adapter," sends analog signals such as VGA, SVGA and XVGA to the monitor. See VGA, DVI and display adapter.

**Different Color Encoding**
TVs and computers use different color models. The color encoding of TV video signals (broadcast TV, cable TV, VHS tape, DVD, etc.) uses the YUV color space, whereas the computer's video system processes images in the RGB color space. However, the screen electronics in both TVs and computers render only RGB, thus, YUV video is converted to RGB to be displayed (see color space, YUV and RGB).

Search For video On TechWeb

Find the latest news and information across the TechWeb Network of IT V
[Search Now!]

**KVM-over-IP: Centralized, Simplified**
Educate visitors considering infrastructure/t
What the future holds; how Avocent is adva

**Jumpstart your mobile messaging a**
Providing IT executives with the insight and advice to deploy targeted mobile solutions

**The Road Ahead: Living with Sarban**
Quarterly and real-time reporting requireme
How to turn projects into processes with au

Advertisement

5/24/2005

EKC000156377

# EXHIBIT 8

# THE COMPACT EDITION OF THE OXFORD ENGLISH DICTIONARY

COMPLETE TEXT
REPRODUCED MICROGRAPHICALLY

VOLUME III

A SUPPLEMENT
TO THE
OXFORD ENGLISH DICTIONARY
VOLUMES I–IV

EDITED BY
R. W. BURCHFIELD

OXFORD
AT THE CLARENDON PRESS
1987


AX205536

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland
and associated companies in
Beirut Berlin Ibadan Nicosia

Oxford is a trade mark of Oxford University Press

Published in the United States
by Oxford University Press, USA

© Oxford University Press 1987

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
The Compact edition of the Oxford English
dictionary: complete text reproduced
micrographically.
Vol. 3: Supplements 1-4
1. English language—Dictionaries
I. Burchfield, Robert R. W.
423  PE1625
ISBN 0-19-861211-7

Library of Congress Cataloging in Publication Data
The Compact edition of the Oxford English dictionary.
Includes bibliographies.
1. English language—Dictionaries.
I. Burchfield, R. W.
II. Title: Oxford English dictionary.
PE1625.C58  1987  423  87-1592
ISBN 0-19-861211-7 (v. 3)

Printed in the United States of America

AX205537

Case 1:04-cv-01373-KAJ    Document 331-2    Filed 05/31/2006    Page 14 of 16

is reduced to triangular form by Gaussian elimination, selecting as pivotal element at each stage the element of maximum modulus in the whole of the remaining square matrix. We refer to this as 'complete' pivoting for size, in contrast to the selection of the maximum element in the leading column at each stage, which we call 'partial' pivoting for size. 1963 N. Macon *Numerical Anal.* v. 59 The effect of pivoting on rounding errors. 1968 Fox & Mayers *Computing Methods for Scientists & Engineers* v. 86 Partial pivoting is generally satisfactory, and..can be made still better, by the use of $f_i$ arithmetic.., in a manner which cannot easily be performed with total pivoting. 1973 Phillips & Taylor *Theory & Appl. Numerical Anal.* viii. 197 Partial pivoting using only row interchanges is preferable to that with only column interchanges.

**piwarrie.** Add: The more usual spelling is now *paiwari*. This name for the beverage is used *spec.* with relation to the Indians of Guyana. (Further examples.) Cf. *CASSIRI.
1868 W. H. Brett *Indian Tribes of Guiana* I. ix. 135 After a few lashes, they drank paiwari together, and returned to the main body of the dancers. 1883 E. F. im Thurn *Among Indians of Guiana* xv. 319 All the festivals among all the tribes being occasions for much drinking of paiwari—the national beverage—they may all be called Paiwari Feasts. 1934 E. Waugh *Handful of Dust* vi. 337 'They have been making piwari...' You should try some... Tony gulped the dark liquid, trying not to taste it. But it was not unpleasant, hard and muddy on the palate like most of the beverages he had been offered in Brazil, but with a flavour of honey and brown bread. 1938 *Amer. Anthropologist* XL. 228 Another method of manufacturing alcoholic beverages in South America was to ferment the starchy juice of the pressed or chewed cassava (*Jatropha manihot*)... It was called paiwari or paiva in British Guiana,..cachiri among the Roucouyenne, and cauim or pajuaru among the aborigines of Brazil. 1958 H. G. de Lisser *Arawak Girl* v. 30 Francisco had been drinking much piwari. 1964 V. G. C. Norwood *Jungle Life in Guiana* v. 108 Quantities of the three principal native beers or liquors brewed by forest Indians throughout Guiana: cashiri, yamanchi and paiwarlie.

**pix**[3] (piks), var. *pics*, pl. of *PIC[4].
In quot. 1932 used for the sing.
1932 *Variety* 19 July 4/5 (*heading*) 'Million', Par's all-star pix. *Ibid.* 9 Aug. 15/4 (*heading*) Open sesame for Brit. pix in Dominion. 1935 *Ibid.* 3 Apr. 10/1 On Sunday two powerful h.o. pix. were released. 1936 Wodehouse *Laughing Gas* ii. 20 'Your face seems extraordinarily familiar, too.' 'You've probably seen it in pix.' 'No, I've never been there.' 'In the pictures.' 1940 R. Chandler *Farewell, my Lovely* iii. 13 'That's what I rate after eighteen years in this man's police department. No pix, no space, not even four lines in the want-ad section. 1948 [see *NYPD v.*]. 1955 Pohl & Kornbluth *Space Merchants* ii. 22 Our artists can work from the pix you brought back. 1960 *Analog Science-Fact/Fiction* Dec. 48/2 Now they have a chance to get their news releases and faked pix out in quantity. 1973 E. Hyams *Final Agenda* iv. 53 Barnet said, 'I want the Victoria Lowell pix.'.. [He] began looking through the thirty-seven photographs of Victoria Lowell. 1975 D. Lodge *Changing Places* ii. 90 He would be holed up somewhere, jerking himself off and drooling over the *Playboy* pix. 1977 *Zigzag* June 23/3 Tome is shown the Warner Bros. press kit for him, with accompanying pix.

**pixel** (pi·ksel). [f. *PIX[2] + EL(EMENT *sb.*] = *picture element* s.v. *PICTURE *sb.* 6 d.
1969 *Science* 15 Aug. 685/1 An analog tape recorder was used to store the analog video signal from each pixel. 1975 *Sci. Amer.* Oct. 67/1 The cross sections of the heart were subsequently reconstructed by the same computer. Each cross section took two minutes of computing time and was displayed on a cathode-ray tube as a square picture with 64 pixels on a side. 1977 *New Yorker* 14 Feb. 23/1 The (advertising) panel is divided into two thousand and forty-eight 'pixels', or picture elements of red, green, blue, and white bulbs, and ordinarily only one or two of the bulbs on a pixel are flashed at a given time. 1977 *Proc. R. Soc. Med.* LXX. 593/1 No doubt the next edition using up-dated prints will overcome the difficulties of interpretations associated with the large size of pixel.

