# EXHIBIT 21

raster - a Whatis.com definition

Explore the TechTarget Network at SearchTechTarget.com.

Activate your FREE membership today | Log-In





HOME | LOOK IT UP | LEARNING CENTER | FAST REFERENCES

TechTarget Conferences, the most targeted events for today's top enterprise IT pros. View full schedule of upcoming topics and dates!

Whatis.com *Target Search™*

Search our IT-specific encyclopedia for:

[ Search ]  or jump to a topic: [Choose a topic... ▼] [Go]

**Advanced Search**

Browse alphabetically:

A B C D E F G H I J K L M N O P Q **R** S T U V W X Y Z #

All Categories → PCs → Multimedia & Graphics

## raster

Also see frame, raster graphics, and raster image processor.

The term raster refers to the region of a cathode ray tube (CRT) or liquid crystal display (LCD) monitor that is capable of rendering images.

In a CRT, the raster is a sequence of horizontal lines that are scanned rapidly with an electron beam from left to right and top to bottom, in much the same way as a TV picture tube is scanned.

EXPLORE THIS AREA: RICH-MEDIA ADVERTISEMENT

http://whatis.techtarget.com/definition/0,,sid9_gci212870,00.html

AX203258

3/24/2005

However, there are certain differences. In general, the resolution is better in a computer CRT than in a TV picture tube. Also, a TV raster scan is interlaced, while the raster scan in a computer CRT is almost always non-interlaced. In a CRT, the raster is slightly smaller than the full screen size of the monitor. The height and width of the raster can be adjusted, as can the horizontal and vertical position. Other parameters such as pincushioning, horizontal linearity, and vertical linearity can be adjusted in some CRT monitors.

In an LCD, the raster (usually called a *grid*) is scanned differently than in a CRT; image elements are displayed individually. The raster normally matches the screen monitor in size. But if low resolution is used (for example, 640x480 pixels on an LCD intended for 800x600), the displayed image may fill only part of the screen. If high resolution is used (such as 1024x768 pixels on an LCD intended for 800x600), the displayed image may exceed the area of the screen, and scrolling will be necessary to view all portions of the raster.



☐ WHATIS RELATED LINKS

Ads by Google

**Free Vector Software**
Drawing & illustration software. Easy to use. Not shareware.
www.freeserifsoftware.com

**Smart Raster to Vector**
Convert from Raster to Vector using smarter tools, download full demo.
www.csoft.com

**Raster Vector Conversion**
Raster-2-CAD: looks like a million bucks, but costs like peanuts.
www.designpresentation.com

**Raster Imaging**
ActiveX VCL COM, C++ Class Library DLL Imaging API and .NET Components
www.leadtools.co.uk

**Vextractor**
Raster to vector conversion software
www.vextrasoft.com

Last updated on: Jun 18, 2001

AX203259

3/24/2005

**Case Study: Boston Marathon Tech** Registration required.

**IT Knowledge Exchange** Get answers fast.

**What's New?**

**WORD OF THE DAY...**
**sniffer**

**LEARN MORE ABOUT...**
**March to HIPAA**

- Resell, reuse, & recycle electronics
- Switches: Do you speak Geek?
- Fast Guide: Advanced Fibre Channel
- Secret Word of the Day
- Daily geek trivia
- IT Alphabet Soup Q&A
- Site Map for whatis.com
- Recently added/updated
- Word of the Day Archives

**Email a friend:**

**Send this page to a friend!** Email a friend

**Note:** Email addresses will only be used to send site content to your friend(s).

HOME | LOOK IT UP | LEARNING CENTER | FAST REFERENCES

About Us | Contact Us | For Advertisers | For Business Partners | Reprints | Awards

Whatis.com is part of the TechTarget network of industry-specific IT Web sites

| WINDOWS | ENTERPRISE IT MANAGEMENT | PLATFORMS |
|---|---|---|
| SearchExchange.com | SearchCIO.com | Search390.com |
| SearchSQLServer.com | SearchDataCenter.com | Search400.com |
| SearchVB.com | SearchSMB.com | SearchDomino.com |

AX203260

raster - a Whatis.com definition

SearchWin2000.com
SearchWindowsSecurity.com
SearchWinSystems.com
Labmice.net
MyITForum.com

**APPLICATIONS**
SearchCRM.com
SearchSAP.com

**CORE TECHNOLOGIES**
SearchDatabase.com
SearchEnterpriseVoice.com
SearchMobileComputing.com
SearchNetworking.com
SearchOracle.com
SearchSecurity.com
SearchStorage.com
SearchWebServices.com
Whatis.com

SearchEnterpriseLinux.com



TechTarget Expert Answer Center | TechTarget Enterprise IT Conferences | TechTarget Corporate Web Site | Media Kit

Explore **SearchTechTarget.com**, the guide to the TechTarget network of Industry-specific IT Web sites.

All Rights Reserved, Copyright 2000 - 2005, TechTarget            Read our Privacy Statement

AX203261

http://whatis.techtarget.com/definition/0,,sid9_gci212870,00.html

3/24/2005

# EXHIBIT 22

19. NOV. 2004  7:41     44_01937_5466492                    NO. 6111  P. 2

Vol. 12, No. 7
Dec. 13, 1982
ISSN: 0364-5517

# The Seybold Report
## on Publishing Systems

LIBRARY.
N SPA
2 0 DEC 1982
8254. 494

# The Hell Chromacom:
## *A Tool for Today, a Vision for Tomorrow*

HELL IS THE LARGEST SUPPLIER of color-separation scanners. (Hell's own estimates are that it has 60%-65% of the U.S. market, and 52% of the market worldwide.) For many quality-conscious color printers these machines have become the preferred means of producing sized and screened color separations from original transparencies or color prints. In the last decade, Hell, Crosfield and other companies began work on digital color systems which would allow manipulation and assembly of color images to be performed in between the input scanning and output writing operations of a color separation scanner.

Actually, as often happens when new technology hits an industry, the key innovator in this field has been neither of the two established firms but Scitex, an "upstart" which has entered the graphic arts industry from other fields and has brought along its own technology and insights. Both Crosfield and Hell were hard at work on development of digital color systems long before Scitex appeared on the scene. But both have clearly been influenced by what Scitex has done and by the way in which Scitex has been able to capture the imagination of the marketplace.

Scitex brought its system to market first. Crosfield, whose highly modular approach made it possible to install systems for page layout and assembly without any color preview or correction facilities, followed quickly. However, Crosfield has had difficulty getting the final pieces of its system to the field.

Hell, by contrast, chose to tackle a full-function system, rather than to proceed modularly. It has been building a substantial base of installations over the last two years.

In certain areas (particularly real-time image sizing and rotation and manual switching of disks) the Hell system is still somewhat less sophisticated than Scitex's. However, the system is now selling very well indeed and sales momentum is encouraged by virtue of the the large installed base of Hell scanner users. The current high value of the dollar in relation to the Deutschmark is also a positive factor. (Scitex prices are based on U.S. dollars so that exchange rates, at least in relation to the mark, are not relevant.) But beyond this, the Hell system appears to be a sensible and practical production tool.

For the future, Hell, like Scitex and Crosfield, intends to incorporate the ability to generate and output text as well as graphics. And, like Scitex, it intends to move "upstream" in the production cycle with development of a less-expensive workstation which can be used for design and page layout.

Electronic color systems have caused the blurring of the traditional craft distinctions between color separation, retouching, and stripping. In the same way, new developments in incorporating text are blurring the distinction between color operations and typesetting. The design and plate-making functions are next on the list of areas to be incorporated. We are beginning to see the emergence of total systems which will handle all pre-press functions in an electronic environment.



In our coverage of the Print '80 show at which these color systems burst onto the U.S. scene (Vol. 9, No. 16/17), we noted that they foreshadowed "the day when handling of text and graphics are far more clearly tied together than they are today." That day is dawning now.

© 1982 by SEYBOLD PUBLICATIONS, INC., P.O. Box 644, Media, Pennsylvania 19063. Telephone: (215) 565-2480. Reproduction in whole or in part without express written permission is prohibited. Permission will not be granted to suppliers to reproduce any part of *The Seybold Report on Publishing Systems* for commercial purposes.



EKC 000142124



**The Combiskop, heart of the Chromacom system.** *This workstation permits page assembly, retouching, color adjustment, and a variety of other operations.*

# The Hell Chromocom Digital Color System

THE HELL CHROMACOM SYSTEM (marketed by HCM in North America) is a tool for the electronic assembly of full pages of color imagery. The output of the system is screened and color-separated film, ready for platemaking (or, for gravure, since a digital cylinder engraving machine may be driven directly). The key component of the Chromacom system is the Combiskop, a workstation at which scanned-in images can be assembled into pages and a wide variety of adjustments to the individual images and the page as a whole can be made.

For Hell, the Chromacom system is the latest step in an evolutionary series of products. Unlike their most important competitor in this market, Scitex, Hell has a long tradition of providing electronic products to the graphic arts industry. It is a background emphasized both by Hell and by its loyal customers.

## Company history

The Chromacom system is manufactured by Dr.-Ing. Rudolf Hell GmbH in Kiel, West Germany. The company was founded in Berlin in 1929 by Rudolf Hell. Dr. Hell was 28, and he had already written a book on the infant technology of television. (Hell and his professor, Max Dieckmann, had made the first public demonstration of wireless transmission of television pictures.) Among the first products offered by the new company were facsimile machines for newspaper use. Facsimile continues to be an important Hell product area to this day. Other early product lines included radio compasses, direction finders, and Morse code recorders.

At the end of World War II, in 1945, Hell ceased operations. It was re-started two years later, in Kiel. The initial activity was repairing facsimile and Morse code recorders, but soon a variety of other tasks occupied the company: restoring the newspaper wire-service network, building a facsimile service for the Post Office, and designing a phototypesetting system. As time went on, Hell concentrated more and more on products for printing and publishing.

Hell's best-known products today—the line of color-separation scanners and related equipment—stem from a 1953 demonstration in which facsimile transmission was used to engrave a printing plate directly, instead of requiring photoengraving as an intermediate step. The initial product, called a "Klischograph," made raised plates for black-and-white letterpress. Color capabilities, and output suitable for offset and gravure, followed later. The direct-engraving technology led to the current "Helio-Klischograph" product, which engraves gravure cylinders directly using diamond styli under computer control. The color scanning technology led to the present "Chromagraph" family of scanners.

Hell also makes equipment for typesetting—the Hell "Digiset" systems, which were introduced in 1965. These have sold well in Europe, particularly in Germany and in Switzerland, Austria, and Yugoslavia. Digisets have been sold in the U.S. market two different times by two different companies. When the Digiset was first introduced, RCA and Siemens had a cooperative agreement (Siemens sold RCA computers under its own name in Germany). The original Hell Digiset was sold in the U.S. as the RCA VideoComp 820.[1] (RCA also sold Hell color scanners.)

More recently HCM, Hell's North American subsidiary, offered the Digiset 20T typesetter in this market. But the machine was late into the market, higher-priced than its American competitors, and did not offer a full library of U.S. type faces. It has since been withdrawn, but it continues to sell well in Europe.

Products for the printing industry dominate Hell's output. The current annual report does not give figures on prod-

[1] Eventually, the VideoComp and the Digiset evolved into completely separate product lines. Later RCA VideoComp models were hybrid machines with an RCA "front-end" (the computer/controller) and Hell "back-end" optical bed. The VideoComp product line was subsequently acquired by Information International. Since then III and Hell have proceeded on their own separate development paths. Current III Video-Comps and Hell Digisets share no components in common.

EKC 000142125

Case 1:04-cv-01373-KAJ    Document 331-6    Filed 05/31/2006    Page 9 of 54
19. NOV. 2004  10:45    44_01937_5466623    NO. 2507    P. 3



SCAN/RECO STATION

COMBISKOP

FINAL PAGE STATION

Organization of Chromacom System

ucr areas, but a 1979 report showed that over 80% of Hell's sales were printing-related. In 1979, 62% of sales were of scanners, engraving machines, and related equipment; and 19% were phototypesetting-related. Facsimile devices contributed 17% and textile equipment 2%.

