EXHIBIT 25



# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

AXD002096

*Dedicated to the memory of
Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series:
PE1625.E3  1987    423    87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* © Copyright Hammond Incorporated, Maplewood, N.J.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

n. rr/uu

AXD002097

none

**correctional**                    455                    **corrupt**

other adjustment made in order to increase accuracy, as in the use of an instrument or the solution of a problem. *A five degree correction will put the ship on course.* **6.** a reversal of the trend of stock prices, esp. temporarily, as after a sharp advance or decline in the previous trading sessions. [1800–50; ME *correction* (n.) < *AF*) < L *correctiōn-* (s. of *correctiō*) a setting straight. See CORRECT, -ION]

**cor·rec·tion·al** (kə rek′shə nl), *adj.* of or pertaining to correction, esp. to penal correction. [1830–40; CORRECTION + -AL]

**correc′tional facil′ity,** a prison, esp. for long-term confinement. Also, *correc′tion facil′ity.* [1970–75]

**correc′tional of′ficer,** an officer of a jail or prison, esp. a guard. Also, *correc′tion of′ficer, correc′tions of′ficer.* [1970–75]

**correc′tion flu′id,** an opaque, quick-drying fluid for obliterating handwritten or typewritten matter.

**cor·rect·i·tude** (kə rek′ti tōōd′, -tyōōd′), *n.* correctness, esp. of manners and conduct. [1890–95; b. CORRECT and RECTITUDE]

**cor·rec·tive** (kə rek′tiv), *adj.* **1.** tending to correct or rectify; remedial: *corrective exercises.* —*n.* **2.** a means of correcting; corrective agent. [1525–35; (< AF) < ML *correctīvus.* See CORRECT, -IVE] —**cor·rec′tive·ly,** *adv.*

**correc′tor plate′,** *Optics.* See correcting plate.

**Cor·reg·gio** (kə rej′ō, -rej′ē ō′; *It.* kôr red′jō), *n.* An·to·nio Alle·gri da (än tô′nyō äl le′grē dä), 1494–1534, Italian painter.

**cor·re·gi·dor** (kə reg′i dôr′, -dōr′; *Sp.* kôr re·hē·thôr′), *n., pl.* -dors, -do·res (-dôr′ēs, -dōr′-; *Sp.* -thô′res). **1.** the chief magistrate of a town in Spain. **2.** *Hist.* (in Spanish America) a. a minor administrative unit. b. the chief officer of such a district. [1685–95; < Sp. deriv. of *corregir* to CORRECT]

**Cor·reg·i·dor** (kə reg′i dôr′, -dōr′; *Sp.* kôr re·hē·thôr′), *n.* an island in Manila Bay, in the Philippines: U.S. forces defeated by the Japanese in May, 1942. 2 sq. mi. (5 sq. km).

**correl.,** correlative.

**cor·re·late** (v. kôr′ə lāt′, kor′-; *n., adj.* kôr′ə lit, -lāt′, kor′-), *v.,* **-lat·ed, -lat·ing,** *adj.,* *n.* —*v.t.* **1.** to place in or bring into mutual or reciprocal relation; establish in orderly connection: *to correlate expenses and income.* —*v.i.* **2.** to have a mutual or reciprocal relation; stand in correlation: *The results of the two tests correlate to a high degree.* —*adj.* **3.** mutually or reciprocally related. —*n.* **4.** either of two related things, esp. when one implies the other. [1635–45; prob. back formation from CORRELATION and CORRELATIVE] —**cor′re·lat′a·ble,** *adj.*

**cor·re·la·tion** (kôr′ə lā′shən, kor′-), *n.* **1.** mutual relation of two or more things, parts, etc. **2.** the act of correlating or state of being correlated. **3.** *Statistics.* the degree to which two or more attributes or measurements on the same group of elements show a tendency to vary together. **4.** *Physiol.* the interdependence or functional relations of organs or functions. **5.** *Geol.* the demonstrable equivalence, in age or lithology, of two or more stratigraphic units, as formations or members of such. Also, *esp. Brit.,* **correlation.** [1555–65; < ML *correlātiō-* (s. of *correlātiō*). See COR-, RELATION] —**cor′re·la′tion·al,** *adj.*

**correla′tion coeffi′cient,** *Statistics.* one of a number of measures of correlation, usually assuming values from +1 to –1. Also called **coefficient of correlation.** [1905–10]

**correla′tion ra′tio,** *Statistics.* the ratio of the variance between arrays of data within a sample to the variance of the whole sample.

**cor·rel·a·tive** (kə rel′ə tiv), *adj.* **1.** so related that each implies or complements the other. **2.** being in correlation; mutually related. **3.** *Gram.* answering to or complementing one another and regularly used in association, as *either* and *or, not only* and *but.* **4.** *Biol.* (of a typical structure of an organism) found in correlation with another. —*n.* **5.** either of two things, as two terms, that are correlative. **6.** *Gram.* a correlative expression. Also, *esp. Brit.,* **correlative.** [1520–30; < ML *correlātī·vus.* See COR-, RELATIVE] —**cor·rel′a·tive·ly,** *adv.* —**cor·rel′a·tive·ness, cor·rel·a·tiv′i·ty,** *n.*

**correl′ative conjunc′tion,** *Gram.* either member of a matched pair of words, of which the second is a coordinating conjunction, as *either . . . or, neither . . . nor; both . . . and,* or *not only . . . but.*

**corresp.,** correspondence.

**cor·re·spond** (kôr′ə spond′, kor′-), *v.i.* **1.** to be in agreement or conformity (often fol. by *with* or *to*): *His actions do not correspond with his words.* **2.** to be similar or analogous; be equivalent in function, position, amount, etc. (usually fol. by *to*): *The U.S. Congress corresponds to the British Parliament.* **3.** to communicate by exchange of letters. [1520–30; (< MF) ML *correspondēre.* See CO-, RESPOND] —**cor·re·spond′ing·ly,** *adv.* —**Syn. 1.** harmonize, match, tally. CORRESPOND, AGREE, ACCORD imply comparing persons or things and finding that they harmonize. CORRESPOND suggests having an obvious similarity, though not agreeing in every detail: *Parts of this report corresponds with the facts.* AGREE implies having or arriving at a condition in which no essential difference of opinion or detail is evident: *All the reports agree.* ACCORD emphasizes agreeing exactly, both in fact and in point of view: *This report accords with the other.*

**cor·re·spond·ence** (kôr′ə spon′dəns, kor′-), *n.* **1.** communication by exchange of letters. **2.** a letter or letters that pass between correspondents: *It will take me all day to answer this business correspondence.* **3.** also, correspondency, an instance of corresponding. **4.** similarity or analogy. **5.** agreement; conformity. **6.** news, commentary, letters, etc., received from a newspaper or magazine correspondent. **7.** *Math.* function. [def. 4a]. [1375–1425; late ME (< MF) < ML *correspondentia.* See CORRESPONDENT, -ENCE]

**Correspond′ence Commit′tee.** See Committee of Correspondence.

**correspond′ence course′,** a course of instruction provided by a correspondence school. [1900–05]

**correspond′ence prin′ciple,** *Physics.* the principle that the laws of quantum mechanics and of any new theory that may be developed reduce to the laws of Newtonian mechanics and electromagnetic theory when applied to systems in which Planck's constant can be regarded as negligible, wavelengths are comparatively small, dimensions are relatively large, etc. Also called **principle of correspondence.** [1920–25]

**correspond′ence school′,** a school operating on a system in which study materials and tests are mailed to the students, who in turn mail their work back to the school for grading. [1885–90]

**correspond′ence the′ory,** *Philos.* the theory of truth that a statement is rendered true by the existence of a fact with corresponding elements and a similar structure. Cf. coherence theory, pragmatic theory. [1900–05]

**cor·re·spond·en·cy** (kôr′ə spon′dən sē, kor′-), *n., pl.* **-cies.** correspondence (def. 3). [1580–90]

**cor·re·spond·ent** (kôr′ə spon′dənt, kor′-), *n.* **1.** a person who communicates by letters. **2.** a person employed by a news agency, periodical, television network, etc., to gather, report, or contribute news, articles, and the like regularly from a distant place. **3.** a person who contributes a letter or letters to a newspaper, magazine, etc. **4.** a person or firm that has regular business relations with another, esp. at a distance. **5.** a thing that corresponds to something else. —*adj.* **6.** consistent, similar, or analogous; corresponding. [1375–1425; late ME < *correspondent-* (s. of *correspondens*), prp. of *correspondēre* to CORRESPOND; see -ENT] —**cor′re·spond′ent·ly,** *adv.*

**correspond′ent bank′,** a bank that performs services for one or more other banks. [1960–65] —**correspond′ent bank′ing.**

**cor·re·spond·ing** (kôr′ə spon′ding, kor′-), *adj.* **1.** identical in all essentials or respects: *corresponding fingerprints.* **2.** similar in position, purpose, form, etc: *corresponding officials in two states.* **3.** associated in a working or other relationship: *a bolt and its corresponding nut.* **4.** dealing with correspondence: *a correspondence secretary.* **5.** employing the mails as a means of association: *a corresponding member of a club.* [1570–80; CORRESPOND + -ING] —**cor·re·spond′ing·ly,** *adv.*

**cor′respond′ing an′gles,** *Geom.* two nonadjacent angles made by the crossing of two lines by a third line, one angle being interior, the other exterior, and both being on the same side of the third line. Cf. alternate angles. [1790–1800]

