**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

June 2, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: <u>Ampex v. Eastman Kodak Company, et al.</u>, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

   Defendants respectfully submit a complete copy of the Houston Law Review article authored by William Lee that Ampex cites in its Reply Brief in Support of its Motion to Compel. [DI 340] At page 434, Mr. Lee specifically addresses the question of extending the waiver to trial counsel. Defendants are available for telephonic oral argument should the Court determine that such argument would be helpful in resoling the issues raised by Ampex's Motion.

Respectfully,

DAVID E. BRAND
(Del. Bar No. 201)

DEB/mhl
Enclosure
cc:   Clerk of the Court (W/Encl.) (Via Hand)
      Jack B. Blumenfeld, Esquire (W/Encl.) (Via Efiling & E-Mail)
      Julia Heaney, Esquire (W/Encl.) (Via E-Mail)
      Norman H. Beamer, Esquire (W/Encl.) (Via E-Mail & FedEx)
      Jesse J. Jenner, Esquire (W/Encl.) (Via E-Mail)
      S. Calvin Walden, Esquire (W/Encl.) (Via E-Mail)
      Michael J. Summersgill, Esquire (W/Encl.) (Via E-Mail)

19660.3\305507v1
US1DOCS 5684604v1