IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, ALTEK | ) |
| CORPORATION AND CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Defendants. | ) |

### SUBSTITUTION OF COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Collins J. Seitz, Jr., and Jaclyn Mason of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enter their appearance as counsel for defendants, Eastman Kodak Company, Altek Corporation, and Chinon Industries, Inc.; and Paul M. Lukoff, David E. Brand, and Elizabeth M. McGeever of Prickett, Jones & Elliott, P.A. withdraw their appearance as counsel for defendants, Eastman Kodak Company, Altek Corporation, and Chinon Industries, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Jaclyn Mason (Bar No. 4737)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

DATED: June 5, 2006

PRICKETT, JONES & ELLIOTT, P.A.

_/s/ Paul M. Lukoff_
Paul M. Lukoff (Bar No. 96)
David E. Brand (Bar No. 201)
Elizabeth M. McGeever (Bar No. 2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6521

DATED: June 5, 2006

## CERTIFICATE OF SERVICE

I certify that on June 5, 2006, I electronically served the foregoing Substitution of Counsel by CM/ECF to counsel of record as follows:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Attorneys for Plaintiffs*

                                                                Collins J. Seitz, Jr. (Bar No. 2237)

(466932)