**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMPEX CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1373-KAJ |
| | : | |
| EASTMAN KODAK COMPANY, ALTEK | : | |
| CORPORATION, and CHINON | : | |
| INDUSTRIES, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **6th** day of **June, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, June 30, 2006 beginning at 10:00 a.m. has been rescheduled for **Friday, August 11, 2006 at 10:00 a.m.**  Submissions of the parties shall now be due on or before **Tuesday, August 1, 2006.**  All other provisions of the Court's January 6, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled with Judge Thynge for **Wednesday, June 14, 2006 at 4:30 p.m. EST to be initiated by plaintiff's counsel.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE