**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:04-cv-01373-KAJ     Document 349     Filed 06/09/2006     Page 1 of 1