# TAB A







BROWSE MODE – 3:

System Writes Reduced Size Images as Mosaic into RAM