# EXHIBIT 37

# EXHIBIT 37 – SEE DVD

# EXHIBIT 38

**Transcript of Narration of "ESS-3 Features, December, 1983" (AX300017)**

1 0:00:29 The video contents of the following presentation consists solely of still pictures recorded and reproduced by the Ampex ESS-3 Digital Still Store. Sources for recorded stills include live camera, videotape playback, photographs, artwork and electronically produced graphics. All titles and text and all effects and transitions were scheduled and produced by the ESS-3 system with no external switcher, gear or special effects generator.

1 0:01:08 The past 25 years have brought rapid, almost amazing developments, in the tools used for television. Large, heavy, awkward machinery has been replaced by lighter, faster, more precise and convenient equipment. Computer and digital technologies have made possible new and more efficient methods in every area of television broadcasting, except one: still pictures. There are better ways to edit, to record, to play back, to produce special effects and audio, but when the script calls for a still, the only choice is an easel card or a slide. There should be a better way. And, there is. It's called ESS-3 from Ampex. The stills you are viewing were recorded, stored and reproduced by an Ampex ESS-3 digital still store, the most advanced system of its kind. These pictures are the best still pictures you have ever seen on television. They will always be this good. They won't fade, like this, or get smudged, like this, or warped, like this, or have coffee spilled on them, like these – they are dust-proof and static-proof. What's more they will never be lost or misplaced. Because they are recorded digitally, they will maintain full quality regardless of generations. The tenth copy looks as good as the first one. In the ESS-3 system, a picture from any standard composite video source – camera, film chain, line, character generator or VTR, is captured and digitally stored on a standard computer style disk drive. One drive can store and access as many as 400 stills. Up to 16 drives may be included in a system, thus making available as many as 6,400 online images, each identified by number and available for recall in less than a second.

1 0:03:33 For visual identification, or for browsing, reduced size images with ident numbers are presented 16 at a time, allowing a quick and positive review of an entire on-line library. An on-line catalog system permits automatic search by date, category, title or key word. For example, requesting the category "maps" produces a list of all stills which have been logged as "maps" in system memory. Up to 10 keyboards may be assigned to a single system, providing great applications flexibility and utility.

1 0:04:18 The basic capabilities just described and demonstrated qualify the ESS-3 as a valuable and desirable facility. But they are only a part of what ESS-3 can do for you and for the look of your operation. Stills may be captured either by field or frame depending on the source and subject matter. Use of field stops the flicker in the boxer's left hook. Use of frame gives full definition to finely detailed artwork. Selection of stills in the desired order creates a playlist in the system memory. The list may be edited easily if changes are necessary. Once the list is correct, operation of a single control permits playback of the list as required. With one still on air, and the next displayed for preview.

1 0:05:15