# EXHIBIT 39



AX018838



*F*ollowing in the Emmy-award-winning tradition of the innovative ESS-1 and -2, the ESS-3 sets a new benchmark for still storage systems. The ESS-3 Digital Production System is the modern way to create and store graphics. It stores digitized frames on computer disks as component signals (Y, R-Y, B-Y). The component coding is performed to internationally approved, 13.5 MHz, 4:2:2 sampling format. Manipulation of these digitized images together with the ability to combine them in the component domain provides powerful capability for creating graphics, and an advanced still store system.

## The Versatile Production System

- 13.5 MHz (4:2:2) component coding
- Component domain composition
  - Cut and paste
  - Luminance keying
  - Chroma keying
- Optical quality captioning
- Scanned-in font manipulation
- 1/16 size fast browse images
- Programmable dissolves, cuts and wipes
- Variable size and position play
- Modular expansion

## The Basic ESS-3 Production System

*A*mpex has created the highly affordable basic ESS-3 system to give you plenty of storage space for all your images, picture management and control, and graphics creation and lettering capability. The basic ESS-3 system consists of one access station, a single disk drive, and a control and signal chassis to provide a single video output.

The ESS-3 production system is modular by design. You can use the basic system, or build it up to a larger, more versatile configuration. The more complex configuration may use a mix of different disk drives, several access stations, and an electronic chassis capable of holding multiple frame stores and providing up to five video outputs.

By adding a second frame store and video output set of boards to the basic ESS-3 system, you can use one video output for preview. A recalled still appears first on your preview output and advances automatically to the program video output when the next still is called for.

A plug-in accessory allows these transitions from one still to another to be programmed as cuts, dissolves or wipes with full control of duration. Another plug-in accessory can position or size reduce the still picture. Through the use of both accessories, the reduced size "over the shoulder" still picture, with cropping and a border for variable width and color, can be supplied to the "on-air" switcher along with a separate key signal to cut the clean opening in the live video picture. This can be preset to allow all

AX018839