

An additional function available on the remote access station is the capability to operate in the menu based "soft key" mode. By the use of a monochrome data monitor, the remote station can be used to review and prepare lists, "browse" through the stills available, and perform many functions of the composition access station. This function is key switch selectable to allow a remote access station to be operated in its basic mode during live broadcasts and to provide the expanded operational mode during time the system is not in on-air use.

### View 16 images at one time

ESS-3 lets you "pop" 16 reduced size images up on your screen as a mosaic almost instantly. These 16 images can be from a play list, 16 images selected at random by the operator, or you can quickly review your entire on-line catalog 16 images at a time. Each small image carries its own pack and identification number, so the full-sized version may be easily recalled when desired.

### Fast still image recall

With ESS-3, still images can be called onto the screen in less than one second. The access station permits recall of any still on the disk drive. Recorded stills are identified by date, pack and identification number, category and title. Play lists can be compiled and played step-by-step. An on-line catalog system lets the operator know which stills are available for on-line use. All on-line images can be searched for by date, category, title or key words.

The catalog functions are performed using the composition access station, with the alphanumeric keyboard providing the necessary information input for the various search functions. The cursor keys allow fast, convenient isolation of any still without time consuming numeric entry. The various lists and catalog search results can be displayed either in a text mode where the printed information is presented, or in the video mode to see the corresponding still pictures in the reduced size, multiple picture mode. The combination of the multi-picture display and the cursor keypad configuration will allow lists to be assembled, reviewed and edited with a minimum number of keystrokes.



**CDC 9710 Removable Storage Drive Allows Data Pack Removal for "Off Line" or Archival Storage**

### Disk storage

The basic ESS-3 system stores up to 400 such stills on a single disk drive. In the expanded system using 16 drives, the system holds up to 6400 on-line still images.

Ampex recommends its 330-megabyte "Capricorn" Winchester-type drive, and the 80-megabyte CDC-9710 removable pack version. The ESS-3 controls up to 16 drives. All drives are rack-mountable.



**Ampex "Capricorn" Winchester-Type Drive for maximum still storage**

AX018842

## Future expansion

The ESS-3 is also designed to expand beyond the five output channels by interconnecting up to four additional system chassis via a 20 megabit per second digital network. This will allow a system to include up to 25 output channels and up to 80 disk drives. Please contact your Ampex sales representative for additional details on this expanded capability.

## Specifications

**Power**
All units operate on 50/60 Hz AC, 90-130V or 180-260V

| | |
|---|---|
| Electronics Chassis | 1.7 Kw max. |
| Central Chassis | 250W max. |
| Composition Access Station | 8W max. |
| Remote Access Station | 20W max. |

**Video**
Available in 525/60 NTSC or 625/25 PAL versions

*Input:* Composite Video 1V p-p ± 3 dB @ 75 ohm

*Reference:* Color black or composite video loop thru

*Outputs:* 2 identical composite video outputs for each channel, one volt p-p ± 3 dB composite video @ 75 ohms impedance, RGB outputs for each channel, .7V p-p @ 75 ohms impedance.

*Sync Output:* 4V p-p @ 75 ohm impedance

**Signal Performance**
*Bandwidth:*
  Luminance ± .5 dB to 5 MHz, −1 dB @ 5.3 MHz
  Chroma ± .5 dB to 1.4 MHz, −1 dB @ 1.7 MHz

*Differential Phase:* 1.0°

*Differential Gain:* 1.5%

**Storage**
0.8 megabyte NTSC, .96 megabyte PAL required for each still frame (2 fields)

**Access Time**
0.8 seconds for any full size still


**Signal Chassis** — Weight: 180 lbs/81.54 KG
22.75" (575mm), 19.0" (482mm), 24.125" (612mm)


**Control Chassis** — Weight: 36 lbs/16.33 KG
8.5" (216mm), 19.0" (482mm), 23.125" (587mm)

**Menu Monitor** — Weight: 35 lbs/457mm
16.63" (422mm), 19.0" (483mm), 17.80" (452mm)


**Composition Access Station** — Weight: 10 lbs/4.53 KG
3.250" (83mm), 21.250" (540mm), 7.75" (197mm)


**Remote Access Station** — Weight: 8 lbs/3.62 KG
4.375" (111mm), 12.250" (311mm), 7.75" (197mm)

**AMPEX** Ampex Corporation, Audio-Video Systems Division

FOR INFORMATION ON AMPEX BROADCAST VIDEO PRODUCTS CONTACT THE VIDEO SALES MANAGER NEAREST YOU.

CALIFORNIA
(415) 367-2296
Redwood City
(818) 240-5000
Glendale
GEORGIA
(404) 491-7112
Atlanta
ILLINOIS
(312) 593-6000
Arlington Heights
KENTUCKY
(502) 239-6111
Louisville
MARYLAND
(301) 530-8800
Bethesda

NEW JERSEY
(201) 825-9600
Allendale
(212) 947-8633
New York
OHIO
(513) 254-6101
Dayton
TEXAS
(214) 960-1162
Carrollton
UTAH
(801) 487-8181
Salt Lake City
WASHINGTON
(206) 575-0156
Tukwila

AUSTRALIA
(02) 887-3333
North Ryde, NSW
BAHRAIN
(973) 274139
Manama
BELGIUM
067/22.49.21
Nivelles
BRAZIL
(021) 274-8122
Rio de Janeiro
CANADA
(416) 821-8840
Mississauga, Ont.

COLOMBIA
236-7855
Bogota
CYPRUS
021-65174
Nicosia
FRANCE
(1) 270-55-00
Paris
W. GERMANY
(0611) 60580
Frankfurt (Main)
HONG KONG
3-678051
Kowloon

ITALY
(06) 546991
Rome
JAPAN
(03) 767-4521/2/3
Tokyo
MEXICO
539-68-70/71/72
Mexico, D.F.
NETHERLANDS
030-612921
Utrecht
SINGAPORE
2239241
Singapore

SPAIN
(91) 241-0919
Madrid
SWEDEN
08/28 29 10
Sundbyberg
SWITZERLAND
(037) 81.31.11
Fribourg
UNITED KINGDOM
(0734) 875200
Reading, Berks.
VENEZUELA
782-3255
Caracas

Litho in U.S.A. — 4/84 — V909    © 1984 Ampex Corporation    Ampex Corporation • One of The Signal Companies

AX018843