IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMPEX CORPORATION,                          )
                                            )
              Plaintiff,                    )
                                            )
       v.                                   )        C.A. No. 04-1373-KAJ
                                            )
EASTMAN KODAK COMPANY,                      )
ALTEK CORPORATION and CHINON                )        **REDACTED**
INDUSTRIES, INC.,                           )
                                            )
              Defendants.                   )
                                            )

APPENDIX TO DEFENDANTS' ANSWERING BRIEF
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT
U.S. PATENT NO. 4,802,019 IS NOT PRIOR ART TO U.S. PATENT NO. 4,821,121

**OF COUNSEL:**

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

S. Calvin Walden
Rebecca M. McCloskey
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Date: June 13, 2006

Collins J. Seitz, Jr. (Bar No. 2237)
Jaclyn Mason (Bar No. 4737)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
PO Box 2207
Wilmington, Delaware 19899-2207
Tel: (302) 888-6241

*Attorneys for Defendants Eastman Kodak
Company and Altek Corporation*

## Table of Contents

**Page**

5/11/06, selected pages of the deposition transcript of Dr. George T. Ligler..............................B-1

George T. Ligler, Ph.D., Vol. 2                     05/11/2006

342

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3      --------------------------------x

4      AMPEX CORPORATION,                   )

5                          Plaintiff,       )

6            v.                             )   C.A. No.

7      EASTMAN KODAK COMPANY, et al.,       )   04-1373 (KAJ)

8                          Defendants.      )

9      --------------------------------x

10

11

12                 Videotaped Deposition of

13                 GEORGE T. LIGLER, Ph.D.

14                    Washington, D.C.

15                 Thursday, May 11, 2006

16                      9:38 a.m.

17

18

19

20

21

22     Job No.:  22-77797

23     Pages 342 - 651, Volume 2

24     Reported By:  Joan V. Cain

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

| | | |
|---|---|---|
| 18:03 | 1 | |
| 17:18:04 | 2 | |
| 17:18:06 | 3 | |
| 17:18:10 | 4 | |
| 17:18:11 | 5 | **REDACTED** |
| 17:18:11 | 6 | |
| 17:18:13 | 7 | |
| 17:18:13 | 8 | |
| 17:18:16 | 9 | |
| 17:18:17 | 10 | |
| 17:18:20 | 11 | |
| 17:18:22 | 12 | |
| 18:23 | 13 | |
| 17:18:25 | 14 | |
| 17:18:31 | 15 | |
| 17:18:33 | 16 | |
| 17:18:33 | 17 | |
| 17:18:33 | 18 | |
| 17:18:34 | 19 | |
| 17:18:38 | 20 | **REDACTED** |
| 17:18:41 | 21 | |
| 17:18:42 | 22 | |
| 17:18:42 | 23 | |
| 17:18:43 | 24 | |

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

| | |
|---|---|
| ⁻:18:49 | 1 |
| 17:18:50 | 2 |
| 17:18:53 | 3 |
| 17:18:56 | 4 |
| 17:18:56 | 5 |
| 17:18:58 | 6 |
| 17:19:04 | 7 |
| 17:19:04 | 8 |
| 17:19:08 | 9 |
| 17:19:12 | 10 |
| 17:19:19 | 11 |
| 17:19:22 | 12 |
| ·19:26 | 13 |
| 17:19:27 | 14 |
| 17:19:27 | 15 |
| 17:19:32 | 16 |
| 17:19:35 | 17 |
| | 18 |
| 17:19:37 | 19 |
| 17:19:38 | 20 |
| 17:19:38 | 21 |
| 17:19:39 | 22 |
| 17:19:43 | 23 |
| 17:19:43 | 24 |

**REDACTED**

**REDACTED**

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

| Time | Line | |
|---|---|---|
| :19:46 | 1 | |
| 17:19:50 | 2 | |
| 17:19:55 | 3 | |
| 17:19:57 | 4 | **REDACTED** |
| 17:19:58 | 5 | |
| 17:20:02 | 6 | |
| 17:20:05 | 7 | |
| 17:20:06 | 8 | |
| 17:20:06 | 9 | |
| 17:20:11 | 10 | |
| 17:20:15 | 11 | |
| 17:20:17 | 12 | |
| :20:17 | 13 | |
| 17:20:20 | 14 | |
| 17:20:22 | 15 | |
| 17:20:23 | 16 | |
| 17:20:25 | 17 | **REDACTED** |
| | 18 | |
| 17:20:26 | 19 | |
| 17:20:28 | 20 | |
| 17:20:31 | 21 | |
| 17:20:34 | 22 | |
| 17:20:47 | 23 | |
| 17:20:49 | 24 | |

