## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK | ) | |
| CORPORATION and CHINON INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | **REDACTED** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## APPENDIX TO DEFENDANTS' ANSWERING BRIEF TO
## AMPEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT THAT THE
## QUANTEL PAINT BOX IS NOT PRIOR ART UNDER
## 35 U.S.C. § 102(a) AND §102(b)

Collins J. Seitz, Jr. (#2237)
Jaclyn M. Mason (#4737)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
*Attorneys for Defendants Eastman Kodak Company
and Altek Corporation*

*Of Counsel:*
William F. Lee
Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800

Date: June 13, 2006

# TABLE OF CONTENTS

**Page**

Quantel Document Titled "DPB Software Developments,"
September 16, 1981 ........................................................................ B-1

Article by Richard Taylor, "The Art of Digital Techniques in the
Broadcast Studio," for publication in National Electronics Review,
October 12, 1981 .......................................................................... B-4

Quantel Proposal to BBC, January 13, 1982 ................................................. B-13

Quantel Memo "DPB 7000 Sales Brochure," March 2, 1982 ........................................ B-25

Paint Box Quotation to The Weather Channel, March 4, 1982 .................................... B-26

The Weather Channel Purchase Order for Paint Box, March 8, 1982 ............................ B-28

Quantel draft brochure, "The Paint Box: Quantel's DPB 7000 Series
Digital Paint Box," March 10, 1982 ...................................................... B-30

Excerpts of March 1982 issue of Broadcast Engineering ...................................... B-43

"Quantel Gives NY Preview of NAB Display," Backstage, April 2, 1982 ................. B-45

"Quantel Leads the Illusion Game," Audiovisual, June 1982 ................................ B-46

U.S. Patent No. 4,821,121 ............................................................... B-56

Excerpts of File History of U.S. Patent No. 4,821,121 .................................. B-64

Excerpts of Quantel DPB 7000/1 Operating And Service Manual, June 1984 ............ B-81

Video of the Paint Box System Sold to The Weather Channel (March 10, 2005) ........ B-85

Excerpts of Direct Testimony of Richard Taylor from the ITC Proceedings................ B-86

Excerpts of Martin Holbrook Deposition Transcript (March 10, 2006) ................ B-89

Excerpts of the Initial Expert Report of Richard Taylor................................ B-104

Excerpts of Daniel Beaulier Deposition Transcript (April 4, 2006) .................... B-107

Excerpts of the Expert Report of Alan Cavallerano ................................... B-112

Excerpts of Richard Taylor Deposition Transcript (April 28, 2006) ................... B-116

Excerpts of Alan Cavallerano Deposition Transcript (May 3, 2006) ................... B-119

DPB Software Developments                                    16/9/81

In addition to PAINT mode there will be GRAPHICS and CUT/PASTE modes.
Each will have a separate palette callable to the bottom of the picture,
but with the PAINT palette always callable to the top of the picture
to allow change of colour and brush size. Each palette will have
Paint, Graphics, Cut/Paste control boxes in the same place to
allow switching between modes.

It may also be easier to invoke a DISC palette to control access to
the DISC or FLOPPY or VTR.

<u>System</u>

1.  Change software to run on TELESOFT processor board.

2.  Fetch pictures from FUJI disc instead of DDS 880.

3.  Write primitives to run on internal 68000 µP board.

4.  Modify touch tablet primitives to accept 6802µP serial input.

5.  Handle 80 character file names including wildcard searches.

6.  Display filenames on main RGB monitor (using Store II).

7.  Add an optional keyboard handler to supplement soft-keyboard.

<u>Paint</u>

1.  Extend painting to 16 bit and allow much lighter pressures.
    Also possibly allow pressure sensitivity to be adjusted.

2.  AIRBRUSH - by using time-determined brush stamps and very light
    pressure.

3.  BRUSH SIZE - allow any size of brush by using the size cards
    to compress a large brush stored on disc.

4.  BRUSH SHAPE - using assymetric compression and rotation allow
    different brush shapes (e.g. for Italics).

5.  STAMP - allow symbol previously cut to be loaded into the brush
    and stamped onto the picture (e.g. symbols for a weather map).
    Although this can be done using CUT/PASTE, the STAMP method
    allows limited pasting on a single store version of the DPB.

6.  CELL SKETCHING - allow an overlay to be drawn into an ext store
    while viewing an existing picture and then view it while drawing
    a subsequent new picture.

7.  MASKING - create a mould to protect like masking tape whilst
    painting.

EKC 001002166
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

8.  SAVE - a control box to save the current picture on disc under sequential names e.g. TEMP 1, TEMP 2, TEMP 3 etc.

9.  MAGNIFY - x 2 magnification of the picture (using the size cards) to allow greater detailing. This routine should be capable of iteration. It will need to make use of temporary files and allow smooth re-insertion of modified magnified area into the original picture.

## Graphics

1.  GRID - (a)  Definition - by defining a rectangle of any shape and probably orientation.

    (b)  Usage - (i)  constrains the value returned by the cursor routine for all the Graphics options.
        (ii) may be used either visible or invisible.
        (iii) uses Store I EXT.

2.  DIRECTED LINES - constrains the value returned by the cursor routine to horizontal and/or vertical and/or diagonal displacements only on all Graphics options.

3.  LINES, POLYGONS - Most make use of "rubber-band" lines. Hopefully we can use time duration to distinguish between connected and unconnected points.

4.  CIRCLES, ECLIPSES, ARCS - must be easy to drive and reasonably fast in drawing.

5.  RECTANGLE - to allow quick creation of rectangular blocks of colour using Rectangular cursor and fast-wipe.

6.  FILL - the best algorithm is still being derived. It must be reasonably fast (hardware may (?) be able to help).

7.  TEXT - needs to handle several fonts of any size and orientation, and used like lettraset.
    Rubber-band lines are drawn in Store II ext. It would be useful if graphics (if a single colour) were built into an extension store, so it may then be either permanently entered or cancelled.

## Cut/Paste

1.  CUT - draw around an object to define it, by brushing into the extension plane at full pressure. Then fill by hand or:

2.  FILL - auto filling of CUT shape to create a mould. Note: mould is stored as a separate file to picture and uses 2 bytes per pixel.

3.  AUTO-CUT - cut a painting from its background colour.

4.  SEARCH - search disc using wildcard and display a composite picture. Then allow one item to be chosen for pasting.

QHS    45571

EKC 001002167
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

5.  MODIFY - modify a mould by painting in or out.

6.  PLACE - temporary paste Store II onto Store I and scroll
    it around the picture.

7.  SIZE - fetch paste item to Store II at a particular size.

8.  ROTATE - fetch paste item with a rotation set.

9.  GHOST - as PLACE but with only 50°/. pasting.

10. FOREGROUND - use Store Ext I as a foreground mould.

11. GRID/DIRECTION - constrain PLACE appropriately.

12. PASTE - paste picture where placed.

13. TEXT MANIPULATION - allow complete words of TEXT to be moved
    around the picture, rotated etc.  before final pasting.
    Also allow letter spacing to be varied.

QHS     45572

EKC 001002168
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

# **Quantel Limited** ♧ ♧

Kenley House, Kenley Lane, Kenley, Surrey CR2 5YR, England  Tel: 01-668 4151  Telex: 946643 MICRO G

Mr. P.J. Darby,                                              12th October, 1981
Independent Broadcasting Authority,
Crawley Court,
Winchester,
Hants.
SO21 2QA

Dear Mr. Darby,

<u>RE: NATIONAL ELECTRONICS REVIEW 1982</u>

Enclosed is the promised article written by our managing director, Richard
Taylor, on the subject of "computerised art", for your consideration for
inclusion in the 1982 edition of National Electronics Review.  Also enclosed
are two drawings and eight black and white photographs, all with captions.

Should you have any questions or require additional information, please do
not hesitate to contact me.

Thank you for the opportunity to contribute to the Review.

Yours sincerely,

Hugh S. Boyd
Group Public Relations Officer

<u>Enc:</u>

EKC 001003364
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

1001/16

Engineering Laboratories:
Maidenhead House, Newbury, Berkshire
Registration No. 1130271 London
Registered Office: Metropolitan House, 37 Victoria Avenue, Southend-on-Sea, Essex SS2 6BU
Directors: P. C. Michael   A. R. Graves   R. J. Taylor   Secretary: M. Honey

Case 1:04-cv-01373-JJF   Document 185   Filed 12/13/2006   Page 7 of 49

## The Art of Digital Techniques

### in the Broadcast Studio

The application of digital techniques in the broadcast studio has
changed dramatically the on-air look of television in recent years.
The creative possibilties realized by the digital approach are as
significant as the changes made possible by the invention of video
tape.

Video tape has been around for 25 years but the emergence of digital
techniques in the studio is somewhat more recent.  In fact, audiences
in the U.K. would have first noticed the use of computers and
electronic digital techniques creatively to enhance a television
programme, during the live coverage of the 1976 Montreal Olympic
Games.

