MARTIN A. HOLBROOK    March 10, 2006

1    which is a precisely zeroed position stencil to cut

2    it out of its new size with no further operation by

3    the user.

4        Q.    So what steps would you have to do in order

5    to invoke this stencil capability that you just

6    mentioned?

7        A.    In the menu, you simply have to -- when you

8    are applying the cut feature to recut your small,

9    newly sized cutout, you simply invoke the use

10    stencil feature.

11        Q.    Do you recall what precise menu choices you

12    have to invoke to do that?  I'm talking about NAB

13    '82 now.

14        A.    Well, I've basically already described

15    that.  In the paste section we are pasting, and we

16    are then sticking.  These are panels in the menu,

17    paste and stick.  Within select use stencil, we

18    select cut, and we define an area with a stylus that

19    we want to include.  If I'm saying use stencil, the

20    area that you've defined with the stylus will only,

21    in fact, cut the area defined by the stencil.  If

22    that sounds model, I'm sorry, but it's terribly

23    straightforward when you're using it.

24        Q.    Do you recall whether at NAB '82 you

53

MARTIN A. HOLBROOK    March 10, 2006

1    demonstrated the operation that we've just been

2    talking about, namely cutting out something from a

3    picture, reducing it, pasting it in, and then

4    recutting out the reduced-sized version of it and

5    saving it; was that step of operations demonstrated

6    at NAB '82?

7        A.    Endlessly, yes.  Every day, all day.

8        Q.    What do you recall?  Do you recall the

9    specific demonstration?

10       A.    Well, I recall the ball bearing, you know,

11   the idiot ball bearing demonstration which we used

12   on the hourly show.  I would have used in the

13   intervening periods, when talking to, in seminar, if

14   you'd like, to customers or potential customers, I

15   would have used maybe images that I had already

16   previously stored in the system or maybe live feed

17   from a camera which we had on the booth taking

18   pictures of the crowd, and so on.

19       Q.    Using the ball bearing as an example, are

20   you saying that you actually demonstrated saving a

21   reduced-sized ball bearing?

22       A.    Absolutely, yes.

23       Q.    What would be the purpose of demonstrating

24   that capability?

MARTIN A. HOLBROOK    March 10, 2006

1    Q.    Isn't the full-sized version the best

2    quality version available?

3         MR. SUMMERSGILL:    Objection.

4    A.    No, because the video quality remains the

5    same throughout.

6    Q.    Don't you lose information when you reduce

7    the size of the image?

8    A.    This is probably verge go on the technical

9    again.  The image, as it's created, using various

10   elements, will always have the resolution, if you

11   want to use that word, or the quality of the system

12   of television.

13   Q.    It place before you a document previously

14   marked as Taylor Exhibit 13.  Do you recognize this

15   document?

16   A.    Yes, I recognize it.

17   Q.    What is it?

18   A.    This is the Paint Box user guide.

19   Q.    Is this the document you mentioned you had

20   reviewed prior to this deposition?

21   A.    It is, yes.

22   Q.    On the second page there's a note that

23   says, "This guide is correct at January, 1983."  Do

24   you know whether there was an earlier version of a

67

MARTIN A. HOLBROOK    March 10, 2006

1    Paint Box user guide prior to January, 1983?

2        A.    This is the Paint Box user guide written by

3    me.   I worked on this document.   We started on this

4    document after NAB '82.

5        Q.    So is this the first version?

6        A.    This is the first version.

7        Q.    Earlier in Exhibit 1 there was a reference

8    to the weather channel being the first customer; do

9    you recall that?

10        A.    Yes.

11        Q.    Do you know when they actually received

12    delivery of their device, their Paint Box?

13        A.    I believe it was -- I believe it was

14    actually after NAB.   I think the order was before,

15    but I couldn't precisely tell you without the

16    documents.

17        Q.    Well, was there any sort of a user guide or

18    similar document provided to them when they first

19    got delivery of the Paint Box?

20            MR. SUMMERSGILL:   Objection.

21        A.    If there was, I'm not aware of it.

22        Q.    Do you know when this document would have

23    first been disseminated to anyone outside of

24    Quantel?

68

MARTIN A. HOLBROOK    March 10, 2006

1                    AFTERNOON SESSION

2      BY MR. BEAMER:

3          Q.    Good afternoon, Mr. Holbrook.

4          A.    Good afternoon.

5          Q.    Are you being compensated for your

6    appearance here today in any way?

7          A.    Financially?

8          Q.    Excuse me?

9          A.    Do you mean financially?

10         Q.    Yes.

11         A.    No, I'm not.

12         Q.    In any other way?

13         A.    No.   Regrettably no.

14         Q.    You have no arrangement with Kodak or its

15   counsel for consulting services or anything of that

16   nature?              .

17         A.    Nothing of that nature.

18         Q.    Do you have any understanding of whether

19   you might be called to testify at the trial in

20   December in this matter?

21              MR. SUMMERSGILL:   Objection to the extent

22   that you're calling for communications with us and

23   Mr. Holbrook.   You can answer that question, but I

24   caution you not to get into discussions between

                                                            82

MARTIN A. HOLBROOK    March 10, 2006

1      Q.    For your shorter hourly demos, did you

2   demonstrate the browsing of cutouts?

3      A.    Oh, yes, most certainly.

4      Q.    Did you demonstrate the saving of

5   reduced-sized cutouts?

6      A.    Yes.  It was a sequence.  You reduced the

7   size, you make it a cutout, you store it to the

8   disk, you can retrieve it by the browse or title.

