

FIG. 3

0051305

- 1 -

## System for deleting picture information

The present invention relates to a deleting system of
picture information in a picture information file device
which is capable of recording picture information such as
5    a document and which is capable of retrieving and
outputting the recorded picture information as needed.

A conventional system for storing and retrieving a
document picture is known wherein pictures reduced in
scale are directly recorded on microfilms.  As an
10   improvement over this system, a picture information
file device has been proposed which uses a 2-dimension
scanning device utilizing photoelectric conversion
techniques with a laser beam or CCD elements.  This
2-dimension scanning device decomposes a document
15   picture into picture elements, converts the picture
elements into picture signals, and records the picture
signals on a magnetic recording medium at a high density.
This type of device also stores on the magnetic recording
medium picture information and a retrieval title
20   consisting of a retrieval code indicating a recording
position of the picture information and so on.  Therefore,
as the need arises, the retrieval code may be input to
retrieve the corresponding document picture as a hard
copy.

25   However, with this type of device, the retrieval
title and picture information must be deleted in order to

0051305

– 2 –

delete the picture information recorded on a magnetic
recording medium, resulting in inconvenience.  Recording
of new picture information in the deleted area also
requires complex procedure.

5          It is an object of the present invention to provide
a deleting system of picture information which eliminates
the drawbacks of the conventional systems and which
allows easy deletion of recorded picture information
and recording of new picture information in place of
10      the deleted picture information.

        In order to achieve the above object, there is
provided according to the present invention, a deleting
system for variable length picture information in a
picture information file device which stores picture
15      information and a retrieval title including a retrieval
code for retrieving the picture information, a track
number and a block number, a recording area for recording
the length of the picture information, and a delete
mark representing that the picture information is
20      deleted, and which outputs picture information corre-
sponding to an input retrieval code, including:

        (a)  a control information input device comprising
a keyboard having an abandon key for specifying abandon-
ment of the picture information, a record key for
25      specifying recording of the picture information, and a
delete key for specifying deletion of the picture
information;

        (b)  a 2-dimension scanning device which two-
dimensionally scans the picture information for photo-
30      electric conversion and outputs the photoelectrically
converted picture information;

        (c)  a magnetic tape device for recording the
photoelectrically converted picture information in an
area represented by the track number and the block
35      number on a magnetic tape;

        (d)  a display device for displaying picture
information recorded or to be recorded by said magnetic

B-125

0051305

- 3 -

tape device; and

(e)  a control device which has a programmable
microprocessor connected to said control information
input device, said 2-dimension scanning device, said
5    magnetic tape device and said display device, and which
includes a central processing unit for receiving input
signals for controlling the recording, abandonment and
deletion of the picture information, a read-only memory
device for storing permanent programs, and a random
10   access memory for storing data input by said control
information input device, said read-only memory device
storing the permanent programs having functions of said
central processing unit so that said control device may
perform specific functions according to the permanent
15   programs;

wherein said control information input device,
said 2-dimension scanning device, said display device
and said magnetic tape device are so controlled that a
delete mark is written in a delete mark recording area
20   in the retrieval title for deleting the picture informa-
tion recorded on the magnetic tape.

According to the present invention, a delete mark
recording area is included in the retrieval title so that
deletion of picture information may be performed by
25   recording a delete mark in this delete mark recording
area.  Therefore, deletion of recorded picture information
may be performed with ease, and new picture information
may also be recorded in the deleted area with ease.

Other objects and features of the present invention
30   will be apparent from the following description taken
in connection with the accompanying drawings, in which:

Fig. 1 is a schematic view of a picture information
file device to which the recording system of picture
information according to the present invention is
35   applied;

Fig. 2 is a block diagram showing an embodiment of
the recording system of picture information of the

0061305

- 4 -

present invention;

Fig. 3 is a detailed block diagram showing a main control device and an input device shown in Fig. 2;

Fig. 4 is a view schematically showing a cassette
5    tape of a magnetic tape device and a tape feed mechanism shown in Figs. 2 and 3;

Fig. 5 is a view showing the configuration of tracks of the cassette tape shown in Fig. 4;

Figs. 6A and 6B are views showing the recording
10   formats of retrieval titles and picture information written in the tracks of the cassette tape shown in Fig. 5, wherein Fig. 6A shows the recording format of the retrieval titles and Fig. 6B shows the recording format of the picture information;

15   Figs. 7A and 7B are flow charts showing the control operation of the main control device for performing registering of picture information;

Fig. 8 is a flow chart showing the control operation of the main control device for performing
20   retrieval and reproduction of the registered picture information;

Fig. 9 is a flow chart showing the control operation of the main control device for deleting the registered picture information; and

25   Figs. 10 to 12 show modifications of the embodiment of the present invention shown in Fig. 3, wherein Fig. 10 is a block diagram of a system which uses a magnetic disk device in place of a magnetic tape device shown in Fig. 3, Fig. 11 is a block diagram of a system
30   which stores control programs in a floppy disk in place of a ROM, and Fig. 12 is a block diagram showing a system which stores the control programs in a floppy disk in place of the ROM and which uses a magnetic disk device in place of the magnetic tape device.

