leave for such interview by telephoning the undersigned collect at (415) 367-3331.

If the Examiner persists in his final rejection of the subject application, applicant respectfully requests entry of the amendments for purposes of appeal.

Respectfully submitted,

AMPEX CORPORATION

By _George B. Almeida_
George B. Almeida
Agent of Applicant
Registration No. 20,696

Dated:  October 5, 1988
401 Broadway, M.S. 3-35
Redwood City, CA  94603-3199

AX061748

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Daniel A. Beaulier

Serial No.: 018,786     Group No.: 262

Filed: February 24, 1987     Examiner: D. Harvey

For: ELECTRONIC STILL STORE WITH HIGH SPEED SORTING
AND METHOD OF OPERATION

Commissioner of Patents and Trademarks

Washington, D.C. 20231

RECEIVED

OCT 2 4 1988

GROUP 260

### AMENDMENT TRANSMITTAL

1.    Transmitted herewith is an amendment for this application.

### STATUS

2.    Applicant is

     ☐ a small entity — verified statement:

         ☐ attached.

         ☐ already filed.

     ☒ other than a small entity.

**CERTIFICATE OF MAILING (37 CFR 1.8a)**

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the United State Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

         George B. Almeida

         (Type-or print name of person mailing paper)

Date: 10/5/88

         *George B. Almeida*

         (Signature of person mailing paper)

(Amendment Transmittal [9-19]—page 1 of 4)

## EXTENSION OF TERM

NOTE: "Extension of Time in Patent Cases (Supplement Amendments) — If a timely and complete response has been filed after a Non-Final Office Action, an extension of time is not required to permit filing and/or entry of an additional amendment after expiration of the shortened statutory period.

If a timely response has been filed after a Final Office Action, an extension of time is required to permit filing and/or entry of a Notice of Appeal or filing and/or entry of an additional amendment after expiration of the shortened statutory period unless the timely-filed response placed the application in condition for allowance. Of course, if a Notice of Appeal has been filed within the shortened statutory period, the period has ceased to run." Notice of December 10, 1985 (1061 O.G. 34-35).

NOTE: See 37 CFR 1.645 for extensions of time in interference proceedings and 37 CFR 1.550(c) for extensions of time in reexamination proceedings.

3.   The proceedings herein are for a patent application and the provisions of 37 CFR 1.136 apply

*(complete (a) or (b) as applicable)*

(a)  ☐  Applicant petitions for an extension of time for the total number of months checked below:

| Extension (months) | Fee for other than small entity | Fee for small entity |
|---|---|---|
| ☐ one month | $56.00 | $28.00 |
| ☐ two months | $170.00 | $85.00 |
| ☐ three months | $390.00 | $195.00 |
| ☐ four months | $610.00 | $305.00 |

Fee $_____

**If an additional extension of time is required please consider this a petition therefor.**

*(check and complete the next item, if applicable)*

☐  An extension for _____ months has already been secured and the fee paid therefor of $_____ is deducted from the total fee due for the total months of extension now requested.

Extension fee due with this request     $_____

**OR**

(b)  ☒  Applicant believes that no extension of term is required. However, this conditional petition is being made to provide for the possibility that applicant has inadvertently overlooked the need for a petition for extension of time.

(Amendment Transmittal [9-19]—page 2 of 4)

AX061750

## FEE FOR CLAIMS

4. The fee for claims has been calculated as shown below:

| | (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | | (Col. 2) HIGHEST NO PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 15 | MINUS ** | 19 | = 0 | x6= | $ | | x12= | $ Ø |
| INDEP. | 10 | MINUS *** | 9 | = 1 | x17= | $ | | x34= | $ 34 |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +55= | $ | | +110= | $ Ø |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ 34 |

\* If the entry in Col. 1 is less than entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest No. Previously Paid for" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1 of a prior amendment or the number of claims originally filed.

### (complete (c) or (d) as applicable)

(c) ☐ No additional fee for claims is required

### OR

(d) ☒ Total additional fee for claims required $ 34.00

## FEE PAYMENT

5. ☐ Attached is a check in the sum of $ _____

☐ Charge Account No. 01-1771 _____ the sum of $ 34.00

A duplicate of this transmittal is attached.

