i.07
20
1986

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of          )
                              )
DANIEL BEAULIER              )
                              )
Serial No.: 740,297          )  Group Art Unit: 262
Filed:  31 May 1985          )
For:  ELECTRONIC STILL STORE WITH HIGH  )
      SPEED SORTING AND METHOD OF OPERATION  )

CERTIFICATE OF MAILING BY "EXPRESS MAIL"
"Express Mail" Mailing Label No. B 7668719I
Date of Deposit    20 Nov 1986
I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

    Kathy E. McKenna
(Typed or Printed Name of Person Mailing Paper or Fee)

    Kathy E. McKenna
(Signature of Person Mailing Paper or Fee)

## AMENDMENT TRANSMITTAL

Honorable Commissioner of Patents and Trademarks
Washington, D. C.  20231

Sir:

     Transmitted herewith is an amendment in the above-identified patent
application.

☐ _____ verified statement(s) of small entity status ☐ enclosed
                                                        ☐ submitted previously.

☒ Petition for Extension of Time enclosed.

☐ No additional fee is required.

☒ An additional fee is required, and has been calculated as shown below:

|  | No. Claims in Application After This Amendment | Highest No. Claims Previously Paid For | Extra Claims (Not Less Than 0) | Additional Fee |
|---|---|---|---|---|
| A. | Total Claims  19  minus  20 | = | 0  x $ 12.00= | $ 0 |
| B. | Independent Claims  9  minus  3 | = | 6  x $ 34.00= | $204.00 |
| C. | If amended to contain multiple dependent claims, add | | $110.00= | $ - |
| D. | Total Amendment Fee (TOTAL A, B, & C) | | | $204.00 |
| E. | If small entity, fifty percent reduction of Total Amendment Fee (50% x D) | | | $ - |
| F. | Total Additional Fee Due For This Amendment (D minus E) | | | $204.00 |

☒ A check in the amount of $594.00 is attached. (includes ext. of time)

☐ Charge $_____ to Deposit Account No. 03-1952.

     The Commissioner is hereby authorized to charge any fees under 37 C.F.R.
§§1.16 and 1.17 which may be required by this paper, or to credit any overpayment,
to Deposit Account No. 03-1952.  A duplicate copy of this sheet is enclosed.

CIOTTI & MURASHIGE
545 Middlefield Road
Suite 200
Menlo Park, CA  94025-3471
415/327-7250

                                    Ronald C. Fish

AX061801

Date: April 8,
Attorney Docket: A-3033

483327

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor(s):  Daniel A. Beaulier

For: Electronic Still Store with High Speed Sorting and Method
of Operation
Enclosed are:

( xx ) ___1___ sheet(s) of Formal drawing(s).

(  ) Assignment of the invention to Ampex Corporation.

(  ) Declaration and Power of Attorney.

(  ) Associate Power of Attorney.

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| | Number Filed | Number Extra | Rate | Basic Fee $300.00 |
| Total Claims | 14  -20= | ~0~ | X $10 | ~0~ |
| Independent Claims | 6  - 3= | 3 | X $30 | 90.00 |
| Fee for Multiple Claims | | | $100 | |
| | | | Total filing fee | 390.00 |

Please charge Deposit Account No. 01-1771 in the amount of the total
filing fee calculated above. ~~and the $20.00 to cover the Assignment~~
~~recording fee.~~

The Commissioner is hereby authorized to charge any additional
fee(s) which may be required to secure this application filing and
assignment recordation, or credit any overpayment, to Deposit
Account No. 01-1771.  Two duplicate copies of this sheet are enclosed.

Ampex Corporation

BY _____
Ralph L. Mossino
Registration No. 22,682

401 Broadway, M.S. 3-35
Redwood City, CA 94063
(415) 367-3331

B-314

AX061802

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                ) Group Art Unit    : 262
DANIEL A. BEAULIER                   ) Examiner          : D. Harvey
                                     ) Attorney Docket No.: AV-3033
Serial No.: 483,327

Filed: April 8, 1983

For: Electronic Still Store With
     High Speed Sorting and
     Method of Operation

RECEIVED
MAY 06 1985
GROUP 260

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

    Transmitted herewith is an amendment in the above-identified
application.

(  ) No additional fee is enclosed because this application was filed
     prior to October 25, 1965 (effective date of Public Law 89-93).

(xx) No additional fee is required.

(  ) The fee has been calculated as shown below.

