198

ALAN CAVALLERANO

14:30:32  1
14:30:34  2     A.     I consider myself to be an
14:30:36  3  expert on the product from my readings
14:30:38  4  of the material and my general
14:30:43  5  understanding of the video field.
14:30:45  6     Q.     And the first time you read
14:30:47  7  any detailed materials about the Paint
14:30:50  8  Box was February 2006?
14:30:52  9     A.     That's correct.  Sometime in
14:30:53  10  February.
14:30:57  11     Q.     So you've been familiar
14:30:59  12  with the details regarding the Paint
14:31:02  13  Box for a little over three months?
14:31:03  14     A.     That's correct.
14:31:05  15     Q.     And it's your belief that
14:31:07  16  that makes you an expert on the Quantel
14:31:08  17  Paint Box?
14:31:09  18           MR. BEAMER:  Objection;
14:31:20  19  asked and answered, argumentative.
14:31:22  20     A.     Again, as I said, I feel
14:31:24  21  that I am an expert in the field of
14:31:26  22  video, and I have a lot of familiarity
14:31:28  23  working with different types of video
14:31:30  24  equipment.  And the Paint Box would
          25  fall into that category, so I would

199

| | | |
|---|---|---|
| 31:32 | 1 | ALAN CAVALLERANO |
| 14:31:35 | 2 | expect that I would feel comfortable |
| 14:31:37 | 3 | qualifying myself as such. |
| 14:31:41 | 4 | Q. Do you agree that |
| 14:31:43 | 5 | Mr. Taylor is an expert on the Quantel |
| 14:31:44 | 6 | Paint Box? |
| 14:31:44 | 7 | A. Yes. |
| 14:31:45 | 8 | MR. BEAMER: Objection; |
| 14:31:48 | 9 | calls for speculation. |
| 14:31:50 | 10 | Q. Sir, I want to ask you some |
| 14:31:54 | 11 | questions about the Paint Box system as |
| 14:31:57 | 12 | sold and demonstrated in March, April |
| 14:32:00 | 13 | '82, that's the subject of Mr. Taylor's |
| 14:32:03 | 14 | expert report. You are familiar with |
| 14:32:03 | 15 | that report? |
| 14:32:04 | 16 | A. Yes, I am. |
| 14:32:09 | 17 | Q. Would you agree that the |
| 14:32:11 | 18 | Paint Box could receive the video from |
| 14:32:12 | 19 | an external source? |
| 14:32:13 | 20 | A. Yes. |
| 14:32:17 | 21 | Q. Do you agree that the Paint |
| 14:32:18 | 22 | Box could receive video data |
| 14:32:21 | 23 | representing full size images? |
| 14:32:22 | 24 | A. Yes. |
| | 25 | Q. Do you agree that the Paint |

200

|       |    |                                              |
|-------|----|----------------------------------------------|
| 32:25 | 1  | **ALAN CAVALLERANO**                         |
| 14:32:28 | 2  | Box had multiple frame stores?            |
| 14:32:32 | 3  | A.    Yes.  I know that there were         |
| 14:32:34 | 4  | multiple frame stores, yes, that's        |
| 14:32:34 | 5  | correct.                                  |
| 14:32:36 | 6  | Q.    And those frame stores were          |
| 14:32:38 | 7  | implemented with random access memory;    |
| 14:32:39 | 8  | correct?                                  |
| 14:32:41 | 9  | A.    Yes, that would be typical           |
| 14:32:44 | 10 | that a frame store would be implemented   |
| 14:32:45 | 11 | that way.                                 |
| 14:32:46 | 12 | Q.    And do you agree that                |
| 14:32:48 | 13 | either of those frame stores could        |
| 14:32:50 | 14 | store a full size image?                  |
| 14:32:52 | 15 | A.    Yes.                                 |
| 14:32:54 | 16 | Q.    Do you agree that the Paint          |
| 14:32:56 | 17 | Box had at least one disk?                 |
| 14:32:58 | 18 | A.    Yes, I'm aware of that.              |
| 14:33:00 | 19 | Q.    And the disk could store             |
| 14:33:01 | 20 | video images?                             |
| 14:33:03 | 21 | A.    Yes, I'm aware of that.              |
| 14:33:05 | 22 | Q.    It could store full size            |
| 14:33:07 | 23 | video images?                             |
| 14:33:09 | 24 | A.    Yes, it could store full            |
|       | 25 | size images.                              |

Alan Cavallerano

05/03/2006

202

| | 1 | ALAN CAVALLERANO |
|---|---|---|

14:34:31     1          ALAN CAVALLERANO

14:34:37     2    then reside as one composite image.

