RICHARD J. TAYLOR    June 6, 2005
CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

1    data expressing you in our example is reduced.

2         Q.    But, in order for a user to store that

3    one-sixteenth worth of data that represents the image

4    of you, it is inevitable, and it is unavoidable to

5    store that extraneous, what you call extraneous 15/16

6    worth of data, right?

7         A.    Yes.  But, it doesn't alter my position

8    that the actual amount of data that is expressing you

9    is reduced.

10        Q.    I think I understand your position.  But,

11   I just want to make sure that we all understand exactly

12   what was actually happening inside the machine.

13        Now, when the user calls back that picture,

14   not only does the one-sixteenth worth of data that

15   represents the image of you come out of the disc and go

16   through the system, but also that extraneous data, that

17   15/16 worth of extraneous data also is read out from

18   the disc, right?

19             MR. SUMMERSGILL:  Objection.  Vague.

20        A.    Yes.  But, I'm afraid I fail to see its

21   relevance.

22        Q.    Suppose we have a full-size picture on the

23   display, and we execute one of these viewing steps to

24   call back a reduced-sized picture.  What happens to the

56

B-379

Richard J. Taylor                                           06/06/2005
CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

180

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

I, Janet M. Konarski, a Registered Merit Reporter and a Notary Public within and for the Commonwealth of Massachusetts do hereby certify:

THAT RICHARD J. TAYLOR, the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony is a true and accurate record of my stenotype notes taken in the foregoing matter, to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June, 2005.

*Janet M. Konarski*

JANET M. KONARSKI
Notary Public

My Commission Expires:

July 19, 2007

| | |
|---|---|
| 15:12:17 | 1 |
| 15:12:17 | 2 |
| 15:12:17 | 3 |
| 15:12:17 | 4 |
| 15:12:17 | 5 |
| 15:12:17 | 6 |
| 15:12:17 | 7 |
| 15:12:17 | 8 |
| 15:12:17 | 9 |
| 15:12:17 | 10 |
| 15:12:17 | 11 |
| 15:12:17 | 12 |
| 15:12:17 | 13 |
| 15:12:17 | 14 |
| 15:12:17 | 15 |
| 15:12:17 | 16 |
| 15:12:17 | 17 |
| 15:12:17 | 18 |
| 15:12:17 | 19 |
| | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |



**REDACTED**



**REDACTED**

**REDACTED**

REDACTED



**REDACTED**

REDACTED



**REDACTED**

**REDACTED**



**REDACTED**



REDACTED



REDACTED



REDACTED



REDACTED

REDACTED

**REDACTED**



REDACTED

**REDACTED**



REDACTED



REDACTED



**REDACTED**

**REDACTED**



REDACTED



REDACTED



REDACTED



REDACTED



REDACTED

**REDACTED**

1

1    IN THE UNITED STATES DISTRICT COURT

2

3    FOR THE DISTRICT OF DELAWARE

4    --------------------------------x

5    AMPEX CORPORATION,

6                        Plaintiff,

7         -against-            C.A. No.
                               04-1371-KAJ
8    EASTMAN KODAK COMPANY, ALTEK
     CORPORATION and CHINON INDUSTRIES,
9    INC.,

                                    **CERTIFIED ORIGINAL**
10                        Defendants.        **LEGALINK BOSTON**

11   --------------------------------x

12                        May 3, 2006
                          9:08 a.m.
13

14        Videotaped Deposition of ALAN

15   CAVALLERANO, taken by Defendants,

16   pursuant to Notice, at the offices of

17   Wilmer Cutler Pickering Hale and Dorr

18   LLP, 399 Park Avenue, New York, New

19   York, before ERIC J. FINZ, a Shorthand

20   Reporter and Notary Public within and

21   for the State of New York.

