| | | |
|---|---|---|
| 14:30:32 | 1 | ALAN CAVALLERANO |
| 14:30:34 | 2 | A.    I consider myself to be an |
| 14:30:36 | 3 | expert on the product from my readings |
| 14:30:38 | 4 | of the material and my general |
| 14:30:43 | 5 | understanding of the video field. |
| 14:30:45 | 6 | Q.    And the first time you read |
| 14:30:47 | 7 | any detailed materials about the Paint |
| 14:30:50 | 8 | Box was February 2006? |
| 14:30:52 | 9 | A.    That's correct.  Sometime in |
| 14:30:53 | 10 | February. |
| 14:30:57 | 11 | Q.    So you've been familiar |
| 14:30:59 | 12 | with the details regarding the Paint |
| 14:31:02 | 13 | Box for a little over three months? |
| 14:31:03 | 14 | A.    That's correct. |
| 14:31:05 | 15 | Q.    And it's your belief that |
| 14:31:07 | 16 | that makes you an expert on the Quantel |
| 14:31:08 | 17 | Paint Box? |
| 14:31:09 | 18 | MR. BEAMER:  Objection; |
| 14:31:20 | 19 | asked and answered, argumentative. |
| 14:31:22 | 20 | A.    Again, as I said, I feel |
| 14:31:24 | 21 | that I am an expert in the field of |
| 14:31:26 | 22 | video, and I have a lot of familiarity |
| 14:31:28 | 23 | working with different types of video |
| 14:31:30 | 24 | equipment.  And the Paint Box would |
| | 25 | fall into that category, so I would |

199

| | | |
|---|---|---|
| 31:32 | 1 | ALAN CAVALLERANO |
| 14:31:35 | 2 | expect that I would feel comfortable |
| 14:31:37 | 3 | qualifying myself as such. |
| 14:31:41 | 4 | Q. Do you agree that |
| 14:31:43 | 5 | Mr. Taylor is an expert on the Quantel |
| 14:31:44 | 6 | Paint Box? |
| 14:31:44 | 7 | A. Yes. |
| 14:31:45 | 8 | MR. BEAMER: Objection; |
| 14:31:48 | 9 | calls for speculation. |
| 14:31:50 | 10 | Q. Sir, I want to ask you some |
| 14:31:54 | 11 | questions about the Paint Box system as |
| 14:31:57 | 12 | sold and demonstrated in March, April |
| 1?:32:00 | 13 | '82, that's the subject of Mr. Taylor's |
| 14:32:03 | 14 | expert report. You are familiar with |
| 14:32:03 | 15 | that report? |
| 14:32:04 | 16 | A. Yes, I am. |
| 14:32:09 | 17 | Q. Would you agree that the |
| 14:32:11 | 18 | Paint Box could receive the video from |
| 14:32:12 | 19 | an external source? |
| 14:32:13 | 20 | A. Yes. |
| 14:32:17 | 21 | Q. Do you agree that the Paint |
| 14:32:18 | 22 | Box could receive video data |
| 14:32:21 | 23 | representing full size images? |
| 14:32:22 | 24 | A. Yes. |
| | 25 | Q. Do you agree that the Paint |

B-419

200

| | | ALAN CAVALLERANO |
|---|---|---|
| 32:25 | 1 | |
| 14:32:28 | 2 | Box had multiple frame stores? |
| 14:32:32 | 3 | A.    Yes.  I know that there were |
| 14:32:34 | 4 | multiple frame stores, yes, that's |
| 14:32:34 | 5 | correct. |
| 14:32:36 | 6 | Q.    And those frame stores were |
| 14:32:38 | 7 | implemented with random access memory; |
| 14:32:39 | 8 | correct? |
| 14:32:41 | 9 | A.    Yes, that would be typical |
| 14:32:44 | 10 | that a frame store would be implemented |
| 14:32:45 | 11 | that way. |
| 14:32:46 | 12 | Q.    And do you agree that |
| 14:32:48 | 13 | either of those frame stores could |
| 14:32:50 | 14 | store a full size image? |
| 14:32:52 | 15 | A.    Yes. |
| 14:32:54 | 16 | Q.    Do you agree that the Paint |
| 14:32:56 | 17 | Box had at least one disk? |
| 14:32:58 | 18 | A.    Yes, I'm aware of that. |
| 14:33:00 | 19 | Q.    And the disk could store |
| 14:33:01 | 20 | video images? |
| 14:33:03 | 21 | A.    Yes, I'm aware of that. |
| 14:33:05 | 22 | Q.    It could store full size |
| 14:33:07 | 23 | video images? |
| 14:33:09 | 24 | A.    Yes, it could store full |
| | 25 | size images. |

