

Laser Output

Cylinder Engravers

Each Response *Network* is an integrated turnkey system to serve in high-volume magazine and catalog printing/publishing as a complete pre-press production-line in fully automated, computerized form. In magnitude, a multi-workstation *Network* may be equivalent to several Response-350 systems. In performance, its special software for electronic communication, coordination, and supervision achieves more, with less equipment, than a group of separate systems could.

For production control, special supervisory stations are available so that overseers can easily monitor and coordinate the progress of all the graphics — photos, text galleys, etc. — and guide each job smoothly on its way to completion for deadline. Messages can be sent electronically between operators and supervisors.

The high-volume throughput, communications, and production control in the Scitex *Network* are unique, while the processing follows the same sequence, with the same field-proven image-processing software, as in the Response-300 series. The supervisory stations monitor the operation of scanner stations, console stations, and output stations. Output may be to the *ERAY Laser* output unit or to Scitex's *LOGO Controllers* for filmless engraving of gravure cylinders Each *Network*'s exact configuration is customized for the requirements of its own site.

All the scanning, picture-preparation, and exposure stations are connected to form a single data network The pre-press team can send and receive graphics, galleys, and pages electronically within the *Network* rather than physically delivering materials With the optional *TEXTA Typesetter*, they can receive composed text on magnetic media without scanning.

With modern communications and data packet switching now available, a Scitex *Network* can complete pre-press under close editorial and graphic control from the publisher, then send pages electronically for engraving and printing on compatible equipment at a distant site

11

B-024

EKC005021431

## Options



**ERAY Laser output unit**
The *ERAY Laser* output unit accelerates film and plate production for separation exposures of up to 86 by 122 centimeters (34 by 48 inches, or A0 size). Standard in the Response-350, the *ERAY* can be added as an upgrade to any other configuration.



**Additional Computerset**
An extra *Computerset,* consisting of a minicomputer, disc, and terminal, can be added in order to offload various processing tasks from the original computers of a Response configuration, freeing them for more input/output and interactive work.

12

EKC0050021432



**Additional Work-Station with the Scitex IMAGER Console**
To provide higher-volume throughput and/or more time for delicate and creative manipulations, an additional station with a Scitex *IMAGER Console* can be coupled to any Response configuration.

13

EKC0050021433







### LOGO Controller
### for automatic cylinder engraving
Scitex supplies special digital controllers tailored to popular electromechanical gravure engravers, providing digital cylinder production without bromides or other graphic media or consumables. Images for gravure engraving can be taken directly from any Scitex Response configuration through the Scitex *LOGO Controller* to the cylinder-engraving mechanism.

### Alphanumeric Printer
Any configuration can be equipped with an alphanumeric printer for hard-copy records of system activity, library lists, etc.

### LYNART Station
A separate work-station with the *LYNART Console*, optimized for the preparation of linework, is available for any configuration. The *LYNART* frees the system's more expensive main console to be dedicated to complex color manipulations and final page assembly.

14

EKC0050214345





### TEXTA Typesetter
The *TEXTA Typesetter* brings the Response system digital data directly from a standard front-end composition system. It converts ASCII codes into justified typeset text, bypassing the scanning of galleys and mechanicals. Inside the Response, the text is available as high-resolution linework typography. Up to 4000 fonts of 128 characters each can be available on line. Logotypes and additional typefaces for *TEXTA* can be digitized and edited on the Response system.

### Bi-Directional Scanner Interface
The bi-directional scanner interface, which is standard equipment for the Response-310, can be included in other configurations to provide output to the scanner's exposure drum as a fallback or alternate means of film exposure.

### Two-Scanner Interface
A switchable interface is available to provide the alternative of input from either of two scanners, even scanners from two different manufacturers.

### Additional Scanner Interface
For concurrent use of two color separation scanners, an additional scanner interface can be included in the Response configuration.

### Electronic Screen Interface
An electronic screening option is available with the bi-directional interface for appropriately laser-equipped scanners.

### High Speed STC Magtape
For quick transfer of files into and out of disc memory, any configuration can include one or more especially high-speed and high-density *STC Magtape* units.

15

EKC0050021435

EKC005021436

**Japan**
Scitex Japan Co. Ltd.
Room 912, TBR Building
5-7 Kojimachi, Chiyoda-ku
Tokyo 102, Japan
Tel. 230-1561
Telex 32684 SCITEX J

**Europe**
Scitex Europe S.A.
304 Avenue Louise
1050 Brussels, Belgium
Tel. (02) 640-4600
Telex 61937 SCITEX B

**America**
Scitex America Corp.
75-D Wiggins Ave.
Bedford, Mass. 01730, USA
Tel. (617) 275-5150
Telex 923408 SCITEX UT

**Corporate Headquarters**
Scitex Corporation Ltd.
P.O. Box 330
46103 Herzlia B, Israel
Tel. (052) 53555
Telex 341939 SINT IL

EKC005021437

Design Studio Ilan Hagan, Israel
Typesetting, Accad Ltd., Israel

Product specifications are subject to change without prior notice
© Copyright 1981, 1982 by Scitex Corporation Ltd.
Scitex publication no. 125F2A1

EKC005021438



Scitex Graphic Computers





B-032

EKC005020448

# Computer systems built for your skills

*Scitex has laid an electronic pathway along the route to color printing, bringing the craftsmen of graphics more quickly and surely to the results they envision.*



Scitex's Response systems receive text, color pictures, and other graphics and prepare pages of color art and text in a smooth electronic process shown moment by moment in full-color video. The system works by software on an image in computer memory: what it thinks, it does. Where old methods might take days, Scitex gives speed, flexibility, and pinpoint control that get the job done in hours.

Scitex does not ask pre-press craftsmen to think in computer terms. Instead, Scitex programs computers to deal in graphics. For example, the craftsman accustomed to scribing with a blade uses the same talents to draw his edge on the video image with an electronic stylus. The edge is exact but flexible: it can be reshaped or even erased. For retouching, a new dimension has been added to airbrush-style techniques: the electronic Scitex version works in full color.

Because Scitex has replaced tedious methods and inconvenient tools with instant and accurate response, more time is available for subtle and detailed corrections. Because the visible image is in computer memory the operator can invest his skills and energy in handling the task of graphics, rather than handling knives or chemicals

2

B-033

EKC005020449