Case 1:04-cv-01373-KAJ   Document 232-4   Filed 06/20/2005   Page 1 of 20

RESPONSE UNDER 37 CFR 1.111
EXPEDITED PROCEDURE
EXAMINING GROUP 262

Atty Dkt AMP0035PCON
AV-3033N1
PATENT

NOV 20 1986

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE                    12-12-86

In Re Application of:
DANIEL BOULIER

Serial No.: 740,297                    Group Art Unit: 262

Filed: 31 May 1985                     Examiner: D. Harvey

For: ELECTRONIC STILL STORE
     WITH HIGH SPEED SORTING
     AND METHOD OF OPERATION

RESPONSE UNDER 37 CFR
EXPEDITED PROCEDURE
EXAMINING GROUP 262

CERTIFICATE OF MAILING BY "EXPRESS MAIL"
"Express Mail" Mailing Label No. B 96689191
Date of Deposit
     I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.
                         Kathy E. McKenna
(Typed or Printed Name of Person Mailing Paper or Fee)

                         Kathy E McKenna
(Signature of Person Mailing Paper or Fee)

Box AF
The Honorable Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

Sir:

      In response to the Office Action mailed 3 September
1985, please enter the following amendment.

      In the Specification

      At page 1, line 11 after "may" and before "be", delete
"than" and substitute --then--.

      At page 2, line 25, delete "positioned reduce" and
substitute --positioned, reduced--.

      At page 5, line 1, delete "referred" and substitute
--preferred--.   At line 27, delete "fourth" and
substitute --forth--.

      At page 6, line 4, insert after "22" and before "is"
--, which in the preferred embodiment is a random access
memory,--.   At line 8, after "24" and before "." insert
--in the preferred embodiment but which can be any bulk
storage memory device in other embodiments--

090  12/05/86  740297                    1 102      204.00 CK

RW10078  01/22/87  740297        03-1752  010  102      136.00CR

AX061652

-2-

At page 7, line 9, delete "resolutioncopy" and
substitute --resolution copy--. At line 16, delete
"usedin" and substitute --used in--. At line 19, delete
"continous" and substitute --continuous--.

At page 8, line 7, delete "take" and substitute
--taken--. At line 6, after "array" and before "within"
insert --as a mosaic which fits--.

In the Drawings

Please approve the drawing change marked in green on
the enclosed sketch.

In the Claims:

2. (Twice Amended)  An electronic still store system
comprising:

an image store means for [retrievable] retrievably
storing therein a plurality of image frame copies of video
frames [of video images], the image frame copies
comprising data representing a full spatial resolution
image [frame copy] and [a] corresponding data representing
a reduced spatial resolution image [frame copy] of each
frame of video [images] data;

a frame store means which is operable in a first mode
[to receive and store] for receiving and storing one of
said full spatial resolution images [frame copies] from
[the] said image store means and for repetitively
[generate] generating a full spatial resolution [output]
image [frame] output and operable in a second mode [to
receive] for receiving from the image store means and
[store] storing a plurality of said reduced spatial
resolution images [image frame copies] each at selectively
located different positions, the frame store means being
further operable in the second mode [to] for repetitively
generating [generate a reduced spatial resolution] output

AX061653

-3-

image [frame having an image frame] comprising [a] the
stored plurality of said reduced spatial resolution images
[image frame copies selectively located at different
positions within the output image frame]; and

a size reducer means [coupled to receive] for
receiving from the frame store [a] the stored full spatial
resolution image [frame copy] and in response thereto [to
return] returning to the frame store means a corresponding
reduced spatial resolution image [frame copy] and wherein
the frame store is operable [to receive and store] for
receiving and storing the corresponding reduced spatial
resolution image [frame copy] while continuing to store
the stored full spatial resolution image [frame copy].


3. (Twice Amended) The electronic still store system
according to claim 2 [above], wherein the corresponding
reduced spatial resolution image [frame copies] each have
a spatial resolution of [one-forth] one-fourth the spatial
resolution of the corresponding full spatial resolution
image [frame copies in each dimension].


4. (Twice Amended) The electronic still store system
according to claim 2 [above], [further comprising] wherein
said frame store means includes a central processing unit,
controlled by an operator, coupled and operable in said
first mode to select which of said [image frame copies]
full spatial resolution images stored in said image store
means are to be retrieved from the image store means and
coupled and operable in said second mode to select which
of said reduced spatial resolution images stored in said
image store means are to be retrieved and stored in said
frame store means and to select the [location] different
positions within the frame store means at which each of

AX061654

-4-

said retrieved [image frame copies] reduced spatial
resolution images is stored.

Please cancel claim 5.

