REDACTED

REDACTED

**REDACTED**

Alan Cavallerano

05/03/2006

1                                                                1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF DELAWARE

4    ---------------------------------x

5    AMPEX CORPORATION,

6                          Plaintiff,

7         -against-              C.A. No.
                                 04-1371-KAJ
8    EASTMAN KODAK COMPANY, ALTEK
     CORPORATION and CHINON INDUSTRIES,
9    INC.,

10                       Defendants.

11   ---------------------------------x

12                     May 3, 2006
                       9:08 a.m.
13

14        Videotaped Deposition of ALAN

15   CAVALLERANO, taken by Defendants,

16   pursuant to Notice, at the offices of

17   Wilmer Cutler Pickering Hale and Dorr

18   LLP, 399 Park Avenue, New York, New

19   York, before ERIC J. FINZ, a Shorthand

20   Reporter and Notary Public within and

21   for the State of New York.

22

23

24

25

**CERTIFIED ORIGINAL
LEGALINK BOSTON**

Alan Cavallerano                                           05/03/2006

                                                                    17

|          |    |                                              |
|----------|----|----------------------------------------------|
| 22:57    | 1  | ALAN CAVALLERANO                             |
| 09:23:00 | 2  | be -- that are displayable.                  |
| 09:23:01 | 3  | Q.    So in your expert opinion,            |
| 09:23:05 | 4  | any images that are displayable are          |
| 09:23:07 | 5  | video; is that correct?                      |
| 09:23:07 | 6  | MR. BEAMER:  Objection;                      |
| 09:23:09 | 7  | mischaracterizes testimony, vague,           |
| 09:23:12 | 8  | overly broad.                                |
| 09:23:14 | 9  | A.    Could you please repeat the           |
| 09:23:15 | 10 | question?                                    |
| 09:23:18 | 11 | Q.    In your expert opinion, any           |
| 09:23:22 | 12 | images that are displayable are video?       |
| 23:23    | 13 | MR. BEAMER:  Same objection.                 |
| 09:23:27 | 14 | Also incomplete hypothetical.                |
| 09:23:30 | 15 | A.    Video -- I will stick with            |
| 09:23:34 | 16 | video images are images that are meant       |
| 09:23:35 | 17 | to be displayed.                             |
| 09:23:38 | 18 | Q.    So in your expert opinion,            |
| 09:23:41 | 19 | video means any images that are              |
| 09:23:43 | 20 | displayable; correct?                        |
| 09:23:44 | 21 | MR. BEAMER:  Same objection.                 |
| 09:23:47 | 22 | And also asked and answered.                 |
| 09:23:49 | 23 | A.    As I have already answered,           |
| 09:23:56 | 24 | that's correct.                              |
|          | 25 | Q.    What products fall into the           |

Alan Cavallerano                                    05/03/2006

48

| | | |
|---|---|---|
| ( 58:51 | 1 | ALAN CAVALLERANO |
| 09:58:53 | 2 | Q.    Now, claim 7 doesn't use |
| 09:58:57 | 3 | the phrase prior to that you refer to |
| 09:58:59 | 4 | in your expert report; correct? |
| 09:59:04 | 5 | A.    Could you point me to the |
| 09:59:06 | 6 | area in my expert report? |
| 09:59:20 | 7 | Q.    Paragraph 93 of your expert |
| 09:59:26 | 8 | report, seventh line down, you indicate |
| 09:59:27 | 9 | "the reduced size image has to be |
| 09:59:30 | 10 | generated from the full size image |
| 09:59:33 | 11 | prior to storage of the full size image |
| 09:59:36 | 12 | on bulk memory." |
| 0° 59:38 | 13 | Do you see that? |
| 09:59:39 | 14 | MR. BEAMER:  And if you need |
| 09:59:41 | 15 | to read the context of that statement, |
| 09:59:43 | 16 | please feel free to do so.  Also I |
| 09:59:45 | 17 | would request that we mark this as an |
| 09:59:46 | 18 | exhibit. |
| 09:59:50 | 19 | A.    Yes, I do see -- I do see |
| 09:59:50 | 20 | that. |
| 09:59:53 | 21 | Q.    Now, claim 7 doesn't |
| 10:00:12 | 22 | include the phrase prior to; correct? |
| 10:00:15 | 23 | A.    I don't see those explicit |
| 10:00:17 | 24 | words from my sitting here right now in |
| | 25 | claim 7. |

**B-272**

Alan Cavallerano                                        05/03/2006

49

|  | 1 | ALAN CAVALLERANO |
|---|---|---|

1    ALAN CAVALLERANO

10:00:19  2    Q.    And claim 8 doesn't include

10:00:22  3    the words prior to; correct?

10:00:24  4    A.    Well, I don't see those

10:00:27  5    specific words in the claim.  Again, I

10:00:31  6    go back to my understanding of the

10:00:34  7    complete operation described in the

10:00:38  8    patent.  And taking into account the

10:00:42  9    prosecution history and case history,

10:00:45  10   and that is how I draw my conclusions.

10:00:47  11   Q.    In fact, none of the claims

10:00:50  12   include the phrase prior to; isn't that

1 00:51   13   correct?

10:00:54  14   A.    If we are searching for a

10:01:00  15   particular phrase, I don't have the

10:01:02  16   document on a computer here where I

10:01:04  17   could do a search.  But I don't believe

10:01:10  18   I see those explicit words.  But not

10:01:14  19   seeing the specific words does not mean

10:01:18  20   that that particular order of operation

10:01:22  21   is not what is being instructed by the

10:01:22  22   patent.

10:01:24  23   Q.    Okay.  And that's in part

10:01:28  24   based on your review of the prosecution

          25   history; correct?

Alan Cavallerano                                    05/03/2006

                                                              50

01:29      1           ALAN CAVALLERANO
10:01:30   2      A.    Yes, that's correct.
10:01:33   3      Q.    And earlier you referenced
10:01:35   4   that your opinion was in part based on
10:01:37   5   the examiner's statement of novelty?
10:01:38   6      A.  .  Yes, that's correct.
10:01:40   7      Q.    Would you be surprised to
10:01:43   8   learn, sir, that after the examiner's
10:01:46   9   statement of novelty, the applicant
10:01:49  10   specifically amended the claims to
10:01:51  11   remove the phrase prior to from the
10:01:52  12   claims?
01:53     13      A.    Could you repeat the
10:01:56  14   question, please?  Have the question
10:01:56  15   repeated.
10:01:58  16      Q.    Would you be surprised to
10:02:00  17   learn, sir, that after the examiner's
10:02:03  18   statement of novelty, the applicant
10:02:05  19   specifically amended the claims to
10:02:09  20   remove the phrase prior to from the
10:02:10  21   claims?
10:02:14  22      A.    I have reviewed this
10:02:21  23   document, the file history.  I would
10:02:26  24   need to be pointed to that -- pointed
          25.  to that area in the document.

