Alan Cavallerano                                              05/03/2006

                                                                    141

                         ALAN CAVALLERANO

12:13     1

12:12:16  2    reduced size images in random access

12:12:17  3    memory; correct?

12:12:18  4         A.    Yes, that's right.

12:12:19  5         Q.    And the '121 patent is not

12:12:21  6    the first disclosure of the storage of

12:12:23  7    reduced size images in a frame store;

12:12:23  8    correct?

12:12:24  9         A.    That's correct.

12:12:27  10        Q.    Did Dan Beaulier invent the

12:12:30  11   ability to transfer images directly

12:12:33  12   from disk to random access memory?

12:12:36  13        A.    No, most certainly not.

12:12:37  14        Q.    You agree that was well

12:12:40  15   known at the time that Dan Beaulier

12:12:42  16   filed his patent application?

12:12:42  17        A.    Yeah.

12:12:47  18        Q.    Did Dan Beaulier invent the

12:12:49  19   ability to transfer images directly

12:12:51  20   from random access memory to a size

12:12:53  21   reducer?

12:12:54  22             MR. BEAMER:   Objection;

12:13:05  23   indefinite.

12:13:07  24        A.    Well, Mr. Beaulier, I'm

          25   sorry, I don't know the exact

```
  13:08      1              ALAN CAVALLERANO                    142
12:13:11     2    pronunciation of his name, I don't
12:13:17     3    believe that he invented any of these
12:13:20     4    specific steps that you're telling
12:13:21     5    me -- that we're going through right
12:13:26     6    now.  However, I do feel that
12:13:30     7    Mr. Beaulier, in my expert opinion, did
12:13:36     8    indeed invent a unique way of -- a
12:13:39     9    unique method of combining these steps
12:13:42    10    and utilizing them to the benefit
12:13:45    11    really of us, you know, in some ways of
12:13:50    12    us all, because it invented and proved
12:13:52    13    browse screen approach.
12:13:53    14         Q.    Let's focus on the specific
12:13:55    15    elements and on the questions I'm
12:13:59    16    asking you.  Did Dan Beaulier invent
12:14:01    17    the ability to transfer images directly
12:14:03    18    from random access memory to a size
12:14:03    19    reducer?
12:14:04    20         A.    No, he did not.
12:14:07    21         Q.    Did Dan Beaulier invent the
12:14:08    22    browse feature?
12:14:10    23         A.    No, we know he did not.
12:14:12    24    Well, again, always with the
            25    stipulation that I don't know his
```

Alan Cavallerano                                    05/03/2006

143

| Time | Line | |
|---|---|---|
| 14:13 | 1 | ALAN CAVALLERANO |
| 12:14:18 | 2 | patent portfolio, but if we're talking |
| 12:14:20 | 3 | about specifically from the '121 |
| 12:14:23 | 4 | patent, I would say no, he did not. |
| 12:14:28 | 5 | Q.    And he was not the first to |
| 12:14:31 | 6 | browse images stored on disk; correct? |
| 12:14:32 | 7 | A.    That's correct. |
| 12:14:38 | 8 | Q.    Was Dan Beaulier first to |
| 12:14:41 | 9 | output stored images as a mosaic? |
| 12:14:43 | 10 | A.    No, he was not. |
| 12:14:46 | 11 | Q.    Did Dan Beaulier invent the |
| 12:14:48 | 12 | ability to select a reduced size image |
| 14:50 | 13 | in a browse in order to obtain a full |
| 12:14:51 | 14 | size image? |
| 12:14:54 | 15 | A.    No.  We know that that's |
| 12:14:59 | 16 | also described in the '776 patent. |
| 12:15:02 | 17 | Q.    So you agree -- I'm sorry. |
| 12:15:02 | 18 | A.    Yes. |
| 12:15:04 | 19 | Q.    So you agree that was well |
| 12:15:06 | 20 | known at the time that Dan Beaulier was |
| 12:15:07 | 21 | working on his invention? |
| 12:15:07 | 22 | A.    Yes. |
| 12:15:10 | 23 | Q.    Did Dan Beaulier invent the |
| 12:15:12 | 24 | ability to maintain a relationship |
|  | 25 | between full and corresponding reduced |

Alan Cavallerano

05/03/2006

```
                              ALAN CAVALLERANO                    144
15:15        1

12:15:16     2    size images?

12:15:17     3              MR. BEAMER:  Objection;

12:15:21     4    vague and indefinite.   Lacks

12:15:21     5    foundation.

12:15:27     6         A.    Again, I would say he

12:15:29     7    invented a very special way of doing it

12:15:33     8    that improved the browse process.

12:15:35     9         Q.    What specifically did Dan

12:15:39    10    Beaulier invent to maintain a

12:15:41    11    relationship between full and

12:15:45    12    corresponding reduced size images?

15:50       13         A.    He invented a way of on

12:15:54    14    every image capture, generating a

12:15:57    15    reduced size image, transferring it

12:16:00    16    along with the full size image to disk,

12:16:03    17    with a correspondence between the two

12:16:06    18    such that if the reduced size images

12:16:10    19    were browsed, that then one would be

12:16:16    20    able to, number one, browse them in a

12:16:18    21    quicker way than what had been done

12:16:20    22    before, and number two, be able to

12:16:22    23    retrieve the full size image.  Because

12:16:25    24    we know that both the reduced size

            25    image and full size image resided in
```

Alan Cavallerano

05/03/2006

145

ALAN CAVALLERANO

| | |
|---|---|
| 16:29 | 1 |
| 12:16:34 | 2 |

frame store simultaneously. And at

that point, most certainly by the time

it went to disk, in terms of the

overall understanding of the '121

patent, that relationship and

correspondence needed to be there.

Q.    What specifically about

Mr. Beaulier's system allowed the

system to maintain a relationship

between the full size and its

corresponding reduced size image?

A.    Well, we can look at, within

the claim elements themselves, back to

the word of, for example, selective

transfer, where that would most

certainly lead one to understand that

if you're going to be doing a selective

transfer, you need to have some type of

a relationship.

Q.    Okay, I'm not asking you

right now whether there was such a

relationship in the patent. My

question to you is, what specifically

about Dan Beaulier's invention enabled

Alan Cavallerano

05/03/2006

| | | |
|---|---|---|
| 17:50 | 1 | |

                              ALAN CAVALLERANO                    146

| | |
|---|---|
| 12:17:53 | 2 |

his system to maintain a relationship

| | |
|---|---|
| 12:17:57 | 3 |

between the full size image and its

| | |
|---|---|
| 12:17:59 | 4 |

corresponding reduced size image?

| | |
|---|---|
| 12:18:01 | 5 |

        A.      Well, some of the -- one

| | |
|---|---|
| 12:18:03 | 6 |

thing right from the start would be the

| | |
|---|---|
| 12:18:05 | 7 |

fact that the reduced size image is

| | |
|---|---|
| 12:18:08 | 8 |

generated automatically from the full

| | |
|---|---|
| 12:18:15 | 9 |

sized image for all images that are

| | |
|---|---|
| 12:18:17 | 10 |

input to the machine, and they reside

| | |
|---|---|
| 12:18:21 | 11 |

in RAM together, for them to be

| | |
|---|---|
| 12:18:23 | 12 |

together there is already the notion of

| | |
|---|---|
| 12:18:26 | 13 |

some type of a relationship.  And that

| | |
|---|---|
| 12:18:28 | 14 |

then both of those are then connected

| | |
|---|---|
| 12:18:34 | 15 |

directly to the disk store.  And at

| | |
|---|---|
| 12:18:37 | 16 |

that point there would be a direct

| | |
|---|---|
| 12:18:40 | 17 |

relationship between the two.

| | |
|---|---|
| 12:18:43 | 18 |

        Q.      Just the fact that they are

| | |
|---|---|
| 12:18:45 | 19 |

both stored on disk means that there is

| | |
|---|---|
| 12:18:46 | 20 |

a relationship between the full and

| | |
|---|---|
| 12:18:47 | 21 |

reduced?

| | |
|---|---|
| 12:18:49 | 22 |

        A.      The fact that they were

| | |
|---|---|
| 12:18:51 | 23 |

captured, that the reduced size image

| | |
|---|---|
| 12:18:57 | 24 |

was generated upon -- for every input,

| | |
|---|---|
| | 25 |

for every input frame, a reduced size

Alan Cavallerano

05/03/2006

147

ALAN CAVALLERANO

| | |
|---|---|
| 12:19:02 | 1 |
| 12:19:06 | 2 |
| 12:19:09 | 3 |
| 12:19:12 | 4 |
| 12:19:14 | 5 |
| 12:19:17 | 6 |
| 12:19:20 | 7 |
| 12:19:25 | 8 |
| 12:19:28 | 9 |
| 12:19:30 | 10 |
| 12:19:32 | 11 |
| 12:19:34 | 12 |
| 12:19:38 | 13 |
| 12:19:41 | 14 |
| 12:19:43 | 15 |
| 12:19:45 | 16 |
| 12:19:46 | 17 |
| 12:19:50 | 18 |
| 12:19:52 | 19 |
| 12:19:55 | 20 |
| 12:19:57 | 21 |
| 12:20:04 | 22 |
| 12:20:07 | 23 |
| 12:20:08 | 24 |
| | 25 |

image was generated.  And would then

need to reside in the frame store

simultaneously.

