REDACTED



REDACTED



REDACTED



REDACTED

REDACTED



REDACTED



REDACTED



**REDACTED**



REDACTED



REDACTED



REDACTED



REDACTED



**REDACTED**



REDACTED

REDACTED

REDACTED



REDACTED



**REDACTED**



REDACTED



REDACTED

REDACTED



**REDACTED**



REDACTED



**REDACTED**

REDACTED



REDACTED



REDACTED

REDACTED



REDACTED



REDACTED



REDACTED

REDACTED



REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed the Redacted Appendix to Defendants' Answering Brief to Ampex Corporation's Motion for Partial Summary Judgment that U.S. Patent No. 4,821,121 is Not Anticipated with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_____/s/ Collins J. Seitz, Jr._____
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899