**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK | ) | |
| CORPORATION and CHINON INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING PAPER DOCUMENTS**

Notice is hereby given that the documents, exhibits or attachments listed below have

been manually filed with the Court and are available in paper form only:

**VOLUME 4 OF THE REDACTED APPENDIX TO DEFENDANTS'**
**ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR**
**SUMMARY JUDGMENT THAT U.S. PATENT NO. 4,821,121**
**IS NOT INVALID FOR OBVIOUSNESS**

|  |  |
|---|---|
| |    */s/ Collins J. Seitz, Jr.* |
| *Of Counsel:* | Collins J. Seitz, Jr. (#2237) |
| William F. Lee | Jaclyn M. Mason (#4737) |
| Donald R. Steinberg | CONNOLLY BOVE LODGE & HUTZ LLP |
| Michael J. Summersgill | 1007 North Orange Street |
| WILMER CUTLER PICKERING | P.O. Box 2207 |
|   HALE AND DORR LLP | Wilmington, DE 19899 |
| 60 State Street | (302) 658-9141 |
| Boston, MA  02109 | cseitz@cblh.com |
| (617) 526-6000 | |
| | ***Attorneys for Defendants Eastman Kodak Company*** |
| S. Calvin Walden | ***and Altek Corporation*** |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 399 Park Avenue | |
| New York, NY  10002 | |
| (212) 230-8800 | |

Dated:  June 20, 2006

## CERTIFICATE OF SERVICE

   I hereby certify that on June 20, 2006, I electronically filed the Notice of Filing Paper Documents with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

   and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

      */s/ Collins J. Seitz, Jr.*
      Collins J. Seitz, Jr. (Bar No. 2237)
      Connolly Bove Lodge & Hutz LLP
      P.O. Box 2207
      1007 North Orange Street
      Wilmington, DE 19899