# EXHIBIT 13

SHEET 1

1

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4     AMPEX CORPORATION,              :     CIVIL ACTION
                                       :
 5               Plaintiff,            :
                                       :
 6          v                          :
                                       :
 7     EASTMAN KODAK COMPANY,          :
       ALTEK CORPORATION, and         :
 8     CHINON INDUSTRIES, INC.,        :
                                       :
 9               Defendants.           :     NO. 04-1373 (KAJ)

10                              - - -

11                         Wilmington, Delaware
                      Thursday, January 12, 2006 at 9:30 a.m.
12                         TUTORIAL CONFERENCE

13                              - - -

14     BEFORE:        HONORABLE KENT A. JORDAN, U.S.D.C.J.

15                              - - -
       APPEARANCES:
16

17          MORRIS NICHOLS ARSHT & TUNNELL
            BY:  JULIA HEANEY, ESQ.
18
                    and
19

20          ROPES & GRAY, LLP
            BY:  NORMAN H. BEAMER, ESQ.
21               (Palo Alto, California)

22                  and

23


24
                               Brian P. Gaffigan
25                             Registered Merit Reporter
```

SHEET 2

2

1    APPEARANCES: (Continued)

2

3        ROPES & GRAY, LLP.
4        BY:  JESSE J. JENNER, ESQ.
              (New York, New York)

5                Counsel for Plaintiff

6

7        PRICKETT JONES & ELLIOTT, P.A.
8        BY:  PAUL M. LUKOFF, ESQ., and
              DAVID E. BRAND, ESQ.

9              and

10       WILMER CUTLER PICKERING HALE and DORR, LLP
11       BY:  DONALD R. STEINBERG, ESQ.,
              MICHAEL J. SUMMERSGILL, ESQ., and
12            SARAH E. WHITMAN, ESQ.
              (Boston, Massachusetts)

13               Counsel for Defendants

14

15               - oOo -

16         P R O C E E D I N G S

17       (REPORTER'S NOTE:  The following tutorial

18  conference was held in open court, beginning at 9:30 a.m.)

19       THE COURT:  Good morning.  Please be seated.

20       Why don't we go ahead and we'll start with some

21  introductions.

22       MS. HEANEY:  Good morning, Your Honor.  Julie

23  Heaney for plaintiff Ampex Corporation.  We have Norman

24  Beamer from Ropes & Gray and Jessie Jenner who represent

25  Ampex.

3

1        MR. JENNER:  Good morning, Your Honor.

2        THE COURT:  All right.  Who is going to be

3   making the presentation today?

4        MR. BEAMER:  I am, Your Honor.  Norman Beamer.

5        THE COURT:  All right.

6        MR. LUKOFF:  And Paul Lukoff on behalf of the

7   defendants Kodak, et al.  And with me today are Michael

8   Summersgill and David Steinberg from the Wilmer Cutler

9   Pickering Hale and Dorr firm.  They'll both be making

10  partial presentations on the defense part.

11       THE COURT:  All right.  Can I have the names

12  again, please?

13       MR. LUKOFF:  I'm sorry?

14       THE COURT:  The names one more time?

15       MR. LUKOFF:  Michael Summersgill.

16       MR. STEINBERG:  And Donald Steinberg.

17       THE COURT:  All right.  Thank you very much.

18  Go ahead.  I'll give the floor to you, Mr. Beamer, to start

19  with.

20       MR. BEAMER:  Thank you, Your Honor.  I have a

21  book that contains still versions of some of the pictures

22  that I am going to be using.  If I may hand up a copy for

23  Your Honor?

24       THE COURT:  Please do.

25       MR. BEAMER:  And an extra copy.

4

1        (Documents passed forward.)

2        THE COURT:  Thank you.

3        MR. BEAMER:  Good morning, Your Honor.  I'm

4   Norman Beamer representing Apex, and I have a tutorial

5   presentation.  First, we're going to discuss the

6   patent-in-suit, which is the '121 patent issued to Ampex.

7   It's entitled, Electronic Still Store With High Speed

8   Sorting and Method of Operation, issued in 1989, applied

9   for in 1983.

10       A still store is basically a device which holds

11  in digital form still images.  And the invention is directed

12  to the idea of sorting and retrieving images rapidly.

13       The invention originally arose out of a

14  development of a product that Ampex called the ESS-3.  ESS

15  stands for electronic still store.  It was first introduced

16  at the NAB Convention in 1983 in Las Vegas.  And this is a

17  picture of the original ESS-3 as demonstrated on the floor

18  of the convention.  As you can see, it contains a user

19  console, various electronics and a magnetic disk storage

20  similar to what kind of disk storage you have in an ordinary

21  personal computer.

22       This is an early brochure of the ESS-3, again

23  showing the various components.  In 1983, of course,

24  electronics were not as compact as they are today, and so

25  the electronics were in two different chassises.

5

1        THE COURT:  Let me ask you a question, if I

2   might.

3        MR. BEAMER:  Sure.

4        THE COURT:  In, throughout the patent, it

5   talks about still store, uses it as a term of art.  Can

6   you explain just that term to start with more completely

7   for me?

8        MR. BEAMER:  Sure.  Well, a still store simply

9   refers to a device which can store still images.  In the

10  context of television broadcasting, a still store was a

11  device such as we see here used to rapidly retrieve digital

12  versions of still images for the purpose of displaying them

13  in a TV broadcast.  For example, in a news show, obviously

14  there is a series of still images that are displayed while

15  the newscaster is giving, was reading off the news.  And so

16  that this is just a way of rapidly retrieving still images

17  in a television broadcast situation.  But a still store, at

18  least Ampex would say that a still store simply means what

19  it says:  a storage of still, a device which stores still

20  images.

21       THE COURT:  Okay.  Thank you.

22       MR. BEAMER:  Here is a snippet of a promotional

23  video for the ESS-3 which gives kind of an overview.

24       (AUDIO SOUND):  ESS-3 system.  A picture from

25  any standard composite video source, camera, film chain,

SHEET 3

6

1  line, character generator or VTR is captured and digitally
2  stored on a standard computer-style disk drive. One drive
3  can store and access as many as 400 stills. Up to 16 drives
4  may be included in the system, thus making available as many
5  as 6400 online images, each identified by number and
6  available for recall in less than a second.
7       For visual identification, or for browsing,
8  reduced-size images with ident numbers are presented 16 at
9  a time, allowing a quick and positive review of an entire
10  online library.
11       MR. BEAMER:  So that feature that is shown in
12  the last portion of the video, the browse screen, is what
13  the invention is all about.  Here is another picture of the
14  browse screen in the brochure.  And that was a feature
15  touted by Ampex, and that's the feature that is described
16  and claimed in the patent.
