Second Declaration of George T. Ligler

# Exhibit 21

JAPAN ELECTRONIC INDUSTRY

DEVELOPMENT ASSOCIATION STANDARD

# Design rule

# for

# Camera File system

Version 1.0

## JEIDA-49-2-1998

Established December 1998

JAPAN ELECTRONIC INDUSTRY

DEVELOPMENT ASSOCIATION

AX201557

Design rule for Camera File system

This standard makes no warranty, express or implied, with respect to the use of any intellectual property, such as patents, copyrights and trademarks, belonging to any corporation or individual. Nor does this standard make any warranty regarding system reliability or product liability.
Windows™ is a registered trademark of Microsoft Corporation in the United States and elsewhere.

AX201558

# Background to this standard

The Exif[1] image file format standard was established with the aim of realizing a common format for the image files used with digital still cameras and other related equipment, making these products more convenient for end users.

With the rapidly growing popularity of digital still cameras, there are increasing demands for file interchangeability, which will allow images captured on one camera to be viewed on another, or output directly to a printer. ExifR98[2] is a set of compatibility recommendations designed to meet such needs, by strictly defining the range of Exif application, and by setting out detailed rules for recording and playing image files not specified in the Exif format.

In addition, CIFF (Camera Image File Format)[3] lays out rules for directory and file structures, so that a variety of files can be stored and managed efficiently on removable memory media.

The present specification (Design rule for Camera File system, hereinafter DCF) is based on the above recommendations. It was drawn up for the purpose of simplifying the interchange of image files and related files on digital still cameras and other equipment, while supporting today's higher resolution images and large-capacity memory media.

[1] Exif Version 2.1      Digital Still Camera Image File Format Standard (Exif) Version 2.1, Japan Electronic Industry Development Association (JEIDA), 1998.

[2] ExifR98 Version 1.0      JEIDA Recommended Exif Interoperability Rules (ExifR98) (Exif Annex) Version 1.00, Japan Electronic Industry Development Association (JEIDA), 1998.

[3] CIFF Version 1.0      Details of the standard are available at the following URL: http://www.ciff-forum.com/

AX201559

Design rule for Camera File system

AX201560

# Contents

Background to this standard .................................................................. iii

1. Introduction ......................................................................... 1
   1.1.   Purpose .......................................................................... 1
   1.2.   Scope ............................................................................ 1
   1.3.   Glossary ......................................................................... 1
   1.4.   Definition of characters used in directory and file names ................ 3
   1.5.   Approach to playback compatibility ...................................... 4

2. Definition of DCF-compatible products ........................................... 5
   2.1.   DCF and recording media ................................................... 5
   2.2.   Configuration of DCF specification ....................................... 5
   2.3.   Classification of functions ................................................ 6
   2.4.   Categories of DCF-compatible equipment ............................... 7

3. DCF media standard................................................................. 8
   3.1.   Directory definition ....................................................... 8
      3.1.1.   DCF image root directory................................... 8
      3.1.2.   DCF directories ............................................ 8
      3.1.3.   Other directories .......................................... 8
      Directory example ..................................................... 9
   3.2.   File definition .............................................................. 9
      3.2.1.   DCF file names ............................................ 9
      3.2.2.   DCF objects ............................................... 10
         (A)   Purpose of DCF objects.................................. 10
         (B)   Object definition ....................................... 10
         (C)   Files included in objects................................. 10
         (D)   Object file attributes ................................... 11
         (E)   Object operation ....................................... 11
   3.3.   DCF basic files ........................................................... 11
      3.3.1.   Purpose ................................................... 11
      3.3.2.   Directory, file names and extensions ..................... 11
      3.3.3.   Images in a DCF basic file ................................ 11
      3.3.4.   Data structure of a DCF basic main image................. 11
         (A)   Data structure........................................... 11
         (B)   Data compression ...................................... 11
         (C)   Pixel count .............................................. 11
         (D)   Image aspect ratio ...................................... 11
      3.3.5.   Attribute information ..................................... 11
         (A)   Exif tag structure........................................ 12
         (B)   Image-related information .............................. 12
         (C)   DCF identifying information............................. 12
         (D)   Color space.............................................. 13
      3.3.6.   DCF basic thumbnail data structure........................ 14

Design rule for Camera File system

(A)      Image data format .................................................................... 14
(B)      Compressed data ..................................................................... 14
(C)      Number of pixels .................................................................... 14
(D)      Image aspect ratio .................................................................. 14
3.3.7.   Image data format in DCF basic files ........................................ 14
3.4.   DCF thumbnail files ....................................................................... 15
3.4.1.   Purpose ................................................................................. 15
3.4.2.   Directory, file name and extension ........................................... 15
3.4.3.   Image data structure .............................................................. 15
(A)      Data format ........................................................................... 15
(B)      Compressed data specification .................................................. 15
(C)      Pixel count ............................................................................. 15
(D)      Image aspect ratio .................................................................. 15
3.4.4.   Attribute information .............................................................. 15
(A)      Exif tag structure ................................................................... 15
(B)      Image-related information ........................................................ 16
(C)      DCF thumbnail identification information ................................... 16
(D)      Color space ............................................................................ 17
3.4.5.   DCF thumbnail file data structure ........................................... 18
3.5.   Tag requirement levels .................................................................. 19
3.5.1.   DCF basic file attribute information ......................................... 19
3.5.2.   DCF thumbnail file attribute information .................................. 19
File structure example ............................................................................ 20
4.   Writer specification ............................................................................... 21
4.1.   Directories ................................................................................... 21
4.1.1.   Creating directories ............................................................... 21
(A)      DCF image root directory ........................................................ 21
(B)      DCF directories ...................................................................... 21
(C)      Other directories .................................................................... 21
4.1.2.   Deleting directories ................................................................ 21
4.2.   Files ............................................................................................. 22
4.2.1.   Creating files ......................................................................... 22
(A)      Image files .............................................................................. 22
(B)      DCF thumbnail files ................................................................ 22
(C)      Other composing a DCF object ................................................. 22
(D)      Files without a DCF file name .................................................. 22
4.2.2.   File number ........................................................................... 22
4.2.3.   Deleting files ......................................................................... 23
(A)      DCF objects ........................................................................... 23
(B)      Files that are not DCF objects .................................................. 23
5.   Reader 1 specification ........................................................................... 24
5.1.   Directories (common to Reader 1 and 2) ......................................... 24
5.1.1.   Playback ................................................................................ 24
(A)      Playback scope ....................................................................... 24
(B)      Playback method ..................................................................... 24

**AX201562**

    5.1.2.   Deletion ................................................................ 24
  5.2.   Files ..................................................................... 25
    5.2.1.   Playback .............................................................. 25
    (A)   Playback scope........................................................ 25
    (B)   Playback method (common to Reader 1 and 2) ........................ 25
    (C)   DCF basic file identification (common to Reader 1 and 2) ........... 25
    (D)   Handling of color-related tags (common to Reader 1 and 2)............ 26
    5.2.2.   Deletion (common to Reader 1 and 2) ............................... 26
    (A)   DCF objects ........................................................... 26
    (B)   Files that are not DCF objects ....................................... 26
  5.3.   Directory number and file number display (common to Reader 1 and 2) ....... 27

