IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC.,<br><br>*Defendants.* | C.A. No. 04-1373-KAJ |

**DECLARATION OF CHRISTA P. WORLEY
IN SUPPORT OF AMPEX'S REPLY BRIEF IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT THAT THE QUANTEL
PAINTBOX IS NOT PRIOR ART UNDER 35 U.S.C. § 102(a) AND (b)**

I am an associate with the law firm of Ropes & Gray LLP, attorneys for plaintiff Ampex Corporation ("Ampex") in this action. I make this declaration in support of Ampex's Reply Brief in Support of Its Motion for Summary Judgment that the Quantel PaintBox Is Not Prior Art Under 35 U.S.C. § 102(a) and (b).

Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 5 from the Deposition of Martin A. Holbrook, taken on March 10, 2006 entitled "PAINTBOX What's New."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2006 in Palo Alto, California.

_____
Christa P. Worley

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

*/s/   Julia Heaney (#3052)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com