# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

**Jaclyn Mason**
Associate

TEL (302) 888-6433
FAX (302) 255-4275
EMAIL jmason@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

June 21, 2006

**VIA CM/ECF AND HAND DELIVERY**

Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

      **Re:**   *Ampex Corporation v. Eastman Kodak Company, et al.,*
             <u>C.A. No. 04-1373-KAJ (D. Del.)</u>

Dear Sir:

      This letter is in regard to the Appendix to Defendants' Answering Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment that U.S. Patent No. 4,821,121 is Not Anticipated (<u>D.I. 357</u>), and the Appendix to Defendants' Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment that U.S. Patent No. 4,821,121 is Not Invalid for Obviousness (<u>D.I. 361, 374-76</u>), both of which were filed under seal on June 13, 2006 in the above-captioned case.

      A number of documents with attorneys' handwritten notes were inadvertently included in these Appendices. The notes were written in connection with this litigation and reflect attorney work product. Enclosed please find replacement copies of these Appendices that do not contain attorney work product. Please replace <u>D.I. 357</u> and <u>D.I. 361, 374-76</u> with the enclosed copies and destroy the originally filed Appendices.

Thank you very much for your assistance and attention to this matter.

Respectfully Submitted,

*/s/ Jaclyn M. Mason*

Jaclyn M. Mason (#4737)

JMM/met

Enclosures

cc: Jesse J. Jenner, Esq.
Norman H. Beamer, Esq.
Jack B. Blumenfeld, Esq.
Michael J. Summersgill, Esq.
Jordan Hirsch, Esq.
Collins J. Seitz, Jr., Esq.