# TAB 1

**CAPTURE MODE – 1:**

# User Captures Full Size Image in RAM



Fig. 18

Fig. 1-A-Overview – Taylor Patent



CAPTURE MODE – 2:

System Stores Full Size Image in Bulk Store

Fig. 18

Fig. 1-B: Overview - Taylor Patent



CAPTURE MODE – 3:

User Repeats Process, Building Up Library of Full Size Images

Fig. 1-C. Overview – Taylor Patent



BROWSE MODE - 1:

# User Selects Browse Mode

Fig. 18

Fig. 1-D: Overview - Taylor Patent

# System Accesses First Full Size Image from Bulk Store, Sends It To Size Reducer, Generates Reduced Size Image



Fig. 18

Fig. 1-E: Overview - Taylor Patent

# System Writes Reduced Size Image As Part of Mosaic into RAM



Fig. 18

Fig. 1-F: Overview – Taylor Patent

# BROWSE MODE – 4:

## System Continues this Process, Creating Mosaic On The Fly



Fig. 1-6: Overview – Taylor Patent

# TAB 2

# CAPTURE MODE – 1:

## User Captures Full Size Image in RAM



Fig. 2-A: Overview – '121 Patent

CAPTURE MODE – 2:

# System Generates Reduced Size Image

*Fig. 2-B: Overview – '121 Patent*



CAPTURE MODE – 3:

System Writes Reduced Size Image into RAM Along with Full Size Image

Fig. 2-C. Overview – '121 Patent

**CAPTURE MODE – 4:**

# System Stores Full Size and Reduced Size Image in Bulk Store



Fig. 2-D: Overview – '121 Patent

**CAPTURE MODE – 5:**

## System Repeats Process for Each Captured Image, building up a Library of Full Size and Associated Reduced Size Images in Bulk Store



Fig. 2-E: Overview – '121 Patent



BROWSE MODE - 1:

User Selects Browse Mode

Fig. 2-F. Overview - '121 Patent

BROWSE MODE - 2:

# System Accesses Reduced Size Images from Bulk Store



*Fig. 2-G: Overview – '121 Patent*



BROWSE MODE - 3:

System Writes Reduced Size Images as Mosaic into RAM

Fig. 2-H: Overview - '121 Patent

-8-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 27, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com