## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and<br>CHINON INDUSTRIES, INC.,<br><br>　　　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04-1373 (KAJ)

**PUBLIC VERSION**

**SUPPLEMENTAL DECLARATION OF KAREN A. CHRISTIANSEN
IN SUPPORT OF AMPEX CORPORATION'S REPLY BRIEF IN SUPPORT
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT THAT
U.S. PATENT NO. 4,821,121 IS NOT ANTICIPATED**

OF COUNSEL:
Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005
(202) 508-4600

Original Filing Date: June 20, 2006
Redacted Filing Date: June 27, 2006

MORRIS NICHOLS ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
　*Attorneys for Plaintiff Ampex Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMPEX CORPORATION,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br>ALTEK CORPORATION, and<br>CHINON INDUSTRIES, INC.,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-1373-KAJ<br><br>   **CONFIDENTIAL**<br>   **FILED UNDER SEAL** |

**SUPPLEMENTAL DECLARATION OF KAREN A. CHRISTIANSEN**
**IN SUPPORT OF AMPEX CORPORATION'S REPLY BRIEF IN SUPPORT**
**OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT THAT**
**U.S. PATENT NO. 4,821,121 IS NOT ANTICIPATED**

   I am an associate with the law firm of Ropes & Gray LLP, attorneys for plaintiff

Ampex Corporation ("Ampex") in this action. I make this declaration in support of

Ampex Corporation's Reply Brief in Support of Its Motion for Partial Summary

Judgment that U.S. Patent No. 4,821,121 Is Not Anticipated.

   1.  Attached hereto as Exhibit 18 are true and correct copies of selected pages

from the Disclosure of Expert Rebuttal Testimony of Alan Cavallerano, submitted in this

action on April 11, 2006.

   2.  Attached hereto as Exhibit 19 are true and correct copies of selected pages

from the Deposition of Richard J. Taylor, taken in the ITC action on June 6, 2005.

   3.  Attached hereto as Exhibit 20 are true and correct copies of selected pages

from the Deposition of Richard J. Taylor, taken in this action on April 28, 2006.

4.     Attached hereto as Exhibit 21 are true and correct copies of selected pages from the Deposition of Junaid Sheikh, taken in the ITC action on May 6, 2005.

5.     Attached hereto as Exhibit 22 are true and correct copies of selected pages from the Deposition of Dieter W. Preuss, PhD, taken in this action on May 5, 2006.

6.     Attached hereto as Exhibit 23 is a true and correct copy of U.S. Patent No. 4,302,776, granted November 24, 1981.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2006 in Palo Alto, California.

_Karen A. Christiansen_
Karen A. Christiansen

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com

# EXHIBIT 18

# SEALED DOCUMENT

# EXHIBIT 19

SEALED DOCUMENT

# EXHIBIT 20

VOLUME: I

PAGES: 1-146

EXHIBITS: 40-52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - x

AMPEX CORPORATION,

                Plaintiff,

  v.                        Civil Action

EASTMAN KODAK COMPANY, ALTEK     No. 04-1373-KAJ

CORPORATION and CHINON

INDUSTRIES, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - x

# CERTIFIED COPY

VIDEOTAPED DEPOSITION of RICHARD J. TAYLOR

April 28, 2006

9:38 a.m.

Ropes & Gray LLP

One International Place

Boston, Massachusetts

Reporter: Michael D. O'Connor, RPR

 LegaLink San Francisco
575 Market Street, 11th Floor
San Francisco, CA 94105
tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

RICHARD J. TAYLOR  April 28, 2006

| | | |
|---|---|---|
| 02:24:35 | 1 | an isolated pixel-by-pixel basis.  But where that |
| 02:24:45 | 2 | is, I don't know. |
| 02:24:46 | 3 | Q.   You agree that the AVA cut and paste |
| 02:24:48 | 4 | operation was very slow in actuality? |
| 02:24:52 | 5 | MR. SUMMERSGILL:  Objection. |
| 02:25:05 | 6 | A.   Yes.  The process of cutting out an image |
| 02:25:13 | 7 | or of pasting an image were slow. |
| 02:25:17 | 8 | Q.   And particularly, when you also reduced the |
| 02:25:20 | 9 | size of the cutout before you pasted it caused the |
| 02:25:25 | 10 | system to slow down in reality? |
| 02:25:28 | 11 | MR. SUMMERSGILL:  Objection. |
| 02:25:31 | 12 | A.   That is exactly why you would go to all the |
| 02:25:34 | 13 | lengths you could to get it as fast as possible, |
| 02:25:37 | 14 | which would not be going for each and every pixel to |
| 02:25:40 | 15 | and from disk. |
| 02:25:49 | 16 | Q.   Do you agree that to generate a |
| 02:25:51 | 17 | reduced-size image in AVA, you first have to store |
| 02:25:53 | 18 | it on disk? |
| 02:26:04 | 19 | A.   I thought there was testimony to the |
| 02:26:06 | 20 | contrary.  I thought there was testimony that the |
| 02:26:14 | 21 | image could go directly to the computer store. |
| 02:26:22 | 22 | Q.   I believe you're referring to Paragraph |
| 02:26:24 | 23 | 122.  If you could turn to that.  You say, "Mr. |
| 02:26:37 | 24 | Gafford argued that the full-sized image was sent |

