IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN KODAK COMPANY, )<br>ALTEK CORPORATION, and )<br>CHINON INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1373 (KAJ)<br><br>**PUBLIC VERSION** |

**SUPPLEMENTAL DECLARATION OF RAY R. ZADO IN SUPPORT OF
AMPEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT THAT U.S.
PATENT NO. 4,821,121 IS NOT UNENFORCEABLE DUE TO
ALLEGED INEQUITABLE CONDUCT FOR FAILURE TO DISCLOSE
THE QUANTEL DLS6000, QUANTEL PAINTBOX, OR AMPEX AVA SYSTEMS**

OF COUNSEL:
Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005
(202) 508-4600

Original Filing Date: June 20, 2006
Redacted Filing Date: June 27, 2006

MORRIS NICHOLS ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Ampex Corporation*

I, Ray R. Zado, declare:

1. I am a member of the bar of the State of California, and an associate with the firm of Ropes & Gray, 525 University Avenue, Suite 300, Palo Alto, California, counsel to Complainant Ampex Corporation ("Ampex") in this investigation.

2. I make this supplemental declaration in support of Ampex Corporation's Motion For Summary Judgment That U.S. Patent No. 4,821,121 Is Not Unenforceable Due To Alleged Inequitable Conduct For Failure to Disclose the Quantel DLS6000, Quantel Paintbox, or Ampex Ava Systems. Unless specifically indicated otherwise, this Declaration is made based on personal knowledge.

3. Attached hereto as Exhibit 26 is a true and correct copy of selected pages from the transcript of the Deposition of Richard J. Taylor, taken in ITC Investigation No. 337-TA-527 on June 6-7, 2005.

4. Attached hereto as Exhibit 27 are true and correct copies of selected pages from the Deposition of Richard J. Taylor, taken in this action on April 28, 2006.

5. Attached hereto as Exhibit 28 are true and correct copies of selected pages from the Deposition of Alan Cavallerano, taken in this action on May 3, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2006, at Palo Alto, California.

_____
RAY R. ZADO

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Collins J. Seitz, Jr., Esquire
>Jaclyn Mason, Esquire
>Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

>Collins J. Seitz, Jr., Esquire
>Connolly, Bove, Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>/s/ Julia Heaney (#3052)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jheaney@mnat.com