**pixilated** (pi·ksilǣ·ted), *a.* orig. *U.S. dial.* Also **pixelated, pixielated, pixillated, pixylated**. [f. PIXY, PIXIE + *-lated* as in *elated*, *emulated*, etc. or var. PIXY-LED *a.*] 1. Mildly insane, fey, whimsical; bewildered, confused; intoxicated, tipsy.
1848 in *Amer. Speech* (1941) XVI. 79/2 You'll never find on any trip That he'll be pix-e-lated. 1886 E. L. Bynner *Agnes Surriage* iv. 36 'See now wher' we ha' come to wi' yer talk, Job Redden!' cried Agnes, waking suddenly to their situation. 'We'll be pixilated 'n' driven on to th' rocks an ye don't wake up.' 1895 *Dialect Notes* I. 392 *Pixilated*, dazed, bewildered in the dark. Marblehead, Mass. 1936 in *Amer. Speech* (1941) XVI. 79/2 *Lawyer:* Now tell me, what does everybody back home think of Longfellow Deeds?.. *Jane:* They think he's pixilated. *Ibid.* 80/1 The word pixilated is an early American expression—derived from the word 'pixies' meaning elves. They would say, 'The pixies have got him,' as we nowadays would say a man is 'balmy'. 1937 *N. & Q.* 2 Jan. 11/2 As a native of the state from which 'Mr. Deeds' is reputed to have come permit me to comment on..'pixilated'. To use the word in the sense of 'crazy' is not correct. A Vermonter would not hesitate to use 'crazy' if that conveyed his meaning. A 'pixilated' man is one whose whimseys are not understood by practical-minded people... More nearly a synonym of 'whimsical'. 1955 J. R. Macdonald *Find Victim* xxiv. 167 'Wasn't he pretty drunk on Sunday?' 'He was

pixilated all right,' Jo said. 1957 L. Ironmonger *Ghosts of Versailles* viii. 103 Ultimately no explanation of the 'adventure' was too fantastic, far-fetched or indeed pixylated for them. 1958 *Observer* 30 Nov. 16/6 Nicely cast, he gave the true tone of pixilated delinquency. 1972 *Listener* 8 Apr. 449/1 Suddenly we were pixilated, we'd fallen in love with the sweetest girl we ever saw. 1975 C. Nesbitt *Little Love & Good Company* xvii. 208 We were both ever so slightly inebriated, no not even that, pixilated, to use the lovely movie euphemism. 1977 *New Yorker* 29 Aug. 28/3 He was known as a coarse creature and a little pixilated.
2. Of an actor: having movements animated by the pixilation technique.
1959 *News Chronicle* 20 Oct. 8/7 The animator..may use conventional comic drawings..or even 'pixilated' live actors.

**pixilation, pixillation** (piksilǣ·ʃən). Also **pixylation**. [f. *PIXILATED *a.*: see -ATION.] 1. A technique used in theatrical and cinematographic productions, whereby human characters move or appear to move as if artificially animated: the effect produced.
1947 *Punch* 5 Mar. 200/1 Those who, as I am, are made uncomfortable by material pixylation on the stage may take heart, for the *Catherine* who comes back from the midnight romp is no gauzy fay. 1953 Q. *of Film, Radio & Television* VIII. 9 McLaren feels this kind of live-actor animation has considerable creative potentiality although he refers slightingly to it as the 'pixillation' technique. 1957 Manvell & Huntley *Technique Film-Music* iii. 167 By applying an animation technique to the movements of actors, he produced 'pixilation' and used it to tell a serious story—in *Neighbours* (Canada 1953). 1959 Halas & Manvell *Technique Film Animation* xxv. 291 This technique of experimenting in the animation of the movements of live actors (called sometimes 'pixilation') accompanied by synthetic music and sound effects. 1971 *Concord Films Council Catal.* 51/2 Yugoslavian experimental film in the pixilation technique. 1976 *Oxf. Compan. Film* 438/1 McLaren here [*sc.* in *Neighbours*], and in *Two Bagatelles* (1952), used pixillation, 'animating' human actors. In *Chairy Tale* (1957) and *Opening Speech* (1960) the technique is applied humorously to inanimate objects. *Ibid.* 547/2 *Pixillation*, the use of a stop frame camera to speed up and distort the movement of actors, creating roughly the effect of animation with live people.
2. The state or condition of being pixilated (sense 1):
1960 *Spectator* 6 May 677 Without pretentiousness and with no traces of pixilation and phoney Cornishness.

**pixy, pixie.** Add: The more usual spelling is now *pixie*. 2*. Short for *pixie cap, hat,* etc.
1960 *Harper's Bazaar* Oct. 114 Fur pixie.
b. **pixie-like** adj.; pixie cap, a pointed hat resembling that in which pixies are traditionally depicted; pixie cape, a cape with an attached pixie hood; pixie hat = *pixie cap*; pixie hood, a pointed hood; so pixie-hooded *a.*
1828 Pixie cap [see * KILMARNOCK I]. 1943 F. Urquhart in *Penguin New Writing* XVI. 90 She was wearing a crimson waterproof pixie-cap which was almost the same colour as her pretty, round face. 1960 M. A. Sindall *Maley* vii. 89 Brown woollen pixie caps. 1973 *Listener* 23 Aug. 244/2, I knew that I did not look my best in my mackintosh with its pixie cape. 1954 G. Durrell *Three Singles to Adventure* v. 106 On his sleek black head was perched an absurd pixie hat constructed out of what once used to be velvet. 1940 C. Milburn *Diary* 23 Dec. (1979) 75 Two little pixie-like children in green overall garments, complete with pixie hoods. 1950 B. Pym *Some Tame Gazelle* viii. 89 They stood in the doorway,..wearing mackintoshes, and that wet-weather headgear so unbecoming to middle-aged ladies and so incongruously known as a 'pixie hood'. 1955 E. Bowen *World of Love* ix. 163 Maud, in wet weather rendered still more terrible by a pixie hood. 1961 *Guardian* 28 Nov. 7/7 The worthies of the village in ornamented pixie hoods. 1978 M. Butterworth *X marks Spot* i. 22 An old lady in a plastic pixie hood. 1949 E. Corkead *Wind in West* i. 15 Two pixie-hooded small boys. 1940 Pixie-like [see *pixie hood* above]. 1963 *Times* 16 May 14/6 The men wear a curious conical hat..which gives them a curious pixy-like appearance, while frequent recourse to chewing *qat* has wizened their faces and for all I know stunted their growth. 1979 J. Wainwright *Reluctant Sleeper* v. 69 Those ridiculously large spectacles, and that equally ridiculous pixie-like face.
Hence pi·xyish [-ISH[1]] *a.*, resembling that of a pixie.
1960 V. Connaught *Secret Heart of Princess Alexandra* x. 101 As she splashed by them, Alexandra appeared to take a pixyish glee in noting their discomfort. 1977 J. Aiken *Last Movement* viii. 167 Her narrow, pixyish Irish face.