Hell is now a wholly-owned subsidiary of Siemens AG. Siemens, the giant European electrical and electronic conglomerate, having held an 80% interest in the company, purchased the remaining 20% from Dr. Hell in 1980. (Dr. Hell, now 81, is honorary chairman of the board.) Hell's sales for 1980/81 were 395 million marks (about $186 million) with an after-tax profit of DM 22 million. Total sales for Siemens were DM 32 *billion* in 1979/80.

International scope. Hell is very much an international company, with 72% of total output being exported. About half of Hell's sales are in Europe (including Germany), approximately a quarter are in North America, and about 10% in Japan.

## The Chromacom system

Although it continues to sell "straight" scanners, the key to Hell's future clearly lies with the Chromacom digital color system and its related input scanners and output recorders. The basic principles of such a system are by now familiar to most of our readers. Continuous-tone color transparencies or

prints are "read" on a color-separation scanner and recorded onto disk as digitized continuous-tone (unscreened) pictures. The amounts of data thus recorded are immense: each sample point, of which there are typically 300 per inch in each dimension, is represented by 24 bits of data. This means that for each square inch of image area, there are roughly two million bits (or a quarter of a megabyte) of data. This much data cannot be displayed and manipulated in real time with today's technology, so a coarse-resolution sampling is used for operations like color correction, image placement, and retouching, which have to be done interactively. The functions performed by the operator on the coarse data are then repeated on the full resolution data as an off-line process, called "final page processing." The final step is to record the completed page as sets of color-separated negatives. The screening is performed at this time.

The way data is transferred from one process to the next is usually by moving a disk pack from one disk drive to the next, although Hell has recently begun offering a facility which avoids the necessity of doing this.

## The Combiskop

The Chromacom system has several "stations," some essential and some optional (the details are provided under "Putting together a system"), but all that is absolutely necessary is a scanning and recording station and a Combiskop station.

The Combiskop is the heart of the Chromacom system. It is the capability of the Combiskop which make it possible to do things with images which could not have been done conventionally. These facilities include page-assembly, color correction, and retouching. The Combiskop is also a key element in the cost-effectiveness of the Chromacom in use. The number of pages per hour that can be run on the Combiskop, and the number of times a given page has to be called back to the Combiskop because of revisions requested after proofing, are likely to determine whether the whole system can pay for itself or not.

Because of its importance, we will describe the operation of the Combiskop in detail.

The operator controls the Combiskop primarily using two input devices: a function box (to indicate which operation is desired) and a digitizing tablet (to indicate positions on the screen). The operator sees the effects of each operation on a video display screen. Movements of the "puck" on the digitizing tablet are reflected in cursor movements on the screen. Most operations involve a single cursor, but for some two cursors are displayed. There is also an alphanumeric VDT at the Combiskop, but this is little used. It is primarily intended/for running utility programs. During Combiskop operations, the VDT displays a "job listing" of each function the operator invokes. Error messages are displayed on it.

Image size and resolution. Before describing the functions which are available on the Combiskop, a little bit of background is needed concerning how images are stored and displayed.

The screen of the Combiskop can display a maximum of 512 "pixels" (image points) in the horizontal and vertical directions. An 8" square image, at 300 dots per inch, requires 2400 pixels in each direction to be shown at full resolution. Such resolution is beyond the state of the video-display art,

EKC 000142126

so the Combiskop (or any competing product) must show either the whole image at reduced resolution or a portion of the image at full resolution.

The Combiskop offers both possibilities. It keeps each image on disk in two forms: full resolution and coarse resolution. The latter is computed from the former by taking a center-weighted average of a square block of pixels and using that average to represent the whole block when displaying the image at coarse resolution. For example, the coarse resolution image might have one pixel to represent each group of 49 pixels (i.e., a 7×7 block) in the full-resolution image. In this example, the coarse-resolution image would contain roughly 2% of the number of pixels in the full-resolution version. Depending on the scanning resolution and the degree of enlargement required, the number of full-resolution pixels per coarse-resolution pixel could vary. For instance, line art is scanned at very high resolutions (up to 1800 lines per inch) so the coarse-resolution data for screen display might have only one pixel for each 20×20 block of full-resolution data.

The final size of a piece of art generally needs to be determined at input scanning time, because that is when the two disk versions are created. As will be seen, it is possible—but time-consuming—to change the size of an image at the Combiskop.

Either resolution image can be loaded into image memory and displayed on the screen. If full resolution is chosen, a 512-pixel-by-512-pixel block is loaded. Generally, this is only part of the whole image. Some operations are handled best at full resolution, and these must often be done one piece of the image at a time.

To complicate matters further, there are two other operations that affect the size of an image on the screen. One is the "zoom" feature, which causes apparent enlargement of an image by "pixel replication." This consists of copying each image pixel several times in the vertical and horizontal directions so the size of the image is increased without any new data being introduced. The available zoom factors are 2×, 4×, and 8×. The operator can apply the zoom feature to whatever is on the screen—either full- or coarse-resolution images—and the change is instantaneous. Zoom is provided for operator convenience and has no effect on the underlying image data.

The other operation affecting size is the "rotation and scale change" function. This is a function which can be used to change both the size and orientation of an image. It is relatively slow. Depending on the size of the object to be rotated, it may occupy the system for several minutes after the operator has indicated the desired size and orientation. This is the only operation which can actually change the size at which an item will be output from the size specified during scanning.

We note that Scitex now has interactive on-screen sizing and rotation facilities on its system. This is, we think, a very useful feature and one which Hell should add. To do so, Hell would need to use special-purpose hardware, designed for the task, just as Scitex does.

**Image memories.** The Combiskop can seem complicated at first glance. But the principles of working with it are simple. The key technical notion that is required in order to understand the Combiskop and its procedures is the idea of an "image memory." This is an area of computer memory set aside for storing pictures temporarily while they are being worked on.

For the most part, images are stored on disk. But when they are to be displayed, they are called into the image memories of the Combiskop. There are two image memories, so two different images can reside in the Combiskop at one time. The operator can select the image in either memory for display on the screen. The normal page-assembly procedure is to call each image in turn from disk into memory two; perform operations like retouching, color adjustment, and mask creation; then add it to the page which is being assembled in memory one. After the page is completed, it is written back to disk from memory one.

**Masks.** Although they cannot be seen in the finished page, masks are a fundamental part of color image assembly, both in conventional processes and on electronic systems like the Chromacom. Masks isolate an image area for subsequent manipulations. They can be thought of as "windows" of arbitrary shape through which a specific image can show.

For example, if the operator wants to pick up an item (a tape recorder, for instance) out of a scanned-in image and put it into a page which is being assembled, he can use a mask



**The page-creation process.** *This simplified demonstration page begins with a mask (left) and a page-size color vignette (left center). A border is added, one piece of art is placed within the border, and a window for a second piece of art is created (right center). The second piece of art is positioned in the window, completing the page (right).*

EKC 000142127

Case 1:04-cv-01373-KAJ    Document 331-6    Filed 05/31/2006    Page 11 of 54
19. NOV. 2004  10:46    44_01937_5466623    NO. 2507   P. 5

which blocks out the unwanted background from the tape-recorder picture, and leaves only the recorder itself showing through. When the mask and the picture are placed together on the page the mask permits the existing page to display only to the extent that it is outside of the area occupied by the recorder. Anything which was in the area now occupied by the recorder is hidden. This is an example of what Hell calls "foreground" masking, since the mask causes the new image to be placed "on top of" the existing page.

Another type of masking, "background" masking, occurs when a mask is positioned on a page and an image is positioned behind it. For example, suppose the layout calls for the tape recorder to appear in a framed box inset into the upper left-hand corner of the page. In this case, a rectangular mask and a computer-generated frame would be created first in the proper position on the page. Then the tape recorder image would be called to the screen. The mask would function as a window through which part of the tape recorder image could be seen. Moving the image freely with the digitizer "puck," the operator would position the tape recorder within its stationary frame. No part of the page outside the frame would be affected. The new image appears to be "in back of" all the existing page elements.

A final type of masking, which is called "mixed ground," involves two masks. One mask, which is stationary, protects parts of the existing page from being covered by the new image. The other mask, which moves with the new image, causes it to cover unprotected areas of the page. Thus, as the new image is moved around the partially-assembled page, it will disappear behind some objects and hide others from view.

**Creating masks.** The importance of masks should be clear by now. Quite a bit of what the Combiskop operator does is related to creating and using masks.

There are three ways to create masks at the Combiskop. The easiest type of mask to create is the machine-generated geometric shape. The Combiskop will automatically generate rectangles, circles, ellipses, and polygons from points input on the digitizing tablet.

If the background of an image is to be masked out, and if that background is of fairly uniform color, there is an automatic masking function which can create a mask covering all areas which are of that color (or very close to it). If the background is non-uniform, or if the image of interest contains areas of the background color, this method is less useful.

The final method of creating a mask is simply to draw it on the screen, using the digitizing tablet. This process, called "contouring" by Hell, must be done at full resolution. Buttons on the digitizer's puck permit either creation or erasing of mask areas.

After a mask has been created, it can be stored in any of seven mask memories of the Combiskop. It can also be written to disk for future use. If a mask which has been stored on disk is needed again but in a slightly different form, it can be called back to the screen for editing.

**Using the Combiskop.** The operator tells the Chromacom what tasks to perform via a function box which has a key for each function. The keys of the function box are in five groups. In the middle is a numeric keypad. At the left are a group which controls the cursor and digitizing tablet and a



The Combiskop function keyboard. *The keys are in functional groups. The four knobs are for color adjustments. Below the word "Combiskop" is a single-line display showing the last keys pressed.*

group which controls the display and placement of images and masks. At the right are a group which cause masks and frames to be generated, and a group involving generation or correction of color.

The layout of the function box is sensible and seems reasonably easy to learn in spite of the large number of keys (there are about 100 keys). It may seem like a small point, but we are surprised that Hell does not provide English-language abbreviations on the keys for systems sent to English-speaking countries. Some of the German abbreviations are close enough to the English equivalents to be useful (*e.g.*, "KEL" for "create ellipse"), but many are not ("FWD" for "define color value;" "BDM" for "rotate and scale image"). We think it would be very desirable to change these abbreviations, as well as those in the job listing (*see below*) to reflect their meanings in English.

The commands in the first function-box key grouping (cursor and digitizer commands) are basically set-up commands. They don't cause any modification of images. This group of commands includes selection of the shape and color of the cursor, the choice of which cursor to move next (when both are being displayed), and adjusting the positions of the on-screen cursor and the "puck" of the digitizing tablet so that the layout corresponds properly with the image on the screen.

The next group is the image and mask-manipulation commands. These include such things as loading images from disk (either at full or coarse resolution), loading masks from disk, positioning images and masks on the page, and changing the zoom factor. Also in this group is the auto-mask command, whose use was described earlier.

The next group of keys controls the creation of machine-generated frames and masks. Rectangular, circular, elliptical, and polygonal masks and frames can be created. Frames can be of any specified thickness and can have rounded, angled or square corners. A frame may be created so that it lies along the inside of the border of a mask, along the outside of the border, or so that it straddles the border. Also in this group are the contouring commands for drawing masks freehand. Two additional functions that are in this group are those which cause rotation and enlargement of images and masks.

The final group of functions are those concerned with color manipulation. One set of vignette-defining keys permits the operator to enter specific color values at selected points and the system generates a vignette that incorporates those colors at those points. Another set is used for retouching. The operator can select the size, shape, color, and speed of action of the electronic retouching "brush." Another set applies conventional color corrections to the highlights, middle tones, or shadows of an image. All of these functions may be

EKC 000142128



**Working with scanned-in type and rules.** *Left: This magazine cover demonstrates working with line art. Blocks of type were given various solid colors and vignettes. Top right: The job displayed on the Combiskop screen. Bottom right: The colored type is "spread" under the dark background, but where it emerges onto the white paper it is not. (Yellow separation negative, 200%).*

applied to the entire image, or their effect may be restricted to an area defined by a mask.