**cor·re·spon·sive** (kôr′ə spon′siv), *adj.* responsive to effort or impulse; answering. [1600–10; < ML *corrispons(us)* (ptp. of *correspondēre* to CORRESPOND, equiv. to *correspons(us)*, var. of -tus ppp. suffix) + -IVE] —**cor′re·spon′sive·ly,** *adv.*

**Cor·rèze** (kô rez′), *n.* a department in central France. 240,363; 2273 sq. mi. (5886 sq. km). *Cap.:* Tulle.

**cor·ri·da** (kô rē′də; *Sp.* kôr rē′thä), *n., pl.* -das (-das; *Sp.* -thäs). a bullfight. [1895–1900; < Sp. short for *corrida de toros* lit., course, running of bulls; *corrida,* fem. of *corrido,* ptp. of *correr* < L *currere* to run]

**cor·ri·do** (kə rē′dō; *Sp.* kôr rē′thô), *n., pl.* -dos (-dōz; *Sp.* -thôs). a Mexican ballad or folksong about struggle against oppression and injustice. [< MexSp, Sp; see CORRIDA]

**cor·ri·dor** (kôr′i dər, -dôr′, kor′-), *n.* **1.** a gallery or passage connecting parts of a building; hallway. **2.** a passage into which several rooms or apartments open. **3.** a passageway in a passenger ship or railroad car permitting access to separate cabins or compartments. **4.** a narrow tract of land forming a passageway, as one connecting two major cities or one belonging to an inland country and affording an outlet to the sea: *the Polish Corridor.* **5.** a usually densely populated region characterized by one or more well-traveled routes used by railroad, airline, or other carriers: *The Northeast corridor extends from Washington, D.C., to Boston.* **6.** Aeron. a restricted path along which an aircraft must travel to avoid hostile action, other air traffic, etc. **7.** Aerospace. a carefully calculated path through the atmosphere along which a space vehicle must travel after ascent to during reentry in order to attain a desired orbit, to avoid severe acceleration and deceleration, or to minimize aerodynamic heating. [1585–95; < MF < Upper It *corridore* (Tuscan *corridore*), equiv. to *corr(ere)* to run ( < L *currere*) + -idore < L -i·tōrium; see -i-, -TORY] —**cor′ri·dored,** *adj.*

**cor·rie** (kôr′ē, kor′ē), *n.* Scot. a circular hollow in the side of a hill or mountain. [1785–95; < ScotGael *coire* cauldron, whirlpool, hollow]

**Cor·rie·dale** (kôr′ē dāl′, kor′-), *n.* a breed of sheep raised originally in New Zealand and noted for their high-quality wool and good market lambs. [1900–05; after an estate near Otago Harbor, New Zealand, where the breed was developed]

**Cor·ri·en·tes** (kôr′ē en′tes), *n.* a port in NE Argentina, on the Paraná River. 179,590.

**Cor·ri·gan** (kôr′i gən, kor′-), *n.* Mai·read (mə rād′), born 1944, Northern Irish peace activist: Nobel peace prize 1976.

**cor·ri·gen·dum** (kôr′i jen′dəm, kor′-), *n., pl.* -da (-də). **1.** an error to be corrected, esp. an error in print. **2.** corrigenda, a list of corrections of errors in a book or other publication. [1840–50; < L lit., (something) to be corrected (neut. ger. of *corrigere*); see CORRECT]

**cor·ri·gi·ble** (kôr′i jə bəl, kor′-), *adj.* **1.** capable of being corrected or reformed: *a corrigible criminal.* **2.** submissive to correction. **3.** subject to being revised, improved, or made more accurate: *a corrigible theory.*

*corrig(ere)* to CORRECT + -IBILIS -IBLE] —**cor′ri·gi·bil′i·ty, cor′ri·gi·ble·ness,** *n.* —**cor′ri·gi·bly,** *adv.*

**cor·ri·val** (kə rī′vəl), —*n.* **1.** a rival; competitor. —*adj.* **2.** rival; competitive. [1570–80; < L *corrivālis* joint rival. See COR-, RIVAL] —**cor′ri·val·ry,** *n.*

**cor·rob·o·rant** (kə rob′ər ənt), *adj.* corroborating; confirming. **2.** *Archaic.* strengthening; invigorating, as a medicine. —*n.* **3.** something that corroborates or strengthens. **4.** *Archaic.* a strengthening medicine. [1620–30; < L *corrōborant-* (s. of *corrōborans*) strengthening, prp. of *corrōborāre.* See CORROBORATE, -ANT]

**cor·rob·o·rate** (v. kə rob′ə rāt′; *adj.* kə rob′ər it), *v.,* **-rat·ed, -rat·ing,** *adj.* —*v.t.* **1.** to make more certain; confirm: *He corroborated my account of the accident.* —*adj.* **2.** *Archaic.* confirmed. [1520–30; < L *corrōborātus* (ptp. of *corrōborāre* to strengthen, make firm), equiv. to *cor-* COR- + *rōbor(āre)* (deriv. of *rōbur* oak (hence, strength); see ROBUST) + -ātus -ATE] —**cor·rob′o·ra·tive** (kə rob′ə rā′tiv, -ər ə tiv), *adj.* —**cor·rob′o·ra·to′ry,** *adj.* —**cor·rob′o·ra′tive·ly,** *adv.* —**Syn. 1.** verify, authenticate, support, validate.

**cor·rob·o·ra·tion** (kə rob′ə rā′shən), *n.* **1.** the act of corroborating. **2.** a corroboratory fact, statement, etc. [1425–75; late ME (< MF) < LL *corroborātiōn-* (s. of *corroborātiō*). See CORROBORATE, -ION]

**cor·rob·o·ree** (kə rob′ə rē′), *n.* Australian. **1.** an assembly of Aborigines delighted by singing and dancing, sometimes associated with traditional sacred rites. **2.** a social gathering, esp. of a boisterous nature. Also, **cor·rob·bo·ree.** [1793; < Dharuk *gə-ra·bə-rə dance*]

**cor·rode** (kə rōd′), *v.,* **-rod·ed, -rod·ing.** —*v.t.* **1.** to eat or wear away gradually as if by gnawing, esp. by chemical action. **2.** to impair; deteriorate: *Jealousy corroded his character.* —*v.i.* **3.** to become corroded. [1350–1400; ME (< MF) < L *corrōdere* to gnaw to pieces, equiv. to *cor-* COR- + *rōdere* to gnaw; akin to RODENT] —**cor·rod′ent,** *n.* —**cor·rod′i·ble,** *adj.* —**cor·rod′i·bil′i·ty,** *n.*

**cor·ro·dy** (kôr′ə dē, kor′-), *n., pl.* **-dies.** *Old Eng. Law.* corody.

**cor·ro·sion** (kə rō′zhən), *n.* **1.** the act or process of corroding; condition of being corroded. **2.** a product of corroding, as rust. [1350–1400; ME (< MF) < LL *corrōsiōn-* (s. of *corrōsiō*) a gnawing away, equiv. to L *corrō·s(us)*, ptp. of *corrōdere* to CORRODE + -iōn- -ION] —**cor·ro′sion·al,** *adj.*

**cor·ro·sive** (kə rō′siv), *adj.* **1.** having the quality of corroding or eating away; erosive. **2.** harmful or destructive; deleterious: *the corrosive effect of poverty on their marriage.* **3.** sharply sarcastic: *corrosive comments on the speaker's integrity.* —*n.* **4.** something corrosive, as an acid or drug. [1350–1400; late ME (< MF) < ML *corrō·sīvus*, equiv. to L *corrō·s(us)* (see CORROSION) + -īvus -IVE] —**cor·ro′sive·ly,** *adv.* —**cor·ro′sive·ness, cor·ro·siv·i·ty** (kôr′ə siv′i tē, kor′-), *n.*

**corro′sive sub′limate.** *Chem. Now Rare.* mercuric chloride. [1700–10]

**cor·ru·gate** (v. kôr′ə gāt′, kor′-; *adj.* kôr′ə git, -gāt′, kor′-), *v.,* **-gat·ed, -gat·ing,** *adj.* —*v.t.* **1.** to draw or bend into folds or alternate furrows and ridges. **2.** to wrinkle, as the skin or face. **3.** *Western U.S.* to make irrigation ditches in (a field). —*v.i.* **4.** to become corrugated; undergo corrugation. —*adj.* **5.** corrugated; wrinkled; furrowed. [1375–1425; late ME < L *corrūgātus* (ptp. of *corrūgāre*); equiv. to *cor-* COR- + *rūg(āre)* to wrinkle + -ātus -ATE] —**cor′ru·ga′tor,** *n.*

**cor′rugated i′ron,** a type of sheet iron or steel strengthened for use in construction by having a series of alternating grooves and ridges formed into it, and usually galvanized for weather resistance. [1885–90]

**cor′rugated pa′per,** heavy paper with ridges and grooves, used in packing fragile articles. [1895–1900]

**cor·ru·ga·tion** (kôr′ə gā′shən, kor′-), *n.* **1.** the act or state of corrugating or of being corrugated. **2.** a wrinkle; fold; furrow; ridge. [1520–30; < ML *corrūgātiōn-* (s. of *corrūgātiō*) a wrinkling. See CORRUGATE, -ION]