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

| Time | Line | |
|---|---|---|
| :20:52 | 1 | |
| 17:20:53 | 2 | |
| 17:20:54 | 3 | |
| 17:20:58 | 4 | |
| 17:21:00 | 5 | **REDACTED** |
| 17:21:02 | 6 | |
| 17:21:05 | 7 | |
| 17:21:07 | 8 | |
| 17:21:07 | 9 | |
| 17:21:11 | 10 | |
| 17:21:14 | 11 | |
| 17:21:19 | 12 | |
| 21:20 | 13 | |
| 17:21:22 | 14 | |
| 17:21:25 | 15 | |
| 17:21:28 | 16 | |
| 17:21:30 | 17 | |
| 17:21:31 | 18 | **REDACTED** |
| 17:21:32 | 19 | |
| 17:21:34 | 20 | |
| 17:21:37 | 21 | |
| 17:21:40 | 22 | |
| 17:21:42 | 23 | |
| 17:21:42 | 24 | |

George T. Ligler, Ph.D., Vol. 2                                    05/11/2006

| | |
|---|---|
| '' 33:02 | 1 |
| 17:33:06 | 2 |
| 17:33:08 | 3 |
| 17:33:10 | 4 |
| 17:33:10 | 5 |
| 17:33:13 | 6 |
| 17:33:14 | 7 |
| 17:33:15 | 8 |
| 17:33:17 | 9 |
| 17:33:18 | 10 |
| 17:33:21 | 11 |
| 17:33:32 | 12 |
| . 33:34 | 13 |
| 17:33:37 | 14 |
| 17:33:42 | 15 |
| 17:33:42 | 16 |
| 17:33:43 | 17 |
| 17:33:44 | 18 |
| 17:33:45 | 19 |
| 17:33:46 | 20 |
| 17:33:51 | 21 |
| 17:33:58 | 22 |
| 17:34:03 | 23 |
| 17:34:05 | 24 |

REDACTED

REDACTED

George T. Ligler, Ph.D., Vol. 2                           05/11/2006

| | |
|---|---|
| :34:13 | 1 |
| 17:34:16 | 2 |
| 17:34:20 | 3 |
| 17:34:23 | 4 |
| 17:34:27 | 5 |
| 17:34:31 | 6 |
| 17:34:34 | 7 |
| 17:34:36 | 8 |
| 17:34:39 | 9 |
| 17:34:42 | 10 |
| 17:34:43 | 11 |
| 17:34:46 | 12 |
| :34:47 | 13 |
| 17:34:50 | 14 |
| 17:34:53 | 15 |
| 17:34:56 | 16 |
| 17:35:03 | 17 |
| 17:35:10 | 18 |
| 17:35:12 | 19 |
| 17:35:15 | 20 |
| 17:35:17 | 21 |
| 17:35:18 | 22 |
| 17:35:21 | 23 |
| 17:35:32 | 24 |

**REDACTED**

**REDACTED**

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

| | |
|---|---|
| 17:48:22 | 1 |
| 17:48:25 | 2 |
| 17:48:28 | 3 |
| 17:48:30 | 4 |
| 17:48:33 | 5 |
| 17:48:33 | 6 |
| 17:48:35 | 7 |
| 17:48:38 | 8 |
| 17:48:41 | 9 |
| | 10 |
| 17:48:44 | 11 |
| 17:48:46 | 12 |
| 48:49 | 13 |
| 17:48:50 | 14 |
| 17:48:54 | 15 |
| 17:48:57 | 16 |
| 17:49:00 | 17 |
| 17:49:02 | 18 |
| 17:49:03 | 19 |
| 17:49:04 | 20 |
| 17:49:05 | 21 |
| 17:49:08 | 22 |
| 17:49:08 | 23 |
| 17:49:10 | 24 |

REDACTED

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the Redacted Appendix to Defendants' Answering Brief in Opposition to Ampex Corporation's Motion for Summary Judgment that U.S. Patent No. 4,802,019 is Not Prior Art to U.S. Patent No. 4,821,121 with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899