The effect shown was to take a television picture from a car following
the runner carrying the Olympic torch through the streets of Montreal,
reduce this image to ½ the original size and insert the runner over
a general picture of the waiting crowds in the main stadium.

From that beginning in 1976 the technique has become commonplace
throughout the World.  The pioneers for the system, a British Company
Quantel Limited, a member of the Micro Consultants Group, were, however,
not happy to see the director limited to just a quarter sized picture
and accordingly, the Company made the technological leap of being able
electronically to vary the size of the picture smoothly and progressively —
just like a zoom lens except that no optics are involved.  The obvious
question of why anyone would want to zoom pictures electronically is
simply answered that the technique means that the image can be altered
after it has been put onto video tape reducing the time needed in
the expensive studio allowing more creative work to be done in the
post-production editing suite.

However, the application of such equipment is not just restricted to
zooming, for once the picture size can be changed electronically,
a whole new world of effects known as "Digital Production Effects"

EKC 001003365
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

### ⊡ Quantel Limited ❀ ❀

is opened.  Such machines can manipulate live or video taped pictures
in an infinite variety of ways, up to five pictures at once can be
made to tumble, spin rotate, squeeze, enlarge, compress and reposition
with total accuracy under simple control.  The creative freedom offered
by such equipment allows producers and directors to explore the full
scope of their artistic talents and as a result the Quantel equipment
is to be found in virtually every major studio throughout the World
and the Company are the proud winners of two Queen's Awards to Industry
and a National Academy of Television Arts & Science 'Emmy' and the
Gold Medal of Montreux.

The viewer at home of course, knows little of the techniques employed
reserving his judgement for whether the result is good - or bad -
television.  This is only proper because the machine must be
unobtrusive, contributing to the production rather than replacing it.

The same argument applies in another artistic use of digital techniques
in the studio - that of computerized art used for television graphics.

It was also in 1976 that Quantel first became interested in television
graphics.  The Company had developed, for other markets, a general
purpose image processing system called Intellect and in order to
test the market acceptability for computer graphics in television,
this general purpose machine was given a programme that allowed an
artist to draw pictures on an electronic touch tablet, whilst viewing
the result in real time on a television screen in front of him.
The machine made available a palette of colours from which the
artist could choose, and performed all the necessary drawing of lines
and filling of colour to provide a high quality, but somewhat
stylized picture.

It was the fact that the picture was stylized and therefore intrusive
that decided Quantel it must be possible to do better for it was not
in the area of simple graphics where the most interest lie but truely
realistic picture painting.  The audience reaction was firstly that
the early machine resembled too much a computer and not enough an
artists pencil and paper, secondly the results looked "electronic" without
the smooth flow seen in the results of an artist using his conventional
techniques.

EKC 001003366
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

B-006

**☐☐ Quantel Limited ☙☙**

It was found that, if an artist has been trained to use his normal tools such as brushes, paints, crayons, pencils and so on, these tools become an extension of himself so if a computer is interspersed between him and the resultant picture the whole creative process can break down.

The task then for the development team was to hide the computer totally so the artist could feel at home. The subsequent research took four years since the "natural look" turned out to be quite elusive.

When finally the correct algorithms were found, the conventional software approach would have been hopeless since so complicated were the calculations that an extremely large computer would have been required if there was not to be a considerable time lag between the artist moving the stylus and the line appearing. To get around this problem, Quantel designed dedicated hardare to perform the function. Paradoxically, this proved to be very cost effective, since not only did it achieve all that was required with the necessary speed, it did it with a relatively small amount of computer power.

The end result of this work was the birth of a second generation system - the Digital Paint Box fine art system. Apart from the absence of a large computer, at first sight the Paint Box hardware appears just like a first generation system. There is still a touch tablet on which to draw with a stylus, a screen to observe the results, a small keyboard and monochrome display to cope with titling and filing pictures, and the ubiquitous small black box of electronics doing the work. The system housekeeping is attended to by a 16 bit minicomputer.

Pictures are stored on a two part digital disc unit. The first part is an 8 inch Winchester-type disc which provides a large quantity of storage with fast access. It will hold approximately 20 pictures, which could be an artist's day's, or week's work. The second part is a removeable floppy disc. Although this has a much slower transfer rate, it is a very rugged and convenient storage medium. One picture can be stored on a floppy disc, which can be removed and filed for future use.

- 3 -

EKC 001003367
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

**□ Quantel Limited ♣♣**

When an artist starts to use the system, the differences between the Paint Box and first generation equipment becomes dramatically apparent. As he draws, the lines created are completely smooth, even those lying close to the horizontal. The familiar "serrated" electronic lines are not visible - even on close inspection. This is achieved with an image that is beautifully sharp, and applies whatever saturation, hue and luminance level is used. In fact, the deceptively simple task of signing a name on the screen, is so smooth, and the realism so great, that the results are quite disarming.

Perhaps the most striking physical difference with the Paint Box is that the stylus has "feel" - it is pressure sensitive. In a manner similar to a pencil, the harder the pressure on the stylus, the bolder the stroke - the lighter the pressure, the more delicate the shading. Areas covered several times with light pressure become progressively bolder - again, just like a pencil. And, when painting, overlapping colours mix - just like oil or water colour.

The artist is able to control all the functions of the Paint Box by using only the stylus on the touch tablet. When the stylus is brought near to the tablet, a cursor is illuminated on the display screen. As the stylus is moved, the cursor follows the movements. When the stylus is pressed on to the touch tablet, the computer senses this and applies paint to the screen. If the pressure is hard, a lot of paint is applied, exactly like a real paint brush. The stylus has an integral electrical pick-up so that if the tablet sends a pulse in first the X and then the Y axes, and measures the delay until the stylus receives that pulse, the computer can determine the exact position of the stylus on the tablet. The pulses provide the computer with 100 readings per second of the position of the stylus, with an accuracy of 0.001 inches. Faster and finer than the artist ever needs.

To select or change paint colour or brush size, the artist refers to the palette. This palette, or colour mixing area, is called up on the screen by drawing the stylus down the tablet. The palette consists of 20 preselected colours, 12 empty paint pots which the artist can fill with colour as he goes along, a colour mixing area, a selection of four brush sizes, and a painting mode selection. To choose a colour, the artist presses the stylus on the paint pot containing the desired

EKC 001003386
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

**□□ *Quantel Limited* ❦ ❦**

colour. Similarly, to select any brush size, the artist presses the
stylus on the box containing the brush required. The four brush sizes,
ranging from a very fine line to a thick line, together with the
pressure sensitivity of the system, provide all the brush variations
needed.

The 20 or so basic colours on the palette are not sufficient for a
full painting, so the artist has been provided with a means of mixing
colours. If he dabs colour onto the central area of the palette
(the mixing area), then selects another colour and applies a thin
layer of that across the first colour, the two will mix. The artist
can stab his stylus in the area where the two colours have mixed,
and pick up the mixed colour. He can then paint with this colour,
or he may again apply it to the palette and mix it with another colour,
select the new mixture and proceed to paint with that new colour.
In fact, there is no limit to the different colours which the artist
may mix from the basic set.

This method of colour mixing applies equally, of course, to all brush
sizes, having mixed up a colour which he likes, the artist may then
put this into one of the empty paint pots for later use. In other
words, all the techniques he is used to in mixing oil, water colour
or poster paint apply — except he cannot get paint on his hands,
spill the pot or allow the tube to run dry!

As well as being able to pick up colours that have been mixed on the
palette, the artist can also select colours from the picture itself.
As the picture progresses, it becomes easier to pick up a colour from
the picture, perhaps modify it with some white or black to change its
shade, and then continue painting-in detail with this new colour,
while the paint pots are used less and less.

There are three modes of painting available on the system. The first
operates like normal paint, in that it mixes with the base colour when
applied thinly, and becomes completely opaque when applied thickly.
The second is a form of water colour. This can still be applied in
a thick or thin film that always remains translucent, so that the
underlying detail is not lost. It is used for laying down transparent
washes of colour, either as a background, or for tinting and shading
detail already drawn. The third mode adds texture to the brush in

EKC 001003369
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

— 5 —

# 🔲 Quantel Limited ♣♣

much the same way as chalk, allowing the artist to easily achieve
a slightly textured effect on paintings.

Once the artist has finished painting, he will, of course, want to
store the pictures. To do this, he refers to the menu. This is
displayed by taking the stylus to the right towards the menu monitor.
The picture menu will appear on the menu monitor screen, and again,
by moving the stylus around, the artist can highlight a particular
menu selection. If he then presses down with the stylus, that menu
option is activated. In this way, pictures are saved, re-called or
deleted from the disc to make space for further pictures. A wipe canvas
routine is available to give the artist a clean screen on which to
start his drawings and, when selecting this, he can mix the exact
colour required as background.