9   All of that was demonstrated.

10     Q.    But you can't recall the specific nature of

11  the demo as to what image was being reduced or

12  saved; is that correct?  I'm talking now about the

13  hourly demo.

14         MR. SUMMERSGILL:   Objection.

15     A.    I mean, for the short demo, the hourly demo

16  we are talking, almost certainly the ball bearing

17  image.

18     Q.    So you're saying you saved the

19  reduced-sized ball bearing after you created the

20  image of the ball bearings orbiting one another?

21     A.    As a demonstration piece, yes.

22     Q.    In general, the term storing cutouts or

23  retrieving cutouts or browsing cutouts, that's not

24  necessarily referring to reduced-sized images, is

112

REDACTED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and<br>CHINON INDUSTRIES, INC., )<br><br>*Defendants.* ) | C.A. No. 04-1373 (KAJ) |

## INITIAL EXPERT REPORT OF RICHARD JOHN TAYLOR

I.    **Introduction**

1.    I have been retained as an expert in this litigation by counsel for Defendants, Eastman Kodak Company ("Kodak") and Altek Corporation ("Altek").

2.    I understand that Plaintiff Ampex Corporation ("Ampex") filed this lawsuit in October 2004 alleging infringement by Defendants of U.S. Patent No. 4,821,121 (the "'121 patent").

3.    In this report, I have been asked to summarize my expert opinion concerning whether the asserted claims (7, 8, 10-15) of the '121 patent are valid. I have also been asked to summarize my expert opinion concerning whether undisclosed prior art in Ampex's possession was cumulative to the information before the United States Patent and Trademark Office ("USPTO").

- 1 -

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

opinion that a combination of the DLS 6030 with the Paint Box would render the asserted claims obvious.

### 4. Combination with the AVA

169.    To the extent that Ampex argues that the DLS 6030 cannot meet the elements of the asserted claims, it would also have been obvious to one skilled in the art to combine the DLS 6030 with the Ampex AVA system to meet the elements of the asserted claims.  As discussed above, it was common to use graphic systems with electronic still stores in order to add greater storage capacity.  At Quantel, we used the DLS with the Paint Box for this purpose.

## REDACTED

To the extent a claim construction is adopted under which the DLS 6030 does not meet all of the elements of the asserted claims, it is my opinion that a combination of the DLS system with the AVA would render the asserted claims obvious.

### D. The Paint Box User Guide

#### 1. Overview

170.    The Paint Box User Guide is dated January 1983.  It was released and distributed publicly to Paint Box customers beginning in January 1983.  As a result, I understand that the Paint Box User Guide is prior art to the '121 patent.

171.    The Paint Box User Guide is the user guide for the Paint Box system that was developed between 1981 and 1982 and first sold in the United States to The Weather Channel in March 1982.

- 56 -

B-105

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

210.    I reserve the right to revise, supplement or amend my opinions in light of any additional information that I might receive after the date of this report including, but not limited to, rebuttal reports submitted by Ampex.

_Richard John Taylor_

Richard John Taylor

Dated:  March 24, 2006



REDACTED



REDACTED



REDACTED



**REDACTED**



REDACTED

REDACTED



REDACTED



REDACTED

**REDACTED**

VOLUME: I

PAGES: 1-146

EXHIBITS: 40-52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - x

AMPEX CORPORATION,

                Plaintiff,

   v.                            Civil Action

EASTMAN KODAK COMPANY, ALTEK     No. 04-1373-KAJ

CORPORATION and CHINON

INDUSTRIES, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - x

# CERTIFIED COPY

VIDEOTAPED DEPOSITION of RICHARD J. TAYLOR

April 28, 2006

9:38 a.m.

Ropes & Gray LLP

One International Place

Boston, Massachusetts

Reporter: Michael D. O'Connor, RPR



**LEGALINK**
A **WORDWAVE** COMPANY

**LegaLink San Francisco**
575 Market Street, 11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

RICHARD J. TAYLOR  April 28, 2006

| | | |
|---|---|---|
| 11:08:30 | 1 | the notion of saving a reduced-size image.  I see |
| 11:08:33 | 2 | many other aspects of cut and paste, but not that |
| 11:08:35 | 3 | one.  So I'm asking you whether you could point out |
| 11:08:38 | 4 | -- |
| 11:08:39 | 5 | A.    It's implicit through the whole document. |
| 11:08:41 | 6 | Q.    Okay. |
| 11:08:46 | 7 | MR. BEAMER:  The next document referred to |
| 11:08:49 | 8 | is EKC 001018471 to 83, and I would ask the reporter |
| 11:09:00 | 9 | to mark that as the next exhibit.  I've |
| 11:09:03 | 10 | inadvertently copied a note that I made, and so I |
| 11:09:05 | 11 | attempted to cross that out.  There's nothing too |
| 11:09:12 | 12 | secret about it, but I crossed it out because it's |
| 11:09:17 | 13 | not mart of the original document. |
| | 14 | (Document marked as Exhibit 48 |
| 11:09:35 | 15 | for identification) |
| 11:09:49 | 16 | Q.    Could you identify Exhibit 48? |
| 11:10:50 | 17 | A.    This is a draft of the marketing document |
| 11:10:53 | 18 | which was either a brochure or the basis of an |
| 11:10:57 | 19 | article, and I'm not sure which. |
| 11:11:01 | 20 | Q.    There is a handwritten date 10/3/82.  Is |
| 11:11:14 | 21 | that the date of this report? |
| 11:11:15 | 22 | A.    This is an English document, so that's an |
| 11:11:17 | 23 | English date.  So that would be the tenth of March, |
| 11:11:25 | 24 | 1982. |

**B-117**

146

1                          CERTIFICATE

2    Commonwealth of Massachusetts

3    Suffolk, ss.

4

5        I, Michael D. O'Connor, Registered Professional

6    Reporter and Notary Public in and for the

7    Commonwealth of Massachusetts, do hereby certify

8    that RICHARD J. TAYLOR, the witness whose deposition

9    is hereinbefore set forth, was duly sworn by me and

10   that such deposition is a true record of the

11   testimony given by the witness.