35   Fig. 1 is a schematic view of a picture information file device to which the recording system of picture information of the present invention is applied.

0051305

– 5 –

Referring to Fig. 1, when an original is set on an
original table 2, the original is subjected to
2-dimensional scanning by a laser scanning system 4
for reading the picture information.  The picture
5    information is recorded on a magnetic tape 6.  The
picture information recorded on the magnetic tape 6
is retrieved according to a retrieval code input from
a keyboard and displayed at a display device 8.  If
necessary, a hard copy 12 is prepared by an electro-
10    photographic processing system 10.

Fig. 2 is a block diagram showing the configuration
of a system for storing and retrieving picture information
according to the present invention.  According to input
information from an input device 3 (for example, a
15    keyboard), a main control device 1 performs editing
processes such as recording, reproduction, addition,
insertion, deletion and so on of picture information
and retrieval titles; and controls devices connected to
this main control device 1.  First and second floppy
20    disks 5 and 7 store application programs, and the main
control device 1 performs control according to these
application programs.

Picture information 9 such as a document is photo-
electrically converted by 2-dimensional scanning by a
25    2-dimension scanning device 11.  The photoelectrically
converted picture information (video signal) is supplied
through the main control device 1 to a display device 13
such as a CRT display, and a printer 15 or a magnetic
tape device 17.  The 2-dimension scanning device 11
30    includes a switch (not shown) for controlling the
binary encoding level according to the density of the
original.  The display device 13 displays the retrieval
title from the keyboard 3, and the picture information
from the 2-dimension scanning device 11 or from the
35    magnetic tape device 17.  The printer 15 receives the
picture information from the 2-dimension scanning
device 11 or from the magnetic tape device 17 and forms

0051305

- 6 -

a 2-dimensional visible image, which is output as a
hard copy 19.

Fig. 3 is a block diagram showing in detail the
main control device and the input device shown in
5    Fig. 2.  The main control device 1 comprises a page
buffer 21 for storing the picture information in units
of pages, a signal compressing/expanding circuit 23 for
performing signal compression and expansion by the MH
(modified Hoffman) conversion or the MH inverse con-
10    version, a pattern generator 25 for generating a character
pattern, a refresh memory 27 for storing information to
be displayed at the display device 13, a random access
memory (RAM) 29 having a capacity sufficient to store
the retrieval titles corresponding to one magnetic tape
15    to be described later, and a central processing unit
(CPU) 31 for controlling these circuits.  An 8-bit
microprocessor 8085 available from Intel. Corp., U.S.A.
may be adopted as the CPU 31.  A read-only memory (ROM)
device 30 is externally connected to the CPU 13 and
20    stores control programs to control the devices described
above according to the registering mode, the retrieval
mode, and the deletion mode of picture information.

The input device (keyboard) 3 includes a start
key 33 which is depressed for storing a retrieval title
25    or for setting the original, an abandon key 35 which is
depressed for abandoning the picture information stored
in the page buffer 21, a record key 37 which is depressed
for recording the picture information stored in the
page buffer 21 on a magnetic tape to be described
30    later, a confirmation key 39 which is depressed when
the picture information recorded on the magnetic tape
is satisfactory, a delete key 41 which is depressed for
deleting the picture information stored on the magnetic
tape, a print key 43 which is depressed when the hard
35    copy 19 of the picture information stored in the page
buffer 21 is necessary, and alpha/numeric keys 44 for
numerals 0 to 9 and for letters of the alphabet.