## FEE DEFICIENCY

NOTE: If there is a fee deficiency and there is no authorization to charge an account, additional fees are necessary to cover the additional time consumed in making up the original deficiency. If the maximum, six-month period has expired before the deficiency is noted and corrected, the application is held abandoned. In those instances where authorization to charge is included, processing delays are encountered in returning the papers to the PTO Finance Branch in order to apply these charges prior to action on the cases. Authorization to charge the deposit account for any fee deficiency should be checked. See the Notice of April 7, 1986, 1065 O.G. 31-33.

6. ☒ If any additional extension and/or fee is required charge Account No. 01-1771

(Amendment Transmittal [9-19]—page 3 of 4)

AX061751

**AND/OR**

☒ If any additional fee for claims is required, charge Account No.
___01-1771___

Reg. No.:    20,696

Tel. No.: ( 415 ) 367-3331

*George B Almeida* 10/5/88
SIGNATURE OF ATTORNEY

George B. Almeida
Type or print name of attorney

401 Broadway
P.O. Address

Redwood City, CA  94063

(Amendment Transmittal [9-19]—page 4 of 4)

AX061752

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/018,784 | 02/24/87 | BEAULIEN | D | AU-3033N1 |

RICHARD P. LANGE
AMPEX CORP.,
401 BROADWAY, MS 3-35
REDWOOD CITY, CA 94063

| EXAMINER |  |
|---|---|
| HARVEY, D | |
| ART UNIT | PAPER NUMBER |
| 262 | 31/K |

DATE MAILED:
11/07/88

## NOTICE OF ALLOWABILITY

PART I.

1. ☒ This communication is responsive to *the Amendment filed 10/7/88*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *2-4 6,7,15,18,19,22,23 and 27-31*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____

6. ☒ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☒ The proposed drawing correction filed on *11/20/86* has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
— Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449

— Notice of Informal Application, PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

PTOL-37 (REV. 2-83)

USCOMM-DC 85-3744

AX061754

Serial No. 018,786

Art Unit 262

-2-

1.        A~ extension of time under 37 CFR 1.136(a) is required in order to make an Examiner's Amendment which places this application in condition for allowance. During a telephone conversation conducted on 10/27/88, Mr. George B. Almeida requested an extension of time for one month(s) and authorized the Commissioner to charge Deposit Account No. 01-1771 the required fee of $56.00 for this extension and authorized the following Examiner's Amendment. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

1) In claim 18, line 6, "individually" has been deleted.

2) In claim 18, line 23, "said full size image" has been deleted.

3) In claim 19, line 18, --directly-- has been inserted after "for".

4) In claim 23, line 13, "having a capacity for" has been deleted.

5) In claim claim 23, line 13, "a" has been changed to --the--.

6) In claim 23, line 15, --the-- has been inserted before "video".

7) In claim 23, line 16, "a" has been changed to --the--.

8) In claim 23, line 18, "both" has been deleted.

AX061755

Serial No. 018,786                                    -3-

Art Unit 262

      9) In claim 23, line 19, "from" has been changed to --stored in--.

      10) In claim 23, line 21, "having a capacity for" has been changed to --further--.

      11) In claim 23, line 22, --additional-- has been inserted before "video".

      12) In claim 23, line 23, "the" has been changed to --additional--.

      13) In claim 23, line 24, "of each video image" has been deleted.

      14) In claim 23, line 27, the second occurrence of "said" has been deleted.

      15) In claim 23, line 29, "said" has been deleted.

      16) In claim 23, line 30, "the" has been changed to --a--.

      17) In claim 23, lines 30 and 31, "of each video image" has been deleted.

      18) In claim 29, line 6, the first occurrence of "a" has been deleted.

      19) In claim 29, line 6, "set" has been changed to --sets--.

      20) In claim 29, line 10, "set" has been changed to --sets--.

      21) In claim 29, line 13, "one of the" has been changed to --from the storage locations a--.

      22) In claim 29, line 14, "sets" has been changed to --set representing one--.