Claims as amended:

| | Claims remaining after amendment | Highest number previously paid for | Present extra | Rate | Additional fee |
|---|---|---|---|---|---|
| Total Claims | | – | | x10 | |
| Independent Claims | | – | | x30 | |
| Total additional fee for this amendment | | | | | |

(  ) Charge $_____ to Deposit Account No. 01-1771.  A duplicate
     copy of this sheet is enclosed.

(xx) The Commissioner is hereby authorized to charge any fees
     under 37 C.F.R. 1.16 and 1.17 which may be required by this
     paper, or credit any overpayment, to Deposit Account No.
     01-1771.  A duplicate copy of this sheet is enclosed.

                              Respectfully submitted,
                              AMPEX CORPORATION

                              By _Bradley A. Perkins_
                                 Bradley A. Perkins
                                 Registration No. 31,406

Dated: april 26, 1985
401 Broadway, M.S. 3-35
Redwood City, California  94063
(415) 367-

(REV. 4/17/84)

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Washing-
ton, D.C.20231, or _4-26-85_

_Bradley A. Perkins_   _4-26-85_
Bradley A. Perkins, Reg. # 31,406 DATE

AX061803

SER NUMBER    FILING DT    CLASS    SUBCLASS    ART UNIT    EXAMINER
06/740,297    05/31/85    358                   262

APPLICANTS:
DANIEL, A. BEAULIER, MENLO PARK, CA.

**CONTINUING DATA***************
VERIFIED    THIS APPLN IS A CON OF    06/483,327 04/08/83

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 06/12/85
FORGN PRIORITY CLMD YES/NO    STATE/    SHEETS    TOTAL    INDEP.    FIL. FEE    ATTORNEY'S
35USC119 COND, MET YES/NO    COUNTRY DRWGS.    CLAIMS   CLAIMS   RECEIVED    DOCKET NO.
                             CA          1        20       3       $300.00     AV-3033N1

ADDRESS:
AMPEX CORP.
401 BROADWAY, MS 3-35
REDWOOD CITY, CA 94063-3199

TITLE:
ELECTRONIC STILL STORE WITH HIGH SPEED SORTING AND METHOD OF
OPERATION

B-316

AX061804



AX061805

Attorney's t No. __AMP0035PCON__

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
NOV 1989
GROUP 260

In re application of

DANIEL BEAULIER

Serial No.:    740,297
Filed:    31 May 1985
For: ELECTRONIC STILL STORE WITH HIGH
SPEED SORTING AND METHOD OF OPERATION

Group Art Unit: 262

Examiner:

## AMENDMENT TRANSMITTAL

Honorable Commissioner of Patents and Trademarks
Washington, D. C.   20231

Sir:

"CERTIFICATE OF MAILING BY EXPRESS MAIL"
Express Mail Mailing Label No. B76687191
Date of Deposit    20 Nov 1986
I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

_Kathy E. McKenna_
(Typed or Printed Name of Person Mailing Paper or Fee)

_Kathy E. McKenna_
(Signature of Person Mailing Paper or Fee)

Transmitted herewith is an amendment in the above-identified patent
application.

☐ _____ verified statement(s) of small entity status ☐ enclosed
☐ submitted previously.

☒ Petition for Extension of Time enclosed.

☐ No additional fee is required.

☒ An additional fee is required, and has been calculated as shown below:

| No. Claims in Application After This Amendment | | Highest No. Claims Previously Paid For | | Extra Claims (Not Less Than 0) | Additional Fee |
|---|---|---|---|---|---|
| A. Total Claims | 19 minus | 20 | = | 0 | x $ 12.00 = $ 0 |
| B. Independent Claims | 9 minus | 3 | = | 6 | x $ 34.00 = $ 204.00 |
| C. If amended to contain multiple dependent claims, add | | | | | $110.00 = $ – |
| D. Total Amendment Fee (TOTAL A, B, & C) | | | | | $ 204.00 |
| E. If small entity, fifty percent reduction of Total Amendment Fee (50% x D) | | | | | $ 204.00 |
| F. Total Additional Fee Due For This Amendment (D minus E) | | | | | $ – $ 204.00 |

☒ A check in the amount of $594.00 is attached. (includes ext. of time)

☐ Charge $_____ to Deposit Account No. 03-1952.