14:34:39     3    That much I am aware of, yeah.

14:34:41     4         Q.    Let's put aside for a

14:34:42     5    moment what happens when you stick the

14:34:47     6    image down.  We will get to that.  Do

14:34:51     7    you agree that the Paint Box could

14:34:55     8    generate reduced size images?

14:34:56     9              MR. BEAMER:  Asked and

14:34:56    10    answered.

14:34:59    11         A.    Yes, as I stated, that's

14:34:59    12    correct.

14:35:01    13         Q.    Do you agree that the Paint

14:35:03    14    Box could automatically generate

14:35:05    15    reduced size images?

14:35:06    16              MR. BEAMER:  Objection;

14:35:07    17    vague.

14:35:11    18         A.    Well, automatically, under

14:35:13    19    control of a user going through a

14:35:17    20    series of steps.

14:35:19    21         Q.    Well, if the Paint Box

14:35:22    22    browse were used to browse full size

14:35:27    23    images stored on disk, didn't that

14:35:29    24    browse feature automatically generate

25    reduced size images?

204

| | |
|---|---|
| 14:36:58 | 1 |
| 14:37:03 | 2 |
| 14:37:05 | 3 |
| 14:37:07 | 4 |
| 14:37:09 | 5 |
| 14:37:10 | 6 |
| 14:37:14 | 7 |
| 14:37:15 | 8 |
| 14:37:21 | 9 |
| 14:37:23 | 10 |
| 14:37:27 | 11 |
| 14:37:30 | 12 |
| 14:37:30 | 13 |
| 14:37:32 | 14 |
| 14:37:34 | 15 |
| 14:37:36 | 16 |
| 14:37:37 | 17 |
| 14:37:38 | 18 |
| 14:37:40 | 19 |
| 14:37:43 | 20 |
| 14:37:46 | 21 |
| 14:37:49 | 22 |
| 14:37:52 | 23 |
| 14:37:52 | 24 |
| | 25 |

**ALAN CAVALLERANO**

Quantel Paint Box, when it browsed full size images stored on disk, would automatically generate reduced size images; correct?

MR. BEAMER:  Asked and answered.

A.    Yes.  And that in fact would be what a normal browse for a, let's say for a still store, that would be the normal mode of browsing.  You would invoke the browse and then that would occur.

Q.    So we both agree that the Paint Box could automatically generate reduced size images; correct?

MR. BEAMER:  Asked and answered.

A.    Yes.  As I stated, it can reduce -- it can provide and generate reduced size images, taking images, full size images off the disk and putting them into the output frame store.

Q.    And the Paint Box could

Alan Cavallerano

05/03/2006

206

|       |    |                                                    |
|-------|----|----------------------------------------------------|
| 39:56 | 1  | **ALAN CAVALLERANO**                               |
| 14:39:58 | 2 | **generate a reduced size image that was**     |
| 14:40:17 | 3 | **a small version of the full size image?**    |
| 14:40:19 | 4 | THE WITNESS:  I'm sorry,                         |
| 14:40:21 | 5 | could you please read back the                  |
| 14:40:29 | 6 | question.                                        |
| 14:40:29 | 7 | (Record read as requested.)                     |
| 14:40:31 | 8 | A.    Well, as we've already                     |
| 14:40:33 | 9 | discussed for the browse screen, we             |
| 14:40:37 | 10 | know that the full size image stored on        |
| 14:40:40 | 11 | disk can go through the size reducer           |
| 14:40:45 | 12 | and that that resulting reduced size           |
| 40:48 | 13 | image then becomes a part of a browse             |
| 14:40:57 | 14 | screen.  And that that's a reduced size        |
| 14:40:59 | 15 | image that the Paint Box is able to            |
| 14:41:00 | 16 | create that way.                                |
| 14:41:02 | 17 | Q.    Right.  So we both agree                  |
| 14:41:03 | 18 | **that the Paint Box could use its size**      |
| 14:41:07 | 19 | **reducer to generate a reduced size**         |
| 14:41:07 | 20 | **image; correct?**                             |
| 14:41:10 | 21 | A.    Yes, in the way that -- in              |
| 14:41:12 | 22 | the way that I've described, yes.              |
| 14:41:14 | 23 | Q.    And that reduced size image              |
| 14:41:16 | 24 | **could be stored in either of the frame**    |
|       | 25 | **stores; correct?**                               |