22

23

24

25

Alan Cavallerano                                     05/03/2006

126

| | | |
|---|---|---|
| 51:50 | 1 | ALAN CAVALLERANO |
| 11:51:52 | 2 | Q.   What is the closest prior |
| 11:51:57 | 3 | art product to the '121 patent? |
| 11:51:58 | 4 | MR. BEAMER:  Objection; |
| 11:52:06 | 5 | vague, incomplete hypothetical. |
| 11:52:07 | 6 | A.   Well, of the products that |
| 11:52:22 | 7 | I'm aware of, it would be still stores |
| 11:52:27 | 8 | in this time frame, in the time frame |
| 11:52:29 | 9 | of the '121 patent, that also had the |
| 11:52:38 | 10 | capability to browse, to create edit |
| 11:52:42 | 11 | screens.  So for example the 6000, the |
| 11:52:45 | 12 | DLS 6000 would come to mind. |
| 11:52:47 | 13 | Q.   Is it your understanding |
| 11:52:50 | 14 | that the Quantel DLS 6000 is the |
| 11:52:52 | 15 | closest prior art product to the '121 |
| 11:52:52 | 16 | patent? |
| 11:52:53 | 17 | MR. BEAMER:  Objection; |
| 11:52:55 | 18 | mischaracterizes the prior testimony, |
| 11:53:01 | 19 | vague and indefinite. |
| 11:53:02 | 20 | A.   I would say it's one of the |
| 11:53:07 | 21 | products that would be -- that one |
| 11:53:12 | 22 | could consider as prior art, because it |
| 11:53:18 | 23 | performed the operation of browse in a |
| 11:53:20 | 24 | different way, in a way that didn't |
| | 25 | have the advantages of the '121 patent. |

Alan Cavallerano                                        05/03/2006

128

ALAN CAVALLERANO

relevant than the Quantel Paint Box
browse?

A.    What I'm saying is the DLS
6000 is specifically a still store -- a
still store device.  And as such I
would see that as being a relevant --
relevant prior art.  Paint Box and
other graphics oriented systems may
also have had such a capability, a
browse capability, and may also -- and
are also relevant.  I don't think I
could say one would necessarily be more
or less relevant than the other.  I was
simply stating that the DLS 6000 indeed
was an example of a still store device
that I considered to be relevant.

Q.    In your expert opinion, is
the DLS browse more relevant to the
'121 patent than the Quantel Paint Box
browse?

MR. BEAMER:  Asked and
answered.

A.    It's difficult for me to cut
hairs and say whether one is more or

129

| | | ALAN CAVALLERANO |
|---|---|---|
| 11:56:28 | 1 | |
| 11:56:36 | 2 | less relevant, because I don't know in |
| 11:56:38 | 3 | what particular area of relevancy.  I |
| 11:56:43 | 4 | think both products are products that |
| 11:56:48 | 5 | are related to the patent, and I'm |
| 11:56:54 | 6 | citing that the 6000 is exactly a still |
| 11:56:57 | 7 | store device.  And that's why I was |
| 11:56:59 | 8 | specifically citing that product. |
| 11:57:02 | 9 | Q.    Do you think the Quantel |
| 11:57:04 | 10 | Paint Box browse should have been |
| 11:57:06 | 11 | disclosed to the Patent Office during |
| 11:57:07 | 12 | prosecution of the '121 patent? |
| 11:57:08 | 13 | MR. BEAMER:   Objection; |
| 11:57:11 | 14 | vague and indefinite, overly broad. |
| 11:57:14 | 15 | A.    Well, I think that the Paint |
| 11:57:18 | 16 | Box browse indeed, we've already |
| 11:57:23 | 17 | established it's prior art to the '121 |
| 11:57:27 | 18 | patent.  And in fact it's essentially, |
| 11:57:30 | 19 | it has the capabilities of figure 18 |
| 11:57:34 | 20 | and 19 in the Taylor patent.  And |
| 11:57:37 | 21 | therefore a product that was already |
| 11:57:40 | 22 | considered during the prosecution of |
| 11:57:43 | 23 | the '121 patent, because it was a |
| 11:57:51 | 24 | product that was -- a product that was |
| | 25 | already, its operations were already |