Alan Cavallerano

05/03/2006

202

| 34:31 | 1 | ALAN CAVALLERANO |
| 14:34:37 | 2 | then reside as one composite image. |
| 14:34:39 | 3 | That much I am aware of, yeah. |
| 14:34:41 | 4 | Q.    Let's put aside for a |
| 14:34:42 | 5 | moment what happens when you stick the |
| 14:34:47 | 6 | image down.  We will get to that.  Do |
| 14:34:51 | 7 | you agree that the Paint Box could |
| 14:34:55 | 8 | generate reduced size images? |
| 14:34:56 | 9 | MR. BEAMER:  Asked and |
| 14:34:56 | 10 | answered. |
| 14:34:59 | 11 | A.    Yes, as I stated, that's |
| 14:34:59 | 12 | correct. |
| 35:01 | 13 | Q.    Do you agree that the Paint |
| 14:35:03 | 14 | Box could automatically generate |
| 14:35:05 | 15 | reduced size images? |
| 14:35:06 | 16 | MR. BEAMER:  Objection; |
| 14:35:07 | 17 | vague. |
| 14:35:11 | 18 | A.    Well, automatically, under |
| 14:35:13 | 19 | control of a user going through a |
| 14:35:17 | 20 | series of steps. |
| 14:35:19 | 21 | Q.    Well, if the Paint Box |
| 14:35:22 | 22 | browse were used to browse full size |
| 14:35:27 | 23 | images stored on disk, didn't that |
| 14:35:29 | 24 | browse feature automatically generate |
|  | 25 | reduced size images? |

Alan Cavallerano
05/03/2006

204

**ALAN CAVALLERANO**

| | |
|---|---|
| 36:58 | 1 |
| 14:37:03 | 2 |
| 14:37:05 | 3 |
| 14:37:07 | 4 |
| 14:37:09 | 5 |
| 14:37:10 | 6 |
| 14:37:14 | 7 |
| 14:37:15 | 8 |
| 14:37:21 | 9 |
| 14:37:23 | 10 |
| 14:37:27 | 11 |
| 14:37:30 | 12 |
| 14:37:30 | 13 |
| 14:37:32 | 14 |
| 14:37:34 | 15 |
| 14:37:36 | 16 |
| 14:37:37 | 17 |
| 14:37:38 | 18 |
| 14:37:40 | 19 |
| 14:37:43 | 20 |
| 14:37:46 | 21 |
| 14:37:49 | 22 |
| 14:37:52 | 23 |
| 14:37:52 | 24 |
| | 25 |

Quantel Paint Box, when it browsed full
size images stored on disk, would
automatically generate reduced size
images; correct?

MR. BEAMER:  Asked and
answered.

A.    Yes.  And that in fact would
be what a normal browse for a, let's
say for a still store, that would be
the normal mode of browsing.  You would
invoke the browse and then that would
occur.

Q.    So we both agree that the
Paint Box could automatically generate
reduced size images; correct?

MR. BEAMER:  Asked and
answered.

A.    Yes.  As I stated, it can
reduce -- it can provide and generate
reduced size images, taking images,
full size images off the disk and
putting them into the output frame
store.