6.  (Twice Amended) The electronic still store system
according to claim [5 above] 4, wherein said frame store
means further [comprising] comprises an output
digital-to-analog converter coupled to receive [said]
output image data [frames] from the [the] frame store
means and in response thereto to generate an analog video
signal representing the received output image [frames];
and
        a monitor coupled to receive the analog video signal
and display the output image [frames] represented thereby.

7.  (Twice Amended) The electronic still store system
according to claim 6 [above], further comprising a video
input means for generating an input analog video signal
representing [a sequence of] an input video image [frames]
and an analog-to-digital converter coupled between the
video input means and the frame[s] store means [and] for
converting the input analog video signal to a digital form
[in which] such that digital data representing said input
video image frame [can be] is received and stored by the
frame store means.

Please cancel claims 8 through 14.

15.  (Amended) A video still store system comprising:
        a size reducer coupled to receive a full size image
data set representing a full size image frame and to
produce a reduced size image data set representing a
corresponding reduced size image frame in response thereto;

AX061655

-5-

an image store for storing a plurality of said full
size image data sets representing a plurality of full size
image frames and for storing a plurality of corresponding
reduced size image data sets representing a plurality of
reduced size image frames, each of said reduced size image
data sets corresponding to one of said full size image
data sets; and

a frame store means coupled to selectively receive
from either an external source or said image store and
store one of said full size image data sets, said frame
store [is] being operable such that when a full size image
data set is received from an external source or is
received from said image store and said image store does
not contain a corresponding reduced size image data set,
said frame store outputs a copy of said full size image
data set to said size reducer and [in response thereto]
receives a corresponding reduced size image data set which
is outputted to said image store for storage with the
corresponding full size image data set.

Please add new claims 16-28.

16.  An apparatus for storing video images as pixel
data comprising:

means for receiving and storing in a first memory
pixel data representing video images having a first
resolution, and for generating from said pixel data
representing said video image at said first resolution
pixel data representing a corresponding image having a
second, lower resolution and for storing said second
resolution image data with said first resolution image
data in a second memory; and

means for selectively accessing either said data for
the image at its first resolution or only the

AX061656

-6-

corresponding image data at said second resolution for any
image stored in said bulk storage memory for further
processing.

17.   The apparatus of claim 16 wherein said means for
selectively accessing allows access to a plurality of
images at said second resolution and storage of them in
selected blocks of memory in said first memory so that
they may be further processed as a mosaic of reduced size
images.

18.   An apparatus for storing video pixel data
representing video images of a first resolution and, for
each image at a first resolution a corresponding video
image at a second resolution comprising:
     random access memory means for storing video pixel
data representing a full size image at said first
resolution and a corresponding reduced size version
thereof at a second resolution;
     means for storing one at a time in said random access
memory means a plurality of said full size images;
     memory means for receiving video pixel data from said
random access memory means and for storing said full size
images and the corresponding reduced size images received
from said random access memory means and for outputting,
upon a user's command, a selected full size image or only
the corresponding reduced size image for the selected full
size image for storage in said random access memory means;
     means for generating said corresponding reduced size
image from any said full size image in said random access
memory means to be transferred to said memory means and
for storing the video pixel data representing said reduced
size image in said random access memory means prior to

B-193

AX061667

–7–

storage of the contents of said random access memory means
in said memory means.

19.  An apparatus for storing video data as full size
image and reduced size image of pixel data comprising:
    random access memory means for storing video pixel
data presented at an input port and having at least one
output port;
    means for storing video pixel data representing a full
size video image at a first resolution in a first group of
memory locations in said random access memory means;
    bulk storage memory for storing video pixel data and
for presenting selected blocks of video data at said input
port for storage by said random access memory;
    size reducing means coupled to said random access
memory means for accessing said image video pixel data
stored in said random access memory representing said full
size image at said first resolution, and for reducing said
image to a reduced size counterpart image at a second,
lower resolution and for storing said reduced size image
at said second resolution in said random access memory in
a second group of storage locations therein; and
    'control means coupled to said random access memory
means, said bulk storage means and to said size reducing
means for causing said size reducing means to generate
said reduced size image at said second resolution and to
store same in said random access memory means in said
second group of storage locations each time the video
pixel data from said random access memory means is to be
transferred to said bulk storage means for storage, and
for causing the video pixel data from both said first and
second plurality of memory locations in said random access
memory means to be transferred to said bulk storage means
for storage after said reduced size image is generated and

AX061658

-8-

stored in said second group of storage locations, and for
causing selective transfer of video pixel data from said
bulk storage means into said random access memory means
for storage such that either said first resolution image
or only the reduced size second resolution counterpart are
transferred into said random access memory means.