Alan Cavallerano                                    05/03/2006

51

|  |  |  |
|---|---|---|
| 02:28 | 1 | ALAN CAVALLERANO |
| 10:02:31 | 2 | Q.    Did you consider that when |
| 10:02:35 | 3 | reaching your opinion that generation |
| 10:02:37 | 4 | of reduced size images had to occur |
| 10:02:40 | 5 | prior to storage of the full on disk? |
| 10:02:48 | 6 | A.    Did I take what under |
| 10:02:48 | 7 | consideration? |
| 10:02:50 | 8 | Q.    Did you consider the fact |
| 10:02:55 | 9 | that the applicant specifically amended |
| 10:02:57 | 10 | the claims to remove the phrase prior |
| 10:02:59 | 11 | to when reaching your expert opinions |
| 10:03:00 | 12 | in this case? |
| 10:03:09 | 13 | A.    ·I don't recall specifically |
| 10:03:10 | 14 | taking into account the words prior to. |
| 10:03:11 | 15 | Q.    So you didn't consider the |
| 10:03:14 | 16 | fact when reaching the expert opinions |
| 10:03:16 | 17 | offered in your report, that the |
| 10:03:19 | 18 | applicant specifically amended the |
| 10:03:22 | 19 | claims in prosecution to remove the |
| 10:03:24 | 20 | phrase prior to from the claims; |
| 10:03:25 | 21 | correct? |
| 10:03:26 | 22 | MR. BEAMER:  Objection.  He |
| 10:03:28 | 23 | said he didn't recall.  Why don't you |
| 10:03:29 | 24 | show him where it is and then he can |
|  | 25 | tell you whether he took it into |

Alan Cavallerano                                    05/03/2006

52

ALAN CAVALLERANO

10:03:31    1
10:03:32    2    account.
10:03:34    3        A.    I don't recall sitting here
10:03:36    4    right now.  That doesn't mean that I
10:03:37    5    didn't take that into account at the
10:03:53    6    time.
10:03:56    7        Q.    Sir, if you could turn your
10:03:59    8    attention to Exhibit 1, behind tab 3,
10:04:05    9    Bates number AX 061590.
10:04:08    10        A.    I'm sorry.
10:04:09    11            MR. BEAMER:  He doesn't have
10:04:09    12    tabs.
10:04:14    13        Q.    It's Bates number AX
10:04:26    14    061590.
10:04:26    15        A.    Okay.
10:04:28    16        Q.    Do you have that page, sir?
10:04:29    17        A.    Yes, I do.
10:04:33    18        Q.    That is the page on which
10:04:36    19    the examiner listed the apparent
10:04:38    20    novelty of the invention that you
10:04:39    21    referred to; correct?
10:04:40    22        A.    Yes, that's correct.
10:04:45    23        Q.    And that was part of the
10:04:47    24    first office action; correct?
            25        .    A.    I believe that to be

Alan Cavallerano                                    05/03/2006

53

|  | | |
|---|---|---|
| 1 | 04:53 | 1 |

ALAN CAVALLERANO

| 10:04:54 | 2 |

correct, yes.

| 10:04:57 | 3 |

Q.    And that was in December

| 10:04:59 | 4 |

'84?

| 10:05:13 | 5 |

A.    I'm just looking to, I

| 10:05:16 | 6 |

apologize, I don't have the tabs here,

| 10:05:18 | 7 |

it's just a little hard to see to

| 10:05:40 | 8 |

verify these dates.

| 10:05:45 | 9 |

Q.    If you turn to page AX

| 10:05:46 | 10 |

065587, that's the first page of this

| 10:05:50 | 11 |

office action, and it lists that it was

| | 12 |

mailed on December 21, '84.

| 1 05:52 | 13 |

Do you see that?

| 10:05:53 | 14 |

A.    Yes, I do.

| 10:05:55 | 15 |

Q.    So the examiner stated

| 10:05:57 | 16 |

these three points of novelty that you

| 10:06:00 | 17 |

referred to in December of 1984;

| 10:06:00 | 18 |

correct?

| 10:06:00 | 19 |

A.    Yes, that's correct.

| 10:06:02 | 20 |

Q.    And you agree that the

| 10:06:03 | 21 |

claims that were then before the

| 10:06:05 | 22 |

examiner, as you state in your report,

| 10:06:08 | 23 |

were rejected; correct?

| 10:06:16 | 24 |

A.    Yes, that's claims 1 and 3

| | 25 |

of 14.  The claims did -- these claim

Alan Cavallerano                                   05/03/2006

54

| | | |
|---|---|---|
| 06:19 | 1 | ALAN CAVALLERANO |
| 10:06:23 | 2 | numbers do not match with the claim |
| 10:06:25 | 3 | numbers of the issued patent. |
| 10:06:25 | 4 | Q.    Of course. |
| 10:06:26 | 5 | A.    Right. |
| 10:06:27 | 6 | Q.    The claims that were then |
| 10:06:29 | 7 | before the examiner were rejected; |
| 10:06:29 | 8 | correct? |
| 10:06:31 | 9 | A.    Yes, that's correct. |
| 10:06:35 | 10 | Q.    Now, if you turn to AX |
| 10:06:41 | 11 | 061703, please. |
| 10:06:43 | 12 | MR. BEAMER:  I'm sorry, |
| 06:45 | 13 | what's the number again, please? |
| 10:06:49 | 14 | MR. SUMMERSGILL:  AX 061703. |
| 10:06:51 | 15 | A.    Um-hum. |
| 10:06:55 | 16 | Q.    Do you have that page, sir? |
| 10:06:56 | 17 | A.    Yes, I do. |
| 10:07:00 | 18 | Q.    Now, as you indicate in |
| 10:07:07 | 19 | your report, this is a page from the |
| 10:07:12 | 20 | February 24, 1987 amendment submitted |
| 10:07:14 | 21 | by applicant; correct? |
| 10:07:18 | 22 | A.    I'd need to verify the date. |
| 10:07:23 | 23 | But this is from the applicant. |
| 10:07:25 | 24 | Q.    Paragraph 92 of your |
| | 25 | report, sir. |