In terms of the overall

reading of the patent, one would

understand that when you transfer that

reduced size frame and full size frame

to the bulk store, that you would

naturally need to maintain a direct

relationship.

Q.    Right.  And my question to

you is how did the system allegedly

invented by Dan Beaulier, maintain that

relationship between full and reduced

size images?

MR. BEAMER:  Objection;

asked and answered.

A.    Well, there was, if you look

at the figure, there was a CPU, there

was a control means, and that control

means was able to control the transfer

of the data and keep track of this

association.

Q.    What specifically -- strike

Alan Cavallerano

05/03/2006

148

ALAN CAVALLERANO

```
:  20:10      1
12:20:10      2    that.
12:20:13      3              How specifically did the CPU
12:20:15      4    keep track of the association between
12:20:22      5    the full size image and the reduced
12:20:25      6    size image in Dan Beaulier's invention?
12:20:27      7        A.     Well, what it would do, what
12:20:30      8    it could do, this is an embodiment of
12:20:33      9    the idea.  I see that the CPU, again,
12:20:35     10    I'm looking at the figure, I see the
12:20:37     11    CPU is connected to the frame store,
12:20:38     12    it's connected to the disk store.  What
1  20:45     13    it could do is simply keep track of --
12:20:48     14    keep track of what it's doing.  Since
12:20:50     15    it's automatically generating the
12:20:54     16    reduced size image and full size image
12:20:58     17    for every input frame, it would be able
12:21:05     18    to, if the registers or whatever
12:21:07     19    mechanism, computer mechanism, it would
12:21:12     20    be able to keep track of whatever --
12:21:13     21    whatever it is.  The frames could be
12:21:18     22    given a number, for example, and a
12:21:19     23    reduced size frame could be given an
12:21:21     24    associated number.  And both could be
             25    stored on disk and identified
```

Alan Cavallerano

05/03/2006

149

ALAN CAVALLERANO

| | |
|---|---|
| ;21:22 | 1 |
| 12:21:23 | 2 |
| 12:21:25 | 3 |
| 12:21:27 | 4 |
| 12:21:30 | 5 |
| 12:21:33 | 6 |
| 12:21:35 | 7 |
| 12:21:37 | 8 |
| 12:21:38 | 9 |
| 12:21:42 | 10 |
| 12:21:45 | 11 |
| 12:21:50 | 12 |
| ?^ 21:52 | 13 |
| 12:21:53 | 14 |
| 12:21:55 | 15 |
| 12:21:58 | 16 |
| 12:21:59 | 17 |
| 12:22:02 | 18 |
| 12:22:04 | 19 |
| 12:22:05 | 20 |
| 12:22:08 | 21 |
| 12:22:12 | 22 |
| 12:22:23 | 23 |
| 12:22:25 | 24 |
| | 25 |

accordingly.

Q.    Okay.  And so if the full
size image is given a number and the
reduced size image is given a
corresponding number, that would
maintain the relationship that you've
described; is that your expert opinion?

MR. BEAMER:  Objection;
vague, overly broad, contradicts the
previous testimony.

A.    I'm sorry, could the
question please be repeated?

Q.    If the full size image is
given a number and the reduced size
image is given a corresponding number,
that would maintain the relationship
that you've described; is that your
expert opinion?

MR. BEAMER:  Same objection.

A.    It could be used to indeed
maintain a relationship.  And in the
'121 patent, that relationship is
automatically established and
maintained.

Alan Cavallerano

05/03/2006

161

ALAN CAVALLERANO

is novel or unique.   It's the way that the entire operation was taking place, the way the entire system was operating that was unique.

Q.    Okay.   But the particular operation of maintaining a relationship between a full size image and a reduced size image would have been obvious to one skilled in the art as of the time the '121 patent was filed; correct?

MR. BEAMER:   Objection; vague, overly broad, incomplete hypothetical.

A.    The idea of having some type of a relationship had to already be known.   There were browse stream, editing systems, that already allowed one to browse.   And if one were to browse, it would be useless to simply have a browse and not be able to in some way get back to your original, the image that you're looking for.   That was prior art.   That is known.

However, at a system level,  .

Alan Cavallerano                                    05/03/2006

193

|         |     | ALAN CAVALLERANO |
|---------|-----|------------------|

25:36    1         ALAN CAVALLERANO

14:25:36    2    understanding.

14:25:38    3         Q.    Is it fair to say that

14:25:39    4    Mr. Taylor is more knowledgeable about

14:25:41    5    the Paint Box than you are?

14:25:42    6         A.    I would expect that to be

14:25:43    7    the case.

14:25:46    8         Q.    Have you ever observed a

14:25:48    9    Quantel Paint Box in person?

14:25:52    10         A.    I've seen a demo tape, but I

14:25:54    11    have not actually worked with the

14:25:58    12    Quantel Paint Box.  However, I have, in

14:26:04    13    working for CBS, I have at least been

14:26:06    14    somewhat familiarized with different

14:26:09    15    types of equipment that's utilized,

14:26:13    16    used in a studio, and also just from my

14:26:16    17    general experiences over the years,

14:26:18    18    over the many years working in the area

14:26:23    19    of video, I have been exposed to image

14:26:27    20    processing type devices.

14:26:30    21              And in fact I've actually

14:26:32    22    been in charge of projects and programs

14:26:38    23    at Philips where we had image

14:26:41    24    processors that were -- that performed

25    some of the functions that one would --

Alan Cavallerano

05/03/2006

194

| | | ALAN CAVALLERANO |
|---|---|---|
| 26:46 | 1 | |
| 14:26:50 | 2 | that we know that the Paint Box could |
| 14:26:52 | 3 | perform.  And from that I do have at |
| 14:26:54 | 4 | least a good amount of familiarity. |
| 14:26:56 | 5 | Q.    Sir, you referred to a |
| 14:26:58 | 6 | videotape in that answer.  Is that the |
| 14:27:00 | 7 | videotape that Mr. Taylor prepared of |
| 14:27:01 | 8 | the Paint Box that you're referring to? |
| 14:27:04 | 9 | A.    Yes, I believe that's |
| 14:27:04 | 10 | correct. |
| 14:27:07 | 11 | Q.    Other than Mr. Taylor's |
| 14:27:10 | 12 | videotape, have you ever observed the |
| 27:11 | 13 | Paint Box? |
| 14:27:12 | 14 | A.    No, I have not. |
| 14:27:14 | 15 | Q.    Have you ever been in the |
| 14:27:16 | 16 | same room with a Quantel Paint Box? |
| 14:27:21 | 17 | A.    I could say probably, |
| 14:27:26 | 18 | probably not.  I have been -- I have |
| 14:27:28 | 19 | been in different studios at different |
| 14:27:31 | 20 | times, and it's possible -- or at |
| 14:27:33 | 21 | different trade shows over the years, |
| 14:27:37 | 22 | and it's possible that I was.  But not |
| 14:27:39 | 23 | that -- not to the extent that I was |
| 14:27:41 | 24 | aware that there was a Paint Box and I |
| | 25 | went over to it and started to use it. |

Alan Cavallerano

05/03/2006

195

ALAN CAVALLERANO

27:43    1

14:27:44    2    Q.    Other than Mr. Taylor's

14:27:47    3    videotape, have you ever observed the

14:27:50    4    Quantel Paint Box in operation?