17       Basically, the idea is you have all these
18  images stored on some type of bulk storage medium such as a
19  magnetic drive and you want to be able to browse through and
20  choose the particular still that you want to retrieve.  And
21  it's convenient to do so using this kind of a browse screen
22  where multiple reduced-size pictures are displayed on the
23  screen all at once.  You quickly browse through them, pick
24  the one that you want and select that as your full-sized
25  picture to be displayed.

7

1       So how does the patent do that?
2       Well, there is one figure, as you I'm sure have
3  noticed in the patent, a block diagram.  First, there is a
4  video input which is -- could be, as that video showed,
5  could be a TV camera or another still store or a character
6  generator, any sort of source of images.  That image is
7  normally in analog form.  The real world is analog, i.e.,
8  things vary continuously.  For this, this invention takes
9  that analog image and converts it to digital form using an
10  input analog-to-digital converter.  It then stores that
11  digital information in a frame store.  A frame store is
12  simply a random access memory or RAM, such as -- again,
13  such as the RAM that is in a personal computer.
14       The contents of that frame store can be then
15  displayed on a monitor, but first it has to be converted
16  back into analog by the output digital-analog converter and
17  further processed so as to be displaced on a monitor.
18       When you want to capture an image, you move it
19  into the frame stored in accord with the invention, you
20  reduce the size of the image in a size reducer, and then
21  you store both the full-sized and reduced-size image into
22  a disk store or other bulk storage medium.
23       A CPU, central processing unit, i.e., a
24  microprocessor, controls the whole operation of the system;
25  and then there is a user console to allow user input.

8

1       We have an animated version of this image to
2  show the operation of the invention.  And I have expanded
3  out some of the boxes and filled in some of the boxes with
4  examples from the real world.  For the input, we're using
5  an ordinary TV camera.  It's pointed at a moving image.
6  And that moving image is stored in digital form in the
7  frame store.  This is just a representation of that.  It's
8  actually digital 1s and 0s.  The contents of that frame
9  store is read out through the output circuitry and
10  displayed on a monitor.
11       Now, when the user wants to capture an image, he
12  indicates with the appropriate command the images captured.
13  And I'll describe what is happening.  I'll run this again
14  and describe what is happening.
15       The picture is in the frame store.  It's frozen.
16  It's sent to the size reducer and reduced.  The reduced size
17  version is placed in the frame store and then both are
18  stored in disk store.  I'll do that once more.
19       The image is captured.  It's reduced.  The
20  reduced version is stored in frame store and then both are
21  stored in disk store.
22       Now, let's assume that the user has captured
23  a number of images and now has a library of stills.  You
24  will see that for every still full-sized image, there is a
25  corresponding reduced size image.  Now, let's assume that

9

1  some time later, the user wants to retrieve an image.
2  Well, he can retrieve any full-sized image by pressing the
3  appropriate command; and here we're just simulating that.
4  But suppose he wants to browse the images.  He pushes the
5  appropriate command and what happens are the prestored
6  reduced-size images are retrieved and placed into the frame
7  store at the appropriate position so as to display this
8  matrix of reduced-size images.
9       I'll do that again.  You will see that
10  whether -- that is why the invention teaches to store the
11  reduced-size images, for his rapid retrieval and generation
12  of the browse screen.
13       So now the user can select one of those
14  reduced-size images and fetch the corresponding full-sized
15  image rapidly.
16       Let me show you how that works in a contemporary
17  device.  We have here one of the Kodak cameras.  It's
18  warming up.  And so just as the TV camera in the example,
19  this is like a small TV camera that can be pointed anywhere.
20  And I can take an image and I am now freezing the image,
21  capturing it and it's now being stored on to the bulk
22  storage device, which in this case is a memory card, and it
23  turns out that a reduced-size image is stored along with
24  that full-sized image.
25       I'll take another picture.  These are not very

# EXHIBIT 14

CONFIDENTIAL EXHIBIT

# EXHIBIT 15

CONFIDENTIAL EXHIBIT

# EXHIBIT 16

CONFIDENTIAL EXHIBIT

# EXHIBIT 17

CONFIDENTIAL EXHIBIT

# EXHIBIT 18

hynix

# HY57V561620C(L)T(P)
## 4 Banks x 4M x 16Bit Synchronous DRAM

## DESCRIPTION

The HY57V561620C(L)T(P) Series is a 268,435,456bit CMOS Synchronous DRAM, ideally suited for the main memory applications which require large memory density and high bandwidth. HY57V561620C(L)T(P) Series is organized as 4banks of 4,194,304x16.

HY57V561620C(L)T(P) Series is offering fully synchronous operation referenced to a positive edge of the clock. All inputs and outputs are synchronized with the rising edge of the clock input. The data paths are internally pipelined to achieve very high bandwidth. All input and output voltage levels are compatible with LVTTL.

Programmable options include the length of pipeline (Read latency of 2 or 3), the number of consecutive read or write cycles initiated by a single control command (Burst length of 1,2,4,8 or full page), and the burst count sequence(sequential or interleave). A burst of read or write cycles in progress can be terminated by a burst terminate command or can be interrupted and replaced by a new burst read or write command on any cycle. (This pipelined design is not restricted by a `2N` rule.)

## FEATURES

- Single 3.3±0.3V power supply

- All device pins are compatible with LVTTL interface

- JEDEC standard 400mil 54pin TSOP-II with 0.8mm of pin pitch (Leaded Package or Lead Free Package)

- All inputs and outputs referenced to positive edge of system clock

- Data mask function by UDQM, LDQM

- Internal four banks operation

- Auto refresh and self refresh

- 8192 refresh cycles / 64ms

- Programmable Burst Length and Burst Type

  - 1, 2, 4, 8 or Full page for Sequential Burst

  - 1, 2, 4 or 8 for Interleave Burst

- Programmable $\overline{CAS}$ Latency ; 2, 3 Clocks

## ORDERING INFORMATION

| Part No. | Clock Frequency | Power | Organization | Interface | 400mil 54pin TSOP II |
|----------|-----------------|-------|--------------|-----------|----------------------|
| HY57V561620C(L)T(P)-6 | 166MHz | | | | |
| HY57V561620C(L)T(P)-7 | 143MHz | | | | |
| HY57V561620C(L)T(P)-K | 133MHz | | | | |
| HY57V561620C(L)T(P)-H | 133MHz | (Normal) / Low Power | 4Banks x 4Mbits x16 | LVTTL | (Leaded) / Lead Free |
| HY57V561620C(L)T(P)-8 | 125MHz | | | | |
| HY57V561620C(L)T(P)-P | 100MHz | | | | |
| HY57V561620C(L)T(P)-S | 100MHz | | | | |

Note :

1. HY57V561620CT Series    : Normal power & Leaded 54Pin TSOP II

2. HY57V561620CLT Series   : Low power & Leaded 54Pin TSOP II

3. HY57V561620CTP Series   : Normal power & Lead Free 54Pin TSOP II

4. HY57V561620CLTP Series : Low power & Lead Free 54Pin TSOP II

---

This document is a general product description and is subject to change without notice. Hynix Semiconductor Inc. does not assume any responsibility for use of circuits described. No patent licenses are implied.