6.  Reader 2 specification ...................................................... 28

  6.1.   Directories .............................................................. 28
    6.1.1.   Playback .............................................................. 28
    6.1.2.   Deletion .............................................................. 28
  6.2.   Files ..................................................................... 28
    6.2.1.   Playback .............................................................. 28
    (A)   Playback scope........................................................ 28
    (B)   Playback method....................................................... 28
    (C)   Supported pixel count specification ................................. 28
    (D)   DCF basic file identification......................................... 29
    (E)   Handling of color-related tags....................................... 29
    6.2.2.   Deletion .............................................................. 29
  6.3.   Directory number and file number display .............................. 29

7.  Other precautions .......................................................... 30

  7.1.   Naming directories under the DCF image root directory ................ 30
    (A)   When lower-case letters are used in a directory name................. 30
    (B)   When directory numbers are duplicated across DCF directories ....... 30
    (C)   Handling of directories that are not DCF directories................. 31
  7.2.   Naming of files in a DCF directory ..................................... 31
    (A)   When lower-case letters are used in the file name.................... 31
    (B)   When file numbers are duplicated across DCF basic files ............ 31
    (C)   Handling of files without DCF file names............................. 32
  7.3.   Updating of tag data when saving ...................................... 32
    7.3.1.   Handling of date tags................................................ 32
    7.3.2.   Handling of Make, Model, and Software tags ........................ 32
  7.4.   DCF object bulk operations............................................. 33

Annex A  DCF applicable media.................................................. 34

Annex B  Data validation ...................................................... 35

  A. Validation method ........................................................ 35
  B. Compatibility testing policy .............................................. 35

Annex C  Relation to JPEG and Exif standards ................................. 36

Version 1.0

(D)  Object file attributes

The Read Only attribute of the DOS FAT file system may be set for each file as Protection of individual objects, to prevent accidental deletion. A DCF object is protected when all the files in the object are set with the Read Only attribute. No specification is made regarding other file attributes.

(E)  Object operation

Object handling is as stipulated in the Writer and Reader specifications.

## 3.3.  DCF basic files

### 3.3.1.  Purpose

Image files conforming to Exif Ver. 2.1 and recorded as stipulated in this chapter are called DCF basic files. The purpose of DCF basic files is to achieve interchangeability of image files among DCF-compatible devices and applications. For level 2 playback compatibility to be realized among DCF-compatible devices and applications, the image files shall be DCF basic files.

### 3.3.2.  Directory, file names and extensions

A DCF basic file is a component of a DCF object, is stored directly under a DCF directory, has a DCF file name, and has the extension "JPG".

### 3.3.3.  Images in a DCF basic file

An Exif primary image in a DCF basic file is called a DCF basic main image. An Exif thumbnail image in a DCF basic file is called a DCF basic thumbnail.

### 3.3.4.  Data structure of a DCF basic main image

(A)  Data structure

The only supported data format for DCF basic main image data is Exif compressed format (JPEG format). The pixel composition and sampling may be either YCbCr4:2:2 or YCbCr4:2:0.

(B)  Data compression

The compression ratio of DCF main basic images is not specified. The JPEG data structure is as stipulated in the Exif standard. Insertion of a restart marker is optional. As Huffman Table, the Typical Huffman Table specified in the JPEG standard shall be used.

(C)  Pixel count

The number of pixels is not specified.

(D)  Image aspect ratio

The image aspect ratio is not specified.

### 3.3.5.  Attribute information

Attribute information is recorded as follows, based on the Exif standard.

Design rule for Camera File system

(A) Exif tag structure

The byte order used in the TIFF structure may be either Big Endian or Little Endian, as in the Exif specification.

(B) Image-related information

Image-related information shall be recorded, as per the Exif standard. In addition to the Exif mandatory tags, inclusion of the following tags is mandatory in DCF.

*Make (0th IFD, mandatory)*

In the Exif standard this is optional, but its inclusion is mandatory here so the Writer manufacturer name can be determined.

| Tag | = | 271 (10F.H) |
|---|---|---|
| Type | = | ASCII |
| Count | = | Any |
| Default | = | none |

*Model (0th IFD, mandatory)*

In the Exif standard this is optional, but its inclusion is mandatory here so the Writer model name can be determined.

| Tag | = | 272 (110.H) |
|---|---|---|
| Type | = | ASCII |
| Count | = | Any |
| Default | = | none |

*DateTimeOriginal (Exif IFD, mandatory)*

In the Exif standard this is optional, but its inclusion is mandatory here so the original image creation date and time can be determined. If the date and time the original image was shot are unknown, this field may be filled with spaces as stipulated in the Exif standard.

| Tag | = | 36867 (9003.H) |
|---|---|---|
| Type | = | ASCII |
| Count | = | 20 |
| Default | = | none |

*DateTimeDigitized (Exif IF, mandatory)*

In the Exif standard this is optional, but its inclusion is mandatory here so the digital data creation date and time can be determined. If the date and time of digital data creation are unknown, this field may be filled with spaces as stipulated in the Exif standard.

| Tag | = | 36868 (9004.H) |
|---|---|---|
| Type | = | ASCII |
| Count | = | 20 |
| Default | = | none |

(C) DCF identifying information

Information is specified in the Interoperability IFD for identifying a file as a DCF basic file. See the Exif standard for details of the Interoperability IFD. Tags in the Interoperability IFD are specified as follows in DCF.

AX201576

Version 1.0

*InteroperabilityIndex* (*Interoperability IFD*, mandatory)
Since the file content is equivalent to ExifR98 Version 1.0, the value is "R98". The tag including end code is 4 bytes. Note that this differs from the value (THM) defined for DCF thumbnail files in section 3.4.4.

| | | |
|---|---|---|
| Tag | = | 1 (1.H) |
| Type | = | ASCII |
| Count | = | 4 |
| Default | = | "R98" |

*InteroperabilityVersion* (*Interoperability IFD*, mandatory)
This tag records the Interoperability version. Since the file content is equivalent to ExifR98, the value is the 4-byte ASCII "0100" meaning Version 1.00. This is not terminated by NULL since the Type is UNDEFINED.

| | | |
|---|---|---|
| Tag | = | 2 (2.H) |
| Type | = | UNDEFINED |
| Count | = | 4 |
| Default | = | 0100 |

*RelatedImageFileFormat* (*Interoperability IFD*, optional)
This is normally used in a DCF thumbnail file, but it may also be included in a DCF basic file, in which case it indicates that file's own format (Exif JPEG Ver. 2.1, etc.). It is recorded as an ASCII character string.

| | | |
|---|---|---|
| Tag | = | 4096 (1000.H) |
| Type | = | ASCII |
| Count | = | Any |
| Default | = | none |

*RelatedImageWidth* (*Interoperability IFD*, optional)
This is normally used in a DCF thumbnail file, but it may also be included in a DCF basic file, in which case it indicates the number of horizontal pixels of that image itself.

| | | |
|---|---|---|
| Tag | = | 4097 (1001.H) |
| Type | = | SHORT or LONG |
| Count | = | 1 |
| Default | = | none |

*RelatedImageLength* (*Interoperability IFD*, optional)
This is normally used in a DCF thumbnail file, but it may also be included in a DCF basic file, in which case it indicates the number of vertical pixels of that image itself.

| | | |
|---|---|---|
| Tag | = | 4098 (1002.H) |
| Type | = | SHORT or LONG |
| Count | = | 1 |
| Default | = | none |

(D) Color space

The *ColorSpace* tag declares sRGB in the *Exif IFD* specified in the Exif standard, as follows.