92

RICHARD J. TAYLOR  April 28, 2006

| | | |
|---|---|---|
| 02:26:39 | 1 | from the frame store to the disk before size |
| 02:26:42 | 2 | reduction."  And you cite, "This contradicts the |
| 02:26:46 | 3 | deposition testimony of Junaid Sheikh, the former |
| 02:26:48 | 4 | Ampex engineer," et cetera, and you cite transcript |
| 02:26:51 | 5 | Pages 66 to 68. |
| 02:26:57 | 6 | MR. BEAMER:  Let me mark as the next |
| 02:26:58 | 7 | exhibit a section of the shake transcript, and also |
| 02:27:12 | 8 | place before you Taylor Exhibit 29, which is the |
| 02:27:16 | 9 | Sheikh article that Mr. Sheikh is referring to in |
| 02:27:23 | 10 | the portion of the testimony that you rely on. |
| | 11 | (Document marked as Exhibit 51 |
| 02:27:30 | 12 | for identification) |
| 02:27:31 | 13 | Q.   My question is, where in that transcript |
| 02:27:33 | 14 | that you cite does it support your statement? |
| 02:29:00 | 15 | I would mention the reason I gave you |
| 02:29:02 | 16 | Taylor Exhibit 29 is because I see a reference to |
| 02:29:05 | 17 | Figure 3, which, I think, is Figure 3 of this |
| 02:29:07 | 18 | article. |
| 02:29:26 | 19 | MR. SUMMERSGILL:  To the extent you want to |
| 02:29:27 | 20 | move things along, I don't want to stop Mr. Taylor |
| 02:29:29 | 21 | from reading whatever he wants to read, but you |
| 02:29:31 | 22 | might direct him to the cite in his report, because |
| 02:29:34 | 23 | I think he was starting this exhibit from the |
| 02:29:35 | 24 | beginning. |

93

RICHARD J. TAYLOR  April 28, 2006

| | | |
|---|---|---|
| 02:29:36 | 1 | Q.   You cite 66 to 68, and that's what I |
| 02:29:40 | 2 | assumed you would want to focus on.  This happens to |
| 02:29:50 | 3 | be everything cited in your report from Sheikh. |
| 02:31:14 | 4 | A.   Isn't he saying in 67 that you would make a |
| 02:31:19 | 5 | copy of it? |
| 02:31:20 | 6 | Q.   Excuse me. |
| 02:31:21 | 7 | A.   Isn't he saying in Line 5 of 67 that you |
| 02:31:24 | 8 | would make a copy of it? |
| 02:31:32 | 9 | Q.   Isn't he referring to the full-sized image |
| 02:31:35 | 10 | that in order to generate Figure 3, you have to |
| 02:31:40 | 11 | first save a copy of the original full-sized image |
| 02:31:43 | 12 | on disk, and then you perform the various cut and |
| 02:31:47 | 13 | paste functions? |
| 02:32:16 | 14 | A.   Yes, that could be storing it on disk. |
| 02:34:10 | 15 | MR. SUMMERSGILL:  Is there a question |
| 02:34:12 | 16 | pending? |
| 02:34:12 | 17 | MR. BEAMER:  I thought there was. |
| 02:34:15 | 18 | A.   I agree with you, that could be to disk. |
| 02:34:20 | 19 | Q.   Is there any other document or testimony |
| 02:34:21 | 20 | that you rely on for questioning Gafford's statement |
| 02:34:26 | 21 | about having to store the image on disk before it |
| 02:34:30 | 22 | was reduced? |
| 02:35:12 | 23 | A.   Sorry, could I just go back to 67.  If you |
| 02:35:16 | 24 | go to Line 13, isn't he there saying that you don't |

94

RICHARD J. TAYLOR  April 28, 2006

| | | |
|---|---|---|
| 02:35:24 | 1 | have to necessarily store it to disk? |
| 02:35:28 | 2 | Q.   Yes.  You don't have to store the |
| 02:35:32 | 3 | full-sized image on disk if you don't care if you |
| 02:35:35 | 4 | ruin the image.  If you're going to overwrite the |
| 02:35:41 | 5 | image, then you don't have the original image.  So |
| 02:35:44 | 6 | you've got to store it on disk before you perform |
| 02:35:46 | 7 | the rest of the operations.  That's what he's |
| 02:35:52 | 8 | saying, isn't he? |
| 02:36:02 | 9 | A.   Yes, I agree with you. |
| 02:36:03 | 10 | Q.   So is there anything else you're relying on |
| 02:36:07 | 11 | with this statement where you say you disagree with |
| 02:36:11 | 12 | Gafford in 122? |
| 02:36:39 | 13 | A.   Certainly the block diagram shows the |
| 02:36:43 | 14 | ability of the frame store to talk directly to the |
| 02:36:46 | 15 | computer. |
| 02:36:50 | 16 | Q.   Anything else? |
| 02:36:54 | 17 | A.   Not that I can recall at the moment. |
| 02:36:57 | 18 | Q.   In Paragraph 117, Page 39, you refer to the |
| 02:37:05 | 19 | size of this random access memory associated with |
| 02:37:09 | 20 | the computer as being 512 kilobytes.  Could you turn |
| 02:37:19 | 21 | to this thick manual, Exhibit 50.  Do you understand |
| 02:37:22 | 22 | this to be the manual for the computer that you're |
| 02:37:24 | 23 | referring to in Paragraph 117?  And could you turn |
| 02:37:50 | 24 | to Page 130 of Exhibit 50. |

95

# EXHIBIT 21

SEALED DOCUMENT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 27, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com