# EXHIBIT 26

# SEALED DOCUMENT

# EXHIBIT 27

```
                                    VOLUME: I
                                    PAGES: 1-146
                                    EXHIBITS: 40-52
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - x

AMPEX CORPORATION,

                Plaintiff,

v.                       Civil Action

EASTMAN KODAK COMPANY, ALTEK     No. 04-1373-KAJ

CORPORATION and CHINON

INDUSTRIES, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - x

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION of RICHARD J. TAYLOR

April 28, 2006

9:38 a.m.

Ropes & Gray LLP

One International Place

Boston, Massachusetts


Reporter: Michael D. O'Connor, RPR



LEGALINK
A WORDWAVE COMPANY

LegaLink San Francisco    tel (415) 357-4300    www.legalink.com
575 Market Street, 11th Floor  tel (800) 869-9132
San Francisco, CA 94105      fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

| | | |
|---|---|---|
| 03:26:51 | 1 | A. Yes, it does. |
| 03:26:59 | 2 | Q. On Paragraph 146, on Page 48 you state |
| 03:27:08 | 3 | that, "The 6030 could receive full-sized video |
| 03:27:12 | 4 | images from an external source, such as a television |
| 03:27:16 | 5 | broadcast or video camera. The input full-sized |
| 03:27:19 | 6 | image was stored in the preview" -- |
| 03:27:22 | 7 | A. You've completely lost me. What page are |
| 03:27:23 | 8 | we on? |
| 03:27:26 | 9 | Q. Page 48, Paragraph 146. |
| 03:27:29 | 10 | A. Thank you. I was just reading from the |
| 03:27:33 | 11 | last two sentences. "The DLS 6030 could receive |
| 03:27:36 | 12 | full-sized video images from an external source, |
| 03:27:40 | 13 | such as a television broadcast or a video camera. |
| 03:27:43 | 14 | The input full-sized image was stored in the preview |
| 03:27:47 | 15 | frame store for display." |
| 03:27:50 | 16 | That's also shown in the Taylor patent, |
| 03:27:52 | 17 | right, the '776 patent? For example, Figure 1, Item |
| 03:28:28 | 18 | 12, is a camera, which is an external source, right? |
| 03:28:47 | 19 | A. Item 12 is a camera; that's correct. I was |
| 03:28:52 | 20 | just pondering the sentence, the input which you |
| 03:28:59 | 21 | also read, which was "The input full-sized image was |
| 03:29:02 | 22 | stored in preview frame store for display." I would |
| 03:29:09 | 23 | add the caveat that I have in previous answers, that |
| 03:29:11 | 24 | the arrangement of Figure 19 is different to the |

| | | |
|---|---|---|
| 03:29:15 | 1 | 6030. |
| 03:29:20 | 2 | Q.    Then in Paragraph 147 you talk about random |
| 03:29:25 | 3 | access memory with an input port and an output port. |
| 03:29:31 | 4 | Is it correct that the random access memories that |
| 03:29:33 | 5 | are discussed in the '776 patent have an input port |
| 03:29:37 | 6 | and an output port? |
| 03:30:21 | 7 | A.    Yes. |
| 03:30:23 | 8 | Q.    Paragraph 148, again, talks about a disk |
| 03:30:27 | 9 | storage, and you agree that the '776 discloses a |
| 03:30:32 | 10 | disk storage to store video image data; is that |
| 03:30:37 | 11 | right? |
| 03:30:37 | 12 | A.    Yes. |
| 03:30:39 | 13 | Q.    Paragraph 149 talks about storing a |
| 03:30:44 | 14 | full-sized image in random access memory.  That is |
| 03:30:52 | 15 | shown and disclosed in the '776 patent, correct? |
| 03:31:09 | 16 | A.    Yes. |
| 03:31:10 | 17 | Q.    On Paragraph 150, it then talks about |
| 03:31:13 | 18 | storing the full-sized image on disk, and that |
| 03:31:16 | 19 | capability is disclosed in the '776 patent, correct? |
| 03:31:28 | 20 | A.    Yes. |
| 03:31:28 | 21 | Q.    Now, in Paragraph 151, there's a discussion |
| 03:31:36 | 22 | about the meaning of selectively generating, and you |
| 03:31:38 | 23 | go on to say that the size reducer and the DLS 6030 |
| 03:31:43 | 24 | could create a reduced sized lower resolution image |

# EXHIBIT 28

```
                                                              1
 1

 2    IN THE UNITED STATES DISTRICT COURT

 3    FOR THE DISTRICT OF DELAWARE

 4    ------------------------------------x

 5    AMPEX CORPORATION,

 6                    Plaintiff,

 7         -against-              C.A. No.
                                  04-1371-KAJ
 8    EASTMAN KODAK COMPANY, ALTEK
      CORPORATION and CHINON INDUSTRIES,
 9    INC.,

10                    Defendants.

11    ------------------------------------x

12                  May 3, 2006
                    9:08 a.m.
13

14         Videotaped Deposition of ALAN

15    CAVALLERANO, taken by Defendants,

16    pursuant to Notice, at the offices of

17    Wilmer Cutler Pickering Hale and Dorr

18    LLP, 399 Park Avenue, New York, New

19    York, before ERIC J. FINZ, a Shorthand

20    Reporter and Notary Public within and

21    for the State of New York.