‖**Piyut, Piyyut** (piyu·t). Also **Peyut**, erron. **Piyyuth**, and with lower-case initial. Pl. **-im**. [Heb. *piyyuṭ* poem, poetry, f. *poyṭān*, *payṭān* poet, ad. Gk. ποιητής, (see POET).] A poem that is read or recited in a synagogue in addition to the standard liturgy.
1876 *Sat. Rev.* 16 Sept. 357/1 The 'Liturgy' recited in the synagogue every Sabbath from the Piyutim. 1876 *Gentl. Mag.* Nov. 601 Those Hebrew poems recited by the Ashkenazim, and called 'Peyutim'. 1972 C. Raphael *Feast of Hist.* iii. 106 Like most other large-scale illustrated Haggadahs, the book also includes many pages of *piyyutim* (poems) drawing on biblical and midrashic themes. 1976 M. Horowitz in D. Villiers *Next Year in Jerusalem* 114 Even now my head reels daily with.. exalted Hebrew dirges..tracking back from Bialik to Yehuda Halevi to the Piyyuth and Ecclesiastes.

**pize** (paiz), *v. dial.* [Origin uncertain: perh. ad. MDu. *pisen* (see quot. 1968[3]).] a. *trans.* To strike; *spec.* to hit (a ball) with the hand in the game of pize-ball (see next). Also const. *down.* b. *intr.* and *trans.* To throw (a ball) in the game of pize-ball; to act as bowler in pize-ball. c. *trans.* To throw to (the batter) in pize-ball.
1796 S. Pegge *Derbicisms* (1896) 54 To *pize* a ball, to strike it with the hand; so the game is call'd *pize-ball*. To *pize down* a hare, i.e. with a gun; meaning to strike her down. 1862 C. C. Robinson *Dial. Leeds* 385 Pize, to throw a ball gently (or another to bat with the open hand, as at the game of 'Pize-ball'. *Ibid.*, The game of 'Pize-ball', in which the 'pizer' 'pizes' the ball to a member in succession. 1968 A. S. C. Ross in *Proc. Leeds Philos. & Lit. Soc.* (*Lit. & Hist. Section*) XIII. ii. 59 If, however,.. the Pizer delayed too long,..the players would chant: 'Pize your neighbour while you're able, While the donkey's in the stable!' *Ibid.*, The player who had got round most times..might be the winner (and pized next game). *Ibid.* 63 *Pize* is a word entirely without an etymology. I suggest that it is a borrowing of MDutch *pisen*..name of a game about which further particulars are lacking. *Ibid.* 69 Applied to the ball,..*pize* means both 'to throw' and 'to strike'.
Hence pize *sb.*[3]; a throw in pize-ball; pi·zer, a bowler in pize-ball; pi·zing *vbl. sb.*
1862 Pizer [see above]. 1869 'T. Treddlehoyle' *Bairnsla Foaks Ann.* 55 Throo thrawin a stones, tipsey lakein, an pizein a balls it public street, good Bairnsla deliver us. 1896 *Leeds Mercury Weekly Suppl.* 7 Mar. 3/8 Let me bev a pize, an' ah'll mak' him send a cop. 1968 *Proc. Leeds Philos. & Lit. Soc.* (*Lit. & Hist. Section*) XIII. ii. 56 The thrower, or Pizer, stands some distance in front of the homey and throws the ball to the striker.

**pi·ze-ball.** *local.* Also **piseball, pizeball.** [f. *PIZE *v.* + BALL *sb.*[1] 4.] A game similar to rounders in which the ball is hit with the flat of the hand. (See also quot. 1883.)
Played mainly in Yorkshire and Derbyshire.
1796, 1862 [see *PIZE *v.*]. 1883 A. Eastmer *Gloss. Dial. Almondbury & Huddersfield* 102 *Piseball..*, a ball which children play with, formerly stuffed with sawdust, etc... It was often partly coloured and ornamented; now it is sometimes of india-rubber and hollow. 1957 R. Hoggart *Uses of Literacy* ii. 58 'Piseball', 'tig',..and a great number of games involving running round the lamp-posts or in and out of the closet-areas..are still popular. 1968 *Proc. Leeds Philos. & Lit. Soc.* (*Lit. & Hist. Section*) XIII. ii. 55 Pize-ball is a game which, in many ways, resembles the well-known games, Rounders and Baseball.

**pizza** (pi·tsǝ). Pl. pizzas, ‖ pizze (-*e*). [It., = pie.] A savoury dish of Italian origin, consisting of a base of dough, spread with a selection of such ingredients as olives, tomatoes, cheese, anchovies, etc., and baked in a very hot oven; dough so prepared and baked. ‖ *pizza* (*alla*) *Napoletana* (ala nap-olità-na) [It., = Neapolitan, in the Neapolitan style], Neapolitan pizza (see quot. 1955).
1935 M. Morphy *Recipes of All Nations* 160 Pizza alla Napoletana... In the south of Italy..all kinds of flat tarts are called 'pizze'. 1953 W. P. McGivern *Big Heat* xi. 138 An unbaked pizza, or cheese pie, covered with thinly sliced tomatoes and criss-crossed with strips of anchovy. 1955 E. David *Bk. Mediterranean Food* 40 The Neapolitan pizza..consists of tomatoes, anchovies and mozzarella cheese. 1957 O. Nash *You can't get there from Here* 150 She eatsa Pizza! Greedy Mitzi! She no longer itsy-bitsy! 1957 *Sunday Times* 1 Dec. 23/4 The Pizza Napoletana has travelled the world. In Paris restaurants, in Shaftesbury Avenue milk bars, in South Kensington coffee shops the pizza has become acclimatised. 1959 *Vogue* June 90 Food [in coffee-bars] is usually the pizza, sandwich or Danish pastry type. 1959 V. Packard *Status Seekers* (1960) 146 He was raised on blood sausages, pizza, spaghetti and red wine. 1970 Simon & Howe *Dict. Gastron.* 303/1 In its most primitive form pizza is a round of yeast-dough spread with tomatoes and mozzarella cheese and baked in a hot oven. The most famous of the many *pizze* is the Neapolitan *pizza*... The Roman *pizza*..has plenty of onions but no tomatoes; the Ligurian *pizza* has onions, black olives and anchovies. 1972 J. Mosedale *Football* viii. 110, I like pizza, hamburgers and hot dogs. 1977 *New Yorker* 12 Sept. 97/1 Pizza is my speciality, I make it all myself. O.K. Well, now the dough is rising good, so I get out some tomatoes and the other stuff for a pizza alla napoletana.
2. *attrib.* and *Comb.*, as *pizza bar, cook, dough, mixture, palace, parlour, pie, stand; pizza-seller.*
1971 J. Fleming *Grim Death* ii. 23 He was hoping to start up a *Pizza bar*. 1974 *Listener* 23 May 665/3 A pizza bar like we have in Glasgow. 1976 *Weekend Echo* (Liverpool) 4/5 Dec. 7/3 Scores of pizza bars and restaurants to suit all pockets. 1959 E. Allen *Men who chose Death* ii. 14 So many shopgirls and garage hands and pizza cooks. 1960 E. Campbell *Encycl. World Cookery* 263 Put the pizza dough onto a baking tin. 1977 *New Yorker* 12 Sept. 97/1, I start to work in the window-up front and make some *pizza* dough. 1959 *Guardian* 25 Nov. 6/2 The Italian *origano*, an essential part in most pizza mixtures. 1959 *Times* 18 May 5/3 The pizza palaces and highway honky-tonks with which we have littered the land. 1974 P. Erdman *Silver Bears* ii. 20 That's a fucking pizza

**Victorian** [entry continues]

1959 *House Beautiful* June 100 (heading) The virtues of a Victorian. 1978 J. GORES *Gone, no Forwarding* (1979) ix. 56 The house was an old Victorian, a Queen Anne which had been converted into rental units.