**The job listing.** As each function key is pressed, its abbreviation appears on the alphanumeric VDT associated with the Combiskop. There is usually not much need to refer to this "job listing" during normal operation, but it does serve an important function if the job needs to be rerun in a slightly different form at a later time, or if the operator discovers, part way through a job, that some step had been omitted earlier in the page-assembly process.

In situations like these, the job listing can be rerun, providing a kind of "instant replay" of the operations that have been done on the Combiskop. The only things which have to be re-done are those (such as retouching) which involve cursor movements during the operation. Furthermore, the job listing can be edited. This means that if two jobs differ in only a few details, the job listing from the first may be edited to produce a listing which will cause the second to be run

automatically. We'll return to the job listing in describing the Layout Programmer station.

## Final page processing

After all operations at the Combiskop have been completed, and before a page can be output, there is a step called "final page processing" through which the image data must pass. When a page is assembled on the Combiskop screen, most operations are carried out at coarse resolution. The full-resolution data still resides on disk in its original form. Two things have to happen before the output process can begin: all of the retouching, rotating, masking, and other image-altering steps which were done on the Combiskop have to be applied to the full-resolution data; and the various pieces of the image have to be sorted into the raster sequence in which they will be output.

This process can be lengthy. In some cases, it may even exceed the time it took the Combiskop operator to assemble

EKC 000142129

the page. This process can be done on the Combiskop, but since it involves only the minicomputer and not the operator's console, and since the Combiskop cannot be used for normal operations when it is running the final page process, it generally doesn't make sense to use the Combiskop for this process. For this reason, most Chromacom purchasers buy a "final page station"—an extra minicomputer with a pair of its own disk drives dedicated to performing just this operation.

## Putting together a system

Chromacom jobs go through three major steps: input, assembly, and output. Input and output are handled by what Hell calls the "Scan/Reco" (for scanning and recording) station, and assembly is done at the Combiskop. The minimum configuration consists of just these two stations.

**Scan/Reco.** The Scan/Reco station can use a standard Hell scanner (the DC 350 or the large-format CP 340) for both input and output. Or one of the new output recorders (*see below*) can be used, leaving the scanner to perform input only. The DC 300B can be used as an input scanner but not as a recorder. In any case, there will be a Siemens minicomputer with an operator's VDT and at least two 300-MB disk drives. A scanner being used as a Chromacom input and output device can still be used normally as a stand-alone scanner when it is not needed for use with the system.

**Combiskop.** The Combiskop station consists of the Combiskop itself (including the display electronics, the digitizing tablet, and two floppy-disk drives) and a second Siemens minicomputer with VDT and 300-MB drives. At this station, there would also be an 80 MB drive for software and stored job files.

**Final page station.** Very few customers would choose this minimum configuration, however. There would almost always be a third minicomputer-plus-disk station at which final page processing would occur. (The alternative would be to run the final page processing on the Combiskop station, but this would make it unavailable for normal operations for periods of 15-30 minutes or more per page.)

**Output recorders.** Hell offers several alternative output devices for the system. The standard Hell scanners have already been mentioned. In addition, there are two output recorders and a proof-recorder. The CR 401 automatic recorder can handle film up to 21″ × 29″. It loads its own film, exposes it automatically, and deposits it in an output cassette or straight into a film processor. It doesn't require a darkroom. The CR 402 is a large-format recorder that can handle 44″ × 50″ film (the same as the CP 340 scanner). It is hand-loaded and must be operated in a darkroom.

The CR 403 proof-recorder is an interesting new product, introduced at Drupa. It handles 21″ × 29″ color film or paper on which an unscreened proof can be recorded. It produces its images using two lasers. One is a Helium-Neon laser with output in the red portion of the spectrum. The other is an Argon laser with both blue and green components in its output. The blue and green portions are optically separated, making three beams in all. The three beams

are independently modulated to expose the full-color image on photographic film or paper.

**Layout Programmer.** Another option which could speed workflow in a heavily-loaded system is the "Layout Programmer." This workstation offers the same frame and mask generating options as the Combiskop, but it doesn't handle scanned images and the various image-related functions (color-correction, airbrushing, etc.) are not available. The bulk of the work of many jobs, however, can be handled with just the functions that are available on the Layout Programmer. The Layout Programmer does not show the true colors of frames and tint areas. It can display only eight different colors. However, the operator can specify the color value that each item will have when it reaches the Combiskop.

The operations at the Layout Programmer are recorded on floppy disk as a job listing. This is subsequently "played back" on the Combiskop. At each point where the Combiskop operator needs to intervene, the job listing will include a "pause" command. The Combiskop operator can then make whatever corrections or adjustments the job calls for and resume running the job. (Further enhancements to the Layout Programmer are in the works, as described in "Plans for the Future.")

**Data transfer.** A high-speed magnetic tape facility (6250 bits per inch, 75 inches per second) is available for archiving and for transferring image data to other sites.

Each Chromacom "station" is essentially a stand-alone subsystem with its own minicomputer and disk drives. Within the Chromacom system, the normal way to move image data from one "station" to the next is to stop the disk drive on one station, remove the disk pack, and install it on the drive for the next station. This process is not good for disk packs or drives (both of which fare better if they are turned on and left) and it is an operational nuisance to be constantly moving disk packs around.

Hell has announced a data-switching facility which addresses this important problem. With the data-switching "network" option, a given disk drive can be connected to any of the stations without removing the disk packs. Thus, as a job moves from input scanning to Combiskop to final-page processing to output, it remains on the same disk drive but that drive is connected to each station in turn. The switching facility comes in three "levels." The minimum level provides a manually-operated switchbox which performs the switching function and nothing more. The second level provides automatic switching under the control of a minicomputer. The third level provides additional software on the switching minicomputer for such things as job tracking, cost estimation, and system-wide file management. These facilities will give Hell a file-management capability similar to Scitex's.

| North America: | HCM Graphic Systems, Inc. |
| | 300 Rabro Drive East |
| | Hauppauge, NY 11788 |
| | Telephone: (516) 582-6520 |
| World headquarters: | |
| | Dr.-Ing. Rudolf Hell GmbH |
| | Grenzstrasse |
| | 2300 Kiel 14, West Germany |
| | Telephone: (04 31) 2 00 11 |

EKC 000142130

*The Seybold Report on Publishing Systems*                                    **7–9**

Flat-bed scanner. In early 1984, Hell will begin deliveries of a high-speed black-and-white flat-bed input scanner, the CN 420. This scanner can accommodate a broadsheet newspaper page (the scanning area is 19" × 23¼") and is derived from Hell's products for the newspaper facsimile market. It will be able to handle both transparent and opaque originals. Resolutions up to 2500 lines per inch will be supported. At 1830 lines per inch, it can scan at a rate of 4.6 seconds per inch, which is equivalent to a broadsheet page in just over a minute and a quarter. This scanner will be useful for scanning type, line art, and pre-screened halftones.

## Architecture of the Combiskop

The apparent simplicity of operation of the Combiskop belies its complex architecture. The interactivity of the display is the result of some very sophisticated image-processing that goes on continuously inside the Combiskop.

There is a Siemens minicomputer associated with the Combiskop, as there is with each station of a Chromacom installation. But the minicomputer provides very little of the processing power that is resident in the Combiskop. The main image-processing capability resides in a special-purpose display processor which Hell buys from the DeAnza division of Gould Corporation. This processor is under the control of a DEC LSI-11/23, which, in turn, is connected to the Siemens minicomputer. The 11/23 accepts data from the function box and digitizer and handles the floppy disks, as well as giving the DeAnza unit its instructions.

The DeAnza display processor's full-time function is to keep the color display running. In the process of doing this, it recomputes the color value of every one of the quarter-million pixels on the screen every thirtieth of a second. The processor gives each pixel a 24-bit value. Eight bits each are used to define the red, green, and blue components at each point. There is enough memory for two such 512-by-512-by-24-bit-deep images, plus a third temporary area of the same size used during retouching and other image alterations.

There are also eight "overlay" areas, each 512 by 512 by one bit. These are the basis for the Chromacom masks.

The image processor is constructed so that the screen is constantly refreshed by reading the entire contents of one of the image memories every thirtieth of a second. A number of processes, such as color adjustment and image shifts in the vertical and horizontal direction, can be done "on the fly" in the circuits between the image memory and the video tube. This gives the Combiskop its fluid interactivity for these processes. The "zoom" feature is also handled by this hardware, as are the two cursors.

The DeAnza processor can also produce displays from data which is partly being read from one image memory and partly from another. One of the overlay memories acts as a "switchbox" for the processor. In any position where the overlay memory contains a "one" bit, the data from one image memory is used. Positions where the overlay has a "zero" bit are read from the other memory. This feature underlies the masking capabilities of the Combiskop.

The raw processing power of the display processor is awesome. It is best appreciated by considering the difference in response times between functions like moving a picture around on the screen or changing the zoom factor (which are both instantaneous) and generating a vignette (a number of

seconds) or rotating a sizable image (a number of minutes). The latter functions are done by software in the LSI-11/23, the former by the DeAnza hardware.

In fact, we think that Hell needs to push DeAnza for hardware to support real-time sizing and image rotation. This is one area where the current Scitex system offers a clear advantage over the Chromacom. Scitex's initial offering suffered from the same problem, but a hardware solution has since been found.

## The Chromacom in the field

To get an understanding of what the Chromacom system means to its users, we visited two user sites. They were remarkably different in their approach to the system. One user, Kwik International in New York City, had been using the system for over two years. The emphasis at Kwik was on fast-turnaround advertising work. Kwik's history of color-separation work goes back many years before the Chromacom. Kwik has impressive facilities for all types of prepress work, both conventional and electronic. They were shown to us by Kwik's president, Dan Sirota.

The other user was Time-Life Books in Alexandria, Virginia. The system there was brand new and not yet in use for real production jobs. The system was purchased for in-house use, primarily in the production of high-quality "coffee-table" books. Time-Life Books had no prior experience with in-house color separation before purchasing the Chromacom. Tom Boynton, project manager, showed us around the carefully designed and appointed facilities.

A question we put to both Sirota and Boynton was their reason for selecting the Hell system over the competitive Scitex offering. Both men had obviously been asked the question many times before. They gave several reasons, but the most important one seemed to be the ability to get the entire package, including maintenance and support, from a single vendor. Scitex does not make an input scanner, so Scitex installations inevitably involve multi-vendor support.

Both Boynton and Sirota felt that type and line-work should normally be handled separately on film and not be run through the system. Boynton pointed out that Time-Life



*Dot-etcher checking negatives. Dot-etching is one of several labor-intensive steps which the Chromacom system bypasses. This photo was taken at Kwik International.*

EKC 000142131

books are often published in several languages, but with the same layout and pictures. If the type is on separate negatives, then only those negatives need to be re-done when a book comes out in translation. If the type were handled on the system, it would appear on the same negative with the black separation.

Sirota gave a different reason for keeping the type separate. Eighty percent of changes called for at the proof stage are changes to the text. These changes are easily handled conventionally if the type is on a separate piece of film. It would be inefficient to go back to the Combiskop to make simple wording or price changes in an ad. Sirota noted, however, that there are times when it makes very good sense to scan type and line art. This is often the case, for example, when tints or vignettes involving line work are called for. Kwik

had recently taken a job which required that a black-and-white engineering drawing with lots of fine lines had to be reproduced as a color job with the lines being one tine and the background another. It would have been extremely difficult to do using conventional masking and stripping techniques, but it was easy on the Combiskop.

On the subject of cost-justification, Boynton had some very specific projections concerning the Time-Life installation. He said that the current annual cost of outside color—

*(Text resumes on page 15.)*

The insert which follows this page was provided by HCM to illustrate some of the capabilities of the Chromacom system. 

## Chromacom user list

As of this writing, the Chromacom has been installed in North America at the following thirteen sites:
**Bomac-Batten**
Toronto, Ontario, Canada
**Gravure Systems**
Florence, Kentucky
**HCM Demonstration Studio**
Los Angeles
**HCM Demonstration Studio**
New York, New York
**Kwik International**
New York, New York
**Lehigh Electronic Color**
Chicago, Illinois
**Lanman Lithography**
Orlando, Florida
**Maclean Hunter Publications**
Toronto, Ontario, Canada
**Pacific Lithograph**
San Francisco, California
**R.R. Donnelley**
Chicago, Illinois
**Spectrum Incorporated**
Minneapolis, Minnesota
**Time-Life Books**
Alexandria, Virginia
**Western Engraving**
Minneapolis, Minnesota
Seven more systems have been sold, but not yet installed, in the following locations: Boston; Los Angeles (two systems); Long Island, New York; Philadelphia; Portland, Oregon; Toronto, Ontario.