**cor·rupt** (kə rupt′), *adj.* **1.** guilty of dishonest practices, as bribery; lacking integrity; crooked: *a corrupt judge.* **2.** debased in character; depraved; perverted; wicked; evil: *a corrupt society.* **3.** made inferior by errors or alterations, as a text. **4.** infected; tainted. **5.** decayed; putrid. —*v.t.* **6.** to destroy the integrity of; cause to be dishonest, disloyal, etc., esp. by bribery. **7.** to lower morally; pervert: *to corrupt youth.* **8.** to alter (a language, text, etc.) for the worse; debase. **9.** to mar; spoil. **10.** to infect; taint. **11.** to make putrid or putrescent. **12.** *Eng. Law.* to subject (an attainted person) to corruption of blood. —*v.i.* **13.** to become corrupt. [1250–1300; ME (< AF) < L *corruptus* broken in pieces, corrupted (ptp. of *corrumpere*), equiv. to *cor-* COR- + *rup-* (var. s. of *rumpere* to break) + -tus ppp. suffix] —**cor·rupt′er, cor·rup′tor,** *n.* —**cor·rupt′ible,** *adj.* —**cor·rupt′ly,** *adv.* —**cor·rupt′ness,** *n.* —**Syn. 1.** false, untrustworthy. CORRUPT, DISHONEST, VENAL apply to one, esp. in public office, who acts on mercenary motives, without regard to honor, right, or justice. A CORRUPT politician is one originally honest who has succumbed to temptation and begun communicable practices. A DISHONEST politician is one lacking native integrity. A VENAL politician is one so totally debased as to sell patronage. **3.** **4.** contaminated. **4.** putrescent, rotten, spoiled. **26.** demoralize, bribe. **7.** debase, vitiate. **10.** contaminate, pollute, spoil, defile. **11.** putrefy.

**GENERIC PRONUNCIATION KEY.** act, cāpe, dâre, pärt; set, ēqual; if; īce, ox, ōver, ôrder, oil, bōōk, ōōze; up, ûrge; child; sing; shoe; thin, that; zh as in pleasure; ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ′ as in fire (fī″r), hour (ou″r); ` and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

**sei** (sā), n. See sei whale.

**sei·cen·to** (sā chen′tō; *It.* se chen′tô), n. (often cap.) the 17th century, with reference to the Italian art or literature of that period. [1900–05; < It.: short for *mille seicento* lit., a thousand six hundred]

**seiche** (sāsh), n. an occasional and sudden oscillation of the water of a lake, bay, estuary, etc., producing fluctuations in the water level and caused by wind, earthquakes, changes in barometric pressure, etc. [1830–40; < Franco-Provençal]

**sei·del** (sīd′l, tsī′-), n. a large beer mug with a capacity of one liter (1 quarts) and often having a hinged lid. [1905–10; < G; MHG *sīdel* < L *situla* bucket]

**Seid′litz pow′ders** (sed′lits), a mild laxative consisting of tartaric acid, sodium bicarbonate, and Rochelle salt, which are dissolved separately, mixed, and drunk after effervescence. [1805–15; arbitrarily named after a Bohemian village]

**seif** (sāf, sīf), n. a long narrow sand dune parallel to the prevailing wind direction. [< Ar *sayf* sword]

**Sei·fert** (sī′fərt), n. Ja·ro·slav (yä′rō släf), born 1901, Czech poet: Nobel prize 1984.

**sei·gneur** (sēn yûr′, sān-; *Fr.* se nyŒR′), n., pl. sei·gneurs (sēn yûrz′, sān-; *Fr.* se nyŒR′). (sometimes cap.) 1. a lord, esp. a feudal lord. 2. (in French Canada) a holder of a seigneury. [1585–95; < F < VL *senior* lord. See SENIOR] —sei·gneu·ri·al (sēn yŏŏr′ē əl, sān-), adj.

**sei·gneur·y** (sēn′yə rē, sān′-), n. 1. the domain of a seigneur. 2. (in French Canada) land originally held by grant from the king of France. [1675–85; < F *seigneurie*; see SEIGNEUR, -Y]

**seign·ior** (sān′yər), n. (sometimes cap.) a lord, esp. a feudal lord; ruler. [1300–50; ME *segnour* < AF; see SEIGNEUR]

**seign·or·age** (sān′yər ij), n. 1. something claimed by a sovereign or superior as a prerogative. 2. a charge on bullion brought to the mint to be coined. 3. the difference between the cost of the bullion plus minting expenses and the value as money of the pieces coined, constituting a source of government revenue. Also, **seign′or·age**. [1400–50; late ME *seigneurage* < MF *seignorage, seigneurage*; see SEIGNIOR, -AGE]

**seign·ior·y** (sān′yə rē), n., pl. **-ior·ies**. 1. the power or authority of a seignior. 2. *Hist.* a lord's domain. Also, signory. [1250–1300; ME *seignorie* < OF; see SEIGNEUR, -Y]

**sei·gno·ri·al** (sān yŏr′ē əl, -yōr′-), adj. of or pertaining to a seignior. Also, **seign·or·i·al** (sān′yər əl), seign·ri·al (sān yŏr′ē əl, -yōr′-), seign·or·al (sān′yər əl). [1810–20; *seignor* (var. of SEIGNIOR) + -IAL]

**sei·le·inen** (sī lā′nən), n.

**seine** (sān), n., v., seined, sein·ing. —n. 1. a fishing net that hangs vertically in the water, having floats at the upper edge and sinkers at the lower. —v.t. 2. to fish for or catch with a seine. 3. to use a seine in (water). —v.i. 4. to fish with a seine. [bef. 950; ME *seyne*, OE *segne* < WGmc *sagina* < L *sagēna* < Gk *sagēnē* fishing net]

**Seine** (sān; *Fr.* sen), n. 1. a river in France, flowing NW through Paris to the English Channel. 480 mi. (773 km) long. 2. a former department in N France.



**Seine-et-Marne** (sān′ā märn′; *Fr.* sen ā marn′), n. a department in N France. 755,762; 2290 sq. mi. (5930 sq. km). *Cap.:* Melun.

**Seine-et-Oise** (sān ā wäz′), n. a former department in N France.

**sein·er** (sā′nər), n. 1. a person who fishes with a seine. 2. a boat used in fishing with a seine. [1595–1605; SEINE + -ER]

**Seine-St-De·nis** (sān sã nē′), n. a department in N France. 1,322,127; 91 sq. mi. (236 sq. km). *Cap.:* Bobigny.

**Seir·i·os** (sīr′ē əs), n. *Class. Myth.* Sirius (def. 2).

**seise** (sēz), v.t., v.i. seised, seis·ing. *Chiefly Law.* seize. —seis′a·ble, adj. —seis′er, n.

**seis·ing** (sē′zing), n. *Chiefly Law.* seizing.

**seism** (sī′zəm), n. an earthquake. [1880–85; < Gk *seismós*, equiv. to *seis-*, s. of *seíein* to shake, quake + -mos n. suffix; cf. -ISM]

**seis·mic** (sīz′mik, sīs′-), adj. pertaining to, of the nature of, or caused by an earthquake or vibration of the earth, whether due to natural or artificial causes. Also,

**seis′mal, seis′mi·cal**. [1855–60; SEISM + -IC] —seis′mi·cal·ly, adv.

**seis·mic·i·ty** (sīz mis′i tē, sīs-), n., pl. -ties. the frequency, intensity, and distribution of earthquakes in a given area. [1900–05; SEISMIC + -ITY]

**seis′mic sea′ wave′**, *Oceanog.* tsunami.

**seis·mism** (sīz′miz əm, sīs′-), n. the natural activity or group of phenomena associated with earthquakes. [1900–05; SEISM + -ISM]

**seismo-**, a combining form meaning "earthquake," used in the formation of compound words: *seismograph.* [see SEISM, -O-]

**seis·mo·gram** (sīz′mə gram′, sīs′-), n. a record made by a seismograph. [1890–95; SEISMO- + -GRAM′]

**seis·mo·graph** (sīz′mə graf′, -gräf′, sīs′-), n. any of various instruments for measuring and recording the vibrations of earthquakes. [1855–60; SEISMO- + -GRAPH] —seis·mo·graph·ic (sīz′mə graf′ik, sīs′-), seis′mo·graph′i·cal, adj.

**seis·mog·ra·phy** (sīz mog′rə fē, sīs-), n. 1. the scientific measuring and recording of the shock and vibrations of earthquakes. 2. seismology. [1860–65; SEISMO- + -GRAPHY] —seis·mog′ra·pher, n.

**seismol.**, 1. seismological. 2. seismology.

**seis·mol·o·gy** (sīz mol′ə jē, sīs-), n. the science of earthquakes and their phenomena. Also called **seismography**. [1855–60; SEISMO- + -LOGY] —seis·mo·log·ic (sīz′mə loj′ik, sīs′-), seis′mo·log′i·cal, adj. —seis·mo·log′i·cal·ly, adv. —seis·mol′o·gist, n.

**seis·mom·e·ter** (sīz mom′i tər, sīs-), n. a seismograph equipped for measuring the direction, intensity, and duration of earthquakes by measuring the actual movement of the ground. [1835–45; SEISMO- + -METER] —seis·mo·met·ric (sīz′mə me′trik, sīs′-), seis′mo·met′ri·cal, adj. —seis·mom′e·try, n.

**seis·mo·scope** (sīz′mə skōp′, sīs′-), n. an instrument for recording the occurrence or time of an earthquake. [1850–55; SEISMO- + -SCOPE] —seis·mo·scop·ic (sīz′mə skop′ik, sīs′-), adj.