A section enlargement facility allows any area of the picture to be
magnified to twice its size, enabling the artist to work in much
greater detail on that area of the picture. This is extremely useful
for achieving high sensitivity in the picture, for example, the
detail of a person's eye.

One question that may be asked is, how long does it take an artist
to get used to operating the stylus on the touch tablet whilst looking
at the screen straight ahead of him? In fact, this hand to eye
co-ordination takes only 5 or 10 minutes to master. The artist is
then able to effectively stand back and look at his picture with no
hand obstructing it, and yet be able to draw in fine detail upon it.
When trying it for the first time, the artist also notices that the
computer does not impose any style upon him, because his own
individual artistic style comes through onto the pictures drawn,
exactly as if working with his normal elements.

In broadcast studios, artists can be employed to save both time and
money by using the Paint Box to retouch or modify existing scenery,
rather than having it repainted or reconstructed. To enable this,
the Paint Box can absorb a live video input. When the live video
option is selected from the menu, the picture appears on the screen
in front of the artist. The picture is frozen simply by pressing
down on the stylus. Having captured the live picture, the artist

QHS    41843

EKC Q01003370
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

## ◫ *Quantel Limited* ✧✧

can work on it in the same way as the pictures he has drawn himself.
Because of the ability to directly pick colours off the picture area,
the artist can choose the natural colours of the picture and exactly
match retouched areas with the original. This makes retouching
accurate, quick and easy, and allows all the subtle colouring of
a real picture to be used. A skilled artist can modify a picture
so well, that it is extremely difficult to identify where it has been
done.

All the other features of the Paint Box can also be used on the
captured input. For instance, the water colour mode could be applied
either to tint particular areas of the picture, or as a neutral tone
to wash out the background to highlight a foreground object.
Similarly, any annotation can be added to the picture, such as arrows,
hand writing, or dotted lines.

Other application areas of the Paint Box are aided by the ability
to take a picture from disc, modify the picture and store it
again. In this way, a library of new pictures can easily be built
up. For example, should a map be required for a news item, the artist
can recall the appropriate map previously recorded, and add any
town names or other markings needed for the current news item.
Similarly, a sequence of pictures for use in animation can be
stored, or a particular background can be stored and a sequence of
foregrounds added to it. These stored pictures can then be edited
and strung together on video tape to produce the final animation
sequence.

The Paint Box has an RGB output of 24 bit resolution. This was chosen
for feeding to the artist's monitor as it presents a clean, sharp
colour picture which is much less tiring to use over long periods,
than a PAL coded picture would be. Additionally, the Paint Box
has a coded PAL output which may be used live on-air, or to feed
a video tape recorder, or any other part of a studio.

A special digital output allows the Paint Box to be directly linked
with another Quantel digital product. This is the Digital Library
System, which is a comprehensive system for storing and presenting
still television pictures. The advantage of the link between the

— 7 —

EKC 00100371
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

**QL Quantel Limited ♣♣**

Paint Box and the Library System is that pictures can be transferred from one to the other, modified and transferred back again, all without any degradation, because the video has been maintained in digital form.

A picture captured by the Library System could be sent to the Paint Box for retouching, then returned for storage or on-air use.  A picture painted on the Paint Box could be transferred to the Library System to be altered in size, cropped, or set into a montage with other pictures, and returned to the Paint Box as a new input.

Of course, this link is only one step in the direct digital communication between broadcast equipment as the all-digital studio emerges, further enhancing the Art of Digital Techniques.

Richard J. Taylor  M.Sc.,  C.Eng., F.I.E.E.
Managing Director
Quantel Limited

EKC 001003372
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

B-012



A member of the Micro Consultants Group

# Quantel Limited ✿✿

Kenley House, Kenley Lane, Kenley, Surrey CR2 5YR, England  Tel: 01-668-4151  Telex: 946843 MICRO G

(147)

MJM/SEM                                    Your Ref:  687/SCP/BCSS/RCE/SC

13th January 1982

The British Broadcasting Corporation,
Broadcasting House,
LONDON,
W1A 1AA

Dear Sirs,

**Television Centre:  Computer Graphics Device**
**Specification No: TC/162**

We have pleasure in enclosing our proposal for the above tender.

Quantel would be extremely interested to work with the BBC on this project
as the requirements of operation closely resemble the operating characteristics
of the Quantel DPB 7001 Digital Paint Box system.  Although this is designed
as a stand alone art and graphics station, we believe that integration with
a VAX 11/750 would enhance its capabilities to match the BBC requirements.

Our proposal shows the compliance of our specification with the BBC requirements,
but we would welcome further discussion on the system operational requirements
as we feel that the new techniques in the DPB 7001 offer a different approach
with several advantages.

We trust, therefore, that the BBC will assess our proposal in this light
and we will have the opportunity to present our ideas at a future meeting.

Yours faithfully,
for QUANTEL LIMITED

M.J. Maidens

encs:

Engineering Laboratories
Maidenhead House, Newbury, Berkshire
Registration No. 1130271 London
Registered Office, Metropolitan House, 37 Victoria Avenue, Southend-on-Sea, Essex SS2 6BU
Directors: P. C. Michael  A. R. Graves  R. J. Taylor  Secretary: M. Honey

EKC 001010889
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

212

26306

QHS

**PROPOSAL AGAINST BBC TENDER**

Television Centre
Computer Graphics Device

Specification No: TC/162

Quotation No: 10608 Q

213

EKC 001010890
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

B-014

1.    SECTION 1:   INTRODUCTION

This document has been prepared in response to the BBC
Invitation to Tender for a Computer Graphics Device for
The Television Centre Specification Number TC/162.

Quantel believe that they can respond to this invitation
with a system based entirely around the Company's new
Digital Paint Box equipment known as the DPB 7001.

As such, this proposal then differs radically from the
invitation in that the approach used to realize the functions
may be quite different to those perceived at the time the
invitation was written.  However, Quantel would hasten to
add that in terms of the function supplied, the Company's
DPB 7001 will meet, and in many cases far exceed, the vast
proportion of the facilities requested.

Appendix I gives a description of the basic concept behind
the Paint Box used as a stand alone graphics device.
The rest of this document will attempt to answer on a point
by point basis the items included in the invitation.

The DPB 7001 has an integral 68000 Computer with Winchester
disc store and is normally controlled via a touch tablet
modified to give 'feel'. It is proposed that this arrangement
be kept but that the Paint Box be interfaced to the VAX 11/750
computer system via a serial link common to the touch tablet
and in this way perhaps the software interface is at a very
much higher level than originally conceived in the invitation.

QHS   26307

EKC 001010891
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

214

2.    **SECTION 2:    RESPONSE TO THE GRAPHICS DEVICE OBJECTIVES**

2.1    **Graphic Primitives**

2.1.1    Via the serial interface the VAX 11 will be able to 'draw' primitives held in its own memory. However, it is envisaged that many primitives be held in the Winchester disc integral with the Paint Box. These can then be 'called' directly by the VAX 11.

2.1.2    Similarly to the previous paragraph, histograms, maps etc. can either be 'drawn' directly by the VAX 11 or called down from the Paint Box integral disc.

2.1.3    The organisation of the Paint Box has the power for animation but, there is a speed versus number of picture points trade off. The term 'limited area animation' has beeen coined for the facility. 100 x 100 picture points every two frames could be accommodated.

2.2    **Imaging Techniques**

2.2.1    The Paint Box has both R.G.B. and PAL input facilities working in real time and therefore, can be fully interfaced to the studio system.

2.2.2    Currently a picture acquired in the Paint Box would be retained within the system, the Winchester disc or an external floppy disc. In view of the high processing power of the integral 68000 it is assumed that this satisifies the requirement, if not then a direct interface between the 68000 and the VAX 11 could be proposed.

2.2.3

2.3    **Bit Planes**

2.3.1    The memory organisation within the Paint Box permits complete pictures or portions of pictures to be manipulated and up to two complete pictures can be accommodated.

EKC 001010892
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

215

2.4     <u>System Interfacing</u>

2.4.1   The proposal is that the interface to the VAX 11
        will be via a serial link similar to the
        graphics tablet and thus the software interface
        is at very high level.

2.4.2   Normal communication with the Paint Box is
        via the graphics tablet but command terminal
        is also available.

2.4.3   The video output produces R.G.B. and Broadcast
        Quality PAL.

2.4.4   External locking is achieved via a Colour Black
        signal.

2.4.5   The Paint Box will accept non-synchronous video
        inputs.

2.4.6   The output timing of the system is adjustable
        over + and - two microseconds.

2.4.7   The internal sampling of the system is Y U V
        and 13.5 MHz, 6.75 MHz and 6.75 MHz respectively.
        It conforms to the EBU standard (CCIR 11/5031-E)
        but currently no interchange conventions exist
        and therefore, the actual digital interface
        itself can only be proposed when the appropriate
        standards have been determined.