12       I further certify that I am neither related to

13   or employed by any of the parties in or counsel to

14   this action, nor am I financially interested in the

15   outcome of this action.

16       In witness whereof, I have hereunto set my hand

17   and seal this 28th day of April, 2006.

18

19                        *Michael D. O'Connor*

20                          Notary Public

21

22

23   My commission expires

24   November 7, 2008

Alan Cavallerano                                              05/03/2006

1                                                                  1

2        IN THE UNITED STATES DISTRICT COURT

3        FOR THE DISTRICT OF DELAWARE

4        ------------------------------------x

5        AMPEX CORPORATION,

6                        Plaintiff,

7             -against-          C.A. No.
                                 04-1371-KAJ

8        EASTMAN KODAK COMPANY, ALTEK
         CORPORATION and CHINON INDUSTRIES,

9        INC.,                         **CERTIFIED ORIGINAL
                                       LEGALINK BOSTON**

10                       Defendants.

11       ------------------------------------x

12                       May 3, 2006
                         9:08 a.m.

13

14          Videotaped Deposition of ALAN

15       CAVALLERANO, taken by Defendants,

16       pursuant to Notice, at the offices of

17       Wilmer Cutler Pickering Hale and Dorr

18       LLP, 399 Park Avenue, New York, New

19       York, before ERIC J. FINZ, a Shorthand

20       Reporter and Notary Public within and

21       for the State of New York.

22

23

24

25

                          **B-119**

129

| | |
|---|---|
| 56:28 | 1 |
| 11:56:36 | 2 |
| 11:56:38 | 3 |
| 11:56:43 | 4 |
| 11:56:48 | 5 |
| 11:56:54 | 6 |
| 11:56:57 | 7 |
| 11:56:59 | 8 |
| 11:57:02 | 9 |
| 11:57:04 | 10 |
| 11:57:06 | 11 |
| 11:57:07 | 12 |
| 1` 57:08 | 13 |
| 11:57:11 | 14 |
| 11:57:14 | 15 |
| 11:57:18 | 16 |
| 11:57:23 | 17 |
| 11:57:27 | 18 |
| 11:57:30 | 19 |
| 11:57:34 | 20 |
| 11:57:37 | 21 |
| 11:57:40 | 22 |
| 11:57:43 | 23 |
| 11:57:51 | 24 |
| | 25 |

ALAN CAVALLERANO

less relevant, because I don't know in

what particular area of relevancy.  I

think both products are products that

are related to the patent, and I'm

citing that the 6000 is exactly a still

store device.  And that's why I was

specifically citing that product.

Q.    Do you think the Quantel

Paint Box browse should have been

disclosed to the Patent Office during

prosecution of the '121 patent?

MR. BEAMER:  Objection;

vague and indefinite, overly broad.

A.    Well, I think that the Paint

Box browse indeed, we've already

established it's prior art to the '121

patent.  And in fact it's essentially,

it has the capabilities of figure 18

and 19 in the Taylor patent.  And

therefore a product that was already

considered during the prosecution of

the '121 patent, because it was a

product that was -- a product that was

already, its operations were already

Alan Cavallerano    05/03/2006

199

| | |
|---|---|
| 31:32 | 1 |
| 14:31:35 | 2 |
| 14:31:37 | 3 |
| 14:31:41 | 4 |
| 14:31:43 | 5 |
| 14:31:44 | 6 |
| 14:31:44 | 7 |
| 14:31:45 | 8 |
| 14:31:48 | 9 |
| 14:31:50 | 10 |
| 14:31:54 | 11 |
| 14:31:57 | 12 |
| 1·32:00 | 13 |
| 14:32:03 | 14 |
| 14:32:03 | 15 |
| 14:32:04 | 16 |
| 14:32:09 | 17 |
| 14:32:11 | 18 |
| 14:32:12 | 19 |
| 14:32:13 | 20 |
| 14:32:17 | 21 |
| 14:32:18 | 22 |
| 14:32:21 | 23 |
| 14:32:22 | 24 |
| | 25 |

ALAN CAVALLERANO

expect that I would feel comfortable

qualifying myself as such.

    Q.    Do you agree that

Mr. Taylor is an expert on the Quantel

Paint Box?

    A.    Yes.

    MR. BEAMER:  Objection;

calls for speculation.

    Q.    Sir, I want to ask you some

questions about the Paint Box system as

sold and demonstrated in March, April

'82, that's the subject of Mr. Taylor's

expert report.  You are familiar with

that report?

    A.    Yes, I am.

    Q.    Would you agree that the

Paint Box could receive the video from

an external source?

    A.    Yes.

    Q.    Do you agree that the Paint

Box could receive video data

representing full size images?