**0051305**

– 7 –

Fig. 4 is a schematic view showing a cassette tape
and a feed mechanism of the magnetic tape device 17.
Inside a casing 45 is disposed a stationary reel 47
which does not rotate and around which is wound magnetic
5    tape 49 of, for example, 1/2 inch width (about 12.7 mm)
and about 36 m length.  When the cassette tape of this
construction is mounted, the innermost turn of the tape
is guided outside through a window 47a formed in the
reel 47, is fed at high speed (about 5 m/sec) in the
10   direction shown by arrow a in the figure by a capstan 51
and a pinch roller 53, and is then wound around the
outermost turn of the tape 49.  Therefore, the tape 49
completes one course in about 7.2 seconds.  This one
travel of the tape is confirmed by optically detecting
15   at a mark detector 57 a tape mark 55 such as a silver
paper chip attached to a connecting part 49a of the
tape 49 as shown in Fig. 5.  The output from the detec-
tor 57 is used as a reference for detecting a block
position (to be described later) on the tape 49.  Thus,
20   200 recording tracks 59 (of about 40 μm width and about
52 μm pitch) are formed parallel to each other along
the direction of arrow a on the tape 49 as shown in
Fig. 5.  Track numbers "0, 1, 2,..., 198, 199" are
sequentially assigned to the recording tracks 59 from
25   the lowermost track.  Two substantially central tracks
(track numbers 99 and 100 of which track number 99 is
auxiliary) define a recording track $59_1$ which records
an inherent retrieval title (consisting of the retrieval
code and the recording address which, in turn, consists
30   of the track number and the block number) corresponding
to picture information of one unit; and the remaining 198
recording tracks (track numbers 0 to 98 and 101 to 199)
define information recording tracks $59_2$ for recording
the picture information.  Each recording track 59 is
35   divided into 256 blocks in the longitudinal direction
of the tape as shown in Fig. 5; each block is sequen-
tially assigned block numbers "0, 1, 2,..., 254, 255"

0051305

- 8 -

starting from the tape mark 55. Recording and
reproduction of information on the tape 49 is performed
by selecting a desired recording track 59 by reciprocally
moving, by a head access mechanism (not shown), a

5    recording/reproducing head (2-gap magnetic head having
the function of deletion) 61 disposed in the vicinity
of the capstan 51 a certain distance in units of
microns in a direction b perpendicular to the direction
shown by the arrow a.

10       Fig. 6A shows the recording format of the respective
retrieval titles on the retrieval title recording
track $59_1$. The retrieval titles are sequentially
recorded in a retrieval code recording area 63 which
records the retrieval code; a recording address recording

15    area 65 which records recording addresses of a track
number and a block number of the track which stores the
picture information corresponding to this retrieval
code; a length of picture information recording area 67
which records the length of the picture information,

20    that is, how many blocks are involved in storing this
picture information; and a delete mark recording area 69
which records a delete mark representing whether or not
the picture information corresponding to the retrieval
code is deleted. Fig. 6B shows the recording format of

25    the picture information in the information recording
track $59_2$, wherein picture information 71 is recorded
on a plurality of blocks.

Registration of the picture information with a
picture information file device adopting the deleting

30    system of picture information according to the present
invention will be described with the flow charts shown
in Figs. 7A and 7B. The flow charts shown in Figs. 7A
and 7B show the control operation for registering the
(k + 1)th section of picture information when k sections

35    of picture information including deleted picture
information are already registered on the magnetic
tape 49.

0051305

- 9 -

The registering mode is first set from the
keyboard 3. This may be accomplished by inputting "1"
when, for example, the display device displays messages
of "registering mode: 1", "retrieval mode: 2", and
5    "deleting mode: 3". When the registering mode is set,
the retrieval code of the picture information to be
registered is input from the keyboard 3 in step 73, and
in step 75, the start key 33 is depressed. Upon this
operation, the CPU 31 performs, in step 77, checking of
10   the input data such as checking of the number of digits,
the kind of characters and so on according to the
format of the retrieval code which is prepared in
advance. The retrieval codes which are already registered
are checked for double registration. If the retrieval
15   code is the correct one, it is stored in the RAM 29.
If the retrieval code is not the correct one, the
program returns to step 73, and another retrieval code
is input. In step 79, when the original is set by the
operator for the 2-dimension scanning device 11 and,
20   in step 81, the start key 33 is depressed, the CPU 31
operates the 2-dimension scanning device 11 and drives
the magnetic tape 49. In step 83, the 2-dimension
scanning device 11 performs 2-dimension scanning and
photoelectric conversion of the picture information
25   such as a document set in step 79. The line information
which is photoelectrically converted is sequentially
stored in the page buffer 21. When picture information
corresponding to one page is stored in the page buffer 21,
the picture information is stored in the refresh memory 27
30   and is displayed at the display device 13 in step 85.

In step 87, the operator checks on the display to
determine if the original is set straight or bent, and
if the density of the orignal matches with the binary
encoding level of the 2-dimension scanning device 11.
35   If the picture information is not satisfactory, the
abandon key 35 is depressed. Then, the CPU 31 deletes
the contents in the page buffer 21 and the refresh

0051305

- 10 -

memory 27.  If the original is not set straight or
bent, the original is reset.  If the density is improper,
the binary encoding level of the 2-dimension scanning
device 11 is adjusted.  The program returns to step 79,
5    the original is reset and the procedure as described
above is performed again.