      23) In claim 29, line 14, "or the set" has been

AX061756

Serial No. 018,786

Art Unit 262

-4-

changed to --and a data set representing one--.

24) In claim 30, lines 19 and 20, "reducing said image to" has been changed to --producing reduced size pixel data representing--.

25) In claim 30, line 28, "same" has been changed to --said reduced image--.

26) In claim 31, line 8, the first occurrence of "a" has been deleted.

27) In claim 31, line 8, "set" has been changed to --sets--.

28) In claim 31, line 12, "set" has been changed to --sets--.

29) In claim 31, line 15, "one of the data sets of" has been changed to --from the storage locations a data set of one of--.

30) In claim 31, line 16, "or the set" has been changed to --and one of the sets--.

31) In claim 31, line 20, "the" has been changed to --a--.

32) In claim 20, lines 20 and 21, "reproductions of each video image" has been changed to --reproduction images--.

33) In claim 31, line 21, --retrieved-- has been inserted after "the".

34) In claim 31, line 21, "reproductions" has been changed to --images--.

35) In claim 31, line 23, "reproductions" has been changed to --retrieved images--.

2.     Any inquiry concerning this communication or

AX061757

Serial No. 018,786                                    -5-

Art Unit 262


earlier communications from the examiner should be
directed to David E. Harvey whose telephone number is
(703) 557-6268.

Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3321.


D. HARVEY:mg

(703) 557-6268

11-01-88

EDWARD L. COLES, SR.
PRIMARY EXAMINER
ART UNIT 262

AX061758

#33

*PATENT*

MAIL ROOM
DEC 30
2 1:38

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:    Daniel A. Beaulier

Serial No.:    018,786

Filed:    February 24, 1987

Group No.:    262

Examiner:    D. Harvey
*(complete if applicable)*

For:    Electronic Still Store
With High Speed Sorting
And Method of Operation

Date of mailing of "Notice of Allowance and
Base Issue Fee Due"   11/08/88

Issue Batch No.    N77

Commissioner of Patents and Trademarks
Washington, D. C. 20231

## TRANSMITTAL OF FORMAL DRAWINGS

Attached please find the formal drawings for this application.

Reg. No.   20,696

*George B. Almeida*
SIGNATURE OF ATTORNEY

George B. Almeida
Type or print name of attorney

Tel. No. ( 415 ) 367-3331

401 Broadway, Rm.913-35
P.O. Address
Redwood City, CA 94063

### CERTIFICATE OF MAILING (37 CFR 1.8a)

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited
with the United States Postal Service on the date shown below with sufficient postage as first class mail in an en-
velope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231

Date:  *Dec 21, 1988*

George B. Almeida
(Type or print name of person mailing paper)

*George B. Almeida*
(Signature of person mailing paper)

(Transmittal of Formal Drawings [5-2])

AX061781



AX061782



MAIL ROOM
APR 8 1983
35 PAT & T.

AX061783

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |
|---|---|
| re application of: | ) Group Art Unit     : 262 |
| Daniel A. Beaulier | ) Examiner           : D. Harvey |
|  | ) Attorney Docket No.: AV-3033 N2 |
| Serial No.: 018,786 | ) |
|  | ) |
| Filed: February 24, 1987 | ) I hereby certify that this correspondence is being |
|  | ) deposited with the United States Postal Service as |
| For: ELECTRONIC STILL STORE | ) first class mail in an envelope addressed to: |
|   WITH HIGH SPEED SORTING | ) Commissioner of Patents and Trademarks, Washing- |
|   AND METHOD OF OPERATION | ) ton, D.C. 20231, or *April 27, 1988* |

*George B. Almeida*    *4/27/88*
George B. Almeida, Reg. # 20,696    DATE

RECEIVED

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231

MAY 11 1988

Dear Sir:

GROUP 260

    Transmitted herewith is an amendment in the above-identified application.

( ) No additional fee is enclosed because this application was filed prior to October 25, 1965 (effective date of Public Law 89-93).

(X) No additional fee is required.

( ) The fee has been calculated as shown below.