The Commissioner is hereby authorized to charge any fees under 37 C.F.R.
§§1.16 and 1.17 which may be required by this paper, or to credit any overpayment,
to Deposit Account No. 03-1952. A duplicate copy of this sheet is enclosed.

CIOTTI & MURASHIGE
545 Middlefield Road
Suite 200
Menlo Park, CA  94025-3471
415/327-7250

_Ronald C. Fish_
Ronald C. Fish

B-318

AX061806

FORM PTO-875
(Rev. 3-83)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. 740297

FILING DATE 5/31/85

APPLICANT (FIRST NAMED) Beuler, D.A.

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | NO. EXTRA | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | RATE | FEE | OR | RATE | FEE | |
| BASIC FEE | | | | $150 | OR | | $300 | |
| TOTAL CLAIMS | 20 | -20- | x5= | $ | OR | x10= | $ | |
| INDEP. CLAIMS | 3 | -3- | x15= | $ | OR | x30= | $ | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT | | | -50- | $ | OR | -100- | $ | |
| | | | TOTAL | $ | OR | TOTAL | $ 200 | |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | | |
|---|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE | |
| TOTAL | * | MINUS ** | | x5= | | OR | x10= | | |
| INDEP | * | MINUS *** | | x15= | $ | OR | x30= | $ | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | -50- | $ | OR | -100- | $ | |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE | |
|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS ** | | x5= | $ | OR | x10= | $ | |
| INDEP. | * | MINUS *** | | x15= | $ | OR | x30= | $ | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | -50- | $ | OR | -100- | $ | |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE | |
|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS ** | – | x5= | $ | OR | x10= | $ | |
| INDEP. | * | MINUS *** | – | x15= | $ | OR | x30= | $ | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | – | -50- | $ | OR | -100- | $ | |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ | |

\* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

AX061807

FORM PTO-875
(Rev. 3-82)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. 740 297    FILING DATE

APPLICANT (FIRST NAMED)

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | NO. EXTRA |
|---|---|---|
| BASIC FEE | | |
| TOTAL CLAIMS | -20= | * |
| INDEP. CLAIMS | -3= | * |
| [] MULTIPLE DEPENDENT CLAIM PRESENT | | |

\* If the difference in col. 1 is less than zero, enter "0" in col. 2

**SMALL ENTITY**

| RATE | FEE |
|---|---|
| | $150 |
| ×8= | $ |
| ×15= | $ |
| ÷50= | $ |
| TOTAL | $ |

OR

**OTHER THAN A SMALL ENTITY**

| RATE | FEE |
|---|---|
| | $300 |
| ×10= | $ |
| ×30= | $ |
| ÷100= | $ |
| TOTAL | $ |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA |
|---|---|---|---|---|
| TOTAL | 19 | MINUS ** | 20 | |
| INDEP. | 9 | MINUS *** | 7 | 2 |
| [] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | |

**SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×5 | $ |
| ×15= | $ |
| ÷50= | $ |
| TOTAL ADDIT. FEE | $ |

OR

**OTHER THAN A SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×10= | $ |
| 24.00 ×30= | 48.00 |
| ÷100= | $ |
| TOTAL | $48.00 pd. |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA |
|---|---|---|---|---|
| TOTAL | * | MINUS ** | | |
| INDEP. | * | MINUS *** | | |
| [] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | |

**SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×5= | $ |
| ×15= | $ |
| ÷50= | $ |
| TOTAL ADDIT. FEE | $ |

OR

**OTHER THAN A SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×10= | $ |
| ×30= | $ |
| ÷100= | $ |
| TOTAL | $ |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA |
|---|---|---|---|---|
| TOTAL | * | MINUS ** | | |
| INDEP. | * | MINUS *** | | |
| [] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | |

**SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×5= | $ |
| ×15= | $ |
| ÷50= | $ |
| TOTAL ADDIT. FEE | $ |

OR

**OTHER THAN A SMALL ENTITY**

| RATE | ADDIT. FEE |
|---|---|
| ×10= | $ |
| ×30= | $ |
| ÷100= | $ |
| TOTAL | $ |

\* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

AX061808



## FORMAT NO. 3  ATTORNEY'S REGISTRATION NO.(S)

RECORD 301

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 302

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 303

No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

☐ MORE ON SUPPLEMENTAL CODING SHEET

## FORMAT NO. 4   APPLICANT(S) NAME AND ADDRESS

RECORD 4 0 1

AUTHORITY    FAMILY NAME (25 spaces)    NAME-SUFFIX

GIVEN NAMES (25 spaces)