Alan Cavallerano

05/03/2006

207

| 14:41:18 | 1 |
| 14:41:20 | 2 |
| 14:41:29 | 3 |
| 14:41:31 | 4 |
| 14:41:35 | 5 |
| 14:41:38 | 6 |
| 14:41:39 | 7 |
| 14:41:43 | 8 |
| 14:41:45 | 9 |
| 14:41:47 | 10 |
| 14:41:49 | 11 |
| 14:41:54 | 12 |
| 14:41:55 | 13 |
| 14:41:56 | 14 |
| 14:41:58 | 15 |
| 14:42:01 | 16 |
| 14:42:02 | 17 |
| 14:42:03 | 18 |
| 14:42:16 | 19 |
| 14:42:19 | 20 |
| 14:42:21 | 21 |
| 14:42:26 | 22 |
| 14:42:28 | 23 |
| 14:42:31 | 24 |
| | 25 |

**ALAN CAVALLERANO**

MR. BEAMER:  Objection.

A.    That reduced sized image

most certainly could be stored in the

output frame store.  And it's

temporarily present in the second frame

store.

Q.    **And that reduced size image**

**could be stored in the random access**

**memory of the Paint Box; correct?**

A.    Yes, that's correct, the

frame store is the random access

memory.

Q.    **And the reduced size image**

**could be stored in one frame store**

**while a full size image was in the**

**other frame store; correct?**

MR. BEAMER:  Objection;

vague.

A.    When we say stored, it's

stored temporarily so that it can then

be stuck on to the output frame store.

Q.    **But regardless of whether**

**in your opinion it's temporary or not,**

**you agree that the Paint Box could**

Alan Cavallerano                                    05/03/2006

209

```
44:02      1              ALAN CAVALLERANO
14:44:04   2    anything at all can be in two separate
14:44:07   3    frame stores, nothing is necessarily
14:44:12   4    precluding that.  But it's a matter of
14:44:19   5    the entire operation and how that
14:44:23   6    reduced size image got there, that's of
14:44:25   7    significance to me with regard to my
14:44:27   8    analysis of that.
14:44:29   9         Q.     But you agree, sir, do you
14:44:31  10    not, that the Paint Box could
14:44:35  11    simultaneously store one full size
14:44:37  12    image and one reduced size image in its
14:44:40  13    frame stores simultaneously; correct?
14:44:41  14              MR. BEAMER:  Asked and
14:44:42  15    answered.
14:44:43  16              MR. SUMMERSGILL:  Strike
14:44:46  17    that.  Because I said simultaneously
14:44:48  18    twice.  Let me try it again.
14:44:49  19              THE WITNESS:  Okay.
14:44:50  20         Q.     You agree, sir, do you not,
14:44:52  21    that the Paint Box could store a full
14:44:55  22    size image and a reduced size image in
14:44:57  23    its frame stores simultaneously;
14:44:58  24    correct?
          25              MR. BEAMER:  Asked and
```