130

| | | |
|---|---|---|
| :57:53 | 1 | ALAN CAVALLERANO |
| 11:57:56 | 2 | covered and already disclosed by the |
| 11:57:57 | 3 | prior art that was cited. |
| 11:58:01 | 4 | Q.    Okay.  So it's your expert |
| 11:58:05 | 5 | opinion that Quantel Paint Box browse |
| 11:58:07 | 6 | was disclosed to the Patent Office |
| 11:58:10 | 7 | during prosecution of the '121 patent? |
| 11:58:14 | 8 | A.    What I'm saying is that the |
| 11:58:19 | 9 | operations achieved, the functionality |
| 11:58:26 | 10 | achieved, or achievable with the Paint |
| 11:58:28 | 11 | Box device, was nothing novel.  And it |
| 11:58:30 | 12 | was operations that were already |
| 11:58:31 | 13 | covered by prior art. |
| 11:58:34 | 14 | Q.    Is it your expert opinion |
| 11:58:42 | 15 | that the Quantel DLS 6000 browse is the |
| 11:58:49 | 16 | same as the Quantel Paint Box browse? |
| 11:58:56 | 17 | A.    A Quantel 6000 browse, and |
| 11:59:01 | 18 | again, I would have to qualify what the |
| 11:59:07 | 19 | browse -- what the browse is.  With the |
| 11:59:09 | 20 | Quantel 6000, it had an automatic |
| 11:59:12 | 21 | browse capability, but that automatic |
| 11:59:15 | 22 | browse required that the reduced size |
| 11:59:21 | 23 | images be taken off of the disk.  On |
| 11:59:24 | 24 | the -- as the browse screen was being |
| | 25 | created. |

Alan Cavallerano

05/03/2006

131

| | | ALAN CAVALLERANO |
|---|---|---|

11:59:26   1          ALAN CAVALLERANO

11:59:29   2          The Paint Box browse had

11:59:38   3   that capability as well.  However, the

11:59:42   4   Paint Box, there was more flexibility

11:59:47   5   in some sense to be able to do cutting

11:59:51   6   and pasting and sticking of images

11:59:54   7   above and beyond what the 6000 was

11:59:55   8   capable.

11:59:57   9          Q.    Okay.  Do you agree that

12:00:01   10   the Paint Box system could browse

12:00:03   11   cutouts?

12:00:05   12          A.    Yes, I'm aware of that.

12:00:09   13          Q.    And the DLS 6000 system

12:00:12   14   could not browse cutouts; correct?

12:00:16   15          A.    That's correct.

12:00:17   16          Q.    And so the Paint Box

12:00:21   17   ability to browse cutouts was never

12:00:23   18   disclosed to the Patent Office during

12:00:25   19   prosecution of the '121 patent;

12:00:27   20   correct?

12:00:37   21          A.    Well, that's not true

12:00:40   22   because the cutouts were generated

12:00:43   23   using -- essentially looking at figure

12:00:45   24   19, or looking at the second figure

          25   from tab C in my expert report.  It was

Alan Cavallerano                                    05/03/2006

193

1           ALAN CAVALLERANO

2    understanding.

3        Q.    Is it fair to say that

4    Mr. Taylor is more knowledgeable about

5    the Paint Box than you are?

6        A.    I would expect that to be

7    the case.

8        Q.    Have you ever observed a

9    Quantel Paint Box in person?

10        A.    I've seen a demo tape, but I

11    have not actually worked with the

12    Quantel Paint Box.  However, I have, in

13    working for CBS, I have at least been

14    somewhat familiarized with different

15    types of equipment that's utilized,

16    used in a studio, and also just from my

17    general experiences over the years,

18    over the many years working in the area

19    of video, I have been exposed to image

20    processing type devices.

21        And in fact I've actually

22    been in charge of projects and programs

23    at Philips where we had image

24    processors that were -- that performed

25    some of the functions that one would --

Alan Cavallerano

05/03/2006

194

|   |   |
|---|---|
| 14:26:46 | 1 |
| 14:26:50 | 2 |
| 14:26:52 | 3 |
| 14:26:54 | 4 |
| 14:26:56 | 5 |
| 14:26:58 | 6 |
| 14:27:00 | 7 |
| 14:27:01 | 8 |
| 14:27:04 | 9 |
| 14:27:04 | 10 |
| 14:27:07 | 11 |
| 14:27:10 | 12 |
| 14:27:11 | 13 |
| 14:27:12 | 14 |
| 14:27:14 | 15 |
| 14:27:16 | 16 |
| 14:27:21 | 17 |
| 14:27:26 | 18 |
| 14:27:28 | 19 |
| 14:27:31 | 20 |
| 14:27:33 | 21 |
| 14:27:37 | 22 |
| 14:27:39 | 23 |
| 14:27:41 | 24 |
|   | 25 |

ALAN CAVALLERANO

that we know that the Paint Box could

perform.  And from that I do have at

least a good amount of familiarity.