Q.    And the Paint Box could

206

ALAN CAVALLERANO

| | |
|---|---|
| 14:39:56 | 1 |
| 14:39:58 | 2 | generate a reduced size image that was |
| 14:40:17 | 3 | a small version of the full size image? |
| 14:40:19 | 4 | THE WITNESS:  I'm sorry, |
| 14:40:21 | 5 | could you please read back the |
| 14:40:29 | 6 | question. |
| 14:40:29 | 7 | (Record read as requested.) |
| 14:40:31 | 8 | A.    Well, as we've already |
| 14:40:33 | 9 | discussed for the browse screen, we |
| 14:40:37 | 10 | know that the full size image stored on |
| 14:40:40 | 11 | disk can go through the size reducer |
| 14:40:45 | 12 | and that that resulting reduced size |
| 14:40:48 | 13 | image then becomes a part of a browse |
| 14:40:57 | 14 | screen.  And that that's a reduced size |
| 14:40:59 | 15 | image that the Paint Box is able to |
| 14:41:00 | 16 | create that way. |
| 14:41:02 | 17 | Q.    Right.  So we both agree |
| 14:41:03 | 18 | that the Paint Box could use its size |
| 14:41:07 | 19 | reducer to generate a reduced size |
| 14:41:07 | 20 | image; correct? |
| 14:41:10 | 21 | A.    Yes, in the way that -- in |
| 14:41:12 | 22 | the way that I've described, yes. |
| 14:41:14 | 23 | Q.    And that reduced size image |
| 14:41:16 | 24 | could be stored in either of the frame |
| | 25 | stores; correct? |

Alan Cavallerano

05/03/2006

207

| | |
|---|---|
| 41:18 | 1 |
| 14:41:20 | 2 |
| 14:41:29 | 3 |
| 14:41:31 | 4 |
| 14:41:35 | 5 |
| 14:41:38 | 6 |
| 14:41:39 | 7 |
| 14:41:43 | 8 |
| 14:41:45 | 9 |
| 14:41:47 | 10 |
| 14:41:49 | 11 |
| 14:41:54 | 12 |
| 1 :41:55 | 13 |
| 14:41:56 | 14 |
| 14:41:58 | 15 |
| 14:42:01 | 16 |
| 14:42:02 | 17 |
| 14:42:03 | 18 |
| 14:42:16 | 19 |
| 14:42:19 | 20 |
| 14:42:21 | 21 |
| 14:42:26 | 22 |
| 14:42:28 | 23 |
| 14:42:31 | 24 |
| | 25 |

**ALAN CAVALLERANO**

MR. BEAMER:   Objection.

A.    That reduced sized image
most certainly could be stored in the
output frame store.  And it's
temporarily present in the second frame
store.

Q.    **And that reduced size image
could be stored in the random access
memory of the Paint Box; correct?**

A.    Yes, that's correct, the
frame store is the random access
memory.

Q.    **And the reduced size image
could be stored in one frame store
while a full size image was in the
other frame store; correct?**

MR. BEAMER:   Objection;
vague.

A.    When we say stored, it's
stored temporarily so that it can then
be stuck on to the output frame store.

Q.    **But regardless of whether
in your opinion it's temporary or not,
you agree that the Paint Box could**

Alan Cavallerano

05/03/2006

209

| | | |
|---|---|---|
| 44:02 | 1 | ALAN CAVALLERANO |
| 14:44:04 | 2 | anything at all can be in two separate |
| 14:44:07 | 3 | frame stores, nothing is necessarily |
| 14:44:12 | 4 | precluding that.  But it's a matter of |
| 14:44:19 | 5 | the entire operation and how that |
| 14:44:23 | 6 | reduced size image got there, that's of |
| 14:44:25 | 7 | significance to me with regard to my |
| 14:44:27 | 8 | analysis of that. |
| 14:44:29 | 9 | Q.    But you agree, sir, do you |
| 14:44:31 | 10 | not, that the Paint Box could |
| 14:44:35 | 11 | simultaneously store one full size |
| 14:44:37 | 12 | image and one reduced size image in its |
| 14:44:40 | 13 | frame stores simultaneously; correct? |
| 14:44:41 | 14 | MR. BEAMER:  Asked and |
| 14:44:42 | 15 | answered. |
| 14:44:43 | 16 | MR. SUMMERSGILL:  Strike |
| 14:44:46 | 17 | that.  Because I said simultaneously |
| 14:44:48 | 18 | twice.  Let me try it again. |
| 14:44:49 | 19 | THE WITNESS:  Okay. |
| 14:44:50 | 20 | Q.    You agree, sir, do you not, |
| 14:44:52 | 21 | that the Paint Box could store a full |
| 14:44:55 | 22 | size image and a reduced size image in |
| 14:44:57 | 23 | its frame stores simultaneously; |
| 14:44:58 | 24 | correct? |
| | 25 | MR. BEAMER:  Asked and |

Alan Cavallerano                                05/03/2006

210

ALAN CAVALLERANO

answered, vague.