20.  The apparatus of claim 19 wherein said control
means also is coupled for causing selective transfer of
said second resolution image directly from said size
reducing means into said bulk storage means.

21.  The apparatus of claim 19 wherein said control
means also is coupled for controlling the memory locations
in said random access memory means where the video pixel
data defining said second resolution image are stored upon
transfer from said bulk storage means.

22.  The apparatus of claim 21 wherein said size
reducing means produces said second resolution image with
1/16th the resolution of said first resolution image and
wherein said control means is coupled for causing transfer
of said second resolution image into said random access
memory for storage at a selected one of 16 predetermined
blocks of memory locations.

23.  A system for storing and retrieving video data
representing video images which are displayed as rasters
of vertically distributed horizontal lines, each
represented video image normally occupying a raster of
selected vertical and horizontal size, the system
comprising:
    a video image size reducer having an input coupled to
receive video data representing a video image

AX061659

-9-

corresponding to a selected raster size and generate therefrom at an output video data representing a reproduction of said video image corresponding to a selected fractional-size of said selected raster size;

a first store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said first store having a capacity for storing video data representing a video image corresponding to of the selected raster size together with video data representing a reproduction of a video image corresponding to the selected fractional-size of said selected raster size;

a second store having an input for receiving video data for storage and an output for providing video data retrieved from storage, said second store having a capacity for storing video data representing a plurality of video images each corresponding to a video frame of the selected raster size and video data representing the reproduction of each video image of selected fractional size of said selected raster size; and

means for selectively transferring from said first store to said second store either said video data representing a video image corresponding to the selected raster size or said video data representing a reproduction of a video image which is the selected fractional size of said selected raster size.

24.  A method of storing video pixel data comprising:
receiving data for a full size image at a first resolution and generating therefrom data representing a reduced size reproduction image at a second, lower resolution;
storing both the full size and the reduced size image in a bulk storage medium; and

AX061660

-10-

selectively accessing either the full size or said
reduced size image from said bulk storage medium.

25. The method of claim 24 further comprising the
steps of storing a plurality of full size images and their
reduced size reproduction images and accessing a plurality
of selected reduced size images and storing them in
selected blocks of storage locations in a random access
memory.

26. The method of claim 24 wherein each full size
image occupies upon display a raster of selected vertical
and horizontal size, and further comprising the steps of
storing a plurality of full size images and their reduced
size reproduction images and accessing a plurality of
selected reduced size images and storing them in a random
access memory and outputting the group of stored reduced
size reproduction images as a mosaic of reproduction
images occupying a raster of the selected vertical and
horizontal size.

27. A method of storing video pixel data comprising:
receiving and storing in random access memory video
pixel data comprising a full size image;
generating therefrom video pixel data representing a
reproduction thereof in the form of a reduced size image
at a lower resolution from the full size image data and
storing the pixel data representing the reduced size image
so generated in additional storage locations in said
random access memory along with the full size image;
storing both the full size and the reduced size image
in bulk storage memory;
selectively transferring either the full size image or
the reduced size image from said bulk storage memory means

B-197                                          AX061661

-11-

into said random access memory means for further
processing.

28. A video still store system comprising:
an image store for storing full size image data sets
representing a plurality of full size images and for
storing a plurality of reduced size image data sets
representing a plurality of reduced size images, each of
said reduced size image data sets corresponding to one of
the full size image data sets;
an external source input for receiving from an
external source full size image data sets;
√ a memory for simultaneous storage of one of said full
size image data sets and the corresponding one of said
reduced size image data sets;
a size reducer means for receiving from said memory
the stored one of said full size image data sets, and for
producing and returning to said memory the corresponding
reduced size image data set;
said memory being coupled and operative to selectively
receive from either the external source input or the image
store and to store said one of said full size image data
sets, and to output as an output image the stored one of
said full size image data sets, and to communicate to the
size reducer the stored one of said full size image data
sets, and to receive from the size reducer and to store
the corresponding reduced size image data set, and to
provide to the image store both the stored one of said
full size image data sets and the corresponding reduced
size image data set, and to receive from the image store
and to store at different selected locations selected ones
of said plurality of reduced size image data sets, and to
output as said output image the stored selected ones such
that the selected ones are disposed at different locations

AX061662

-12-

within the output image or to receive and store from said image store only a full sized image data set; and means to retrieve data from said memory and display it on a raster scanned video display.