Alan Cavallerano                                05/03/2006

55

| | | |
|---|---|---|
| 07:26 | 1 | **ALAN CAVALLERANO** |
| 10:07:28 | 2 | A.    Oh, referring to my report. |
| 10:07:29 | 3 | Yes, that's correct. |
| 10:07:35 | 4 | Q.    Now, in this amendment, the |
| 10:07:39 | 5 | applicant submitted claims and asserted |
| 10:07:41 | 6 | that these claims were in accord with |
| 10:07:44 | 7 | the novelty identified by the examiner |
| 10:07:46 | 8 | in the first office action; correct? |
| 10:07:52 | 9 | A.    Yes, that's correct. |
| 10:07:53 | 10 | Q.    That's what you say in |
| 10:07:56 | 11 | paragraph 92 of your report; correct? |
| 10:08:09 | 12 | A.    In accord with the novelty |
| 1⁷ 08:10 | 13 | identified by the examiner, that's |
| 10:08:10 | 14 | correct. |
| 10:08:13 | 15 | Q.    And then at paragraph 93, |
| 10:08:15 | 16 | based on those comments by the |
| 10:08:19 | 17 | applicant, you conclude that generation |
| 10:08:21 | 18 | of reduced size images has to occur |
| | 19 | prior to storage of the full on disk. |
| 10:08:31 | 20 | Do you see that? |
| 10:08:32 | 21 | A.    Yes. |
| 10:08:43 | 22 | Q.    Now, if you turn back to |
| 10:08:49 | 23 | page AX 061697, you'll see the actual |
| 10:08:52 | 24 | claims that were submitted with that |
| | 25 | remark by the applicant. |

Alan Cavallerano                                           05/03/2006

56

| | | |
|---|---|---|
| :08:59 | 1 | ALAN CAVALLERANO |
| 10:09:00 | 2 | Do you have that page, sir? |
| 10:09:03 | 3 | A.    61697, yes, I do. |
| 10:09:06 | 4 | Q.    At the bottom of the page, |
| 10:09:09 | 5 | the claim states "means for generating |
| 10:09:11 | 6 | said corresponding reduced size image |
| 10:09:14 | 7 | from any said full size image in said |
| 10:09:16 | 8 | random access memory means to be |
| 10:09:18 | 9 | transferred to said memory means and |
| 10:09:20 | 10 | for storing the video pixel data |
| 10:09:23 | 11 | representing said reduced size image in |
| 10:09:24 | 12 | said random access memory means prior |
| :09:27 | 13 | to storage of the contents of said |
| 10:09:30 | 14 | random access memory means in said |
| | 15 | memory means." |
| 10:09:34 | 16 | Do you see that? |
| 10:09:35 | 17 | A.    Yes, I do. |
| 10:09:38 | 18 | Q.    That claim specifically |
| 10:09:41 | 19 | requires generation of the reduced size |
| 10:09:44 | 20 | image prior to storage of the full size |
| 10:09:47 | 21 | image on disk; correct? |
| 10:10:00 | 22 | A.    Yes, that's correct.  That's |
| 10:10:03 | 23 | what that states. |
| 10:10:06 | 24 | Q.    Now, sir, if you turn your |
| | 25 | attention to AX 061706, which is the |

Alan Cavallerano                                         05/03/2006

57

| | | |
|---|---|---|
| 10:10 | 1 | ALAN CAVALLERANO |
| 10:10:14 | 2 | next office action, you'll see that |
| 10:10:16 | 3 | those claims were rejected by the |
| 10:10:20 | 4 | examiner. |
| 10:10:23 | 5 | A.    Yes. |
| 10:10:26 | 6 | Q.    You don't mention that in |
| 10:10:29 | 7 | your report; correct? |
| 10:10:34 | 8 | A.    No, that is not stated in |
| 10:10:34 | 9 | the report. |
| 10:10:37 | 10 | Q.    So all of the claims that |
| 10:10:41 | 11 | Ampex contended reflected novelty |
| 10:10:45 | 12 | identified by the examiner were |
| 10:48 | 13 | rejected; correct? |
| 10:11:14 | 14 | A.    From the reading of this |
| 10:11:18 | 15 | office action, those specific claims |
| 10:11:21 | 16 | were rejected. |
| 10:11:23 | 17 | Q.    Okay.  Then if you turn to |
| 10:11:28 | 18 | Bates number AX 061708, you'll see the |
| 10:11:30 | 19 | next amendment submitted by the |
| 10:11:34 | 20 | applicant in May 1988. |
| 10:11:34 | 21 | A.    Yes. |
| 10:11:36 | 22 | Q.    Do you have that, sir? |
| 10:11:37 | 23 | A.    Yes, I do. |
| 10:11:40 | 24 | Q.    And if you turn to page AX |
| | 25 | 061714, you'll see the same claim that |

Alan Cavallerano                                    05/03/2006

58

| | | ALAN CAVALLERANO |
|---|---|---|
| 11:46 | 1 | |
| 10:11:48 | 2 | we've been referring to.  Do you have |
| 10:11:49 | 3 | that, sir? |
| 10:11:51 | 4 | A.    I am on the page, yes. |
| 10:11:56 | 5 | Q.    And you understand that in |
| 10:11:59 | 6 | prosecution history, the brackets |
| 10:12:01 | 7 | around language means language that's |
| 10:12:03 | 8 | been removed; correct? |
| 10:12:04 | 9 | A.    That's my understanding, |
| 10:12:04 | 10 | yes. |
| 10:12:06 | 11 | Q.    And the underlining under |
| 10:12:08 | 12 | language is language that's been added; |
| 10:12:09 | 13 | correct? |
| 10:12:14 | 14 | A.    That's my understanding, |
| 10:12:15 | 15 | yes.  I'm not an attorney or a patent |
| 10:12:18 | 16 | agent.  But that's my understanding, |
| 10:12:18 | 17 | yes. |
| 10:12:20 | 18 | Q.    And do you see at the |
| 10:12:24 | 19 | bottom of the page, the applicant |
| 10:12:28 | 20 | specifically removed the words prior to |
| 10:12:31 | 21 | storage of.  Correct? |
| 10:12:37 | 22 | A.    I'm sorry, I'm not -- this |
| 10:12:38 | 23 | is on 714? |
| 10:12:42 | 24 | Q.    Yes, sir.  Second line from |
| | 25 | the bottom, the applicant specifically |

Alan Cavallerano                          05/03/2006

59

ALAN CAVALLERANO

1:12:45  1

2    removed the words prior to storage of.

10:12:48  3        Do you see that?

10:12:58  4    A.    Yes, I see that now.

10:13:02  5    Q.    Did you consider that in

10:13:04  6    reaching the opinions expressed in your

10:13:05  7    report?