14:27:52    5    A.    Again, not that I'm aware

14:27:55    6    of.  Unless it was used as a part of

14:27:57    7    something that I was watching on

14:28:00    8    television or something of that nature.

14:28:01    9    Q.    I take it then that you've

14:28:03    10    never operated the Quantel Paint Box?

14:28:04    11    A.    That's correct.

14:28:05    12    Q.    And you've never conducted

14:28:07    13    a detailed inspection of the Quantel

14:28:08    14    Paint Box?

14:28:12    15    A.    Detailed inspection of the

14:28:14    16    actual physical unit itself, that's

14:28:16    17    correct.  I have reviewed materials

14:28:17    18    related to the Paint Box.

14:28:19    19    Q.    So it's correct that you've

14:28:21    20    never conducted a detailed inspection

14:28:24    21    of the actual Quantel Paint Box?

14:28:24    22    A.    That's correct.

14:28:26    23    Q.    And you've never inspected

14:28:30    24    the circuitry of an actual Quantel

25    Paint Box?

LegaLink Boston, A Merrill Company
(617) 542-0039

B-319

Alan Cavallerano

05/03/2006

196

ALAN CAVALLERANO

14:28:30   1

14:28:33   2        A.    Of an actual Paint Box,

14:28:33   3   that's correct.

14:28:35   4        Q.    Did you ask your lawyers if

14:28:38   5   you could inspect the Paint Box that is

14:28:41   6   the subject of Mr. Taylor's video?

14:28:43   7        A.    No, I have not.

14:28:45   8        Q.    Did they tell you that that

14:28:47   9   system was made available for

14:28:49   10  inspection in this litigation?

14:28:54   11       A.    They may have.  I don't

14:28:58   12  recall.  I can't say that I recall.

14:29:00   13       Q.    Do you think it would have

14:29:03   14  been helpful to you to have inspected

14:29:04   15  the Paint Box before rendering an

14:29:08   16  opinion on the Paint Box?

14:29:08   17            MR. BEAMER:  Objection;

14:29:10   18  vague.

14:29:16   19       A.    Generally I would say that

14:29:19   20  my understanding of the device, my many

14:29:21   21  years of experience in the field of

14:29:28   22  video, would lead me to feel that I

14:29:30   23  more or less know what it is, I can

14:29:33   24  look at the manuals that are provided

           25  and have a good understanding of what

Alan Cavallerano

05/03/2006

197

|       |    |                                        |
|-------|----|----------------------------------------|
| 29:35 | 1  | ALAN CAVALLERANO                       |
| 14:29:40 | 2  | the product is, what the product does. |
| 14:29:43 | 3  | Q.    Because you're comfortable |
| 14:29:45 | 4  | rendering an opinion on the Quantel |
| 14:29:49 | 5  | Paint Box without ever having actually |
| 14:29:51 | 6  | seen the Quantel Paint Box; is that a |
| 14:29:51 | 7  | fair statement? |
| 14:29:53 | 8  | A.    Yes, that's a fair |
| 14:29:53 | 9  | statement. |
| 14:29:54 | 10 | Q.    Are you an expert on the |
| 14:29:55 | 11 | Quantel Paint Box? |
| 14:29:56 | 12 | MR. BEAMER:  Objection; |
| 29:56 | 13 | asked and answered. |
| 14:29:58 | 14 | A.    Well, as we discussed, as I |
| 14:30:00 | 15 | presented this morning, I am an expert |
| 14:30:02 | 16 | in the field of video.  A person who's |
| 14:30:05 | 17 | had many years of experience with |
| 14:30:09 | 18 | video.  And as such I am an expert with |
| 14:30:13 | 19 | video type products.  And that's what |
| 14:30:15 | 20 | my area of expertise is in. |
| 14:30:16 | 21 | Q.    And my question to you, |
| 14:30:19 | 22 | sir, is, are you specifically an expert |
| 14:30:23 | 23 | on the Quantel Paint Box? |
| 14:30:24 | 24 | MR. BEAMER:  This was asked |
|       | 25 | and answered this morning. |

LegaLink Boston, A Merrill Company
(617) 542-0039

B-321

Alan Cavallerano

05/03/2006

198

ALAN CAVALLERANO

14:30:32    1

14:30:34    2    A.    I consider myself to be an

14:30:36    3   expert on the product from my readings

14:30:38    4   of the material and my general

14:30:43    5   understanding of the video field.

14:30:45    6    Q.    And the first time you read

14:30:47    7   any detailed materials about the Paint

14:30:50    8   Box was February 2006?

14:30:52    9    A.    That's correct.  Sometime in

14:30:53   10   February.

14:30:57   11    Q.    So you've been familiar

14:30:59   12   with the details regarding the Paint

14:31:02   13   Box for a little over three months?

14:31:03   14    A.    That's correct.

14:31:05   15    Q.    And it's your belief that

14:31:07   16   that makes you an expert on the Quantel

14:31:08   17   Paint Box?

14:31:09   18      MR. BEAMER:  Objection;

14:31:20   19   asked and answered, argumentative.

14:31:22   20    A.    Again, as I said, I feel

14:31:24   21   that I am an expert in the field of

14:31:26   22   video, and I have a lot of familiarity

14:31:28   23   working with different types of video

14:31:30   24   equipment.  And the Paint Box would

        25   fall into that category, so I would

199

ALAN CAVALLERANO

14:31:32    1    expect that I would feel comfortable

14:31:35    2    qualifying myself as such.

14:31:37    3    

14:31:41    4        Q.    Do you agree that

14:31:43    5    Mr. Taylor is an expert on the Quantel

14:31:44    6    Paint Box?

14:31:44    7        A.    Yes.

14:31:45    8            MR. BEAMER:   Objection;

14:31:48    9    calls for speculation.

14:31:50    10       Q.    Sir, I want to ask you some

14:31:54    11   questions about the Paint Box system as

14:31:57    12   sold and demonstrated in March, April

14:32:00    13   '82, that's the subject of Mr. Taylor's

14:32:03    14   expert report.   You are familiar with

14:32:03    15   that report?

14:32:04    16       A.    Yes, I am.

14:32:09    17       Q.    Would you agree that the

14:32:11    18   Paint Box could receive the video from

14:32:12    19   an external source?

14:32:13    20       A.    Yes.

14:32:17    21       Q.    Do you agree that the Paint

14:32:18    22   Box could receive video data

14:32:21    23   representing full size images?

14:32:22    24       A.    Yes.

           25       Q.    Do you agree that the Paint

LegaLink Boston, A Merrill Company
(617) 542-0039

B-323

200

**ALAN CAVALLERANO**

32:25     1

14:32:28    2   Box had multiple frame stores?

14:32:32    3      A.     Yes.   I know that there were

14:32:34    4   multiple frame stores, yes, that's

14:32:34    5   correct.

14:32:36    6      Q.     And those frame stores were

14:32:38    7   implemented with random access memory;

14:32:39    8   correct?

14:32:41    9      A.     Yes, that would be typical

14:32:44   10   that a frame store would be implemented

14:32:45   11   that way.

14:32:46   12      Q.     And do you agree that

14:32:48   13   either of those frame stores could

14:32:50   14   store a full size image?

14:32:52   15      A.     Yes.

14:32:54   16      Q.     Do you agree that the Paint

14:32:56   17   Box had at least one disk?

14:32:58   18      A.     Yes, I'm aware of that.

14:33:00   19      Q.     And the disk could store

14:33:01   20   video images?

14:33:03   21      A.     Yes, I'm aware of that.

14:33:05   22      Q.     It could store full size

14:33:07   23   video images?

14:33:09   24      A.     Yes, it could store full

           25   size images.

Alan Cavallerano

05/03/2006

                                                            201

                        ALAN CAVALLERANO

14:33:10  1

14:33:14  2      Q.    And the Paint Box could

14:33:17  3  transfer full size images from one of

14:33:20  4  its frame stores to disk for storage;

14:33:22  5  correct?

14:33:23  6      A.    Yes, that's also correct.

14:33:25  7      Q.    Do you agree that the Paint

14:33:27  8  Box had a size reducer?

14:33:28  9      A.    Yes, that's correct.

14:33:30  10     Q.    And do you agree that the

14:33:32  11 Paint Box with the use of its size

14:33:34  12 reducer could generate reduced size

14:33:35  13 images?