Rev. 0.5 / June 2004

1

AX200163



EXHIBIT
Ligler 13

AX200163

## hynix

HY57V561620C(L)T(P)

## PIN CONFIGURATION



| | | | |
|---|---|---|---|
| VDD | 1 | 54 | VSS |
| DQ0 | 2 | 53 | DQ15 |
| VDDQ | 3 | 52 | VSSQ |
| DQ1 | 4 | 51 | DQ14 |
| DQ2 | 5 | 50 | DQ13 |
| VSSQ | 6 | 49 | VDDQ |
| DQ3 | 7 | 48 | DQ12 |
| DQ4 | 8 | 47 | DQ11 |
| VDDQ | 9 | 46 | VSSQ |
| DQ5 | 10 | 45 | DQ10 |
| DQ6 | 11 | 44 | DQ9 |
| VSSQ | 12 | 43 | VDDQ |
| DQ7 | 13 | 42 | DQ8 |
| VDD | 14 | 41 | VSS |
| LDQM | 15 | 40 | NC |
| /WE | 16 | 39 | UDQM |
| /CAS | 17 | 38 | CLK |
| /RAS | 18 | 37 | CKE |
| /CS | 19 | 36 | A12 |
| BA0 | 20 | 35 | A11 |
| BA1 | 21 | 34 | A9 |
| A10/AP | 22 | 33 | A8 |
| A0 | 23 | 32 | A7 |
| A1 | 24 | 31 | A6 |
| A2 | 25 | 30 | A5 |
| A3 | 26 | 29 | A4 |
| VDD | 27 | 28 | VSS |

54pin TSOP II
400mil x 875mil
0.8mm pin pitch

## PIN DESCRIPTION

| PIN | PIN NAME | DESCRIPTION |
|---|---|---|
| CLK | Clock | The system clock input. All other inputs are registered to the SDRAM on the rising edge of CLK |
| CKE | Clock Enable | Controls internal clock signal and when deactivated, the SDRAM will be one of the states among power down, suspend or self refresh |
| $\overline{CS}$ | Chip Select | Enables or disables all inputs except CLK, CKE, UDQM and LDQM |
| BA0, BA1 | Bank Address | Selects bank to be activated during RAS activity<br>Selects bank to be read/written during CAS activity |
| A0 ~ A12 | Address | Row Address : RA0 ~ RA12, Column Address : CA0 ~ CA8<br>Auto-precharge flag : A10 |
| $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$ | Row Address Strobe,<br>Column Address Strobe,<br>Write Enable | $\overline{RAS}$, $\overline{CAS}$ and $\overline{WE}$ define the operation<br>Refer function truth table for details |
| UDQM, LDQM | Data Input/Output Mask | Controls output buffers in read mode and masks input data in write mode |
| DQ0 ~ DQ15 | Data Input/Output | Multiplexed data input / output pin |
| VDD/VSS | Power Supply/Ground | Power supply for internal circuits and input buffers |
| VDDQ/VSSQ | Data Output Power/Ground | Power supply for output buffers |
| NC | No Connection | No connection |

2

AX200164

AX200164

# hynix

**HY57V561620C(L)T(P)**

## FUNCTIONAL BLOCK DIAGRAM

4Mbit x 4banks x 16 I/O Synchronous DRAM



---

Rev. 0.5 / June 2004

3

**AX200165**

AX200165

hynix                                                    HY57V561620C(L)T(P)

## ABSOLUTE MAXIMUM RATINGS

| Parameter | Symbol | Rating | Unit |
|---|---|---|---|
| Ambient Temperature | TA | 0 ~ 70 | °C |
| Storage Temperature | TSTG | -55 ~ 125 | °C |
| Voltage on Any Pin relative to VSS | VIN, VOUT | -1.0 ~ 4.6 | V |
| Voltage on VDD relative to VSS | VDD, VDDQ | -1.0 ~ 4.6 | V |
| Short Circuit Output Current | IOS | 50 | mA |
| Power Dissipation | PD | 1 | W |
| Soldering Temperature · Time | TSOLDER | 260 · 10 | °C · Sec |

Note : Operation at above absolute maximum rating can adversely affect device reliability

## DC OPERATING CONDITION (TA=0 to 70°C)

| Parameter | Symbol | Min | Typ. | Max | Unit | Note |
|---|---|---|---|---|---|---|
| Power Supply Voltage | VDD, VDDQ | 3.0 | 3.3 | 3.6 | V | 1 |
| Input High Voltage | VIH | 2.0 | 3.0 | VDDQ + 0.3 | V | 1,2 |
| Input Low Voltage | VIL | - 0.3 | 0 | 0.8 | V | 1,3 |

Note :
1. All voltages are referenced to VSS = 0V
2. VIH (max) is acceptable 5.6V AC pulse width with ≤3ns of duration
3. VIL (min) is acceptable -2.0V AC pulse width with ≤3ns of duration

## AC OPERATING CONDITION (TA=0 to 70°C, VDD=3.3 ± 0.3V, VSS=0V)

| Parameter | Symbol | Value | Unit | Note |
|---|---|---|---|---|
| AC Input High / Low Level Voltage | VIH / VIL | 2.4/0.4 | V | |
| Input Timing Measurement Reference Level Voltage | Vtrip | 1.4 | V | |
| Input Rise / Fall Time | tR / tF | 1 | ns | |
| Output Timing Measurement Reference Level | Voutref | 1.4 | V | |
| Output Load Capacitance for Access Time Measurement | CL | 50 | pF | 1 |

Note :
1. Output load to measure access time is equivalent to two TTL gates and one capacitor (50pF)
   For details, refer to AC/DC output circuit

---

AX200166

AX200166



HY57V561620C(L)T(P)

## CAPACITANCE (TA=25°C, f=1MHz)

| Parameter | Pin | Symbol | -6/7/K/H | | -8/P/S | | Unit |
|-----------|-----|--------|----------|----------|--------|--------|------|
| | | | Min | Max | Min | Max | |
| Input capacitance | CLK | Ci1 | 2.5 | 3.5 | 2.5 | 4.0 | pF |
| | A0 ~ A12, BA0, BA1, CKE, CS, RAS, CAS, WE, UDQM, LDQM | Ci2 | 2.5 | 3.8 | 2.5 | 5.0 | pF |
| Data input / output capacitance | DQ0 ~ DQ15 | CI/O | 4.0 | 6.5 | 4.0 | 6.5 | pF |

## OUTPUT LOAD CIRCUIT



DC Output Load Circuit          AC Output Load Circuit

## DC CHARACTERISTICS I (TA=0 to 70°C, VDD=3.3±0.3V)

| Parameter | Symbol | Min. | Max. | Unit. | Note |
|-----------|--------|------|------|-------|------|
| Input Leakage Current | ILI | -1 | 1 | uA | 1 |
| Output Leakage Current | ILO | -1 | 1 | uA | 2 |
| Output High Voltage | VOH | 2.4 | - | V | IOH = -4mA |
| Output Low Voltage | VOL | - | 0.4 | V | IOL = +4mA |

Note :
1. VIN = 0 to 3.6V, All other pins are not tested under VIN =0V
2. DOUT is disabled, VOUT=0 to 3.6V

AX200167

AX200167

hynix                                                    HY57V561620C(L)T(P)

## DC CHARACTERISTICS II (TA=0 to 70°C, VDD=3.3±0.3V, VSS=0V)

| Parameter | Symbol | Test Condition | Speed | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -6 | -7 | -K | -H | -8 | -P | -S | | |