*ColorSpace* (*Exif IFD*, mandatory)
This tag declares sRGB.

| | |
|---|---|
| Tag | = 40961 (A001.H) |
| Type | = SHORT |
| Value | = 1 (sRGB) |

Design rule for Camera File system

---

    Count    = 1

3.3.6.    DCF basic thumbnail data structure

(A) Image data format

The thumbnail data structure is in accord with the Exif compressed thumbnail specification. The pixel composition and sampling is YCbCr4:2:2. The reason for limiting to one choice here is to ensure Level 1 playback compatibility.

(B) Compressed data

The JPEG data structure is as specified in Exif. As in the Exif specification, no restart marker is inserted. As Huffman Table, the Typical Huffman Table specified in the JPEG standard shall be used. The compression ratio of DCF basic thumbnails is not specified.

(C) Number of pixels

The number of pixels for thumbnail recording is 160 horizontal pixels by 120 vertical pixels, chosen as a size large enough to enable the image to be recognized. Any other pixel size is prohibited.

(D) Image aspect ratio

The aspect ratio defined by the above pixel size shall be used even if this means a different aspect ratio for the DCF basic main image and DCF basic thumbnail. The method of generating thumbnails and their layout are not specified, but it is recommended that black (RGB all 0) be used as padding data when padding of thumbnail images is implemented.

3.3.7.    Image data format in DCF basic files

The DCF basic main image format is summarized in Table 3-3. The DCF basic thumbnail data format is summarized in Table 3-4.

Table 3-3 DCF Basic Main Image Data Format

| Compression | Number of pixels | Aspect ratio | Chrominance sampling | Compression ratio | Huffman Table | Color space |
|---|---|---|---|---|---|---|
| Compressed (JPEG) | Not specified | Not specified | 4:2:2 or 4:2:0 | Not specified | Typical | sRGB |

Table 3-4 DCF Basic Thumbnail Data Format

| Compression | Number of pixels | Aspect ratio | Chrominance sampling | Compression ratio | Huffman Table |
|---|---|---|---|---|---|
| Compressed (JPEG) | 160 × 120 (fixed) | 4:3 (fixed) | 4:2:2 (fixed) | Not specified | Typical |

AX201578

Second Declaration of George T. Ligler

# Exhibit 22

Standard of Japan Electronics and Information Technology Industries Association

*JEITA CP-3461*

# Design rule for Camera File system DCF Version 2.0

Established in *****, 2003 DRAFT

Prepared by
Technical Standardization Committee on AV & IT Storage Systems and Equipment

Published by
Japan Electronics and Information Technology Industries Association

11, Kanda-Surugadai 3-chome, Chiyoda-ku, Tokyo 101-0062, Japan
Printed in Japan

AX033814

Translation without guarantee in the event of any doubt arising, the original standard in Japanese is to be evidence.

JEITA standards are established independently to any existing patents on the products, materials or processes they cover.

JEITA assumes absolutely no responsibility toward parties applying these standards or toward patent owners.

© 2002 by the Japan Electronics & Information Technology Industries Association All rights reserved. No part of this standard may be reproduced in any form or by any means without prior permission in writing from the publisher.

AX033815

JEITA CP-3461

## Contents

1. Scope ................................................................................................................................1
2. Reference documents ........................................................................................................1
3. Definition ..........................................................................................................................1
   3.1   Definition of Terms ...................................................................................................1
   3.2   Definition of characters used in directory and file names ........................................4
4. Overview ...........................................................................................................................5
   4.1   DCF and recording media ..........................................................................................5
   4.2   Configuration of DCF specification ..........................................................................5
   4.3   Approach to playback compatibility ..........................................................................6
   4.4   Classification of functions .........................................................................................6
   4.5   Categories of DCF-compatible equipment .................................................................7
5. DCF Media Standard ........................................................................................................8
   5.1   Directory definition ...................................................................................................8
     5.1.1 DCF image root directory ....................................................................................8
     5.1.2 DCF directories ...................................................................................................8
     5.1.3 Other directories .................................................................................................8
     5.1.4 Directory example ...............................................................................................9
   5.2   File definition ..........................................................................................................10
     5.2.1 DCF file names ..................................................................................................10
     5.2.2 DCF objects .......................................................................................................10
   5.3   DCF basic files ........................................................................................................11
     5.3.1 Purpose .............................................................................................................11
     5.3.2 Directory, file names and extensions .................................................................11
     5.3.3 Images in a DCF basic file .................................................................................12
     5.3.4 Data structure of a DCF basic main image ........................................................12
     5.3.5 Attribute information .........................................................................................12
     5.3.6 DCF basic thumbnail data structure ..................................................................15
     5.3.7 image data format in DCF basic files .................................................................15
   5.4   DCF optional files ...................................................................................................16
     5.4.1 Purpose .............................................................................................................16
     5.4.2 Directory, file names and extensions .................................................................16
     5.4.3 Data structure of a DCF optional file main image .............................................16
     5.4.4 Attribute information .........................................................................................16
     5.4.5 DCF optional file thumbnail data structure .......................................................19
     5.4.6 Image data format in DCF optional files............................................................20
   5.5   DCF thumbnail files ...............................................................................................21

AX033816

JEITA CP-3461

5.5.1 Purpose ........................................................................................................... 21

5.5.2 Directory, file name and extension ....................................................................... 21

5.5.3 Image data structure ........................................................................................... 21

5.5.4 Attribute information ........................................................................................... 22

5.5.5 DCF thumbnail file data structure ........................................................................ 24

5.6     Tag requirement levels ........................................................................................ 25

5.7     File structure example ......................................................................................... 26

6.  Writer Specification ................................................................................................. 27

6.1     Directories ......................................................................................................... 27

6.1.1 creating directories ............................................................................................. 27

6.1.2 Deleting directories ............................................................................................. 27

6.2     Files ................................................................................................................... 27

6.2.1 Creating files ...................................................................................................... 27

6.2.2 File number ........................................................................................................ 28

6.2.3 Deleting files ...................................................................................................... 28

7.  Reader Specification ................................................................................................ 30

7.1     Directories (common to Reader 1 and 2) ............................................................. 30

7.1.1 Playback ............................................................................................................ 30

7.1.2 Deletion ............................................................................................................. 30

7.2     Files ................................................................................................................... 30

7.2.1 Playback ............................................................................................................ 30

7.2.2 Playback method (common to Reader 1 and 2) .................................................... 31

7.2.3 DCF optional files and color space transformation ............................................... 31

7.2.4 Handling of color-related tags (common to Reader 1 and 2) ................................. 31

7.2.5 Deletion (common to Reader 1 and 2) ................................................................. 32

7.3     Directory number and file number display (common to Reader 1 and 2) ............... 32

8.  Other Points to Note ................................................................................................ 34