22

23

24

25
```

133

| | |
|---|---|
| 02:47 | 1 |
| 2:02:51 | 2 |
| 2:02:53 | 3 |
| 2:02:54 | 4 |
| 2:03:01 | 5 |
| 2:03:04 | 6 |
| 2:03:09 | 7 |
| 2:03:12 | 8 |
| 2:03:13 | 9 |
| 2:03:14 | 10 |
| 2:03:17 | 11 |
| 2:03:20 | 12 |
| 2:03:24 | 13 |
| 2:03:31 | 14 |
| 2:03:34 | 15 |
| 2:03:47 | 16 |
| 2:03:49 | 17 |
| 2:03:52 | 18 |
| 2:03:55 | 19 |
| 2:03:57 | 20 |
| 2:03:59 | 21 |
| 2:04:02 | 22 |
| 2:04:04 | 23 |
| 2:04:07 | 24 |
| | 25 |

ALAN CAVALLERANO

column 4, lines 45 to 49.

    MR. BEAMER: You are on the '776 patent?

    THE WITNESS: Yes.

    Q.   **Is it your expert opinion that the '776 patent, column 4, discloses the browse of reduced size images?**

    A.   Yes. Actually I was going to point us to several locations. For example, column 3, lines roughly -- actually 54 -- excuse me, 55 even says "this browse facility," it's talking about polyphoto formats. And in column 4, lines 45 to 49. I'm sorry, I would like to just correct myself on the lines 45 to 49. I'll stick with the column 3 citing.

    Q.   **And is it your expert opinion that what you've referenced in column 3 discloses the browse of reduced size images?**

    A.   This in conjunction with my reading of the patent. Because if we

ALAN CAVALLERANO

| | |
|---|---|
| 2:04:13  1 | |
| 2:04:16  2 | look earlier on in column 3, line 39, |
| 2:04:18  3 | it says "the contents of the disk store |
| 2:04:20  4 | may hold several hundred separate |
| 2:04:22  5 | pictures and the problem of examining |
| 2:04:25  6 | the contents of this store in order to |
| 2:04:30  7 | find a picture you need exists." Then |
| 2:04:32  8 | down further to my citing about the |
| 2:04:34  9 | browse facility with polyphoto format, |
| 2:04:41 10 | a polyphoto format would, it's a total |
| 2:04:43 11 | of 64 miniature pictures. |
| 2:04:47 12 | So it is a browse of images |
| 2:04:51 13 | that have been reduced in size and put |
| 2:04:56 14 | into like a montage. So I have to be |
| 2:05:02 15 | explicit that it is browsing smaller |
| 2:05:05 16 | versions of the full size images that |
| 2:05:09 17 | are within the machine. |
| 2:05:10 18 | Q. Okay. Is it your expert |
| 2:05:16 19 | opinion that the '776 patent discloses |
| 2:05:19 20 | the browse of reduced size images that |
| 2:05:21 21 | have been stored on disk? |
| 2:05:22 22 | A. That's my understanding from |
| 2:05:25 23 | reading the patent, yes. |
| 2:05:27 24 | Q. If the '776 patent |
| 25 | discloses the browse of reduced size |

|  |  |
|---|---|
| 05:30 | 1 |
| 2:05:34 | 2 |
| 2:05:37 | 3 |
| 2:05:37 | 4 |
| 2:05:39 | 5 |
| 2:05:43 | 6 |
| 2:05:48 | 7 |
| 2:05:55 | 8 |
| 2:05:59 | 9 |
| 2:06:03 | 10 |
| 2:06:11 | 11 |
| 2:06:15 | 12 |
| 2:06:21 | 13 |
| 2:06:21 | 14 |
| 2:06:23 | 15 |
| 2:06:30 | 16 |
| 2:06:35 | 17 |
| 2:06:40 | 18 |
| 2:06:44 | 19 |
| 2:06:49 | 20 |
| 2:06:52 | 21 |
| 2:06:54 | 22 |
| 2:06:57 | 23 |
| 2:07:01 | 24 |
|  | 25 |

135

**ALAN CAVALLERANO**

**images that have been stored on disk, what is the invention of the '121 patent?**

A.    The invention is the method of generating these reduced size images that are put on the disk and read from the disk in reduced form, rather than generating them, like in the '776, where all that's being done is the images are stored as a polyphoto. And then retrieved that way. So one needs to create this polyphoto for the browse.

The browse is not described to be generated by storing the reduced size images first. They are either read out from the disk and reduced in size sort of on the fly, or if something, we do know in figure 19, the size reducer is interposed from the frame store to the disk store. So even that concept is there. But in terms of a total method, that is not described in the '776.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

### BY E-MAIL and BY FEDERAL EXPRESS (on June 21, 2006)

> Michael J. Summersgill, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA  02109

> */s/  Julia Heaney (#3052)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jheaney@mnat.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 27, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Collins J. Seitz, Jr., Esquire
>Jaclyn Mason, Esquire
>Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL and BY HAND

>Collins J. Seitz, Jr., Esquire
>Connolly, Bove, Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

### BY E-MAIL and BY FEDERAL EXPRESS

>Michael J. Summersgill, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>*/s/ Julia Heaney (#3052)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jheaney@mnat.com