Hence **Victo·rianist**; **Victorianize** v. (later examples); **Victo·rianized** ppl. a.

1940 *Burlington Mag.* Apr. 127/2 The church had been so thoroughly 'Victorianised' that the discovery was all the more unexpected. 1946 J. W. DAY *Harvest Adventure* ii. 27 The gatehouse of Butley..owes its renaissance from a Victorianized ruin to a lovely house, full of medieval grace, to Dr Montague Rendall. 1970 *Guardian* 1 Oct. 11/8 Gillian Avery is an eminent Victorianist. She has written..neo-Victorian children's books..., she has edited a series of Victorian revivals. 1974 *Times* 22 Apr. 14/3, I amused myself by guessing which fellow-passengers were members of the Victorian Society. The man opposite ..did not quite fit my vision of a Victorianist. 1976 I. MURDOCH *Henry & Cato* i. 47 The tall Victorianized sash windows, which also served as doors, reached down to the ground. 1979 *Guardian* 3 Sept. 2/5 The building is unusually well preserved because it was never Victorianised or modernised. 1982 *UCT Studies in English* (Univ. Cape Town) Oct. 68 Writing as a Classicist and Victorianist, Jenkyns shows the enormous extent to which Hellenism influenced the generations of Victorians between about 1832 and the First World War.

**Victorian,** a.[3] Add: **B.** as *sb.* A native or inhabitant of Victoria.

1862 *Temple Bar* Sept. 286 The Victorians went pluckily in for their second innings. 1901 A. W. JOSE *Australasia* x. 152 They are men of Melbourne, Brisbane, or Adelaide rather than Victorians or Queenslanders. 1943 K. TENNANT *Ride on Stranger* v. 47 All in the carriage were staunch Victorians, and his scathing references to the climate of Sydney were greeted with approval. 1973 *Sun-Herald* (Sydney) 26 Aug. 28/2 It's 41 years since Phar Lap died, but he lives on with a new generation of Victorians.

**Victoriana** (viktō·riă·nă). [f. VICTORIAN a.[2]: see *-IANA*.] **1.** Matters relating to the Victorian period; attitudes characteristic of that time.

1918 E. POUND in *Future* Oct. 265/1 For most of us, the odour of defunct Victoriana is so unpleasant..that we are content to leave the past where we find it. 1931 *Times Lit. Suppl.* 23 Apr. 326/2 This book—Victoriana. A symposium of Victorian Wisdom. 1960 *Time* 8 Jan. 13/5, I think Shakespearian production is bogged down in a mire of Victoriana in this country. 1961 *Guardian* 21 Apr. 6/3 She provides many interesting domestic details for students of Victoriana. 1977 *S. Wales Echo* 18 Jan., Mr. Litterick added: 'He was talking straight Victoriana. That statement is straight out of Queen Victoria's age—it is arrogance.'

**2.** Objects, as furniture, ornaments, etc., made in the Victorian period; also, buildings or architecture of that time.

1940 *Illustr. London News* 11 May 640 (caption) The latest vogue in 'Victoriana'. Glass paper-weights to be sold at Sotheby's. 1947 N. MARSH *Final Curtain* xiii. 197 The terrifying Victoriana within. 1958 *Listener* 12 June 973/2 Victoriana is now the fashion in furniture and house decoration. 1958, 1959 [see *BETJEMAN]. 1968 *Canad. Antiques Collector* July 20/1 Whether the taste be for pine, Sheraton mahogany, or Victoriana, a lovely bouquet can be arranged to enhance antiques. 1978 *Lancashire Life* Mar. 71/1 There was one notable omission—namely, that of the dear old Princes Theatre. This was, prior to modernisation in 1932, a perfect specimen of Victoriana.

**Victorianism.** (In Dict. s.v. VICTORIAN a.[2] and sb.) Add: Victorian attitudes or style; (an example of) that which is characteristic of the Victorian era. (Later examples.)

1913 CHESTERTON *Victorian Age in Lit.* iii. 196 The real revolts that broke up Victorianism at last. 1913 MRS. H. WARD *Coryston Family* xi. 216 A heavy gold setting, whereof the Early Victorianism cried aloud. 1942 J. LEES-MILNE *Jrnl.* 5 Feb. in *Ancestral Voices* (1975) 16 Others took the absurd view that this important house is once again pure Jacobean since the Victorianisms have been purged by the fire, which was the best thing that could have happened. 1974 M. TIPPETT *Moving into Aquarius* 37 The two ways forward out of Victorianism seem to be equally dispiriting. 1978 *Dædalus* Fall 72 He jettisoned much of what we think of as Victorianism, but not on the whole, the values of his family, school, and university.

**Victo·rianly,** adv. [f. VICTORIAN a.[2] + -LY[2].] In a Victorian manner or style; also, prudishly, formally.

1917 *Duke of Norfolk Notebk.* 112 In conventional rooms, furnished Victorianly. 1933 C. WILLIAMS *Shadows of Ecstasy* i. 22 The clothes were late Victorian; the whole picture was Victorianly idyllic. 1940 E. F. BENSON *Final Edition* xii. 249 No doubt this boom in promiscuity was partly due to reaction, for an undue reticence had been Victorianly observed about sexual instincts. 1967 A. WILSON *No Laughing Matter* iii. 250 This..conventionally, almost Victorianly clad huge body.

**victorine,** *sb.*[1] (Earlier example.)

1848 GEO. ELIOT *Lett.* 31 May (1954) I. 263 We do not find it too warm, however, for I have even felt the want of my Victorine.

**victor ludorum** (viktər lūdōˈ·rŭm). [L., = victor of the games.] The overall champion in a sports contest (usu. at a school or college); the championship itself. Also *transf.* and *fig.*

1901 J. H. GRAY in W. B. Thomas *Athletics* v. 103 The sack race was no longer a consolation race, for Mr. Thornton the *victor ludorum* is returned as the winner. 1926 H. M. ABRAHAMS *Athletics* xiii. 114 There is far too much of this *victor ludorum* and champion athlete business at all schools. 1950 [see *RUNNING vbl. sb.* 2 e (b)]. 1963 A. HOWARD in Sissons & French *Age of Austerity* i. 30 Labour, as the electoral *victor ludorum*, was collecting its long-coveted trophies. 1966 *Listener* 28 July 144/1 Last week's *victor ludorum* was undoubtedly 'Rendezvous with Death'..the story of the sinking of the Lusitania. *Ibid.* 27 Oct. 617/1 Ian outshone..generations of Etonians.. being Victor Ludorum two years running, the only boy in living memory to win that honour. 1980 T. HINDE *Sir Henry & Sons* xiii. 104 The school honour-board inscribed with the names of the winners of the Victor Ludorum.