In Europe, there are 53 Chromacom installations as of this writing.
**Adplates Ltd.**
London, England
**Angså Litho AB**
Stockholm, Sweden
**A/S Cliche**
Oslo, Norway
**Burda GmbH**
Offenburg, W. Germany
**Cine De Duca**
Blois, France
**Cine De Duca**
Maison Alfort, France
**Coop Offset**
Montreuil, France
**D. S. Colour International Ltd.**
London, England
**De Black & Paulick**
Wetteren, Belgium
**Graafinnervatelle**
Helsinki, Finland
**Francois Imprimerie**
Ozoir-la-Ferriere, France

**Hell-Studio**
Kiel, W. Germany
**Hellectron f. Studio**
Stockholm, Sweden
**Helsingvin Kuvalaattatehdas Oy**
Helsinki, Finland
**HTF Scanner Team**
Krefeld, W. Germany
**Ilte**
Turin, Italy
**Interrepro**
Münchenstein, Switzerland
**Köhn Repro**
Copenhagen, Denmark
**Krammer**
Linz, Austria
**Kuvaliitspaino**
Vantaa, Finland
**L. Europe**
Brussels, Belgium
**Leleux**
Brussels, Belgium
**Laudert & Co.**
Vreden, W. Germany
**Malmö Repro-Kopia AB**
Malmö, Sweden
**Mayday Reproductions Ltd.**
London, England
**Mohndruck**
Gütersloh, W. Germany
**Mondadori**
Verona, Italy
**Neflex**
Zug, Switzerland
**NEFLI**
Haarlem, Netherlands
**Neue Chemiegraphie AG**
Zürich, Switzerland
**Nureg GmbH**
Nuremberg, W. Germany
**Oestreicher & Wagner**
Munich, W. Germany
**Otava**
Helsinki, Finland
**Pershico f. Studio**
Mitcham, England
**Pesavento & Co.**
Zürich, Switzerland
**Photomatic**
Lyon, France
**Prolith AG**
König, Switzerland
**Promograph S.A.**
Madrid, Spain
**Repro Zentrum**
Klagenfurt, Austria
**Reprostudy S.A.**
Hosp. de Llobregat, Spain
San Paolo
Alba, Italy

**Sebald Druck & Verlag**
Nuremberg, W. Germany
**Schaufelberger AG**
Winterthur, Switzerland
**Schauffler**
Frankfurt, W. Germany
**Schmidt**
Stuttgart, W. Germany
**Schmidt-Repro**
Dornbirn, Austria
**Siemens f. Studio**
Milano, Italy
**Siemens f. Studio**
Paris, France
**Siemens f. Studio,**
Stuttgart, W. Germany
**Süddeutsche Klischee-U.**
Munich, W. Germany
**Tesse**
Brussels, Belgium
**TGI**
Glanerbrug, Netherlands
**Time Scan**
Leinfelden, W. Germany
**Van Velle Photo Litho**
Leeds, England
**Wirth f. Studio**
Frankfurt, W. Germany
**WWS Repro**
Ditzingen, W. Germany
**Zeno GmbH**
Münster
**Zilling f. Studio**
Nauss, W. Germany
**Zulfard S. A.**
Montreux, Switzerland

In Asia, Australia, and Africa there are these installations:
**Cusman**
Sydney, Australia
**Hirt & Carter**
Capetown, South Africa
**Kaigal f. Studio**
Tokyo, Japan
**Kaci Insatsu**
Japan
**Mika Selkan**
Tokyo, Japan
**Photra f. Studio**
Johannesburg, South Africa
**Scanagraphix**
Melbourne, Australia
**Sennrielsha**
Tokyo, Japan
**Show Ads**
Melbourne, Australia
**Siemens f. Studio**
Melbourne, Australia

EKC 000142132

Case 1:04-cv-01373-KAJ    Document 331-6    Filed 05/31/2006    Page 16 of 54

19. NOV. 2004 10:49    44_01937_5466623    NO. 2507  P.  10

separation services is about $3 million and that the on-going costs of the Chromacom system will be $1.2–$1.5 million per year. Boynton mentioned as important in keeping costs down the need for a single decision-maker for approval purposes. If several people are involved in the approval process, it may take many proof cycles to please them all. That would eat up most of the savings.

Sirota emphasized that Kwik had had to go through a learning process before it learned how best to make the system pay for itself. He pointed out that the learning process involved not just the system operators, but also the sales force and the company management. To make money with the Chromacom, Sirota says, "management has to know as much as the operator." Cost estimating for the system is a key area where this is true. While Kwik's sales force can make estimates for conventional jobs, all estimating for the Chromacom is still done centrally. Training the sales force on all the ins and outs of the Chromacom would simply be too hard, and there are no easy rules of thumb.

Sirota's shop is set up to make just about any type of proof a customer might want including press proofs. Boynton is standardizing on Chromalin proofs. Both men emphasized the variable nature of the printing process as limiting the value of proofs. Sirota said he had once sent out the same set of separations to five different printers, all of them highly regarded and all equipped with the proper densitometric equipment to presumably match specifications exactly. The results were surprisingly non-uniform. Boynton suggested that proofing technology was forcing printers to do a better job. He said that prior to the widespread use of proofs for on-press quality control, printers weren't required to meet objective standards. The implication was that Chromalins and similar proofs, properly made, constitute a more reliable basis for judging an image than press proofs, which may actually be less dependable in representing the final printed piece.

**Operator qualifications.** One of the areas of divergent opinion between Boynton and Sirota was the suitable background for potential Combiskop operators. Boynton downplayed the need for prior graphic arts experience. He said that a sense of humor was the key requirement—learning new skills and breaking in new equipment is always a trying experience and a sense of humor in important in dealing with it. Boynton's second consideration was intelligence, with graphic arts experience ranking a distant third. Boynton means what he says: one of his Combiskop operators had been a typist prior to the purchase of the system.

Boynton does not see the Combiskop as a place where color adjustments should be made (a fact that helps to explain why he feels graphic arts experience is not too important). If the scanner is set up correctly, he expects that an image can be passed through the page-assembly process and output without correction. If the proof shows a need for color adjustment, then the image can be brought back up on the Combiskop and adjusted as specified from the proof. Boynton feels that primary responsibility for color control should rest with the input scanner operator (who, Boynton feels, *must* have color separation experience) and with the quality control department.

Dan Sirota also stresses intelligence as a key trait for Combiskop operators, but he believes that a thorough

grounding in graphic arts practice and the underlying theory are very important. As a result, the operators at Kwik have solid backgrounds in conventional color work.

Both Sirota and Boynton see the technology of the Chromacom system opening up new areas of endeavor. Boynton stresses cost savings. Shorter print runs will be possible because pre-press investment can be recovered on a smaller sales volume. He sees that Time-Life will be able to offer books tailored to smaller audiences. As a facetious example, he suggests the title "Plumbing for the Left-Handed."

**Use for designers.** Sirota emphasizes the new creative possibilities. There are many things that the Chromacom can do which would be impossible or prohibitively expensive using conventional techniques. He sees signs that ad agency art directors are beginning to plan jobs with such possibilities in mind. Some art directors who want to use the capabilities today are holding back, Sirota says. They want to have other shops to fall back on in case Kwik's system is down or overbooked when they need a job produced. Sirota is not too chagrined at the prospect of other systems being installed in New York, since those installations mean that more art directors will feel easy about planning jobs that involve the system.

Sirota foresees a day when designers will be able to work on a system of this type. He relates the story of a clothing designer who came into the Kwik facility to check on an ad. Intrigued by the Combiskop, he asked for several changes to be made to the suit that was pictured on the display: the color was changed, the lapels were made narrower, the vest eliminated, the shoulders rounded, etc. Finally, satisfied, he announced that he was going to go back to his shop and create the suit he had just seen on the monitor.

## Economics: cost-justifying the system

There seem to be two major applications for the Chromacom system. It can be viewed primarily as a way of automating conventional stripping, or it can be viewed as a device for special effects which are difficult to obtain by other methods.

If it is viewed primarily as a stripping tool, then the way to cost-justify the system is to push as many pages as possible through the system. In this case, it is important *not* to spend too much time on retouching, color spotting, and other niceties. With all the facilities that the system puts at the operator's disposal, it is tempting to fix up problems that would not be corrected in conventional processing. But unless such work has been allowed for in pricing the job, time spent on such activities is non-revenue-producing time.

This approach to using the system has several advantages. Jobs can be estimated and thought of by the customer and the sales force as if they were to be handled conventionally. There would be relatively little retraining involved in those areas. The sales effort could emphasize with lots of pages, to keep the Chromacom busy. Many successful Chromacom users have taken this approach.

Here is how the cost-justification might be achieved, using figures provided by HCM. Suppose a shop with a Chromacom could produce 300 pages per month at a selling price of $500 per page. This could be done with two shifts, according to HCM, providing the work is not primarily ads.

Revenues would be $150,000 per month. Against this figure must be balanced the costs. Labor would be roughly

EKC 000142133

$20,000 per month. The interest on a seven-year loan which paid for the Chromacom would also be about $20,000, and payments of principle would be another $24,000. There would be roughly $6,000 per month for the service contract. Beyond these items, which total about $70,000 per month, there would be materials, sales costs and various overheads, but it is evident that the payback could be quite attractive if these figures are realistic.

An alternative approach to using the Chromacom, and one that makes use of the real power of the system, is to concentrate on work that is difficult by conventional processes but easy on the Chromacom. In this approach, the sales force has to be taught the special advantages of the system for various types of work, and they have to seek out those jobs which are most appropriate. These will often be ads, with relatively few pages but a high price per page. Job estimating is of critical importance, since if the time required on the system is badly underestimated the job is unprofitable, and if it is badly overestimated the job may be lost to a shop using conventional processes.

## The special needs of gravure

Gravure printing is a very specialized field. It is noted for its ability to produce high-quality color work without the consistency problems of offset. It is a very attractive approach to printing, except for the difficulty of the pre-press phase.

Gravure costs are dominated by the cost of preparing the huge, ungainly printing cylinder. The cost is so great that only very long press runs can be considered. Runs in the millions of impressions are common, and jobs must generally be at least in the hundreds of thousands to be economically produced by gravure. General-circulation magazines, direct-mail pieces, and Sunday newspaper magazine sections are examples of work which is often done by gravure.

Hell has been in the forefront of automating the production of gravure cylinders. The Hell Helio-Klischograph is a computer-controlled multi-headed engraving machine which engraves cells into copper-coated gravure cylinders with diamond styli. It has been widely accepted by gravure printers. Its only significant competition is the laser-engraved plastic-coated gravure cylinder developed by Crosfield. The first installation of that system is at Sun Printers in England.

Hell recently made public research work on a new engraving process which may form the basis for Hell's gravure products five or six years from now. The new method involves engraving a conventional copper cylinder with an electron beam. This exotic process must be performed in a total vacuum. The process promises two key advantages over present engraving methods: it will be an order of magnitude faster, and it will produce better-quality type and line art.

The latter advantage is due to the fact that with the electron beam, cells need not be placed precisely in a straight line (as they are with the Helio-Klischograph). The electron beam is readily deflected a small amount to either side to accommodate the needs of line art, whereas with the Helio-Klischograph, line art has to be fit to the machine's rigid raster causing the type and line art to have a slightly ragged look.

The benefits of this new technology, if it can be brought to market, will make gravure much more competitive than it is today in terms of smaller print runs and high-quality line art to match the quality of the process color.