**SEIU**, Service Employees International Union.

**sei′ whale′**, a rorqual, *Balaenoptera borealis*, inhabiting all seas now greatly reduced in number. [1915–20; < Norw *seihval*, equiv. to *sei* (ON *seithr*) coalfish + *hval* WHALE²]

**seize** (sēz), v., seized, seiz·ing. —v.t. 1. to take hold of suddenly or forcibly; grasp: *to seize a weapon.* 2. to grasp mentally; understand clearly and completely: *to seize an idea.* 3. to take possession of by force or at will: *to seize enemy ships.* 4. to take possession or control of as if by suddenly laying hold: *Panic seized the crowd.* 5. to take possession of by legal authority; confiscate: *to seize smuggled goods.* 6. Also, seise. *Law.* to put (someone) in seizin or legal possession of property (usually used in passive constructions): *She was seized of vast estates.* 7. to capture; take into custody. 8. to take advantage of promptly: *to seize an opportunity.* 9. *Naut.* to bind or fasten together with a seizing. —v.i. 10. to grab or take hold suddenly or forcibly (usually fol. by *on* or *upon*): *to seize on a rope.* 11. to resort to a method, plan, etc., in desperation (usually fol. by *on* or *upon*): *He must seize on a solution, however risky.* 12. to have moving parts bind and stop moving as a result of excessive pressure, temperature, or friction (usually fol. by *up*): *The engine seized up from cold.* [1250–1300; ME *seisen, seizen* < OF *seisir* < ML *sacīre* to take possession, fix phrase *sacīre ad proprīetum* to take as one's own, lay claim to) < Frankish, perh. akin to Goth *satjan* to SET, put, place] —seiz′a·ble, adj. —seiz′er; *Law.* sei·zor (sā′zər, -zôr), n.

—Syn. 1. clutch, grab. 7. arrest, apprehend. See catch. —Ant. 7. release.

**sei·zin** (sē′zin), n. *Law.* 1. (originally) possession of either land or chattel. 2. the kind of possession or right to possession characteristic of estates of freehold. Also, seisin. [1250–1300; ME < OF *seisine, saisine*, equiv. to *seis(ir)* + -ine -INE²]

**seiz·ing** (sē′zing), n. 1. the act of a person or thing that seizes. 2. *Naut.* a means of binding or fastening together two objects, as two ropes or parts of the same rope, by a number of longitudinal and transverse turns of marline, wire, or other small stuff. [1300–50; ME; see SEIZE, -ING²]



**sei·zure** (sē′zhər), n. 1. the act or an instance of seizing. 2. the state of being seized. 3. a taking possession of an item, property, or person legally or by force. 4. a sudden attack, as of epilepsy or some other disease. [1475–85; SEIZE + -URE]

**se·jant** (sē′jənt), adj. *Heraldry.* (of an animal) represented in a sitting posture: *a lion sejant.* Also, se·jeant. [1490–1500; var. of *seiant* < AF; MF *seant*, equiv. to *se*- (s. of *seoir* < L *sedēre* to SIT) + -ant -ANT]

**se·jant-e·rect** (sē′jənt i rekt′), adj. *Heraldry.* (of an animal) represented as seated upright with forelegs raised: *a lion sejant-erect.* Also, **se·jeant-e·rect**.

**se·je·nus** (sē jē′nəs), n. Lucius Ae·li·us (ē′lē əs), d. A.D. 31, Roman politician, commander of the praetorian guard, and conspirator in the reign of Emperor Tiberius.

**Sejm** (sām), n. the unicameral parliament of Poland. [< Pol: assembly < Slavic *sŭjĭmŭ* equiv. to *sŭ*- with, together + *-jĭmŭ*, n. deriv. of *jĭm*- v. base meaning "take," akin to L *emere* to take, buy (cf. CONSUME, REDEEM)]

**Sekh·met** (sek′met), n. *Egyptian Myth.* a bloodthirsty goddess, sometimes identified with Hathor, who attempted to destroy humankind. (vocalization of Egyptian *sḫm* powerful (cf. PSCHENT) + *t* fem. marker)

**Se·kon·di-Ta·ko·ra·di** (sek′ən dē·tä′kə rä′dē), n. a seaport in SW Ghana. 161,071.

**se·kos** (sē′kos), n. 1. (in ancient Greece) a. a sanctuary. b. the cella of a temple. 2. any of various other shrines or sanctuaries. Also, secos. [1810–20; < Gk *sēkós* enclosed area]

**Sekt** (sekt), n. *German.* sparkling wine; champagne.

**sel** (sel), n., *adj., pron. Scot.* self.

**sel.**, 1. select. 2. selected. 3. selection; selections.

**se·la·chi·an** (si lā′kē ən), adj. 1. belonging to the Selachii, a group of fishes comprising the sharks, skates, and rays. —n. 2. a selachian fish. [1825–35; < NL *Selachi(i)* (pl.) name of the order (< Gk *selachos* (sing.) resembling a shark, cartilaginous, adj. deriv. of *selachos* shark, ray) + -AN]

**se·la·dang** (si lä′däng), n. the gaur. [1810–20; < Malay]

**se·lah** (sē′lə, sel′ə), n. an expression occurring frequently in the Psalms, thought to be a liturgical or musical direction, probably a direction by the leader to raise the voice or perhaps an indication of a pause. [1520–30; < Heb *selāh*]

**se·lam·lik** (si läm′lik), n. the portion of a Turkish palace or house reserved for men. [1890–95; < Turk *selāmlık*]

**Se·lan·gor** (sə lang′ər, -ôr, -läng′-), n. a state in Malaysia, on the SW Malay Peninsula. 1,467,441; 3160 sq. mi. (8184 sq. km). *Cap.:* Shah Alam.

**sel·couth** (sel′kōōth), adj. *Archaic.* strange; uncommon. [bef. 900; ME *selcouth*, OE *seldcūth*, equiv. to *sel*- (see SELDOM) + *cūth* COUTH] —sel′couth·ness, n.

**Sel·den** (sel′dən), n. 1. George Baldwin, 1846–1922, U.S. inventor of a gasoline-powered car. 2. John, 1584–1654, English historian, Orientalist, and politician. 3. a city on N Long Island, in SE New York. 17,259.

**sel·dom** (sel′dəm), adv. 1. on only a few occasions; rarely; infrequently; not often: *We seldom see our old neighbors anymore.* —adj. 2. rare; infrequent. [bef. 900; ME; OE *seldum*, var. of *seldan*; c. G *selten*, Goth *sildā-*] —sel′dom·ness, n.

**se·lect** (si lekt′), v.t. 1. to choose in preference to another or others; pick out. —v.i. 2. to make a choice; pick. —adj. 3. chosen in preference to another or others; selected. 4. choice; of special value or excellence. 5. careful or fastidious in selecting; discriminating. 6. carefully or fastidiously chosen; exclusive: *a select group of friends.* [1555–65; < L *sēlēctus* (ptp. of *sēligere* to gather apart), equiv. to *sē- se-* + *leg(ere)* to gather, choose + *-tus* ptp. suffix] —se·lect′a·ble, adj. —se·lect′a·bil′i·ty, n. —se·lect′ly, adv. —se·lect′ness, n. —Syn. 1. See choose. 3. preferred.

**se·lect·ance** (si lek′təns), n. a measure of the drop in response of a radio receiving set or the like to a given frequency differing from the resonant frequency of the device, expressed as the ratio of the amplitude of the response at the resonant frequency to the amplitude of the response at the given frequency. [SELECT + -ANCE]

**select′ commit′tee**, a committee, as of a legislative body, that is formed to examine and report on a specific bill or issue. Also called special committee. [1780–90, Amer.]

**se·lect·ee** (si lek tē′), n. one selected by draft for service in one of the armed forces. [1935–40, Amer.; SELECT + -EE]

**se·lec·tion** (si lek′shən), n. 1. an act or instance of selecting or the state of being selected; choice. 2. a thing or a number of things selected. 3. an aggregate of things displayed for choice, purchase, use, etc.: a group from which a choice may be made: *The store had a wide selection of bracelets.* 4. *Biol.* any natural or artificial process that results in differential reproduction among the members of a population so that the inheritable traits of only certain individuals are passed on, or are passed on in greater proportion, to succeeding generations. Cf. natural selection, sexual selection, kin selection, artificial selection. 5. *Ling.* a. the choice of one form instead of another in a position where either can occur, as of *oak* instead of *tell* or *with* in the phrase *oak tree,* the choice of one semantic or syntactic class of words in a construction, to the exclusion of others that do not occur there, as the choice of an animate object for the verb *surprise.* [1640–50; < L *sēlēctiō-* (s. of *sēlēctiō*), equiv. to *sēlēct(us)* SELECT + -*iōn- -ION*] —se·lec′tion·al, adj. —Syn. 2. collection, gathering, pick. —Ant. 1. rejection.

**selec′tion rule′**, *Physics.* any of several rules designating allowed transitions between quantum states in terms of the quantum numbers associated with the states.

**se·lec·tive** (si lek′tiv), adj. 1. having the function or power of selecting; making a selection. 2. characterized by selection, esp. fastidious selection. 3. of or pertaining to selection. 4. *Elect., Radio.* having good selectivity. [1615–25; SELECT¹ + -IVE] —se·lec′tive·ly, adv. —se·lec′tive·ness, n.

**se·lec·tiv·i·ty** (si lek tiv′i tē, sē′lek-), n. 1. quality, state, or character of being selective. 2. *Radio.* discrimination, particular; discriminating.