26309

QHS

**216**

EKC 001010693
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

3.    **SECTION 3:  RESPONSE TO FUNCTIONAL SPECIFICATION**

3.1    **Resolution**

3.1.1    The equipment conforms to the new digital standard (13.5 MHz Y, 6.75 MHz U & V).

3.1.2    Small changes in number of picture points i.e. 720 to 768 can be accommodated by a change in firmware.

3.2    **Graphics Mode**

3.2.1    The Paint Box concept permits full local processing of image and graphic data.

3.2.2    Commands from the VAX 11 would be sent via the serial interface.

3.2.3    (a)    Shape generation is possible within the Paint Box including straight lines either singly or joined-up, rectangular, circles and eclipses.

(b)    Full character generation is available. Characters may be positioned individually or in strings. Fonts can be those supplied by Quantel or generated by the B.B.C.

(c)    Display environment commands are inherent within the Paint Box to determine type of operation being used, background colours, type of brush if painting is being used etc.

(d)    Cursor status and 'invisible' or hidden grid lines are definable.

(e)    No facilities are included for arithmetic or logical data manipulation.

(f)    No facilities are included for display listing.

(g)    Timing and Interrupt for synchronizing events to frame of field pulses is available.

3.2.4    The following integral facilities are provided with the Paint Box.

(a)    Repositioning.

(b)    Size change.

(c)    Rotation.

(d)    Cropping or the selection of a portion of a picture.

EKC 001010894
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

217

3.2.5    Only high quality characters are generated
offering the full quality possible previously
only from a camera and artwork.

3.2.6    (a)    Fonts will be provided by Quantel,
additional fonts exploring the full
PAL capabilities may be simply developed
by the B.B.C. and held in the Winchester
disc or on floppy disc.

(b)    At least four fonts will be capable of
being stored in the Paint Box.

3.2.7    Conventionally, all graphics activities will be
accomplished using fonts within the Paint Box.
Thus the VAX 11 would cause the appropriate font
to be loaded into the Paint Box Winchester disc
and then high level commands via the serial
interface would select the font, its size, colour,
proportional spacing, positioning and of course,
the characters forming the words.

100 characters per second can be accommodated
and sets changed during the vertical interval.
Hardware scroll is limited to integer lines or
picture points but software scrolling can be fully
interpolated within the limited area animation
parameters mentioned earlier.

3.3.    Imaging Mode

3.3.1    The Paint Box is capable of accepting live input
in either RGB or PAL and can operate asynchronously.
Both field and frame grab is possible, if
monochrome is required a separate software routine
for removing colour is available.

3.3.2    The picture stores in the Paint Box are organised
to the new digital standard as Y U V at 8 bits each.
Input RGB is thus matrixed to Y U V before being
passed on to the store.

3.3.3    Full paint and cut and paste facilities are available.

3.3.4    Full storage of 'cut' or 'pasted' or 'cut and pasted'
patches is possible.

3.3.5    Routines can be supplied for 'pasting out' of patches.

26311

QHS

B-019

EKC 001010895
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

218

26312

QHS

3.4    **Bit Plane Arrangements**

3.4.1    Total Addressable space corresponds to approximately 1440 x 600 x 8 bits for luminance and 720 x 600 x 8 bits each for the two colour difference channels.

3.4.3    A wide variety of reconfiguring of the addressable space is possible.

3.4.4    Sections of the addressable space are repositionable with respect to the other.

3.4.5    Pictures up to twice the actual displayed area can be accommodated.

3.4.6    Portions of the addressable space can be allocated to hold typeface or symbol type data.

3.4.7    Smooth scrolling or zoom would be accommodated with the limited area animation mode. Full size scrolling is possible but only in line or picture point integers.

3.4.8    All modes of the Paint Box are software controllable.

3.5    **Video Output**

3.5.1    The Paint Box has two PAL outputs and one RGB output available when the unit is being used manually from the graphics tablet the cursor and palette area have to be displayed. However, when the unit is being operated via the VAX 11 there is no necessity for such facilities and a software switch would be incorporated to allow these to be switched off and just the 'naked' graphic displayed.

3.5.2    No look-up tables for colour mapping are available.

EKC 001010896
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

219

4.    **SECTION 4:  ADDITIONAL SOFTWARE DEVELOPMENTS**

4.1    Quantel have built a reputation on upgrading and continuing to provide additional features on equipment once delivered.  Many additional features will be possible on the Paint Box and thse will be made available to the B.B.C. as they are generated. In addition it is hoped that there will be an opportunity to work with the B.B.C. engineers as they determine new requirements.

4.2    The Paint Box concept is designed to allow the B.B.C. to generate their own extra graphics primitives. These can be stored on the Winchester or on removable floppy disc.

4.3    One week of formal training of B.B.C. personnel has been included in the costs.  However, it is hoped that frequent informal contact will be possible.

QHS   26313

EKC 001010897
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

220

5.    **SECTION 5:   RESILIENCE**

5.1    The programme for the Paint Box resides on the Winchester and all work can have back-up on the disc.

5.2.    Cycling the power of the unit will cause the programme to restart.

5.3    A maintenance and operators manual will be available for the equipment.

26314

QHS

EKC 001010898
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

221

6.    SECTION 6:  HARDWARE REQUIREMENTS

    6.1    Environment and Safety requirement;
        Item 6.1.1 & 6.1.2 of the invitation are accepted.

        6.1.3   Total power consumption is less than 500 watts.
              Operating temperature 5°c to 30°c.
              Humidity 90% non condensing.
              Equipment will be 19" with side mounting 19  " high.

    6.2    Video Output

        6.2.1   Accepted.

    6.3    Maintenance

    Quantel can offer maintenance service and would welcome
    further discussion to agree a mutually acceptable
    schedule.

26315

QHS

EKC 001010899
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

222

7. **SECTION 7: SUMMARY**

The proposed solution to the B.B.C. requirements for a Computer Graphics Device, as has already been explained, differs considerably from the technique considered when the invitation was conceived.

However, Quantel suggests that their existing hardware, the DPB 7001 Digital Paint Box - can meet virtually all the B.B.C. requirements, albeit from a different direction, as well as offer the facilities of a full manual graphics package and recommend that the B.B.C. evaluate this proposal in conjunction with their requirements.

Claims of 'Breakthrough' and 'Revolutionary Approach' are bandied about with alacrity in this industry but it is felt that the DPB 7001 is indeed a revolutionary approach and in terms of the quality of images produced, is a genuine breakthrough.

26316

QHS

223

EKC 001010900
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

$(41)$

MEMORANDUM

TO:  Richard Taylor                    FROM:  Tony Searby

_c~ Paul_                              DATE:  2nd March 1982


SUBJECT:  DPB 7000 Sales Brochures


No doubt the large networks will buy one or more Paint Boxes because
it is new and good.  However, if we want to achieve the volume of
sales to these and the smaller stations, we must emphasise the points
which we have been aiming at in the last nine months of development:

  1.  Speed and ease of producing artwork.

  2.  Can be used effectively by less able artists (of which there
      are rather more than the highly skilled artists).

These aims are achieved by:

  1.  The graphics facility, allowing very rapid and easy
      production of charts, diagrams and maps for news items;
      and the ability to take in and use colour source material
      allows dramatic use of relevant scenes as backgrounds for
      the charts.

  2.  The cut and paste facility, allowing an artist to make new
      composite pictures quickly using the width of pictures
      drawn previously by himself or other artists with different
      skills.

To this I would add these additional salient points.

  3.  Even though an artist may not be a 'fine art' painter, the
      Paint Box's ability to be used to produce the most delicate
      and artistic of pictures, means that he is never frustrated
      by the limitations of the hardware, but may create graphic
      work or paint to his own abilities.

  4.  Because the Paint Box can store the picture at a particular
      stage, the artist is free to try out the next stage and
      yet revert to the stored picture if he is not satisfied.
      This technique which is not possible using conventional
      media allows more experimentation and consequently freer
      expression in the final picture.

  5.  Since video as an output media is a light source, the pictures
      can have colours with more life and luminosity than can be
      achieved with paint and paper (being careful of illegal colours,
      of course!).

I trust we can include these themes when writing the brochures.