    A.    Yes.

    Q.    Do you agree that the Paint

200

| | | |
|---|---|---|
| 32:25 | 1 | ALAN CAVALLERANO |
| 14:32:28 | 2 | Box had multiple frame stores? |
| 14:32:32 | 3 | A.    Yes.  I know that there were |
| 14:32:34 | 4 | multiple frame stores, yes, that's |
| 14:32:34 | 5 | correct. |
| 14:32:36 | 6 | Q.    And those frame stores were |
| 14:32:38 | 7 | implemented with random access memory; |
| 14:32:39 | 8 | correct? |
| 14:32:41 | 9 | A.    Yes, that would be typical |
| 14:32:44 | 10 | that a frame store would be implemented |
| 14:32:45 | 11 | that way. |
| 14:32:46 | 12 | Q.    And do you agree that |
| 1˙·32:48 | 13 | either of those frame stores could |
| 14:32:50 | 14 | store a full size image? |
| 14:32:52 | 15 | A.    Yes. |
| 14:32:54 | 16 | Q.    Do you agree that the Paint |
| 14:32:56 | 17 | Box had at least one disk? |
| 14:32:58 | 18 | A.    Yes, I'm aware of that. |
| 14:33:00 | 19 | Q.    And the disk could store |
| 14:33:01 | 20 | video images? |
| 14:33:03 | 21 | A.    Yes, I'm aware of that. |
| 14:33:05 | 22 | Q.    It could store full size |
| 14:33:07 | 23 | video images? |
| 14:33:09 | 24 | A.    Yes, it could store full |
| | 25 | size images. |

Alan Cavallerano                                    05/03/2006

202

| | | ALAN CAVALLERANO |
|---|---|---|
| 34:31 | 1 | |

14:34:37   2   then reside as one composite image.

14:34:39   3   That much I am aware of, yeah.

14:34:41   4        Q.   Let's put aside for a

14:34:42   5   moment what happens when you stick the

14:34:47   6   image down.  We will get to that.  Do

14:34:51   7   you agree that the Paint Box could

14:34:55   8   generate reduced size images?

14:34:56   9        MR. BEAMER:  Asked and

14:34:56   10  answered.

14:34:59   11       A.   Yes, as I stated, that's

14:34:59   12  correct.

35:01   13       Q.   Do you agree that the Paint

14:35:03   14  Box could automatically generate

14:35:05   15  reduced size images?

14:35:06   16       MR. BEAMER:  Objection;

14:35:07   17  vague.

14:35:11   18       A.   Well, automatically, under

14:35:13   19  control of a user going through a

14:35:17   20  series of steps.

14:35:19   21       Q.   Well, if the Paint Box

14:35:22   22  browse were used to browse full size

14:35:27   23  images stored on disk, didn't that

14:35:29   24  browse feature automatically generate

25  reduced size images?

ALAN CAVALLERANO

05/03/2006

204

| | |
|---|---|
| 36:58 | 1 |
| 14:37:03 | 2 |
| 14:37:05 | 3 |
| 14:37:07 | 4 |
| 14:37:09 | 5 |
| 14:37:10 | 6 |
| 14:37:14 | 7 |
| 14:37:15 | 8 |
| 14:37:21 | 9 |
| 14:37:23 | 10 |
| 14:37:27 | 11 |
| 14:37:30 | 12 |
| 1´ 37:30 | 13 |
| 14:37:32 | 14 |
| 14:37:34 | 15 |
| 14:37:36 | 16 |
| 14:37:37 | 17 |
| 14:37:38 | 18 |
| 14:37:40 | 19 |
| 14:37:43 | 20 |
| 14:37:46 | 21 |
| 14:37:49 | 22 |
| 14:37:52 | 23 |
| 14:37:52 | 24 |
| | 25 |

ALAN CAVALLERANO

Quantel Paint Box, when it browsed full
size images stored on disk, would
automatically generate reduced size
images; correct?

        MR. BEAMER:  Asked and
answered.

    A.    Yes.  And that in fact would
be what a normal browse for a, let's
say for a still store, that would be
the normal mode of browsing.  You would
invoke the browse and then that would
occur.

    Q.    So we both agree that the
Paint Box could automatically generate
reduced size images; correct?

        MR. BEAMER:  Asked and
answered.

    A.    Yes.  As I stated, it can
reduce -- it can provide and generate
reduced size images, taking images,
full size images off the disk and
putting them into the output frame
store.

    Q.    And the Paint Box could

206

ALAN CAVALLERANO

generate a reduced size image that was
a small version of the full size image?

THE WITNESS:  I'm sorry,
could you please read back the
question.

(Record read as requested.)

A.    Well, as we've already
discussed for the browse screen, we
know that the full size image stored on
disk can go through the size reducer
and that that resulting reduced size
image then becomes a part of a browse
screen.  And that that's a reduced size
image that the Paint Box is able to
create that way.

Q.    Right.  So we both agree
that the Paint Box could use its size
reducer to generate a reduced size
image; correct?

A.    Yes, in the way that -- in
the way that I've described, yes.

Q.    And that reduced size image
could be stored in either of the frame
stores; correct?

05/03/2006

207

ALAN CAVALLERANO

| 41:18 | 1 |
| 14:41:20 | 2 |

MR. BEAMER:  Objection.

A.    That reduced sized image most certainly could be stored in the output frame store.  And it's temporarily present in the second frame store.

Q.    And that reduced size image could be stored in the random access memory of the Paint Box; correct?

A.    Yes, that's correct, the frame store is the random access memory.

Q.    And the reduced size image could be stored in one frame store while a full size image was in the other frame store; correct?

MR. BEAMER:  Objection; vague.