If the display on the display device 13 is satis-
factory, the record key 37 is depressed in step 91.
Then, in step 93, the CPU 31 band-compresses, at the
10    signal compressing/expanding circuit 23 by the conven-
tional MH (modified Hoffman) conversion, the picture
information of one unit stored in the page buffer 21
one scanning line at a time.  The compressed line
information is stored again in the page buffer 21.

15    In step 95, the CPU 31 computes the length (block
number) $L_{k+1}$ of the compressed picture information
which is stored in the page buffer 21.  This may be
accomplished by dividing the amount of the compressed
picture information by the amount of the recording
20    information in one block.  In step 97 to follow, a
counter i is set to "1".  In step 99, it is sequentially
checked to determine if the delete mark is attached to
each of the retrieval titles in the RAM 29.  If it is
judged in step 101 that the ith retrieval title has the
25    delete mark, the length $L_i$ of the deleted picture
information is compared in step 103 with the length $L_{k+1}$
of the new picture information to be registered.  If it
is judged in step 105 that the picture information to
be registered is shorter than or equal to the deleted
30    picture information, the CPU 31, in step 107, updates
the old retrieval title in the RAM 29 to the retrieval
title consisting of the retrieval code of the new
picture information and deletes the delete mark.  The
CPU 31 initiates the travel of the magnetic tape 49 and
35    moves the head to the corresponding information recording
track $59_2$.  The CPU 31 thus records the compressed
picture information stored in the page buffer 21 starting

0051305

- 11 -

from a predetermined block.  If it is judged in step 105
that the deleted picture information is longer than or
equal to the picture information to be registered, it
is judged in step 109, whether the content of the

5   counter i is k, that is, if the recorded retrieval
titles have been checked to the last one.  If it is
judged that this checking has not been completed, the
counter i is incremented in step 111 and the program
returns to step 99.  The CPU 31 then checks if the

10  delete mark is attached to the next code in the RAM 29.
If there is a retrieval title to which the delete mark
is attached, the same operation as described above and
the recording of the new picture information are
performed.

15        If, in step 101, there is no retrieval title to
which the delete mark is attached and, in step 109, the
content of the counter i is k, that is, the retrieval
titles are checked to the last one, the new picture
information is recorded in the (k + 1)th picture infor-

20  mation recording area.

        The retrieval and reproduction of the picture
information registered in this manner will now be
described with reference to the flow chart shown in
Fig. 8.  The retrieval mode is set from the keyboard 3.

25  In this embodiment, the retrieval mode is set by
inputting "2" as was described earlier.  When the
retrieval mode is set, the retrieval code is first input
in step 115.  In step 117, the start key 33 is depressed.
Then, the CPU 31 checks the input data such as the

30  number of digits, the kind of characters and so on
according to the format of the retrieval code which is
prepared in advance.  Since this checking procedure
is the same as in step 77 described with reference to
Fig. 7A, the description thereof will be omitted.  When

35  the correct retrieval code is input, the CPU 31 initiates
in step 121, the travel of the magnetic tape 49 and
moves the head 61 to the retrieval title recording

0051305

- 12 -

track $59_1$ to start reproduction from this track. Then, all the reproduced retrieval titles, that is, the retrieval codes and the recording address representing the track numbers and the initiating blocking numbers

5    of the corresponding picture information, are stored in the RAM 29. In step 123, the CPU 31 sequentially compares the retrieval codes of the retrieval titles stored in the RAM 29 with the input retrieval code. If, in step 125, there is no retrieval code which

10    coincides with the input retrieval code, an error display is performed in step 127 indicating that retrieval is impossible and the retrieval operation is terminated. When there is a retrieval code which coincides with the input retrieval code, in step 129,

15    the track number and the block number of the coincident retrieval code are retrieved from the retrieval title which is stored in the RAM 29. The CPU 31 moves the head 61 to the information recording track $59_2$ corresponding to the track number thus obtained, reads the

20    picture information at this track, and stores the picture information in the page buffer 21. Thereafter, in step 131, the picture information for one scanning line at a time is subjected to band compression by MH inverse conversion at the signal compressing/expanding

25    circuit 23 to return it to the original picture information, and the picture information is stored in the page buffer 21. When all the reproduced picture information for one page is stored in the page buffer 21, the CPU 31 supplies in step 133, the picture information to

30    the refresh memory 27 and displays it at the display device 13. When the operator judges that the picture information thus displayed is to be printed, the operator depresses the print key 43 in step 135. Then, the CPU 31 supplies the picture information stored in the

35    page buffer 21 to the printer 15 which produces the hard copy 19 in step 137.