Claims as amended:

| | Claims remaining after amendment | Highest number previously paid for | Present extra | Rate | Additional fee |
|---|---|---|---|---|---|
| Total Claims | | – | | x12 | |
| Independent Claims | | – | | x34 | |
| Total additional fee for this amendment | | | | | |

( ) Charge $_____ to Deposit Account No. 01-1771.  A duplicate copy of this sheet is enclosed.

(xx) The Commissioner is hereby authorized to charge any fees under 37 C.F.R. 1.16 and 1.17 which may be required by this paper, or credit any overpayment, to Deposit Account No. 01-1771.  A duplicate copy of this sheet is enclosed.

Respectfully submitted,
Daniel A. Beaulier
AMPEX CORPORATION

By *George B Almeida*
   George B. Almeida
   Registration No. 20,696

Dated:  April 27, 1988
401 Broadway, M.S. 3-35
Redwood City, California  94063
(415) 367-

(REV. 10/7/85)

AX061784

RESPONSE UNDER 37 CFR 1.116
EXPEDITD PROCEDURE
EXAMINING GROUP 262

Atty Dkt AMP0035PCON
AV-3033N1
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:
DANIEL BOULIER

Serial No.: 740,297

Filed: 31 May 1985

For: ELECTRONIC STILL STORE
WITH HIGH SPEED SORTING
AND METHOD OF OPERATION

Group Art Unit: 262

Examiner: D. Harvey

CERTIFICATE OF MAILING BY "EXPRESS MAIL"
"Express Mail" Mailing Label No. B 76687191

Date of Deposit _____
I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

RESPONSE UNDER 37 CFR
EXPEDITED PROCEDURE
EXAMINING GROUP 262     Kathy E. McKenna

(Typed or Printed Name of Person Mailing Paper or Fee)

Kathy E. McKenna

(Signature of Person Mailing Paper or Fee)

Box AF
The Honorable Commissioner of Patents
and Trademarks
Washington, D.C.  20231

Sir:

In response to the Office Action mailed 3 September
1985, please enter the following amendment.

In the Specification

At page 1, line 11 after "may" and before "be", delete
"than" and substitute --then--.

At page 2, line 25, delete "positioned reduce" and
substitute --positioned, reduced--.

At page 5, line 1, delete "referred" and substitute
--preferred--.    At line 27, delete "fourth" and
substitute --forth--.

At page 6, line 4, insert after "22" and before "is"
--, which in the preferred embodiment is a random access
memory,--.    At line 8, after "24" and before "." insert
--in the preferred embodiment but which can be any bulk
storage memory device in other embodiments--

AX061785

-2-

At page 7, line 9, delete "resolutioncopy" and substitute --resolution copy--. At line 16, delete "usedin" and substitute --used in--. At line 19, delete "continous" and substitute --continuous--.

At page 8, line 7, delete "take" and substitute --taken--. At line 6, after "array" and before "within" insert --as a mosaic which fits--.

<u>In the Drawings</u>

Please approve the drawing change marked in green on the enclosed sketch.

<u>In the Claims:</u>

2. (Twice Amended)  An electronic still store system comprising:

an image store <u>means</u> for [retrievable] <u>retrievably</u> storing therein a plurality of image frame copies of <u>video</u> frames [of video images], the image frame copies comprising <u>data representing</u> a full spatial resolution image [frame copy] and [a] <u>corresponding data representing a</u> reduced spatial resolution image [frame copy] of each frame of video [images] <u>data</u>;

a frame store <u>means</u> which is operable in a first mode [to receive and store] <u>for receiving and storing</u> one of said full spatial resolution image<u>s</u> [frame copies] from [the] <u>said</u> image store <u>means</u> and <u>for</u> repetitively [generate] <u>generating</u> a full spatial resolution [output] image [frame] <u>output</u> and operable in a second mode [to receive] <u>for receiving</u> from the image store <u>means</u> and [store] <u>storing</u> a plurality of said reduced spatial resolution <u>images</u> [image frame copies] <u>each at selectively located different positions</u>, the frame store <u>means</u> being further operable in the second mode [to] <u>for</u> repetitively <u>generating</u> [generate a reduced spatial resolution] output