CITY (15 spaces)    STATE/COUNTRY

RECORD 4 0 2

AUTHORITY    FAMILY NAME (25 spaces)    NAME-SUFFIX

GIVEN NAMES (25 spaces)

CITY (15 spaces)    STATE/COUNTRY

☐ MORE ON SUPPLEMENTAL CODING SHEET

## FORMAT NO. 5   TITLE OF INVENTION (70 spaces)

RECORD 501

RECORD 502

RECORD 503

RECORD 504

## FORMAT NO. 6   CORRESPONDENCE ADDRESS (40 spaces)

RECORD 601

RECORD 602

## FORMAT NO. 7

RECORD 701

RECORD 702

RECORD 703

PTO-1120 page 2 (Rev. 3-93)

U.S. DEPARTMENT OF COMMERCE -Patent & Trademark Office

AX061810

FORM PTO-875

| U.S. DEPARTMENT OF COMMERCE | SERIAL NO. | FILING DATE |
|---|---|---|
| PATENT AND TRADEMARK OFFICE | 283327 | 4-8-83 |
| PATENT APPLICATION FEE DETERMINATION RECORD | | |

APPLICANT (FIRST NAMED) *Manuel A. Beaulieu*

## CLAIMS AS FILED – PART I

| FOR: | NO. FILED (Col. 1) | NO. EXTRA (Col. 2) | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 14 | −20= | * 0 | x5= | $ | OR | x10= | $ |
| INDEP. CLAIMS | 6 | −3= | ** 3 | x15= | $ | OR | x30= | $90 ºº |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT | | | | +50= | $ | OR | +100= | $0 ºº |
| | | | | TOTAL | $ | OR | TOTAL | $90 |

\* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED – PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Col. 1) | HIGHEST NO. PREVIOUSLY PAID FOR (Col. 2) | PRESENT EXTRA (Col. 3) | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | TOTAL | * 14 | MINUS ** 20 | = | x5= | $ | OR | x10= | $ |
| | INDEP. | 7 | MINUS *** 6 | = 1 | x15= | $ | OR | x30= | $30.08 |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | OR | +100= | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $30.08 pd. |

| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | TOTAL | * 14 | MINUS ** 20 | — | x5= | $ | OR | x10= | $ |
| | INDEP. | 7 | MINUS *** 7 | — | x15= | $ | OR | x30= | $ |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | OR | +100= | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | TOTAL | * 14 | MINUS ** 20 | — | x5= | $ | OR | x10= | $ |
| | INDEP. | 7 | MINUS *** 7 | = | x15= | $ | OR | x30= | $ |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | +50= | $ | OR | +100= | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

\* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

AX061811

PTO-1130
(Rev. 3-83)

**PALM III APPLICATION FILE DATA CODING SHEET**

U.S. DEPARTMENT OF COMMERCE–PATENT & TM OFFICE

| FORMAT NO. 2 Serial No. | TYPE APPL | FILING DATE | | | |
|---|---|---|---|---|---|
| 483327 | 06 | Month 10 | Day 0 X 8 | Year 93 | |

FORMAT NO. 3  ATTORNEY DOCKET NUMBER (12 spaces)  HV-3033

| SPECIAL HANDLING | GROUP ART UNIT | CLASS | ASG? | SHEETS OF DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | FILING FEE RECEIVED | SECURITY | FOREIGN CASE/ LICENSE? | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 8 3 | 5 5 F | 0 | 0 1 1 | 0 1 N | 0 0 1 | 0 | 0 0 9 0 0 | | M | 12 |

PREPARED BY

FORMAT NO. 4 Applicant's Name & Address ☑ APPL. PAPERS ☐ CODING SHEET

FORMAT NO. 5 Title of Invention ☑ APPL. PAPERS ☐ CODING SHEET

FORMAT NO. 6&7 Correspondence Address ☑ APPL. PAPERS ☐ CODING SHEET

Attn's Reg. Nos. ☑ APPL. PAPERS ☐ CODING SHEET

**FORMAT NO. 8**

PARENT APPLICATION SERIAL NUMBER

CONTINUITY CODE

| | | |
|---|---|---|
| RECORD | 8 0 1 | |
| RECORD | 8 0 2 | 0 |
| RECORD | 8 0 3 | 0 |
| RECORD | 8 0 4 | 0 |
| RECORD | 8 0 5 | 0 |
| RECORD | 8 0 6 | 0 |
| RECORD | 8 0 7 | 0 |
| RECORD | 8 0 8 | 0 |
| RECORD | 8 0 9 | 0 |
| RECORD | 8 1 0 | 0 |