Alan Cavallerano                                    05/03/2006

210

| | | |
|---|---|---|
| 44:59 | 1 | ALAN CAVALLERANO |
| 14:45:02 | 2 | answered, vague. |
| 14:45:06 | 3 | A.    As I've stated, through a |
| 14:45:08 | 4 | particular series of steps, it's |
| 14:45:11 | 5 | possible to have the reduced size image |
| 14:45:14 | 6 | temporarily in one frame store.  And |
| 14:45:18 | 7 | the full size counterpart present in |
| 14:45:22 | 8 | the other, the display frame store. |
| 14:45:23 | 9 | Q.    Now, do you agree that the |
| 14:45:25 | 10 | Paint Box could output images from disk |
| 14:45:27 | 11 | to its frame stores? |
| 14:45:31 | 12 | A.    Yes. |
| 45:34 | 13 | Q.    And it could output full |
| 14:45:35 | 14 | size images? |
| 14:45:36 | 15 | A.    Yes, that's correct. |
| 14:45:40 | 16 | Q.    And it could output images |
| 14:45:43 | 17 | from disk upon a user's command? |
| 14:45:46 | 18 | A.    Yes, I believe that's |
| 14:45:46 | 19 | correct. |
| 14:45:56 | 20 | Q.    Do you agree that the Paint |
| 14:45:59 | 21 | Box frame stores had input ports? |
| 14:45:59 | 22 | A.    Yes. |
| 14:46:01 | 23 | Q.    Do you agree that the Paint |
| 14:46:04 | 24 | Box frame stores had separate output |
| | 25 | ports? |

B-426

Alan Cavallerano

05/03/2006

219

| | | |
|---|---|---|
| .56:39 | 1 | ALAN CAVALLERANO |
| 14:56:48 | 2 | we know that -- I'm sorry, we were |
| 14:56:50 | 3 | talking about going from the disk to |
| 14:56:52 | 4 | the random access memory? |
| 14:56:53 | 5 | Q.    I was asking you about the |
| 14:56:56 | 6 | transfer from size reducer to random |
| 14:57:02 | 7 | access memory. |
| 14:57:04 | 8 | A.    Yes, we know that, as in the |
| 14:57:12 | 9 | case of the figure 19 in the -- I just |
| 14:57:14 | 10 | want to make sure, I'm just looking at |
| 14:57:20 | 11 | the figure.  Figure 18.  We know that |
| 14:57:23 | 12 | we have a direct transfer from -- this |
| 14:57:25 | 13 | is in the '776 patent, of the size |
| 14:57:29 | 14 | reducer to the random access memory at |
| 14:57:30 | 15 | the frame store, yes, that's correct. |
| 14:57:32 | 16 | Q.    So do you agree that the |
| 14:57:34 | 17 | Quantel Paint Box could transfer images |
| 14:57:38 | 18 | directly from the size reducer to the |
| 14:57:39 | 19 | random access memory? |
| 14:57:40 | 20 | A.    Yes, that's correct. |
| 14:57:41 | 21 | Q.    And do you agree that the |
| 14:57:43 | 22 | Paint Box could transfer images |
| 14:57:48 | 23 | directly from the disk to random access |
| 14:57:49 | 24 | memory? |
| | 25 | MR. BEAMER:  Read that back, |

Alan Cavallerano

05/03/2006

222

|  |  |  |
|---|---|---|
| 1 | 15:00:17 | ALAN CAVALLERANO |
| 2 | 15:00:18 | that the Paint Box filter card |
| 3 | 15:00:21 | contained random access memory? |
| 4 | 15:00:21 | MR. BEAMER:  Objection; |
| 5 | 15:00:22 | vague. |
| 6 | 15:00:24 | A.    I believe it did.  I would |
| 7 | 15:00:27 | need to look at the manual to be sure |
| 8 | 15:00:31 | that that's the type of memory that it |
| 9 | 15:00:31 | had. |
| 10 | 15:00:35 | Q.    Was the transfer from disk |
| 11 | 15:00:38 | to the random access memory of the |
| 12 | 15:00:41 | filter card a direct transfer? |
| 13 | 15:00:45 | A.    It's my understanding that |
| 14 | 15:00:49 | it would be. |
| 15 | 15:00:53 | Q.    Now, the Paint Box frame |
| 16 | 15:00:57 | store could also output video images |
| 17 | 15:00:59 | for display on the Paint Box frame |
| 18 | 15:01:00 | store; correct? |
| 19 | 15:01:01 | A.    Yes, that's right. |
| 20 | 15:01:04 | Q.    The Paint Box with the use |
| 21 | 15:01:08 | of its combiner, could access a reduced |
| 22 | 15:01:10 | size image stored at one frame store |
| 23 | 15:01:13 | and a full size image stored at another |
| 24 | 15:01:21 | frame store simultaneously; correct? |
| 25 |  | THE WITNESS:  I'm sorry, |