Q.    Sir, you referred to a

videotape in that answer.  Is that the

videotape that Mr. Taylor prepared of

the Paint Box that you're referring to?

A.    Yes, I believe that's

correct.

Q.    Other than Mr. Taylor's

videotape, have you ever observed the

Paint Box?

A.    No, I have not.

Q.    Have you ever been in the

same room with a Quantel Paint Box?

A.    I could say probably,

probably not.  I have been -- I have

been in different studios at different

times, and it's possible -- or at

different trade shows over the years,

and it's possible that I was.  But not

that -- not to the extent that I was

aware that there was a Paint Box and I

went over to it and started to use it.

B-414

195

ALAN CAVALLERANO

27:43      1

14:27:44   2      Q.    Other than Mr. Taylor's

14:27:47   3   videotape, have you ever observed the

14:27:50   4   Quantel Paint Box in operation?

14:27:52   5      A.    Again, not that I'm aware

14:27:55   6   of.  Unless it was used as a part of

14:27:57   7   something that I was watching on

14:28:00   8   television or something of that nature.

14:28:01   9      Q.    I take it then that you've

14:28:03  10   never operated the Quantel Paint Box?

14:28:04  11      A.    That's correct.

14:28:05  12      Q.    And you've never conducted

14:28:07  13   a detailed inspection of the Quantel

14:28:08  14   Paint Box?

14:28:12  15      A.    Detailed inspection of the

14:28:14  16   actual physical unit itself, that's

14:28:16  17   correct.  I have reviewed materials

14:28:17  18   related to the Paint Box.

14:28:19  19      Q.    So it's correct that you've

14:28:21  20   never conducted a detailed inspection

14:28:24  21   of the actual Quantel Paint Box?

14:28:24  22      A.    That's correct.

14:28:26  23      Q.    And you've never inspected

14:28:30  24   the circuitry of an actual Quantel

          25   Paint Box?

Alan Cavallerano                                    05/03/2006

196

| | | |
|---|---|---|
| .28:30 | 1 | **ALAN CAVALLERANO** |
| 14:28:33 | 2 | A.    Of an actual Paint Box, |
| 14:28:33 | 3 | that's correct. |
| 14:28:35 | 4 | **Q.    Did you ask your lawyers if** |
| 14:28:38 | 5 | **you could inspect the Paint Box that is** |
| 14:28:41 | 6 | **the subject of Mr. Taylor's video?** |
| 14:28:43 | 7 | A.    No, I have not. |
| 14:28:45 | 8 | **Q.    Did they tell you that that** |
| 14:28:47 | 9 | **system was made available for** |
| 14:28:49 | 10 | **inspection in this litigation?** |
| 14:28:54 | 11 | A.    They may have.  I don't |
| 14:28:58 | 12 | recall.  I can't say that I recall. |
| 29:00 | 13 | **Q.    Do you think it would have** |
| 14:29:03 | 14 | **been helpful to you to have inspected** |
| 14:29:04 | 15 | **the Paint Box before rendering an** |
| 14:29:08 | 16 | **opinion on the Paint Box?** |
| 14:29:08 | 17 | MR. BEAMER:   Objection; |
| 14:29:10 | 18 | vague. |
| 14:29:16 | 19 | A.    Generally I would say that |
| 14:29:19 | 20 | my understanding of the device, my many |
| 14:29:21 | 21 | years of experience in the field of |
| 14:29:28 | 22 | video, would lead me to feel that I |
| 14:29:30 | 23 | more or less know what it is, I can |
| 14:29:33 | 24 | look at the manuals that are provided |
| | 25 | and have a good understanding of what |

B-416

197

ALAN CAVALLERANO

the product is, what the product does.

Q.   Because you're comfortable
rendering an opinion on the Quantel
Paint Box without ever having actually
seen the Quantel Paint Box; is that a
fair statement?

A.   Yes, that's a fair
statement.

Q.   Are you an expert on the
Quantel Paint Box?

MR. BEAMER:  Objection;
asked and answered.

A.   Well, as we discussed, as I
presented this morning, I am an expert
in the field of video.  A person who's
had many years of experience with
video.  And as such I am an expert with
video type products.  And that's what
my area of expertise is in.

Q.   And my question to you,
sir, is, are you specifically an expert
on the Quantel Paint Box?

MR. BEAMER:  This was asked
and answered this morning.