A.    As I've stated, through a
particular series of steps, it's
possible to have the reduced size image
temporarily in one frame store. And
the full size counterpart present in
the other, the display frame store.

Q.    Now, do you agree that the
Paint Box could output images from disk
to its frame stores?

A.    Yes.

Q.    And it could output full
size images?

A.    Yes, that's correct.

Q.    And it could output images
from disk upon a user's command?

A.    Yes, I believe that's
correct.

Q.    Do you agree that the Paint
Box frame stores had input ports?

A.    Yes.

Q.    Do you agree that the Paint
Box frame stores had separate output
ports?

Alan Cavallerano

05/03/2006

219

| | | ALAN CAVALLERANO |
|---|---|---|
| 14:56:39 | 1 | |
| 14:56:48 | 2 | we know that -- I'm sorry, we were |
| 14:56:50 | 3 | talking about going from the disk to |
| 14:56:52 | 4 | the random access memory? |
| 14:56:53 | 5 | Q.    I was asking you about the |
| 14:56:56 | 6 | transfer from size reducer to random |
| 14:57:02 | 7 | access memory. |
| 14:57:04 | 8 | A.    Yes, we know that, as in the |
| 14:57:12 | 9 | case of the figure 19 in the -- I just |
| 14:57:14 | 10 | want to make sure, I'm just looking at |
| 14:57:20 | 11 | the figure.  Figure 18.  We know that |
| 14:57:23 | 12 | we have a direct transfer from -- this |
| 14:57:25 | 13 | is in the '776 patent, of the size |
| 14:57:29 | 14 | reducer to the random access memory at |
| 14:57:30 | 15 | the frame store, yes, that's correct. |
| 14:57:32 | 16 | Q.    So do you agree that the |
| 14:57:34 | 17 | Quantel Paint Box could transfer images |
| 14:57:38 | 18 | directly from the size reducer to the |
| 14:57:39 | 19 | random access memory? |
| 14:57:40 | 20 | A.    Yes, that's correct. |
| 14:57:41 | 21 | Q.    And do you agree that the |
| 14:57:43 | 22 | Paint Box could transfer images |
| 14:57:48 | 23 | directly from the disk to random access |
| 14:57:49 | 24 | memory? |
| | 25 | MR. BEAMER:  Read that back, |

Alan Cavallerano

05/03/2006

222

ALAN CAVALLERANO

| | |
|---|---|
| 15:00:17 | 1 |
| 15:00:18 | 2 |
| 15:00:21 | 3 |
| 15:00:21 | 4 |
| 15:00:22 | 5 |
| 15:00:24 | 6 |
| 15:00:27 | 7 |
| 15:00:31 | 8 |
| 15:00:31 | 9 |
| 15:00:35 | 10 |
| 15:00:38 | 11 |
| 15:00:41 | 12 |
| 15:00:45 | 13 |
| 15:00:49 | 14 |
| 15:00:53 | 15 |
| 15:00:57 | 16 |
| 15:00:59 | 17 |
| 15:01:00 | 18 |
| 15:01:01 | 19 |
| 15:01:04 | 20 |
| 15:01:08 | 21 |
| 15:01:10 | 22 |
| 15:01:13 | 23 |
| 15:01:21 | 24 |
| | 25 |

that the Paint Box filter card

contained random access memory?

　　　　　MR. BEAMER:  Objection;

vague.

　　A.　　I believe it did.  I would

need to look at the manual to be sure

that that's the type of memory that it

had.

　　Q.　　Was the transfer from disk

to the random access memory of the

filter card a direct transfer?

　　A.　　It's my understanding that

it would be.

　　Q.　　Now, the Paint Box frame

store could also output video images

for display on the Paint Box frame

store; correct?

　　A.　　Yes, that's right.

　　Q.　　The Paint Box with the use

of its combiner, could access a reduced

size image stored at one frame store

and a full size image stored at another

frame store simultaneously; correct?