## REMARKS

The undersigned thanks the Examiner for the courtesy of the telephone interview. In response to the discussions therein of new claims written by the undersigned, said new claims are submitted herewith for examination based on the substance of the interview. Further, some of the now pending claims have been retained and amended to eliminate the problems under 35 U.S.C. Section 112 noted in the outstanding office action. New claim 28 is the Examiner's suggested rewrite of claim 9 with some minor changes in terminology and one additional element. We would like to add that this claim is a very good claim. We thank the Examiner for taking the time to write it.

New claims 16 through 28 are in accord with the novelty identified by the Examiner in the first Office Action in the parent of the above identified U.S. patent application. Based upon the content of the Hugh Boyd, Quantel reference, which teaches accessing from disk the entire full size picture before size reduction can occur, these new claims are believed to be allowable. This is so because they teach storing a reduced image with the full size image each time a full sized image is to be stored from the frame buffer to the disk. This allows the user the option of retrieving the entire full size image or only the reduced size counterpart from disk. Mosaics of reduced size counterpart images may be made by accessing several reduced size images and moving them around in the frame buffer. The access time for each reduced size image

AX061663

-13-

is only a fraction of the access time for the entire full
size image. This system obviously has a major advantage
over the Boyd, Quantel system in that access time for a
frame comprised of one or more reduced images will be
substantially shorter than the Boyd, Quantel system can
provide. This is because the Boyd, Quantel reference does
not store a reduced image automatically with the full size
counterpart each time a full size image in the frame
buffer is to be stored on disk. Thus to access any
particular reduced image, the entire full size image must
be accessed and loaded into the size reducer. Clearly
this takes more time than accessing only the data
describing the reduced size image from the disk.

                          Respectfully submitted,
                          CIOTTI & MURASHIGE


                    By _____
                          Ronald Craig Fish
                          Registration No. 28,843

545 Middlefield Road, Suite 200
Menlo Park, California  94025
(415) 327-7250
20 November 1986
0323r

AX061664



PATENT

In re application of                          ) Group Art Unit: 262
                                              ) Examiner: D. Harvey
Daniel A. Beaulier                            ) Attorney Docket No.:
                                              )     AV-3033 N2
Serial No.: 018,786                           )
                                              )
Filed: February 24, 1987                      )

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Washing-
ton, D.C. 20231, on *April 27, 1988*

For: ELECTRONIC STILL STORE
     WITH HIGH SPEED SORTING
     AND METHOD OF OPERATION

*George B. Almeida*   4/27/88
George B. Almeida, Reg. # 20,696    DATE

AMENDMENT

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

**RECEIVED**

MAY 11 1988

Dear Sir:

**GROUP 260**

        In response to the Office Action dated January 4,

1988, please amend the above-identified application as

follows.  Applicant includes herewith a Request for an

Extension of Time of one month, and authorization for the

payment of the requisite fee of $56.00.


IN THE SPECIFICATION:

Page 2, line 11, change "Ditigal" to --Digital--;

Page 4, line 18, before "which" insert --in--; after

                "which" insert --the sole--;

        line 19, delete "1";

        line 22, change "FIGURE 1" to --the sole FIGURE--;

Page 5, lines 4-6, change "Apparatus and Method for Chroma

                Separation, AV-2883, by" to --the U.S.

                Patent No. 4,675,876, issued September 22,

AX061708

$I^1_{concl}$

1987 to--;;

$I^2$

line 7, before "which" insert --which is assigned

to the same assignee as this application,

and--;

line 18, change "An" to --The--; change "A/D" to

--A-D--;

line 28, change "afford" to --affords--;

Page 6, line 7, after "or" insert --from--;

line 21, after "initially" insert a comma --,--;

line 22, after "contain" insert a comma --,--;

line 23, after "resolution" delete the comma --,--;

after "image" insert a comma --,--;

Page 7, line 5, after "copy" insert a comma --,--;

line 22, delete "from";

line 25, change "to form" to --, for forming--.


IN THE CLAIMS:

1. (thrice amended)  An electronic still store

system comprising:

$I3$
$cont$

an image store means for retrievably storing

therein a plurality of image frame copies of video frames,

the image frame copies comprising data representing [a] full

spatial resolution images [image] and corresponding data

representing [a] reduced spatial resolution images [image]

of the [each frame of] video frames [data];

[a] frame store means [which is operable in a

first mode] for receiving and storing in a first mode one of

AX061709

B-202

-3-                    AV-3033 N2

said full spatial resolution images from said image store
means and for repetitively generating a full spatial resolu-
tion image output, and [operable] in a second mode for
receiving from the image store means and storing a plurality
of said reduced spatial resolution images each at selectively
located different positions, the frame store means [being
further operable] in the second mode further [for] repeti-
tively generating an image output [image] comprising the
stored plurality of said reduced spatial resolution images;
and

       [a] size reducer means for receiving from the
frame store means the stored full spatial resolution image
and in response thereto returning to the frame store means a
corresponding reduced spatial resolution image [and], 
wherein the frame store means receives and stores [is
operable for receiving and storing] the returned [corre-
sponding] reduced spatial resolution image while continuing
to store the stored full spatial resolution image.