10:13:13  8    A.    I may have.  I may have.

10:13:15  9    Q.    But you don't recall; is

10:13:15  10   that right?

10:13:21  11   A.    I don't recall.  Because I

10:13:23  12   have -- it's an extensive amount of

1:13:26  13   materials, and I have reviewed them on

10:13:29  14   several different occasions.  And

10:13:30  15   sitting here right now I can't say

10:13:33  16   whether I recall taking that into

10:13:33  17   account.

10:13:36  18   Q.    Now, the prior to language

10:13:39  19   that was removed in this May 1988

10:13:40  20   amendment by applicant was never

10:13:42  21   inserted back into the claims; correct?

10:13:48  22   A.    Yes, we discussed that

10:13:51  23   earlier, that I don't see those exact

10:13:54  24   words in the claim.

25   Q.    And so do you agree that

Alan Cavallerano                                      05/03/2006

60

| | |
|---|---|
| 13:56 | 1 |
| 10:14:00 | 2 |
| 10:14:03 | 3 |
| 10:14:07 | 4 |
| 10:14:11 | 5 |
| 10:14:12 | 6 |
| 10:14:17 | 7 |
| 10:14:20 | 8 |
| 10:14:25 | 9 |
| 10:14:28 | 10 |
| 10:14:29 | 11 |
| 10:14:34 | 12 |
| 14:37 | 13 |
| 10:14:39 | 14 |
| 10:14:43 | 15 |
| 10:14:46 | 16 |
| 10:14:46 | 17 |
| 10:14:48 | 18 |
| 10:14:51 | 19 |
| 10:14:53 | 20 |
| 10:14:58 | 21 |
| 10:15:00 | 22 |
| 10:15:02 | 23 |
| 10:15:19 | 24 |
| | 25 |

ALAN CAVALLERANO

the applicant amended the claims to

specifically remove the requirement

that reduced size images be generated

prior to storage of full on the disk?

        MR. BEAMER:  Objection; lack

of foundation, overly broad.

     A.    No, what I can conclude here

is that the language of the claims, as

the patent was issued, do not contain

prior to.  And that there were

instances throughout the file case

history where there were instances of

the word prior to.  And that those

words are no longer present in the

issued claims.  That's what I can

attest to.

     Q.    All of the portions of the

prosecution history that you cite in

support of your opinion that the claims

require prior to, are portions of the

prosecution history that come before

the examiner amended the claims to

remove the phrase prior to; correct?

        MR. SUMMERSGILL:  Strike

Alan Cavallerano                                05/03/2006

61

|  |  |  |
|---|---|---|
| 15:19 | 1 | ALAN CAVALLERANO |
| 10:15:20 | 2 | that, I misspoke. |
| 10:15:22 | 3 | Q.    All of the portions of the |
| 10:15:24 | 4 | prosecution history that you cite in |
| 10:15:27 | 5 | support of your opinion are portions of |
| 10:15:28 | 6 | the prosecution history that come |
| 10:15:32 | 7 | before the applicant specifically |
| 10:15:35 | 8 | amended his claims to remove the phrase |
| 10:15:37 | 9 | prior to; correct? |
| 10:15:38 | 10 | MR. BEAMER:  Objection; lack |
| 10:15:45 | 11 | of foundation. |
| 10:15:48 | 12 | A.    Again, I can't say for a |
| 15:51 | 13 | fact if that's the case or not, sitting |
| 10:15:54 | 14 | here right now. |
| 10:15:57 | 15 | Q.    Well, the last portion of |
| 10:16:00 | 16 | your report addressing this issue in |
| 10:16:06 | 17 | paragraph 92 cites to the February 1987 |
| 10:16:06 | 18 | amendment; correct? |
| 10:16:07 | 19 | A.    Yes, that's correct. |
| 10:16:10 | 20 | Q.    And you conclude based on |
| 10:16:15 | 21 | the language in that amendment that |
| 10:16:18 | 22 | generation of reduced size images is |
| 10:16:19 | 23 | required prior to the storage of full |
| 10:16:20 | 24 | on disk; correct? |
|  | 25 | A.    Yes, that's correct. |

Alan Cavallerano                                    05/03/2006

62

| | | |
|---|---|---|
| 10:16:21 | 1 | ALAN CAVALLERANO |
| 10:16:26 | 2 | Q.    And after that February |
| 10:16:28 | 3 | 1987 amendment, the applicant |
| 10:16:30 | 4 | specifically amended the claims to |
| 10:16:32 | 5 | remove the phrase prior to from the |
| 10:16:38 | 6 | claims; correct? |
| 10:16:40 | 7 | A.    The words prior to were |
| 10:16:50 | 8 | removed from the claims.  The words |
| 10:16:51 | 9 | prior to were removed from the claims. |
| 10:16:58 | 10 | But I'm not convinced that in terms of |
| 10:17:01 | 11 | the operation of the patent, of the |
| 10:17:03 | 12 | teachings of the patent and the |
| 10:17:05 | 13 | operation of equipment according to the |
| 10:17:08 | 14 | patent, that that would not be a |
| 10:17:11 | 15 | requirement.  Because it just wouldn't |
| 10:17:13 | 16 | make sense in terms of the operation |
| 10:17:14 | 17 | described. |
| 10:17:16 | 18 | Q.    So it's your expert opinion |
| 10:17:19 | 19 | today that even though the applicant |
| 10:17:21 | 20 | specifically amended the claims to |
| 10:17:25 | 21 | remove the phrase prior to, the claims |
| 10:17:27 | 22 | still require the generation of the |
| 10:17:30 | 23 | reduced size image prior to the storage |
| 10:17:33 | 24 | of the full on disk? |
| | 25 | A.    That is my -- that's my |

Alan Cavallerano                                    05/03/2006

63

                        ALAN CAVALLERANO

expert opinion.

    Q.    Okay.   And even though the
specific language on which you rely
from the prosecution history was later
removed from the claims, it's still
your expert opinion that the claims
retain the same meaning; is that
correct?

            MR. BEAMER:  Objection; lack
of foundation, argumentative.

    A.    I'm sorry, could you repeat
the question?

    Q.    Even though the specific
language on which you rely from the
prosecution history was later removed
from the claims, it's still your expert
opinion that the claims retain the same
meaning; is that correct?

            MR. BEAMER:  Same objection.