14:33:45  14     A.    The Paint Box was able to

14:33:49  15 reduce a full size image that was

14:33:56  16 pulled off the disk and put it into,

14:33:59  17 I'll call it a second frame store,

14:34:04  18 where it would reside.  However, at

14:34:08  19 that point that reduced sized image

14:34:10  20 that was only there in that second

14:34:15  21 frame store would then be, I guess you

14:34:20  22 would stick it on to the -- into the

14:34:23  23 main frame store where that reduced

14:34:29  24 sized picture, from the full size image

         25 that was pulled off the disk, would

```
34:31        1              ALAN CAVALLERANO              202
14:34:37     2    then reside as one composite image.
14:34:39     3    That much I am aware of, yeah.
14:34:41     4         Q.    Let's put aside for a
14:34:42     5    moment what happens when you stick the
14:34:47     6    image down.  We will get to that.  Do
14:34:51     7    you agree that the Paint Box could
14:34:55     8    generate reduced size images?
14:34:56     9              MR. BEAMER:  Asked and
14:34:56    10    answered.
14:34:59    11         A.    Yes, as I stated, that's
14:34:59    12    correct.
   35:01    13         Q.    Do you agree that the Paint
14:35:03    14    Box could automatically generate
14:35:05    15    reduced size images?
14:35:06    16              MR. BEAMER:  Objection;
14:35:07    17    vague.
14:35:11    18         A.    Well, automatically, under
14:35:13    19    control of a user going through a
14:35:17    20    series of steps.
14:35:19    21         Q.    Well, if the Paint Box
14:35:22    22    browse were used to browse full size
14:35:27    23    images stored on disk, didn't that
14:35:29    24    browse feature automatically generate
            25    reduced size images?
```

203

| | | ALAN CAVALLERANO |
|---|---|---|
| 35:31 | 1 | |

```
  35:31      1              ALAN CAVALLERANO

14:35:33     2        A.    It created reduced size

14:35:36     3   images from the full size images that

14:35:38     4   were on disk that would go through the

14:35:41     5   size reducer and then become a part of

14:35:46     6   the displayed frame.

14:35:49     7        Q.    Okay.  And in the '121

14:35:51     8   patent, the images are also passed

14:35:54     9   through a size reducer to automatically

14:35:56    10   generate the reduced size images,

14:35:58    11   according to your expert opinion;

14:35:58    12   correct?

14:35:59    13              MR. BEAMER:  I'm sorry,

14:36:12    14   could you read that back.

14:36:13    15              (Record read as requested.)

14:36:14    16              MR. BEAMER:  Objection;

14:36:15    17   vague.

14:36:24    18        A.    I'm sorry, could you please

14:36:37    19   repeat the question?

14:36:38    20              (Record read as requested.)

14:36:46    21        A.    Yes, the '121 patent, in the

14:36:49    22   '121 patent, indeed full size images

14:36:51    23   are passed through the size reducer to

14:36:53    24   create reduced size images.

            25        Q.    Now, you agree that the
```

Alan Cavallerano

05/03/2006

204

ALAN CAVALLERANO

| 36:58 | 1 |
| 14:37:03 | 2 | Quantel Paint Box, when it browsed full |
| 14:37:05 | 3 | size images stored on disk, would |
| 14:37:07 | 4 | automatically generate reduced size |
| 14:37:09 | 5 | images; correct? |
| 14:37:10 | 6 | MR. BEAMER:  Asked and |
| 14:37:14 | 7 | answered. |
| 14:37:15 | 8 | A.    Yes.  And that in fact would |
| 14:37:21 | 9 | be what a normal browse for a, let's |
| 14:37:23 | 10 | say for a still store, that would be |
| 14:37:27 | 11 | the normal mode of browsing.  You would |
| 14:37:30 | 12 | invoke the browse and then that would |
| 14:37:30 | 13 | occur. |
| 14:37:32 | 14 | Q.    So we both agree that the |
| 14:37:34 | 15 | Paint Box could automatically generate |
| 14:37:36 | 16 | reduced size images; correct? |
| 14:37:37 | 17 | MR. BEAMER:  Asked and |
| 14:37:38 | 18 | answered. |
| 14:37:40 | 19 | A.    Yes.  As I stated, it can |
| 14:37:43 | 20 | reduce -- it can provide and generate |
| 14:37:46 | 21 | reduced size images, taking images, |
| 14:37:49 | 22 | full size images off the disk and |
| 14:37:52 | 23 | putting them into the output frame |
| 14:37:52 | 24 | store. |
| | 25 | Q.    And the Paint Box could |

Alan Cavallerano

05/03/2006

205

ALAN CAVALLERANO

| | |
|---|---|
| 37:54 | 1 |
| 14:37:56 | 2 |
| 14:37:59 | 3 |
| 14:38:05 | 4 |
| 14:38:11 | 5 |
| 14:38:15 | 6 |
| 14:38:20 | 7 |
| 14:38:23 | 8 |
| 14:38:28 | 9 |
| 14:38:32 | 10 |
| 14:38:33 | 11 |
| 14:38:34 | 12 |
| 1`38:38 | 13 |
| 14:38:41 | 14 |
| 14:38:44 | 15 |
| 14:38:48 | 16 |
| 14:38:50 | 17 |
| 14:38:52 | 18 |
| 14:38:54 | 19 |
| 14:38:57 | 20 |
| 14:39:01 | 21 |
| 14:39:07 | 22 |
| 14:39:09 | 23 |
| 14:39:54 | 24 |
| | 25 |

2  also generate reduced size images at

3  the user's option; correct?

4      A.    Could you, when you say the

5  user's option, I need to understand

6  more what -- I mean, user's option

7  would be I want to see a browse screen.

8  I'd like to browse these full size

9  images.  And you invoke the browse and

10  the Paint Box would create the reduced

11  size image.

12      Q.    All right.  The user could

13  use the Paint Box cut and paste

14  functionality to generate reduced size

15  images; correct?

16      A.    No, that's not correct.

17      Q.    Okay.  So it's your expert

18  opinion that the cut and paste

19  functionality of the Paint Box could

20  not generate reduced size images?

21      A.    That's correct.  Because in

22  order to -- when using the cut and

23  paste function, we are simply creating

24  a cutout of our full size image.

25      Q.    Could the Paint Box

Alan Cavallerano

05/03/2006

206

ALAN CAVALLERANO

| | |
|---|---|
| 14:39:56 | 1 |
| 14:39:58 | 2 |
| 14:40:17 | 3 |
| 14:40:19 | 4 |
| 14:40:21 | 5 |
| 14:40:29 | 6 |
| 14:40:29 | 7 |
| 14:40:31 | 8 |
| 14:40:33 | 9 |
| 14:40:37 | 10 |
| 14:40:40 | 11 |
| 14:40:45 | 12 |
| 14:40:48 | 13 |
| 14:40:57 | 14 |
| 14:40:59 | 15 |
| 14:41:00 | 16 |
| 14:41:02 | 17 |
| 14:41:03 | 18 |
| 14:41:07 | 19 |
| 14:41:07 | 20 |
| 14:41:10 | 21 |
| 14:41:12 | 22 |
| 14:41:14 | 23 |
| 14:41:16 | 24 |
| | 25 |

1    generate a reduced size image that was
2    a small version of the full size image?
3        THE WITNESS:  I'm sorry,
4    could you please read back the
5    question.
6        (Record read as requested.)
7    A.    Well, as we've already
8    discussed for the browse screen, we
9    know that the full size image stored on
10   disk can go through the size reducer
11   and that that resulting reduced size
12   image then becomes a part of a browse
13   screen.  And that that's a reduced size
14   image that the Paint Box is able to
15   create that way.
16       Q.    Right.  So we both agree
17   that the Paint Box could use its size
18   reducer to generate a reduced size
19   image; correct?
20       A.    Yes, in the way that -- in
21   the way that I've described, yes.
22       Q.    And that reduced size image
23   could be stored in either of the frame
24   stores; correct?