| Operating Current | IDD1 | Burst length=1, One bank active tRC ≥ tRC(min), IOL=0mA | 130 | 110 | 110 | 110 | 100 | 100 | 100 | mA | 1 |
| Precharge Standby Current in Power Down Mode | IDD2P | CKE ≤ VIL(max), tCK = 15ns | 2 | | | | | | | mA | |
| | IDD2PS | CKE ≤ VIL(max), tCK = ∞ | 1 | | | | | | | | |
| Precharge Standby Current in Non Power Down Mode | IDD2N | CKE ≥ VIH(min), CS ≥ VIH(min), tCK = 15ns Input signals are changed one time during 30ns. All other pins ≥ VDD-0.2V or ≤ 0.2V | 20 | | | | | | | mA | |
| | IDD2NS | CKE ≥ VIH(min), tCK = ∞ Input signals are stable. | 10 | | | | | | | | |
| Active Standby Current in Power Down Mode | IDD3P | CKE ≤ VIL(max), tCK = 15ns | 3 | | | | | | | mA | |
| | IDD3PS | CKE ≤ VIL(max), tCK = ∞ | 3 | | | | | | | | |
| Active Standby Current in Non Power Down Mode | IDD3N | CKE ≥ VIH(min), CS ≥ VIH(min), tCK = 15ns Input signals are changed one time during 30ns. All other pins ≥ VDD-0.2V or ≤ 0.2V | 30 | | | | | | | mA | |
| | IDD3NS | CKE ≥ VIH(min), tCK = ∞ Input signals are stable. | 25 | | | | | | | | |
| Burst Mode Operating Current | IDD4 | tCK ≥ tCK(min), IOL=0mA All banks active | 150 | 130 | 130 | 130 | 130 | 110 | 110 | mA | 1 |
| Auto Refresh Current | IDD5 | tRRC ≥ tRRC(min), All banks active | 220 | 220 | 220 | 220 | 200 | 200 | 200 | mA | 2 |
| Self Refresh Current | IDD6 | CKE ≤ 0.2V | 3 | | | | | | | mA | 3 |
| | | | 1.5 | | | | | | | mA | 4 |

Note :
1.IDD1 and IDD4 depend on output loading and cycle rates. Specified values are measured with the output open
2.Min. of tRRC (Refresh RAS cycle time) is shown at AC CHARACTERISTICS II
3.HY57V561620CT(P)-6/7/K/H/8/P/S
4.HY57V561620CLT(P)-6/7/K/H/8/P/S

AX200168

AX200168

hynix                                                    HY57V561620C(L)T(P)

## AC CHARACTERISTICS I (AC operating conditions unless otherwise noted)

| Parameter | | Symbol | -6 Min | -6 Max | -7 Min | -7 Max | -K Min | -K Max | -H Min | -H Max | -8 Min | -8 Max | -P Min | -P Max | -S Min | -S Max | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| System Clock Cycle Time | $\overline{CAS}$ Latency = 3 | tCK3 | 6 | 1000 | 7 | 1000 | 7.5 | 1000 | 7.5 | 1000 | 8 | 1000 | 10 | 1000 | 10 | 1000 | ns | |
| | $\overline{CAS}$ Latency = 2 | tCK2 | 7.5 | | 10 | | 7.5 | | 10 | | 10 | | 10 | | 12 | | ns | |
| Clock High Pulse Width | | tCHW | 2.5 | - | 2.5 | - | 2.5 | - | 2.5 | - | 3 | - | 3 | - | 3 | - | ns | 1 |
| Clock Low Pulse Width | | tCLW | 2.5 | - | 2.5 | - | 2.5 | - | 2.5 | - | 3 | - | 3 | - | 3 | - | ns | 1 |
| Access Time From Clock | $\overline{CAS}$ Latency = 3 | tAC3 | - | 5.4 | - | 5.4 | - | 5.4 | - | 5.4 | - | 6 | - | 6 | - | 6 | ns | 2 |
| | $\overline{CAS}$ Latency = 2 | tAC2 | - | 6 | - | 6 | - | 5.4 | - | 6 | - | 6 | - | 6 | - | 6 | ns | |
| Data-Out Hold Time | | tOH | 2.7 | - | 2.7 | - | 2.7 | - | 2.7 | - | 3 | - | 3 | - | 3 | - | ns | |
| Data-Input Setup Time | | tDS | 1.5 | - | 1.5 | - | 1.5 | - | 1.5 | - | 2 | - | 2 | - | 2 | - | ns | 1 |
| Data-input Hold Time | | tDH | 0.8 | - | 0.8 | - | 0.8 | - | 0.8 | - | 1 | - | 1 | - | 1 | - | ns | 1 |
| Address Setup Time | | tAS | 1.5 | - | 1.5 | - | 1.5 | - | 1.5 | - | 2 | - | 2 | - | 2 | - | ns | 1 |
| Address Hold Time | | tAH | 0.8 | - | 0.8 | - | 0.8 | - | 0.8 | - | 1 | - | 1 | - | 1 | - | ns | 1 |
| CKE Setup Time | | tCKS | 1.5 | - | 1.5 | - | 1.5 | - | 1.5 | - | 2 | - | 2 | - | 2 | - | ns | 1 |
| CKE Hold Time | | tCKH | 0.8 | - | 0.8 | - | 0.8 | - | 0.8 | - | 1 | - | 1 | - | 1 | - | ns | 1 |
| Command Setup Time | | tCS | 1.5 | - | 1.5 | - | 1.5 | - | 1.5 | - | 2 | - | 2 | - | 2 | - | ns | 1 |
| Command Hold Time | | tCH | 0.8 | - | 0.8 | - | 0.8 | - | 0.8 | - | 1 | - | 1 | - | 1 | - | ns | 1 |
| CLK to Data Output in Low-Z Time | | tOLZ | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | ns | |
| CLK to Data Output in High-Z Time | $\overline{CAS}$ Latency = 3 | tOHZ3 | 2.7 | 5.4 | 2.7 | 5.4 | 2.7 | 5.4 | 2.7 | 5.4 | 3 | 6 | 3 | 6 | 3 | 6 | ns | |
| | $\overline{CAS}$ Latency = 2 | tOHZ2 | 2.7 | 5.4 | 2.7 | 5.4 | 2.7 | 5.4 | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 | ns | |

Note :
1.Assume tR / tF (input rise and fall time ) is 1ns
2.Access times to be measured with input signals of 1v/ns edge rate

AX200169

AX200169

ʰʸⁿⁱˣ hynix                                                                HY57V561620C(L)T(P)

## AC CHARACTERISTICS II

| Parameter | | Symbol | -6 | | -7 | | -K | | -H | | -8 | | -P | | -S | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| $\overline{RAS}$ Cycle Time | Operation | tRC | 60 | - | 60 | - | 60 | - | 65 | - | 68 | - | 70 | - | 70 | - | ns | |
| | Auto Refresh | tRRC | 60 | - | 60 | - | 60 | - | 65 | - | 68 | - | 70 | - | 70 | - | ns | |
| $\overline{RAS}$ to $\overline{CAS}$ Delay | | tRCD | 18 | - | 18 | - | 15 | - | 20 | - | 20 | - | 20 | - | 20 | - | ns | |
| $\overline{RAS}$ Active Time | | tRAS | 42 | 100K | 42 | 100K | 45 | 100K | 45 | 100K | 48 | 100K | 50 | 100K | 50 | 100K | ns | |
| $\overline{RAS}$ Precharge Time | | tRP | 18 | - | 18 | - | 15 | - | 20 | - | 20 | - | 20 | - | 20 | - | ns | |
| $\overline{RAS}$ to $\overline{RAS}$ Bank Active Delay | | tRRD | 12 | - | 14 | - | 15 | - | 15 | - | 16 | - | 20 | - | 20 | - | ns | |
| $\overline{CAS}$ to $\overline{CAS}$ Delay | | tCCD | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | CLK | |