8.1     Naming directories under the DCF image root directory ........................................ 34

8.1.1 When lower-case letters are used in a directory name .......................................... 34

8.1.2 When directory numbers are duplicated across DCF directories ............................ 34

8.1.3 handling of directories that are not DCF directories ............................................. 34

8.2     Naming of files in a DCF directory ...................................................................... 35

8.2.1 When lower-case letters are used in the file name ................................................ 35

8.2.2 When file numbers are duplicated across DCF basic files or DCF optional files ....... 35

8.2.3 Handling of files without DCF file names ............................................................. 35

8.3     Updating of tag data when saving ........................................................................ 36

8.3.1 Handling of date and time tags ............................................................................ 36

8.3.2 Handling of Make, Model, and Software tags ....................................................... 36

AX033817

8.4    DCF object bulk operations ................................................................................... 36
8.5    Identification of DCF optional files ......................................................................... 37

Annex A   Data Verification ........................................................................................ 38
Annex B   Relation to JPEG and Exif Standards ............................................................ 39
Annex C   Notes on Image File Playback ...................................................................... 40
Annex D   Limits on DCF Object Operations ................................................................. 41
Annex E   Notes on DCF Optional Color Space Use ....................................................... 42

Explication of the DCF 2.0 Revision ............................................................................ 43

AX033818

### 5.3.6 DCF basic thumbnail data structure

### 5.3.6.1 Image data format

The thumbnail data structure is in accord with the Exif compressed thumbnail specification. The pixel composition and sampling is YCbCr4:2:2. The reason for limiting to one choice here is to ensure Level 1 playback compatibility. The color space used for a thumbnail image shall be sRGB as with main images.

### 5.3.6.2 Compressed data

The JPEG data structure is as specified in Exif. As in the Exif specification, no restart marker is inserted. As Huffman Table, the Typical Huffman Table specified in the JPEG standard shall be used. The compression ratio of DCF basic thumbnails is not specified.

### 5.3.6.3 Number of pixels

The number of pixels for thumbnail recording is 160 horizontal pixels by 120 vertical pixels, chosen as a size large enough to enable the image to be recognized. Any other pixel size is prohibited.

### 5.3.6.4 Layout

If the DCF basic main image has an aspect ratio different from that of the DCF basic thumbnail, the difference shall be adjusted by padding. The recommended method for recording thumbnail images is as follows.

- Padding data: black (RGB all 0)
- Image position: centered
- Relation to main image: should conform to the field angle of the main image to the extent possible, without cutting out part of the image.

### 5.3.7 image data format in DCF basic files

The DCF basic main image format is summarized in Table 6. The DCF basic thumbnail data format is summarized in Table 7.

#### Table 6 DCF Basic Main Image Data Format

| Compression | Number of pixels | Aspect ratio | Chrominance sampling | Compression ratio | Huffman Table | Color space |
|---|---|---|---|---|---|---|
| Compressed (JPEG) | Not specified | Not specified | 4:2:2 or 4:2:0 | Not specified | Typical | sRGB |

#### Table 7 DCF Basic Thumbnail Data Format

| Compression | Number of pixels | Aspect ratio | Chrominance sampling | Compression ratio | Huffman Table | Color space |
|---|---|---|---|---|---|---|
| Compressed (JPEG) | 160 x 120 (fixed) | 4:3 (fixed) | 4:2:2 (fixed) | Not specified | Typical | sRGB |

- 15 -

AX033833

Second Declaration of George T. Ligler

# Exhibit 23

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 24

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 25

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 26

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 27

Standard of Japan Electronics and Information Technology Industries Association

# JEITA CP-3451

# Exchangeable image file format
# for digital still cameras:
# Exif Version 2.2

Established in April,   2002

Prepared by

Technical Standardization Committee on AV & IT Storage Systems and Equipment

Published by

Japan Electronics and Information Technology Industries Association

AX035335

JEITA CP-3451

Windows™ is a registered trademark of Microsoft Corporation in the United States and elsewhere. Flashpix™ is a registered trademark of I3A(International Imaging Industry Association).

Translation without guarantee in the event of any doubt arising, the original standard in Japanese is to be evidence.

JEITA standard are established independently to any existing patents on the products, materials or processes they cover.
JEITA assumes absolutely no responsibility toward parties applying these standards or toward patent owners.

AX035336

## Contents

1.  Scope .................................................................................................................................1

2.  Definition of Terms............................................................................................................1

3.  General...............................................................................................................................1

    3.1.  Format Structure .....................................................................................................1

    3.2.  Exif Image File Specification ..................................................................................2

    3.3.  Exif Audio File Specification ..................................................................................2

    3.4.  Relation between Image and Audio File Specification.........................................3

    3.5.  Presupposed Systems and Compatibility .............................................................3

4.  Exif Image File Specification ...........................................................................................4

    4.1.  Outline of the Exif Image File Specification .........................................................4

    4.2.  Format Version .......................................................................................................4

    4.3.  Definition of Glossary .............................................................................................4

    4.4.  Specifications Relating to Image Data ..................................................................5

        4.4.1.  Number of Pixels.............................................................................................5

        4.4.2.  Pixel Aspect ....................................................................................................5

        4.4.3.  Pixel Composition and Sampling ...................................................................5

        4.4.4.  Image Data Arrangement ...............................................................................7

    4.5.  Basic Structure of Image Data ..............................................................................8

        4.5.1.  Basic Structure of Primary Image Data .........................................................8

        4.5.2.  Basic Structure of Uncompressed RGB Data ...............................................8

        4.5.3.  Basic Structure of YCbCr Uncompressed Data............................................10

        4.5.4.  Basic Structure of JPEG Compressed Data .................................................11

        4.5.5.  Basic Structure of Thumbnail Data ...............................................................12

    4.6.  Tags.........................................................................................................................13

        4.6.1.  Features of Attribute Information ...................................................................13

        4.6.2.  IFD Structure...................................................................................................13

        4.6.3.  Exif-specific IFD.............................................................................................15

        4.6.4.  TIFF Rev. 6.0 Attribute Information................................................................16

        4.6.5.  Exif IFD Attribute Information.........................................................................24

        4.6.6.  GPS Attribute Information...............................................................................46

        4.6.7.  Interoperability IFD Attribute Information.......................................................53

        4.6.8.  Tag Support Levels.........................................................................................54

    4.7.  JPEG Marker Segments Used in Exif ...................................................................58

        4.7.1.  JPEG Marker Segments .................................................................................58

        4.7.2.  Interoperability Structure of APP1 in Compressed Data ..............................64

(i)