**victory,** *sb.* Add: **5.** *victory ball, celebration, dance, night, parade;* **victory bond,** a bond issued by the Canadian and British governments during or immediately after the war of 1914–18; **victory garden,** a vegetable garden maintained to provide food in wartime (*spec.* in the war of 1939–45); **victory point** Bridge, a point scored in a championship representing a number of international match points in accordance with an agreed scale; **victory roll,** a rotational manoeuvre about a longitudinal axis performed by an aircraft as a sign of triumph (cf. *ROLL sb.[2]* 1 d); also *fig.*; **victory sign,** a signal made by holding up the hand with the palm outwards and the first two fingers spread apart to represent the letter V (for *victory*) to indicate triumph (cf. *V-SIGN* 2 a): also = *V-SIGN* 1 b.

1945 AUDEN *Coll. Poetry* 117 We were To go to a great banquet and a Victory Ball. 1952 M. LASKI *Village* ii. 42 To bedeck the village hall on the night of the Victory Ball. 1917 *Canad. Year Bk.* 1916–17 603 On November 12, 1917, preparations were completed for the issue of a fourth Canadian War Loan in the form of five, ten and twenty year 'Victory Bonds' in denominations as low as $50. 1919 *Times* 14 June 19/1 The provision for Victory Bonds being accepted at their face value as cash for payment of death duties. 1977 JOHNS & GREENFIELD *Dymond's Capital Transfer Tax* xvii. 346 Victory bonds were accepted only for tax chargeable on death. 1945 J. REITH *Diary* 4 May (1975) vii. 347, I am dreading the victory celebrations and have no sort of heart for them. 1978 CADOGAN & CRAIG *Women & Children First* vi. 131 When the war ends [Susan]..is..caught up in the spurious gaiety of the victory celebrations. 1921 A. NOYES *Sd. Verse* lii. 5 (title) A victory dance. 1976 *Billings* (Montana) *Sunday Gaz.* 27 June 1-D/1 The Sioux and the Arapaho have come to share in this victory dance with us. 1942 WYNDHAM LEWIS *Let.* 10 Sept. (1963) 336 Why doesn't she lie low..and work in her victory-garden? 1978 H. WOUK *War & Remembrance* i. 13 She had started a victory garden and seemed the merrier for it. 1952 M. LASKI *Village* ii. 41 The coloured electric lights that Mr. Waters had dug out for Victory night. 1977 *Time* 26 Sept. 17/2 The victory-night hoopla of Norway's Laborites was, however, a bit premature. 1931 F. L. ALLEN *Only Yesterday* i. 10 Every other city has its victory parade. 1942 WARNER & SANDILANDS *Women beyond Wire* xi. 179 The war in Europe became progressively less of an Axis victory parade. 1962 *Listener* 8 Nov. 786/2 In the second half Britain went further ahead and won the match 6-0 in victory points. 1972 *Daily Tel.* 21 June 14/5 Britain scored 42 victory points out of 60 during Monday's play in the World Bridge Olympiad. 1942 *Tee Emm* (Air Ministry) II. 58 On returning to his aerodrome he began a victory roll, got into a spin and failed to recover. 1971 A. PRICE *Alamut Ambush* vi. 73 There was no point in doing a victory roll, however. It might even be premature if he failed to handle Havergal with compassion. 1981 T. BARLING *Bikini Red North* xi. 241 The F15 Eagle.. passed overhead, turning in a victory roll. 1942 M. DICKENS *One Pair of Feet* vii. 132 Her bell rang, not once, but as if she were giving the Victory sign in Morse. 1959 M. STEEN *Woman in Back Seat* ii. viii. 310 One gave the 'victory' sign. 'We've beaten 'em.' 1978 L. THOMAS *Ormerod's Landing* v. 100 They went quickly, only the idiotic boy turning around and giving the victory sign.

**Victrola** (viktrōˈ·lă). Also **victrola**. [f. the name of the *Victor* Talking Machine Co. + *-OLA*.] The proprietary name of a kind of gramophone.

1905 E. JOHNSON *Let.* 9 June in *Amer. Speech* (1961) XXXVI. 116 The word Victrola is similar to nothing I have ever heard of and seems to me to have a sound suggestive of music, and would in all probability be the best word to use. 1906 *Official Gaz.* (U.S. Patent Office) 9 Jan. 644/2 Victor Talking Machine Company... Filed Dec. 1, 1905. Victrola. 1906 *Trade Marks Jrnl.* 9 May 628 Victrola 279,292. Philosophical instruments, scientific instruments, and apparatus for useful purposes. 1916 'J. WEBSTER' *Dear Enemy* 318 The children..had a lot of new records for the victrola. 1937 N. COWARD *Present Indicative* vi. 259 A tall Renaissance covered with a velvet cushion under which lived an electric victrola. 1952 J. STEINBECK *East of Eden* 374 He bought a Victor victrola..and he went regularly to see what new records had come in. 1979 P. THEROUX *Old Patagonian Express* xvii. 259, I found an old phonograph. It was literally a Victrola, a 1904 Victor.

**vicy-versy:** see *VICEY-VERSEY, VICY-VERSY*.

**vide,** aphetic form of DIVIDE v. Delete †*Obs.*—[1] and add: **1.** (Later example.) Now only U.S. Blacks'.

1935 Z. N. HURSTON *Mules & Men* 10 'Way after while when He ketch dat Jew, He's goin' to 'vide things up more ekal'.

**2. as int.** A set parliamentary cry for the division of the house into two groups voting on each side of a question for the purpose of counting. Cf. DIVIDE v. 10.

1893 *Harper's Mag.* Dec. 39/2 This is usually done by shouting 'Divide! divide!' or, as the word is generally pronounced, "Vide! 'vide!' 1908 H. W. LUCY *Mem. Eight Parliaments* vi. 242 Opposite and shouting "'Vide! 'vide!' was a crowd of hilarious gentlemen shouting "'Vide! 'vide!' 1951 J. BIGGS-DAVISON *George Wyndham* xiv. 206 From the Conservative Back Benches came a shout of "Vide! 'Vide!'

**videnda,** *sb. pl.* (Later examples.)

1790 J. BYNG *Torrington Diaries* (1954) 312 Thus is one often humbug'd by printed accounts of visionary videnda! 1964 AUDEN in *Listener* 1 Oct. 525/1 Windows averted from plausible videnda but admitting a light one could mend a watch by.

**video** (viˈ·diō), *sb.* [f. L. *vidē·re* to see + *-o*, after *AUDIO*.] **I.** *attrib.* **1.** Of or pertaining to (a) television, or (b) the visual element of television broadcasts or the signals representing it.