### Plans for the Future

*The following statements, provided to us by HCM for this article, describe the approach Hell/HCM intends to take in developing two new capabilities: merging typeset text with graphics, and providing a pre-Combiskop page-composition station.*

**Text and graphics.** The DC 350S and CP 340S are currently able to scan text (or any line art) in a special high-resolution mode (six times normal). The type or line art thus scanned is then merged with the Combiskop-created geometric figures and both are processed internally at this high resolution. For users with high-volume type requirements, we will soon have a special Raster Image Processor (RIP) that will output type face image data in the standard Chromacom raster format. We will be able to interface this RIP to any front-end system, and we are making arrangements with major American vendors of digital font libraries to license their fonts to our customers. We are planning to have this product available by the middle of next year.

**Pre-Combiskop station (Designer station).** We are developing an extended version of the Layout Programmer Station that will be able to handle full-color images as well as geometric figures and frames. This station will work with a library of video-format pictures that have been input through a standard television camera, and the originals of the selected pictures will then be scanned in at the regular scanner. The initial hard-copy output at this station will be a monochrome representation of the composed page, which can then be used as proof-copy for approval by an art director or as a layout by the Combiskop operator. Ultimately, this station will have multiplexing and networking capabilities with the Combiskop, the ScanRreco station, the type RIP, and with others of its own kind. We plan to release more information on this product next year.

## Conclusions

The Chromacom has, by now, proved itself a worthy contender in the color page-assembly arena. Chromacom sales are going very well at the moment (at the same time that Scitex has experienced several quarters of flat sales) and the future looks promising.

With the exception of real-time image rotation and sizing, all the basic tools are in place for efficient production, and the plans for future offerings sound appealing. We think the decision to interface to various front ends and to use fonts from various sources (instead of relying entirely on the Hell Digiset fonts, which Hell must have been sorely tempted to do) is a very good one. This will make the Chromacom attractive to a new and extensive market: potential customers with an existing investment in editing and typesetting equipment and a need for color page-assembly.

We are also attracted to the idea of the video-resolution pre-Combiskop station that Hell plans to offer. In some respects, this product sounds similar to the Scitex "Vista" console, introduced at DRUPA. But we like the Hell approach of working with full-color imagery from a television camera. This type of product could be the forerunner of workstations

EKC 000142134



**Pricing**

*HCM provided the following pricing for two sample configurations.*

**Price summary: Configuration No. 1**[*]

| | |
|---|---|
| One DC350 I/S scan/record station | $475,500 |
| One page make-up station | 426,200 |
| One page processing station | 159,700 |
| Subtotal | $1,061,400 |
| | |
| One 401 recorder | $252,500 |
| One layout programmer | 68,750 |
| Total price | $1,382,650 |

[*]Prices for both configurations include software.

**Price summary: Configuration No. 2**[*]

| | |
|---|---|
| (1) CP 340 I/S Scan/Record Station | $549,500 |
| (1) Page Make-Up Station | 426,200 |
| (1) Final Page Processing | 159,700 |
| (includes 1 Magnetic Tape Drive) | |
| (4) Additional 300 Mbyte Disk Drives | 76,600 |
| Total Price | $1,212,000 |

**Additional options include:**

| | |
|---|---|
| Proof recorder | $296,200 |
| 402 | 257,000 |
| Output recorder: | |
| Network level I | avail. 1/Q '83 . 32,500 |
| Network level II | avail. 2/3 Q '83 . 47,600 |
| Network level III | avail. '84 . not avail. |

which are design tools, rather than production ones. Just as the newsroom terminal changed the typesetting world, bringing control into the hands of the author/editor and making production more efficient, so a design workstation could change the world of color pre-press, bringing the same kinds of control and efficiency.

In the nature of these new offerings (as well as in the willingness to announce them while they are still under development) we see signs of increasing responsiveness of Hell to the North American market. This we applaud. Hell has, at times in the past, has appeared to us unresponsive to (or unconcerned with) the particular requirements of potential customers on this side of the Atlantic, but this appears to be changing.

Hell's unique position as a vendor of both typesetting and color page-assembly systems means that as these areas merge, Hell is very well positioned to maintain a leadership

role. Of the various technologies involved in getting straight to the printing plate from raw inputs, the only one Hell has no announced product for is the ability to make lithographic plates directly from Chromacom output. But Hell has shown products pointing in this direction in the context of its newspaper facsimile work, and we would expect this last capability to be added in due course.

Hell has a lot of strengths. If the company continues to listen to the needs of its customers, especially when it comes to the American market where much of the action will certainly be in the near future, it should continue to prosper. HCM is making important contributions in product definition and refinement and we expect HCM will be able to play an increasingly important role in Hell's future offerings.

*George A. Alexander*

EKC 000142135

EXHIBIT 23

# Picturebox

# Operator's Manual

# Reference

QL 012



*QUANTEL*

---

# PICTUREBOX

# OPERATOR'S MANUAL

# REFERENCE

---

**Operating Software V1.00 Series**

## NOTICE

Quantel Limited accepts no responsibility for the accuracy of the information contained herein and reserves the right to change the contents without prior notice.

This manual is a change controlled document. Please quote the revision status of this manual when re-ordering. The revision status is determined by the content, any change in any part being reflected in the manual revision status.

## THIS MANUAL IS REVISION "A".

## Copyright © Quantel Ltd 1990

---

QL 013

*PICTUREBOX*

<div style="border:1px solid">

# AMENDMENT RECORD

</div>

This is a change controlled document. Each page of this document is given an issue letter (shown at the bottom of each page with the drawing number and revision date) which represents the status of the page. Revision "A" on any page indicates that the page is the original.

Any changes to any pages will raise the revision status of the document. When re-ordering, always quote the document type, the document's number and revision status along with the unit's serial number.

| REV | DATE | DCS | COMMENTS | REVISED PAGES |
|-----|------|-----|----------|---------------|
| A | 12/90 | 88686 | S/W V1.00 | All |

This manual was written and produced by the Quantel Technical Publications Department

QL 014

*QUANTEL*

---

# ABOUT THIS MANUAL

---

## CHAPTER 1 : BASIC OPERATION

This chapter gives basic information about the system's operating principles and includes details of the various system components.

## CHAPTER 2 : LIBRARY MENU

This chapter gives details of the system's main *LIBRARY* menu and includes details of the system's library management functions.

## CHAPTER 3 : INPUT MENU

This chapter gives details of the system's *INPUT* menu and details the capture of stills from live video and their subsequent processing in the system's library.

## CHAPTER 4 : GENERAL MENU

This chapter gives details of the system's *GENERAL* menu and details the system's engineering and management functions.

## CHAPTER 5 : ON-AIR OPERATION

This chapter details the use of the system's Record/Replay panel and the presentation of pictures and stacks 'on-air'.

## CHAPTER 6 : CUT & PASTE

This chapter details the operation of the Cut & Paste option and details the menus used in the creation of cutouts and re-sized pictures.

## QL 015

---

*PICTUREBOX*

## APPENDIX A : GLOSSARY

This appendix is a glossary of terms used within the manual.

## APPENDIX B : TECHNICAL DATA

This appendix provides details of the system's electrical, physical, environmental and video specifications, and provides a brief overview.

## APPENDIX C : INSTALLATION

This appendix is an installation guide covering environmental considerations, rack mounting, system inter-connections and system interfacing.

## APPENDIX  : SYSTEM MANAGEMENT

This appendix gives details of routine maintenance requirements and gives advice on system management to ensure that the system remains reliable and that data is secure.

# QL 016

*QUANTEL*

---

# NOTICES

---

## RFI STATEMENT

This equipment generates, uses, and can radiate radio frequency energy and if not installed and used in accordance with the service manual, may cause interference to radio communications. It has been tested and found to comply with the limits for a Class A computing device pursuant to Subpart J of Part 15 of FCC Rules, which are designed to provide reasonable protection against such interference when operated in a commercial environment. Operation of this equipment in a residential area is likely to cause interference in which case the user at his own expense will be required to take whatever measures may be required to correct the interference.

## DISCLAIMER

Quantel Limited will not accept responsibility for any damage to equipment or property, or personal injury howsoever caused where this is resultant upon the improper operation or installation of the company's product in any environment or in a manner for which it is not designed or approved by the company.

## TRADE MARKS

Most of the product names mentioned in this manual are manufacturer trade marks and are used within this manual only for the purpose of identification.

Picturebox, Picturenet, Pictureport, Paintbox and Central Lending Library are trade marks of Quantel Limited.

## DRAWINGS & ILLUSTRATIONS

All drawings and illustrations used in this manual are the property of Quantel Limited and may not be used or reproduced in any manner without the express written permission of Quantel Limited.

---

2057-57-005 A   Operator's Manual - Reference                    v

QL 017

**PICTUREBOX**

## MAINTENANCE

Maintenance and Servicing of this equipment should only be carried out by qualified service personnel.

## CONVENTIONS USED

☛ **WARNINGS: Indicate danger to life and limb if the indicated statements are ignored, or the indicated procedures are not performed correctly.**

☞ **Cautions: Indicate possible damage to (or misalignment of) the equipment if the indicated statements are ignored, or the indicated procedures are not performed correctly.**

<TEXT>          Text in these brackets represent a key press on the Keyboard.

Text            When one letter of a word is underlined (normally the initial letter) this indicates that the option can be accessed by selecting this letter on the keyboard.

[TEXT]          Text in these brackets represent a button press on the Record/Replay Panel.

+[TEXT]         Text in brackets preceeded by a plus sign indicates that the button must be pressed and held down.

NN              This indicates a value entered on the numeric keypads.

*TEXT*          Text in italics represents a menu function or option.

②              A number enclosed by a circle indicates a specific stack button.

QL 018



# CONTENTS

QL 019

***PICTUREBOX***

| | | |
|---|---|---|
| viii | Contents 12/90 | 2057-57-005 A |

**QL 020**



# PICTUREBOX

# BASIC OPERATION

### SECTION 1 : GENERAL

| | | |
|---|---|---|
| 1:1:1 | Introduction | 1-4 |
| 1:1:2 | The Control System | 1-5 |
| 1:1:3 | Start Up | 1-6 |

### SECTION 2 : SETUP MODE

| | | |
|---|---|---|
| 1:2:1 | Menu Operation | 1-8 |
| 1:2:2 | Menu Box Colours | 1-9 |
| 1:2:3 | Keyboard Controls | 1-10 |

### SECTION 3 : PLAYBACK MODE

| | | |
|---|---|---|
| 1:3:1 | Record / Recall Panel | 1-14 |
| 1:3:2 | Panel Layout | 1-15 |

QL 021

**_PICTUREBOX_**

| x | Contents 12/90 | 2057-57-005 A |
|---|---|---|

**QL 022**



# PICTUREBOX

# LIBRARY MENU

### SECTION 1 : GENERAL

2:1:1     Introduction  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-4

### SECTION 2 : VIEW, COPY, NUMBER AND HARD COPY

2:2:1     View  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-10
2:2:2     Erase  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-11
2:2:3     Copy  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-12
2:2:4     Number  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-13
2:2:5     Hard Copy  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-14

### SECTION 3 : TITLES, BROWSE, FILECARD, SEARCH & MODIFY

2:3:1     Titles  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-16
2:3:2     Browse  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-17
2:3:3     Filecard  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-18
2:3:4     Search  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-20
2:3:5     Modify  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2-23

QL 023

**PICTUREBOX**

QL 024

**QUANTEL**

# PICTUREBOX

# INPUT MENU

**SECTION 1 : GENERAL**

3:1:1     The Input Menu Display _ _ _ _ _ _ _ _ _     3-4

**SECTION 2 : LIVE OPERATION**

3:2:1     Live _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-8
3:2:2     Key Live _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-9
3:2:3     Freeze _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-10
3:2:4     Input Video Selection _ _ _ _ _ _ _ _ _     3-11

**SECTION 3 : GRABBING & PROCESSING**

3:3:1     Grab _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-14
3:3:2     Erase _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-15
3:3:3     View _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-16
3:3:4     Record _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-17
3:3:5     Cleanup _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-18
3:3:6     Default Title _ _ _ _ _ _ _ _ _ _ _ _ _ _     3-19