**selec′tive serv′ice**, compulsory military service. [1919]

**Selec′tive Serv′ice Sys′tem**, the U.S. federal agency that facilitates the mobilization of military forces by requiring the registration of native males between the ages of 18 and 26 years. *Abbr.:* SSS

**se·lec·tive transmis′sion**, *Auto.* a transmission in which the available forward and reverse gears may be engaged in any order, without passing progressively through the different changes of gear.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b, blend of, blended; c, cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique r., replacing; s., stem; sp., spelling; spelled; resp., respelling; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

EXHIBIT 26

Redacted

EXHIBIT 27

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL TERMS
## Third Edition

AXD002102

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11–1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467–424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND
TECHNICAL TERMS,
Third Edition
Copyright © 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Philippines Copyright 1984, 1978, 1976, 1974 by McGraw-Hill, Inc.

4 5 6 7 8 9 0     DODO     8 9 1 0 9 8 7

ISBN 0-07-045269-5

**Library of Congress Cataloging in Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries.   2. Technology—Dictionaries.   I. Parker, Sybil P.
[DNLM: 1. Science—Dictionaries.   2. Technology—Dictionaries.   Q 123 M147]
Q123.M34     1983     503'.21     83-11302
ISBN 0-07-045269-5

AXD002103

the families Boletaceae and Polyporaceae in the group Hymenomycetes; sporebearing surfaces are characteristically within tubes or pores.

**pore ice** [HYD] Ice which fills or partially fills pore spaces in permafrost; forms by freezing soil water in place, with no addition of water.

**porencephaly** [MED] A condition in which the cavity of a lateral ventricle extends to the surface of the cerebral hemisphere; may result from brain tissue destruction or maldevelopment.

**pore pressure** *See* neutral stress.

**pore-size distribution** [GEOL] Variations in pore sizes in reservoir formations; each type of rock has its own typical pore size and related permeability.

**pore space** [GEOL] The pores in a rock or soil considered collectively. Also known as pore volume.

**pore volume** *See* pore space.

**pore-water pressure** *See* neutral stress.

**poriaz** [METEOROL] Violent northeast winds on the Black Sea near the Bosporus in the Soviet Union.

**Porifera** [INV ZOO] The sponges, a phylum of the animal kingdom characterized by the presence of canal systems and chambers through which water is drawn in and released; tissues and organs are absent.

**Poriezzina** [METEOROL] An east wind on Lake Lugano (Italy and Switzerland), blowing from the Gulf of Poriezza.

**porocyte** [INV ZOO] One of the perforated, tubular cells which constitute the wall of the incurrent canals in certain Porifera.

**porogamy** [BOT] Passage of the pollen tube through the micropyle of an ovule in a seed plant.

**poromeric material** [TEXT] A fabric made of polyurethane strengthened by polyester.

**porosimeter** [ENG] Laboratory compressed-gas device used for measurement of the porosity of reservoir rocks.

**porosis** [MED] Condition characterized by increased porosity, as of bone.

**porosity** [PHYS] 1. Property of a solid which contains many minute channels or open spaces. 2. The fraction as a percent of the total volume occupied by these channels or spaces; for example, in petroleum engineering the ratio (expressed in percent) of the void space in a rock to the bulk volume of that rock.

**porosity feet** [PETRO ENG] Reservoir porosity fraction multiplied by net pay in feet, where porosity fraction is the portion of the reservoir that is porous, and net pay is the depth and areal extent of the hydrocarbons-containing reservoir.

**porosity trap** *See* stratigraphic trap.

**porous** [MATER] 1. Filled with pores. 2. Capable of absorbing liquids.

**porous alum** *See* aluminum sodium sulfate.

**porous bearing** [DES ENG] A bearing made from sintered metal powder impregnated with oil by a vacuum treatment.

**porous carbon** [MATER] Plates, tubes, or disks of uniform carbon particles pressed together without a binder; used for the filtration of corrosive liquids and gases.

**porous graphite** [MATER] Plates, tubes, or disks of uniform graphite particles pressed together without a binder; more resistant to oxidation but lower in strength than porous carbon.

**porous metals** [MET] Metals, made by powder metallurgy, having uniformly distributed controlled pore sizes, in the form of sheets, tubes, and shapes; used for filtering liquids and gases at elevated temperatures.

**porous mold** [ENG] A plastic-forming mold made from bonded or fused aggregates (such as powdered metal or coarse pellets) so that the resulting mass contains numerous open interstices through which air or liquids can pass.

**porous reservoir model** [PETRO ENG] Scaled laboratory model of porous reservoir used for the study of reservoir areal waterflood efficiencies.

**porous wheel** [DES ENG] A grinding wheel having a porous structure and a vitrified or resinoid bond.

**Poroxylaceae** [PALEOBOT] A monogeneric family of extinct plants included in the Cordaitales.

**porpezite** [MINERAL] A mineral consisting of a native alloy of palladium (5–10%) and gold. Also known as palladium gold.

**porphin** [BIOCHEM] A heterocyclic ring consisting of four pyrrole rings linked by methine (—CH=) bridges; the basic structure of chlorophyll, hemoglobin, the cytochromes, and certain other related substances.

**porphobilinogen** [BIOCHEM] $C_{10}H_{14}O_4N_2$ Dicarboxylic

acid derived from pyrrole; a product of hemoglobin breakdown that gives the urine a Burgundy-red color.

**porphrite** *See* porphyry.

**porphyria** [MED] A usually hereditary, pathologic disorder of porphyrin metabolism characterized by porphyrinuria and photosensitivity.

**porphyrin** [BIOCHEM] A class of red-pigmented compounds with a cyclic tetrapyrrolic structure in which the four pyrrole rings are joined through their α-carbon atoms by four methene bridges (=C—); the porphyrins form the active nucleus of chlorophylls and hemoglobin.

**porphyrinuria** [MED] The excretion of large quantities of porphyrin in the urine.

**porphyritic** [PETR] Pertaining to or resembling porphyry.

**porphyroblast** [PETR] A relatively large crystal formed in a metamorphic rock.

**porphyroblastic** [PETR] Pertaining to the texture of recrystallized metamorphic rock having large idioblasts of minerals possessing high form energy in a finer-grained crystalloblastic matrix.

**porphyrocrystallic** *See* porphyrotopic.

**porphyroclastic structure** *See* mortar structure.

**porphyrogranulitic** [PETR] Referring to ophitic texture characterized by large phenocrysts of feldspar and augite or olivine in a groundmass of smaller lath-shaped feldspar crystals and irregular augite grains; a combination of porphyritic and intergranular textures.

**porphyroid** [PETR] 1. A blastoporphyritic, or sometimes porphyroblastic, metamorphic rock of igneous origin. 2. A feldspathic metasedimentary rock having the appearance of a porphyry.

**porphyroskelic** [GEOL] Pertaining to an arrangement in a soil fabric whereby the plasma occurs as a dense matrix in which skeleton grains are set like phenocrysts in a porphyritic rock.

**porphyrotope** [GEOL] A large crystal enclosed in a finer-grained matrix in a sedimentary rock showing porphyrotopic fabric.

**porphyrotopic** [GEOL] Referring to the fabric of a crystalline sedimentary rock in which the constituent crystals are of more than one size and in which larger crystals are enclosed in a finer-grained matrix. Also known as porphyrocrystallic.

**porphyry** [PETR] An igneous rock in which large phenocrysts are enclosed in a very-fine-grained to aphanitic matrix. Formerly known as porphrite.

**porpoise** [VERT ZOO] Any of several species of marine mammals of the family Phocaenidae which have small flippers, a highly developed sonar system, and smooth, thick, hairless skin.

**porpoise oil** [MATER] A pale-yellow fatty oil obtained from blubber of the brown porpoise; soluble in ether, benzene, carbon disulfide, and chloroform; used as a lubricant, leather dressing, and illuminating oil, and in soap stock.

**Porro prism** [OPTICS] One of two identical prisms used in the Porro prism erecting system; it is a right-angle prism with the corners rounded to minimize breakage and simplify assembly.

**Porro prism erecting system** [OPTICS] A compound erecting system, designed by M. Porro, in which there are four reflections to completely erect the image; two porro prisms are employed; the line of sight is bent through 360°, is displaced, but is not deviated; used in prism binoculars and some telescope systems.

**port** [COMPUT SCI] An interface between a communications channel and a unit of computer hardware. [ELEC] An entrance or exit for a network. [ELECTROMAG] An opening in a waveguide component, through which energy may be fed or withdrawn, or measurements made. [ENG] The side of a ship or airplane on the left of a person facing forward. [ENG ACOUS] An opening in a bass-reflex enclosure for a loudspeaker, designed and positioned to improve bass response. [GEOGR] *See* harbor. [NAV ARCH] An opening in a vessel to provide access for passengers, cargo handling, discharging water, and so forth. [NUCLEO] An opening in a research reactor through which objects are inserted for irradiation or from which beams of radiation emerge for experimental use.

**portability** [COMPUT SCI] Property of a computer program that is sufficiently flexible to be easily transferred to run on a computer of a type different from the one for which it was designed.



**PORIFERA**

Diagram of the canal system of a young fresh-water sponge. (After Ankel, 1950)



**PORPOISE**

The common porpoise, a cetacean found in North American and European coastal waters.