EKC 001005757
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

92

B-025

Tony Searby

**MICRO CONSULTANTS, INC.**

245 EAST BAYSHORE ROAD S...
PALO ALTO, CALIFORNIA 94...
POST OFFICE BOX NUMBER ...
PHONE ... ... TELEX ...

**Quotation No.** PF-301-A

**Date** March 4, 1982

40405

QHS

The Weather Channel
2840 Mt. Wilkinson Parkway
Suite 200
Atlanta, Georgia 30339

Attention: D. Thompson, V. P., Engineering

| EM | Y. | MODEL NO. | DESCRIPTION | UNIT PRICE | TOTAL |
|----|----|-----------|-------------|------------|-------|
| 1 | 1 | DPB 7000 | **Digital Paint Box**<br>Telegraphics 7000 with following features:<br><br>* Completely smooth line drawing for all levels of luminance, saturation and hue.<br><br>* Freedom to select as many shades of color and levels of luminance at the same time on any picture as allowed by the NTSC system.<br><br>* Ability to mix colors and luminance levels in a manner analogous to a normal artist palette.<br><br>* Choice of a wide variety of brush shapes and sizes. Lines can be drawn from a width as small as one quarter of a TV line or as large as one inch.<br><br>* Choice of a wide range of styles of painting, from oils and poster paint through water color and gels to pencil and crayon or even an air brush. | $125,000.00 | $125,000.00 |

DELIVERY: June 30th 1982 or sooner

Page 1 of 2

TERMS:    10% down with order
          Less 5% 10 days; 2% 20 days; Net 30 days,
                                    after delivery

By Paul Fletcher

FOB:    Palo Alto, Calif.

Title Regional Manager

PRICES QUOTED ARE VALID FOR 10 DAYS

CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

EKC 002000551

Quotation No. PF-301-A

Date March 4, 1982

| 4 | QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|------|-----------|-------------|-----------|-------|
| DLS 40406 | | | Cont'd - Page Two<br><br>* Ability to mix colors on the picture itself just like a genuine canvas.<br><br>* A drawing stylus that has 'feel' - just like a real pencil or brush.<br><br>* Capture of live TV images to be drawn over or retouched.<br><br>* An output suitable for on-air use.<br><br>* Integral storage of 400 pictures.<br><br>* A Floppy disc available for the transfer or archiving of pictures.<br><br>* A digital interface to the DLS 6000 still store system.<br><br>* Small size - the main electronics unit including the computer occupies only ten and one-half inch rack space and the supporting Winchester and floppy disc drives occupy just five and one-quarter inches. | | |

Page 2 of 2

CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

EKC 002000552

# THE WEATHER CHANNEL

THE WEATHER CHANNEL
2840 MT. WILKINSON PARKWAY, SUITE 200
ATLANTA, GEORGIA 30339

## Division of LANDMARK COMMUNICATIONS, INC.

PURCHASE ORDER NO.: __38-1__    This number must appear on all invoices, correspondence, customers, Packing Slips, Bills of Lading and Express Receipts

Dept. No. __20__

Department: __Engineering__    Acct. No. __1550__    Date __03/08/82__

40398

QHS

To: __MCI/Quantel__

__Post Office Box #10057__

__2483 East Bayshore Rd. S. 209__

__Palo Alto, CA  94303__

Ship-Invoice & Bill to:
THE WEATHER CHANNEL
2840 Mt. Wilkinson Parkway
Suite 200
Atlanta, Georgia  30339
ATT:  Accounts Payable

Ref. Pur. Order No. as above _____

Department _____

## Please Enter Our Order For The Following:

| ITEM | QUANTITY | | DESCRIPTION | UNIT COST | AMOUNT |
|------|----------|----------|-------------|-----------|--------|
| | Ordered | Received | | | |
| | | | 1- Model DPB 7000 Digital Paint Box as covered in MCI quotation No. PF-301-A | | |
| | | | **Total Purchase Cost** | | $125,000.00 |
| | | | Terms:  10% down with order Less 5% 10 days; 2% 20 days Net 30 days after delivery | | |
| | | | Total 10% downpayment | | 12,500.00 |
| | | | Unpaid balance | | 112,500.00 |

AUTHORIZED (Department)

By: _Diane Thompson_
Authorized Signature

Copy To: Vendor
White

Approved

By: _signature_
Authorized Signature

Department
Canary

Approved Major or Capital

By: _signature_
Authorized Signature

Accounting
Pink
Gold

CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

EKC 002000544

MICRO CONSULTANTS, INC.
2483 EAST BAYSHORE ROAD • S. 100
POST OFFICE BOX NUM. / 50810
PALO ALTO, CALIFORNIA 94303
PHONE (415) 856-6226 • TELEX 334420

**SOLD TO**

THE WEATHER CHANNEL
2840 MT. WILKINSON PARKWAY
SUITE 200
ATLANTA, GA    30339

**SHIP TO**

SAME

**ORIGINAL INVOICE**

| SER | ORDER DATE | INVOICE NO. | FWD. | COAL. | BCK. BAL. | INVOICE DATE | SHIPMENT NUMBER | WAY BILL NUMBER | TERMS | CTNS./WGT. | CARRIER | SALES ORDER NUMBER | END USER | SCHEDULED DELY DATE | DELIVERY DATE | TAXABLE RESALE OUT-OF-STATE GOVERNMENT | SALESMAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -1 | 3/8/82 | 4106 | | | XX | 7/20/82 | 6K.87206 | | *see below | | | 2563 | | To be advised | | O O XX | Fletcher |
| E.I. | | | | | | 7/20/82 | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | 0 | DPB-7000 | Digital Paint Box | $125,000.00 |
| 1 | 0 | 7000-01 | Fujutsu Disk Unit | incl. |
| | | | | $125,000.00 |
| | | | Less 10% deposit | (12,500.00) |
| | | | | $112,500.00 |
| | | | Freight charges | 180.40 |
| | | | TOTAL DUE THIS INVOICE | $112,680.40 |

*5% discount if paid within 10 days after delivery
2% discount if paid within 20 days after delivery
no discount if paid after 20 days

BALANCE NET 30 DAYS

**INSTRUCTIONS**

CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

EKC 002000545

B-029

10/3/82

Richard - This is for your approval before going to print. From Brian Tunham

### The PAINT BOX
#### Quantel's DPB 7000 Series Digital Paint Box

QHS    1140

Excellent - very nice shots on page 6a, 8 & 9.

The complete system for creating
television fine art and graphics

EKC 001018471
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

A complete graphics studio on-screen – Quantel's Paint Box

2

Quantel's DPB 7000 Series Digital Paint Box is a unique creative tool for
artists who need to work freely and directly in the television medium.
True to Quantel tradition, this is not just another video graphics machine
– the Paint Box is a technological breakthrough: a second-generation
system. The totally natural look of its pictures alone sets it apart,
while its versatility is, quite simply, marvellous.

    In the Paint Box, Quantel has constructed a canvas, with paints and
its own mixing palette, as well as all the tools and facilities a graphic
artist could need and more. Whether creating fine art on the TV screen
itself or capturing and freezing video, whether combining its own library
stills or perfect retouching of any picture; and whether producing stencils
or adding graphics and text with the power of electronic scissors and
paste, Quantel's is indeed the ultimate Paint Box.

    Yet the technology behind this machine is completely hidden, allowing
the user to feel completely at home and to concentrate on his creative
work. So that stunning effects, including brilliant animation, can be
achieved quickly and easily, saving considerable time and giving excellent
results.



409/33

EKC 001018472
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

3

## Total fidelity

In appearance, the Paint Box gives little hint of its underlying power - it looks similar to first generation systems but without a large computer. There's a touch tablet on which to draw with an electronic stylus, a TV screen acting as the ideal canvas, a keyboard for occasional use, a Winchester disc for picture storage, and Quantel's powerful brown box, quietly handling all the work. But when the artist starts to use the Paint Box, he finds that it is quite different, and that the images he can create are perfectly natural.

This is true second generation artistry. With the Paint Box, lines drawn by the artist are not subject to the all too familiar serrated look; even close to the horizontal they remain perfectly smooth. To make the artist more at home, the stylus has 'feel' - it is pressure sensitive, and the more pressure is applied, the more paint is deposited, just like a real brush. And where lines cross, the paints mix to form the appropriate colour, just like real paints. In fact, its behaviour is so natural that one rapidly forgets that this is electronic, and not real paint; except that here there is no mess and no risk.

Quantel's Paint Box has been designed for this natural look. It provides all the tints, tones and brightness levels observed in any real painting or camera scene. Equally, on the text generation side, a wide range of crisp, beautiful fonts is provided, which are quite unlike the harsh typography typical of simple electronic character generators.

## Unmatched versatility

As the artist works with his brush, so he controls the Paint Box with its stylus and touch tablet - its position on the screen canvas being shown by a cursor. A stroke sideways off the tablet brings up the menu of artists' facilities, while a vertical stroke replaces this with the artist's palette, on screen.

EKC 001018473
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

Facilities provided include painting, graphics, text, cut and paste and stencil operations, as well as the picture library. Selecting a particular mode is achieved simply by touching the appropriate title on the menu, with the stylus.

When in Painting, the Paint Box provides a range of brush sizes and paint types from oils to chalk, and even to air brush, to match almost every painting style. When in Graphics, it is quick and easy to draw everything from straight lines to ellipses - filled or outlined. And the results are always displayed first, before being fixed over the background so that trial and error is simple.