A.    When we say stored, it's stored temporarily so that it can then be stuck on to the output frame store.

Q.    But regardless of whether in your opinion it's temporary or not, you agree that the Paint Box could

209

ALAN CAVALLERANO

```
 44:02      1
14:44:04    2    anything at all can be in two separate
14:44:07    3    frame stores, nothing is necessarily
14:44:12    4    precluding that.  But it's a matter of
14:44:19    5    the entire operation and how that
14:44:23    6    reduced size image got there, that's of
14:44:25    7    significance to me with regard to my
14:44:27    8    analysis of that.
14:44:29    9         Q.    But you agree, sir, do you
14:44:31   10    not, that the Paint Box could
14:44:35   11    simultaneously store one full size
14:44:37   12    image and one reduced size image in its
1  44:40   13    frame stores simultaneously; correct?
14:44:41   14              MR. BEAMER:  Asked and
14:44:42   15    answered.
14:44:43   16              MR. SUMMERSGILL:  Strike
14:44:46   17    that.  Because I said simultaneously
14:44:48   18    twice.  Let me try it again.
14:44:49   19              THE WITNESS:  Okay.
14:44:50   20         Q.    You agree, sir, do you not,
14:44:52   21    that the Paint Box could store a full
14:44:55   22    size image and a reduced size image in
14:44:57   23    its frame stores simultaneously;
14:44:58   24    correct?
           25              MR. BEAMER:  Asked and
```

Alan Cavallerano

210

| Time | Line | |
|------|------|---|
| 44:59 | 1 | ALAN CAVALLERANO |
| 14:45:02 | 2 | answered, vague. |
| 14:45:06 | 3 | A.    As I've stated, through a |
| 14:45:08 | 4 | particular series of steps, it's |
| 14:45:11 | 5 | possible to have the reduced size image |
| 14:45:14 | 6 | temporarily in one frame store.  And |
| 14:45:18 | 7 | the full size counterpart present in |
| 14:45:22 | 8 | the other, the display frame store. |
| 14:45:23 | 9 | Q.    Now, do you agree that the |
| 14:45:25 | 10 | Paint Box could output images from disk |
| 14:45:27 | 11 | to its frame stores? |
| 14:45:31 | 12 | A.    Yes. |
| 45:34 | 13 | Q.    And it could output full |
| 14:45:35 | 14 | size images? |
| 14:45:36 | 15 | A.    Yes, that's correct. |
| 14:45:40 | 16 | Q.    And it could output images |
| 14:45:43 | 17 | from disk upon a user's command? |
| 14:45:46 | 18 | A.    Yes, I believe that's |
| 14:45:46 | 19 | correct. |
| 14:45:56 | 20 | Q.    Do you agree that the Paint |
| 14:45:59 | 21 | Box frame stores had input ports? |
| 14:45:59 | 22 | A.    Yes. |
| 14:46:01 | 23 | Q.    Do you agree that the Paint |
| 14:46:04 | 24 | Box frame stores had separate output |
| | 25. | ports? |

219

| | | ALAN CAVALLERANO |
|---|---|---|
| 56:39 | 1 | |
| 14:56:48 | 2 | we know that -- I'm sorry, we were |
| 14:56:50 | 3 | talking about going from the disk to |
| 14:56:52 | 4 | the random access memory? |
| 14:56:53 | 5 | **Q.    I was asking you about the** |
| 14:56:56 | 6 | **transfer from size reducer to random** |
| 14:57:02 | 7 | **access memory.** |
| 14:57:04 | 8 | A.    Yes, we know that, as in the |
| 14:57:12 | 9 | case of the figure 19 in the -- I just |
| 14:57:14 | 10 | want to make sure, I'm just looking at |
| 14:57:20 | 11 | the figure.  Figure 18.  We know that |
| 14:57:23 | 12 | we have a direct transfer from -- this |
| 14:57:25 | 13 | is in the '776 patent, of the size |
| 14:57:29 | 14 | reducer to the random access memory at |
| 14:57:30 | 15 | the frame store, yes, that's correct. |
| 14:57:32 | 16 | **Q.    So do you agree that the** |
| 14:57:34 | 17 | **Quantel Paint Box could transfer images** |
| 14:57:38 | 18 | **directly from the size reducer to the** |
| 14:57:39 | 19 | **random access memory?** |
| 14:57:40 | 20 | A.    Yes, that's correct. |
| 14:57:41 | 21 | **Q.    And do you agree that the** |
| 14:57:43 | 22 | **Paint Box could transfer images** |
| 14:57:48 | 23 | **directly from the disk to random access** |
| 14:57:49 | 24 | **memory?** |
| | 25 | MR. BEAMER:  Read that back, |

222

ALAN CAVALLERANO

15:00:17  1

15:00:18  2  that the Paint Box filter card

15:00:21  3  contained random access memory?

15:00:21  4           MR. BEAMER:  Objection;

15:00:22  5  vague.

15:00:24  6      A.    I believe it did.  I would

15:00:27  7  need to look at the manual to be sure

15:00:31  8  that that's the type of memory that it

15:00:31  9  had.

15:00:35  10     Q.    Was the transfer from disk

15:00:38  11  to the random access memory of the

15:00:41  12  filter card a direct transfer?

15:00:45  13     A.    It's my understanding that

15:00:49  14  it would be.

15:00:53  15     Q.    Now, the Paint Box frame

15:00:57  16  store could also output video images

15:00:59  17  for display on the Paint Box frame

15:01:00  18  store; correct?

15:01:01  19     A.    Yes, that's right.

15:01:04  20     Q.    The Paint Box with the use

15:01:08  21  of its combiner, could access a reduced

15:01:10  22  size image stored at one frame store

15:01:13  23  and a full size image stored at another

15:01:21  24  frame store simultaneously; correct?

          25           THE WITNESS:  I'm sorry,

Alan Cavallerano                                05/03/2006

228

| 07:40 | 1 |

**ALAN CAVALLERANO**

15:07:44   2   access one reduced size image and one

15:07:46   3   full size image simultaneously;

15:07:54   4   correct?