Hard copies 19 of the corresponding picture

0051305

- 13 -

information are obtained by the same operation when other retrieval codes are input.

Deletion of the picture information registered in this manner will now be described with reference to the flow chart shown in Fig. 9. First, the deletion mode is set from the keyboard 3. In this embodiment, the deletion mode is set by inputting "3" as has been described earlier. When the deletion mode is set, the retrieval code is first input in step 139. In step 141, the start key 33 is depressed. Then, the CPU 31 checks the input data as to the number of digits, the kind of characters and so on according to the format of the retrieval code which is prepared in advance. Since this checking procedure is the same as the checking procedure described with reference to step 77 of Fig. 7A, the description thereof will be omitted. When the correct retrieval code is input, the CPU 31 initiates in step 145, the travel of the magnetic tape 49 and moves the head 61 to the retrieval title recording track $59_1$ to start reproducing the data on this track. Then, the length of the picture information (number of blocks), the delete mark, and all the reproduced retrieval titles, that is, the retrieval codes and the recording addresses representing the track numbers and the initiating block numbers of the corresponding picture information, are stored in the RAM 29. In step 147, the CPU 31 sequentially compares the retrieval codes of the retrieval titles stored in the RAM 29 with the input retrieval code. If it is judged in step 149 that there is no retrieval code coincident with the input retrieval code, an error display representing that retrieval is impossible is performed in step 151, and the retrieval operation is terminated. If the retrieval code coinciding with the input retrieval code is present, the track number and the block number assigned to this coicident retrieval code are retrieved from the retrieval title stored in the RAM 29 in step 153. The CPU 31

5

10

15

20

25

30

35

B-136

0051305

- 14 -

moves the head 61 to the information recording track $59_2$
corresponding to the track number, reads the picture
information of this track, and stores the picture
information in the page buffer 21.  Thereafter,
5    in step 155, the picture information is subjected one
scanning line at a time to band compression by MH
inverse conversion at the signal compressing/expanding
circuit 23, is converted into the original picture
information, and is stored in the page buffer 21.  When
10    all the picture information corresponding to one page
is stored in the page buffer 21, the CPU 31 supplies
the picture information to the refresh memory 27 and
displays it at the display device 13 in step 157.
If the operator judges, in step 159, that the displayed
15    picture information is to be deleted, the delete key 41
is depressed.  Then, the CPU 31 records, in step 161,
the delete mark in the delete mark recording area 69 of
the corresponding retrieval title in the RAM 29.  In
this manner, the picture information whose delete mark
20    corresponds with the recorded retrieval title is deleted.

In summary, in the recording area of the picture
information whose delete code corresponds to the retrieval
title assigned thereto may be recorded picture information
of shorter length.

25    In the embodiment described above, the present
invention has been described with reference to the case
wherein picture information such as a document is
recorded on or reproduced from a magnetic tape device
in a picture information file device.  However, the
30    present invention is similarly applicable to a magnetic
tape device which records or reproduces other kinds of
information.  Furthermore, the present invention has
also been described with reference to the case of a
magnetic tape device which uses an endless magnetic
35    tape as the recording medium.  However, the present
invention may be similary applicable to other information
recording devices such as a magnetic tape device which

0051305

- 15 -

uses a general magnetic tape and not an endless magnetic
tape, a magnetic disk device which uses a magnetic disk
as a recording medium of the picture information as
shown at 163 in Fig. 10, or an optical disk device
5    which uses an optical disk as the recording medium.

   In the embodiment shown in Fig. 3, the control
programs are stored in the read-only memory device 30.
However, they may alternatively be stored on the floppy
disks 5, 7 shown in Fig. 11.  Still alternatively, a
10   first floppy disk 5, 7 or a second floppy disk 165 may
be incorporated as shown in Fig. 12.  In this case, the
first floppy disk 5, 7 may store the control programs
and the second floppy disk 165 may store the picture
information.