AX061786

-3-

image [frame having an image frame] comprising [a] <u>the stored</u> plurality of said reduced spatial resolution <u>images</u> [image frame copies selectively located at different positions within the output image frame]; and

a size reducer <u>means</u> [coupled to receive] <u>for receiving</u> from the frame store [a] <u>the stored</u> full spatial resolution image [frame copy] and in response thereto [to return] <u>returning</u> to the frame store <u>means</u> a <u>corresponding</u> reduced spatial resolution image [frame copy] and wherein the frame store is operable [to receive and store] <u>for receiving and storing</u> the <u>corresponding</u> reduced spatial resolution image [frame copy] while continuing to store the <u>stored</u> full spatial resolution image [frame copy].

3. (Twice Amended) The electronic still store system according to claim 2 [above]. wherein the <u>corresponding</u> reduced spatial resolution image [frame copies] each have a spatial resolution of [one-forth] <u>one-fourth</u> the spatial resolution of the <u>corresponding</u> full spatial resolution image [frame copies in each dimension].

4. (Twice Amended) The electronic still store system according to claim 2 [above]. [further comprising] <u>wherein said frame store means includes</u> a central processing unit. controlled by an operator. coupled <u>and operable in said first mode</u> to select which of said [image frame copies] <u>full spatial resolution images stored in said image store means</u> are <u>to be</u> retrieved from the image store <u>means</u> and <u>coupled and operable in said second mode to select which of said reduced spatial resolution images stored in said image store means are to be retrieved and stored in said frame store means and to select</u> the [location] <u>different positions</u> within the frame store <u>means</u> at which each of

AX061787

-4-

said retrieved [image frame copies] reduced spatial resolution images is stored.

Please cancel claim 5.

6. (Twice Amended) The electronic still store system according to claim [5 above] 4, wherein said frame store means further [comprising] comprises an output digital-to-analog converter coupled to receive [said] output image data [frames] from the [the] frame store means and in response thereto to generate an analog video signal representing the received output image [frames]: and

a monitor coupled to receive the analog video signal and display the output image [frames] represented thereby.

7. (Twice Amended) The electronic still store system according to claim 6 [above], further comprising a video input means for generating an input analog video signal representing [a sequence of] an input video image [frames] and an analog-to-digital converter coupled between the video input means and the frame[s] store means [and] for converting the input analog video signal to a digital form [in which] such that digital data representing said input video image frame [can be] is received and stored by the frame store means.

Please cancel claims 8 through 14.

15. (Amended) A video still store system comprising:
a size reducer coupled to receive a full size image data set representing a full size image frame and to produce a reduced size image data set representing a corresponding reduced size image frame in response thereto:

AX061788

-5-

an image store for storing a plurality of said full size image data sets representing a plurality of full size image frames and for storing a plurality of corresponding reduced size image data sets representing a plurality of reduced size image frames, each of said reduced size image data sets corresponding to one of said full size image data sets; and

a frame store means coupled to selectively receive from either an external source or said image store and store one of said full size image data sets, said frame store [is] being operable such that when a full size image data set is received from an external source or is received from said image store and said image store does not contain a corresponding reduced size image data set, said frame store outputs a copy of said full size image data set to said size reducer and [in response thereto] receives a corresponding reduced size image data set which is outputted to said image store for storage with the corresponding full size image data set.

Please add new claims 16-28.

16.  An apparatus for storing video images as pixel data comprising:

means for receiving and storing in a first memory pixel data representing video images having a first resolution, and for generating from said pixel data representing said video image at said first resolution pixel data representing a corresponding image having a second, lower resolution and for storing said second resolution image data with said first resolution image data in a second memory; and

means for selectively accessing either said data for the image at its first resolution or only the

AX061789

-6-

corresponding image data at said second resolution for any image stored in said bulk storage memory for further processing.

17.  The apparatus of claim 16 wherein said means for selectively accessing allows access to a plurality of images at said second resolution and storage of them in selected blocks of memory in said first memory so that they may be further processed as a mosaic of reduced size images.