☐ MORE ON SUPPLEMENTAL CODING SHEET

PARENT PATENT NUMBER

STATUS CODE

PARENT FILING DATE
Month  Day  Year

**FORMAT NO. 9**

PCT/FOREIGN APPLICATION SERIAL NUMBER

COUNTRY CODE

| | |
|---|---|
| RECORD | 9 0 1 |
| RECORD | 9 0 2 |
| RECORD | 9 0 3 |
| RECORD | 9 0 4 |
| RECORD | 9 0 5 |
| RECORD | 9 0 6 |
| RECORD | 9 0 7 |
| RECORD | 9 0 8 |
| RECORD | 9 0 9 |
| RECORD | 9 1 0 |

FOREIGN PRIORITY CLAIMED?
☐ Yes
☑ No

☐ APPLICATION PAPERS

☐ MORE ON SUPPLEMENTAL CODING SHEET

FILING DATE
Month  Day  Year

AX061812

B-324

FORMAT NO. 3    ATTORNEY'S REGISTRATION NO.(S)

RECORD 301

No. 1

No. 2    No. 3

No. 4    No. 5

No. 6    No. 7

RECORD 302

No. 1

No. 2    No. 3

No. 4    No. 5

No. 6    No. 7

RECORD 303

No. 1

No. 2    No. 3

No. 4    No. 5

No. 6    No. 7

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 5    TITLE OF INVENTION (70 spaces)

RECORD 501

RECORD 502

RECORD 503

RECORD 504

FORMAT NO. 6    CORRESPONDENCE ADDRESS (40 spaces)

RECORD 601

RECORD 602

FORMAT NO. 7

RECORD 701

RECORD 702

RECORD 703

PTO-1130 (page 2 Rev 2-82)

FORMAT NO. 4    APPLICANT(S) NAME AND ADDRESS

RECORD    AUTHORITY    FAMILY NAME (23 spaces)    NAME-SUFFIX

4 0 1

GIVEN NAMES (23 spaces)

CITY (15 spaces)    STATE/COUNTRY

RECORD    AUTHORITY    FAMILY NAME (23 spaces)    NAME-SUFFIX

4 0 2

GIVEN NAMES (23 spaces)

CITY (15 spaces)    STATE/COUNTRY

☐ MORE ON SUPPLEMENTAL CODING SHEET

U.S. DEPARTMENT OF COMMERCE —Patent & Trademark Office

AX061813

Form PTO-875
(REV 1-86)

DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**PATENT APPLICATION FEE DETERMINATION RECORD**

SERIAL NO. 018786   FILING DATE 2-24-87

APPLICANT (FIRST NAMED) Daniel A. Berulic

## CLAIMS AS FILED - PART I

| FOR | NO FILED | NO EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|-----|----------|----------|------|-----|-----|------|-----|
| BASIC FEE | | | | $170 | OR | | $340 |
| TOTAL CLAIMS | 14 | -20= 8 | x6= | $ | OR | x12= | 0 |
| INDEP CLAIMS | 9 | -3= 6 | x17= | $ | OR | x34= | 204 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | x55= | $ | OR | x110= | 0 |
| | | | TOTAL | $ | OR | TOTAL | 544 |

\* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED - PART II

| | | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | TOTAL | | MINUS | ** | | x3= | $ | OR | x10= | $ |
| | INDEP | | MINUS | *** | | x15= | $ | OR | x30= | $ |
| | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | x50= | $ | OR | x100= | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | TOTAL | | MINUS | ** | | x5= | $ | OR | x10= | $ |
| | INDEP | | MINUS | *** | | x15= | $ | OR | x30= | $ |
| | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | x50= | $ | OR | x100= | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** | TOTAL | | MINUS | ** | | x5= | $ | OR | x10= | $ |
| | INDEP | | MINUS | *** | | x15= | $ | OR | x30= | $ |
| | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | x50= | $ | OR | x100= | $ |
| | | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

\* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1

AX061814

PTO-135
Rev. 2-25

**PALM III APPLICATION FILE DATA CODING SHEET**

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

018786

| FORMAT NO. 2 Serial No. | TYPE APPL | FILING DATE | | | SPECIAL HANDLING (if any) | CLASS | GROUP ART UNIT | SHEETS OF DRAWINGS | ASGT | TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | PREPARED BY | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | | | | | | | | | | 3-23-87 |