Alan Cavallerano

05/03/2006

228

| | |
|---|---|
| 07:40 | 1 |
| 15:07:44 | 2 |
| 15:07:46 | 3 |
| 15:07:54 | 4 |
| 15:07:56 | 5 |
| 15:07:57 | 6 |
| 15:07:58 | 7 |
| 15:07:59 | 8 |
| 15:08:00 | 9 |
| 15:08:03 | 10 |
| 15:08:05 | 11 |
| 15:08:08 | 12 |
| 08:10 | 13 |
| 15:08:12 | 14 |
| 15:08:15 | 15 |
| 15:08:15 | 16 |
| 15:08:17 | 17 |
| 15:08:17 | 18 |
| 15:08:19 | 19 |
| 15:08:21 | 20 |
| 15:08:24 | 21 |
| 15:08:25 | 22 |
| 15:08:27 | 23 |
| 15:08:31 | 24 |
| | 25 |

ALAN CAVALLERANO

access one reduced size image and one

full size image simultaneously;

correct?

    A.    Yes, as I would expect.

    Q.    **And you agree --**

        MR. BEAMER:  Are you done

with your answer?

    A.    As I would expect for

products of this nature, it most

certainly would be possible to have,

and I would expect, some type of a

combiner circuit that would perform

that type of an operation.

    Q.    **So that was well known in**

**the art?**

    A.    Yes, that was well known in

the art.

    Q.    **Now, you agree that the**

**Paint Box had a browse feature.**

    A.    Yes, I'm familiar with that.

    Q.    **And you agree that the**

**Paint Box could store multiple reduced**

**size images in random access memory?**

        MR. BEAMER:  Read that back,

Alan Cavallerano

05/03/2006

229

ALAN CAVALLERANO

08:32      1

15:08:42   2    please.

15:08:42   3              (Record read as requested.)

15:08:44   4         A.    Yes, as we went over a

15:08:46   5    little while earlier, it was possible

15:08:49   6    to pull up full size images from the

15:08:52   7    disk, have them go through the filter

15:08:55   8    card and size reducer, and have those

15:08:59   9    reduced sized images reside in an

15:09:02  10    appropriate spot in the random access

15:09:08  11    memory, to create a browse screen.

15:09:10  12         Q.    So you agree that Paint Box

15:09:12  13    could store multiple reduced size

15:09:14  14    images in random access memory;

15:09:15  15    correct?

15:09:15  16         A.    Yes, that's correct.

15:09:16  17         Q.    And do you also agree that

15:09:20  18    the Paint Box could display a mosaic of

15:09:31  19    reduced size images?

15:09:33  20         A.    The -- well, I would call

15:09:35  21    that, what I was just describing right

15:09:38  22    now, this array of reduced size images

15:09:40  23    for the browse, that would be to one

15:09:42  24    skilled in the art, one would call that

          25    a mosaic.  So yes.

Alan Cavallerano

05/03/2006

267

ALAN CAVALLERANO

09:35  1

16:09:36  2  Q.    Sir, before the break you

16:09:38  3  were describing the process by which an

16:09:41  4  operator using the Paint Box could put

16:09:45  5  a rectangle around the reduced size

16:09:47  6  image in the frame store and save only

16:09:51  7  the pixels corresponding to that image

16:09:53  8  to disk; is that correct?

16:09:59  9  A.    I was referring to using the

16:10:02  10  rectangle function to select those

16:10:08  11  pixels which were from the -- which

16:10:11  12  were from the full size image which was

16:10:13  13  reduced and stuck on to the full size

16:10:16  14  image to create a new composite full

16:10:18  15  size image and using the rectangle

16:10:19  16  function for that operation, yes.