　　　　　THE WITNESS:  I'm sorry,

Alan Cavallerano

05/03/2006

228

| | | |
|---|---|---|
| 07:40 | 1 | **ALAN CAVALLERANO** |
| 15:07:44 | 2 | access one reduced size image and one |
| 15:07:46 | 3 | full size image simultaneously; |
| 15:07:54 | 4 | correct? |
| 15:07:56 | 5 | A.    Yes, as I would expect. |
| 15:07:57 | 6 | Q.    And you agree -- |
| 15:07:58 | 7 | MR. BEAMER:  Are you done |
| 15:07:59 | 8 | with your answer? |
| 15:08:00 | 9 | A.    As I would expect for |
| 15:08:03 | 10 | products of this nature, it most |
| 15:08:05 | 11 | certainly would be possible to have, |
| 15:08:08 | 12 | and I would expect, some type of a |
| 08:10 | 13 | combiner circuit that would perform |
| 15:08:12 | 14 | that type of an operation. |
| 15:08:15 | 15 | Q.    So that was well known in |
| 15:08:15 | 16 | the art? |
| 15:08:17 | 17 | A.    Yes, that was well known in |
| 15:08:17 | 18 | the art. |
| 15:08:19 | 19 | Q.    Now, you agree that the |
| 15:08:21 | 20 | Paint Box had a browse feature. |
| 15:08:24 | 21 | A.    Yes, I'm familiar with that. |
| 15:08:25 | 22 | Q.    And you agree that the |
| 15:08:27 | 23 | Paint Box could store multiple reduced |
| 15:08:31 | 24 | size images in random access memory? |
| | 25 | MR. BEAMER:  Read that back, |

Alan Cavallerano

05/03/2006

229

| | | |
|---|---|---|
| 08:32 | 1 | ALAN CAVALLERANO |
| 15:08:42 | 2 | please. |
| 15:08:42 | 3 | (Record read as requested.) |
| 15:08:44 | 4 | A.    Yes, as we went over a |
| 15:08:46 | 5 | little while earlier, it was possible |
| 15:08:49 | 6 | to pull up full size images from the |
| 15:08:52 | 7 | disk, have them go through the filter |
| 15:08:55 | 8 | card and size reducer, and have those |
| 15:08:59 | 9 | reduced sized images reside in an |
| 15:09:02 | 10 | appropriate spot in the random access |
| 15:09:08 | 11 | memory, to create a browse screen. |
| 15:09:10 | 12 | Q.    So you agree that Paint Box |
| 09:12 | 13 | could store multiple reduced size |
| 15:09:14 | 14 | images in random access memory; |
| 15:09:15 | 15 | correct? |
| 15:09:15 | 16 | A.    Yes, that's correct. |
| 15:09:16 | 17 | Q.    And do you also agree that |
| 15:09:20 | 18 | the Paint Box could display a mosaic of |
| 15:09:31 | 19 | reduced size images? |
| 15:09:33 | 20 | A.    The -- well, I would call |
| 15:09:35 | 21 | that, what I was just describing right |
| 15:09:38 | 22 | now, this array of reduced size images |
| 15:09:40 | 23 | for the browse, that would be to one |
| 15:09:42 | 24 | skilled in the art, one would call that |
| | 25 | a mosaic.  So yes. |

Alan Cavallerano

05/03/2006

267

ALAN CAVALLERANO

09:35  1

16:09:36  2

16:09:38  3

16:09:41  4

16:09:45  5

16:09:47  6

16:09:51  7

16:09:53  8

16:09:59  9

16:10:02  10

16:10:08  11

16:10:11  12

16:10:13  13

16:10:16  14

16:10:18  15

16:10:19  16

16:10:21  17

16:10:26  18

16:10:31  19

16:10:33  20

16:10:35  21

16:10:38  22

16:10:40  23

16:10:44  24

25

Q.    Sir, before the break you
were describing the process by which an
operator using the Paint Box could put
a rectangle around the reduced size
image in the frame store and save only
the pixels corresponding to that image
to disk; is that correct?

A.    I was referring to using the
rectangle function to select those
pixels which were from the -- which
were from the full size image which was
reduced and stuck on to the full size
image to create a new composite full
size image and using the rectangle
function for that operation, yes.