      2.
      3.   (thrice amended)  The electronic still store
system according to claim 2, wherein the [corresponding]
reduced spatial resolution images [image] each have a
spatial resolution of one-fourth the spatial resolution of
the corresponding full spatial resolution image.

      3.
      4.   (thrice amended)  The electronic still store
system according to claim 3, wherein said frame store means

AX061710

includes a central processing unit, controlled by an opera-
tor[, coupled and operable] in said first mode for selecting
[to select] which of said full spatial resolution images
stored in said image store means is [are] to be retrieved
from the image store means, and [coupled and operable] in
said second mode for selecting [to select] which of said
reduced spatial resolution images stored in said image store
means are to be retrieved and stored in said frame store
means, and further for selecting [to select] the different
positions within a video [the] frame [store means] at which
each of said retrieved reduced spatial resolution images is
stored.

Claim 6, line 7, change "the received" to --an--.

Claim 7, line 9, delete "frame".

6.15. (twice amended)  A video still store system
comprising:

external source means for supplying a full
size image data set representing a full size image frame;

a size reducer coupled to receive the [a]
full size image data set [representing a full size image
frame] for producing therefrom [and to produce] a reduced
size image data set representing a corresponding reduced
size image frame [in response thereto]:

AX061711

-5-                    AV-3033 N2

an image store for storing a plurality of
[said] full size image data sets representing a plurality of
full size image frames and for storing a plurality of
[corresponding] reduced size image data sets representing a
plurality of reduced size image frames, each of said reduced
size image data sets corresponding to one of said full size
image data sets; and

[a] frame store means for storing one of said
full size image data sets [coupled to selectively receive]
from either the [an] external source or said image store,
wherein if [and store one of said full size image data sets,
said frame store being operable such that when a full size
image data set is received from an external source or is
received from said image store and] said image store does
not supply [contain] a corresponding reduced size image data
set, said frame store outputs a copy of said full size image
data set to said size reducer, and receives in turn a
corresponding reduced size image data set;

wherein [which is outputted to] said image
store stores the reduced size image data set along [for
storage] with the previously stored corresponding full size
image data set.

16.  (amended) An apparatus for storing video
images as pixel data comprising:

means for receiving and storing in a first
memory pixel data representing a video image [images] having

I 4
cont

B-205                                      AX061712

-6-                    AV-3033 N2

a first resolution, and for generating from said pixel data
representing said video image at said first resolution,
pixel data representing a corresponding image having a
second[,] lower resolution; [and]

    means for storing in a second memory said
second lower resolution pixel [image] data together with
said first resolution pixel [image] data [in a second
memory]; and

    means for selectively accessing said first
and second memories to supply either said pixel data for the
video image at said [its] first resolution, or [only] said
pixel data for the corresponding image [data] at said second
resolution, [for any image stored in said bulk storage
memory] for further processing.

    17. (amended)  The apparatus of claim 16 wherein
said means for selectively accessing allows access to a
plurality of sets of pixel data [images] at said second
resolution [and storage of them] in selected groups [blocks]
of memory locations in said first memory wherein the pixel
data at said second resolution simultaneously is [so that
they may be further] processed as a single composite mosaic
of reduced size images.

SUBST  18. (amended)  An apparatus for storing video
pixel data representing video images of a first resolution
and, for each of the images [image] at said [a] first

B-206

AX061713

resolution, a corresponding video image at a second resolution comprising:

random access memory means for individually storing video pixel data representing one of a succession of full size images [image] at said first resolution and a corresponding reduced size version thereof at said [a] second resolution;

I4 cont'

[means for storing one at a time in said random access memory means a plurality of said full size images;]

memory means for receiving said video pixel data from said random access memory means and for storing said succession of full size images and the corresponding reduced size versions thereof, [images received from said random access memory means] and for outputting upon a user's command, either a selected one of the successive full size images [image] or only the corresponding reduced size versions thereof [image for the selected full size image] for storage back in said random access memory means;

means for selectively generating one of said corresponding reduced size versions [image] from the respective [any said] full size image in said random access memory means, [to be transferred to said memory means] and for transferring [storing] the video pixel data representing said reduced size image to [in said random access memory means prior to storage of] the contents of said memory means via said random access memory means [in said memory means].

AX061714