    A.    I'm of the opinion from
reading the patent that this is a
requirement.

    Q.    Even though the prosecution
history specifically contradicts that

Alan Cavallerano                                    05/03/2006

64

ALAN CAVALLERANO

| | |
|---|---|
| ·18:39 | 1 | opinion? |
| 10:18:39 | 2 | |
| 10:18:40 | 3 | MR. BEAMER:  Objection; |
| 10:18:43 | 4 | mischaracterizes the record. |
| 10:18:48 | 5 | A.    What I -- I looked at the |
| 10:18:52 | 6 | prosecution history where the concept |
| 10:18:55 | 7 | of the patent had to have been analyzed |
| 10:18:59 | 8 | by the patent examiner.  And in |
| 10:19:02 | 9 | examining the patent, the patent |
| 10:19:06 | 10 | examiner in the statement of novelty, |
| 10:19:08 | 11 | and I'll just go to, again, go to that |
| 10:19:12 | 12 | point in the expert report, the second |
| ^ 19:16 | 13 | point of paragraph 80, "the size |
| 10:19:18 | 14 | reduction and reduction of frame of |
| 10:19:19 | 15 | video data is performed by the |
| 10:19:21 | 16 | interaction between the size reducer |
| 10:19:24 | 17 | and frame sort prior to storage of in |
| 10:19:26 | 18 | the image storage." |
| 10:19:27 | 19 | And given that the nature of |
| 10:19:30 | 20 | this patent has been changed throughout |
| 10:19:33 | 21 | its prosecution history, I can't attest |
| 10:19:36 | 22 | to individual words that may or may not |
| 10:19:41 | 23 | have been present or deleted.  But this |
| 10:19:43 | 24 | reflects an analysis of the operation |
| | 25 | of the patent, which I believe, as an |

Alan Cavallerano

05/03/2006

93

ALAN CAVALLERANO

size images; correct?

     A.    Yes.  And that's what I'm

describing as prior art.  That this is

indeed capable, yes, that's correct.

     Q.    So the prior art disclosed

automatic generation of reduced size

images; correct?

          MR. BEAMER:  Asked and

answered.

     A.    As I have stated, this is

prior art.  Being able to generate it

automatically was known.  What's not

prior art is how the steps involved in

creating those reduced size images.

     Q.    But as of the time

Mr. Beaulier filed his patent

application, automatically generating

reduced size images was not a novel

concept; correct?

          MR. BEAMER:  Asked and

answered.

     A.    That's correct.  And since

the '121 patent is an improvement over

the state of the art, I would then take

94

| | |
|---|---|
| 05:02 | 1 |
| 11:05:05 | 2 |
| 11:05:08 | 3 |
| 11:05:12 | 4 |
| 11:05:14 | 5 |
| 11:05:17 | 6 |
| 11:05:19 | 7 |
| 11:05:23 | 8 |
| 11:05:26 | 9 |
| 11:05:27 | 10 |
| 11:05:30 | 11 |
| 11:05:32 | 12 |
| 05:34 | 13 |
| 11:05:36 | 14 |
| 11:05:37 | 15 |
| 11:05:39 | 16 |
| 11:05:42 | 17 |
| 11:05:45 | 18 |
| 11:05:46 | 19 |
| 11:05:48 | 20 |
| 11:05:52 | 21 |
| 11:05:58 | 22 |
| 11:06:01 | 23 |
| 11:06:04 | 24 |
| | 25 |

ALAN CAVALLERANO

into account that since the prior art
already was able to perform this
automatic generation, that that's with
my -- that's what I assumed from the
get-go for my '121.

Q.    So do you assume that all
elements of the prior art are part of
the invention of the '121 patent?

MR. BEAMER:  Objection;
vague, overly broad, argumentative.

A.    Okay, when you say all of
the elements, I would say there are a
lot of key elements that need to be
assumed or transferred over, since this
is an improvement.  You say all of the
elements, I don't know what all of the
elements that -- they may not
pertain -- some of the elements of the
prior art systems may or may not
pertain to the aspect of the '121
invention.  But most certainly the --
these major elements, being able to do
a browse, being able to access from the
browse a full size image, this is all

Alan Cavallerano

05/03/2006

95

ALAN CAVALLERANO

| 06:06 | 1 |
| 11:06:06 | 2 | prior art. |
| 11:06:08 | 3 | Q. So you're assuming that |
| 11:06:11 | 4 | automatic generation of reduced size |
| 11:06:14 | 5 | images is part of the '121 invention |
| 11:06:16 | 6 | because it was part of the prior art? |
| 11:06:19 | 7 | A. No. I'm assuming -- not |
| 11:06:22 | 8 | exclusively. Let me correct myself. |
| 11:06:24 | 9 | If I could just start over. |
| 11:06:25 | 10 | The answer is yes, that's |
| 11:06:27 | 11 | part of my reason. It's not |
| 11:06:28 | 12 | exclusively my reason. |
| ? 06:31 | 13 | Q. Okay. How do you decide |
| 11:06:33 | 14 | which elements of the prior art are |
| 11:06:35 | 15 | part of the invention and which |
| 11:06:37 | 16 | elements of the prior art are not part |
| 11:06:38 | 17 | of the invention? |
| 11:06:40 | 18 | A. Well, first of all, it would |
| 11:06:43 | 19 | come from a general reading of the |
| 11:06:48 | 20 | patent, looking at prior art that's |
| 11:06:52 | 21 | cited and how the patent is meant to be |
| 11:06:55 | 22 | or the invention, I should say, is |
| 11:06:57 | 23 | meant to be utilized. And in those |
| 11:07:02 | 24 | cases I look at what would be relevant, |
| | 25 | and what is cited. What is cited by |

Alan Cavallerano                                    05/03/2006

126

| | | |
|---|---|---|
| 11:51:50 | 1 | ALAN CAVALLERANO |
| 11:51:52 | 2 | Q.    What is the closest prior |
| 11:51:57 | 3 | art product to the '121 patent? |
| 11:51:58 | 4 | MR. BEAMER:  Objection; |
| 11:52:06 | 5 | vague, incomplete hypothetical. |
| 11:52:07 | 6 | A.    Well, of the products that |
| 11:52:22 | 7 | I'm aware of, it would be still stores |
| 11:52:27 | 8 | in this time frame, in the time frame |
| 11:52:29 | 9 | of the '121 patent, that also had the |
| 11:52:38 | 10 | capability to browse, to create edit |
| 11:52:42 | 11 | screens.  So for example the 6000, the |
| 11:52:45 | 12 | DLS 6000 would come to mind. |
| 11:52:47 | 13 | Q.    Is it your understanding |
| 11:52:50 | 14 | that the Quantel DLS 6000 is the |
| 11:52:52 | 15 | closest prior art product to the '121 |
| 11:52:52 | 16 | patent? |
| 11:52:53 | 17 | MR. BEAMER:  Objection; |
| 11:52:55 | 18 | mischaracterizes the prior testimony, |
| 11:53:01 | 19 | vague and indefinite. |
| 11:53:02 | 20 | A.    I would say it's one of the |
| 11:53:07 | 21 | products that would be -- that one |
| 11:53:12 | 22 | could consider as prior art, because it |
| 11:53:18 | 23 | performed the operation of browse in a |
| 11:53:20 | 24 | different way, in a way that didn't |
| | 25 | have the advantages of the '121 patent. |