207

ALAN CAVALLERANO

| 14:41:18 | 1 | |
| 14:41:20 | 2 | MR. BEAMER:  Objection. |
| 14:41:29 | 3 | A.    That reduced sized image |
| 14:41:31 | 4 | most certainly could be stored in the |
| 14:41:35 | 5 | output frame store.  And it's |
| 14:41:38 | 6 | temporarily present in the second frame |
| 14:41:39 | 7 | store. |
| 14:41:43 | 8 | Q.    And that reduced size image |
| 14:41:45 | 9 | could be stored in the random access |
| 14:41:47 | 10 | memory of the Paint Box; correct? |
| 14:41:49 | 11 | A.    Yes, that's correct, the |
| 14:41:54 | 12 | frame store is the random access |
| 14:41:55 | 13 | memory. |
| 14:41:56 | 14 | Q.    And the reduced size image |
| 14:41:58 | 15 | could be stored in one frame store |
| 14:42:01 | 16 | while a full size image was in the |
| 14:42:02 | 17 | other frame store; correct? |
| 14:42:03 | 18 | MR. BEAMER:  Objection; |
| 14:42:16 | 19 | vague. |
| 14:42:19 | 20 | A.    When we say stored, it's |
| 14:42:21 | 21 | stored temporarily so that it can then |
| 14:42:26 | 22 | be stuck on to the output frame store. |
| 14:42:28 | 23 | Q.    But regardless of whether |
| 14:42:31 | 24 | in your opinion it's temporary or not, |
| | 25 | you agree that the Paint Box could |

Alan Cavallerano

05/03/2006

208

ALAN CAVALLERANO

```
 42:33    1
14:42:36   2    store a reduced size image in one frame
14:42:39   3    store and a full size image in another
14:42:40   4    frame store; correct?
14:42:41   5         MR. BEAMER:  Objection;
14:42:45   6    vague, asked and answered.
14:42:49   7         A.    As I stated, the Paint Box
14:42:56   8    was capable of generating a reduced
14:42:59   9    size image under manual control of the
14:43:04  10    user, and having that reduced size
14:43:07  11    image reside temporarily in the second
14:43:17  12    frame store while something else is
  .43:20  13    present in the display frame store.
14:43:23  14         Q.    So the Paint Box could
14:43:28  15    store a full and a reduced size image
14:43:30  16    in random access memory simultaneously;
14:43:31  17    correct?
14:43:31  18         MR. BEAMER:  Objection;
14:43:35  19    vague, incomplete hypothetical.
14:43:39  20         A.    It could only store it as
14:43:45  21    part of an overall operation that the
14:43:48  22    user is invoking.  It could not store
14:43:51  23    it in the same sense as being stored
14:43:55  24    simultaneously in the '121 patent.  I
          25    can envision many instances where
```

Alan Cavallerano

05/03/2006

209

| | |
|---|---|
| `44:02 | 1 |
| 14:44:04 | 2 |
| 14:44:07 | 3 |
| 14:44:12 | 4 |
| 14:44:19 | 5 |
| 14:44:23 | 6 |
| 14:44:25 | 7 |
| 14:44:27 | 8 |
| 14:44:29 | 9 |
| 14:44:31 | 10 |
| 14:44:35 | 11 |
| 14:44:37 | 12 |
| 44:40 | 13 |
| 14:44:41 | 14 |
| 14:44:42 | 15 |
| 14:44:43 | 16 |
| 14:44:46 | 17 |
| 14:44:48 | 18 |
| 14:44:49 | 19 |
| 14:44:50 | 20 |
| 14:44:52 | 21 |
| 14:44:55 | 22 |
| 14:44:57 | 23 |
| 14:44:58 | 24 |
| | 25 |

ALAN CAVALLERANO

anything at all can be in two separate

frame stores, nothing is necessarily

precluding that.  But it's a matter of

the entire operation and how that

reduced size image got there, that's of

significance to me with regard to my

analysis of that.

   Q.    But you agree, sir, do you

not, that the Paint Box could

simultaneously store one full size

image and one reduced size image in its

frame stores simultaneously; correct?

          MR. BEAMER:  Asked and

answered.

          MR. SUMMERSGILL:  Strike

that.  Because I said simultaneously

twice.  Let me try it again.

          THE WITNESS:  Okay.

   Q.    You agree, sir, do you not,

that the Paint Box could store a full

size image and a reduced size image in

its frame stores simultaneously;

correct?

          MR. BEAMER:  Asked and

Alan Cavallerano

05/03/2006

210

ALAN CAVALLERANO

44:59    1

14:45:02    2    answered, vague.

14:45:06    3        A.    As I've stated, through a

14:45:08    4    particular series of steps, it's

14:45:11    5    possible to have the reduced size image

14:45:14    6    temporarily in one frame store.  And

14:45:18    7    the full size counterpart present in

14:45:22    8    the other, the display frame store.

14:45:23    9        Q.    Now, do you agree that the

14:45:25    10    Paint Box could output images from disk

14:45:27    11    to its frame stores?

14:45:31    12        A.    Yes.

14:45:34    13        Q.    And it could output full

14:45:35    14    size images?

14:45:36    15        A.    Yes, that's correct.

14:45:40    16        Q.    And it could output images

14:45:43    17    from disk upon a user's command?

14:45:46    18        A.    Yes, I believe that's

14:45:46    19    correct.

14:45:56    20        Q.    Do you agree that the Paint

14:45:59    21    Box frame stores had input ports?

14:45:59    22        A.    Yes.

14:46:01    23        Q.    Do you agree that the Paint

14:46:04    24    Box frame stores had separate output

25.    ports?

Alan Cavallerano

05/03/2006

ALAN CAVALLERANO                                216

| Time | Line | |
|---|---|---|

53:07     1

14:53:15  2    the input port.  And the element 1 of

14:53:25  3    claim 8 is simply telling me that I

14:53:27  4    need to be able to do that to the input

14:53:28  5    port of the device.

14:53:29  6        Q.    But you know that just

14:53:31  7    because it's random access memory;

14:53:33  8    correct?

14:53:34  9            MR. BEAMER:  Objection;

14:53:41  10   argumentative.

14:53:43  11       A.    Yes.  Because it's random

14:53:45  12   access memory, I would expect it to

?  53:47  13   have an input port and an output port.

14:53:49  14       Q.    So what does the addition

14:53:52  15   of the words an input port and an

14:53:54  16   output port add to the meaning of the

14:53:56  17   first element of claim 8?

14:53:58  18            MR. BEAMER:  Asked and

14:53:58  19   answered.

14:54:00  20       A.    As I've said, it doesn't

14:54:02  21   have any particular significance to me.

14:54:05  22       Q.    Now, in any event, you

14:54:12  23   agree that the Paint Box has the input

14:54:16  24   port and an output port requirement

          25   that's set forth in the first element

Alan Cavallerano

05/03/2006

217

| Time | Line | |
|---|---|---|
| 54:18 | 1 | ALAN CAVALLERANO |
| 14:54:20 | 2 | of claim 8; correct? |
| 14:54:24 | 3 | A.    Yes.  As would many, |
| 14:54:27 | 4 | basically every or many other such |
| 14:54:28 | 5 | devices.  Yes, that's correct. |
| 14:54:30 | 6 | Q.    You agree that the Paint |
| 14:54:31 | 7 | Box had a computer that controlled the |
| 14:54:33 | 8 | system functions? |
| 14:54:33 | 9 | A.    Yes. |
| 14:54:36 | 10 | Q.    Controlled the transfer of |
| 14:54:39 | 11 | images from RAM to disk? |
| 14:54:41 | 12 | A.    Yes, that's correct. |
| 14:54:43 | 13 | Q.    The Paint Box computer |
| 14:54:44 | 14 | controlled the generation of reduced |
| 14:54:47 | 15 | size images? |
| 14:54:51 | 16 | A.    Through operator commands, |
| 14:54:52 | 17 | yes, that's correct. |
| 14:54:55 | 18 | Q.    And the Paint Box computer |
| 14:55:09 | 19 | controlled the transfer of reduced size |
| 14:55:12 | 20 | images from the Paint Box size reducer |
| 14:55:15 | 21 | to random access memory; correct? |
| 14:55:17 | 22 | A.    Yes, that's correct. |
| 14:55:18 | 23 | Q.    Do you agree that the |
| 14:55:21 | 24 | transfer of reduced size images from |
| | 25. | the size reducer to Paint Box random |