| Write Command to Data-In Delay | | tWTL | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | CLK | |
| Write Recovery Time | | tWR | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | CLK | |
| Data-In to Active Command | | tDAL | 5 | - | 5 | - | 5 | - | 5 | - | 5 | - | 5 | - | 5 | - | CLK | |
| DQM to Data-Out Hi-Z | | tDQZ | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | CLK | |
| DQM to Data-In Mask | | tDQM | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - | CLK | |
| MRS to New Command | | tMRD | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | CLK | |
| Precharge to Data Output Hi-Z | $\overline{CAS}$ Latency = 3 | tPROZ3 | 3 | - | 3 | - | 3 | - | 3 | - | 3 | - | 3 | - | 3 | - | CLK | |
| | $\overline{CAS}$ Latency = 2 | tPROZ2 | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | 2 | - | CLK | |
| Power Down Exit Time | | tPDE | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | CLK | |
| Self Refresh Exit Time | | tSRE | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | 1 | - | CLK | 1 |
| Refresh Time | | tREF | - | 64 | - | 64 | - | 64 | - | 64 | - | 64 | - | 64 | - | 64 | ms | |

Note :

1. A new command can be given tRRC after self refresh exit

AX200170

AX200170

# hynix

**HY57V561620C(L)T(P)**

## IBIS SPECIFICATION

### I$_{OH}$ Characteristics (Pull-up)

| Voltage | 100MHz (Min) | 100MHz (Max) | 66MHz (Min) |
|---|---|---|---|
| (V) | I(mA) | I(mA) | I(mA) |
| 3.45 | | -2.4 | |
| 3.3 | | -27.3 | |
| 3.0 | 0 | -74.1 | -0.7 |
| 2.6 | -21.1 | -129.2 | -7.5 |
| 2.4 | -34.1 | -153.3 | -13.3 |
| 2.0 | -58.7 | -197 | -27.5 |
| 1.8 | -67.3 | -226.2 | -35.5 |
| 1.65 | -73 | -248 | -41.1 |
| 1.5 | -77.9 | -269.7 | -47.9 |
| 1.4 | -80.8 | -284.3 | -52.4 |
| 1.0 | -88.6 | -344.5 | -72.5 |
| 0 | -93 | -502.4 | -93 |



**66MHz and 100MHz Pull-up**

- I$_{OH}$ Min (100MHz)
- I$_{OH}$ Min (66MHz)
- I$_{OH}$ Max (66 /100MHz)

### I$_{OL}$ Characteristics (Pull-down)

| Voltage | 100MHz (Min) | 100MHz (Max) | 66MHz (Min) |
|---|---|---|---|
| (V) | I(mA) | I(mA) | I(mA) |
| 0 | 0 | 0 | 0 |
| 0.4 | 27.5 | 70.2 | 17.7 |
| 0.65 | 41.8 | 107.5 | 26.9 |
| 0.85 | 51.6 | 133.8 | 33.3 |
| 1.0 | 58.0 | 151.2 | 37.6 |
| 1.4 | 70.7 | 187.7 | 46.6 |
| 1.5 | 72.9 | 194.4 | 48.0 |
| 1.65 | 75.4 | 202.5 | 49.5 |
| 1.8 | 77.0 | 208.6 | 50.7 |
| 1.95 | 77.6 | 212.0 | 51.5 |
| 3.0 | 80.3 | 219.6 | 54.2 |
| 3.45 | 81.4 | 222.6 | 54.9 |



**66MHz and 100MHz Pull-down**

- I$_{OL}$ Min (100MHz)
- I$_{OL}$ Min (66MHz)
- I$_{OL}$ Max (100MHz)

AX200171

AX200171

hynix                                                    HY57V561620C(L)T(P)

## DEVICE OPERATING OPTION TABLE

### HY57V561620C(L)T(P)-6

|              | CAS Latency | tRCD   | tRAS   | tRC    | tRP   | tAC   | tOH   |
|--------------|-------------|--------|--------|--------|-------|-------|-------|
| 166MHz(6ns)  | 3CLKs       | 3CLKs  | 7CLKs  | 10CLKs | 3CLKs | 5.4ns | 2.7ns |
| 143MHz(7ns)  | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs  | 3CLKs | 5.4ns | 2.7ns |
| 133MHz(7.5ns)| 2CLKs       | 3CLKs  | 6CLKs  | 9CLKs  | 3CLKs | 5.4ns | 2.7ns |

### HY57V561620C(L)T(P)-7

|              | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|--------------|-------------|--------|--------|-------|-------|-------|-------|
| 143MHz(7ns)  | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 5.4ns | 2.7ns |
| 133MHz(7.5ns)| 2CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 5.4ns | 2.7ns |
| 125MHz(8ns)  | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 6ns   | 3ns   |

### HY57V561620C(L)T(P)-K

|               | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|---------------|-------------|--------|--------|-------|-------|-------|-------|
| 133MHz(7.5ns) | 2CLKs       | 2CLKs  | 6CLKs  | 8CLKs | 2CLKs | 5.4ns | 2.7ns |
| 125MHz(8ns)   | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 6ns   | 3ns   |
| 100MHz(10ns)  | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |

### HY57V561620C(L)T(P)-H

|               | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|---------------|-------------|--------|--------|-------|-------|-------|-------|
| 133MHz(7.5ns) | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 5.4ns | 2.7ns |
| 125MHz(8ns)   | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 6ns   | 3ns   |
| 100MHz(10ns)  | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |

### HY57V561620C(L)T-8

|              | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|--------------|-------------|--------|--------|-------|-------|-------|-------|
| 125MHz(8ns)  | 3CLKs       | 3CLKs  | 6CLKs  | 9CLKs | 3CLKs | 6ns   | 3ns   |
| 100MHz(10ns) | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |
| 83MHz(12ns)  | 2CLKs       | 2CLKs  | 4CLKs  | 6CLKs | 2CLKs | 6ns   | 3ns   |

### HY57V561620C(L)T(P)-P

|              | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|--------------|-------------|--------|--------|-------|-------|-------|-------|
| 100MHz(10ns) | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |
| 83MHz(12ns)  | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |
| 66MHz(15ns)  | 2CLKs       | 2CLKs  | 4CLKs  | 6CLKs | 2CLKs | 6ns   | 3ns   |

### HY57V561620C(L)T(P)-S

|              | CAS Latency | tRCD   | tRAS   | tRC   | tRP   | tAC   | tOH   |
|--------------|-------------|--------|--------|-------|-------|-------|-------|
| 100MHz(10ns) | 3CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |
| 83MHz(12ns)  | 2CLKs       | 2CLKs  | 5CLKs  | 7CLKs | 2CLKs | 6ns   | 3ns   |
| 66MHz(15ns)  | 2CLKs       | 2CLKs  | 4CLKs  | 6CLKs | 2CLKs | 6ns   | 3ns   |

Rev. 0.5 / June 2004

AX200172

AX200172

Hynix

HY57V561620C(L)T(P)

## COMMAND TRUTH TABLE

| Command | | CKEn-1 | CKEn | CS̄ | RAS̄ | CAS̄ | WĒ | DQM | ADDR | A10/AP | BA | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode Register Set | | H | X | L | L | L | L | X | OP code | | | |
| No Operation | | H | X | H | X | X | X | X | X | | | |
| | | | | L | H | H | H | | | | | |
| Bank Active | | H | X | L | L | H | H | X | RA | | V | |
| Read | | H | X | L | H | L | H | X | CA | L | V | |
| Read with Autoprecharge | | | | | | | | | | H | | |
| Write | | H | X | L | H | L | L | X | CA | L | V | |
| Write with Autoprecharge | | | | | | | | | | H | | |
| Precharge All Banks | | H | X | L | L | H | L | X | X | H | X | |
| Precharge selected Bank | | | | | | | | | | L | V | |
| Burst Stop | | H | X | L | H | H | L | X | X | | | |
| DQM | | H | | X | | | | V | X | | | |
| Auto Refresh | | H | H | L | L | L | H | X | X | | | |
| Burst-Read-Single-WRITE | | H | X | L | L | L | H | X | A9 Pin High (Other Pins OP code) | | | |
| Self Refresh[1] | Entry | H | L | L | L | L | H | X | X | | | |
| | Exit | L | H | H | X | X | X | X | | | | |
| | | | | L | H | H | H | | | | | |
| Precharge power down | Entry | H | L | H | X | X | X | X | X | | | |
| | | | | L | H | H | H | | | | | |
| | Exit | L | H | H | X | X | X | X | | | | |
| | | | | L | H | H | H | | | | | |
| Clock Suspend | Entry | H | L | H | X | X | X | X | X | | | |
| | | | | L | V | V | V | | | | | |
| | Exit | L | H | X | | | | X | | | | |

Note :
1. Exiting Self Refresh occurs by asynchronously bringing CKE from low to high
2. X = Don't care, H = Logic High, L = Logic Low. BA =Bank Address, RA = Row Address, CA = Column Address, Opcode = Operand Code, NOP = No Operation

Rev. 0.5 / June 2004

AX200173

# hынiх                    HY57V561620C(L)T(P)

## PACKAGE INFORMATION

**400mil 54pin Thin Small Outline Package**



UNIT : mm(inch)

AX200174

# EXHIBIT 19

CONFIDENTIAL EXHIBIT

# EXHIBIT 20

# CONFIDENTIAL EXHIBIT

# EXHIBIT 21

CONFIDENTIAL EXHIBIT

# EXHIBIT 22

CONFIDENTIAL EXHIBIT

# EXHIBIT 23

**IBM**®

## T221 22.2-inch QUXGA TFT Flat Panel Monitor (9503) - Overview

⬇ <u>Applicable countries and regions</u>



→ <u>Service parts</u>

→ <u>Files (For Matrox video card included w/monitor)</u>

→ <u>Files (For FireGL Digital video card, not included w/monitor)</u>

→ <u>NVIDIA drivers file for Microsoft XP and Windows 2000</u>

→ <u>NVidia Quadro FX 1100 BIOS Update</u>

→ <u>Files - Firmware Utility Update</u>

→ <u>Files - Firmaware utility Foundation Model</u>

→ <u>Files - Resolution switching utility by Hot Key software update</u>

→ <u>Files - Color Management software utility</u>

→ <u>Files - Configuration files for Linux environment</u>

→ <u>Publications</u>

### At a glance

With the new T221 flat-panel monitor, you can view business-critical applications with an astounding level of clarity. Features include:

- 22.2-inch viewable image area
- 3840 x 2400 addressability (QUXGA-W)
- 9.2 million total pixels, 204 pixel density per inch (80 per cm)
- 16.7 million colors, 8-bit drivers
- Tilt stand
- Detachable Video Electronics Standards Association (VESA) standard mount size (100 mm) stand
- Available in Business Black

### Warranty

United States, Canada, Latin America, Europe, Middle East, and Africa
3 year Limited - customer carry-in exchange

Asia Pacific (Japan only)

**Document options**

🖨 **<u>Printable version</u>**

**IBM & Lenovo**



**ThinkPad, ThinkCentre and other PC products are now products of Lenovo.**

***lenovo***
Support & downloads

1 year Limited -customer carry-in exchange

## Packaging

You will receive one box containing the following items:

- Monitor
- Attached tilt stand
- Detached external power supply (ac adapters)
- Power cord
- Corresponding cable and card
    - 9503-DG1: Matrox cables(x2) with G200MMS card
    - 9503-DG3: DVI cable(x1)
- User's Guide
- Japanese warranty card (Japan only)

## Product dates

## Worldwide

- Announce date: 9 Oct 2001
- Planned availability date: October 2001

Technical specifications
## Physical, environmental, and compatibility specifications as known at time of announcement

Weight

- 26.4 lbs
- 12 kg

Height

- 17.2 inches
- 437 mm

Width

- 21.5 inches
- 547 mm

Depth

- 7.7 inches
- 196 mm

## Power requirements

- Input voltage: 100 to 240 V ac
- Frequency: 50/60 Hz
- Power consumption (Maximum): 150 watts
- Power consumption (Normal Use): <135 watts typical
- Power consumption (VESA Standby): 15 watts maximum
- Power consumption (VESA Suspend): 15 watts maximum
- Power consumption (VESA Off): 15 watts maximum

**NOTE:** Actual power consumption depends on the screen mode used, the images displayed, and how user controls are set.

Altitude

- Operating: 0 to 12,000 ft

- Shipping: 0 to 40,000 ft
- Storage: 0 to 12,000ft

Operating

- Temperature: 0 to 35degrees celsius
- Relative humidity: 8% to 80%
- Altitude: 0 to 12,000ft

Storage

- Temperature: -20 to 60degrees celsius
- Relative humidity: 5% to 95%
- Altitude: 0 to 12,000ft

Shipping

- Temperature: -20 to 60degrees celsius
- Relative humidity: 5% to 95%
- Altitude: 0 to 40,000ft

Regulatory agency approvals

Safety

- UL (U.S.)