JEITA CP-3451

4.7.3.   Interoperability Structure of APP2 in Compressed Data ................................................ 65
4.8.    Data Description ................................................................................................................. 68
4.8.1.   Stipulations on Compressed Image Size .......................................................................... 68
4.8.2.   Stipulations on Thumbnails ............................................................................................... 71
4.8.3.   File Name Stipulations ....................................................................................................... 71
4.8.4.   Byte Order Stipulations ..................................................................................................... 71
5.  Exif Audio File Specification ............................................................................................................ 72
5.1.    Outline of the Exif Audio File Specification ..................................................................... 72
5.2.    Format Version .................................................................................................................. 72
5.3.    Definition of Terms ............................................................................................................ 72
5.4.    Specifications Relating to Audio Data .............................................................................. 74
5.4.1.   Sampling Frequency .......................................................................................................... 74
5.4.2.   Bit Size ............................................................................................................................... 74
5.4.3.   Channels ............................................................................................................................ 74
5.4.4.   Compression Schemes ...................................................................................................... 74
5.5.    Basic Structure of Audio Data .......................................................................................... 74
5.5.1.   Basic Structure of WAVE Form Audio Files ..................................................................... 74
5.5.2.   Basic Structure of PCM Audio Data .................................................................................. 80
5.5.3.   Basic Structure of μ-Law Audio Data ................................................................................ 83
5.5.4.   Basic Structure of IMA-ADPCM Audio Data ..................................................................... 84
5.6.    Chunks Used ..................................................................................................................... 88
5.6.1.   WAVE Form Audio File Basic Chunks .............................................................................. 88
5.6.2.   LIST Chunk and INFO List ................................................................................................ 89
5.6.3.   Chunks for Attribute Information Specific to Exif Audio Files ........................................... 93
5.7.    Data Description ................................................................................................................. 97
5.7.1.   File Naming Stipulation ...................................................................................................... 97
5.7.2.   Typical Exif Audio File ....................................................................................................... 97
Normative References ........................................................................................................................... 100
Annex A    Image File Description Examples ...................................................................................... 101
A.1    Uncompressed RGB File .................................................................................................. 101
A.2    Uncompressed YCbCr File ............................................................................................... 104
A.3    JPEG Compressed (4:2:2) File ......................................................................................... 108
A.4    JPEG Compressed (4:2:0) File ......................................................................................... 112
Annex B    Audio File Description Examples ....................................................................................... 116
B.1    PCM Audio Data ................................................................................................................ 116
B.2    μ-Law Audio Data .............................................................................................................. 118
B.3    IMA-ADPCM Audio Data ................................................................................................... 120

AX035338

Annex C    APEX Units ...............................................................................................................122

Annex D    Recommended Implementation Examples ...............................................................123

Annex E    Color Space Guidelines .........................................................................................124

Annex F    Notes on Conversion to Flashpix ...........................................................................125

    F.1    Converting Image Data ...........................................................................................126

    F.2    Converting Tag Data ..............................................................................................128

    F.3    Converting to Flashpix Extensions (APP2) ..............................................................131

Explication of Exchangeable image file format for digital still cameras: Exif Version 2.2 ...................................133

AX035339

JEITA CP-3451

## 4.5  Basic Structure of Image Data

### 4.5.1  Basic Structure of Primary Image Data

Image data employs following existing image formats, depending on the image data type:

- RGB uncompressed data: Baseline TIFF Rev. 6.0 RGB Full Color Images,

- YCbCr uncompressed data: TIFF Rev. 6.0 Extensions YCbCr Images,

- JPEG compressed data: JPEG Baseline ADCT.

For compressed data, the attribute information required by the DSC application shall be recorded in APP1. Data writing in APP1 shall be compatible with TIFF. The use of a common method of storing attribute information for both compressed and uncompressed data results in a simpler format, while the ability to add private tags for additional information takes advantage of the extensibility of the tag mechanism.

### 4.5.2  Basic Structure of Uncompressed RGB Data

Uncompressed RGB data is recorded in conformance with Baseline TIFF Rev. 6.0 RGB Full Color Color Images.

Attribute information is recorded in tags specified in TIFF Rev. 6.0. Attribute information specific to Exif is recorded using private tags reserved in TIFF for this standard. The private tags point to sets of this attribute information (Exif IFD).

Files are structured as follows (see Figure 5). As in the TIFF standard, the recording location of each IFD value is not specified:

- File Header,

- 0th IFD,

- 0th IFD Value,

- 1st IFD,

- 1st IFD Value,

- 1st (Thumbnail) Image Data,

- 0th (Primary) Image Data.

AX035347

Second Declaration of George T. Ligler

# Exhibit 28

# United States Patent [19]

Bayer

[11]  **3,971,065**

[45]  **July 20, 1976**

[54]  **COLOR IMAGING ARRAY**

[75]  Inventor:  Bryce E. Bayer, Rochester, N.Y.

[73]  Assignee:  Eastman Kodak Company, Rochester, N.Y.

[22]  Filed:  Mar. 5, 1975

[21]  Appl. No.: 555,477

[52]  U.S. Cl. .............................. 358/41; 350/162 SF; 350/317; 358/44

[51]  Int. Cl.² ........................................ H04N 9/24

[58]  Field of Search .................... 358/44, 45, 46, 47, 358/48; 350/317, 162 SF; 315/169 TV

[56]  **References Cited**

**UNITED STATES PATENTS**

| | | | |
|---|---|---|---|
| 2,446,791 | 8/1948 | Schroeder | 358/44 |
| 2,508,267 | 5/1950 | Kasperowicz | 358/44 |
| 2,884,483 | 4/1959 | Ehrenhaft et al. | 358/44 |
| 3,725,572 | 4/1973 | Kurokawa et al. | 358/46 |

*Primary Examiner*—George H. Libman
*Attorney, Agent, or Firm*—George E. Grosser

[57]  **ABSTRACT**

A sensing array for color imaging includes individual luminance- and chrominance-sensitive elements that are so intermixed that each type of element (i.e., according to sensitivity characteristics) occurs in a repeated pattern with luminance elements dominating the array. Preferably, luminance elements occur at every other element position to provide a relatively high frequency sampling pattern which is uniform in two perpendicular directions (e.g., horizontal and vertical). The chrominance patterns are interlaid therewith and fill the remaining element positions to provide relatively lower frequencies of sampling.

In a presently preferred implementation, a mosaic of selectively transmissive filters is superposed in registration with a solid state imaging array having a broad range of light sensitivity, the distribution of filter types in the mosaic being in accordance with the above-described patterns.

11 Claims, 10 Drawing Figures



AX203354



FIG. IB

FIG. IA

U.S. Patent     July 20, 1976     Sheet 2 of 4     3,971,065



FIG. 2A          FIG. 2B          FIG. 2C



FIG. 2D

AX203356



FIG. 4

FIG. 3A

FIG. 3B

AX203357



FIG. 6

FIG. 5

AX203358

3,971,065

1

## COLOR IMAGING ARRAY

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to imaging devices and, in particular, to color image sensors.

2. Description Relative to the Prior Art

Color image sensors of various types have been proposed for and used in video cameras. To avoid optical complexity and problems with image registration, it is highly desirable that color image sensing occur at a single imaging site, e.g., at a single planar photosensitive array. Difficulty is encountered with such "single-site" color imaging, however, because at least three distinct types of color information must be extracted in order to represent a color image in video signal form.

One known approach to providing a single-site color sensing device utilizes a single image sensor of broad wavelength sensitivity and a cooperating filter disc which passes a series of color filters through the image beam in a repeating sequence. The filter interpositions are synchronized to image scanning, a filter typically being interposed during an entire field scan. Devices operating in this manner are said to produce a "field sequential" color signal. One problem with this approach is that the resulting signal presents the extracted color image information in a time order which is radically different from the time order of the standard NTSC video signal. A further disadvantage is that some of the color image information (e.g., blue image information if a blue basic color vector is utilized) tends to be disproportionately detailed and hence wasteful of sensor capacity in consideration of the response characteristics of the human visual system.