1935 [see *AUDIO- II]. 1937 *RCA Rev.* July 17 Another important consideration has to do with the difficulty of feeding and switching video circuits. 1944 *Jrnl. Television Soc.* IV. 69/2 Trap circuits are commonly used..to keep the sound carrier out of the video channel. 1945 J. BARZUN *Teacher in Amer.* xix. 380 The copywriter.. must be the same who was impelled to call television 'the video art'. 1949 *Proc. IRE* XXXVII. 289/2 Video Techniques. Notable progress was made in the comparatively new field of television recording on film. 1951 KOESTLER *Age of Longing* 194 An American video commentator. 1959 N. MAILER *Advts. for Myself* (1961) 157 A hippopotamus of a television-radio-and-phonograph cabinet with the blind monstrous snout of the video tube. 1967 *Boston Herald* 1 Apr. 1/1 News commentator Chet Huntley claimed Friday he had the support of his video partner, David Brinkley, and all but three of 40 NBC newscasters in his bid. 1979 *Daily Tel.* 17 Dec. 13/6 Such moments..were rare in Alick Rowe's *Two People* (ITV)... Video-drama remains uncertain about the love story.

**2.** Of or pertaining to video recording; **video art,** art in which a video recording is the medium; so **video artist**.

1965, etc. [see *video film*, etc., sense 8 below]. 1972 *Harper's Mag.* June 92 Few of these programs are going to win awards as video art. *Ibid.* 90 Russ Connor is now in charge of granting money through the New York State Council to independent video artists. 1973 *Art Internat.* Mar. 42/2 The video sculpture *De La*, which utilizes the machine constructed for shooting *La Région Centrale*, carries on a discourse on perception at the same time that it exists as a fascinating mechanical object. 1975 *N.Y. Times* 14 Apr. 33 Mr. Gillette..is one of a growing breed of video artists, for whom the TV screen has become an esthetic medium... They produce video-tapes that take ingenious advantage of the technology. 1975 *New Yorker* 5 May 44/1 The video-art movement, which has been in high gear for more than three years now, can have come as a surprise to practically no one. 1976 *Broadcast* Dec. 20/1 In a video world he has still a film-stock contribution to make to the overall impression of the whole. 1977 C. MCFADDEN *Serial* (1978) iv. 14/2 He said he'd had amazing results just acting out his anger with his patients. He was also big on video feedback.. role-playing..and Japanese hot tubs. 1978 *Chicago* June 14/4 Channel 11 producer Tom Weinburg [is] a video artist and part-owner of the White Sox. 1979 *Daily Tel.* 15 Dec. 15/5 Home video equipment is giving the Mafia a foothold in Britain, with illegal distribution of pornography and pirated films... 'Videocrime' is growing so fast that it will be the Crime of the '80s. 1980 *Times* 25 Jan. (Audio Visual Rep.) p. ii/3 Video programmes are being used by the National Bus Company for training drivers. 1982 *Listener* 23 & 30 Dec. 10/3 If you don't like what broadcast television offers, then you can supplement the diet from the video shop. 1984 *What Video?* Aug. 6/2 The VR-3995 has four video heads for noise-free still frame and slow motion.

**II.** *absol.* or as *sb.* **3.** That which is displayed or to be displayed on a television screen or other cathode-ray tube; the signal corresponding to this.

1937 *Printers' Ink Monthly* May 45/2 Video, the sight channel in television, as opposed to audio, the sound channel. 1940 *Broadcasting* 1 June 32 Video seen 230 miles at sea. Clear steady images picked up during test. 1946 [see *DISPLAY sb.* 1 c]. 1949 *Hollywood Q.* Winter 157 And pipe the finished output of these segments, both video and audio, instantaneously and simultaneously to the kinescope recorders. 1951 *Proc. IRE* XXXIX. 8/1 One cycle of video during active horizontal scanning represents one dark and one light picture element on a particular scanning line. 1960 J. L. BERNSTEIN *Video Tape Recording* p. vii, Directors, editors, cameramen, and others..would benefit if they could learn the processes involved in recording video on tape. 1964 *Times* 7 Feb. p. iv/3 Except for its width..video tape looks exactly like sound recording tape. But it records not only sound but a continuous picture—video—as well. 1976 *Aviation Week* 10 May 131/1 An IBM scan converter transforms radar video into a format suitable for presentation on the TV monitors. 1977 *Gramophone* Aug. 361/2, I see it as the precursor of the all-purpose high quality cassette recorder that will record both video and audio. 1979 W. C. BRANDENBURG *Introd. Television Servicing* ii. 4/2 Both the audio and video can be broadcast from the same antenna. 1982 G. WHITE *Video Techniques* vi. 134 Sound is as important as the video and often more difficult to edit.

4. Television as a broadcasting medium. *U.S. colloq.*

1941 *Amer. Mercury* Nov. 581/2 Vidio,..television. 1946 *Time* 25 Feb. 72 NBC published a 55-page booklet, listing words & phrases commonly used in video. 1954 *Billboard* 23 Nov. 21 Most of the big name spinners have taken a fling in video during the last five years, but their survival-average has been low. 1979 *Boston Globe* 10 Apr. 32 Their play was flashed by video to an adjoining room where experts commented on it before a throng.

5. A video recorder; also, a VDU.

1958 *Observer* 26 Jan. 14/6 The Video is like a combined tape-recorder and cinema camera. It records your television appearance complete with sound track and can be played back at the touch of a switch. 1979 *Television & Home Video* Mar. 7/2 There's not a lot of point in owning a home video and using it to record the rubbish you might otherwise have missed. 1982 *Times* 7 May 17/5 Last year over 900,000 videos were rented or sold in Britain. 1983 *What's New in Computing* Jan. 5/1 The rest of the machine, the discs, the power supplies and the videos are all retained or upgraded and existing software can be run side by side with new software. 1984 S. TOWNSEND *Growing Pains A. Mole* 190 We are the only family in our street who haven't got a video.

6. A video recording; videotape as a recording medium.

1968 *Observer* 14 Jan. 28/4 The days of the disc, in the pop world at least, are numbered. For soon will come the video. We will have the top 20 videos which you plug into your home video-machine. 1978 *Radio Times* 4-10 Mar. 4/2 We've got some video of a man he has already made contact with... We'll just have to cut in with that if necessary. 1981 *Church Times* 7 Aug. 5/3 They..went down to BBC television... Later he popped round to the school and showed them a video of themselves. 1983 *New Scientist* 3 Mar. 569/1 The BBC recognised early on that there was money to be made from selling archive programmes on video. 1984 *Melody Maker* 6 Oct. 3/1 Spandau Ballet have just returned from Hong Kong where they filmed the video for 'Highly Strung'.

7. The production or use of video recordings.

1970 *It* 9-24 Apr. 7 There are also groups of people exploiting video in any way they can think of. 1977 *N.Y. Rev. Bks.* 23 June 25/4 Made images move (cinema) and achieved their simultaneous recording and transmission (video). 1980 *Times* 31 Mar. 24/6 There are enough able practitioners around to demonstrate how effectively video, like any other artistic tool, can be used. 1980 C. MACCABE *Godard* 26 You envisaged a different kind of distribution: film and video as a handcraft industry. 1982 *Listener* 11 Feb. 34/3 The good news is that things in video could be worse. The bad news is that things in video will get worse.