QL 025

**PICTUREBOX**

QL 026

*QUANTEL*

# PICTUREBOX

# GENERAL MENU

### SECTION 1 : INTRODUCTION

4:1:1    The General Menu _ _ _ _ _ _ _ _ _ _ _ _ _ _ 4-4

### SECTION 2 : MANAGE

4:2:1    The Manage Menu _ _ _ _ _ _ _ _ _ _ _ _ 4-6

### SECTION 3 : SYSTEM

4:3:1    The System Menu _ _ _ _ _ _ _ _ _ _ _ _ 4-8
4:3:2    The Restart Function _ _ _ _ _ _ _ _ _ _ _ 4-9
4:3:3    The Time Function _ _ _ _ _ _ _ _ _ _ _ _ 4-10
4:3:4    The Install Software Function _ _ _ _ _ _ _ 4-11
4:3:5    The Password Function _ _ _ _ _ _ _ _ _ _ 4-14

### SECTION 4 : DISK

4:4:1    The Disk Menu _ _ _ _ _ _ _ _ _ _ _ _ _ 4-16
4:4:2    The Init Menu _ _ _ _ _ _ _ _ _ _ _ _ _ _ 4-17

### SECTION 5 : ENGINEERING

4:5:1    The Engineering Menu _ _ _ _ _ _ _ _ _ _ 4-20
4:5:2    Input Picture Menu _ _ _ _ _ _ _ _ _ _ _ 4-22
4:5:3    Input Key Menu _ _ _ _ _ _ _ _ _ _ _ _ _ 4-24
4:5:4    Output Picture Menu _ _ _ _ _ _ _ _ _ _ _ 4-25
4:5:5    Output Key Menu _ _ _ _ _ _ _ _ _ _ _ _ 4-27
4:5:6    The Configure Menu _ _ _ _ _ _ _ _ _ _ _ 4-28
4:5:7    Lock - Ref Function _ _ _ _ _ _ _ _ _ _ _ 4-29

QL 027

*PICTUREBOX*

QL 028



# PICTUREBOX

## ON-AIR OPERATION

### SECTION 1 : RECORD/RECALL PANEL CONTROLS

| | | |
|---|---|---|
| 5:1:1 | Introduction _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-4 |
| 5:1:2 | Passing Control to the Record/Recall Panel _ | 5-5 |
| 5:1:3 | Record/Recall Panel Layout _ _ _ _ _ _ _ _ | 5-6 |
| 5:1:4 | Using the Take Button _ _ _ _ _ _ _ _ _ | 5-8 |
| 5:1:5 | Making and Using Stacks _ _ _ _ _ _ _ _ _ | 5-9 |
| 5:1:6 | Using the Clear Button _ _ _ _ _ _ _ _ _ | 5-12 |
| 5:1:7 | Grabbing and Recording Pictures (Input Option) | 5-13 |
| 5:1:8 | The Fade Button (Fade Mode) | 5-14 |
| 5:1:9 | The Output Button (Alternate Mode) _ _ _ _ | 5-15 |
| 5:1:10 | The L/R Button _ _ _ _ _ _ _ _ _ _ _ _ | 5-16 |
| 5:1:11 | Positional Presets _ _ _ _ _ _ _ _ _ _ _ | 5-17 |
| 5:1:12 | Picture 0 (Wipe) _ _ _ _ _ _ _ _ _ _ _ _ | 5-18 |

### SECTION 2 : WINDOW INFORMATION

| | | |
|---|---|---|
| 5:2:1 | Main Window _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-20 |
| 5:2:2 | Next Window _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-21 |
| 5:2:3 | Stack Windows _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-22 |
| 5:2:4 | Temp Window _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-23 |
| 5:2:5 | Output Window _ _ _ _ _ _ _ _ _ _ _ _ _ | 5-24 |

QL 029

*PICTUREBOX*

QL 030

*QUANTEL*

# PICTUREBOX

# CUT & PASTE

## SECTION 1 : CUT & PASTE

6:1:1    Introduction  _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-4
6:1:2    Using the Tablet & Pen  _ _ _ _ _ _ _ _ _ _    6-5
6:1:3    Cut & Paste Menus _ _ _ _ _ _ _ _ _ _ _    6-6

## SECTION 2 : DRAW STEN

6:2:1    Introduction  _ _ _ _ _ _ _ _ _ _ _ _ _    6-8
6:2:2    The Lines Menu  _ _ _ _ _ _ _ _ _ _ _ _    6-9
6:2:3    The Rectangles Menu   _ _ _ _ _ _ _ _ _    6-10
6:2:4    The Circles Menu  _ _ _ _ _ _ _ _ _ _ _    6-11
6:2:5    The Ellipses Menu  _ _ _ _ _ _ _ _ _ _ _    6-12
6:2:6    The Fill Function  _ _ _ _ _ _ _ _ _ _ _ _    6-13
6:2:7    The Define Grids Menu   _ _ _ _ _ _ _ _    6-14
6:2:8    The Use Function  _ _ _ _ _ _ _ _ _ _ _    6-15
6:2:9    Zoom  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-16
6:2:10   Stencil Controls  _ _ _ _ _ _ _ _ _ _ _ _    6-17

## SECTION 3 : CUT OUT

6:3:1    The Cut Out Menu  _ _ _ _ _ _ _ _ _ _    6-20
6:3:2    Cut and Stick  _ _ _ _ _ _ _ _ _ _ _ _ _    6-21
6:3:3    Wipe Pic  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-23
6:3:4    Stencil  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-24
6:3:5    Live Video  _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-25
6:3:6    Flip, Tumble, Rotate 90 and Original   _ _ _ _    6-26
6:3:7    Styles  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    6-27
6:3:8    Cutout Size, Position and Rotation   _ _ _ _ _    6-29

QL 031

| xx | Contents 12/90 | 2057-57-005 A |
|----|----------------|---------------|

**QL 032**



# PICTUREBOX

# GLOSSARY OF TERMS

QL 033

**PICTUREBOX**

| xxii | Contents 12/90 | 2057-57-005 A |
|------|----------------|---------------|

**QL 034**



# PICTUREBOX

## TECHNICAL DATA

### SECTION 1 : GENERAL

| | | |
|---|---|---|
| B:1:1 | System Description | B-4 |
| B:1:2 | System Components | B-5 |
| B:1:3 | Outputs & Inputs | B-6 |
| B:1:4 | Basic Picturebox | B-7 |
| B:1:5 | Storage Media | B-8 |
| B:1:6 | Picturenet (Option) | B-9 |
| B:1:7 | PicturePort | B-10 |

### SECTION 2 : EQUIPMENT SPECIFICATION

| | | |
|---|---|---|
| B:2:1 | Digital Coding System | B-12 |
| B:2:2 | CCIR 656 Connections | B-13 |
| B:2:3 | Control Connections | B-14 |
| B:2:4 | SCSI Connection Option | B-18 |
| B:2:5 | Analogue Video Inputs (Option) | B-19 |
| B:2:6 | Analogue Video Outputs | B-20 |
| B:2:7 | Locking References | B-22 |
| B:2:8 | Monitor Output | B-23 |
| B:2:9 | Electrical Supply | B-24 |
| B:2:10 | Operating Environment | B-25 |
| B:2:11 | Storage & Shipping Environment | B-26 |
| B:2:12 | Cable Lengths & Characteristics | B-27 |
| B:2:13 | Rack Unit Overall Dimensions | B-28 |
| B:2:14 | Tower Unit (option) Overall Dimensions | B-29 |
| B:2:15 | Rack Front Panel View | B-30 |
| B:2:16 | Rack Rear Panel View | B-31 |
| B:2:17 | Rack Top Panel View | B-32 |
| B:2:18 | Rack Side Panel View | B-33 |
| B:2:19 | Cordless-Pen Tablet Assembly | B-34 |
| B:2:20 | Tablet Processor Assembly | B-35 |
| B:2:21 | Record / Recall Panel | B-36 |
| B:2:22 | Record / Recall Panel PSU | B-37 |

QL 035

**PICTUREBOX**

QL 036

*QUANTEL*

# PICTUREBOX

# INSTALLATION

### SECTION 1 : GENERAL

C:1:1     Introduction _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-4
C:1:2     Unpacking _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-5
C:1:3     Contents _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-6

### SECTION 2 : PHYSICAL INSTALLATION

C:2:1     Equipment Location _ _ _ _ _ _ _ _ _ _ _     C-8
C:2:2     Air Flow _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-9
C:2:3     Rack Mounting the Unit _ _ _ _ _ _ _ _ _     C-10
C:2:4     Tower Mounting the Unit _ _ _ _ _ _ _ _     C-13
C:2:5     Control Station Installation _ _ _ _ _ _ _     C-14

### SECTION 3 : EXTERNAL VIDEO CONNECTIONS

C:3:1     General _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-18
C:3:2     Inputs (Option) _ _ _ _ _ _ _ _ _ _ _ _ _     C-19
C:3:3     Main Output 1 _ _ _ _ _ _ _ _ _ _ _ _ _     C-20
C:3:4     Preview Output 2 _ _ _ _ _ _ _ _ _ _ _ _     C-21
C:3:5     Preview Monitor Output _ _ _ _ _ _ _ _ _     C-22
C:3:6     Decoder Connection _ _ _ _ _ _ _ _ _ _     C-23
C:3:7     Key Applications _ _ _ _ _ _ _ _ _ _ _ _     C-24

### SECTION 4 : SYSTEM INTER-CONNECTION

C:4:1     Control Connections _ _ _ _ _ _ _ _ _ _ _     C-26

### SECTION 5 : DISK CONNECTIONS

C:5:1     SCSI Options _ _ _ _ _ _ _ _ _ _ _ _ _ _     C-28
C:5:2     CDC/Sabre 1.2 Giga byte Drive _ _ _ _ _ _     C-29
C:5:3     650 Mbyte Magneto Optical Drive _ _ _ _ _ _     C-30

QL 037

## SECTION 6 : START-UP

C:6:1     **Power Up Procedure** _ _ _ _ _ _ _ _ _ _ _     **C-32**
C:6:2     **Correct Operation** _ _ _ _ _ _ _ _ _ _ _ _     **C-33**
C:6:3     **System Reset** _ _ _ _ _ _ _ _ _ _ _ _ _ _     **C-34**

## SECTION 7 : CONFIGURATION

C:7:1     **Video Input Board 2036-71** _ _ _ _ _ _ _ _     **C-36**
C:7:2     **CPU Board 2036-74** _ _ _ _ _ _ _ _ _ _ _     **C-37**

## SECTION 8 : INSTALLING OPTIONS

C:8:1     **Opening the Unit** _ _ _ _ _ _ _ _ _ _ _ _     **C-40**
C:8:2     **Re-assembling the Unit** _ _ _ _ _ _ _ _ _ _     **C-43**
C:8:3     **SCSI Cable Option** _ _ _ _ _ _ _ _ _ _ _     **C-44**

QL 037.1

**PICTUREBOX**

# SYSTEM MANAGEMENT

**SECTION 1 : FILE MANAGEMENT**

D:1:1     **To Format a Floppy Disk** _ _ _ _ _ _ _ _ _     **D-4**

**SECTION 2 : SYSTEM DISK MANAGEMENT**

D:2:1     **To Load Software** _ _ _ _ _ _ _ _ _ _ _     **D-6**
D:2:2     **To Initialise a SCSI Disk** _ _ _ _ _ _ _ _     **D-7**

**SECTION 3 : GENERAL ADVICE**

D:3:1     **Introduction** _ _ _ _ _ _ _ _ _ _ _ _ _     **D-10**
D:3:2     **Static Damage** _ _ _ _ _ _ _ _ _ _ _ _     **D-11**
D:3:3     **Printed Circuit Boards & Components** _ _ _     **D-12**
D:3:4     **Cleaning the Air Filter** _ _ _ _ _ _ _ _ _     **D-13**
D:3:5     **Adjustments** _ _ _ _ _ _ _ _ _ _ _ _ _     **D-14**
D:3:6     **Floppy Disk Care** _ _ _ _ _ _ _ _ _ _ _     **D-15**
D:3:7     **System (Hard) Disk Care** _ _ _ _ _ _ _ _     **D-17**
D:3:8     **Pen Care** _ _ _ _ _ _ _ _ _ _ _ _ _ _     **D-18**
D:3:9     **Tablet Care** _ _ _ _ _ _ _ _ _ _ _ _ _     **D-19**

QL 037.2

**PICTUREBOX**

QL 038

# PICTUREBOX

| 2:3:3 | Filecard |
|---|---|



---

**Filecard**    This displays each library entry as a single browse miniature picture with its associated title and library information. The information contained in the filecard can be used to locate a picture when using the *SEARCH* function:

NAME     The *NAME* field of the filecard shows the 80 character title of the picture. This would be defined by the user.