AXD002104

# EXHIBIT 28

# Manual of PATENT EXAMINING PROCEDURE

Original Eighth Edition, August 2001
Latest Revision May 2004



## U.S. DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

Rev. 2, May 2004

AX212232

The U.S. Patent and Trademark Office does not handle the sale of the Manual, distribution of notices and revisions, or change of address of those on the subscription list. Correspondence relating to existing subscriptions should be sent to the Superintendent of Documents at the following address:

Superintendent of Documents          Telephone:   202-512-2267
Mail List Section
Washington, DC 20402

Inquiries relating to purchasing the Manual should be directed to:

Superintendent of Documents          Telephone:   202-512-1800
United States Government Printing Office
Washington, DC 20402

Orders for reproduced copies of individual replacement pages or of previous revisions of the Manual should be sent to the following address:

Mail Stop Document Services          Telephone:   1-800-972-6382 or 703-308-9726
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Previous editions and revisions of the Manual are available on microfilm in the Patent Search Room. The Manual is available on CD-ROM and on diskette from:

U.S. Patent and Trademark Office          Telephone:   703-306-2600
Office of Electronic Information Products and Services
P.O. Box 1450
Alexandria, VA 22313-1450

Employees of the U.S. Patent and Trademark Office should direct their requests for the Manual, replacement pages, notices, and revisions to the Patent Academy.          Telephone:   703-308-9660

Pursuant to the Patent and Trademark Office Efficiency Act (PTOEA) (Pub. L. 106-113, 113 Stat. 1501A-572), the head of the United States Patent and Trademark Office (USPTO) is the "Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office." The Director is assisted by the "Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office." The patent operations of the USPTO are now headed by the "Commissioner for Patents." The trademark operations of the USPTO are now headed by the "Commissioner for Trademarks." Under section 4741(b) of the PTOEA, any reference to the Commissioner of Patents and Trademarks, the Assistant Commissioner for Patents, or the Assistant Commissioner for Trademarks is deemed to refer to the Director, the Commissioner for Patents, or the Commissioner for Trademarks, respectively. See "Reestablishment of the Patent and Trademark Office as the United States Patent and Trademark Office" published in the *Federal Register* at 65 FR 17858 (Apr. 5, 2000), and in the *Official Gazette of the United States Patent and Trademark Office* at 1234 O.G. 41 (May 9, 2000).

Additions to the text of the Manual are indicated by arrows (><) inserted in the text.  Deletions are indicated by a single asterisk (*) where a single word was deleted and by two asterisks (**) where more than one word was deleted. The use of three or five asterisks in the body of the laws, rules, treaties, and administrative instructions indicates a portion of the law, rule, treaty, or administrative instruction which was not reproduced.

First Edition, November 1949
Second Edition, November 1953
Third Edition, November 1961
Fourth Edition, June 1979
Fifth Edition, August 1983
Sixth Edition, January 1995
Seventh Edition, July 1998
Eighth Edition, August 2001
  Revision 1, February 2003
  Revision 2, May 2004

**AX212233**

## 1302.04  Examiner's Amendments and Changes [R-2]

Except by formal examiner's amendment duly signed or as hereinafter provided, no corrections, erasures, or interlineations may be made in the body of written portions of the specification or any other paper filed in the application for patent. (See 37 CFR 1.121.)

*>If the application file is a paper file, an< informal examiner's amendment may be used for the correction of the following obvious errors and omissions only in the body of the written portions of the specification and may only be made with pen by the examiner of the application who will then initial in the margin and assume full responsibility for the change:

(A) Misspelled words.

(B) Disagreement of a noun with its verb.

(C) Inconsistent "case" of a pronoun.

(D) Disagreement between a reference character as used in the description and on the drawing. The character may be corrected in the description but only when the examiner is certain of the propriety of the change.

(E) Entry of "Patent No........." or "Patent Application Publication No........." to identify a patent which has been granted on a U.S. application> or the publication of a U.S. application, respectively,< referred to by application number in the specification if the >domestic< priority reference is not in an application data sheet.

(F) Entry of "abandoned" if a U.S. patent application referred to by application number in the specification, or in the application data sheet has become abandoned.

(G) Correction of reversed figure numbers. *Garrett v. Cox*, 233 F.2d 343, 345, 110 USPQ 52, 54 (CCPA 1956).

(H) Entry of "Patent Application No. ........." to identify a patent application in an otherwise allowable application filed under former 37 CFR 1.60 or 37 CFR 1.62 (see MPEP § 201.11).

(I) Other obvious minor grammatical errors such as misplaced or omitted commas, improper parentheses, quotation marks, etc.

(J) Obvious informalities in the application, other than the ones noted above, or of purely grammatical nature.

**>Informal examiner's amendments are not permitted if the application is an Image File Wrapper (IFW) application. Any amendment of an IFW application must be by way of a formal examiner's amendment or be an amendment made by the applicant.<

For continuing applications filed under 37 CFR 1.53(b), where a reference to the parent application has been inadvertently omitted by the applicant, an examiner should not add a reference to the prior application without the approval of the applicant and a formal examiner's amendment since applicant may decide to delete the priority claim in the application filed under 37 CFR 1.53(b). **>Furthermore, a petition under 37 CFR 1.78 to accept an unintentionally delayed benefit claim may be required if the application is a utility or plant application filed on or after November 29, 2000. See MPEP § 201.11.<

When correcting *originally filed* papers > of applications with a paper application file wrapper<, clean red ink *must* be used (not blue or black ink).

A formal examiner's amendment may be used to correct all other informalities in the body of the written portions of the specification as well as all errors and omissions in the claims, but such corrections must be made by a formal examiner's amendment, signed by the primary examiner, placed in the file and a copy sent to applicant. The changes specified in the amendment are entered by the technical support staff in the regular way. A formal examiner's amendment should include form paragraph 13.02 and form paragraph 13.02.01. Form paragraph 13.02.02 should be used if an extension of time is required.

¶ 13.02 Formal Examiner's Amendment

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

**Examiner Note:**

This form paragraph is NOT to be used in a reexamination proceeding (use form paragraph 22.06 instead).

¶ 13.02.01 Examiner's Amendment Authorized

Authorization for this examiner's amendment was given in a telephone interview with [1] on [2].

1302.04                    MANUAL OF PATENT EXAMINING PROCEDURE

**>

*¶ 13.02.02 Extension of Time and Examiner's Amendment
Authorized by Telephone*

An extension of time under 37 CFR 1.136(a) is required in
order to make an examiner's amendment which places this appli-
cation in condition for allowance. During a telephone conversa-
tion conducted on [1], [2] requested an extension of time for [3]
MONTH(S) and authorized the Director to charge Deposit
Account No. [4] the required fee of $ [5] for this extension and
authorized the following examiner's amendment. Should the
changes and/or additions be unacceptable to applicant, an amend-
ment may be filed as provided by 37 CFR 1.312. To ensure con-
sideration of such an amendment, it MUST be submitted no later
than the payment of the issue fee.

**Examiner Note:**

See MPEP § 706.07(f), item (J) which explains when an exten-
sion of time is needed in order to make amendments to place the
application in condition for allowance.

<

Although 37 CFR 1.121 has been amended to
require amendments to the specification/claims to be
made **>in compliance with 37 CFR 1.121(b)(1),
(b)(2), or (c), where appropriate<, 37 CFR 1.121(g)
permits the Office to make amendments to the specifi-
cation, including the claims, by examiner's amend-
ments without **>the need to comply with the
requirements of 37 CFR 1.121(b)(1), (b)(2), or (c)< in
the interest of expediting prosecution and reducing
cycle time. Examiners may continue to make addi-
tions or deletions of subject matter in the specifica-
tion, including the claims, in examiner's amendments
by instructions to make the change at a precise loca-
tion in the specification and/or the claims.

As an alternative, the examiner's amendment uti-
lizing paragraph/claim replacement can be created by
the examiner with authorization from the applicant.
The examiner's amendment can also be created from
a facsimile transmission or e-mailed amendment
received by the examiner and referenced in the exam-
iner' s amendment and attached thereto. Any subject
matter, in clean version form (containing no brackets
or underlining), to be added to the specification/
claims should be set forth separately by applicant in
the e-mail or facsimile submission apart from the
remainder of the submission. A clean version of a
paragraph/claim, or portion of a paragraph/claim, sub-
mitted by applicant in a fax or e-mail, should be
printed and attached to the examiner's amendment
and may be relied on as part of the examiner's amend-

ment. The examiner should mark "requested" on the
entire attachment to indicate that the fax or e-mail was
requested by the examiner, so as to not lead to a
reduction in patent term adjustment (37 CFR
1.704(c)(8)). As the attachment is made part of the
examiner's amendment, it does not get a separate
PALM code and will not trigger any reduction in
patent term adjustment. A paper copy of the entire e-
mail or facsimile submission should be entered in the
application file. Examiners are not required to elec-
tronically save any e-mails once any e-mails or
attachments thereto are printed and become part of an
application file record. The e-mail practice that is an
exception for examiner's amendments is restricted to
e-mails <u>to</u> the examiner from the applicant and should
not be generated <u>by</u> the examiner to the applicant
unless such e-mails are in compliance with all of the
requirements set out in MPEP § 502.03.

The amendment or cancellation of claims by formal
examiner's amendment is permitted when passing an
application to issue where these changes have been
authorized by applicant (or his/her attorney or agent)
in a telephone or personal interview. The examiner's
amendment should indicate that the changes were
authorized, the date and type (personal or telephone)
of interview, and with whom it was held.

The examiner's amendment practice may be used
to make charges against deposit accounts or credit
cards under special conditions.