Equally, when going to electronic Cut and Paste, nothing need be permanent - any number of different positions, sizes, orientations and colours can be tried, until the desired effect is achieved. Using the Air brush, these shapes can also be given soft edges allowing, for example, the outline of a cloud or a person's hair to be brought cleanly out of a picture. Similarly, in Stencil, any shape can be created and filled with paint, graphics, text or existing library images.

On Quantel's Paint Box any of these facilities can be combined with any other, allowing the artist to create exactly the picture combination or effect he wants. The artist is further aided by the integral library, which provides storage for pictures, parts of pictures, stencils and cut-outs, thus enabling him to construct any composite from stored images.

## A live graphics studio

Quantel's Paint Box will accept live video inputs either in composite form or in RGB and this, too, can be frozen to form the basis of artwork. The Paint Box can also be integrated into the TV system and can easily transfer pictures to the Quantel Digital Library System , without degradation, via a digital link. Additionally, it has a video output for live transmission to a vision mixer. The Paint Box thus has full, live TV graphics studio capability.

So, whether the need is for a montage of people, places, graphics and text for an imminent news story, or an original oil painting with beautiful hand drawn text for a trailer; illustrative graphics for education, or interesting animation for visual aids; the Paint Box provides the key to excellence and speed.

EKC 001018474
CONTAINS CONFIDENTIAL     409/34
BUSINESS INFORMATION

4    5

## A master stroke for fine art – Quantel's Paint Box

On selecting Paint, the artist enters a world of creative art previously impossible direct on the TV screen. Not only is the painting quality of the system unrivalled, but its versatility of style simply has no equal.

Choices include oil paints, water colours, chalk and air brush, all provided to achieve limitless moods. And all these styles are also available for use with graphics, cut-outs, stencils and characters. Quantel's Paint Box also provides five brush sizes for each style of painting and the artist interacts with these tools and his range of mediums via the touch tablet and stylus.

In the Paint mode, the stylus lays paint exactly as does a brush with traditional oils. Strokes with the stylus on the touch tablet are every bit as fluid as its brush counterpart; paint appearing on the canvas is denser where applied heavily and trails off as the pressure is relaxed. Paints mix when applied thinly, but as the pressure is increased, the newly deposited paint becomes opaque – just as one would expect with normal painting.

Quantel's Wash mode provides another style of painting which is similar to conventional water colours. Paint laid down always remains translucent so that underlying detail is never quite lost. Using this mode, an artist can also deposit a completely smooth wash of any tone over the full canvas to provide a perfect background for 'water colour' painting, graphics and text.

The converse of this is Shade, where the tonal range is controlled. This lends itself to tinting and shading details already drawn on the canvas, say, in the normal Paint mode. A fourth painting mode, called Chalk, is designed to add texture to the brushed colour. Results are similar to those achieved using chalks or crayons. Painting in this style gives the superb depth characteristic of the medium.

Next is Quantel's Air Brush mode, which is as easy to use as the 'water colours', 'crayons' and 'oil paints'. This, too, matches the conventional tools used in the studio, providing that perfect softness of transition between the various tones, in a manner only possible with this technique.

EKC 001018475
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

B-034

Another important facility is the <u>Magnification</u> capability which
allows the artist to treat the TV screen as an expandable canvas – he can
pick any area and magnify it to twice full size. This is particularly
useful for detailed, close work.

A stroke of the stylus downwards off the Paint Box touch tablet brings
up the artist's palette in the lower portion of the canvas. This features
35 pre-selected colour pots chosen by the artist from a large colour bank,
or it can be a palette complete with mixed colours, from a library file.
Any of the pots may be filled with any paint mixture. The palette also
provides a mixing area, a brush size selection panel and a bar indicator
displaying the precise colour selected.

Using the stylus, paints can be mixed simply by brushing together
colours selected from the pots or from the mixing area. If the particular
tone required is found between several colour strokes, it can be picked up
simply by dabbing the stylus literally into the mixed paint at that precise
point.

Choosing a colour does not stop at the palette. Colours can also be
selected 'directly' off the picture, via the tablet. Indeed, as an artist
progresses with a painting or graphic, the palette will be needed less
frequently since paints can be mixed on the picture itself. A touch on the
picture thus provides an exact match, instantly, for progressing with any
part of a painting. Besides dramatically speeding up the creative process,
this facility is also particularly useful for retouching work – whether
from frozen video, paintings, graphics or photographs.

<u>A retoucher's dream – Quantel's Paint Box</u>

Since the Paint Box can accept video feeds, the artist is free to capture
and freeze any live TV image. From this point on, the picture behaves like
any other created on the Paint Box. So, applying any of the range of
brushes, the artist can then retouch the picture, using existing screen
colours for a perfect match, modify it using the palette if necessary, or
augment it with graphics, text of any kind, or even portions of other
pictures. Further, using the live video feed unfrozen, and mixing with
frozen video, or painted or graphic pictures, results in superb composites
previously only possible in the film studio.

EKC 001018476
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

With Quantel's Paint Box, TV pictures can now be retouched or modified in any of these ways without resorting to photographic processes. And, with the sheer quality of images constructed on the Paint Box, artists can now undertake work that would have been virtually impossible by other means - and do it very rapidly.

QHS 1146

409/37

EKC 001018477
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

6

1147

QHS

Superb graphics design - Quantel's Paint Box

Selecting Graphics brings the power of Quantel's Paint Box to the graphics
designer.  Facilities provided include comprehensive help with drawing
separate or connected straight lines, rectangles, circles and elipses,
simply by touching the appropriate title on the menu.

The graphics artist can easily position and size these freehand
anywhere on the screen, using the stylus, or can ask the Paint Box to
ensure that all lines drawn are horizontal or vertical only.  Further, he
can define a grid of any size, and the Paint Box then fits graphics
accordingly - displaying the result, as always, before the artist need fix
it in position.

Line width can be selected from the brushes on the painting palette.
Additionally, colours can be mixed and used with all the facilities
provided in the Paint mode.

When drawing straight lines, the artist first presses his stylus down
on the touch tablet to fix one end.  The Paint Box then provides an elastic
line (of the colour, texture and width selected) seemingly attached to the
stylus tip, which the artist can move around the picture, at will.  The
other end is fixed simply by again pressing the stylus on to the touch
tablet.

Drawing rectangles, circles and ellipses is equally easy, the stylus
being used to define opposite corners of the box containing the shape.
Here, the Paint Box shows the graphic box as an apparently elastic figure,
moving wherever the stylus travels, until fixed by the artist.

Shapes created can be filled automatically with any colour and
constrained to any grid chosen by the artist.  And all graphics are
produced to the high quality embodied in the fine art painting aspects of
the Paint Box, courtesy of Quantel.

EKC C01018478
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION



Since all modes can be combined, the scope for creating original images in the broadcast TV world is impressive. Topical and unusual graphics composites can be drawn quickly and easily to illustrate, for example, news, financial results, employment trends and statistics. Thus, here too, Quantel's Paint Box is the ideal creative tool for the rapid generation of imaginative graphics.

QHS    1148

409/39

EKC 001018479
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

7

### Perfect text generation - Quantel's Paint Box

For titling pictures and graphics of any kind, Quantel's Paint Box includes a comprehensive Text mode. This comprises a wide range of professional fonts of the highest quality and in an infinite variety of sizes. Again, the full spectrum of Paint mode colours and facilities is available.

Fonts can be selected by name or browsed from the library and may be typed out in several ways. A separate, physical keyboard is provided and the Text menu also displays a mimic keyboard in the lower part of the screen, together with a message and text area.

The artist can create text using the conventional keyboard or the stylus with its screen keyboard. As he proceeds, the string of characters will appear in the message area on the menu, and can then be taken as a whole and positioned, using the stylus. Here, proportional character spacing, including even kerning, is automatic.

Alternatively, the artist can take each character from the menu keyboard and position it individually on the canvas, rather like rub-on lettering, the stylus tip holding the letter on-screen until it is stuck down. Here character spacing is entirely at the discretion of the artist.

Quantel's Paint Box also provides a comprehensive range of editing facilities for type setting.

Having positioned the text, the artist can create effects such as drop shadow and blind embossing automatically, or manually, using any colour. Many more special characters and artists' techniques can be developed and at all times, artwork is of the high professional standard set by Quantel's fine art.

Thus, using the Paint Box, news, trailers, credits, sports results and the whole range of TV broadcast pictures, can have text of any kind, and logo types, added both cleanly and very rapidly, without the need for laborious conventional artwork preparation.

409/40

ERC 001018460
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

8

## Cut and paste at its best - Quantel's Paint Box

In Cut and Paste, Quantel has taken all the picture creativity so far
embodied in the Paint Box, and added a major facility - electronic scissors
and paste. Since this feature is electronic, rather than physical,
pictures of any kind can be cut, re-sized, moved around and fused in any
way, very rapidly and with excellent results.