15:07:56   5          A.    Yes, as I would expect.

15:07:57   6          Q.    And you agree --

15:07:58   7                MR. BEAMER:  Are you done

15:07:59   8   with your answer?

15:08:00   9          A.    As I would expect for

15:08:03  10   products of this nature, it most

15:08:05  11   certainly would be possible to have,

15:08:08  12   and I would expect, some type of a

15:08:10  13   combiner circuit that would perform

15:08:12  14   that type of an operation.

15:08:15  15          Q.    So that was well known in

15:08:15  16   the art?

15:08:17  17          A.    Yes, that was well known in

15:08:17  18   the art.

15:08:19  19          Q.    Now, you agree that the

15:08:21  20   Paint Box had a browse feature.

15:08:24  21          A.    Yes, I'm familiar with that.

15:08:25  22          Q.    And you agree that the

15:08:27  23   Paint Box could store multiple reduced

15:08:31  24   size images in random access memory?

25                MR. BEAMER:  Read that back,

229

| | |
|---|---|
| 08:32 | 1 |
| 15:08:42 | 2 |
| 15:08:42 | 3 |
| 15:08:44 | 4 |
| 15:08:46 | 5 |
| 15:08:49 | 6 |
| 15:08:52 | 7 |
| 15:08:55 | 8 |
| 15:08:59 | 9 |
| 15:09:02 | 10 |
| 15:09:08 | 11 |
| 15:09:10 | 12 |
| 15:09:12 | 13 |
| 15:09:14 | 14 |
| 15:09:15 | 15 |
| 15:09:15 | 16 |
| 15:09:16 | 17 |
| 15:09:20 | 18 |
| 15:09:31 | 19 |
| 15:09:33 | 20 |
| 15:09:35 | 21 |
| 15:09:38 | 22 |
| 15:09:40 | 23 |
| 15:09:42 | 24 |
| | 25 |

ALAN CAVALLERANO

please.

(Record read as requested.)

A.    Yes, as we went over a little while earlier, it was possible to pull up full size images from the disk, have them go through the filter card and size reducer, and have those reduced sized images reside in an appropriate spot in the random access memory, to create a browse screen.

Q.    So you agree that Paint Box could store multiple reduced size images in random access memory; correct?

A.    Yes, that's correct.

Q.    And do you also agree that the Paint Box could display a mosaic of reduced size images?

A.    The -- well, I would call that, what I was just describing right now, this array of reduced size images for the browse, that would be to one skilled in the art, one would call that a mosaic.  So yes.

267

| | |
|---|---|
| 09:35 | 1 |
| 16:09:36 | 2 |
| 16:09:38 | 3 |
| 16:09:41 | 4 |
| 16:09:45 | 5 |
| 16:09:47 | 6 |
| 16:09:51 | 7 |
| 16:09:53 | 8 |
| 16:09:59 | 9 |
| 16:10:02 | 10 |
| 16:10:08 | 11 |
| 16:10:11 | 12 |
| 10:13 | 13 |
| 16:10:16 | 14 |
| 16:10:18 | 15 |
| 16:10:19 | 16 |
| 16:10:21 | 17 |
| 16:10:26 | 18 |
| 16:10:31 | 19 |
| 16:10:33 | 20 |
| 16:10:35 | 21 |
| 16:10:38 | 22 |
| 16:10:40 | 23 |
| 16:10:44 | 24 |
| | 25 |

ALAN CAVALLERANO

Q.    Sir, before the break you
were describing the process by which an
operator using the Paint Box could put
a rectangle around the reduced size
image in the frame store and save only
the pixels corresponding to that image
to disk; is that correct?

A.    I was referring to using the
rectangle function to select those
pixels which were from the -- which
were from the full size image which was
reduced and stuck on to the full size
image to create a new composite full
size image and using the rectangle
function for that operation, yes.

Q.    When the operator places
the rectangle over the pixels that
represent the reduced size image, or
what you call part of the full size
image, only the pixels within that
rectangle are saved to disk; correct?

MR. BEAMER:  Objection.

A.    That's my understanding.

Q.    So assuming that you

268

| | | |
|---|---|---|
| 10:47 | 1 | ALAN CAVALLERANO |
| 16:10:50 | 2 | generated a reduced size image using |
| 16:10:54 | 3 | the '121 patent that started on disk, |
| 16:10:56 | 4 | then assuming you've taken the same |
| 16:11:00 | 5 | full size image and generated a reduced |
| 16:11:02 | 6 | size image on the Paint Box and used |
| 16:11:05 | 7 | the rectangle function to store the |
| 16:11:07 | 8 | pixels corresponding to that image to |
| 16:11:11 | 9 | the disk, at that point is there any |
| 16:11:14 | 10 | difference between the pixels of the |
| 16:11:19 | 11 | reduced sized image in the '121 system |
| 16:11:22 | 12 | disk versus the pixels of the reduced |
| 11:25 | 13 | sized image on a Paint Box disk? |
| 16:11:26 | 14 | MR. BEAMER: Objection; |
| 16:11:32 | 15 | incomplete hypothetical. |
| 16:11:34 | 16 | A. Well, again, if we're |
| 16:11:37 | 17 | focusing on strictly the pixel data and |
| 16:11:40 | 18 | not the process that got us there, and |
| 16:11:45 | 19 | if I were to also disregard the |
| 16:11:48 | 20 | potential that the rectangle did not |
| 16:11:51 | 21 | exactly register over what you're |
| 16:11:53 | 22 | calling the reduced sized image and |
| 16:11:56 | 23 | what I'm calling certain pixel values |
| 16:11:59 | 24 | within the full size image, there is no |
| | 25 | reason for me to believe that there |

ALAN CAVALLERANO

16:12:03  2   would be any difference or significant

16:12:07  3   difference, other than as well what we

16:12:10  4   had already discussed about the quality

16:12:13  5   or operations within the size reducer,

16:12:15  6   as to how it actually performed that

16:12:19  7   generation of the reduced sized image.