- 1 -

**0051305**

Claims:

1.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
5   a retrieval code for retrieving the picture information,
a track number and a block number, a recording area for
recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
10  corresponding to an input retrieval code, including:

(a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information,
a record key (37) for specifying recording of the
15  picture information, and a delete key (41) for specifying
deletion of the picture information;

(b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
20  converted picture information;

(c)  a magnetic tape device (17) for recording the
photoelectrically converted picture information in an
area represented by the track number and the block
number on a magnetic tape;

25  (d)  a display device (13) for displaying picture
information recorded or to be recorded by said magnetic
tape device (17); and

(e)  a control device (1) which has a programmable
microprocessor connected to said control information
30  input device (3), said 2-dimension scanning device (11),
said magnetic tape device (17) and said display
device (13), and which includes a central processing
unit (31) for receiving input signals for controlling
the recording, abandonment and deletion of the picture
35  information, a read-only memory device (30) for storing
permanent programs, and a random access memory (29) for

GO51305 · · ·

- 2 -

storing data input by said control information input
device, said read-only memory device (30) storing the
permanent programs having functions of said central
processing unit (31) so that said control device (1)

5    may perform specific functions according to the permanent
programs, characterized in that said control device (1)
is so designed as to control said control information
input device (3), said 2-dimension scanning device (11),
said display device (13) and said magnetic tape

10   device (17) so that the deletion of the picture
information recorded in the magnetic tape device (17)
is performed by recording the delete mark in a delete
mark recording area of the retrieval title corresponding
to the picture information to be deleted.

15       2.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
a retrieval code for retrieving the picture information,
a track number and a block number, a recording area for

20   recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
corresponding to an input retrieval code, including:
(a)  a control information input device (3)

25   comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information,
a record key (37) for specifying recording of the
picture information, and a delete key (41) for specifying
deletion of the picture information;

30       (b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;
(c)  a disk device (163) for recording the photoelec-

35   trically converted picture information in an area
represented by the track number and the block number
on a disk;

00513205

- 3 -

    (d)  a display device (13) for displaying picture
information recorded or to be recorded by said disk
device (163); and

    (e)  a control device (1) which has a programmable
5    microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),
said disk device (163) and said display device (13),
and which includes a central processing unit (31) for
receiving input signals for controlling the recording,
10    abandonment and deletion of the picture information,
a read-only memory device (30) for storing permanent
programs, and a random access memory (29) for storing
data input by said control information input device (3),
said read-only memory device (30) storing the permanent
15    programs having functions of said central processing
unit (31) so that said control device (1) may perform
specific functions according to the permanent programs,
characterized in that

    said control device (1) is so designed as to control
20    said control information input device (3), said
2-dimension scanning device (11), said display device
and said disk device (163) so that the deletion of
the picture information recorded in the disk device (163)
is performed by recording the delete mark in a delete
25    mark recording area of the retrieval title corresponding
to the picture information to be deleted.

    3.  A system for deleting picture information in
a picture information file device which stores picture
information and a retrieval title including a retrieval
30    code for retrieving the picture information, a track
number and a block number, a recording area for recording
the length of the picture information, and a delete mark
representing that the picture information is deleted,
and which outputs picture information corresponding to
35    an input retrieval code, including:

    (a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for

0051305

– 4 –

specifying abandonment of the picture information,
a record key (37) for specifying recording of the
picture information, and a delete key (41) for
specifying deletion of the picture information;

5      (b)   a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;

      (c)   a magnetic tape device (17) for recording the
10    photoelectrically converted picture information in an
area represented by the track number and the block
number on a magnetic tape;

      (d)   a display device (13) for displaying picture
information recorded or to be recorded by said magnetic
15    tape device (17);

      (e)   a disk device (5, 7) storing permanent
programs having functions of a central processing unit
to be described later; and

      (f)   a control device (1) which has a programmable
20    microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),
said magnetic tape device (17) and said display
device (13), and which includes a central processing
unit (31) for receiving control data for controlling
25    the recording, abandonment and deletion of the picture
information, and a random access memory (29) for
storing data input by said control information input
device (3), said disk device (17) storing the permanent
programs having functions of said central processing
30    unit (31) so that said control device (1) may perform
specific functions according to the permanent programs
stored in said disk device (5, 7), characterized in
that

      said control device (1) is so designed as to control
35    said control information input device (3), said
2-dimension scanning device (11), said display device (13)
and said magnetic tape device (17) so that the deletion

0051305

- 5 -

of the picture information recorded in said magnetic
tape device (17) is performed by recording the delete
mark in a delete mark recording area of the retrieval
title corresponding to the picture information to be
5    deleted.