18.  An apparatus for storing video pixel data representing video images of a first resolution and, for each image at a first resolution a corresponding video image at a second resolution comprising:

random access memory means for storing video pixel data representing a full size image at said first resolution and a corresponding reduced size version thereof at a second resolution;

· means for storing one at a time in said random access memory means a plurality of said full size images;

memory means for receiving video pixel data from said random access memory means and for storing said full size images and the corresponding reduced size images received from said random access memory means and for outputting, upon a user's command. a selected full size image or only the corresponding reduced size image for the selected full size image for storage in said random access memory means;

means for generating said corresponding reduced size image from any said full size image in said random access memory means to be transferred to said memory means and for storing the video pixel data representing said reduced size image in said random access memory means prior to

AX061790

–7–

storage of the contents of said random access memory means in said memory means.

19.  An apparatus for storing video data as full size image and reduced size image of pixel data comprising:

random access memory means for storing video pixel data presented at an input port and having at least one output port;

means for storing video pixel data representing a full size video image at a first resolution in a first group of memory locations in said random access memory means;

bulk storage memory for storing video pixel data and for presenting selected blocks of video data at said input port for storage by said random access memory;

size reducing means coupled to said random access memory means for accessing said image video pixel data stored in said random access memory representing said full size image at said first resolution, and for reducing said image to a reduced size counterpart image at a second, lower resolution and for storing said reduced size image at said second resolution in said random access memory in a second group of storage locations therein; and

control means coupled to said random access memory means, said bulk storage means and to said size reducing means for causing said size reducing means to generate said reduced size image at said second resolution and to store same in said random access memory means in said second group of storage locations each time the video pixel data from said random access memory means is to be transferred to said bulk storage means for storage, and for causing the video pixel data from both said first and second plurality of memory locations in said random access memory means to be transferred to said bulk storage means for storage after said reduced size image is generated and

AX061791

-8-

stored in said second group of storage locations, and for causing selective transfer of video pixel data from said bulk storage means into said random access memory means for storage such that either said first resolution image or only the reduced size second resolution counterpart are transferred into said random access memory means.

20.  The apparatus of claim 19 wherein said control means also is coupled for causing selective transfer of said second resolution image directly from said size reducing means into said bulk storage means.

21.  The apparatus of claim 19 wherein said control means also is coupled for controlling the memory locations in said random access memory means where the video pixel data defining said second resolution image are stored upon transfer from said bulk storage means.

22.  The apparatus of claim 21 wherein said size reducing means produces said second resolution image with 1/16th the resolution of said first resolution image and wherein said control means is coupled for causing transfer of said second resolution image into said random access memory for storage at a selected one of 16 predetermined blocks of memory locations.

23.  A system for storing and retrieving video data representing video images which are displayed as rasters of vertically distributed horizontal lines, each represented video image normally occupying a raster of selected vertical and horizontal size, the system comprising:
    a video image size reducer having an input coupled to receive video data representing a video image

AX061792

–9–

corresponding to a selected raster size and generate therefrom at an output video data representing a reproduction of said video image corresponding to a selected fractional-size of said selected raster size;

a first store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said first store having a capacity for storing video data representing a video image corresponding to of the selected raster size together with video data representing a reproduction of a video image corresponding to the selected fractional-size of said selected raster size;

a second store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said second store having a capacity for storing video data representing a plurality of video images each corresponding to a video frame of the selected raster size and video data representing the reproduction of each video image of selected fractional size of said selected raster size; and

means for selectively transferring from said first store to said second store either said video data representing a video image corresponding to the selected raster size or said video data representing a reproduction of a video image which is the selected fractional size of said selected raster size.

24.  A method of storing video pixel data comprising:
receiving data for a full size image at a first resolution and generating therefrom data representing a reduced size reproduction image at a second, lower resolution;

storing both the full size and the reduced size image in a bulk storage medium; and

AX061793

-10-

selectively accessing either the full size or said reduced size image from said bulk storage medium.