FORMAT NO. 3  ATTORNEY DOCKET NUMBER (12 spaces)  AW-3031

Atty's Reg. Nos. / APPL PAPERS / CODING SHEET

FORMAT NO. 4  Applicant's Name & Address / APPL PAPERS / CODING SHEET

FORMAT NO. 5  Title of Invention / APPL PAPERS / CODING SHEET

FORMAT NO. 6&7  Address / APPL PAPERS / Correspondence / CODING SHEET

FILING FEE RECEIVED

SECURITY / FOREIGN CASE / LICENSED

FORMAT NO. 8

| | RECORD | 8 0 1 |
| | RECORD | 8 0 2 |
| | RECORD | 8 0 3 |
| | RECORD | 8 0 4 |
| | RECORD | 8 0 5 |
| | RECORD | 8 0 6 |
| | RECORD | 8 0 7 |
| | RECORD | 8 0 8 |
| | RECORD | 8 0 9 |
| | RECORD | 8 1 0 |

MORE ON SUPPLEMENTAL CODING SHEET

CONTINUITY CODE

PARENT APPLICATION SERIAL NUMBER

PARENT FILING DATE (Month Day Year)

STATUS CODE

PARENT PATENT NUMBER

FILING DATE (Month Day Year)

FORMAT NO. 9

| | RECORD | 9 0 1 |
| | RECORD | 9 0 2 |
| | RECORD | 9 0 3 |
| | RECORD | 9 0 4 |
| | RECORD | 9 0 5 |
| | RECORD | 9 0 6 |
| | RECORD | 9 0 7 |
| | RECORD | 9 0 8 |
| | RECORD | 9 0 9 |
| | RECORD | 9 1 0 |

FOREIGN PRIORITY CLAIMED? YES / NO

APPLICATION PAPERS

MORE ON SUPPLEMENTAL CODING SHEET

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

B-327

AX061815

FORMAT NO. 3   ATTORNEY'S REGISTRATION NO.(S)

RECORD 301
No. 1
No. 2   No. 3
No. 4   No. 5
No. 6   No. 7

RECORD 302
No. 1
No. 2   No. 3
No. 4   No. 5
No. 6   No. 7

RECORD 303
No. 1
No. 2   No. 3
No. 4   No. 5
No. 6   No. 7

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 5   TITLE OF INVENTION (70 spaces)

RECORD 501
RECORD 502
RECORD 503
RECORD 504

FORMAT NO. 6   CORRESPONDENCE ADDRESS (40 spaces)

RECORD 601
RECORD 602

FORMAT NO. 7
RECORD 701
RECORD 702
RECORD 703

FORMAT NO. 4   APPLICANT(S) NAME AND ADDRESS

RECORD   AUTHORITY   FAMILY NAME (25 spaces)   NAME-SUFFIX
4  0  1

GIVEN NAMES (15 spaces)

CITY (15 spaces)   STATE/COUNTRY

RECORD   AUTHORITY   FAMILY NAME (25 spaces)   NAME-SUFFIX
4  0  2

GIVEN NAMES (15 spaces)

CITY (15 spaces)   STATE/COUNTRY

☐ MORE ON SUPPLEMENTAL CODING SHEET

U.S. DEPARTMENT OF COMMERCE—Patent & Trademark Office

PTO-1139 page 2 Rev. 2-83)

B-328

AX061816



**NOTES**

| | Date | Ex'r |
|---|---|---|
| Confer. R. Caramia on Search of Class 360 | 11/27/84 | DH |

350/342 -
102
183

## SEARCHED

360/141
35/31

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| 358 | 160, 183 | 11/26/84 | DH |
| 360 | 342, 102 | 11/28/84 | DH |
| | 10.1, 141 | | |
| 353 | 311, | 12/3/84 | DN |