16:10:21  17  Q.    When the operator places

16:10:26  18  the rectangle over the pixels that

16:10:31  19  represent the reduced size image, or

16:10:33  20  what you call part of the full size

16:10:35  21  image, only the pixels within that

16:10:38  22  rectangle are saved to disk; correct?

16:10:40  23  MR. BEAMER:  Objection.

16:10:44  24  A.    That's my understanding.

25  Q.    So assuming that you

Alan Cavallerano                                                     05/03/2006

308

| | | |
|---|---|---|
| 00:18 | 1 | ALAN CAVALLERANO |
| 17:00:20 | 2 | Q.    And the Paint Box could |
| 17:00:25 | 3 | reduce the size of those cutouts; |
| 17:00:25 | 4 | correct? |
| 17:00:25 | 5 | A.    That's correct. |
| 17:00:27 | 6 | Q.    And the Paint Box could |
| 17:00:31 | 7 | store those reduced size cutouts to |
| 17:00:31 | 8 | disk; correct? |
| 17:00:34 | 9 | MR. BEAMER:  Objection. |
| 17:00:37 | 10 | A.    The Paint Box could store |
| 17:00:41 | 11 | cutouts to disk. |
| 17:00:42 | 12 | Q.    And the Paint Box could |
| 17:00:45 | 13 | then browse cutouts that were stored on |
| 17:00:46 | 14 | disk; correct? |
| 17:00:47 | 15 | A.    Yes, that's correct. |
| 17:00:49 | 16 | Q.    And it could browse reduced |
| 17:00:52 | 17 | size cutouts that were stored on disk; |
| 17:00:53 | 18 | correct? |
| 17:00:54 | 19 | A.    Yes, that's my |
| 17:01:01 | 20 | understanding. |
| 17:01:03 | 21 | Well, when we say reduced |
| 17:01:08 | 22 | sized cutouts, though, what we're |
| 17:01:14 | 23 | talking about are cutouts.  They are |
| 17:01:16 | 24 | still cutouts. |
| | 25 | Q.    Well, cutouts can be |

Alan Cavallerano                                    05/03/2006

309

ALAN CAVALLERANO

| 01:17 | 1 |
| 17:01:19 | 2 | reduced in size; correct?
| 17:01:20 | 3 |     A.    Yes, it's my understanding
| 17:01:22 | 4 | that you would be able to pull up a
| 17:01:26 | 5 | cutout and manipulate it, for example,
| 17:01:28 | 6 | reducing it in size.
| 17:01:33 | 7 |     Q.    And after you reduce it in
| 17:01:36 | 8 | size, you can store that cutout to disk
| 17:01:38 | 9 | on the Paint Box; correct?
| 17:01:40 | 10 |     A.    That's my understanding,
| 17:01:40 | 11 | yes.
| 17:01:43 | 12 |     Q.    And then using the Paint
| 17:01:45 | 13 | Box browse function, you can browse
| 17:01:47 | 14 | through cutouts that are stored on
| 17:01:48 | 15 | disk; correct?
| 17:01:50 | 16 |     A.    Yes, that's correct.
| 17:01:53 | 17 |     Q.    And that's set forth in the
| 17:01:59 | 18 | Paint Box manual guide; correct?
| 17:01:59 | 19 | Strike that.
| 17:02:00 | 20 |         That's set forth in the
| 17:02:02 | 21 | Paint Box user guide; correct?
| 17:02:04 | 22 |     A.    Yes, I have reviewed that
| 17:02:07 | 23 | document, I believe that -- I know that
| 17:02:15 | 24 | that is correct, yes.
|  | 25 |     Q.    And as far as you know, the