Q.    When the operator places
the rectangle over the pixels that
represent the reduced size image, or
what you call part of the full size
image, only the pixels within that
rectangle are saved to disk; correct?

          MR. BEAMER:  Objection.

A.    That's my understanding.

Q.    So assuming that you

Alan Cavallerano                                    05/03/2006

308

| | | |
|---|---|---|
| 00:18 | 1 | ALAN CAVALLERANO |
| 17:00:20 | 2 | Q.    And the Paint Box could |
| 17:00:25 | 3 | reduce the size of those cutouts; |
| 17:00:25 | 4 | correct? |
| 17:00:25 | 5 | A.    That's correct. |
| 17:00:27 | 6 | Q.    And the Paint Box could |
| 17:00:31 | 7 | store those reduced size cutouts to |
| 17:00:31 | 8 | disk; correct? |
| 17:00:34 | 9 | MR. BEAMER:  Objection. |
| 17:00:37 | 10 | A.    The Paint Box could store |
| 17:00:41 | 11 | cutouts to disk. |
| 17:00:42 | 12 | Q.    And the Paint Box could |
| 17:00:45 | 13 | then browse cutouts that were stored on |
| 17:00:46 | 14 | disk; correct? |
| 17:00:47 | 15 | A.    Yes, that's correct. |
| 17:00:49 | 16 | Q.    And it could browse reduced |
| 17:00:52 | 17 | size cutouts that were stored on disk; |
| 17:00:53 | 18 | correct? |
| 17:00:54 | 19 | A.    Yes, that's my |
| 17:01:01 | 20 | understanding. |
| 17:01:03 | 21 | Well, when we say reduced |
| 17:01:08 | 22 | sized cutouts, though, what we're |
| 17:01:14 | 23 | talking about are cutouts.  They are |
| 17:01:16 | 24 | still cutouts. |
| | 25 | Q.    Well, cutouts can be |

309

        ALAN CAVALLERANO

01:17  1
17:01:19  2  reduced in size; correct?
17:01:20  3      A.    Yes, it's my understanding
17:01:22  4  that you would be able to pull up a
17:01:26  5  cutout and manipulate it, for example,
17:01:28  6  reducing it in size.
17:01:33  7      Q.    And after you reduce it in
17:01:36  8  size, you can store that cutout to disk
17:01:38  9  on the Paint Box; correct?
17:01:40  10     A.    That's my understanding,
17:01:40  11 yes.
17:01:43  12     Q.    And then using the Paint
17:01:45  13 Box browse function, you can browse
17:01:47  14 through cutouts that are stored on
17:01:48  15 disk; correct?
17:01:50  16     A.    Yes, that's correct.
17:01:53  17     Q.    And that's set forth in the
17:01:59  18 Paint Box manual guide; correct?
17:01:59  19 Strike that.
17:02:00  20         That's set forth in the
17:02:02  21 Paint Box user guide; correct?
17:02:04  22     A.    Yes, I have reviewed that
17:02:07  23 document, I believe that -- I know that
17:02:15  24 that is correct, yes.
          25     Q.    And as far as you know, the

Alan Cavallerano

05/03/2006

318

| | | |
|---|---|---|
| 17:12:05 | 1 | ALAN CAVALLERANO |
| 17:12:09 | 2 | pulling off the amount of data for |
| 17:12:11 | 3 | these individual pieces. |
| 17:12:14 | 4 | Q. So one of the reasons the |
| 17:12:20 | 5 | Paint Box browse cutouts is faster than |
| 17:12:22 | 6 | the Paint Box browse of full size |
| 17:12:24 | 7 | images, is because the cutouts contain |
| 17:12:27 | 8 | less data than the full size images; |
| 17:12:34 | 9 | correct? |
| 17:12:35 | 10 | A. Yes. Because again, what |
| 17:12:37 | 11 | bogs down the system is needing to pull |
| 17:12:39 | 12 | off the full size image. And in fact |
| 17:12:43 | 13 | that's what is such a benefit of the |
| 17:12:45 | 14 | '121 system, where you don't need to be |
| 17:12:47 | 15 | able -- where you don't need to pull |
| 17:12:50 | 16 | off the full size image and send it |
| 17:12:59 | 17 | through the size reducer each time. |
| 17:13:02 | 18 | Q. Now, you agree that the |
| 17:13:05 | 19 | demonstration that Mr. Taylor showed on |
| 17:13:08 | 20 | his videotape could actually be done on |
| 17:13:10 | 21 | the Quantel Paint Box; correct? |
| 17:13:13 | 22 | A. I have no reason to think |
| 17:13:17 | 23 | that an operator couldn't set up the |
| 17:13:23 | 24 | steps to be able to create that -- to |
| | 25 | be able to create that effect. |