Alan Cavallerano                                    05/03/2006

127

| Time | Line | |
|---|---|---|
| ? 53:25 | 1 | ALAN CAVALLERANO |
| 11:53:28 | 2 | There were other products available, |
| 11:53:37 | 3 | such as from ADDA, A-D-D-A, and even, |
| 11:53:41 | 4 | you know, other types of still store |
| 11:53:47 | 5 | products.  So that would be one of the |
| 11:53:49 | 6 | products that I would consider. |
| 11:53:51 | 7 | Q.    Is it your opinion that the |
| 11:53:55 | 8 | Quantel DLS 6000 is more material prior |
| 11:53:58 | 9 | art than the Quantel Paint Box? |
| 11:54:10 | 10 | A.    I would say so.  Because it |
| 11:54:20 | 11 | was specifically -- it specifically had |
| 11:54:23 | 12 | the browse capability. |
| 1 54:27 | 13 | Q.    You're aware the Paint Box |
| 11:54:30 | 14 | had a browse capability; are you not? |
| 11:54:32 | 15 | A.    Yes, I am aware. |
| 11:54:34 | 16 | Q.    Why is the Paint Box browse |
| 11:54:38 | 17 | not relevant prior art to the '121 |
| 11:54:39 | 18 | patent? |
| 11:54:41 | 19 | MR. BEAMER:  Objection; |
| 11:54:43 | 20 | mischaracterizes his testimony. |
| 11:54:44 | 21 | A.    I didn't say that it wasn't |
| 11:54:47 | 22 | relevant prior art.  We were talking |
| 11:54:51 | 23 | about which is the most relevant prior |
| 11:54:53 | 24 | art. |
| | 25 | Q.    Why is the DLS produce more |

Alan Cavallerano                                      05/03/2006

128

ALAN CAVALLERANO

relevant than the Quantel Paint Box
browse?

    A.    What I'm saying is the DLS
6000 is specifically a still store -- a
still store device.  And as such I
would see that as being a relevant --
relevant prior art.  Paint Box and
other graphics oriented systems may
also have had such a capability, a
browse capability, and may also -- and
are also relevant.  I don't think I
could say one would necessarily be more
or less relevant than the other.  I was
simply stating that the DLS 6000 indeed
was an example of a still store device
that I considered to be relevant.

    Q.    In your expert opinion, is
the DLS browse more relevant to the
'121 patent than the Quantel Paint Box
browse?

        MR. BEAMER:  Asked and
answered.

    A.    It's difficult for me to cut
hairs and say whether one is more or

129

| | |
|---|---|
| 56:28 | 1 |
| 11:56:36 | 2 |
| 11:56:38 | 3 |
| 11:56:43 | 4 |
| 11:56:48 | 5 |
| 11:56:54 | 6 |
| 11:56:57 | 7 |
| 11:56:59 | 8 |
| 11:57:02 | 9 |
| 11:57:04 | 10 |
| 11:57:06 | 11 |
| 11:57:07 | 12 |
| 1°·57:08 | 13 |
| 11:57:11 | 14 |
| 11:57:14 | 15 |
| 11:57:18 | 16 |
| 11:57:23 | 17 |
| 11:57:27 | 18 |
| 11:57:30 | 19 |
| 11:57:34 | 20 |
| 11:57:37 | 21 |
| 11:57:40 | 22 |
| 11:57:43 | 23 |
| 11:57:51 | 24 |
| · · | 25 |

ALAN CAVALLERANO

less relevant, because I don't know in
what particular area of relevancy.  I
think both products are products that
are related to the patent, and I'm
citing that the 6000 is exactly a still
store device.  And that's why I was
specifically citing·that product.

Q.    Do you think the Quantel
Paint Box browse should have been
disclosed to the Patent Office during
prosecution of the '121 patent?

MR. BEAMER:  Objection;
vague and indefinite, overly broad.

A.    Well, I think that the Paint
Box browse indeed, we've already
established it's prior art to the '121
patent.  And in fact it's essentially,
it has the capabilities of figure 18
and 19 in the Taylor patent.  And
therefore a product that was already
considered during the prosecution of
the '121 patent, because it was a
product that was -- a product that was
already, its operations were already

Alan Cavallerano                                    05/03/2006

130

| Time | Line | |
|---|---|---|
| 57:53 | 1 | ALAN CAVALLERANO |
| 11:57:56 | 2 | covered and already disclosed by the |
| 11:57:57 | 3 | prior art that was cited. |
| 11:58:01 | 4 | Q.    Okay.  So it's your expert |
| 11:58:05 | 5 | opinion that Quantel Paint Box browse |
| 11:58:07 | 6 | was disclosed to the Patent Office |
| 11:58:10 | 7 | during prosecution of the '121 patent? |
| 11:58:14 | 8 | A.    What I'm saying is that the |
| 11:58:19 | 9 | operations achieved, the functionality |
| 11:58:26 | 10 | achieved, or achievable with the Paint |
| 11:58:28 | 11 | Box device, was nothing novel.  And it |
| 11:58:30 | 12 | was operations that were already |
| 1⸳ 58:31 | 13 | covered by prior art. |
| 11:58:34 | 14 | Q.    Is it your expert opinion |
| 11:58:42 | 15 | that the Quantel DLS 6000 browse is the |
| 11:58:49 | 16 | same as the Quantel Paint Box browse? |
| 11:58:56 | 17 | A.    A Quantel 6000 browse, and |
| 11:59:01 | 18 | again, I would have to qualify what the |
| 11:59:07 | 19 | browse -- what the browse is.  With the |
| 11:59:09 | 20 | Quantel 6000, it had an automatic |
| 11:59:12 | 21 | browse capability, but that automatic |
| 11:59:15 | 22 | browse required that the reduced size |
| 11:59:21 | 23 | images be taken off of the disk.  On |
| 11:59:24 | 24 | the -- as the browse screen was being |
| . . | 25 | created. |