Alan Cavallerano

05/03/2006

218

|          |    |                                        |
|----------|----|----------------------------------------|
| 55:25    | 1  | ALAN CAVALLERANO                       |
| 14:55:27 | 2  | access memory was direct?              |
| 14:55:29 | 3  | A.    I'm sorry, could you please      |
| 14:55:29 | 4  | read back the question?                |
| 14:55:31 | 5  | Q.    Do you agree that the            |
| 14:55:34 | 6  | transfer of reduced size images from   |
| 14:55:37 | 7  | the size reducer to random access      |
| 14:55:41 | 8  | memory was direct in the Quantel Paint |
| 14:55:41 | 9  | Box?                                   |
| 14:55:44 | 10 | A.    I believe that the image         |
| 14:55:50 | 11 | from the size reducer would, in the    |
| 14:55:53 | 12 | case of the browse, those images would |
| 55:56    | 13 | go directly to the random access       |
| 14:56:02 | 14 | memory.  And in the case we were       |
| 14:56:05 | 15 | describing before, where the user      |
| 14:56:11 | 16 | invokes its size reduction, yes, that  |
| 14:56:12 | 17 | that is the case.                      |
| 14:56:16 | 18 | Q.    Okay.  So reduced size           |
| 14:56:17 | 19 | images in the Paint Box could be       |
| 14:56:19 | 20 | transferred directly from the size     |
| 14:56:22 | 21 | reducer to random access memory;       |
| 14:56:28 | 22 | correct?                               |
| 14:56:30 | 23 | A.    Yes.  And that would be --       |
| 14:56:33 | 24 | we know that from the prior art as     |
|          | 25 | well.  For example, in the '776 patent,|

Alan Cavallerano

05/03/2006

219

ALAN CAVALLERANO

| 56:39 | 1 |
|---|---|

we know that -- I'm sorry, we were

talking about going from the disk to

the random access memory?

Q.    I was asking you about the

transfer from size reducer to random

access memory.

A.    Yes, we know that, as in the

case of the figure 19 in the -- I just

want to make sure, I'm just looking at

the figure.  Figure 18.  We know that

we have a direct transfer from -- this

is in the '776 patent, of the size

reducer to the random access memory at

the frame store, yes, that's correct.

Q.    So do you agree that the

Quantel Paint Box could transfer images

directly from the size reducer to the

random access memory?

A.    Yes, that's correct.

Q.    And do you agree that the

Paint Box could transfer images

directly from the disk to random access

memory?

MR. BEAMER:  Read that back,

222

```
1  00:17    1              ALAN CAVALLERANO
15:00:18    2   that the Paint Box filter card
15:00:21    3   contained random access memory?
15:00:21    4              MR. BEAMER:  Objection;
15:00:22    5   vague.
15:00:24    6       A.    I believe it did.  I would
15:00:27    7   need to look at the manual to be sure
15:00:31    8   that that's the type of memory that it
15:00:31    9   had.
15:00:35   10       Q.    Was the transfer from disk
15:00:38   11   to the random access memory of the
15:00:41   12   filter card a direct transfer?
1  00:45   13       A.    It's my understanding that
15:00:49   14   it would be.
15:00:53   15       Q.    Now, the Paint Box frame
15:00:57   16   store could also output video images
15:00:59   17   for display on the Paint Box frame
15:01:00   18   store; correct?
15:01:01   19       A.    Yes, that's right.
15:01:04   20       Q.    The Paint Box with the use
15:01:08   21   of its combiner, could access a reduced
15:01:10   22   size image stored at one frame store
15:01:13   23   and a full size image stored at another
15:01:21   24   frame store simultaneously; correct?
           25              THE WITNESS:  I'm sorry,
```

Alan Cavallerano

05/03/2006

228

ALAN CAVALLERANO

| | |
|---|---|
| 15:07:40 | 1 |
| 15:07:44 | 2 |
| 15:07:46 | 3 |
| 15:07:54 | 4 |
| 15:07:56 | 5 |
| 15:07:57 | 6 |
| 15:07:58 | 7 |
| 15:07:59 | 8 |
| 15:08:00 | 9 |
| 15:08:03 | 10 |
| 15:08:05 | 11 |
| 15:08:08 | 12 |
| 15:08:10 | 13 |
| 15:08:12 | 14 |
| 15:08:15 | 15 |
| 15:08:15 | 16 |
| 15:08:17 | 17 |
| 15:08:17 | 18 |
| 15:08:19 | 19 |
| 15:08:21 | 20 |
| 15:08:24 | 21 |
| 15:08:25 | 22 |
| 15:08:27 | 23 |
| 15:08:31 | 24 |
| | 25 |

access one reduced size image and one

full size image simultaneously;

correct?

    A.    Yes, as I would expect.

    Q.    And you agree --

    MR. BEAMER:  Are you done

with your answer?

    A.    As I would expect for

products of this nature, it most

certainly would be possible to have,

and I would expect, some type of a

combiner circuit that would perform

that type of an operation.

    Q.    So that was well known in

the art?

    A.    Yes, that was well known in

the art.

    Q.    Now, you agree that the

Paint Box had a browse feature.

    A.    Yes, I'm familiar with that.

    Q.    And you agree that the

Paint Box could store multiple reduced

size images in random access memory?

    MR. BEAMER:  Read that back,

267

ALAN CAVALLERANO

16:09:35    1
16:09:36    2    Q.    Sir, before the break you
16:09:38    3    were describing the process by which an
16:09:41    4    operator using the Paint Box could put
16:09:45    5    a rectangle around the reduced size
16:09:47    6    image in the frame store and save only
16:09:51    7    the pixels corresponding to that image
16:09:53    8    to disk; is that correct?
16:09:59    9    A.    I was referring to using the
16:10:02    10    rectangle function to select those
16:10:08    11    pixels which were from the -- which
16:10:11    12    were from the full size image which was
16:10:13    13    reduced and stuck on to the full size
16:10:16    14    image to create a new composite full
16:10:18    15    size image and using the rectangle
16:10:19    16    function for that operation, yes.
16:10:21    17    Q.    When the operator places
16:10:26    18    the rectangle over the pixels that
16:10:31    19    represent the reduced size image, or
16:10:33    20    what you call part of the full size
16:10:35    21    image, only the pixels within that
16:10:38    22    rectangle are saved to disk; correct?
16:10:40    23        MR. BEAMER:  Objection.
16:10:44    24    A.    That's my understanding.
          25    Q.    So assuming that you

LegaLink Boston, A Merrill Company
(617) 542-0039

B-341

Alan Cavallerano                                    05/03/2006

268

ALAN CAVALLERANO

10:47    1

16:10:50    2    generated a reduced size image using

16:10:54    3    the '121 patent that started on disk,

16:10:56    4    then assuming you've taken the same

16:11:00    5    full size image and generated a reduced

16:11:02    6    size image on the Paint Box and used

16:11:05    7    the rectangle function to store the

16:11:07    8    pixels corresponding to that image to

16:11:11    9    the disk, at that point is there any

16:11:14    10   difference between the pixels of the

16:11:19    11   reduced sized image in the '121 system

16:11:22    12   disk versus the pixels of the reduced

16:11:25    13   sized image on a Paint Box disk?

16:11:26    14          MR. BEAMER:  Objection;

16:11:32    15   incomplete hypothetical.

16:11:34    16      A.    Well, again, if we're

16:11:37    17   focusing on strictly the pixel data and

16:11:40    18   not the process that got us there, and

16:11:45    19   if I were to also disregard the

16:11:48    20   potential that the rectangle did not

16:11:51    21   exactly register over what you're

16:11:53    22   calling the reduced sized image and

16:11:56    23   what I'm calling certain pixel values

16:11:59    24   within the full size image, there is no

            25   reason for me to believe that there

Alan Cavallerano

05/03/2006

269

|            |    |
|------------|----|
| ⠄ ⠄ 12:00 | 1  |
| 16:12:03   | 2  |
| 16:12:07   | 3  |
| 16:12:10   | 4  |
| 16:12:13   | 5  |
| 16:12:15   | 6  |
| 16:12:19   | 7  |
| 16:12:22   | 8  |
| 16:12:23   | 9  |
| 16:12:25   | 10 |
| 16:12:27   | 11 |
| 16:12:29   | 12 |
| 1⠄.12:32  | 13 |
| 16:12:34   | 14 |
| 16:12:35   | 15 |
| 16:12:36   | 16 |
| 16:12:38   | 17 |
| 16:12:40   | 18 |
| 16:12:45   | 19 |
| 16:12:48   | 20 |
| 16:12:50   | 21 |
| 16:12:53   | 22 |
| 16:12:56   | 23 |
| 16:13:00   | 24 |
|            | 25 |

ALAN CAVALLERANO

would be any difference or significant

difference, other than as well what we

had already discussed about the quality

or operations within the size reducer,

as to how it actually performed that

generation of the reduced sized image.