- CSA (Canada)
- IEC950 CB Report
- CE Mark (Europe)

EMC

- FCC Class A (U.S.)
- CE Mark (Europe)
- VCCI Class Class A (Japan)
- CISPR22 A
- AN/NZS 3548

Software requirements

The T221 color monitor supports the following display modes:

| Resolution | Refresh Rate |
|------------|--------------|
| 640 x 480 | 60 Hz |
| 640 x 480 | 72 Hz |
| 640 x 480 | 75 Hz |
| 640 x 480 | 85 Hz |
| 800 x 600 | 56 Hz |
| 800 x 600 | 60 Hz |
| 800 x 600 | 72 Hz |
| 800 x 600 | 75 Hz |
| 800 x 600 | 85 Hz |
| 1024 x 768 | 60 Hz |
| 1024 x 768 | 70 Hz |
| 1024 x 768 | 75 Hz |
| 1024 x 768 | 85 Hz |

| 1280 x 1024 | 60 Hz |
|---|---|
| 1280 x 1024 | 75 Hz |
| 1600 x 1200 | 60 Hz |
| 3840 x 2400 | 41 Hz, stripe mode |

**NOTE:** (3840 x 2400 41 Hz, tile mode, will be supported by the end of Oct 2 2001)

Appropriate video-adapter hardware and software must be installed in the attaching system unit.

Supported operating systems

- Microsoft Windows 2000
- Linux-2.2x Kernels*

* FireGL4 card support only and will be available at the end of October.

Compatibility

Supported display modes are a function of the attaching system unit. The full range of display modes available with these monitors may not be available or supported with all combinations of system units, their operating systems, and application software.

Limitations

- The number of colors shown in any display mode (up to a maximum of 16.7 million) is not limited by the monitor, but depends on the capabilities of the video adapter in the system unit.
- Certain functions require the system unit to be similarly configured, so all monitor functions may not be enabled when attached to a particular system unit.
- The 22.2-inch TFT monitor has nearly 28 million subpixel transistors laid over an area exceeding 220 square inches. There may be a small number of these sub-pixels which are missing, discolored, or always lit. This an intrinsic characteristic of TFT manufacturing. The T221 monitor may have up to 20 defective sub-pixels.

**Applicable countries and regions**
Worldwide

⬆ **Back to top**

Document id: MIGR-39635
Last modified: 2004-11-22
Copyright © 2006 IBM Corporation

🖶 **Printable version**

# EXHIBIT 24



# VP2290b

**Widescreen VP2290b LCD, the professional's choice.**

ViewSonic's VP2290b widescreen 22.2" digital LCD raises image precision to a new level with revolutionary 27.6 million-dot (RGB sub-pixel) imagery with awe-inspiring, depth and clarity. An ultra-high 9.2 **MEGAPIXEL RESOLUTION OFFERS EXTRAORDINARY DETAIL**, ideal for satellite imaging and digital content creation. New AGS-1 anti-glare coating eliminates glare in almost any lighting situation for rich, saturated color. The purely digital interface produces artifact-free, **PHOTO-REALISTIC IMAGES** with vivid TV-like, HD-compliant colors for video rendering, film restoration and graphic arts. A powerful complement to today's high-end PCs, Macs, Sun and SGI workstation, choose the VP2290b for the ultimate in LCD performance.

View a complete list of applications and industries and compatible video cards.

Download drivers and utilities for the VP2290b.



**Case color:** ▮

 
find it locally          Buy on-line

Overview | **Features** | Specs | Accessories

**Product Details**

- Overview
- **Features**
- Specs
- Accessories
- Awards
- User Guide

📄 **PDF Product Comparison Chart (413 K)**
📄 **PDF Specsheet (292 K)**
Download Drivers/Utilities

- **Press Releases**
- **Awards**

**Print This Page Email This Page**

## Features

**9.2 mega pixel (27.6 million RGB dots)**
Ultra-high 204 pixel per inch (PPI) produces stunning picture clarity and photo-like images.

**Widescreen 16:10 aspect ratio**
Widescreen format allows desktop publishing professionals to display two full pages of text and graphics simultaneously.

**5X pixel density LCD display**
Advanced high-resolution liquid crystal panel technology boosts pixel density up to five times higher than a normal LCD display for superior picture clarity and perfect focus.

**Pure digital interface**
Digital interface ensures original data integrity for spectacular, crystal-clear images.

**Broad, accurate color gamut**
conforms to ITU 709 HDTV color standard accurately reproducing true, vibrant colors.

**Powerfully compatible**
Compatible with PCs, Macs, Sun and SGI workstations.

**Full 22.2" viewable screen**

**3840x2400 optimum resolution**

**High brightness and contrast**
235-nit (typ) brightness and 400:1 (typ) contrast ratio for rich, detailed images.

**Advanced AGS-1 anti-glare coating**
Eliminates glare under almost any ambient lighting.

**XtremeView? performance**
Up to 170?viewing angles horizontally and 170?vertically,?providing image clarity from all directions.

**Liquid View? Software included free**
Enlarge desktop icons, fonts and toolbars?up to 200% for easy legibility.

**Three-year limited warranty**
24/7 free technical and customer support*.