Certain other proposed approaches to achieving single-site color image sensing call for the use of striped color filters superposed on a single image sensor. One such type of image sensor utilizes filter grids which are angularly superimposed on one another (see U.S. Pat. No. 3,378,633). As a result of image scanning, such image sensors produce a composite signal wherein chrominance information is represented in the form of modulated carrier signals. Such apparatus may be adapted to produce signals in the NTSC format or, if desired, the color image information can be separated by frequency domain techniques. In practice, however, it has proven difficult to produce such sensors economically, particularly where detailed image information is required.

Striped filters which transmit a repeating sequence of three or more spectral bands have also been proposed for use in color imaging. With this arrangement, the filters are typically aligned vertically and scanning of the image is performed horizontally. In effect, elemental sample areas are defined along the filter stripes. With this arrangement, it will be appreciated, sampling for a given color is not uniform for horizontal and vertical directions. Additionally, the sampling patterns which result tend to provide a disproportionate quantity of information regarding basic color vectors to which the eye has less resolving power, e.g., "blue" information relative to "green" information.

Another approach to color imaging which has been proposed is the "dot" scanning system, as discussed in U.S. Pat. No. 2,683,769 to Banning. That approach generally utilizes spectrally selective sensor elements which are arranged in triads (red, green, and blue ele-

2

ments, respectively). However, in U.S. Pat. No. 2,755,334, also to Banning, a repeated arrangement of four element groupings (red-, green-, blue-, and white-sensitive elements, respectively) is described. Such approaches to color imaging have not been of practical significance, in part because of the cost of fabricating the number of individual elements which are required to provide image information having adequate detail.

In summary, while color imaging devices having a single imaging site are desirable to minimize optical and registration problems and to provide a more rugged camera structure, video camera manufacturers generally resort to splitting the image beam and providing multiple image scanners in order to achieve a satisfactory type and quality of color video signal.

### SUMMARY OF THE INVENTION

Color imaging is effected by a single imaging array composed of individual luminance and chrominance sensing elements that are distributed according to type (sensitivity) in repeating interlaid patterns, the luminance pattern exhibiting the highest frequency of occurrence — and therefore the highest frequency of image sampling — irrespective of direction on the array.

In providing for a dominance of luminance sampling, recognition is taken of the human visual system's relatively greater ability to discern luminance detail. By arranging the luminance elements of the color image sensing array to occur at every other array position, a dominance of luminance elements is achieved in a pattern which has the special advantage of uniformity in two orthogonal directions (e.g., horizontal and vertical). Moreover, by so intermixing three types of elements (luminance, and first and second chrominance) that luminance elements occur at every other array position, and first and second chrominance elements alternate with such luminance elements in respective alternate rows of the array, there is provided a luminance-dominated sampling which is uniform for all three color vectors in two orthogonal directions. Certain desirable sampling attributes which result from the special uniformities of such arrangements are discussed in the detailed description below.

Preferably, to produce an element array according to the invention, a solid state sensor array of broad wavelength sensitivity is provided with a superposed filter mosaic. Filters of the mosaic are arranged in one-to-one registration with elements of the sensor array and have light passing characteristics in accordance with the above-described interlaid patterns. Filters which are selectively transparent in the green region of the spectrum are preferably employed in producing luminance-type elements, and filters which are selectively transparent in the red and blue spectral regions, respectively, are preferably employed in producing chrominance-type elements. (The term "luminance" is herein used in a broad sense to refer to the color vector which is the major contributor of luminance information. The term "chrominance" refers to those color vectors other than the luminance color vectors which provide a basis for defining an image.)

In an important alternative for implementation of the invention, three interlaid patterns, (a green-, a red-, and a blue-sensitive element pattern) are so arranged that green-sensitive elements (serving to detect luminance) occur at every other array position, with red-sensitive elements alternating with such green-sensitive

AX203359

3,971,065

3

elements in alternate rows — as in the case for the presently preferred implementation. In the remaining element positions, however, blue-sensitive elements alternate with red-sensitive elements to produce a luminance-dominated image sampling having a disproportion in the chrominance samples favoring red over blue. With this arrangement, sampling rates for all three basic color vectors are adjusted respective of the acuity of the human visual system. That is, blue detail, to which the human visual has least resolution, is sampled the least frequently . . . green detail, to which the human visual system is most responsive, is sampled most frequently.

It will be appreciated from the foregoing that with selectively sensitized elements cooperating in interlaid sampling patterns according to the invention, image information is extracted in an efficient use of sensing elements because relative image sampling rates, by color, are in effect adjusted respective of the characteristics of human visual response. Moreover, with the uniformities of such interlaid sampling patterns, desirable sampling attributes are achieved for a plurality of sensing element types (color sensitivities) cooperating in a color imaging device.

The invention is described with reference to the drawings, wherein:

FIG. 1A is an exploded pictorial representation showing preferred sensing element patterns for practicing the invention;

FIG. 1B is a pictorial representaion corresponding to FIG. 1A;

FIGS. 2A, 2B, 2C, and 2D are patten representations teaching a sampling characteristic of preferred forms of the invention;

FIG. 3A is a cross-sectional representation, in part, of a row of sensing elements in accordance with a preferred implementation of the invention;

FIG. 3B is a cross-sectional representation, in part, of a row of sensing elements adjacent the row represented in FIG. 3A;

FIG. 4 is a perspective representation showing a basic arrangement of elements for a camera system according to the invention;

FIG. 5 is a diagrammatic representation generally in block form illustrating signal processing arrangements for use in conjunction with sensing arrays according to the invention; and

FIG. 6 is a planar view of another embodiment of the invention.

Referring now to FIGS. 1A and 1B, there is shown a set of three sensor patterns 2, 4, and 6, respectively, which are interlaid to form an image sampling array 8, each such pattern corresponding to a different basic color vector. The pattern 2 (hereinafter referred to as the luminance pattern) has the highest element population, and is made up of luminance-sensitive elements (denoted Y), which are arranged at every other element position. With this pattern, it will be appreciated, luminance elements (and hence luminance samples) occur at half of the element positions of the array and are uniformly distributed over the entire array. First and second chrominance patterns 4 and 6 alternate with the luminance pattern in alternate rows, respectively, to provide a composite sampling array devoid of overlapping. As a result of this arrangement, sampling of an image, for all three basic color vectors (i.e., luminance, first and second chrominance), is symmetrical

4

and uniform in two orthogonal directions (e.g., horizontal and vertical), as is readily seen from FIG. 1B.