**III. 8. Special Combs.** (see also *VIDEO-).

Most of the following are written as one word or two, with or without a hyphen, so that the distinction between them and words f. *VIDEO- is to some extent arbitrary.

**video amplifier**, an amplifier able to amplify the wide range of frequencies present in video signals and suited to delivering a signal to the picture tube of a television set; **video art**, **artist** (see sense 2 above); **video camera**, a camera for producing an electrical signal corresponding to a changing scene, suitable for feeding to a video recorder; **video display terminal** or **unit** = *visual display unit* s.v. *VISUAL a. 6 e; abbrev. VDU s.v. *V 5 b; **video film**, orig., a cinematographic film of a television broadcast; now, a recording on a videocassette; **video frequency**, a frequency in the range employed for the video signal in television (viz. a few hertz to several million hertz), esp. one in the higher part of this range; freq. *attrib.*; **video game**, a game played by electronically manipulating images displayed on a television screen; **video map**, a map produced electronically on a radar screen to assist in navigation; so **video mapping**; **video nasty** *colloq.*, a horror video film; **video piracy**, the illegal production and sale of copies of commercial video films; so **video pirate**; **video-player**, a machine used in conjunction with a television for playing videocassettes; **video signal**, a signal that contains all the information required for producing the picture in television broadcasting; **video terminal** = *video display unit* above.

1937 *Electronics* Aug. 22/1 A video amplifier is one that is responsive to picture signals, and therefore, is an extremely good audio as well as a very wide band radio frequency amplifier. 1975 D. G. FINK *Electronics Engineers' Handbk.* xx. 55 Finally the video amplifier raises the signal to from 50 to 100 V to drive the picture tube. 1978 *Tucson Mag.* Dec. 28/1 Videocameras for home productions range from $300 to $1500. 1983 *New Scientist* 24 Mar. 793/1 It is neither easy nor ethical to perch with notebook or video camera over spontaneous scenes of human mating or aggression. 1976 *New Yorker* 1 Mar. 23/2 A V.D.T.; or Video Display Terminal, is a machine that combines a television screen with a typewriter keyboard and is connected to 'a gigantic network of computers'. 1983 *Boston Globe* 12 July 3/5 Video display terminals, or VDTs, have become commonplace in many offices. 1968 *Video display unit* [see VDU s.v. *V 5 b]. 1969 *Jane's Freight Containers* 1968-69 114/3 New video display units provide instantaneous information to answer inquiries from customers concerning the location of cars. 1983 *Engin. & Mining Jrnl.* May 99/1 Engineers have at their disposal newly developed hardware and software, with modern distributed control systems using computer interface and video display units. 1944 R. E. LEE *Television* ix. 182 Even with the financial savings of videofilm, television is the most expensive way of selling things that man has ever concocted. 1955 *Amer. Cinematographer* XXXVI. 365/1 Within a matter of minutes, this video film recording can be quick-processed and screened. 1978 *Washington Post* 29 Mar. D-2/5 The flight scheduled to carry the video film of Sunday's game 'did not take off' Monday night. 1983 *Daily Tel.* 10 June 2/3 Management brought in video films which were shown in updated form every few months to enable employees to know how the company was functioning. 1937 *Electronics* Aug. 23/2 There are several ways of designing an amplifier to give satisfactory response for video frequencies. 1956 AMOS & BIRKINSHAW *Television Engin.* II. 1. 28 The video-frequency signal generated by scanning such a scene has a uniform level which is interrupted by the sync signals. 1982 *Electronics* 6 Oct. 63 In development.. is a..generator for cathode-ray-tube applications offering an 80-MHz video frequency. 1973 *Business Week* 10 Nov. 212/1 The astonishing ability of the video game to lure quarters from the public and the electronic techniques used in its design are forcing major changes on the coin-operated game business. 1983 *Wall St. Jrnl.* 5 Jan. 1/2 Coleco's 1982 earnings 'appear to be well in excess of five times 1981 levels of $7.7 million,' the third-largest maker of video games said. 1961 *Aeroplane* CI. 74/2 All displays are capable of accepting video map information. 1962 *Radar-82* (IEE Conf. No. 216) 307/1 Producing a video map very much more accurate than the radar data is unnecessarily costly. 1954 *Sun* (Baltimore) 18 Mar. (B ed.) 20/4 Another of the new developments, 'video mapping', electronically reproduces an area map on the radar scope—showing terrain hazards, airport runways and radio flight paths. 1962 *Flight Internat.* LXXXI. 283/2 The range of synthetic displays to be added to the raw radar..will include video mapping. 1983 *Listener* 10 Feb. 4/1 The same children are sometimes known to see video 'nasties' or horror films screened later on. 1984 *Ibid.* 14 June 3/2 Unless one has seen a video nasty..it is difficult to imagine the depths of degradation to which certain producers are willing to sink. 1980 *Times* 2 Aug. 2/4 Audio and video piracy..usually involve the copying of a legitimate product such as videotaped film. 1983 *Daily Tel.* 20 June 17/2 Customs and Excise is claiming the right to see documents seized under a court order by a firm of London solicitors acting for the British Videogram Association in a video piracy case. 1982 *Ibid.* 17 Nov. 2/3 A video pirate was fined £500 yesterday by magistrates in Chepstow, Gwent, in a test case which could start a new clampdown on the illegal copies. 1983 *New Scientist* 3 Mar. 569/1 The deal is a blow to the video-pirates, who have cashed in by selling illegal copies. 1970 *Sci. Amer.* Dec. 37/1 (Advt.) The little cartridge simply drops into the videoplayer you will have attached to your set. 1972 *Listener* 8 June 775/3 I would guess that in about fifteen years most people would have a video-player of one sort or another in their homes. 1983 *N.Y. Times* 23 Apr. 48/4 The man..slipped a cassette into his video player... A comedian..popped into view on the television screen. 1937 J. C. WILSON *Television Engin.* ix. 346 Fig. 210..shows a triode valve having its grid biased approximately at zero volts, so that on receipt of positive video signals it runs into grid current and the video-signal voltage is dropped across the series grid resistance. 1937 [see *FADE v.' 9 b]. 1957 AMOS & BIRKINSHAW *Television Engin.* I. i. 17 The composite signal obtained by combining a picture with a synchronising signal is known as a video signal. 1976 A. DAVIS *Television* ii. 28 The main problem was the high speed at which the tape needed to run in order to accommodate the wider range of frequencies of video signals compared with audio signals. 1970 *Computer Management* Nov. 52/2 The key point in all video terminal applications, present or future, is the ease of handling and understanding information presented in a familiar form. 1983 *N.Y. Times* 28 Jan. 18/2 I.R.S. operators will still do the talking, but the computers will catalogue and display on video terminals all the taxpayers' facts, figures and prior promises.

**video** (vi·dio), *v.* [f. the sb.] 1. *trans.* To make a video recording of.

1971 *Jrnl. Soc. Motion Picture Engineers & Television Engineers* LXXX. 414 *Video*, to dub by rerecording the video signal recovered from the tape being copied. 1984 *What Video?* Aug. 4/2 My work..is videoing anything to do with the emergency services (road accidents, fires etc.).