TYPE     The *TYPE* field of the filecard shows the type of library entry. ie Picture, Cutout, stencil and Stack.

DISK     The *DISK* field of the filecard shows the disk on which the entry is stored. This information is automatically logged when the picture is recorded.

QL 072

EXHIBIT 24

# WEBSTER'S
## NEW UNIVERSAL
# UNABRIDGED
# DICTIONARY

2,347 pages, thumb indexed

320,000 definitions

19 encyclopedic supplements

3,000 illustrations

Full-color maps of the world



### DELUXE
### SECOND EDITION

AXD002089

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964,
1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

DW 20 19 18 17 16 15

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were pub-
lished by The World Publishing Company,
William Collins +World Publishing Co., Inc.
and William Collins Publishers, Inc.

AXD002090

*ploos*, double, and *ōps* (*ōpis*), eye.] an eye defect in which an object appears double; double vision.

di•plop′ic, *a.* pertaining to, caused by, or suffering with diplopia.

dip•lō-plac′ō-lä, *n.*; *pl.* dip-lō-plac′ō-läe, [L., from Gr. *diploos*, double, and *plax*, a plate.] a placula having two layers of cells.

dip′lō-pod, *a.* of or pertaining to the Diplopoda.

dip′lō-pod, *n.* one of the Diplopoda.

Dip•lop′ō-da, *n. pl.* [L., from Gr. *diploos*, double, and *pous* (*podos*), foot.] one of the two divisions of the Myriapoda: synonymous with Chilognatha.

di′plop′ō-dous, *a.* diplopod.

Dī-plop′tĕr-ä, *n. pl.* [L., from Gr. *diploos*, double, and *pteron*, a wing.] a group of hymenopterous insects, having the upper wings folded longitudinally when at rest, as in the hornet.

di′plop′tĕr-ous, *a.* of or pertaining to the Diploptera.

dip•lō′sis, *n.* [Gr., *diplōsis*, a doubling.] in biology, doubling of the number of chromosomes through the fusion of two haploid sets in the union of gametes.

dip′lō-stem′ō-nous, *a.* [*diplo-*, and Gr. *stēmon*, the warp, from *histanas*, to stand.] having two stamens to every petal.

dip′lō-stem′ō-ny, *n.* diplostemonous growth or condition.

dip•nee′dle, a magnetic needle vertically suspended and freely moving, used to indicate the direction of the earth's magnetism: it is horizontal at the magnetic equator (*aclinic line*) but vertical at the magnetic poles.

Dip•ne′i′mō-nä, *n. pl.* [L., from Gr. *di-*, two, and *pneumōn*, lung.]
   1. a division of Dipnoi, having paired lungs.
   2. a division of holothurian echinoderms, having two branching gills.

dip•ne′i′mō-nous, *a.* having two lungs or respiratory organs; of or pertaining to the Dipneumona.

dip•ne′toi′däl, *a.* same as dipnoan.

dip′nō-än, *a.* pertaining to or resembling the Dipnoi.

dip′nō-än, *n.* one of the Dipnoi.

Dip′nō-ī, *n. pl.* [L., from Gr. *di-*, two, double, and *pnein*, to breathe.] an order of fishes with lungs as well as gills.

dip′nold, *a.* and *n.* same as dipnoan.

dip′od′ic, *a.* of or in a dipody or dipodies.

dip′ō-dy, *n.*; *pl.* dip′ō-dies, [Gr., from Gr. *di-*, two, *double* (*podos*), two-footed.] in prosody, a double foot; a pair of like feet composing a verse.

di′pō-lär, *a.* of, pertaining to, or having two poles.

di′pōle, *n.* in physics and physical chemistry, anything having two equal but opposite electric charges or magnetic poles, as a hydrogen atom with its positive nucleus and negative electron.

dip′pĕr, *n.* [ME. *dippere*, from *dippen*, *dyppen*; AS. *dyppan*, *dippan*, to dip.]



DIPPER
(*Cinclus aquaticus*)

   1. one whose work is dipping something in liquid.
   2. a vessel used to dip water or other liquid; a ladle.
   3. one of certain swimming and diving birds; as, (a) any bird of the family Cinclidae, of which *Cinclus* is the type genus, the water ousel being *Cinclus aquaticus*; (b) any aquatic bird which is an active diver, particularly the buffle duck; also the grebe or the dabchick.
   4. [D-] either of two groups of stars in the shape of a dipper, one (*Big Dipper*) in Ursa Major, the other (*Little Dipper*) in Ursa Minor.
   5. [D-] a Dunker.

dip′ping, *n.* the act or process of one who dips.

dip′ping cŏm′pás, a combination of a dipping needle and a vertical graduated indicator in the form of a circle, to measure the angular inclination of the magnetic needle.

dip′ping nee′dle, a magnetized needle suspended by its center of gravity for determining the earth's magnetic direction.

dip′rís-mat′ic, *a.* [*di-*, and Gr. *prisma*, a prism.] doubly prismatic.

dip′rō-pär′gyl, *n.* [*di-*, and *propargyl*.] an isomer of benzene, being a volatile, pungent liquid distilled from certain dialkyl compounds.

Dī-prō′tō-don, *n.* [L., from Gr. *di-*, two, *prōtos*, first, and *odous* (*odontos*), tooth.] a genus of extinct gigantic marsupial mammals, characterized by two large upper incisor teeth: it is found in the Pleistocene deposits of Australia.

dī-prō′tō-dont, *a.* having two front teeth on the lower jaw; of or pertaining to the Diprotodon.

Dip•sä-că′cē-ae, *n. pl.* [L., from Gr. *dipsakos*, the teasel, from *dipsa*, thirst, from *dipsan*, to thirst.] a family of herbs of the Old World, having two cotyledons and flowers with both calyx and corolla. They are nearly allied to the Compositae, but have distinct anthers.

dip-sä-că′ceous, dip-sä′ceous, *a.* of, pertaining to, or having the characteristics of the Dipsacaceae.

Dip′sä-cus, *n.* the type genus of the order Dipsacaceae, consisting of coarse, prickly, biennial herbs. The principal species is *Dipsacus fullonum*, or fuller's-teazel, the prickly flower heads of which are used to raise a nap on woolen cloth.

Dip′sas, *n.* [L., from Gr. *dipsas*, a serpent whose bite was thought to produce-thirst, from *dipsios*, thirsty, from *dipsa*, thirst.]
   1. a serpent whose bite was believed to produce a great thirst.
   2. [D-] a genus of tropical American and Asiatic nonvenomous snakes.

dip-set′ic, *a.* producing thirst.

dip′sey, dip′sy, *n.* [local U. S.; probably a nautical corruption of *deep-sea*.] a deep-sea fishing tackle; also, a sinker attached to such a line.

dip-sō-mä′ni-ä, *n.* [L., from Gr. *dipsa*, thirst, and *mania*, madness.] an abnormal and insatiable craving for alcoholic drink.

dip-sō-mä′ni-ac, *n.* a person who has dipsomania.

dip″sō-mä-nī′á-căl, *a.* of, like, or having dipsomania.

dip•sō′sis, *n.* [L., from Gr. *dipsa*, thirst.] in medicine, morbid thirst.

dipt, occasional past tense and past participle of dip.

dip′tĕr, *n.* same as dipteron.

Dip′te-rä, *n. pl.* [L., from Gr. *di-*, two, and *pteron*, wing.] an order of insects, including the housefly, mosquito, gnat, etc., having only two wings with two halteres, or poisers, instead of the posterior pair of wings. They have six legs, furnished with five-jointed tarsi, two maxillary palpi, two antennae, three ocelli, or simple eyes, and a suctorial proboscis.

dip′tĕr-äl, *a.* [Gr. *dipteros*, having two wings; *di-*, two, and *pteron*, a wing.]
   1. dipterous.
   2. in architecture, surrounded by a double row of columns.

dip′tĕr-än, *n.* same as dipteron.

dip′tĕr-o-, [from Gr. *dipteros*, two-winged; *di-*, two, and *pteron*, a wing.] a combining form meaning *having two wings*.

dip″te-rō-cär-pä′ceous, *a.* of or pertaining to the order Dipterocarpeæ.

Dip″te-rō-cär′pä-ae, *n. pl.* [L., from Gr. *dipteros*, two-winged, and *karpos*, fruit.] an order of East Indian trees, bearing fruit with two long wings. Some species produce wood oil and some a fragrant resin.

Dip″te-rō-cär′pus, *n.* a genus of East Indian trees, the type of the order Dipterocarpeæ.

dip-tĕr-ol′ō-gy, *n.* [*diptero-*, and Gr. *logos*, description.] that branch of entomology treating of dipterous insects.

dip′tĕr-ous, *a.* any dipterous insect.

dip′tĕr-os, *n.* in architecture, a dipteral temple or portico.

dip′tĕr-ous, *a.* 1. having two wings, as some insects, or two winglike appendages, as some seeds.
   2. of the Diptera.

Dip′te-ryx, *n.* [L., from Gr. *di-*, two, and *pteryx*, a wing.] a genus of trees of the bean

family, found in tropical South America. One species yields the tonka bean. The wood is hard and durable and is called *camara wood.*

dip′tĕx, *n.* [L.L. *diptoton*; Gr. *diptōton*, with a double case ending; *di-*, two, and *ptōtos*, a falling, a case, from *piptein*, to fall.] in grammar, a noun having only two cases.

dip′tych, *n.* [Gr. *diptycha*, a pair of writing tablets, neut. pl. of *diptychos*, folded together, double-folded; *di-*, two, and *ptyxis*, a fold, from *ptyssein*, to fold.]
   1. anything folded so as to have two leaves.
   2. an ancient writing tablet made up of a hinged pair of woodren or ivory pieces folding to protect the inner waxed writing surfaces.
   3. a picture painted or carved on two hinged tablets.

dī-py′re, *n.* [Gr. *dipyros*, with double lights, twice put in the fire; *di-*, twice, and *pyr* (*pyros*), fire.] a silicate of alumina, a mineral occurring in minute prisms, either single or adhering to each other in fascicular groups.

dī-py′re′nous, *a.* in botany, having two pyrenes or stones: said of fruit.

dir•ä-dī-ā′tion, *n.* [L. *dis-*, apart, and *radiatio*, radiation.] radiation.

dir′dum, *n.* a loud outcry of blame or rebuke. [Scot. and Brit. Dial.]

dire, *a.; comp.* direr; *superl.* direst. [L. *dirus*, fearful, awful.] dreadful; dismal; horrible; terrible; disastrous.

*Dire* was the tossing, deep the groans.
                                            —Milton.

di-rect′, *a.* [ME. and OFr. *directe*; L. *directus*, straight, upright, pp. of *dirigere*, to lay straight, put in a straight line, direct; *di-* for *dis-*, apart, from, and *regere*, to keep straight, to rule, control.]
   1. straight; not deviating; not roundabout; not turned aside; not interrupted.
   2. straightforward; not vague; frank; as, a *direct* answer.
   3. immediate; as, a *direct* result.
   4. with nothing or no one between; as, *direct* contact.
   5. in an unbroken line of descent; lineal.
   6. exact; complete; as, the *direct* opposite.
   7. not needing a mordant: said of certain dyes.
   8. by or of action of the people through popular vote instead of through representatives or delegates.
   9. in astronomy, from west to east: opposed to *retrograde*.

di-rect′, *n.t.; directed, pt., pp.; directing, ppr.* [ME. *directen*, from L. *directus*, pp. of *dirigere*, to direct.]
   1. to manage the affairs of; guide; conduct; regulate; control.
   2. to give authoritative instructions to (a person); ordain (*that* a thing be done); order; command.
   3. to move, turn, or point (a person or thing) toward a place, object, or goal; aim; head.
   4. to tell (a person) the way to a place.
   5. to say (words, etc.) to a specific person or persons, or in a specific direction; address (remarks).
   6. to write the address on (a letter, etc.).
   7. to plan the action and effects of (a play), motion picture, etc.) and to supervise and instruct (the actors and technicians) in the carrying out of such a plan.