An examiner's amendment can be used to make a
charge against a deposit account, provided prior
approval is obtained from the applicant, attorney or
agent, in order to expedite the issuance of a patent on
an application otherwise ready for allowance. When
such an examiner's amendment is prepared, the prior
approval is indicated by identification of the name of
the authorizing party, the date and type (personal or
telephone) of authorization, the purpose for which the
charge is made (additional claims, etc.), and the
deposit account number.

Charges can also be made against a credit card in an
examiner's amendment. Once the examiner has
informed applicant of the required charges, applicant
must submit by facsimile, a properly completed and
signed PTO-2038, authorizing the necessary charges.
After completion of processing in the Office of
Finance, form PTO-2038 will be removed from the
record. Office employees may not accept oral (tele-

AX212235

phonic) instructions to complete the Credit Card Payment Form or otherwise charge a patent process or trademark process fee (as opposed to information product or service fees) to a credit card. Further identifying data, if deemed necessary and requested by the applicant, should also be included in the examiner's amendment.

Form paragraph 13.06 may be used to charge an extension of time fee in an examiner's amendment.

**>

*¶ 13.06 Extension of Time by Examiner's Amendment*

An extension of time under 37 CFR 1.136(a) is required to place this application in condition for allowance. During a telephone conversation conducted on [1], [2] requested an extension of time for [3] MONTH(S) and authorized the Director to charge Deposit Account No. [4] the required fee of $ [5] for this extension.

**Examiner Note:**

1.   See MPEP § 706.07(f), item J which explains when an extension of time is needed in order to make amendments to place the application in condition for allowance.

2.   When an examiner's amendment is also authorized, use form paragraph 13.02.02 instead.

<

**>At the time of allowance, substantive changes made by the examiner to the abstract must be done by a formal examiner's amendment after first obtaining approval from the applicant. As noted by the court in recent decisions, the abstract may be used to determine the meaning of claims. See *Pandrol USA, LP v. Airboss Railway Products, Inc.,* 320 F.3d 1354, 1363 n.1, 65 USPQ2d 1985, 1996 n.1 (Fed. Cir. 2003), *Hill-Rom Co. v. Kinetic Concepts, Inc.,* 209 F.3d 1337, 1341 n.1, 54 USPQ2d 1437, 1443 n.1 (Fed. Cir. 2000). Since the abstract may be relied upon to determine the scope of the claimed invention, examiners should review the abstract for compliance with 37 CFR 1.72(b) and point out defects noted to the applicant in the first Office action, or at the earliest point in the prosecution that the defect is noted, so that applicant may make the necessary changes to the abstract.

No examiner's amendment, whether formal or informal, may make substantive changes to the written portions of the specification, including the abstract, without first obtaining applicant's approval.<

The fact that applicant is entitled to an earlier U.S. effective filing date under 35 U.S.C. 120, 121, or 365(c) or 35 U.S.C. 119(e) is sometimes overlooked. To minimize this possibility, >and for the claim to the benefit of the earlier filing date to be proper,< the statement that, "This is a division (continuation, continuation-in-part) of Application Number -/---, filed ---" should appear as the first sentence of the *>specification<, or in an application data sheet of applications other than CPAs claiming priority under 35 U.S.C. 120, except in the case of design applications where it should appear as set forth in MPEP § 1504.20. The request for a CPA >(note that effective July 14, 2003, CPA practice has been eliminated as to utility and plant applications)< filed under 37 CFR 1.53(d) is itself the specific reference, as required by 35 U.S.C. 120 and 37 CFR 1.78(a)(2), to every application assigned the same application number identified in the request. In the case of an application filed under 37 CFR 1.53(b) as a division, continuation or continuation-in-part of a CPA, there would be only one reference to the series of applications assigned the same application number with the filing date cited being that of the original non-continued application. In applications claiming priority under 35 U.S.C. 119(e), a statement such as "This application claims the benefit of U.S. Provisional Application No. 60/ - --, filed - --" should appear as the first sentence of the *>specification< or in an application data sheet. In addition, for an application which is claiming the benefit under 35 U.S.C. 120 of a prior application which in turn claims the benefit of a provisional application under 35 U.S.C. 119(e), a suitable reference would read, "This application is a continuation of U.S. Application No. 08/ - --, filed - --, now abandoned, which claims the benefit of U.S. Provisional Application No. 60/ - --, filed - --." The status (whether patented or abandoned) of the nonprovisional application(s) for which priority is claimed should also be included. Any such statements appearing elsewhere in the specification should be relocated or made in an application data sheet. **

References cited as being of interest by examiners when passing an application to issue will not be supplied to applicant. The references will be cited as usual on form PTO-892, a copy of which will be attached to the Notice of Allowability, form PTOL-37.

AX212236

Where an application is ready for issue except for a slight defect in the drawing not involving a change in structure, the examiner will prepare a letter indicating the change to be made and ** >, if necessary, including a marked-up copy of the drawing showing< the addition or alteration to be made. See MPEP § 608.02(w).

No other changes may be made by any person in any record of the U.S. Patent and Trademark office without the written approval of the ** >Director of the United States Patent and Trademark Office<.

In reviewing the application, all errors should be carefully noted. It is not necessary that the language be the best; it is, however, essential that it be clear in meaning, and free from errors in syntax. Any necessary examiner's amendment is usually made at the time an application is being prepared for issue by the examiner **> and a< copy of any formal examiner's amendment is sent to >the< applicant **>as an attachment to the Notice of Allowability, PTOL-37<.

Examiners will not cancel claims on the basis of an amendment which argues for certain claims and, alternatively, purports to authorize their cancellation by the examiner if other claims are allowed. See generally *In re Willingham*, 282 F.2d 353, 356, 127 USPQ 211, 215 (CCPA 1960).

In all instances, both before and after final rejection, in which an application is placed in condition for allowance as by an interview or amendment, applicant should be notified promptly of this fact by means of a Notice of Allowability (PTOL-37). See MPEP § 714.13 and § 1302.03.

If after reviewing, screening, or surveying an allowed application in the Office of Patent Quality *>Assurance<, an error or omission of the type noted in items (A) through (I) under the second paragraph of this section is noted, the error or omission may be corrected by the **>Review Quality Assurance Specialist< in the same manner as set forth in the second paragraph. Since all other obvious informalities may only be corrected by a formal examiner's amendment, if the Office of Patent Quality *>Assurance< discovers any such informality, the **>Review Quality Assurance Specialist< will return the application to the Technology Center (TC) personnel via the TC Director suggesting, as appropriate, specific changes for approval and correction by the examiner through the use of an examiner's amendment.

## 1302.04(a)  Title of Invention

Where the title of the invention is not specific to the invention as claimed, see MPEP § 606.01.

## 1302.04(b)  Cancellation of Nonstatutory Claim

When a case is otherwise in condition for allowance the examiner may cancel an obviously nonstatutory claim such as one to "A device substantially as shown and described." Applicant should be notified of the cancellation of the claim by an examiner's amendment.

## 1302.04(c)  Cancellation of Claims to Non-elected Invention

See MPEP § 821.01 and § 821.02.

## 1302.04(d)  Cancellation of Claim Lost in Interference

See MPEP § 2363.03.

## 1302.04(e)  Cancellation of Rejected Claims Following Appeal

See MPEP § 1214.06, § 1215.03, and § 1215.04.

## 1302.04(f)  Data of Copending Application Referred to Should Be Brought Up-to-Date [R-2]

Where a patent application which is ready for issue refers by application number to a U.S. nonprovisional application which has matured into a patent, the examiner is authorized to enter the patent number without a formal examiner's amendment>, except where the application is an Image File Wrapper (IFW) application, in which case the amendment must be made by way of a formal examiner's amendment<. This entry should be in the following form: ", Patent No. ..........". *>For applications with a paper file wrapper (non-IFW applications), the< entry is to be initialed and dated in the margin by the examiner to fix responsibility for the same. The entry and the initials should be in red ink.

AX212237

EXHIBIT 29

1

1      Volume 1, Pages 1-213

2      Exhibits: 1-7; Index:  213

3   UNITED STATES INTERNATIONAL TRADE COMMISSION

4      WASHINGTON, D.C.

5   Before the Honorable Robert L. Barton, Jr.

6      Administrative Law Judge

7

8      Investigation No. 337-TA-527

9   In the Matter of

10  CERTAIN DIGITAL IMAGE STORAGE      ORIGINAL

11  AND RETRIEVAL DEVICES

12      ------------------------------

13  VIDEOTAPED DEPOSITION OF CHRISTOPHER FREDERICK HEROT

14      Tuesday, June 14, 2005, 9:11 a.m.

15      Ropes & Gray LLP

16      One International Place

17      Boston, Massachusetts

18

19

20

21

22      -------Reporter:  Alan H. Brock, RDR, CRR------


L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

14

1   So in my thinking of what the kind of -- the field          09:21:40

2   was where -- you know, that would define a person of        09:21:43

3   skill in the art, it would be in the general field          09:21:49

4   of computer graphics more than the particular field         09:21:51

5   of television or cameras or video or any of those           09:21:52

6   things.                                                      09:21:55

7        Q.  Do you have an opinion as to whether the           09:21:57

8   claims of the '121 patent are limited to the field          09:21:59

9   of television?                                               09:22:01

10       A.  Well, I think the -- it's an interesting           09:22:01

11  question.  I think the intention of the claims was          09:22:05

12  about a system that was built for the TV industry,          09:22:11

13  but I think, given the way this case has developed,         09:22:14

14  certainly there are people that have voiced the             09:22:17

15  opinion that it goes beyond television.  I would say        09:22:20

16  there's some parts of the patent applied directly to        09:22:22

17  things that would be built for the television               09:22:27

18  industry, but you could argue that some of them             09:22:30

19  might apply for other places where you'd want to use        09:22:33

20  video images besides TV.                                     09:22:33

21       Q.  What do you consider a video image to be?          09:22:33

22       A.  Well, you know, video is one of those terms        09:22:40

EXHIBIT 30

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Civil Action No.