Pictures stored in the Paint Box library, whether paintings, graphics,
or combinations of both, as well as frozen video, can be taken by the
artist and any part 'cut' away to form a cut-out. The cut-out is created
simply by drawing around the area of interest. But, unlike ordinary
scissors, the electronic version can cut an edge as hard or soft as
required. Selecting the air brush, for example, results in a mixing of
the cut-out edge area with the background, so that aircraft propellers
create a semi-transparent swirl, and hair detail on a portrait can have a
natural, soft edge.

The quality of the Paint Box cut-out is, of course, identical to the
original video, being an exact copy lifted from it, and its shape can be as
simple or complex as required. Once defined, the cut-out image itself can
be picked up and moved around the canvas at will, in real time, effectively
staying on the end of the stylus. If desired, its mirror image can also be
created instantaneously. In this way, the artist is able to position the
image and to see exactly the effect he is creating, before 'tacking' it to
the picture, with a press of the stylus.

Additionally, by using the separate joystick provided, the cut-out can
be re-sized, and rotated to any desired angle in much the same way as is
achieved using a rostrum camera, but live, directly on screen. Once the
artist is happy with his cuts, he can confirm the pasting of his cut-out to
the background simply by touching the stylus to the 'stick' command on the
menu. The cut-out is then blended permanently into the background with an
accuracy better than can be achieved using flat artwork and without the
associated problems.

Any picture can be used as a background over which the cut-out can be
moved to create new pictures or combinations of graphics, frozen video,
paintings and text. Quantel has thus unleashed the graphic artist's
creativity and dramatically enhanced his speed of assembling, for example,
complex composites from a whole range of stored and re-sized images.

409/42

QHS 1150

EXC 00101841
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

## Electronic stencils for unbeatable TV art - Quantel's Paint Box

A further novel facility is the Paint Box's ability to treat any cut-out shape, whether hard or soft edged, as an electronic Stencil. Once created, a stencil can be used as drawn, or as its converse. And if the artist selects the air brush option, the Paint Box becomes the exact electronic equivalent of a mask and spray gun.

Of course, the scope of this mode widens considerably if the artist chooses to use it in conjunction with the full range of painting, graphics and text modes. It widens again if he calls up an existing picture from the built-in library, using this as the new background for stencil work.

Further, since the picture beneath the electronic stencil itself remains unchanged, it is a simple matter to create magnificent three dimensional effects with both foreground and background. Employing the cut and paste routine again, in this case, also allows the artist to animate a picture, the Paint Box providing the complete creative tool to free his imagination.

In fact, Quantel's Paint Box, opens the door to a whole world of animation effects. It's perfect colour matching promotes superb cell animation. But it's sheer power also provides marvellous computer-assisted animation, allowing, for example, oil barrels on a graphic to grow, ships to sail and our squirrel to stroll through the woods munching nuts! Naturally the artist is also always free to produce frame-by-frame animation directly on the Paint Box.

EKC 001018482
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

### complete picture library - Quantel's Paint Box

Since the graphic artist normally needs to access a number of different pictures during his work, Quantel has included a picture Library with the Paint Box to provide a fund of pictures. This comprises a Winchester disc drive, which is able to store a combination of some 200 pictures, parts of pictures, stencils, cut-outs and artists' palettes. Pictures can also be transferred to floppy disc, on a one picture per disc basis, for longer term storage. Being digital pictures, these are recalled to the screen in perfect condition.

Selecting the library mode brings up the appropriate menu with its Browse 'key', keyboard and message area. Using the stylus, the artist can touch the browse key to view the contents of the library in groups of 12 pictures. At any time he can touch a picture of his choice, via the tablet, to call it up to full screen size. Alternatively, he can search by title and the Paint Box then provides a list of pictures, whose titles include the key word entered. The artist simply touches the relevant title to obtain that picture.

As soon as the picture appears on the canvas it is ready to be worked on by the artist. Having progressed with the picture or made some alterations or another composite, the new picture can itself be saved away to another library file. On Quantel's Paint Box, pictures can be saved at any time, giving the artist confidence to try several effects without the worry of destroying valuable original work.

The Paint Box library can be extended by adding Quantel's DLS 6001 Digital Library System, either connected directly to the Paint Box via a digital link or by video input. This also provides full, on-air presentation facilities.

Quantel Limited adheres to a policy of continual product advancement and reserves the right to alter specifications without notice.

409/43

EKC 001018483
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

QHS 1152

# BROADCAST engineering

The journal of broadcast technology

March 1982 • Volume 24 • No. 3



VOL 24
ISS 3
M R
1982

6  FCC update

8  News

12  Associations

18  Caption contest

**1982 NAB CONVENTION SPECIAL**
22  The Sky's the Limit
    By the NAB staff
    Introduction by Bill Rhodes, editorial director

34  NAB-'82/Dallas product directory

82  NAB-'82/Dallas exhibits roundup

188  NAB late exhibitor roundup

**OTHER FEATURES**
202  Audio switching systems: Past, present and future
     By Mike Palmer, Arrakis Systems, Fort Collins, CO

220  Real time subtitles for TV
     By Bill Hawkins, head, Recording Section, Designs Department, BBC, London

226  Problem solving: Stereo tape cartridge phasing
     By Dave Howe, president, Howe Audio Production, Boulder, CO

238  Field report: Spectra Sonics bandpass filter and oscillator
     By Brad Dick, director of engineering, KANU/KFKU, Lawrence, KS

246  TV studio lighting systems
     By Robert Nissen, vice president, Hubert Wilke Inc., New York

**STATION-TO-STATION**
270  Central Dynamics VA 2035 Video DA
     By Edgar Lee Howard, Supervisor, Special Projects, WOSU-TV, Columbus, OH

272  New products

278  Calendar

280  Mark your calendar

282  Business

294  People

296  Index

298  Classified ads

*Copyright 1982, by Intertec Publishing Corporation All rights reserved. Photocopy rights. Permission to photocopy for internal or personal use is granted by Intertec Publishing Corp. for libraries and other registered with Copyright Clearance Center (CCC), provided the base fee of $2.00 per copy of article is paid directly to CCC, 21 Congress St., Salem, MA 01970. Special requests should be addressed to Cameron Bishop, publisher.

ISSN 0007-1994.

BROADCAST ENGINEERING (USPS 338-130) is published monthly by Intertec Publishing Corporation, 9221 Quivira Road, P.O. Box 12901, Overland Park, KS 66212-9981. Postmaster, return form 3579 to the above address.

THE COVER this month is adapted from NAB brochures promoting the organization's 60th annual convention and international exposition. The convention's theme is "The Sky's the Limit"...in radio...in television...in engineering...in new technologies...and in government regulations. NAB-'82 will help broadcasters make the transition as new developments in technology and changes in regulations reshape the traditional roles of managers and engineers in broadcast stations.

The cover artwork was copied and reproduced here with the permission of NAB. Special recognition goes to artist Lynne Komai, Watermark Design, Alexandria, VA, for creating the art in cooperation with the NAB.

**NAB-'82/Dallas**
• Broadcasters' main convention
• Dallas Convention Center, April 4-7, 1982

**NAB CONVENTION GUIDE**
Most of this issue is devoted to pre-show coverage of NAB-'82/Dallas. Extensive research went into compiling data from manufacturers exhibiting at this year's convention to make our exclusive coverage as detailed and complete as possible. The results, in terms of articles and special sections, can be seen in the contents listing to the left. This special coverage will help attendees plan for the show or make it easy to obtain data on new products for those who cannot make it to Dallas. In any event, look for BE's extensive show wrap-up in the June issue.

**NEXT MONTH** our issue will include:
• Audio technology—Radio sound quality
• SMPTE Winter Conference highlights
• INTV Conference highlights
• Special cable engineering demographics

# calendar

**April 2-3**

The International Association of Satellite Users (IASU) Second Annual SATCOM Conference will be held at the Hyatt Regency Hotel at Reunion in Dallas, TX. This conference, which precedes the National Association of Broadcasters Conference that opens April 4, will feature programs by experts and opinion leaders that will interest satellite users.

SATCOM '82 will bring the realities of new satellite application advances to the forefront. Topics include direct broadcast satellites, interconnection of satellites and interactive cable systems, assessments of teleconferencing, enhanced broadcast station services, training and educational applications to military, business and medicine.

**April 4-7**

Dallas will be the site of the 60th Annual National Association of Broadcasters Convention. The convention will feature radio seminars, discussions of TV trends, demonstrations of innovations in television, exhibits, and a spouse program. Glen Campbell will perform on Sunday, April 4 and Jonathan Winters will appear on Wednesday, April 7. For more information, contact NAB, Convention Information, 1771 N. St. NW, Washington, DC 20036.