16:12:22  8        Q.    So putting aside how you --

16:12:23  9   strike that.

16:12:25  10           Putting aside how an

16:12:27  11  operator got to this point, a reduced

16:12:29  12  sized image stored on the Paint Box

16:12:32  13  disk is the same as a reduced sized

16:12:34  14  image stored on the '121 system disk;

16:12:35  15  is that correct?

16:12:36  16           MR. BEAMER:  Objection;

16:12:38  17  asked and answered.

16:12:40  18       A.    As I've stated, that is

16:12:45  19  correct.  I would not particularly

16:12:48  20  characterize what's being stored in the

16:12:50  21  disk of the Paint Box as being a

16:12:53  22  reduced size image.  But if I were to

16:12:56  23  do a comparison of that particular

16:13:00  24  cutout that's stored on the disk of the

25  Paint Box and compare it to the actual

270

```
 13:05     1              ALAN CAVALLERANO
16:13:08   2   reduced size image that would be
16:13:11   3   resulting from the '121 patent, I would
16:13:14   4   expect those pixel values to correlate.
16:13:17   5       Q.    Now, you mentioned the
16:13:20   6   possibility that the operator in
16:13:23   7   placing the rectangle function over the
16:13:27   8   reduced size image could miss and
16:13:30   9   capture additional pixels.  Do you
16:13:31  10   recall that?
16:13:32  11       A.    Yes, that's correct.
16:13:37  12       Q.    If the operator misses with
16:13:41  13   a rectangle and captures -- strike
16:13:41  14   that.
16:13:43  15            If the operator misses with
16:13:47  16   the rectangle and slices out some of
16:13:51  17   the pixels of that reduced size image
16:13:56  18   when he is storing that image to disk,
16:14:00  19   is it the same image as what's been
16:14:01  20   stored on the '121 disk?
16:14:02  21            MR. BEAMER:  Objection;
16:14:14  22   vague, incomplete hypothetical.
16:14:16  23       A.    I'm sorry, could you please
16:14:23  24   repeat the question?
          25       Q.    In paragraph 139 of your
```

308

| | |
|---|---|
| 00:18 | 1 |

ALAN CAVALLERANO

17:00:20    2        Q.    And the Paint Box could

17:00:25    3    reduce the size of those cutouts;

17:00:25    4    correct?

17:00:25    5        A.    That's correct.

17:00:27    6        Q.    And the Paint Box could

17:00:31    7    store those reduced size cutouts to

17:00:31    8    disk; correct?

17:00:34    9        MR. BEAMER:  Objection.

17:00:37   10        A.    The Paint Box could store

17:00:41   11    cutouts to disk.

17:00:42   12        Q.    And the Paint Box could

17:00:45   13    then browse cutouts that were stored on

17:00:46   14    disk; correct?

17:00:47   15        A.    Yes, that's correct.

17:00:49   16        Q.    And it could browse reduced

17:00:52   17    size cutouts that were stored on disk;

17:00:53   18    correct?

17:00:54   19        A.    Yes, that's my

17:01:01   20    understanding.

17:01:03   21        Well, when we say reduced

17:01:08   22    sized cutouts, though, what we're

17:01:14   23    talking about are cutouts.  They are

17:01:16   24    still cutouts.

       25        Q.    Well, cutouts can be

Alan Cavallerano                                    05/03/2006

309

| | | ALAN CAVALLERANO |
|---|---|---|
| 01:17 | 1 | |
| 17:01:19 | 2 | reduced in size; correct? |
| 17:01:20 | 3 | A.    Yes, it's my understanding |
| 17:01:22 | 4 | that you would be able to pull up a |
| 17:01:26 | 5 | cutout and manipulate it, for example, |
| 17:01:28 | 6 | reducing it in size. |
| 17:01:33 | 7 | Q.    And after you reduce it in |
| 17:01:36 | 8 | size, you can store that cutout to disk |
| 17:01:38 | 9 | on the Paint Box; correct? |
| 17:01:40 | 10 | A.    That's my understanding, |
| 17:01:40 | 11 | yes. |
| 17:01:43 | 12 | Q.    And then using the Paint |
| 1:01:45 | 13 | Box browse function, you can browse |
| 17:01:47 | 14 | through cutouts that are stored on |
| 17:01:48 | 15 | disk; correct? |
| 17:01:50 | 16 | A.    Yes, that's correct. |
| 17:01:53 | 17 | Q.    And that's set forth in the |
| 17:01:59 | 18 | Paint Box manual guide; correct? |
| 17:01:59 | 19 | Strike that. |
| 17:02:00 | 20 | That's set forth in the |
| 17:02:02 | 21 | Paint Box user guide; correct? |
| 17:02:04 | 22 | A.    Yes, I have reviewed that |
| 17:02:07 | 23 | document, I believe that -- I know that |
| 17:02:15 | 24 | that is correct, yes. |
| | 25 | Q.    And as far as you know, the |

318

ALAN CAVALLERANO

| | |
|---|---|
| J  12:05 | 1 |

pulling off the amount of data for

17:12:09  2  these individual pieces.