4.  A system for deleting picture information
in a picture information file device which stores
picture information and a retrieval title including
a retrieval code for retrieving the picture information,
10    a track number and a block number, a recording area for
recording the length of the picture information, and a
delete mark representing that the picture information
is deleted, and which outputs picture information
corresponding to an input retrieval code, including:

15    (a)  a control information input device (3)
comprising a keyboard having an abandon key (35) for
specifying abandonment of the picture information, a
record key (37) for specifying recording of the picture
information, and a delete key (41) for specifying
20    deletion of the picture information;

(b)  a 2-dimension scanning device (11) which two-
dimensionally scans the picture information for photo-
electric conversion and outputs the photoelectrically
converted picture information;

25    (c)  a first disk device (165) for recording the
photoelectrically converted picture information in an
area represented by the track number and the block
number on a disk of said first disk;

(d)  a display device (13) for displaying picture
30    information recorded or to be recorded by said first
disk device;

(e)  a second disk device (5, 7) for storing
permanent programs having functions of a central
processing unit to be described later; and

35    (f)  a control device (1) which has a programmable
microprocessor connected to said control information
input device (3), said 2-dimension scanning device (11),

0051305

- 6 -

said first disk device (165) and said display device (13),
and which includes a central processing unit (31) for
receiving control data for controlling the recording,
abandonment and deletion of the picture information,

5   and a random access memory (29) for storing data input
by said control information input device (3), said
second disk device (5, 7) storing the permanent programs
having functions of said central processing unit so that
said control device (1) may perform specific functions

10   according to the permanent programs stored in said
second disk device (5, 7), characterized in that said
control device (1) is so designed as to control said
control information input device (3), said 2-dimension
scanning device (11), said display device (13) and said

15   first disk device (165) so that the deletion of the
picture information recorded in said first disk
device (165) is performed by recording the delete
mark in a delete mark recording area of the retrieval
title corresponding to the picture information to be

20   deleted.

    5.   A system for deleting picture information
according to claim 1, 2, 3 or 4, characterized in that
a compandor (23) is further provided for performing
compression and expansion of the picture information

25   by modified Hoffman conversion or modified Hoffman
inverse conversion.

    6.   A system for deleting picture information
according to claim 1, 2, 3 or 4, characterized in that
a printer (15) is further provided for producing a hard

30   copy of the picture information displayed at said
display device (13).

B-144

0051305

F I G. 1





2/11

# F I G. 2



# F I G. 4



0051305

3/11

# F I G.  3



B-147



4/11

# F I G. 5



# F I G. 6A

| RETRIEVAL CODE | RECORDING ADDRESS | LENGTH OF PICTURE INFO. | DELETE MARK | |
|---|---|---|---|---|
| 63 | 65 | 67 | 69 | |

# F I G. 6B



5/11

# F I G. 7A



START

RETRIEVAL CODE IS INPUT ~73

START KEY 33 IS DEPRESSED ~75

IS THE RETRIEVAL CODE CORRECT FOR THE FORMAT AND DOUBLE REGISTRATION CHECKS ? ~77

NO

YES

DOCUMENT IS SET ~79

START KEY 33 IS DEPRESSED ~81

DOCUMENT IS SCANNED AND STORED IN THE PAGE BUFFER 21 ~83

DISPLAY THE PICTURE IN THE PAGE BUFFER 21 ~85

IS CORRECT PICTURE DISPLAYED ? ~87

NO

ABANDON KEY 35 IS DEPRESSED ~89

YES

RECORD KEY 37 IS DEPRESSED ~91

THE PICTURE INFORMATION IN THE PAGE BUFFER 21 IS COMPRESSED ~93

COMPUTATION FOR THE LENGTH $L_{k+1}$ OF THE PICTURE INFORMATION

$$L_{k+1} = \frac{COMPRESSED\ PICTURE\ INFORMATION\ AMOUNT}{1\ BLOCK\ RECORDING\ INFORMATION\ AMOUNT}$$

~95

A

B-149



6/11

# F I G. 7B



M1L 12 21
0051305

7/11

# F I G.  8

START

```
RETRIEVAL CODE IS INPUT ~115

START KEY 33 IS DEPRESSED ~117
```

119
IS
THE RETRIEVAL CODE CORRECT
FOR THE FORMAT?

NO

YES

```
READ MT 17 AND STORE THE
RETRIEVAL TITLE IN RAM 29 ~121

INPUT RETRIEVAL CODE IS COMPARED WITH
THE RETRIEVAL CODE IN THE RAM 29 ~123
```

127
ERROR
MESSAGE IS
DISPLAYED

NO

125
IS
COINCIDENCE
ACHIEVED ?

YES

129
READ TRACK NO. AND BLOCK NO. IN THE RETRIEVAL
TRACK CORRESPONDING TO THE RETRIEVAL CODE
AND READ THE CORRESPONDED INFORMATION
RECORDING TRACK INTO THE PAGE BUFFER

```
THE PICTURE INFORMATION
IN THE PAGE BUFFER IS EXPANDED ~131

DISPLAY THE PICTURE IN THE PAGE BUFFER ~133
```