25.  The method of claim 24 further comprising the steps of storing a plurality of full size images and their reduced size reproduction images and accessing a plurality of selected reduced size images and storing them in selected blocks of storage locations in a random access memory.

26.  The method of claim 24 wherein each full size image occupies upon display a raster of selected vertical and horizontal size, and further comprising the steps of storing a plurality of full size images and their reduced size reproduction images and accessing a plurality of selected reduced size images and storing them in a random access memory and outputting the group of stored reduced size reproduction images as a mosaic of reproduction images occupying a raster of the selected vertical and horizontal size.

27.  A method of storing video pixel data comprising:
receiving and storing in random access memory video pixel data comprising a full size image;
generating therefrom video pixel data representing a reproduction thereof in the form of a reduced size image at a lower resolution from the full size image data and storing the pixel data representing the reduced size image so generated in additional storage locations in said random access memory along with the full size image;
storing both the full size and the reduced size image in bulk storage memory;
selectively transferring either the full size image or the reduced size image from said bulk storage memory means

AX061794

-11-

into said random access memory means for further
processing.

28.  A video still store system comprising:

an image store for storing full size image data sets
representing a plurality of full size images and for
storing a plurality of reduced size image data sets
representing a plurality of reduced size images, each of
said reduced size image data sets corresponding to one of
the full size image data sets;

an external source input for receiving from an
external source full size image data sets;

a memory for simultaneous storage of one of said full
size image data sets and the corresponding one of said
reduced size image data sets;

a size reducer means for receiving from said memory
the stored one of said full size image data sets, and for
producing and returning to said memory the corresponding
reduced size image data set;

said memory being coupled and operative to selectively
receive from either the external source input or the image
store and to store said one of said full size image data
sets, and to output as an output image the stored one of
said full size image data sets, and to communicate to the
size reducer the stored one of said full size image data
sets, and to receive from the size reducer and to store
the corresponding reduced size image data set, and to
provide to the image store both the stored one of said
full size image data sets and the corresponding reduced
size image data set, and to receive from the image store
and to store at different selected locations selected ones
of said plurality of reduced size image data sets, and to
output as said output image the stored selected ones such
that the selected ones are disposed at different locations

AX061795

-12-

within the output image or to receive and store from said
image store only a full sized image data set; and

means to retrieve data from said memory and display it
on a raster scanned video display.

## REMARKS

The undersigned thanks the Examiner for the courtesy
of the telephone interview.  In response to the
discussions therein of new claims written by the
undersigned, said new claims are submitted herewith for
examination based on the substance of the interview.
Further, some of the now pending claims have been retained
and amended to eliminate the problems under 35 U.S.C.
Section 112 noted in the outstanding office action.  New
claim 28 is the Examiner's suggested rewrite of claim 9
with some minor changes in terminology and one additional
element.  We would like to add that this claim is a very
good claim.  We thank the Examiner for taking the time to
write it.

New claims 16 through 28 are in accord with the
novelty identified by the Examiner in the first Office
Action in the parent of the above identified U.S. patent
application.  Based upon the content of the Hugh Boyd,
Quantel reference, which teaches accessing from disk the
entire full size picture before size reduction can occur,
these new claims are believed to be allowable.  This is so
because they teach storing a reduced image with the full
size image each time a full sized image is to be stored
from the frame buffer to the disk.  This allows the user
the option of retrieving the entire full size image or
only the reduced size counterpart from disk.  Mosaics of
reduced size counterpart images may be made by accessing
several reduced size images and moving them around in the
frame buffer.  The access time for each reduced size image

AX061796

-13-

is only a fraction of the access time for the entire full
size image.  This system obviously has a major advantage
over the Boyd, Quantel system in that access time for a
frame comprised of one or more reduced images will be
substantially shorter than the Boyd, Quantel system can
provide.  This is because the Boyd, Quantel reference does
not store a reduced image automatically with the full size
counterpart each time a full size image in the frame
buffer is to be stored on disk.  Thus to access any
particular reduced image, the entire full size image must
be accessed and loaded into the size reducer.  Clearly
this takes more time than accessing only the data
describing the reduced size image from the disk.