**PRINT CLAIM(S):**

7.6 7.1
7.71
7.73

## INDEX OF CLAIMS

| Claim Final | Original | 12/7/84 | 2/26/85 | Date | | | | | | | Claim Final | Original | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | = | | | | | | | | | 26 | | | | | |
| | 2 | √ | = | | | | | | | | | 27 | | | | | |
| | 3 | √ | = | | | | | | | | | 28 | | | | | |
| | 4 | √ | √ | | | | | | | | | 29 | | | | | |
| | 5 | √ | √ | | | | | | | | | 30 | | | | | |
| | 6 | √ | √ | | | | | | | | | 31 | | | | | |
| | 7 | √ | √ | | | | | | | | | 32 | | | | | |
| | 8 | √ | √ | | | | | | | | | 33 | | | | | |
| | 9 | √ | √ | | | | | | | | | 34 | | | | | |
| | 10 | √ | √ | | | | | | | | | 35 | | | | | |
| | 11 | √ | √ | | | | | | | | | 36 | | | | | |
| | 12 | √ | √ | | | | | | | | | 37 | | | | | |
| | 13 | √ | √ | | | | | | | | | 38 | | | | | |
| | 14 | √ | √ | | | | | | | | | 39 | | | | | |
| | 15 | | | | | | | | | | | 40 | | | | | |
| | 16 | | | | | | | | | | | 41 | | | | | |
| | 17 | | | | | | | | | | | 42 | | | | | |
| | 18 | | | | | | | | | | | 43 | | | | | |
| | 19 | | | | | | | | | | | 44 | | | | | |
| | 20 | | | | | | | | | | | 45 | | | | | |
| | 21 | | | | | | | | | | | 46 | | | | | |
| | 22 | | | | | | | | | | | 47 | | | | | |
| | 23 | | | | | | | | | | | 48 | | | | | |
| | 24 | | | | | | | | | | | 49 | | | | | |
| | 25 | | | | | | | | | | | 50 | | | | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| | | | |

**SYMBOLS**     **STATUS**

√ ———————— Rejected
= ———————— Allowed
— (Through numeral) Canceled
+ ———————— Restriction requirement
N ———————— Nonelected invention or species
I ———————— Interference
A ———————— Appeal
O ———————— Objected

AX061817

Byrd
10/3

AX061818

## SEARCH NOTES

| | Date | Ex'r |
|---|---|---|
| | | |
| | | |
| | | |

## SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| 358 | 160, 153 102, 311 342 | 7/26/95 | DH |
| 36r | 35.1 10.1 14.1 | | |
| | updated | 4/33/86 | DU |

### PRINT CLAIM(S):

## INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | Claim Final | Original | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ✓ | 8/1/95 8/3/96 | | | | | 26 | | | | | | |
| 2 | ✓ | ✓ | | | | | 27 | | | | | | |
| 3 | ✓ | ✓ | | | | | 28 | | | | | | |
| 4 | ✓ | ✓ | | | | | 29 | | | | | | |
| 5 | ✓ | ✓ | | | | | 30 | | | | | | |
| 6 | ✓ | ✓ | | | | | 31 | | | | | | |
| 7 | ✓ | ✓ | | | | | 32 | | | | | | |
| 8 | ✓ | ✓ | | | | | 33 | | | | | | |
| 9 | ✓ | ✓ | | | | | 34 | | | | | | |
| 10 | ✓ | ✓ | | | | | 35 | | | | | | |
| 11 | ✓ | ✓ | | | | | 36 | | | | | | |
| 12 | ✓ | ✓ | | | | | 37 | | | | | | |
| 13 | ✓ | ✓ | | | | | 38 | | | | | | |
| 14 | ✓ | ✓ | | | | | 39 | | | | | | |
| 15 | ✓ | ✓ | | | | | 40 | | | | | | |
| 16 | | | | | | | 41 | | | | | | |
| 17 | | | | | | | 42 | | | | | | |
| 18 | | | | | | | 43 | | | | | | |
| 19 | | | | | | | 44 | | | | | | |
| 20 | | | | | | | 45 | | | | | | |
| 21 | | | | | | | 46 | | | | | | |
| 22 | | | | | | | 47 | | | | | | |
| 23 | | | | | | | 48 | | | | | | |
| 24 | | | | | | | 49 | | | | | | |
| 25 | | | | | | | 50 | | | | | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| | | | |

| SYMBOLS | STATUS |
|---|---|
| ✓ | Rejected |
| α | Allowed |
| –(Through numeral) | Canceled |
| – | Restriction requirement |
| N | Nonelected invention or species |
| I | Interference |
| A | Appeal |
| O | Objected |