Alan Cavallerano

05/03/2006

318

| | | |
|---|---|---|
| 17:12:05 | 1 | ALAN CAVALLERANO |
| 17:12:09 | 2 | pulling off the amount of data for |
| 17:12:11 | 3 | these individual pieces. |
| 17:12:14 | 4 | Q.    So one of the reasons the |
| 17:12:20 | 5 | Paint Box browse cutouts is faster than |
| 17:12:22 | 6 | the Paint Box browse of full size |
| 17:12:24 | 7 | images, is because the cutouts contain |
| 17:12:27 | 8 | less data than the full size images; |
| 17:12:34 | 9 | correct? |
| 17:12:35 | 10 | A.    Yes.  Because again, what |
| 17:12:37 | 11 | bogs down the system is needing to pull |
| 17:12:39 | 12 | off the full size image.  And in fact |
| 17:12:43 | 13 | that's what is such a benefit of the |
| 17:12:45 | 14 | '121 system, where you don't need to be |
| 17:12:47 | 15 | able -- where you don't need to pull |
| 17:12:50 | 16 | off the full size image and send it |
| 17:12:59 | 17 | through the size reducer each time. |
| 17:13:02 | 18 | Q.    Now, you agree that the |
| 17:13:05 | 19 | demonstration that Mr. Taylor showed on |
| 17:13:08 | 20 | his videotape could actually be done on |
| 17:13:10 | 21 | the Quantel Paint Box; correct? |
| 17:13:13 | 22 | A.    I have no reason to think |
| 17:13:17 | 23 | that an operator couldn't set up the |
| 17:13:23 | 24 | steps to be able to create that -- to |
| | 25 | be able to create that effect. |

Alan Cavallerano
05/03/2006

319

ALAN CAVALLERANO

14:05    1

17:14:06    2    Q.    Now, when the Paint Box

17:14:10    3    browses full size images, the operator

17:14:17    4    can then select one of the resulting

17:14:20    5    reduced size images in the browse in

17:14:22    6    order to obtain the full size image;

17:14:24    7    correct?

17:14:30    8    A.    We are talking about for the

17:14:30    9    Paint Box?

17:14:33    10    Q.    Yes.

17:14:35    11    A.    Yes, that's correct.

17:14:44    12    Q.    So in the Paint Box, when

17:14:48    13    an operator selects a reduced size

17:14:50    14    image in the browse in order to obtain

17:14:53    15    a full size image corresponding to that

17:14:57    16    reduced size image, is there a working

17:14:59    17    relationship between the browsed image

17:15:03    18    and its corresponding full sized image?

17:15:06    19    A.    For that moment in time,

17:15:09    20    yes.  Because the full size image went

17:15:12    21    through -- went through the size

17:15:17    22    reducer and a browse screen was

17:15:23    23    created.  And then there would be a way

17:15:28    24    to go from the reduced sized image

25    that's in the browse screen to, back to

Alan Cavallerano

05/03/2006

320

ALAN CAVALLERANO

15:30  1

17:15:33  2   the full sized image.  And of course

17:15:34  3   that's really what the prior art

17:15:36  4   systems all allowed you to do that,

17:15:40  5   otherwise the notion of browsing really

17:15:43  6   wouldn't -- it wouldn't work, because

17:15:46  7   then you wouldn't be -- you wouldn't be

17:15:47  8   browsing.

17:15:49  9       Q.    Now, sir, we talked earlier

17:15:54  10  about the embodiment of, Mr. Beaulier's

17:15:56  11  embodiment of the '121 system, which

17:16:00  12  was the ESS-3 system.  Do you recall

17:16:01  13  that?

17:16:10  14      A.    I'm not sure when we

17:16:11  15  discussed that.  Sorry.

17:16:13  16      Q.    Fair enough.  We may not

17:16:17  17  have used the term ESS-3.

17:16:26  18          The system designed by

17:16:28  19  Mr. Beaulier, in your expert opinion,

17:16:29  20  maintained a relationship between full

17:16:33  21  and reduced size images by assigning a

17:16:36  22  number to the reduced size image that

17:16:37  23  correlated with the number assigned to

17:16:40  24  the full size image; correct?

25      A.    In a particular example, one

341

ALAN CAVALLERANO

1

2    intervention from the CPU."

3            Do you see that?

4        A.    Yes, I do.

5        Q.    And Mr. Sheikh is

6    indicating that the AVA was capable of

7    transferring image data directly

8    between frame store and disk; correct?

9        A.    Yes, that's correct.

10        Q.    And the advantage of doing

11    that, according to Mr. Sheikh, is that

12    it facilitates fast picture storage and

13    recall; correct?