Alan Cavallerano

05/03/2006

319

ALAN CAVALLERANO

1

2     Q.     Now, when the Paint Box

3  browses full size images, the operator

4  can then select one of the resulting

5  reduced size images in the browse in

6  order to obtain the full size image;

7  correct?

8     A.     We are talking about for the

9  Paint Box?

10     Q.     Yes.

11     A.     Yes, that's correct.

12     Q.     So in the Paint Box, when

13  an operator selects a reduced size

14  image in the browse in order to obtain

15  a full size image corresponding to that

16  reduced size image, is there a working

17  relationship between the browsed image

18  and its corresponding full sized image?

19     A.     For that moment in time,

20  yes.  Because the full size image went

21  through -- went through the size

22  reducer and a browse screen was

23  created.  And then there would be a way

24  to go from the reduced sized image

25  that's in the browse screen to, back to

Column of timestamps (left):
14:05, 17:14:06, 17:14:10, 17:14:17, 17:14:20, 17:14:22, 17:14:24, 17:14:30, 17:14:30, 17:14:33, 17:14:35, 17:14:44, 17:14:48, 17:14:50, 17:14:53, 17:14:57, 17:14:59, 17:15:03, 17:15:06, 17:15:09, 17:15:12, 17:15:17, 17:15:23, 17:15:28

Alan Cavallerano

05/03/2006

320

ALAN CAVALLERANO

| | |
|---|---|
| 17:15:30 | 1 |
| 17:15:33 | 2 |
| 17:15:34 | 3 |
| 17:15:36 | 4 |
| 17:15:40 | 5 |
| 17:15:43 | 6 |
| 17:15:46 | 7 |
| 17:15:47 | 8 |
| 17:15:49 | 9 |
| 17:15:54 | 10 |
| 17:15:56 | 11 |
| 17:16:00 | 12 |
| 17:16:01 | 13 |
| 17:16:10 | 14 |
| 17:16:11 | 15 |
| 17:16:13 | 16 |
| 17:16:17 | 17 |
| 17:16:26 | 18 |
| 17:16:28 | 19 |
| 17:16:29 | 20 |
| 17:16:33 | 21 |
| 17:16:36 | 22 |
| 17:16:37 | 23 |
| 17:16:40 | 24 |
| | 25 |

the full sized image.  And of course

that's really what the prior art

systems all allowed you to do that,

otherwise the notion of browsing really

wouldn't -- it wouldn't work, because

then you wouldn't be -- you wouldn't be

browsing.

      Q.    Now, sir, we talked earlier

about the embodiment of, Mr. Beaulier's

embodiment of the '121 system, which

was the ESS-3 system.  Do you recall

that?

      A.    I'm not sure when we

discussed that.  Sorry.

      Q.    Fair enough.  We may not

have used the term ESS-3.

          The system designed by

Mr. Beaulier, in your expert opinion,

maintained a relationship between full

and reduced size images by assigning a

number to the reduced size image that

correlated with the number assigned to

the full size image; correct?

      A.    In a particular example, one

341

ALAN CAVALLERANO

1   intervention from the CPU."

3        Do you see that?

4        A.   Yes, I do.

5        Q.   And Mr. Sheikh is

6   indicating that the AVA was capable of

7   transferring image data directly

8   between frame store and disk; correct?

9        A.   Yes, that's correct.

10        Q.   And the advantage of doing

11   that, according to Mr. Sheikh, is that

12   it facilitates fast picture storage and

13   recall; correct?