Alan Cavallerano                                    05/03/2006

131

| | | |
|---|---|---|
| 11:59:26 | 1 | ALAN CAVALLERANO |
| 11:59:29 | 2 | The Paint Box browse had |
| 11:59:38 | 3 | that capability as well.  However, the |
| 11:59:42 | 4 | Paint Box, there was more flexibility |
| 11:59:47 | 5 | in some sense to be able to do cutting |
| 11:59:51 | 6 | and pasting and sticking of images |
| 11:59:54 | 7 | above and beyond what the 6000 was |
| 11:59:55 | 8 | capable. |
| 11:59:57 | 9 | Q.    Okay.  Do you agree that |
| 12:00:01 | 10 | the Paint Box system could browse |
| 12:00:03 | 11 | cutouts? |
| 12:00:05 | 12 | A.    Yes, I'm aware of that. |
| 12:00:09 | 13 | Q.    And the DLS 6000 system |
| 12:00:12 | 14 | could not browse cutouts; correct? |
| 12:00:16 | 15 | A.    That's correct. |
| 12:00:17 | 16 | Q.    And so the Paint Box |
| 12:00:21 | 17 | ability to browse cutouts was never |
| 12:00:23 | 18 | disclosed to the Patent Office during |
| 12:00:25 | 19 | prosecution of the '121 patent; |
| 12:00:27 | 20 | correct? |
| 12:00:37 | 21 | A.    Well, that's not true |
| 12:00:40 | 22 | because the cutouts were generated |
| 12:00:43 | 23 | using -- essentially looking at figure |
| 12:00:45 | 24 | 19, or looking at the second figure |
| | 25 | from tab C in my expert report.  It was |

Alan Cavallerano

05/03/2006

132

ALAN CAVALLERANO

generated by going from the frame store

through the size reducer, to the bulk

store.  Just for those cutouts.  So

this was already -- it was already

known that you could take a piece of an

image or take an image and size reduce

it and put it into bulk store.  And

browsing, that was already a known --

that was a known functionality.

Q.    Is it your expert opinion

that the '776 patent discloses the

browsing of reduced size images?

MR. BEAMER:  Objection; lack

of foundation.

A.    It discloses the -- it

discloses the browsing of images.

Q.    Does the '776 patent

disclose the browsing of reduced size

images, yes or no?

A.    Let me just have a moment.

Certainly if we look at, for

example, I just want to go to column 3,

column 4, the entire operations that

are described here, in particular

Alan Cavallerano                                    05/03/2006

133

| | |
|---|---|
| 02:47 | 1 |
| 12:02:51 | 2 |
| 12:02:53 | 3 |
| 12:02:54 | 4 |
| 12:03:01 | 5 |
| 12:03:04 | 6 |
| 12:03:09 | 7 |
| 12:03:12 | 8 |
| 12:03:13 | 9 |
| 12:03:14 | 10 |
| 12:03:17 | 11 |
| 12:03:20 | 12 |
| 1  03:24 | 13 |
| 12:03:31 | 14 |
| 12:03:34 | 15 |
| 12:03:47 | 16 |
| 12:03:49 | 17 |
| 12:03:52 | 18 |
| 12:03:55 | 19 |
| 12:03:57 | 20 |
| 12:03:59 | 21 |
| 12:04:02 | 22 |
| 12:04:04 | 23 |
| 12:04:07 | 24 |
| | 25 |

1              ALAN CAVALLERANO

2    column 4, lines 45 to 49.

3              MR. BEAMER:  You are on the

4    '776 patent?

5              THE WITNESS:  Yes.

6        Q.    Is it your expert opinion

7    that the '776 patent, column 4,

8    discloses the browse of reduced size

9    images?

10       A.    Yes.  Actually I was going

11   to point us to several locations.  For

12   example, column 3, lines roughly --

13   actually 54 -- excuse me, 55 even says

14   "this browse facility," it's talking

15   about polyphoto formats.  And in column

16   4, lines 45 to 49.  I'm sorry, I would

17   like to just correct myself on the

18   lines 45 to 49.  I'll stick with the

19   column 3 citing.

20       Q.    And is it your expert

21   opinion that what you've referenced in

22   column 3 discloses the browse of

23   reduced size images?

24       A.    This in conjunction with my

25   reading of the patent.  Because if we

Alan Cavallerano                                    05/03/2006

134

ALAN CAVALLERANO

04:13   1

12:04:16   2    look earlier on in column 3, line 39,

12:04:18   3    it says "the contents of the disk store

12:04:20   4    may hold several hundred separate

12:04:22   5    pictures and the problem of examining

12:04:25   6    the contents of this store in order to

12:04:30   7    find a picture you need exists."  Then

12:04:32   8    down further to my citing about the

12:04:34   9    browse facility with polyphoto format,

12:04:41   10   a polyphoto format would, it's a total

12:04:43   11   of 64 miniature pictures.

12:04:47   12           So it is a browse of images

1ʹ 04:51   13   that have been reduced in size and put

12:04:56   14   into like a montage.  So I have to be

12:05:02   15   explicit that it is browsing smaller

12:05:05   16   versions of the full size images that

12:05:09   17   are within the machine.

12:05:10   18       Q.    Okay.  Is it your expert

12:05:16   19   opinion that the '776 patent discloses

12:05:19   20   the browse of reduced size images that

12:05:21   21   have been stored on disk?

12:05:22   22       A.    That's my understanding from

12:05:25   23   reading the patent, yes.

12:05:27   24       Q.    If the '776 patent

           25   discloses the browse of reduced size

Alan Cavallerano

05/03/2006

135

ALAN CAVALLERANO

| | |
|---|---|
| 12:05:30 | 1 |
| 12:05:34 | 2 |
| 12:05:37 | 3 |
| 12:05:37 | 4 |
| 12:05:39 | 5 |
| 12:05:43 | 6 |
| 12:05:48 | 7 |
| 12:05:55 | 8 |
| 12:05:59 | 9 |
| 12:06:03 | 10 |
| 12:06:11 | 11 |
| 12:06:15 | 12 |
| 12:06:21 | 13 |
| 12:06:21 | 14 |
| 12:06:23 | 15 |
| 12:06:30 | 16 |
| 12:06:35 | 17 |
| 12:06:40 | 18 |
| 12:06:44 | 19 |
| 12:06:49 | 20 |
| 12:06:52 | 21 |
| 12:06:54 | 22 |
| 12:06:57 | 23 |
| 12:07:01 | 24 |
| | 25 |

images that have been stored on disk,
what is the invention of the '121
patent?