    Q.    So putting aside how you --

strike that.

        Putting aside how an

operator got to this point, a reduced

sized image stored on the Paint Box

disk is the same as a reduced sized

image stored on the '121 system disk;

is that correct?

        MR. BEAMER:  Objection;

asked and answered.

    A.    As I've stated, that is

correct.  I would not particularly

characterize what's being stored in the

disk of the Paint Box as being a

reduced size image.  But if I were to

do a comparison of that particular

cutout that's stored on the disk of the

Paint Box and compare it to the actual

Alan Cavallerano

05/03/2006

                              ALAN CAVALLERANO                    270

16:13:05   1
16:13:08   2    reduced size image that would be
16:13:11   3    resulting from the '121 patent, I would
16:13:14   4    expect those pixel values to correlate.
16:13:17   5        Q.    Now, you mentioned the
16:13:20   6    possibility that the operator in
16:13:23   7    placing the rectangle function over the
16:13:27   8    reduced size image could miss and
16:13:30   9    capture additional pixels.  Do you
16:13:31   10   recall that?
16:13:32   11       A.    Yes, that's correct.
16:13:37   12       Q.    If the operator misses with
16:13:41   13   a rectangle and captures -- strike
16:13:41   14   that.
16:13:43   15            If the operator misses with
16:13:47   16   the rectangle and slices out some of
16:13:51   17   the pixels of that reduced size image
16:13:56   18   when he is storing that image to disk,
16:14:00   19   is it the same image as what's been
16:14:01   20   stored on the '121 disk?
16:14:02   21            MR. BEAMER:  Objection;
16:14:14   22   vague, incomplete hypothetical.
16:14:16   23       A.    I'm sorry, could you please
16:14:23   24   repeat the question?
           25       Q.    In paragraph 139 of your

Alan Cavallerano

05/03/2006

300

| | |
|---|---|
| 50:39 | 1 |
| 16:50:42 | 2 |
| 16:50:44 | 3 |
| 16:50:45 | 4 |
| 16:50:47 | 5 |
| 16:50:54 | 6 |
| 16:50:56 | 7 |
| 16:50:57 | 8 |
| 16:50:58 | 9 |
| 16:51:01 | 10 |
| 16:51:04 | 11 |
| 16:51:07 | 12 |
| 16:51:10 | 13 |
| 16:51:12 | 14 |
| 16:51:15 | 15 |
| 16:51:16 | 16 |
| 16:51:17 | 17 |
| 16:51:18 | 18 |
| 16:51:25 | 19 |
| 16:51:27 | 20 |
| 16:51:36 | 21 |
| 16:51:43 | 22 |
| 16:51:49 | 23 |
| 16:51:53 | 24 |
| | 25 |

ALAN CAVALLERANO

reduced size images are generated from

full size images that have already been

stored on disk; correct?

    A.    Well, I don't view the

cutouts as being reduced sized images.

Those are cutouts that are stored in

the Paint Box.

    Q.    Let's assume for a moment

that the cutouts are reduced sized

images.  With that assumption in mind,

the Paint Box generation of reduced

size images from full size images that

have been stored on disk is covered by

the invention of the '121 patent;

correct?

        MR. BEAMER:  Objection;

incomplete hypothetical and lacks

foundation.

    A.    The '121 patent teaches an

entire process whereby we need to --

whereby we need to go directly from the

disk to the frame store without passing

through the size reducer.  So I don't

believe that the scenario you just

Alan Cavallerano

05/03/2006

307

ALAN CAVALLERANO

| | |
|---|---|
| 16:59:27 | 1 |
| 16:59:30 | 2 |
| 16:59:32 | 3 |
| 16:59:34 | 4 |
| 16:59:37 | 5 |
| 16:59:37 | 6 |
| 16:59:38 | 7 |
| 16:59:41 | 8 |
| 16:59:43 | 9 |
| 16:59:46 | 10 |
| 16:59:49 | 11 |
| 16:59:50 | 12 |
| 1?:59:51 | 13 |
| 16:59:54 | 14 |
| 16:59:57 | 15 |
| 17:00:00 | 16 |
| 17:00:01 | 17 |
| 17:00:02 | 18 |
| 17:00:04 | 19 |
| 17:00:05 | 20 |
| 17:00:06 | 21 |
| 17:00:12 | 22 |
| 17:00:14 | 23 |
| 17:00:17 | 24 |
| | 25 |

Q.     And that scenario,

according to the expert opinion set

forth in your expert report, is covered

by the invention of the '121 patent;

correct?

A.     That's correct.

Q.     So the '121 patent does not

require the generation of reduced size

images prior to the storage of the full

size image on disk; does it?

MR. BEAMER:  Objection;

lacks foundation.

A.     No, it does not.

Q.     Now, sir, we've discussed

the Paint Box browse earlier.  Do you

recall that?

A.     Yes.

Q.     You agree that the Paint

Box had a browse feature?

A.     Yes, that's correct.

Q.     And you agree that the

Paint Box with the use of its cut and

paste function could create cutouts?

A.     That's correct.

Alan Cavallerano                                    05/03/2006

308

                        ALAN CAVALLERANO

00:18    1

17:00:20    2         Q.    And the Paint Box could

17:00:25    3    reduce the size of those cutouts;

17:00:25    4    correct?

17:00:25    5         A.    That's correct.

17:00:27    6         Q.    And the Paint Box could

17:00:31    7    store those reduced size cutouts to

17:00:31    8    disk; correct?

17:00:34    9              MR. BEAMER:  Objection.

17:00:37    10        A.    The Paint Box could store

17:00:41    11   cutouts to disk.

17:00:42    12        Q.    And the Paint Box could

17:00:45    13   then browse cutouts that were stored on

17:00:46    14   disk; correct?

17:00:47    15        A.    Yes, that's correct.

17:00:49    16        Q.    And it could browse reduced

17:00:52    17   size cutouts that were stored on disk;

17:00:53    18   correct?

17:00:54    19        A.    Yes, that's my

17:01:01    20   understanding.

17:01:03    21             Well, when we say reduced

17:01:08    22   sized cutouts, though, what we're

17:01:14    23   talking about are cutouts.  They are

17:01:16    24   still cutouts.

            25        Q.    Well, cutouts can be

Alan Cavallerano

05/03/2006

309

ALAN CAVALLERANO

01:17      1

17:01:19   2    reduced in size; correct?

17:01:20   3        A.    Yes, it's my understanding

17:01:22   4    that you would be able to pull up a

17:01:26   5    cutout and manipulate it, for example,

17:01:28   6    reducing it in size.

17:01:33   7        Q.    And after you reduce it in

17:01:36   8    size, you can store that cutout to disk

17:01:38   9    on the Paint Box; correct?

17:01:40   10       A.    That's my understanding,

17:01:40   11   yes.

17:01:43   12       Q.    And then using the Paint

17:01:45   13   Box browse function, you can browse

17:01:47   14   through cutouts that are stored on

17:01:48   15   disk; correct?

17:01:50   16       A.    Yes, that's correct.

17:01:53   17       Q.    And that's set forth in the

17:01:59   18   Paint Box manual guide; correct?

17:01:59   19   Strike that.

17:02:00   20            That's set forth in the

17:02:02   21   Paint Box user guide; correct?

17:02:04   22       A.    Yes, I have reviewed that

17:02:07   23   document, I believe that -- I know that

17:02:15   24   that is correct, yes.