Overview | Features | Specs | Accessories

 Find it locally

 Buy on-line

# Specifications

| LCD Panel | Type | 22.2" Color TFT active matrix QUXGA-W LCD |
| | Display Area | 18.8" (horizontal) x 11.7" (vertical); 22.2" diagonal |
| | Optimum Resolution | 3840x2400 |
| | Contrast Ratio | 400:1 (typ) |
| | Viewing Angle | 170? horizontal, 170? vertical @ CR>10 |
| | Brightness | 235 cd/m2 (typ) |
| | Aspect Ratio | Native 16:9.6 or Multiple ratio depending on mode setting |
| | Color Depth | 8-bits/color (16.7 million) |
| | Surface | AGS-1 anti-glare coating |
| VIDEO INPUT | Digital Frequency | 4 TMDS digital interface fh: 31~105kHz; fv: 50~85Hz |
| | Pixel Frequency | 165 MHz/link |
| COMPATIBILITY | PC | VGA (x5 expanded), SVGA (x4 expanded), XGA (x3 expanded), SXGA (x2 expanded), UXGA (x2 expanded), UXGA-Wide (x2 expanded), 2K x 1.5K, and QUXGA-Wide (native) |
| | Mac? | Power Mac? G3/G4 |
| | Workstations | Sun, SGI |
| CONNECTOR | Digital | TMDS DVI-D |
| POWER | Power | 16V DC in, DC to head |
| | Voltage | AC 100?240V AC |
| | Frequency | 50/60Hz |
| | Consumption | 150W (<15W in standby) |
| CONTROLS | Basic | Menu/enter, left arrow, right arrow, on/off |

| | OnView? | Brightness, video input submenu, information submenu, exit |
| --- | --- | --- |
| REGULATIONS | | CE Mark, CISPR22, EN 60950, FCC-A, IEC 60950, ISO 13406-2, TUV ergonomics, TUV GS, UL/CSA 60950, VCCI-A, UL2601 (VP2290b-3-med option) |
| DIMENSIONS (WxHxD) | Physical | 547mm x 439mm x 196mm 21.5" x 17.3" x 7.7" |
| OPERATING CONDITIONS | Temperature | 32-95°F (0-35°C) |
| | Humidity | 8-80% (non-condensing) |
| WEIGHT | Net | 28.6 lb. (13.0 kg) |
| | Gross | 39.6 lb. (18.0 kg) |
| WARRANTY | | Three-year limited warranty on parts, labor and backlight. |

* These are recommendations only. There are variables that may require alterations to these dimensions, such as wall mount depth, non-ViewSonic stand height, etc. Specifications and pricing subject to change without notice. Selections, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.





Find it locally   Buy on-line

**Overview** | Features | **Specs** | **Accessories**

*Specifications and pricing subject to change without notice. Selections, offers and programs may vary by country;*

*see your ViewSonic representative for complete details. Prices in U.S. dollars.*

# EXHIBIT 25



**ADTX**
Advanced Technology and Systems Co., Ltd.

### 9.2 Million Pixels, TFT Color Monitor

# 22.2 inch LCD Color Monitor

## The Best Professional Ultra-High-Density LCD Color Monitor


Total Storage
Solution Provider

ADTX's Ultra-high-density TFT liquid crystal color monitor delivers outstanding visual performance. With a QUXGA-W 3840x2400 high resolution and packing over 9.2 million pixels into its 22.2 inches viewing image area, the ADTX 22.2 TFT monitor displays exceptionally high-quality images and can clearly view even minute images with its 0.1245 mm pixel pitch.

**Ultra-high-density QUXGA-W Display**

The ultra-high-density display with QUXGA-W (3,840 x 2,400) is four times more than the past UXGA (1,600 x 1,200) that makes it possible to view high-resolution images. As a result, compared with the past UXGA, small images can be viewed in a large scale, image reduction work is greatly decreased, and desired image result is achieved in a very short time.

**Wide Viewing Angle Range**

There is a wide view range of horizontal I ±85° and vertical ±85°, so the image can be viewed from almost.

**Sharp Image Display**

In addition to the 16.7 million colors (full-color) and a high-performance contrast ratio of 400:1, a sharp image is displayed, even without any adjustments, through its digital interface (DVI-D).

**Wide Application in Various Fields**

Applications for this monitor is best for any field that requires extremely high-resolution images -- medicine, product design and development, weather forecasting, publishing and graphic design, banking and finance, digital archiving, satellite mapping and many more.



For MAC

9.2M pixels

**1 Year-Warranty Period**
* Warranty is effective from the date of purchase

# 22.2 inch LCD Color Monitor

## Product Specification

| MODEL Name | 22.2-Inch TFT High Resolution Color Monitor |
|---|---|
| MODEL | MD22292C2 |
| Pixel Pitch | 0.1245mm(width) x 0.1245mm(height) |
| Screen Active Area | 478.1mm(width) x 298.8mm (height) |
| Maximum Resolution | 3,840 x 2,400 |
| Supported Modes | VGA, SVGA, XGA, SXGA, UXGA, QXGA, QUXGA-W |
| Maximum | 235cd/m² |
| Contrast Ratio | 400:1 |
| Refresh Rate | 13 – 85Hz |
| Response Speed | Optical Rise Time 25msec / Optical Fall Time |
| Viewable Angle Range | Horizontal ±85° / Vertical ±85° |
| No. Of Maximum Display Colors | 16.7 Million Colors (Full Color) |
| Input Connectors | DVI-D |
| Temperature Range (degree C) | 0 – 35(operating) / -20 – 60 (storage) |
| Humidity [%RH] | 8 – 80(Operating/Non-Operating) Max.wet bulb temp. 23.deg.C, No Condensation |
| Power Consumption | Maximum 150W |
| Plug&Play | VESA DDC 2B Protocol (Supported with MAC OS 9.x.x) |
| Physical Size | 439(Height) x 547(Width) x 196(Depth) mm |
| Weight | Approximately12kg |
| Power Supply | AC100V – 240V, 50/60Hz |
| Accessories | Video Interface Cables, AC Adaptor, Power Supply Cable (3 pins), Installation CD-ROM, User's Guide, and Warranty Slip |

[NOTE:] A special graphic adapter card is needed and is sold separately for this product.

## Recommended Graphics Card

ATI RADEON 8500 Mac EDITION

## Supported OS

Mac OS 9.xx, Mac OS X

## Supported machine Model

Power Mac G4 with one full-size AGP bus

[NOTE:]
1. The product specification contained in this catalog may be changed without prior notice.
2. The ADTX logo mark is a registered trademark of ADTX Systems Co., Ltd.
3. ATI and RADEON are registered trademarks in Canada, the United States, and other countries of ATI Technologies Inc.
4. Mac is a registered trademark in the United States and other Countries of Apple Computer Inc.
5. Company name description, business card logo or brand name, and each company name is a registered trademark.
6. This catalog was made in September 2002.
7. This catalog is an English translation from its Japanese version intended for the Japanese market.
   The specifications, services, and guarantees for the products described are different from those applicable for use overseas.

⚠ **Safety Precautions** | ■ Please read "Safety Precautions" section of the product manual.

Distributor



**Advanced Technology and Systems Co., Ltd.**
- ■HQ: Yokohama Business Park, East Tower 9F
  134, Goudo-cho, Hodogaya-ku,Yokohama-shi,
  Kanagawa-ken, 240-0005, JAPAN
  Tel.81-45-334-0040  FAX.81-45-334-0094
- ■Tokyo Branch: Toranomon 17 Mori Bldg 17F,
  1-26-5 Toranomon, Minato-ku, Tokyo,
  105-0001, JAPAN
  Tel.81-3-5157-1150  FAX.81-3-5157-1160