FIGS. 2A, 2B, and 2C illustrate the advance over certain prior art by means of the invention. Referring to FIGS. 2A, 2B, and 2C, the distance between rows of elements in the horizontal and vertical directions is shown for the luminance pattern 2 (FIG. 1A), and for prior art striped element patterns (e.g., as would exist where a vertically striped filter is superposed on a sensor array). Luminance pattern 2 (FIG. 2A) is seen to provide uniform sampling in the horizontal and vertical directions, whereas the striped patterns of FIGS. 2B and 2C do not. (Note: FIG. 2B shows a striped arrangement having a numerically similar luminance element population, and FIG. 2C shows a striped filter of the type having alternating stripes for each of three basic color vectors.) For each row and column of elements, the FIG. 2A luminance elements (and hence luminance samples) occur at regular intervals. Moreover, by means of the invention, not only the luminance pattern, but all other patterns (4 and 6, FIG. 1A) of a sensor according to the invention become regular and uniform in two orthogonal directions.

The preferred luminance pattern as especially desirable sampling qualities which result from the uniformity and orientation thereof. Of the possible patterns including only half of the element positions of a substantially rectangular array, the preferred pattern is the one that affords the largest useful region of frequency space, i.e., considering all directions on the array, the minimum Nyquist limit is largest. Moreover, because of the orientation of the preferred pattern to the major axes, this usable region proves more extensive in the horizontal and vertical directions . . . those directions where the human visual system is said to have greatest resolving power.

To further explain these sampling qualities, reference is made to FIG. 2D, where the sampling frequencies and harmonics for the preferred luminance patten are graphically illustrated in frequency space. By virtue of uniformity of the preferred luminance sampling pattern, the horizontal and vertical sampling rates are equal. The Nyquist or usable frequency region, i.e., the region including frequencies closer to the origin than to the sampling frequencies, is located in a substantially square portion of the frequency space (indicated by a dashed line) having its diagonals aligned with the horizontal and vertical directions (hence extending further in those directions).

Referring now to FIGS. 3A and 3B, a preferred imaging apparatus for implementing the invention employs a solid state imaging array 20 of the CCD type comprised of individual sensor elements (e.g., element 22 extending between the dashed lines of FIG. 3A). A filter mosaic 24 is superposed on imaging array 20, which mosaic includes individual filters (e.g., filter 26) in one-to-one registration with individual sensor elements of the array (e.g., the element 22). Individual filters of mosaic 24, forming a filter mosaic over the array 20, are of the selectively transmitting type and are arranged in patterns as described above. The letters G, R, B on individual filters of mosaic 24 (FIGS. 3A and 3B) serve to indicate green, red, and blue light transmission characteristics, respectively, as would be employed according to the presently preferred form of the invention. Filters selectively transmissive to light in the green region of the spectrum are utilized in producing luminance-sensitive elements, and red and blue

AX203360

3,971,065

5

transmitting filters are used for producing first and second chrominance-sensitive elements.

A selectively sensitive, color imaging element, such as element 26, is formed by each one of filters 24 in combination with a corresponding array sensor (for element 26 the sensor denoted 22). It will be appreciated, however, that an array according to the invention might also be formed of sensors having selective wavelength sensitivity; or by use of lenticular filters separate from an array of sensor elements, which filters selectively limit the wavelengths of light arriving at individual elements of such array.

Referring to FIG. 4, a color imaging array 30 according to the invention is shown in a simplified camera environment. Image information from individual rows of the array, such as a row 32, is transferred to a shift register 34 (generally formed "on board" the imaging chip) in response to signals from an interrogating apparatus such as a line scan clock 36. Such operation is well known, and apparatus for performing same is described in literature and patents regarding CCD arrays. It is also generally known to process the output signal of the register by means of a circuit 38. Using color imaging arrays according to the invention, however, information for the various base color vectors is interspersed as a result of the intermixed sensitivities of the color array elements. Accordingly, a switching network 40 is provided to separate the image signal sequence to a usable form, for example, to parallel green, red, and blue video signals.

In such form, the signals are conveniently converted to NTSC format using a conversion matrix of 2. This is especially convenient if the number of rows in the array corresponds to the number of visible lines in a field scan (approximately 250) or the number of visible lines in a frame (approximately 500) comprised of interlaced fields.

A simplified diagram for a switching network 30 is shown in FIG. 5. Sample and hold units 50 and 52 are employed in alternating operation to separate out, respectively, green information and the chrominance information. The latter alternates between red and blue with each successive row of the array. Since red information and blue information is received on an alternating row basis, such information is stored in a register 54 for an entire row and shifted out serially as the next row's luminance information arrives.

To maintain the same output channels for red information and blue information, irrespective of row, switching means 56 alternates the output connection from the register with each row of output information.

An important alternative set of patterns for implementing color imaging arrays according to the invention is shown in FIG. 6. The luminance (green) pattern, having elements denoted by a "G", assumes every other array position. A red pattern, having elements denoted by an "R", alternates with luminance elements (denoted "B") in alternate rows, and red elements also alternate with blue elements in filling the remaining element positions. By this arrangement, blue elements contribute only one-eighth of the element population . . . a recognition of the human visual system's relatively limited ability to discern blue detail. Red detail, to which the human visual system is more responsive, is sampled at a higher rate than for blue detail by virtue of the relatively greater population of red-sensitive elements. Luminance detail, to which the human eye is most responsive, is sampled by the largest population of

6

elements. Through this arrangement, image sampling is coordinated to closely match the response of the human visual system; however, it will be appreciated that separating and storing red and blue image information becomes more complicated when the red and blue patterns differ.

The invention has been described in detail with particular respect to implementations thereof, but it will be appreciated that variations and modifications can be effected within the spirit and scope of the invention. For example, a variety of sensors might be employed, including the sensors of CCD or CID imaging arrays. Moreover, color-sensitive elements for use in the invention may have inherent selective sensitivity or may incorporate filters either adjacent to or removed from a broad-wavelength-range sensor, which filters selectively limit the range of sensitivity for individual sensors. Also, while the invention is cast in the environment of a camera utilization, it has other uses, for example, in connection with a display device.

What is claimed is:

1. A color imaging device comprising an array of light-sensitive elements, which array includes at least (1) a first type of element sensitive to a spectral region corresponding to luminance, (2) a second type of element sensitive to one spectral region corresponding to chrominance, and (3) a third type of element sensitive to a different spectral region corresponding to chrominance, the three types of elements occurring in repeating patterns which are such that over at least a major portion of said array luminance-type elements occur at every other element position along both of two orthogonal directions of said array.

2. A device in accordance with claim 1 wherein said luminance-type elements are sensitive in the green region of the spectrum, and the two types of chrominance elements are sensitive in the red and blue regions of the spectrum, respectively.

3. An array in accordance with claim 1 wherein the elements are arranged in a substantially rectangular pattern and the two chrominance types of sensors alternate with the luminance sensors in alternate rows, respectively, of the rectangular pattern.

4. A color image sensor comprising:

a. a substantially planar array of solid state light-sensitive elements; and

b. a filter mosaic made up of individual filter elements which are superposed in one-to-one registry on said light-sensitive elements, said mosaic being comprised of a first type of filter element having a luminance transparency characteristic, a second type of filter element having a transparency characteristic different from that of said first type, and a third type of filter element having a transparency characteristic different from that of said first and second types, such filter elements being arranged in repeating patterns respective of type with the luminance filters occurring at every other array position in two perpendicular directions throughout substantially the entire imaging area of the sensor.