2. *U.S.* To televise. *rare*.

1973 E. BULLINS *Theme is Blackness* 5 Colored people knew they were black, unique, separate and had a future. For paeans of Blackness were videoed throughout Black America.

**video-** (vi·dio), *VIDEO sb.* used as a formative element (cf. *VIDEO 8), as in **vi·deocasse·tte**, a cassette of videotape; freq. *attrib.*; **vi·deoco·nference**, an arrangement in which television sets linked by telephone lines or the like are used to enable a group of people in different places to see and hear whichever of them is speaking at the time; hence **videoco·nferencing** *vbl. sb.*, telecommunication in the form of a videoconference; **vi·deo-disc**, a disc on which (moving or static) visual images have been recorded in non-representational form for subsequent reproduction on a television screen or the like; **vi·deophone**, a telephone incorporating a television screen on which the other person may be seen speaking; also as *v. trans.*; **vi·deoporn** *colloq.*, pornography on video film; **video-te·lephone** = *videophone* above.

1970 *Times* 26 Sept. 12/1 The video-cassette comprises a pre-recorded, pre-packaged programme of pictures and sound, designed to be 'played' on a television set with a converter. 1976 *Broadcast* 23 Aug. 8/1 The videocassette editor..is a small desk-top box..controlling two Sony video-cassette recorders. 1978 *Lancashire Life* Nov. 112/1 (Advt.), The Philips N1700 uses a 2½ hour video cassette no larger than the average paperback, and like an audio cassette the video cassette recordings can be played back whenever you like and as often as you like. 1983 M. BABSON *Death beside Seaside* xv. 132 That's a video cassette recorder! Where did he get that? We couldn't afford that. 1977 *Communications: Technol. for Better Tomorrow* (Proc. 13th Ann. Internat. Conf. Communications) III. 75/1 An experimental videoconference link has been installed in France. 1983 *Times* 25 June 8/5 Whether a face-to-face meeting is in any sense 'better' than a videoconference is a different question. 1977 *Communications: Technol. for Better Tomorrow* (Proc. 13th Ann. Internat. Conf. Communications) III. 75/1 Characteristics concerning typical pictures in videoconferencing. 1983 *New Scientist* 7 Apr. 7/3 British Telecom has been running video conferencing studios for the past 12 years. 1967 *Ibid.* 2 Feb. 285/3 We shall soon have on the market the video-disc, about the size of a gramophone record and costing about 22 shillings. 1975 *Broadcast* 28 July 11/2 Consider the mind-boggling experience of a visit to your local bookstore to purchase a videodisc with perhaps 150 books on it—or maybe 54,000 slides of paintings. 1982 *New Scientist* 21 Oct. 150/1 Video discs are the video equivalent of the long-playing record. 1982 *Jrnl. R. Soc. Arts* Nov. 781/1 The floppy disc can hold the equivalent of 40 pages of the *Concise Oxford Dictionary*, but the video disc the whole of the *Encyclopaedia Britannica*. 1955 C. L. MOORE in 'E. Crispin' *Best SF* 129 He..called Maltzer's apartment by videophone. *Ibid.* 131 Maltzer videophoned him. 1971 *New Scientist* 1 July 14/2 The West Germans have recently begun operating a 240-mile experimental videophone link. 1976 *TV Guide* (U.S.) 1 May, To reach other videophone outlets, the user merely dials the telephone. 1979 *Daily Tel.* 15 Dec. 15/5 The programme claimed that a 'videoporn' cassette of Linda Lovelace's 'Deep Throat'..was made in America with Mafia money. 1982 *Punch* 13 Jan. 83/2 Before videoporn and clockwork dildo moved inexorably in. 1964 M. MCLUHAN *Understanding Media* xxii. 233 The possibility of shopping by two-way TV, or video-telephone. 1978 *Jrnl. R. Soc. Arts* CXXVI. 270/2 The interview will remain the mainstay of any selection procedure: even if it is transferred to the video telephone.

**videogram** (vi·diogræm). [f. *VIDEO- + -GRAM.] 1. An apparatus for making or reproducing video recordings. *rare*.

1963 *Times* 17 Aug. 4/2 A young Wolverhampton design consultant said today that he had invented a record player which reproduced vision as well as sound..Mr. Mason's videogram—as he has named it—could be on sale soon. 1972 *Guardian* 11 Apr. 15/2 They have ordered 60 cassette recorders—videograms is the coming word.

2. A prerecorded video recording; a commercial video film or disc.

1972 *Publishers Weekly* 10 Apr. 27/2 Mr. Geranton insisting on the distinction between a video copy of a previous work (say a film) and an original 'videogram'. 1976 [see *PHONOGRAM 2]. 1980 *Daily Tel.* 15 Oct. 18 The newly formed British Videogram Association..will put an end to people taping a film on one television channel while they watch football..on the other. 1982 R. DEAN *Home Video* vi. 71 Videogram sales and rentals are now dominated by features, with 'adult' subjects..running close behind. 1983 *Times* 29 Jan. 4/2 Owners and distributors of videograms (pre-recorded video cassettes and discs) are to be asked..to approve cinema-type certifications.

So **video-grapher**, one who makes videograms; **video-graphy**, the process or activity of making a video recording using a video camera; the use of such a camera.

1976 (*title of periodical*) Videography. 1980 *Daily Tel.* 18 June 17/2 Videography is what they are calling it and it will revolutionise home movies. Following hard on the sales of video recorders..comes the video camera. 1983 *N.Y. Times* 24 July 11. 30/6 One more advantage that the cinematographer has over the videographer is in the amount of lighting required. Video requires a lot of light to get a good result. 1984 *What Video?* Aug. 40/1 Colour settings are especially important with underwater videography. 1985 *Audio Visual* Feb. 54/3 Although obviously intended for a primary audience of still photographers, David Kilpatrick's..volume could just as easily serve as a guide to in-house videographers.

**videophile** (vi·diofail), *a.* and *sb.* orig. *U.S.* [f. *VIDEO- + -PHILE.] A. *adj.* Of or pertaining to a videophile or videophiles. B. *sb.* One who is very keen on watching television or video recordings.

1978 *Washington Post* 2 July M-4/2 In time there will be a videophile subculture: it is evolving now, as members of the baby-boom generation come to realize that television has played the cultural role in their lives that the movies and radio played in their parents' lives. 1980 *Business Week* 7 July 77/1 Pioneer Electronic Corp...is betting that it can turn its large base of audiophiles into videophiles. It..recently set up a new subsidiary..to produce music for videophiles. 1984 *New Yorker* 20 Feb. 42/1 Kodak's new system had a maximum recording time of ninety minutes—not enough for a football game. The product, he said, would have 'some appeal to the upscale videophile'.

**video recording**, *vbl. sb.* Also with hyphen and as one word. [f. *VIDEO sb.* + RECORDING *vbl. sb.*] 1. a. The process of making a cinematographic film of what appears on a tele-

AX205540