   Syn.—conduct, guide, dispose, order, contrive, manage, regulate, sway.

di-rect′, *v.i.* 1. to give directions; make a practice of directing.
   2. to be a director, as of a group of musicians.

di-rect′, *n.* in music, a character formerly placed at the end of a staff to direct the performer to the first note of the next staff.

di-rect′, *adv.* in a direct manner; directly.

di-rect′-ac′tion, *a.* acting directly: applied specifically, in mechanics, to those steam engines and steam pumps in which connection is made from the piston rod of the engine directly to the crank or plunger, without intervening gears or other working parts: also *direct-acting*.

di-rect′ ac′tion, action aimed directly at achieving an objective; especially, the use of strikes, demonstrations, etc. in disputes between labor and management.

di-rect′ cur′rent, *see direct current*, under *current*.

di-rect′ dis′course, quotation of a person's exact words.

di-rect′er, *n.* same as director.

AXD002092

di·rect evi·dence, in law, evidence which directly establishes the fact which it is intended to prove: distinguished from *circumstantial evidence.*

di·rec'tion, n. [L. *directio*, a making straight, the act of directing.]
1. a directing; management; control.
2. the address on a letter or parcel.
3. [*usually in pl.*] instruction for doing, operating, using, preparing, etc.
4. an order; command.
5. the line in which or point toward which a moving person or thing goes.
6. the way a person or thing faces or points.
7. the line leading to a place; as, in the *direction* of Berlin.
8. an aspect, line of development, way, etc.; as, work in that *direction.*
9. in the theater, (a) the director's plan for achieving certain effects, as of acting, lighting, etc.; (b) his instructions to the actors, etc.
10. in music, a word, phrase, or sign showing how a note, chord, passage, etc. is to be played.
*line of direction:* (a) in gunnery, the direct line in which a piece is pointed; (b) in mechanics, the line in which a body moves.
Syn.—administration, guidance, management, superintendence, oversight, government, control, order, command, instruction.

di·rec'tion·al, a. 1. of direction in space.
2. in radio, (a) for telling the direction from which signals are coming; (b) for sending radio waves on one directed beam; as, a *directional* antenna.

di·rec'tion find'er, a device for finding out the direction from which radio waves or signals are coming, as a loop antenna that can be rotated freely in any direction on a vertical axis.

di·rec'tive, a. 1. directing; tending or intended to direct.
2. indicating direction; instructing; showing the way.
3. capable of being directed.
*directive corpuscle:* in biology, one of the bodies or corpuscles which detach from the ovum at maturation.

di·rec'tive, n. a general instruction or order issued by a central office, military unit, etc.

di·rect'ly, adv. 1. in a direct way, line, or course; straight; not in a winding course; as, aim *directly* at the object.
2. immediately; without a person or thing coming between.
3. right away; instantly; soon; without delay; as, he will be with us *directly.*
4. exactly; completely; as, *directly* opposite.
5. openly; expressly; without circumlocution or ambiguity; without a train of inferences.
Syn.—immediately, instantly, instantaneously, forthwith, at once, promptly.

di·rect'ly, conj. as soon as. [Chiefly Brit.]

di·rect'ness, n. the state or quality of being direct; a straight course; straightforwardness.

di·rect' ob'ject, the word or words denoting the thing or person that receives the action of a transitive verb; goal of a verbal action, as *ball* in *he hit the ball.*

Di·rec·toire' (-twàr'), n. [Fr., from ML. *directorius*: see *directory.*] an executive body of five men in the First Republic in France, given office October 27, 1795, and ousted November 9, 1799.

Di·rec·toire', a. of or characteristic of the Directoire period: said of furniture, dress, etc.

di·rect'or, n. [L. *directus*, pp. of *dirigere*, to direct.]
1. a person who directs or controls; supervisor; manager.
2. a member of a board chosen to direct the affairs of a corporation or institution.
3. a person who directs the production of a play or film, or the lighting, dancing, etc.
4. in music, a conductor.
5. that which directs; specifically, in surgery, a grooved probe, intended to direct the edge of the knife or scissors.

di·rec'to·rate, n. 1. a board of directors, considered collectively.
2. the office or authority of a director.

di·rec·to'ri·al, a. 1. of directing or management; also, capable of directing or commanding; directive.
2. of or pertaining to a director, a directorate, or a directory, specifically the Directory of France.

di·rec'tor·ship, n. the position or term of office of a director.

di·rec'to·ry, a. containing directions; directing; guiding; advising; instructing.

di·rec'to·ry, n.; pl. di·rec'to·ries, [LL. *directorius*, serving to direct, from L. *directus*, pp. of *dirigere*, to direct.]
1. a thing that directs.
2. a book of directions.
3. a book listing the names and addresses (and, often, occupations) of a specific group of persons; as, a telephone *directory.*
4. a directorate.
5. in the Anglican and Roman Catholic Churches, directions for worship.

Di·rec'to·ry, 1. in French history, the Directoire.

di·rect' pri'ma·ry e·lec'tion, a preliminary election at which candidates for public office are chosen by direct vote of the people instead of by delegates at a convention: also *primary (election): closed primary elections* are those in which voters must declare party affiliation and are prohibited from voting for candidates of another party.

di·rect' proc'ess, in mining, a process whereby metal in a working condition is obtained from the ore, in a single stage.

di·rec'tress, n. a woman who directs or manages; a directrix.

di·rec'trix, n.; pl. di·rec'trix·es or di·rec·tri'ces, 1. a directress.
2. in geometry, a fixed line that serves as a guide in drawing a curve or surface.

di·rect' tax, a tax levied directly on the person by whom it is to be paid, as an income tax or property tax.

dire'ful, a. dire; dreadful; terrible; calamitous; as, *direful* fate; a *direful* misfortune.

dire'ful·ly, adv. in a dire or dreadful manner.

dire'ful·ness, n. the state of being direful; calamitousness.

dire'ly, adv. in a dire manner.

di·rempt', a. separated; parted. [Obs.]

di·rempt', v.t. to separate; to tear apart forcibly. [Obs.]

di·remp'tion, n. [L. *diremptio*.] a forcible separation. [Obs.]

dire'ness, n. terribleness; horror; dismalness.

di·rep'tion, n. the act of plundering. [Obs.]

di·rep·ti'tious (-tish'us), a. of the nature of or pertaining to direption. [Obs.]

di·rep·ti'tious·ly, adv. in a direptitious manner. [Obs.]

dirge, n. [ME. *dirge, dorge*, from L. *dirige*, imper. of *dirigere*, to direct: so called from the first word of a funeral hymn, taken from Vulgate, Psalm V. 8: "*Dirige*, Domine, Deus meus, in conspectu tuo, viam meam," Direct, O Lord, my God, my way in thy sight.]
1. a funeral hymn or requiem mass.
2. a song, poem, or musical composition of grief or mourning; a lament.

dirge'ful, a. moaning; funereal; like a dirge.

dir'i·ge, n. a service for the dead; a dirge. [Obs.]

dir'i·gent, a. [L. *dirigens* (-*entis*), ppr. of *dirigere*, to direct.] directing.

dir'i·gent, n. in geometry, the line or plane along which another line or plane is supposed to move in the generation of a surface or solid; a directrix.

dir'i·gi·ble, a. capable of being guided, steered, or controlled; as, a *dirigible* balloon.

dir'i·gi·ble, n. a balloon that can be steered, especially such a long, cigar-shaped, motor-driven balloon with a cabin underneath.



RIGID DIRIGIBLE

NONRIGID DIRIGIBLE

dir'i·ment, a. [L. *dirimens* (-*mentis*), ppr. of *dirimere*, to separate; *dis-*, from, and *emere*, to take.] in law, nullifying; making absolutely void.
*diriment impediment of marriage;* in the

Roman Catholic Church, any obstacle that automatically annuls a marriage.

dirk, n. [so spelled by Dr. Johnson; earlier *dork, durk*; perhaps akin to G. *dolch.*] a short, straight dagger.

dirk, v.t. dirked, pt., pp.; dirking, ppr. to stab with a dirk.

dirl, v.t. and v.i. [var. of Scot. *thirl*, to pierce, from ME. *thirlen, thrillen.*] to vibrate or tingle.

dirl, n. a tingling; a vibration.

dirn'dl, n. 1. a kind of dress with a gathered waist, full skirt, and close-fitting bodice.
2. such a skirt without a bodice.

dirt, n. [ME. *dirt*, from *drit.*]
1. any unclean or soiling matter; as mud, dust, trash, etc.; filth.
2. earth or garden soil.
3. anything common or filthy; as, he treats me like dirt.
4. dirtiness; uncleanness; meanness.
5. obscene writing or speaking; pornography.
6. malicious talk or gossip.
7. in gold mining, the gravel, soil, etc. from which gold is separated by washing or panning.
*to do one dirt;* to do harm to one, as by deception or malicious gossip. [Slang.]
*to eat dirt;* to submit humbly to an insult or degradation; to retract one's own words.

dirt, v.t. to make foul or filthy; to soil; to bedaub; to pollute; to defile. [Rare.]

dirt' bed, a bed or layer of mold with the remains of trees and plants, found especially in working the freestone in the oölite formation of Portland, England.

dirt'-cheap', a. and adv. as cheap as dirt; very cheap. [Colloq.]

dirt farm'er, a farmer who does his own farming: distinguished from *gentleman farmer.* [Colloq.]

dirt'i·ly, adv. in a dirty manner.

dirt'i·ness, n. the quality or state of being dirty.

dirt'y, a.; comp. dirtier; superl. dirtiest, 1. soiled or soiling with dirt; unclean.
2. obscene; pornographic; as, *dirty* jokes.
3. contemptible; mean.
4. grayish, muddy, or clouded; as, a *dirty* green.
5. in nautical usage, squally; rough; as, *dirty* weather.

dirt'y, v.t. and v.i.; dirtied, pt., pp.; dirtying, ppr. to make or become dirty; to soil; to tarnish; to stain.

di·rup'tion, n. disruption. [Obs.]

dis-, [from OFr. or (usually) L.; OFr. *des-*, from L. *dis-* (*dis-* before *b, d, g, v, m, n, l, r*; *dif-* before *f*).]
1. a prefix denoting, in general, *separation, negation*, or *reversal*, used to form verbs: (a) from word bases not actually found as individual English words: meaning *away, apart*, as in *dismiss, disperse*; (b) from nouns: meaning *deprive of, expel from*, as in *disfrock, disbar*; (c) from adjectives: meaning *cause to be the opposite of*, as in *disable*; (d) from other verbs: meaning *fail, cease, refuse* to, as in *dissatisfy, disappear, disallow*; *do the opposite of*, as in *disjoin, disintegrate; intensifying* the action, as in *disannul.*
2. a prefix used to form adjectives from other simple or verbal adjectives: meaning *not, un-*, the *opposite of*, as in *dishonest, dissatisfied, displeasing.*
3. a prefix used to form nouns from other simple or verbal nouns: meaning *opposite of, lack of*, as in *disease, disunion.*

dis-, di- (twice, double).

Dis, n. [L.] in Roman mythology, (a) the god of the lower world: identified with the Greek god Pluto; (b) his realm; the lower world; Hades.

dis·a·bil'i·ty, n.; pl. dis·a·bil'i·ties, (dis- priv., and L. *habilitas*, ability.)
1. a disabled condition.
2. that which disables, as illness, insanity, etc.
3. a legal disqualification or incapacity.

dis·a·bil'i·ty clause, in life insurance, a clause entitling a policyholder who becomes totally and permanently disabled to cease premium payments and, often, to receive a specified monthly income, without losing any part of the life insurance given by the policy.

dis·a'ble, a. unable; incompetent. [Obs.]

dis·a'ble, v.t.; disabled, pt., pp.; disabling, ppr.
1. to make unable or unfit; to deprive of