04-1373-KAJ

*********************************

AMPEX CORPORATION,

Plaintiff,

v.

EASTMAN KODAK COMPANY, ALTEK

CORPORATION and CHINON

INDUSTRIES, INC.,

ORIGINAL

Defendants.

*********************************

VIDEOTAPED DEPOSITION OF DIETER

W. PREUSS, PhD, a witness called on behalf of

the Plaintiff, taken pursuant to the Federal

Rules of Civil Procedure, before Maureen

O'Connor Pollard, RPR, CLR, and Notary Public

within and for the Commonwealth of

Massachusetts, at the offices of Ropes & Gray,

LLP, One International Place, Boston,

Massachusetts, on the 5th of May, 2006,

commencing at 9:29 o'clock a.m.



LEGALINK
A WORDWAVE COMPANY

LegaLink San Francisco          tel (415) 357-4300     www.legalink.com
575 Market Street, 11th Floor   tel (800) 869-9132
San Francisco, CA 94105         fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

DIETER W. PREUSS, Ph.D.  May 5, 2006

| | | |
|---|---|---|
| 09:44:36 | 1 | A.   I understand it as an invention in the |
| 09:44:38 | 2 | field of television broadcasting production |
| 09:44:44 | 3 | systems, electronic sales store for this |
| 09:44:48 | 4 | production. |
| 09:44:49 | 5 | BY MR. SCHOENHARD: |
| 09:44:50 | 6 | Q.   Do you have an opinion as to whether |
| 09:44:52 | 7 | the claims of the '121 patent are limited to |
| 09:44:54 | 8 | television broadcasting systems? |
| 09:45:02 | 9 | A.   I don't think so.  At least they could |
| 09:45:07 | 10 | be applied also to the pre-press systems in the |
| 09:45:10 | 11 | pre-press field, pre-press area. |
| 09:45:14 | 12 | Q.   Do you have an opinion as to the level |
| 09:45:17 | 13 | of experience of a person of ordinary skill in |
| 09:45:20 | 14 | the art of the '121 patent? |
| 09:45:21 | 15 | A.   Yes.  I think a person of ordinary |
| 09:45:32 | 16 | skill in the art would have to be an |
| 09:45:35 | 17 | undergraduate engineer -- I mean with an |
| 09:45:38 | 18 | undergraduate degree in the field of electronics |
| 09:45:41 | 19 | or computer science with maybe two years |
| 09:45:46 | 20 | experience in practical work, and that's it. |
| 09:45:52 | 21 | Q.   Would such a person necessarily have |
| 09:45:55 | 22 | experience in broadcast television? |
| 09:45:58 | 23 | MR. HIRSCH:  Objection. |
| 09:45:59 | 24 | A.   No, I don't think so.  Typically an |

16

EXHIBIT 31

1

1    Volume 1, Pages 1-169

2    Exhibits: 1-4;   Index: 169

3    UNITED STATES INTERNATIONAL TRADE COMMISSION

4    WASHINGTON, D.C.

5    Before the Honorable Robert L. Barton, Jr.

6    Administrative Law Judge

7

8    Investigation No. 337-TA-527

9    In the Matter of

ORIGINAL

10

11   CERTAIN DIGITAL IMAGE STORAGE

12   AND RETRIEVAL DEVICES

13   ------------------------------

14   VIDEOTAPED DEPOSITION OF PETER WILLIAM STANSFIELD

15   Thursday, June 9, 2005, 9:24 a.m.

16   Ropes & Gray LLP

17   One International Place

18   Boston, Massachusetts

19

20   Job No.: 24-57176

21

22   -------Reporter:  Alan H. Brock, RDR, CRR------


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

VIDEOTAPED DEPOSITION OF PETER WILLIAM STANSFIELD
CONDUCTED ON THURSDAY, JUNE 9, 2005

20

1    wish me to do that?                                    09:47:3

2        Q.  Do you wish to take a few minutes to           09:47:3

3    refresh your recollection as to the contents of the    09:47:3

4    '121 patent?                                           09:47:4

5        A.  I believe that would be useful.                09:47:4

6        Q.  Please go ahead.                               09:47:4

7        A.  Thanks.                                        09:47:4

8            (Pause.)                                       09:49:0

9        A.  The background to the invention, as stated     09:49:0

10   in Line 11 of Column 1, states, "This invention        09:49:0

11   relates to a digital electronic still store for        09:49:1

12   broadcast television signals and more particularly     09:49:1

13   to a still store providing a high speed multi-image    09:49:1

14   scan or sort capability."  Does that answer your       09:49:2

15   question?                                              09:49:3

16       Q.  Do you consider the claims of the '121         09:49:3

17   patent to be limited to applications in the            09:49:3

18   broadcast television industry?                         09:49:3

19           MR. SUMMERSGILL:  Objection.  Vague,           09:49:3

20   compound.                                              09:49:4

21       A.  I'm just looking through the claims.           09:49:5

22           I do not believe the claims to be              09:50:3

VIDEOTAPED DEPOSITION OF PETER WILLIAM STANSFIELD
CONDUCTED ON THURSDAY, JUNE 9, 2005

21

1  limited to television systems.                              09:50:3

2      Q.  Do you consider any of the claims of the            09:50:3

3  '121 patent to be limited to television systems?            09:50:3

4              MR. SUMMERSGILL:  Same objection.               09:50:4

5      A.  For clarification, do you mean any of the           09:50:4

6  claims or any of the asserted claims?                       09:50:5

7      Q.  Do you consider any of the asserted claims          09:50:5

8  of the '121 patent to be limited to television              09:50:5

9  systems?                                                    09:51:0

10             MR. SUMMERSGILL:  Same objection.               09:51:0

11     A.  I do not believe so.                                09:51:0

12     Q.  Have you heard the term "electronic still           09:51:3

13  store"?                                                    09:51:3

14     A.  Yes, I have.                                        09:51:4

15     Q.  Had you heard that term used in the early           09:51:4

16  1980s?                                                     09:51:4

17     A.  Yes, I believe so.                                  09:51:4

18     Q.  Do you have an understanding as to how the          09:51:5

19  term "electronic still store" was used in the early        09:51:5

20  1980s?                                                     09:51:5

21             MR. SUMMERSGILL:  Objection.  Vague.            09:52:0

22     A.  I believe I do.                                     09:52:0

EXHIBIT 32

1

Volume 1, Pages 1-127

Exhibits: 1-16;  Index: 127

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

Before the Honorable Robert L. Barton, Jr.

Administrative Law Judge


Investigation No. 337-TA-527

In the Matter of

ORIGINAL

CERTAIN DIGITAL IMAGE STORAGE

AND RETRIEVAL DEVICES

                    ---------------------------

VIDEOTAPED DEPOSITION OF BRAD ALLAN MYERS

Friday, June 10, 2005, 9:14 a.m.

Ropes & Gray LLP

One International Place

Boston, Massachusetts


Job No.: 24-57175


-------Reporter:  Alan H. Brock, RDR, CRR------


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF BRAD ALLAN MYERS
CONDUCTED ON FRIDAY, JUNE 10, 2005

12

1    Q.  Can you explain to me, please, how you          09:23:4

2    arrived at that determination?                       09:23:5

3    A.  It's been my experience in other matters        09:23:5

4    that usually you start off with somebody with a     09:23:5

5    bachelor's degree and a few years' experience, and  09:23:5

6    then you try and find the area of the patent, and   09:24:0

7    then figure out what degree and area would be       09:24:0

8    appropriate to have the experience in.              09:24:1

9    Q.  What do you consider to be the area of the      09:24:1

10   patent in this case?                                09:24:1

11   A.  It seems to relate to video processing of       09:24:1

12   images and image processing.                        09:24:2

13         MR. SCHOENHARD:  I am going to mark as         09:24:3

14   Exhibit 2 a copy of the '121 patent.                09:24:3

15         (Exhibit Myers 2 marked for                    09:24:3

16   identification.)                                     09:24:5

17   Q.  Do you recognize this as the '121 patent?       09:24:5

18   A.  Yes.                                             09:24:5

19   Q.  And is this the patent that you have been        09:25:0

20   considering and rendering opinions on in this       09:25:0

21   investigation?                                       09:25:0

22   A.  Yes.                                             09:25:0

EXHIBIT 33

Redacted

EXHIBIT 34

Redacted

EXHIBIT 35

Redacted

EXHIBIT 36

Redacted

## <u>CERTIFICATE OF SERVICE</u>

I, Julia Heaney, hereby certify that on May 31, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul M. Lukoff, Esquire
> David E. Brand, Esquire
> Prickett, Jones & Elliott, P.A.

and that I caused copies to be served upon the following in the manner indicated:

### <u>BY E-MAIL and BY HAND</u>

> Paul M. Lukoff, Esquire
> Prickett, Jones, Elliott, P.A.
> 1310 King Street
> Wilmington, DE  19899

### <u>BY E-MAIL and BY FEDERAL EXPRESS</u>

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/ Julia Heaney*
> Julia Heaney (#3052)