**April 20-23**

The Institution of Electronic and Radio Engineers will hold its Fourth International Conference on Video and Data Recording at the University of Southampton, Southampton, England. Aimed at engineers and physicists in manufacturing and user industries and universities, 45 papers will be presented in four days by authors from France, Germany, Italy, Japan, The Netherlands, United Kingdom and the United States.

A feature of the conference will be a forum on digital standards. Seven manufacturers and broadcasters from Europe, the United States and Japan will put forward their own positions. The speakers and audience will then take part in an open debate. A trade exhibition will be held in conjunction with the conference. Co-sponsors of the conference are the AES, IEE, IEEE, IoP, RTS and SMPTE. More details and registration forms are available from the Conference Registrar, IERE, 99 Gower St., London WC1E 6AZ.

**April 29-May 1**

The 1982 Electronic Distribution Show and Conference will be held in the New Orleans Hilton Hotel in New Orleans, LA. The conference will encompass the Electronic Distribution Show trade exhibits, the EDS '82 Industrial Distribution Conference, and the Third Annual National Sound and Electronic Systems Conference (NSESC). The NSESC encompasses the EDS exhibits as well as marketing and technical sessions for contractors sponsored by the National Sound and Communications Association in conjunction with the Show Corporation.

The National Electronic Distributors Association will conduct industry seminars in conjunction with EDS. NEDA's activities will begin with an "Outlook" program on the future of industrial distribution during the afternoon of Wednesday, April 28, the day before the show opens. Concurrent programs for distribution management will be conducted each show morning from 8:30 to 9:45 a.m. In addition, NEDA will conduct a separate educational program for distributor middle management personnel (sales and purchasing) from 12:45 to 2 p.m. Friday.

For more information, contact David L. Fisher, executive vice president, Electronic Industry Show Corporation, 222 S. Riverside Plaza, Suite 1606, Chicago, IL 60606; (312) 648-1140.

**May 3-5**

"Cable Delivers!" will be the theme at the National Cable Television Association 31st Annual Convention and Exposition in Las Vegas, NV. Exhibit hours at the convention will be increased 24% from last year. In addition to hundreds of exhibits planned for the convention at the Las Vegas Convention Center, there will be dozens of panels featuring technical, management and programming discussions. Daily luncheons will include guest speakers on topics vital to the cable industry.

Exhibits featuring cable programming and hardware will open with a special ceremony at 11 a.m. on May 3 and close at 6 p.m. that day. They will be open from 8 a.m. to 6 p.m. May 4 and 5. A reception and sneak preview of exhibits is set for Sunday evening, May 2.

A dinner dance and national awards presentation will conclude the convention on May 5. Early registration will begin on May 1. Reservation forms are available from Trade Associates Inc., 4701 Willard Ave., Suite 105, Chevy Chase, MD 20815-4697. Space reservations cannot be made by telephone.

**May 3-6**

Video '82, Program International will be held in Berlin in the form of a congress with an exhibition and music market. It will deal with questions and problems concerning video software and is intended particularly for the specialist trade. The International Music Market Seminar Berlin 1981, which took place in September 1981, will be continued within the framework of this event.

**May 8**

The Chicago section of SMPTE will hold its Seventh Annual All Day Meeting at the Ramada O'Hare Inn in Chicago. This meeting will feature presentations on film and related technologies. Last year's program contained presentations on new film stocks, power sources for location lighting, super-16mm production, color dye stability and the interface of film and video.

Planning for the program is in progress. Those interested in submitting papers for consideration should contact: Program Chairman, Kenneth R. Knaus, Eastman Kodak Company, 1901 W. 22nd St., Oak Brook, IL 60521; or Publicity Chairman, Edward Blasko at the same address.

**June 4-6**

The forthcoming premier AES conference, titled "The New World of Digital Audio," will be held at the Rye Town Hilton, Rye, NY. The areas to be included as follows: an overview on the present state-of-the-art; the digital disc; high density magnetic recording; high density optical recording; digital data protection; digital data preservation; error correction encoding and transcoding; and digital music. Also, planned participation by experts in the field of the digital disc from Europe

B-044

EKC 000142016

April 2, 1982   BACK STAGE

# Quantel Gives NY Preview of NAB Display

MCI/Quantel gave a preview in New York last week of the equipment they'll be bringing to the NAB.

As a means of supporting its video customers, Quantel moves into the digital audio field with the introduction of its DAS 175 Digital Audio Synchronizer. It is a delay system designed to compensate for video delays introduced by the use of framestore products. Two video feeds are passed through the DAS 175: one is the input video to the framestore device to be compensated for; the other is either the output video or reference locking video from the safe framestore. The DAS 175 contains two sync separation circuits that measure the difference between the two feeds, using this signal to control the delay. It is this concept that allows the DAS 175 to be used with any manufacturer's synchronizer. Sophisticated processing within the machine allows correct up sync to be maintained through hot cuts and synchronization crossovers.

Also headed for Dallas is Quantel's DPB 7000 Digital Paint Box, first shown at last year's NAB. The Paint Box is a multifaceted tool able to fulfill all the requirements of the graphics studio: creating fine art free-hand drawing of quite breathtaking fidelity; retouching real video pictures; offering standard graphic routines for 'painting by numbers'; providing superb quality fonts for character generation; containing its own library of pictures; allowing composition of graphics by the assembly of several different pictures; graphic primitives; repositioning, re-sizing and re-orienting those pictures; producing soft blending of images; building stencils; and allowing animation of portions of the pic-

tures. Apart from the absence of a large computer, at first sight the DPB 7000 paint box hardware appears just like a first-generation paint system. There is a touch tablet on which to draw with a stylus, a screen to observe the results, a small box of electronics doing the work, and a Winchester disk storing a library of pictures.

Quantel also demonstrated Mirage, an effects machine that the company's director, Richard Taylor, refers to as "the ultimate illusion." Among the machine's capabilities: absolute fidelity of normal and manipulated picture; pictures can be compressed, enlarged, tumbled, spun and split; images may be rotated and put into perspective; pictures can be rolled up the rotation of a cylinder at any perspective so the viewer can look down it or see it at an angle; genuine page turns; swirl a picture like a whirlpool; transcends digital effects and enters the world of animation.

EKC 001003576
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

238



# audio visual

June 1982 No126 £1.20

## TV ART
## VIDEO IN TEXAS



## LASER PROJECTION
## ROOMS FOR MANOEUVRES

B-046

EKC 001003766
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION

The T.T.V. organisation offers completely unbiased advice, Technical Design and Support, Huge Stocks, Keenest Prices and above all else, the finest team of video experts in the business offering unrivalled expertise in every department. Here are some of the varied activities we have been involved in recently. We welcome your enquiries and guarantee you complete satisfaction.



## A NON-STOCK ITEM

We illustrate a purpose built, tailor made six machine editing copying system recently supplied to a government dept. Our customer kindly wrote "I thought you would like to know that we are very pleased with the operation of the Six Bank Copier you have just delivered to us. Its flexibility, which was something of a headache for you is proving very useful to us. It has been a very happy working relationship between us and yourselves."



## AMERICAN EXPRESS GO VIDEO WITH WORLDWIDE NETWORK

TeleTape Video were recently awarded the International Video Network contract for American Express. T.T.V.'s vast experience in multi-standard worldwide systems proved invaluable in clinching the deal, in the face of keen international competition. Our experience in designing, shipping, installing and providing back-up worldwide video networks is second to none. Whether your branch is in Barnsley or Bangkok we can cope.

## SYSTEMS ENGINEERING

T.T.V. Systems Division recently handed over this standards converter system to a Middle East client as part of the Peacehawk programme. Our client said
"I want to put in writing our appreciation of the first class job that TeleTape Video have done on this system. It has been a real pleasure to work with Norman Hunter and his associates and their professionalism, dedication and flexibility are much appreciated.
I look forward to co-operating on many more projects in the future."







## TELETAPE VIDEO ANGLIA

T.T.V. have at their branch in East Anglia a team of specialists headed by Peter Noble providing all the same T.T.V. London based services to East Anglia, the Midlands and Northern England. In addition we have at Anglia full B.V.U. production facilities and can provide colour O.B., Editing, Telecine, Duplication, etc. We offer top quality production at the most economic cost. For help and advice on any requirement contact Peter Noble on 0223 / 244082 and 247427.



## TeleTape Vic

B-047



*Send for your free copy of the 'TTV Brochure and Discount Tape Price List*

Head Office
12 Golden Square, London W1R 3AF.
1-434 3311 (10 lines). Telex: 28593 TTV UK G.
ape Video Anglia
House, 138 Hills Road,
ridge CB2 2NU. Tel. 0223 244082/247427. *For details: Circle 1 on Inquiry Card.*

EKC 001003767
CONTAINS CONFIDENTIAL
BUSINESS INFORMATION



Founder Member
of the Association
of Video Dealers