17:12:14  4      Q.    **So one of the reasons the**

17:12:20  5  **Paint Box browse cutouts is faster than**

17:12:22  6  **the Paint Box browse of full size**

17:12:24  7  **images, is because the cutouts contain**

17:12:27  8  **less data than the full size images;**

17:12:34  9  **correct?**

17:12:35  10     A.    Yes.  Because again, what

17:12:37  11 bogs down the system is needing to pull

17:12:39  12 off the full size image.  And in fact

1⁻ 12:43  13 that's what is such a benefit of the

17:12:45  14 '121 system, where you don't need to be

17:12:47  15 able -- where you don't need to pull

17:12:50  16 off the full size image and send it

17:12:59  17 through the size reducer each time.

17:13:02  18     Q.    **Now, you agree that the**

17:13:05  19 **demonstration that Mr. Taylor showed on**

17:13:08  20 **his videotape could actually be done on**

17:13:10  21 **the Quantel Paint Box; correct?**

17:13:13  22     A.    I have no reason to think

17:13:17  23 that an operator couldn't set up the

17:13:23  24 steps to be able to create that -- to

25 be able to create that effect.

Alan Cavallerano

319

|         |    |                                              |
|---------|----|----------------------------------------------|
| 14:05   | 1  | ALAN CAVALLERANO                             |
| 17:14:06 | 2  | Q.    Now, when the Paint Box               |
| 17:14:10 | 3  | browses full size images, the operator      |
| 17:14:17 | 4  | can then select one of the resulting        |
| 17:14:20 | 5  | reduced size images in the browse in        |
| 17:14:22 | 6  | order to obtain the full size image;        |
| 17:14:24 | 7  | correct?                                     |
| 17:14:30 | 8  | A.    We are talking about for the          |
| 17:14:30 | 9  | Paint Box?                                    |
| 17:14:33 | 10 | Q.    Yes.                                   |
| 17:14:35 | 11 | A.    Yes, that's correct.                   |
| 17:14:44 | 12 | Q.    So in the Paint Box, when             |
| 17:14:48 | 13 | an operator selects a reduced size          |
| 17:14:50 | 14 | image in the browse in order to obtain      |
| 17:14:53 | 15 | a full size image corresponding to that     |
| 17:14:57 | 16 | reduced size image, is there a working      |
| 17:14:59 | 17 | relationship between the browsed image      |
| 17:15:03 | 18 | and its corresponding full sized image?     |
| 17:15:06 | 19 | A.    For that moment in time,              |
| 17:15:09 | 20 | yes.  Because the full size image went      |
| 17:15:12 | 21 | through -- went through the size             |
| 17:15:17 | 22 | reducer and a browse screen was             |
| 17:15:23 | 23 | created.  And then there would be a way     |
| 17:15:28 | 24 | to go from the reduced sized image          |
|         | 25 | that's in the browse screen to, back to     |

320

| | | ALAN CAVALLERANO |
|---|---|---|
| 15:30 | 1 | |
| 17:15:33 | 2 | the full sized image.  And of course |
| 17:15:34 | 3 | that's really what the prior art |
| 17:15:36 | 4 | systems all allowed you to do that, |
| 17:15:40 | 5 | otherwise the notion of browsing really |
| 17:15:43 | 6 | wouldn't -- it wouldn't work, because |
| 17:15:46 | 7 | then you wouldn't be -- you wouldn't be |
| 17:15:47 | 8 | browsing. |
| 17:15:49 | 9 | Q.    Now, sir, we talked earlier |
| 17:15:54 | 10 | about the embodiment of, Mr. Beaulier's |
| 17:15:56 | 11 | embodiment of the '121 system, which |
| 17:16:00 | 12 | was the ESS-3 system.  Do you recall |
| 17:16:01 | 13 | that? |
| 17:16:10 | 14 | A.    I'm not sure when we |
| 17:16:11 | 15 | discussed that.  Sorry. |
| 17:16:13 | 16 | Q.    Fair enough.  We may not |
| 17:16:17 | 17 | have used the term ESS-3. |
| 17:16:26 | 18 | The system designed by |
| 17:16:28 | 19 | Mr. Beaulier, in your expert opinion, |
| 17:16:29 | 20 | maintained a relationship between full |
| 17:16:33 | 21 | and reduced size images by assigning a |
| 17:16:36 | 22 | number to the reduced size image that |
| 17:16:37 | 23 | correlated with the number assigned to |
| 17:16:40 | 24 | the full size image; correct? |
| | 25 | A.    In a particular example, one |

403

```
 1              ALAN CAVALLERANO

 2          C E R T I F I C A T E

 3   STATE OF NEW YORK    )

                          : ss.

 4   COUNTY OF NEW YORK   )

 5

 6      I, ERIC J. FINZ, a Shorthand

 7   Reporter and Notary Public within and

 8   for the State of New York, do hereby

 9   certify:

10      That ALAN CAVALLERANO, the witness

11   whose deposition is hereinbefore set

12   forth, was duly sworn by me and that

13   such deposition is a true record of the

14   testimony given by the witness.

15      I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I

18   am in no way interested in the outcome

19   of this matter.

20      IN WITNESS WHEREOF, I have hereunto

21   set my hand this _8_ day of

22   __May____, 2006.

23

24

25
```

CERTIFIED ORIGINAL
LEGALINK BOSTON

ERIC J. FINZ

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the Redacted Appendix to Defendants' Answering Brief to Plaintiff Ampex Corporation's Motion for Summary Judgment that the Quantel Paint Box is Not Prior Art Under 35 U.S.C. §102(a) and §102(b) with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899