135
PRINT KEY ?

YES

NO

137
PRINT THE PICTURE
INFORMATION

END

B-151

0051305



F I G. 9

8 | 11

START

RETRIEVAL CODE IS INPUT ～139

START KEY 33 IS DEPRESSED ～141

143
IS
THE RETRIEVAL CODE CORRECT
FOR THE FORMAT ?
NO

YES

READ MT 17 AND STORE THE
RETRIEVAL TITLE IN RAM 29 ～145

INPUT RETRIEVAL CODE IS COMPARED WITH
THE RETRIEVAL CODE IN THE RAM 29 ～147

149
IS
COINCIDENCE
ACHIEVED ?
NO

151
ERROR
MESSAGE IS
DISPLAYED

YES

READ TRACK NO. AND BLOCK NO. IN THE RETRIEVAL
TRACK CORRESPONDING TO THE RETRIEVAL CODE
AND READ THE CORRESPONDED INFORMATION
RECORDING TRACK INTO THE PAGE BUFFER ～153

THE PICTURE INFORMATION
IN THE PAGE BUFFER IS EXPANDED ～155

DISPLAY THE PICTURE IN THE PAGE BUFFER ～157

159
DELETE KEY ?
YES

161
NO

WRITE DELETE MARK IN THE
DELETE MARK AREA IN THE
RETRIEVAL TITLE
CORRESPONDED TO THE
PICTURE INFORMATION

END

B-152

6051305

9|11

# F I G. 10



B-153

0051305

10/11

# F I G. 11



0051305

11 / 11

# F I G. 12



**0051305**



**European Patent Office**

**EUROPEAN SEARCH REPORT**

Application number

EP 81 10 9408

| DOCUMENTS CONSIDERED TO BE RELEVANT | | | CLASSIFICATION OF THE APPLICATION (Int. Cl. 3) |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | |
| A | <u>US - A - 4 130 842</u> (GALLO et al.)<br>* Whole document * | 1-4 | G 11 B 27/02<br>5/008 |
| A | <u>US - A - 3 512 146</u> (SMITH et al.)<br>* Column 8, line 60 - column 12, line 15 * | 1-4 | |
| A | <u>US - A - 4 041 463</u> (SLUTZKY et al.)<br>* Column 1, lines 27-31; column 3, line 49 - column 7, line 59 * | 1-4 | **TECHNICAL FIELDS SEARCHED (Int.Cl.3)**<br><br>G 11 B  5/<br>19/<br>15/<br>27/<br>H 04 N<br>G 06 K<br>G 06 K 17/ |
| A | JOURNAL OF OPTICS, vol. 11, no. 1, January/February 1980, page 10 Paris, FR.<br>"Système d'impression à laser"<br>* Whole document * | 1-4 | |
| A | PROCEEDINGS OF THE IEEE, vol. 68, no. 7, July 1980, pages 854-867 New York, U.S.A.<br>R. HUNTER et al.: "International digital facsimile coding standards"<br>* Whole document * | 5 | |
| A | <u>US - A - 3 646 260</u> (BOLGER)<br>* Column 3, line 9 - column 5, line 23; column 5, line 65 - column 6, line 34 *<br><br>./. | 1-4 | |

**CATEGORY OF CITED DOCUMENTS**

X: particularly relevant if taken alone
Y: particularly relevant if combined with another document of the same category
A: technological background
O: non-written disclosure
P: intermediate document
T: theory or principle underlying the invention
E: earlier patent document, but published on, or after the filing date
D: document cited in the application
L: document cited for other reasons

&: member of the same patent family, corresponding document

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| The Hague | 08-02-1982 | DAALMANS |

EPO Form 1503.1  06.78

B-156

0051305



European Patent
Office

**EUROPEAN SEARCH REPORT**

Application number

EP 81 10 9408
-2-

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim |
|---|---|---|
| PA | DE - A - 3 036 695 (TOKYO SHIBAURA DENKI K.K.) <br> * Page 7, line 22 - page 17, line 19; figures 4-8 * | 1-6 |
| L | * Priority * <br><br> -- | |
| A | FR - A - 2 120 298 (COMPAGNIE GENE-RALE DE CONSTRUCTIONS TELEPHONIQUES) <br><br> & DE - A - 2 164 230 | |
| A | FR - A - 2 170 510 (I.B.M.) <br><br> & GB - A - 1 382 598 | |
| A | FR - A - 2 079 793 (SOCIETE D'ETU-DES ET D'APPLICATIONS TECHNIQUES S.E.A.T.) <br><br> ---- | |

CLASSIFICATION OF THE
APPLICATION (Int. Cl.³)

TECHNICAL FIELDS
SEARCHED (Int. Cl.³)

B-157

EPO Form 1503.2    06.78