                              Respectfully submitted,
                              CIOTTI & MURASHIGE


                    By _____
                              Ronald Craig Fish
                              Registration No. 28,843

545 Middlefield Road, Suite 200
Menlo Park, California  94025
(415) 327-7250
20 November 1986
0323r

AX061797



AX061798

Attorney's
Docket No.    AMP0035PCON

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                )
DANIEL A. BEAULIER                                  )
Serial No.: 740,297                                 )      Group Art Unit: 262
Filed: 31 May 1985                                  )      Examiner: D. Harvey
For: ELECTRONIC STILL STORE WITH HIGH              )
     SPEED SORTING AND METHOD OF                    )
     OPERATION                                      )
                              PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents and Trademarks
Washington, D. C.  20231

Sir:

        The following extension of time is requested to respond to the
Office Action of __23 May 1986__ :

    ☐ One month to _____ .  The extension fee is
            ☐ $28.00 ☐ $56.00.

    ☒ Two months to _____ .  The extension fee is
            ☐ $85.00 .  $170.00.

    ☒ Three months to _____ .  The extension fee is
            ☐ $195.00 ☒ $390.00.

    ☐ Four months to _____ .  The extension fee is
            ☐ $305.00 ☐ $610.00.

    ☒ A check in the amount of $594.00 is attached.
    ☐ Charge $_____ to Deposit Account No. 03-1952.

        The Commissioner is hereby authorized to charge any fees under 37 C.F.R.
§§1.16 and 1.17 which may be required by this paper, or to credit any overpayment,
to Deposit Account No. 03-1952.  A duplicate copy of this sheet is enclosed.

CIOTTI & MURASHIGE
545 Middlefield Road                    _Ron Fish_
Suite 200                               Ronald Craig Fish
Menlo Park, CA  94025-3471              Reg. No. 28,843.
                                       CERTIFICATE OF MAILING BY EXPRESS MAIL
Phone No: (415) 327-7250               "Express Mail" Mailing Label No. B76687191
                                       Date of Deposit  20 November 1986
                                       I hereby certify that this paper or fee is being deposited
                                       with the United States Postal Service "Express Mail Post
                                       Office to Addressee" service under 37 CFR 1.10 on the date
                                       indicated above and is addressed to the Commissioner of
                                       Patents and Trademarks, Washington, D.C. 20231.

AX061799

Attorney's Docket No. _____ AMP0035PCON

NOV 20 1986

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                )
DANIEL A. BEAULIER                                  )
Serial No.: 740,297                                 )
Filed: 31 May 1985                                  )    Group Art Unit: 262
For: ELECTRONIC STILL STORE WITH HIGH               )    Examiner: D. Harvey
     SPEED SORTING AND METHOD OF                     )
     OPERATION                                       )
                              PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents and Trademarks
Washington, D. C.  20231

Sir:

        The following extension of time is requested to respond to the
Office Action of __ 23 May 1986 __:

    ☐ One month to _____.  The extension fee is
        ☐ $28.00  ☐ $56.00.

    ☑ Two months to _____.  The extension fee is
        ☐ $85.00  . $170.00.

    ☒ Three months to _____.  The extension fee is
        ☐ $195.00 ☒ $390.00.

    ☐ Four months to _____.  The extension fee is
        ☐ $305.00 ☐ $610.00.

    ☒ A check in the amount of $ 594.00 is attached.
    ☐ Charge $_____ to Deposit Account No. 03-1952.

        The Commissioner is hereby authorized to charge any fees under 37 C.F.R.
§§1.16 and 1.17 which may be required by this paper, or to credit any overpayment,
to Deposit Account No. 03-1952.  A duplicate copy of this sheet is enclosed.

CIOTTI & MURASHIGE
545 Middlefield Road
Suite 200
Menlo Park, CA  94025-3471

Phone No: (415) 327-7250

Ronald Craig Fish
Reg. No. 28,843

CERTIFICATE OF MAILING BY "EXPRESS MAIL"
"Express Mail" Mailing Label No. B76687191
Date of Deposit  20 November 1986
    I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

AX061800