AX061819

APPROVED FOR LICENSE

INITIALS

AX061820



AX061821



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 358 | 160 183 | 10/88/87 | DN |
|  | 195 311 | | |
|  | 349,100 | | |
| 360 | 55.1 9.1 | | |
|  | 10.1 (4) | | |
|  | updated | 7/14/88 | DN |
|  | " | 10.27/88 | |

## SEARCH NOTES

| Date | Exmr. |
|------|-------|

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 358 | 160 183 | 10/27/88 | DN |

AX061822

483327

**CONTENTS**

Entered

| | | | |
|---|---|---|---|
| | 1. Application | papers. | |
| | 2. *Missing of Print file* | MAY 09 1985 | |
| | 3. Reg (3 mos) | Dec. 21, 1984 | CR 12-10 |
| 2-13 | 4. Amdt. A. | Feb. 4, 1985 | |
| | 5. Final Rej. A | Mar 4 1985 | Ex 87 |
| 5-12 | 6. Amdt. B NE | April 6 9 1985 | |
| | 7. Adv. Act. (30D) | May 17, 1985 | Ex 5.13 |
| | 8. Ltr of Aband. | July 2, 1985 | |
| | 9. | | |
| | 10. | | |
| | 11. | | |
| | 12. | | |
| | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

AX061823

740297

# CONTENTS

Entered

1. Applications                    papers.

| | | |
|---|---|---|
| | 2. 9. *Arndt P.* | May 31, 1985 |
| | 2. 10. *Arndt . 3* | May 31, 1985 |
| | 2. 11. *Reg 3m* | Sept 3 1985 19 |
| 2/21 | 2. 12. *Ext. Reg w/ a* | Nov 21, 198 due 2/3/86 |
| 2/21 | 2. 13. *Arndt . E* | Jan 31, 1986 |
| | 2. 14. *T. Reg 3 MAS* | May 23, 1986 |
| | 2. 15. *Interview Summary* | Oct 30, 1986 |
| 1-22 | 2. 16. *V. & E. J Div (3* | Nov 26, 1986 |
| 1-22 | 10. 17. *Cond. F . 3* | Nov 26, 1986 |
| 1-22 | 10. 18. *Amend* | Nov 26, 1986 |
| | 12. 19. *Pet re Refund* | Jan 16, 1987 |
| | 10. 20. *Interview Summary* | Jan 28, 1987   1-30 |
| | 12. 21. *Advisory Action* | Feb 23 1987 BE |
| 3/11 | 10. 22. *V. & E. J Div 15* | Jul 24, 1987 |
| | 10. 23. *Pt. J Abend.* | April 21 1987 |
| | 17. 24. | |
| | 18. 25. | |
| | 18. 26. | |
| | 28. 27. | |
| | 21. | |
| | 22. | |
| | 28. | |
| | 24. | |
| | 25. | |
| | 28. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981-349-869

AX061824

77

018786

APPROVED FOR LICENSE ☐

INITIALS _____

Entered
or
Counted

## CONTENTS

Received
or
Mailed

| | | 1. Application | papers. | |
|---|---|---|---|---|
| H21 | 24 | Amdt G. | Feb. 24, 1987 | |
| H2 | 25 | Amdt H. | Feb. 24, 1987 | |
| | 26 | Rej. (3 mos) | 1-4-88 | |
| | 27 | Req (1 mo) Ext. time | April 29, 1988 | |
| 5-13-88 | 28 | Amdt I | April 29, 1988 | |
| | 29 | Final Reject (3 mo) | July 22, 88 | |
| | 30 | Amdt (1 mo) | Oct 7, 88 | |
| | 31 | Examiner Interview Summary | 10-27-88 | |
| | 32 | Lt Allow | 11-7-88 | |
| | 33 | Formal drwgs 1 sht. | 12/27/88 | |
| | 34 | Amdt K | Dec 27, 1988 | |
| | 35 | Notice of Entry (0.3311) | 3-28-89 | |
| | 36 | | | |
| | 37 | | | |
| | 38 | | | |
| | 39 | | | |
| | 40 | | | |
| | 19. | | | |
| | 20. | | | |
| | 21. | | | |
| | 22. | | | |
| | 23. | | | |
| | 24. | | | |
| | 25. | | | |
| | 26. | | | |
| | 27. | | | |
| | 28. | | | |
| | 29. | | | |
| | 30. | | | |
| | 31. | | | |
| | 32. | | | |

AX061825

A "COVERBIND" COVER 1-800-356-5060
Classic PTO-1683-08 for 122 to 240 sheets

AX061826