14        A.    Yes, that's correct.

15        Q.    And is it your

16    understanding that the AVA system was

17    capable of transferring image data

18    directly from disk to the frame store,

19    as Mr. Sheikh describes here?

20        A.    Yes, that's correct.

21        Q.    Now, sir, turning back to

22    your expert report.  Specifically

23    please turn to paragraph 190.

24            Do you have that, sir?

25        A.    Yes, I do.

Alan Cavallerano

05/03/2006

342

ALAN CAVALLERANO

01:14    1

18:01:17    2    Q.    Paragraph 190 discusses the

18:01:21    3    potential of combining the AVA system

18:01:23    4    with an electronic still store system;

18:01:24    5    correct?

18:01:25    6        A.    Yes, that's correct.

18:01:29    7        Q.    In your expert opinion, was

18:01:36    8    it common in the 1982 time period to

18:01:39    9    use graphics systems, such as the AVA,

18:01:42    10    in conjunction with electronic still

18:01:43    11    store systems?

18:01:47    12        A.    I would say that that's most

01:49    13    certainly within the realm of

18:01:52    14    possibility, to be utilizing systems

18:01:53    15    that way, combining systems.

18:01:55    16        Q.    That was well known as of

18:01:57    17    1982; correct?

18:01:58    18        A.    Yes, that's correct.

18:02:45    19        Q.    Sir, do you agree that the

18:02:50    20    Ampex AVA system could generate reduced

18:02:51    21    size images?

18:02:52    22        A.    Yes.

18:02:55    23        Q.    And the AVA could display

18:02:58    24    reduced size images in its frame store;

25    correct?

Alan Cavallerano

05/03/2006

343

**ALAN CAVALLERANO**

02:59    1

18:03:01  2     A.    Yes, that's correct.  In a

18:03:04  3  similar way as we were discussing for

18:03:08  4  the Paint Box, it was possible to pull

18:03:14  5  up images from the disk, use the

18:03:20  6  computer to perform the size reduction,

18:03:24  7  filtering and size reduction, and then

18:03:27  8  reduce the image and present it for

18:03:29  9  display.

18:03:31  10     Q.    And it could be displayed

18:03:34  11  in the AVA frame store; correct?

18:03:38  12     A.    Yes, that's correct.  And

18:03:42  13  again, this is a case of an image

18:03:46  14  that's been reduced in size and then

18:03:51  15  inserted into a full size image so as

18:03:56  16  to be a composite image, what I've been

18:03:57  17  calling a composite image.

18:03:59  18     Q.    In paragraph 166 of your

18:04:01  19  expert report, you indicate that the

18:04:04  20  AVA only had a single frame store that

18:04:07  21  could hold only a single full size

           22  image.

18:04:09  23     Do you see that?

18:04:10  24     A.    Yes, that's correct.

           25     Q.    You agree, do you not, that

403

ALAN CAVALLERANO

C E R T I F I C A T E

STATE OF NEW YORK          )

                          : ss.

COUNTY OF NEW YORK         )


    I, ERIC J. FINZ, a Shorthand

Reporter and Notary Public within and

for the State of New York, do hereby

certify:

    That ALAN CAVALLERANO, the witness

whose deposition is hereinbefore set

forth, was duly sworn by me and that

such deposition is a true record of the

testimony given by the witness.

    I further certify that I am not

related to any of the parties to this

action by blood or marriage, and that I

am in no way interested in the outcome

of this matter.

    IN WITNESS WHEREOF, I have hereunto

set my hand this _8__ day of

__May____, 2006.

**CERTIFIED ORIGINAL
LEGALINK BOSTON**



_____
         ERIC J. FINZ

**B-440**

**REDACTED**

**REDACTED**

**REDACTED**



**REDACTED**

REDACTED

**REDACTED**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed Redacted Appendix to Defendants' Answering Brief in Opposition to Plaintiff Ampex's Motion for Summary Judgment that U.S. Patent No. 4,821,121 is Not Unenforceable Due to Inequitable Conduct to with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

### VIA E-MAIL

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

### VIA E-MAIL & FEDERAL EXPRESS

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

### VIA E-MAIL & HAND DELIVERY

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899