14        A.   Yes, that's correct.

15        Q.   And is it your

16   understanding that the AVA system was

17   capable of transferring image data

18   directly from disk to the frame store,

19   as Mr. Sheikh describes here?

20        A.   Yes, that's correct.

21        Q.   Now, sir, turning back to

22   your expert report.  Specifically

23   please turn to paragraph 190.

24        Do you have that, sir?

25        A.   Yes, I do.

Alan Cavallerano

05/03/2006

342

ALAN CAVALLERANO

01:14    1

18:01:17    2    Q.    Paragraph 190 discusses the

18:01:21    3    potential of combining the AVA system

18:01:23    4    with an electronic still store system;

18:01:24    5    correct?

18:01:25    6        A.    Yes, that's correct.

18:01:29    7        Q.    In your expert opinion, was

18:01:36    8    it common in the 1982 time period to

18:01:39    9    use graphics systems, such as the AVA,

18:01:42   10    in conjunction with electronic still

18:01:43   11    store systems?

18:01:47   12        A.    I would say that that's most

01:49   13    certainly within the realm of

18:01:52   14    possibility, to be utilizing systems

18:01:53   15    that way, combining systems.

18:01:55   16        Q.    That was well known as of

18:01:57   17    1982; correct?

18:01:58   18        A.    Yes, that's correct.

18:02:45   19        Q.    Sir, do you agree that the

18:02:50   20    Ampex AVA system could generate reduced

18:02:51   21    size images?

18:02:52   22        A.    Yes.

18:02:55   23        Q.    And the AVA could display

18:02:58   24    reduced size images in its frame store;

           25    correct?

Alan Cavallerano

05/03/2006

343

| | | ALAN CAVALLERANO |
|---|---|---|
| 02:59 | 1 | |
| 18:03:01 | 2 | A.    Yes, that's correct.  In a |
| 18:03:04 | 3 | similar way as we were discussing for |
| 18:03:08 | 4 | the Paint Box, it was possible to pull |
| 18:03:14 | 5 | up images from the disk, use the |
| 18:03:20 | 6 | computer to perform the size reduction, |
| 18:03:24 | 7 | filtering and size reduction, and then |
| 18:03:27 | 8 | reduce the image and present it for |
| 18:03:29 | 9 | display. |
| 18:03:31 | 10 | Q.    And it could be displayed |
| 18:03:34 | 11 | in the AVA frame store; correct? |
| 18:03:38 | 12 | A.    Yes, that's correct.  And |
| 18:03:42 | 13 | again, this is a case of an image |
| 18:03:46 | 14 | that's been reduced in size and then |
| 18:03:51 | 15 | inserted into a full size image so as |
| 18:03:56 | 16 | to be a composite image, what I've been |
| 18:03:57 | 17 | calling a composite image. |
| 18:03:59 | 18 | Q.    In paragraph 166 of your |
| 18:04:01 | 19 | expert report, you indicate that the |
| 18:04:04 | 20 | AVA only had a single frame store that |
| 18:04:07 | 21 | could hold only a single full size |
| | 22 | image. |
| 18:04:09 | 23 | Do you see that? |
| 18:04:10 | 24 | A.    Yes, that's correct. |
| | 25 | Q.    You agree, do you not, that |

403

```
1                    ALAN CAVALLERANO
2                 C E R T I F I C A T E
3    STATE OF NEW YORK    )
                                : ss.
4    COUNTY OF NEW YORK   )
5
6        I, ERIC J. FINZ, a Shorthand
7    Reporter and Notary Public within and
8    for the State of New York, do hereby
9    certify:
10       That ALAN CAVALLERANO, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15       I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20       IN WITNESS WHEREOF, I have hereunto
21   set my hand this  8  day of
22   __May___, 2006.
23
24
25
                    ERIC J. FINZ
```

CERTIFIED ORIGINAL
LEGALINK BOSTON

B-440

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed Redacted Appendix to Defendants' Answering Brief in Opposition to Plaintiff Ampex's Motion for Summary Judgment that U.S. Patent No. 4,821,121 is Not Unenforceable Due to Inequitable Conduct to with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

### VIA E-MAIL

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

### VIA E-MAIL & FEDERAL EXPRESS

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

### VIA E-MAIL & HAND DELIVERY

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899