   A.    The invention is the method
of generating these reduced size images
that are put on the disk and read from
the disk in reduced form, rather than
generating them, like in the '776,
where all that's being done is the
images are stored as a polyphoto.  And
then retrieved that way.  So one needs
to create this polyphoto for the
browse.

        The browse is not described
to be generated by storing the reduced
size images first.  They are either
read out from the disk and reduced in
size sort of on the fly, or if
something, we do know in figure 19, the
size reducer is interposed from the
frame store to the disk store.  So even
that concept is there.  But in terms of
a total method, that is not described
in the '776.

Alan Cavallerano

05/03/2006

136

ALAN CAVALLERANO

:07:06   1

12:07:13   2   Q.    Did Dan Beaulier invent the

12:07:14   3   electronic still store?

12:07:15   4   A.    I can't say that he did or

12:07:17   5   that he didn't.  I don't know for a

12:07:18   6   fact whether he did or whether he

12:07:18   7   didn't.

12:07:23   8   Q.    Did Dan Beaulier invent the

12:07:28   9   size reducer?

12:07:30   10   A.    Again, I don't know -- I

12:07:32   11   don't know what other patents this

12:07:34   12   gentleman may or may not have.  Most

12:07:40   13   certainly these were known to one

12:07:43   14   skilled in the art at the time of the

12:07:47   15   '121 patent.  As to whether he invented

12:07:50   16   them prior, I do not know.  I would

12:07:52   17   venture to say he probably didn't, but

12:07:53   18   I don't know.

12:07:55   19   Q.    Was the '121 patent the

12:07:59   20   first disclosure of an electronic still

12:08:00   21   store?

12:08:03   22   A.    I can't imagine that that

12:08:05   23   would be the case, because there was

12:08:10   24   prior art, prior art systems.

25   Q.    So the '121 patent was not

Alan Cavallerano                                    05/03/2006

137

| 12:08:13 | 1 | ALAN CAVALLERANO |

12:08:15  2  the first disclosure of the electronic

12:08:17  3  still store; correct?

12:08:17  4       A.    That's correct.

12:08:19  5       Q.    Was the '121 patent the

12:08:21  6  first disclosure of a size reducer?

12:08:22  7       A.    Most certainly not.

12:08:26  8       Q.    Was the '121 patent the

12:08:29  9  first patent to disclose reducing the

12:08:31  10  size of video images?

12:08:33  11       A.    Most certainly not.

12:08:35  12       Q.    Was the '121 patent the

1  08:40  13  first to disclose the generation of

12:08:42  14  reduced size images?

12:08:43  15       A.    No.

12:08:48  16       Q.    The '121 patent was not the

12:08:53  17  first to disclose automatically reduced

12:08:55  18  size images; correct?

12:08:55  19       A.    That's correct.

12:08:58  20       Q.    Dan Beaulier didn't invent

12:08:59  21  the disk; did he?

12:09:00  22       A.    Again, I would venture to

12:09:02  23  guess he did not.  But I do not know

12:09:05  24  personally what his -- what portfolio

25  this gentleman has.

Alan Cavallerano                                    05/03/2006

138

ALAN CAVALLERANO

12:09:06  1

12:09:09  2       Q.    The '121 patent wasn't the

12:09:10  3   first to disclose the disk; correct?

12:09:11  4       A.    That's correct.

12:09:13  5       Q.    The '121 patent wasn't the

12:09:15  6   first to disclose random access memory;

12:09:15  7   correct?

12:09:16  8       A.    Most certainly not.

12:09:19  9       Q.    The '121 patent wasn't the

12:09:20  10  first to disclose a frame store;

12:09:21  11  correct?

12:09:21  12      A.    That's correct.

12:09:23  13      Q.    The '121 patent wasn't the

12:09:24  14  first to disclose the storage of

12:09:27  15  reduced size images on disk; correct?

12:09:28  16          MR. BEAMER:  Objection;

12:09:29  17  lacks foundation.

12:09:31  18      A.    It wasn't the first to

12:09:36  19  disclose storing reduced size images on

12:09:40  20  disk.  But it was the first to disclose

12:09:45  21  a novel way of putting reduced size

12:09:47  22  images on disk.

12:09:49  23      Q.    But we can agree that the

12:09:51  24  '121 patent was not the first to

          25  disclose storing reduced size images to

Alan Cavallerano

05/03/2006

139

ALAN CAVALLERANO

| 09:54 | 1 | |
|---|---|---|

disk; correct?

A.    Yes, that's correct.  And figure 19 of the Taylor patent even shows us that.  So that's correct.

Q.    And the '121 patent was not the first to disclose storing reduced size images on disk using only the memory corresponding to the reduced size image; correct?

MR. BEAMER:  Objection; vague.

A.    That would have to be -- yes, that's the case.  Because again, I would look at the '776 patent and see the size reducer interposed between frame store or whatever my image capture, and going to disk.

Q.    So you agree the prior art discloses the ability to store a reduced size image on disk using only the memory corresponding to the size of the size of the reduced size image?

MR. BEAMER:  Again, I object as vague, as to the word memory.

Alan Cavallerano                                                    05/03/2006

140

| | | ALAN CAVALLERANO |
|---|---|---|
| 11:08 | 1 | |
| 12:11:12 | 2 | A.    What I will say is that a |
| 12:11:16 | 3 | reduced size image could be generated |
| 12:11:18 | 4 | and only the reduced -- only those |
| 12:11:20 | 5 | pixels representing the reduced size |
| 12:11:26 | 6 | image could then be supported -- could |
| 12:11:31 | 7 | then be stored, yes.  But that's not a |
| 12:11:33 | 8 | novel concept to prior art. |
| 12:11:34 | 9 | Q.    Right.  What you said in |
| 12:11:37 | 10 | your expert report was that the prior |
| 12:11:39 | 11 | art disclosed the ability to store a |
| 12:11:42 | 12 | reduced size image on disk consisting |
| 12:11:45 | 13 | of only the data making up the reduced |
| 12:11:48 | 14 | size image itself; correct? |
| 12:11:49 | 15 | A.    Yes, that's correct. |
| 12:11:57 | 16 | Q.    Dan Beaulier was not the |
| 12:12:00 | 17 | first to store reduced size images in |
| 12:12:01 | 18 | random access memory; correct? |
| 12:12:03 | 19 | A.    Again, generally, I would |
| 12:12:05 | 20 | have to assume that that's the case. |
| 12:12:06 | 21 | But I don't know what patents this |
| 12:12:10 | 22 | gentleman has or doesn't have.  But I |
| 12:12:10 | 23 | would. |
| 12:12:12 | 24 | Q.    The '121 patent is not the |
| | 25 | first disclosure of the storage of |