           25       Q.    And as far as you know, the

Alan Cavallerano

05/03/2006

| | | |
|---|---|---|
| 02:16 | 1 | ALAN CAVALLERANO                    310 |
| 17:02:18 | 2 | Paint Box user guide describes the |
| 17:02:20 | 3 | operations of the Paint Box accurately; |
| 17:02:21 | 4 | correct? |
| 17:02:23 | 5 | A.    To the best of my knowledge |
| 17:02:24 | 6 | and understanding, yes, that's correct. |
| 17:02:27 | 7 | Q.    You don't have any reason |
| 17:02:29 | 8 | to believe that the Paint Box user |
| 17:02:31 | 9 | guide does not accurately describe the |
| 17:02:34 | 10 | operations of the Quantel Paint Box; |
| 17:02:34 | 11 | correct? |
| 17:02:40 | 12 | A.    That's correct. |
| 17:02:45 | 13 | Q.    Now, you reviewed |
| 17:02:47 | 14 | Mr. Taylor's videotape that he attached |
| 17:02:49 | 15 | to his expert report; correct? |
| 17:02:50 | 16 | A.    Yes, that's correct. |
| 17:02:51 | 17 | Q.    And do you recall on that |
| 17:02:54 | 18 | videotape that Mr. Taylor demonstrated |
| 17:02:58 | 19 | the browse of reduced size cutouts? |
| 17:02:59 | 20 | A.    Yes, I do recall.  I believe |
| 17:03:01 | 21 | that was at the end. |
| 17:03:02 | 22 | Q.    Yes, close to the end, |
| 17:03:03 | 23 | that's correct. |
| 17:03:03 | 24 | A.    Yes. |
| | 25 | Q.    Do you recall he also |

Alan Cavallerano

05/03/2006

ALAN CAVALLERANO

311

demonstrated the browse of full size
images that were stored on disk?

    A.    Yes, I do recall.

    Q.    And do you recall that the
browse of the reduced size cutouts was
faster than the browse of the full size
images?

    A.    Yes, I recall that.  I would
expect that that could be the case.

    Q.    Why is the browse of the
cutouts in the Taylor video faster than
the browse of the full size images?

    A.    Well, the browse of the full
size images requires, as in figure 18
of the '776 patent, for every reduced
size image that becomes a part of the
edit screen or part of the browse, must
come from a disk, go through the size
reducer, and then be inserted into the
output, the frame store for output.
And therefore we know that that's the,
what I'll call the slow browse
approach, that was prior art, for
example, to the '121 patent, and we all

Alan Cavallerano

05/03/2006

318

ALAN CAVALLERANO

17:12:05    1
17:12:09    2    pulling off the amount of data for
17:12:11    3    these individual pieces.
17:12:14    4        Q.    So one of the reasons the
17:12:20    5    Paint Box browse cutouts is faster than
17:12:22    6    the Paint Box browse of full size
17:12:24    7    images, is because the cutouts contain
17:12:27    8    less data than the full size images;
17:12:34    9    correct?
17:12:35    10        A.    Yes.  Because again, what
17:12:37    11    bogs down the system is needing to pull
17:12:39    12    off the full size image.  And in fact
17:12:43    13    that's what is such a benefit of the
17:12:45    14    '121 system, where you don't need to be
17:12:47    15    able -- where you don't need to pull
17:12:50    16    off the full size image and send it
17:12:59    17    through the size reducer each time.
17:13:02    18        Q.    Now, you agree that the
17:13:05    19    demonstration that Mr. Taylor showed on
17:13:08    20    his videotape could actually be done on
17:13:10    21    the Quantel Paint Box; correct?
17:13:13    22        A.    I have no reason to think
17:13:17    23    that an operator couldn't set up the
17:13:23    24    steps to be able to create that -- to
        25    be able to create that effect.

Alan Cavallerano

05/03/2006

319

ALAN CAVALLERANO

17:14:05  1

17:14:06  2    Q.    Now, when the Paint Box

17:14:10  3  browses full size images, the operator

17:14:17  4  can then select one of the resulting

17:14:20  5  reduced size images in the browse in

17:14:22  6  order to obtain the full size image;

17:14:24  7  correct?

17:14:30  8    A.    We are talking about for the

17:14:30  9  Paint Box?

17:14:33  10    Q.    Yes.

17:14:35  11    A.    Yes, that's correct.

17:14:44  12    Q.    So in the Paint Box, when

17:14:48  13  an operator selects a reduced size

17:14:50  14  image in the browse in order to obtain

17:14:53  15  a full size image corresponding to that

17:14:57  16  reduced size image, is there a working

17:14:59  17  relationship between the browsed image

17:15:03  18  and its corresponding full sized image?

17:15:06  19    A.    For that moment in time,

17:15:09  20  yes.  Because the full size image went

17:15:12  21  through -- went through the size

17:15:17  22  reducer and a browse screen was

17:15:23  23  created.  And then there would be a way

17:15:28  24  to go from the reduced sized image

25  that's in the browse screen to, back to

Alan Cavallerano

05/03/2006

ALAN CAVALLERANO                                320

the full sized image.  And of course
that's really what the prior art
systems all allowed you to do that,
otherwise the notion of browsing really
wouldn't -- it wouldn't work, because
then you wouldn't be -- you wouldn't be
browsing.

    Q.    Now, sir, we talked earlier
about the embodiment of, Mr. Beaulier's
embodiment of the '121 system, which
was the ESS-3 system.  Do you recall
that?

    A.    I'm not sure when we
discussed that.  Sorry.

    Q.    Fair enough.  We may not
have used the term ESS-3.

          The system designed by
Mr. Beaulier, in your expert opinion,
maintained a relationship between full
and reduced size images by assigning a
number to the reduced size image that
correlated with the number assigned to
the full size image; correct?

    A.    In a particular example, one

| 15:30 | 1 |
| 17:15:33 | 2 |
| 17:15:34 | 3 |
| 17:15:36 | 4 |
| 17:15:40 | 5 |
| 17:15:43 | 6 |
| 17:15:46 | 7 |
| 17:15:47 | 8 |
| 17:15:49 | 9 |
| 17:15:54 | 10 |
| 17:15:56 | 11 |
| 17:16:00 | 12 |
| 17:16:01 | 13 |
| 17:16:10 | 14 |
| 17:16:11 | 15 |
| 17:16:13 | 16 |
| 17:16:17 | 17 |
| 17:16:26 | 18 |
| 17:16:28 | 19 |
| 17:16:29 | 20 |
| 17:16:33 | 21 |
| 17:16:36 | 22 |
| 17:16:37 | 23 |
| 17:16:40 | 24 |
| | 25 |

Alan Cavallerano

05/03/2006

366

ALAN CAVALLERANO

30:28    1

18:30:30    2   ways similar discussion as for the

18:30:40    3   Paint Box.

18:30:40    4           MR. SUMMERSGILL:  I have

18:30:42    5   just a few more questions, then I'll

18:30:46    6   let Mr. Beamer ask some questions.

18:30:49    7       Q.    In paragraph 40 of your

18:30:54    8   expert report -- strike that.

18:30:55    9           Do you agree that all of the

18:30:59   10   components of the '121 patent were

18:31:02   11   known in the art?

18:31:03   12           MR. BEAMER:  Objection;

18:31:05   13   overly broad.

18:31:06   14       A.    Well, what I know is that

18:31:11   15   the '121 patent is an improvement over

18:31:19   16   what was then the state of the art.  So

18:31:22   17   what is -- what's improved is the

18:31:28   18   method of operation, and not the actual

18:31:34   19   elements themselves.  So that's

18:31:34   20   correct.

18:31:37   21       Q.    Now, in paragraph 30 of

18:31:43   22   your expert report, you indicate that

18:31:45   23   the invention would increase the

          24   marketability of digital cameras.

          25           Do you see that?

403

```
 1              ALAN CAVALLERANO

 2            C E R T I F I C A T E

 3    STATE OF NEW YORK    )

                           : ss.

 4    COUNTY OF NEW YORK   )

 5

 6       I, ERIC J. FINZ, a Shorthand

 7    Reporter and Notary Public within and

 8    for the State of New York, do hereby

 9    certify:

10       That ALAN CAVALLERANO, the witness

11    whose deposition is hereinbefore set

12    forth, was duly sworn by me and that

13    such deposition is a true record of the

14    testimony given by the witness.

15       I further certify that I am not

16    related to any of the parties to this

17    action by blood or marriage, and that I

18    am in no way interested in the outcome

19    of this matter.

20       IN WITNESS WHEREOF, I have hereunto

21    set my hand this _8_ day of

22    May___, 2006.          CERTIFIED ORIGINAL
                             LEGALINK BOSTON
23

24

25                ERIC J. FINZ
```