5. A sensor according to claim 4 wherein the first type filters are arranged at every other array position, and said second and third type filters alternate with the first type filters in respective alternate rows of the array.

6. A sensor according to claim 4 wherein the first type filters occur at every other array position, and the

AX203361

3,971,065

7

third type filters occur in alternate rows at every fourth position, the second type filters occurring at all remaining positions, whereby a hierarchy of distributed sampling populations is provided.

7. A sensor according to claim 6 wherein the first type of filter transmits for the green spectral range, the second type of filter transmits for the red spectral range, and the third type of filter transmits for the blue spectral range.

8. A video image sensor comprising a first type of element sensitive to a luminance region of the spectrum, and a second and a third type of element sensitive to respective different chrominance regions of the spectrum, said sensor, over substantially the entire imaging area thereof, having such elements arranged as a mosaic of individual groups of four neighboring elements in a generally square configuration, which groups each include two diagonally-arranged first-type

8

elements, one second-type element, and one third-type element.

9. A video image sensor according to claim 8 wherein said first-type elements within the individual groups are aligned in a common diagonal direction.

10. A video image sensor according to claim 9 wherein said first-type element is sensitive to the green region of the spectrum, the second-type element is sensitive to the red region of the spectrum, and the third-type element is sensitive to the blue region of the spectrum.

11. An image sensor according to claim 8 wherein individual first-, second-, and third-type elements are comprised of a broad spectrum photoresponsive device with a spectrally selective filter superposed in registry therewith.

* * * * *

AX203362

# UNITED STATES PATENT OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  3,971,065
DATED       :  July 20, 1976
INVENTOR(S) :  Bryce E. Bayer

It is certified that error appears in the above—identified patent and that said Letters Patent are hereby corrected as shown below:

Column 5, lines 56-60:  Change sentence to read:  --A red pattern, having elements denoted by an "R", alternates with blue elements (denoted "B") in alternate rows, and red elements fill the remaining element positions.--

Signed and Sealed this

Fifth Day of September 1978

[SEAL]

Attest:

RUTH C. MASON
Attesting Officer

DONALD W. BANNER
Commissioner of Patents and Trademarks

AX203363

Second Declaration of George T. Ligler

# Exhibit 29



INTERNATIONAL TELECOMMUNICATION UNION

# CCITT

THE INTERNATIONAL
TELEGRAPH AND TELEPHONE
CONSULTATIVE COMMITTEE

**T.81**
(09/92)

**TERMINAL EQUIPMENT AND PROTOCOLS
FOR TELEMATIC SERVICES**

**INFORMATION TECHNOLOGY –
DIGITAL COMPRESSION AND CODING
OF CONTINUOUS-TONE STILL IMAGES –
REQUIREMENTS AND GUIDELINES**



**Recommendation T.81**

**AX202071**

## Foreword

ITU (International Telecommunication Union) is the United Nations Specialized Agency in the field of telecommunications. The CCITT (the International Telegraph and Telephone Consultative Committee) is a permanent organ of the ITU. Some 166 member countries, 68 telecom operating entities, 163 scientific and industrial organizations and 39 international organizations participate in CCITT which is the body which sets world telecommunications standards (Recommendations).

The approval of Recommendations by the members of CCITT is covered by the procedure laid down in CCITT Resolution No. 2 (Melbourne, 1988). In addition, the Plenary Assembly of CCITT, which meets every four years, approves Recommendations submitted to it and establishes the study programme for the following period.

In some areas of information technology, which fall within CCITT's purview, the necessary standards are prepared on a collaborative basis with ISO and IEC. The text of CCITT Recommendation T.81 was approved on 18th September 1992. The identical text is also published as ISO/IEC International Standard 10918-1.

---

CCITT  NOTE

In this Recommendation, the expression "Administration" is used for conciseness to indicate both a telecommunication administration and a recognized private operating agency.

© ITU  1993

All rights reserved. No part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the ITU.

AX202072

# Contents

*Page*

Introduction..................................................................................................................................... iii

1     Scope ................................................................................................................................. 1

2     Normative references........................................................................................................ 1

3     Definitions, abbreviations and symbols ........................................................................... 1

4     General ............................................................................................................................. 12

5     Interchange format requirements ...................................................................................... 23

6     Encoder requirements ....................................................................................................... 23

7     Decoder requirements ....................................................................................................... 23

Annex A – Mathematical definitions................................................................................................ 24

Annex B – Compressed data formats............................................................................................... 31

Annex C – Huffman table specification........................................................................................... 50

Annex D – Arithmetic coding .......................................................................................................... 54

Annex E – Encoder and decoder control procedures....................................................................... 77

Annex F – Sequential DCT-based mode of operation...................................................................... 87

Annex G – Progressive DCT-based mode of operation................................................................... 119

Annex H – Lossless mode of operation ........................................................................................... 132

Annex J – Hierarchical mode of operation...................................................................................... 137

Annex K – Examples and guidelines............................................................................................... 143

Annex L – Patents............................................................................................................................ 179

Annex M – Bibliography.................................................................................................................. 181

AX202073

ISO/IEC 10918-1 : 1993(E)

**K.3.1     Typical Huffman tables for the DC coefficient differences**

Tables K.3 and K.4 give Huffman tables for the DC coefficient differences which have been developed from the average statistics of a large set of video images with 8-bit precision. Table K.3 is appropriate for luminance components and Table K.4 is appropriate for chrominance components. Although there are no default tables, these tables may prove to be useful for many applications.

**Table K.3 – Table for luminance DC coefficient differences**

| Category | Code length | Code word |
|----------|-------------|-----------|
| 0 | 2 | 00 |
| 1 | 3 | 010 |
| 2 | 3 | 011 |
| 3 | 3 | 100 |
| 4 | 3 | 101 |
| 5 | 3 | 110 |
| 6 | 4 | 1110 |
| 7 | 5 | 11110 |
| 8 | 6 | 111110 |
| 9 | 7 | 1111110 |
| 10 | 8 | 11111110 |
| 11 | 9 | 111111110 |

**Table K.4 – Table for chrominance DC coefficient differences**

| Category | Code length | Code word |
|----------|-------------|-----------|
| 0 | 2 | 00 |
| 1 | 2 | 01 |
| 2 | 2 | 10 |
| 3 | 3 | 110 |
| 4 | 4 | 1110 |
| 5 | 5 | 11110 |
| 6 | 6 | 111110 |
| 7 | 7 | 1111110 |
| 8 | 8 | 11111110 |
| 9 | 9 | 111111110 |
| 10 | 10 | 1111111110 |
| 11 | 11 | 11111111110 |

**K.3.2     Typical Huffman tables for the AC coefficients**

Tables K.5 and K.6 give Huffman tables for the AC coefficients which have been developed from the average statistics of a large set of images with 8-bit precision. Table K.5 is appropriate for luminance components and Table K.6 is appropriate for chrominance components. Although there are no default tables, these tables may prove to be useful for many applications.

CCITT Rec. T.81 (1992 E)     149

AX202223

Second Declaration of George T. Ligler

# Exhibit 30

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 31

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 32

CONFIDENTIAL EXHIBIT

Second Declaration of George T. Ligler

# Exhibit 33

CONFIDENTIAL EXHIBIT