George T. Ligler, Ph.D.                    05/10/2006

139

:37:09    1    surprised if it were a decade before.

12:37:11   2        Q    Does the size reducer of the '121 patent

12:37:15   3    reduce the size of images?

12:37:19   4        A    It generates reduced-size reproductions of

12:37:26   5    those images.

12:37:28   6        Q    Was Mr. Beaulier the first to design a

12:37:32   7    device that generated reduced-size images?

12:37:34   8        A    No, sir.

12:37:34   9        Q    Who was?

12:37:36   10       A    I don't know.

12:37:37   11       Q    When did it happen?

12:37:38   12       A    It would have been some years before.

. 37:40    13       Q    All right.  It was known in the art,

12:37:42   14   correct?

12:37:42   15       A    Yes, sir, it was.

12:37:43   16       Q    Was Mr. Beaulier the first to develop a

12:37:47   17   product or a system that would generate reduced-size

12:37:53   18   images?

12:37:54   19       A    No, sir.

12:37:54   20       Q    Who did?

12:37:54   21       A    Well, the Taylor prior art '776 patent and

12:38:01   22   the '264 patent were two examples of systems --

12:38:05   23       Q    Okay.

12:38:05   24       A    -- that had within them circuitry that

C-053

George T. Ligler, Ph.D.                          05/10/2006

140

:38:08    1    performed, although using different techniques,

12:38:12    2    image size reduction.

12:38:13    3        Q    Can we agree that before April 1983 there

12:38:17    4    were people other than Ampex who had made electronic

12:38:19    5    still store systems?

12:38:20    6        A    Yes, sir.

12:38:21    7        Q    Can we agree that before April 1983 there

12:38:25    8    were people who had developed products that had size

12:38:30    9    reducers?

12:38:30    10        A    Yes, sir.

12:38:30    11        Q    Can we agree that before April 1983 there

12:38:34    12    were people who had developed systems that could

.38:37    13    reduce the size of video images?

12:38:40    14        A    Yes, sir.

12:38:41    15        Q    And can we agree that before April of 1983

12:38:44    16    there were people who had developed products or

12:38:46    17    systems to generate reduced-size images, correct?

12:38:49    18        A    Yes, sir.

12:38:50    19        Q    Can we also agree that before April 1983

12:38:52    20    there were people other than Mr. Beaulier who had

12:38:56    21    developed systems to automatically generate

12:39:00    22    reduced-size images, correct?

12:39:18    23        A    The Hell Chromacom system and the Scan/Reco

12:39:25    24    station I believe had that capability.  The -- the

C-054

George T. Ligler, Ph.D.                              05/10/2006

253

| Time | Line | |
|------|------|---|
| 00:23 | 1 | Q    All right.  Is there any reference in |
| 16:00:24 | 2 | either of the patents to a charge-coupled device? |
| 16:00:26 | 3 | A    Okay.  I've answered the question for the |
| 16:00:29 | 4 | '121 in terms of the hint in column -- I've answered |
| 16:00:33 | 5 | that question previously, so I'll -- I'll now look |
| 16:00:35 | 6 | at this one. |
| 16:00:36 | 7 | Q    Well, I'm asking a slightly different |
| 16:00:38 | 8 | question -- |
|  | 9 | A    Oh, I'm -- I'm sorry. |
| 16:00:38 | 10 | Q    -- because I did ask you last time for a |
| 16:00:40 | 11 | hint. |
| 16:00:41 | 12 | A    Yes, sir. |
| 00:41 | 13 | Q    I'm now asking you is there a reference |
| 16:00:44 | 14 | expressly -- |
|  | 15 | A    Oh. |
| 16:00:44 | 16 | Q    -- in the '121 patent or the incorporated |
| 16:00:48 | 17 | by reference patent for a charge-coupled device? |
| 16:00:50 | 18 | A    Okay.  For the '121 patent there is no |
| 16:00:53 | 19 | express reference, so now I will look at this other |
| 16:00:55 | 20 | one. |
| 16:00:56 | 21 | Q    Sure. |
| 16:00:56 | 22 | A    Thank you. |
| 16:02:28 | 23 | I don't see an express reference to a CCD, |
| 16:02:30 | 24 | no, sir. |

C-055

George T. Ligler, Ph.D.                    05/10/2006

254

:02:30    1        Q    But we agreed that CCDs were known as of

16:02:33   2    the filing date of both of these patents?

16:02:37   3        A    Yes, sir.

16:02:38   4        Q    Okay.  Is there any reference to a color

16:02:43   5    filter array in either of those two patents?

16:02:46   6        A    Not in -- an express reference?

16:02:48   7        Q    Yes.

16:02:49   8        A    Not in the '121, and I don't think so here

16:02:53   9    either, but I will check.

16:03:22   10            No express reference, no, sir.

16:03:23   11       Q    But color filter arrays were known in April

16:03:26   12   1983, correct?

:  03:27   13       A    Yes, sir, they were.

16:03:31   14

16:03:33   15

16:03:36   16

16:03:37   17

16:03:39   18

16:03:41   19                        REDACTED

16:03:41   20

16:03:44   21

16:03:44   22

16:03:45   23

16:03:47   24

C-056

George T. Ligler, Ph.D.                    05/10/2006

255

| | | |
|---|---|---|
| :03:49 | 1 | REDACTED |
| 16:03:52 | 2 | Q    Let me ask you to assume that you have a 3 |
| 16:03:55 | 3 | million megapixel -- a 3 megapixel camera. |
| 16:04:01 | 4 | A    Okay. |
| 16:04:02 | 5 | Q    Okay?  Do you have that in mind? |
| 16:04:04 | 6 | A    Yes, sir. |
| 16:04:04 | 7 | Q    If you have a 3 megapixel camera, how many |
| 16:04:08 | 8 | pixels are interpolated in the CFA interpolation |
| 16:04:12 | 9 | pro- -- process? |
| 16:04:18 | 10 | MR. BEAMER:   Objection, incomplete |
| 16:04:20 | 11 | hypothetical. |
| 16:04:20 | 12 | A    Would -- would you care to put -- I was |
| 04:22 | 13 | about to say, would you care to put a little more |
| 16:04:25 | 14 | meat on those bones? |
| 16:04:26 | 15 | BY MR. LEE: |
| 16:04:26 | 16 | Q    Can you not answer that question? |
| 16:04:27 | 17 | A    It would depend on the design of the |
| 16:04:30 | 18 | camera.  The answer could be different. |
| 16:04:32 | 19 | |
| 16:04:35 | 20 | |
| 16:04:38 | 21 | REDACTED |
| 16:04:38 | 22 | |
| 16:04:41 | 23 | |
| 16:04:42 | 24 | |

C-057

George T. Ligler, Ph.D.                           05/10/2006

```
:47:23      1          REDACTED

16:47:24    2     BY MR. LEE:

16:47:24    3          Q    Is pixel data, as that term is used in the

16:47:28    4     '121 patent, mathematical?

16:47:41    5          A    Pixel data can be represented

16:47:43    6     mathematically.  It can also -- its values can be

16:47:46    7     discerned on a display as well.

16:47:49    8          Q    So is it your testimony that data -- strike

            9     that.

16:47:56   10          As the word "data" is used in claim 7, does

16:48:05   11     it refer to mathematical information?

16:48:09   12          MR. BEAMER:   Objection.

   48:16   13          A    Data is represented using 1s and 0s which

16:48:23   14     is mathematical data, yes.

16:48:26   15     BY MR. LEE:

16:48:26   16          Q    Okay.  Let me show you -- you've referred

16:48:30   17     to Mr. Boncelet on a number of occasions.

16:48:33   18          A    I have, yes.

16:48:33   19          Q    You've reviewed his report, correct?

16:48:35   20          A    His report, yes.

16:48:36   21          Q    Have you reviewed this testimony?

16:48:38   22          A    As I testified earlier today, only a

16:48:40   23     portion of it, sir.

16:48:41   24          Q    Did you review his testimony concerning the
```

C-058

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Joan V. Cain, the officer before whom

3    the foregoing proceedings were taken, do hereby

4    certify that the foregoing transcript is a true and

5    correct record of the proceedings; that said

6    proceedings were taken by me stenographically and

7    thereafter reduced to typewriting under my

8    supervision; and that I am neither counsel for,

9    related to, nor employed by any of the parties to

10   this case and have no interest, financial or

11   otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this _15ʳᵗʰ_ day of

14   _May_ 200_6_.

15

16   My commission expires:

17   June 15, 2009

CERTIFIED ORIGINAL
LEGALINK BOSTON

18

19   _Joan V. Cain_

20   NOTARY PUBLIC IN AND FOR THE

21   DISTRICT OF COLUMBIA

22

342

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3    --------------------------------x

4    AMPEX CORPORATION,                    )

5                        Plaintiff,        )

6        v.                                )   C.A. No.

7    EASTMAN KODAK COMPANY, et al.,    )   04-1373 (KAJ)

8                        Defendants.       )

9    --------------------------------x

10                                    CERTIFIED ORIGINAL
                                     LEGALINK BOSTON

11

12              Videotaped Deposition of

13              GEORGE T. LIGLER, Ph.D.

14                Washington, D.C.

15              Thursday, May 11, 2006

16                    9:38 a.m.

17

18

19

20

21

22    Job No.:  22-77797

23    Pages 342 - 651, Volume 2

24    Reported By:  Joan V. Cain

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

386

10:26:59    1    A    Yes.

10:26:59    2    Q    **Does it mean different things in those two**

10:27:02    3    **places?**

10:27:06    4    A    The meaning in claim 7 is broader than the

10:27:10    5    meaning one would take if one restricted one's

10:27:15    6    definition of video to what is described as the

10:27:17    7    video mode in the Kodak cameras.

10:27:19    8    Q    **Right.  So the video mode of the Kodak**

10:27:22    9    **cameras is a subset within the broader category of**

10:27:26    10   **video as you've defined it, correct?**

10:27:29    11   A    Yes.

10:27:29    12   Q    **But that video mode doesn't satisfy the**

10:27:31    13   **limitations of claim 7 or any of the other claims,**

10:27:35    14   **correct?**

10:27:35    15   A    That's right.

10:27:36    16   Q    **Why?**

10:27:39    17   A    Okay.  One has to look at the claims in

10:27:41    18   their entirety, and in the video mode, video mode

10:27:48    19   as -- as indicated in the user manuals -- it's also

10:27:53    20   called movie mode, but fine.  It's called video mode

10:27:57    21   for at least a number of the cameras -- the claimed

10:28:03    22   reduced-size images are not generated in the manner

10:28:07    23   claimed.  The multi-image display is not -- there is

10:28:15    24   not a multi-image display of the reduced-size images

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

387

10:28:18   1    that weren't generated as claimed anyway, generated

10:28:25   2    as -- as claimed.  Those are two reasons.

10:28:27   3         I -- I haven't looked element by element to

10:28:30   4    look at all the reasons.

10:28:31   5      **Q    Well, fair enough.  But there is a video or**

10:28:35   6    **a movie mode in some of the accused products,**

10:28:37   7    **correct?**

10:28:38   8      A    Oh, yes.

10:28:39   9      **Q    That video or movie mode would satisfy your**

10:28:42   10   **definition of video.  It would be a subset of your**

10:28:45   11   **definition of video, correct?**

10:28:46   12     A    Oh, yes.

28:47      13     **Q    It would also satisfy Kodak's definition of**

10:28:49   14   **video, correct?**

10:28:56   15     A    Kodak's current definition, and the reason

10:28:59   16   I hesitate is there have been a number of

10:29:01   17   definitions.  Some of them it might not, but the

10:29:04   18   current definition it would, yes.

10:29:05   19     **Q    Right.  And for the accused cameras that**

10:29:10   20   **have that video mode, none of them would literally**

10:29:14   21   **satisfy each and every limitation of the asserted**

10:29:18   22   **claims, correct?**

10:29:18   23     A    In that mode.

10:29:19   24     Q    Yes.

C-062

REDACTED

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

390

| `:31:48 | 1 |
| 10:31:50 | 2 |
| 10:31:50 | 3 |
| 10:31:52 | 4 |
| 10:31:53 | 5 |
| 10:31:57 | 6 |
| 10:32:02 | 7 |
| 10:32:04 | 8 |
| 10:32:04 | 9 |

REDACTED

10    **Q    Okay.  Now, let me show you and mark as**

11   **Exhibit D-18 a document from Ampex Corporation**

12   **bearing Bates stamp No. AX D 009898 through 009915.**

13              **(Ligler Deposition Exhibit D-18 was**

14   **marked for identification and was attached to the**

15   **deposition transcript.)**

16        **A    Thank you.**

17   BY MR. LEE:

18        **Q    Do you have Exhibit D-18 before you?**

19        **A    Yes, sir.  Excuse me.  I'm just trying to**

20   rearrange the papers a little.  Yes, I do.  Thank

21   you.

22        **Q    Have you seen it before?**

23        A    No.

24        **Q    Well, I'll represent to you that this is a**

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

424

20:03     1      A      Information.  If we're in the -- if we're

11:20:08  2   talking in the context of a computer system -- I

11:20:11  3   mean, data generally and broadly is information.

11:20:13  4      Q      **Right.**

11:20:14  5      A      But if we're talking in the -- you know,

11:20:16  6   presuming that we're talking in the context of a

11:20:18  7   computer system, it would be information represented

11:20:23  8   by electronic signals.

11:20:25  9      Q      **Would it be numbers, if we're talking about**

11:20:30  10  **computers?**

11:20:32  11     A      The data could be interpreted as numbers,

11:20:34  12  yes.

20:35     13     Q      **So --**

11:20:36  14     A      It -- it is stored as numbers.

11:20:38  15     Q      **So let's break it down.  So the data is**

11:20:41  16  **transmitted as electronic signals in computers,**

11:20:44  17  **correct?**

11:20:44  18     A      Yes.

11:20:48  19     Q      **And it is stored as numbers, correct?**

11:20:52  20     A      It is stored as a binary pattern which can

11:20:54  21  be interpreted as a number, yes.

11:20:56  22     Q      **Now, what is the definition of data to one**

11:20:58  23  **of ordinary skill in the art in 1983, as used in**

11:21:04  24  **claim 7?**

**C-065**

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

426

| | | |
|---|---|---|
| :09:29 | 1 | THE VIDEOGRAPHER:  This marks the beginning |
| 12:09:30 | 2 | of tape number 2, Volume 2, in the deposition of |
| 12:09:34 | 3 | Dr. Ligler.  We're back on the record.  The time's |
| 12:09:37 | 4 | 12:09 p.m. |
| 12:09:44 | 5 | BY MR. LEE: |
| 12:09:45 | 6 | Q    Dr. Ligler, are pixel values data? |
| 12:10:04 | 7 | A    Sure. |
| 12:10:04 | 8 | Q    And in the accused cameras, are pixel |
| 12:10:08 | 9 | values stored as data? |
| 12:10:09 | 10 | A    Yes, sir. |
| 12:10:18 | 11 | Q    In the '121 patent there is an embodiment |
| 12:10:22 | 12 | or an example disclosed, correct? |
| .10:24 | 13 | A    Yes, sir. |
| 12:10:25 | 14 | Q    There are numbers transferred to bulk store |
| 12:10:27 | 15 | in that example, correct? |
| 12:10:32 | 16 | A    Yes, sir. |
| 12:10:32 | 17 | Q    Is it correct that those numbers are YCC |
| 12:10:39 | 18 | color values in the example described? |
| 12:10:49 | 19 | A    A representation of YCC color values would |
| 12:10:55 | 20 | be transferred to disk, yes. |
| 12:10:57 | 21 | Q    Is the -- |
| 12:10:58 | 22 | A    Or actually would be stored on disk.  I'm |
| 12:10:59 | 23 | sorry.  I misspoke.  Beg your pardon. |
| 12:11:01 | 24 | Q    Are the rep -- is the representation of YCC |

C-066

George T. Ligler, Ph.D., Vol. 2                      05/11/2006

427

| | | |
|---|---|---|
| `:11:04 | 1 | color values stored as numbers in the disclosed |
| 12:11:08 | 2 | example? |
| 12:11:11 | 3 | A    Yes, sir. |
| 12:11:11 | 4 | Q    Okay.  Now, I want you to go back to the |
| 12:11:14 | 5 | time frame of 1983. |
| 12:11:16 | 6 | A    Okay. |
| 12:11:19 | 7 | Q    Would a person of ordinary skill in the art |
| 12:11:21 | 8 | in 1983 have understood that pixel values for |
| 12:11:24 | 9 | digital images could be stored in a frame store? |
| 12:11:28 | 10 | A    Yes. |
| 12:11:29 | 11 | Q    Same time frame, same person of ordinary |
| 12:11:33 | 12 | skill in the art.  Would that person of ordinary |
| 11:35 | 13 | skill in the art in 1983 have understood that pixel |
| 12:11:38 | 14 | values for a digital image could be stored in a bulk |
| 12:11:42 | 15 | store? |
| 12:11:43 | 16 | A    Yes. |
| 12:11:43 | 17 | Q    Would a person of ordinary skill in the art |
| 12:11:47 | 18 | in 1983 understand that pixel values could be |
| 12:11:50 | 19 | transferred from a frame store to a disk store? |
| 12:12:00 | 20 | A    With appropriate encodings, yes. |
| 12:12:02 | 21 | Q    And when the pixel values were -- were |
| 12:12:05 | 22 | transferred, that would be the transfer of data, |
| 12:12:08 | 23 | correct? |
| 12:12:09 | 24 | A    Yes. |

C-067

George T. Ligler, Ph.D., Vol. 2                                    05/11/2006

438

:29:52    1

12:30:00    2

12:30:03    3

12:30:06    4

12:30:09    5

12:30:12    6                         REDACTED

12:30:14    7

12:30:19    8

12:30:25    9

12:30:27    10

12:30:30    11

12:30:34    12

30:39    13        Q    So which of the two is the first -- is the

12:30:42    14    first resolution, as that term is used in claim 7?

12:30:49    15    Do you have the question in mind?  Do you remember

12:30:52    16    there's a first resolution --

12:30:53    17        A    Sure.

12:30:54    18        Q    -- of the full-size image?

12:30:56    19        A    Right.

12:30:56    20        Q    You just told me that there's a difference

12:30:59    21    between these two images in resolution.  Which of

12:31:02    22    the two is the first resolution?

12:31:06    23        A    Well, I didn't tell you there was a

12:31:07    24    difference between the images.  I told you there was

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

513

```
--:03:02   1    the words that were written in paper --

15:03:05   2        Q     Right.

15:03:06   3        A     -- 30 and --

15:03:07   4        Q     Paper 29 I believe it was.

15:03:09   5        A     What was it?  I'll take your word for it.

15:03:11   6        Q     Take my word for it.

15:03:13   7        A     I'll take your word for it.

15:03:14   8              MR. BEAMER:  It's paper 30.

15:03:16   9    BY MR. LEE:

15:03:16  10        Q     Okay.  Well whatever it is, it's consistent

15:03:18  11    with that phrase I just read to you, right?

15:03:20  12        A     Whatever it is, it is consistent with that

 :  03:23  13    phrase and inconsistent with what anyone of ordinary

15:03:27  14    skill in the art would think.

15:03:28  15        Q     Right.  Answer my question now, and don't

15:03:32  16    embellish.  Is the claim interpretation that Kodak

15:03:38  17    proposes consistent with the representation that

15:03:41  18    Ampex made to the Patent Office at page 61746 of the

15:03:45  19    file history?

15:03:45  20              MR. BEAMER:  Objection, mischaracterizes

15:03:47  21    the record.

15:03:48  22        A     Yeah, representation, it is consistent with

15:03:52  23    the words on the page in that paper.

15:03:57  24    BY MR. LEE:
```

C-069

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

522

| | | |
|---|---|---|
| :23:03 | 1 | read this -- this being the specification passage |
| 15:23:05 | 2 | you're asking me about -- and the CPU would make the |
| 15:23:09 | 3 | selection as to where the position is. |
| 15:23:10 | 4 | Q   So if the selection is made by the CPU, |
| 15:23:15 | 5 | then it is automatic, but if the selection's made by |
| 15:23:19 | 6 | the operator, it's not automatic, correct? |
| 15:23:24 | 7 | A   If the operator as stated in Ampex's |
| 15:23:27 | 8 | construction needs to orchestrate each step, I don't |
| 15:23:34 | 9 | think that's what's being discussed in the means |
| 15:23:36 | 10 | plus -- in the means plus function element, means |
| 15:23:44 | 11 | responsive to in claim 7. |
| 15:23:49 | 12 | Q   And the operator of a digital camera is the |
| :23:51 | 13 | person taking the picture or selecting the mode, |
| 15:23:54 | 14 | correct? |
| 15:23:54 | 15 | A   Yes. |
| 15:23:54 | 16 | Q   And if the operator is -- if the operator |
| 15:24:01 | 17 | or the person taking the picture -- |
| 15:24:02 | 18 | A   Sure. |
| 15:24:03 | 19 | Q   -- is selecting the mode, that's not |
| 15:24:05 | 20 | automatic, correct? |
| 15:24:08 | 21 | A   Selecting the mode, the -- |
| 15:24:10 | 22 | MR. BEAMER:  Objection, incomplete |
| 15:24:12 | 23 | hypothetical. |
| 15:24:14 | 24 | A   The -- |

C-070

George T. Ligler, Ph.D., Vol. 2                    05/11/2006

523

| | | |
|---|---|---|
| 24:14 | 1 | MR. BEAMER:  Vague. |
| 15:24:15 | 2 | A     The selection of a mode on the dial or |
| 15:24:18 | 3 | through some menu is not automatic that is -- on a |
| 15:24:23 | 4 | camera, that's correct. |
| 15:24:25 | 5 | BY MR. LEE: |
| 15:24:25 | 6 | Q     **Now, where does the specification describe** |
| 15:24:30 | 7 | **the selective, that is automatic, transfer?** |
| 15:24:35 | 8 | A     I'm sorry.  We were discussing selective |
| 15:24:39 | 9 | generating. |
| 15:24:40 | 10 | Q     **I'm sorry.  Let's do that.  Where does** |
| 15:24:42 | 11 | **it -- where does specification describe the** |
| 15:24:43 | 12 | **automatic generation?** |
| 24:58 | 13 | A     Column 4, the size -- in the lines 1 |
| 15:25:10 | 14 | through 7 discuss the operation of the size reducer, |
| 15:25:17 | 15 | that it's controlled by the CPU over the system bus |
| 15:25:20 | 16 | and it's operable to receive the data, and then the |
| 15:25:25 | 17 | data from the frame store to convert -- to do the |
| 15:25:31 | 18 | size reduction. |
| 15:25:33 | 19 | Q     **Have you completed your answer?** |
| 15:25:35 | 20 | A     No.  And then in column 4, lines 52 to 54, |
| 15:26:01 | 21 | when describing the browsing mode, the patent |
| 15:26:04 | 22 | states, "This mode is useful when scanning all of |
| 15:26:06 | 23 | the images stored by the disk store."  Well, for |
| 15:26:13 | 24 | this to be the case, scanning all of the images |

George.T. Ligler, Ph.D., Vol. 2                         05/11/2006

535

| | | |
|---|---|---|
| 41:25 | 1 | and output from RAM. |
| 15:41:27 | 2 | A    Okay. |
| 15:41:27 | 3 | Q    Claim 7 requires RAM, correct? |
| 15:41:29 | 4 | A    Yes, sir. |
| 15:41:30 | 5 | Q    As you told me, RAM's going to have an |
| 15:41:33 | 6 | input and output, correct? |
| 15:41:34 | 7 | A    There will be a means for inputting and |
| 15:41:37 | 8 | outputting, yes. |
| 15:41:38 | 9 | Q    Claim 8 requires RAM, correct? |
| 15:41:40 | 10 | A    Yes, sir, it does. |
| 15:41:41 | 11 | Q    And it specifically requires an input port |
| 15:41:43 | 12 | and an output port? |
| 41:46 | 13 | A    Yes. |
| 15:41:46 | 14 | Q    So by your interpretation, the addition of |
| 15:41:48 | 15 | the words "an input port and an output port" add |
| 15:41:52 | 16 | nothing to claim 8 that's not in claim 7, correct? |
| 15:41:54 | 17 | A    With regard to the RAM? |
| 15:41:55 | 18 | Q    Yes. |
| 15:42:00 | 19 | A    That's right. |
| 15:42:01 | 20 | Q    Right.  Now, if Kodak's definition is |
| 15:42:03 | 21 | adopted by the court, then the defendants' -- strike |
| | 22 | that. |
| 15:42:09 | 23 | If Kodak's definition is adopted by the |
| 15:42:12 | 24 | court, then the accused Kodak products would not |

C-072

George T. Ligler, Ph.D., Vol. 2                          05/11/2006

536

| | | |
|---|---|---|
| :42:15 | 1 | literally meet the input port and output port |
| 15:42:18 | 2 | requirement of claims 8 and 14, correct? |
| 15:42:25 | 3 | A    In my view, they would not, that's right. |
| 15:42:28 | 4 | Q    And do you know whether the phrase "input |
| 15:42:29 | 5 | port and output port" was added by amendment to the |
| 15:42:32 | 6 | claims? |
| 15:42:34 | 7 | A    That we should review. |
| 15:42:36 | 8 | Q    Well, if you don't know, we're not going to |
| 15:42:39 | 9 | take the time to do that. |
| 15:42:41 | 10 | A    Okay. |
| 15:42:41 | 11 | Q    Okay.  You don't know without consulting |
| 15:42:45 | 12 | the file history? |
| 42:45 | 13 | A    I think it was, but I'd like to confirm it. |
| 15:42:48 | 14 | Q    All right.  It's fine.  I'll withdraw the |
| 15:42:50 | 15 | question. |
| 15:42:51 | 16 | A    Okay. |
| 15:42:51 | 17 | Q    Look at claim 12. |
| 15:42:53 | 18 | A    Claim 12. |
| 15:42:55 | 19 | Q    Right. |
| 15:42:55 | 20 | A    Okay. |
| 15:42:56 | 21 | Q    Claim 12 begins, "A video still store |
| 15:43:04 | 22 | system comprising." |
| 15:43:07 | 23 | A    Yes, sir. |
| 15:43:08 | 24 | Q    And you understand what a video still store |

C-073

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, Joan V. Cain, the officer before whom

3  the foregoing proceedings were taken, do hereby

4  certify that the foregoing transcript is a true and

5  correct record of the proceedings; that said

6  proceedings were taken by me stenographically and

7  thereafter reduced to typewriting under my

8  supervision; and that I am neither counsel for,

9  related to, nor employed by any of the parties to

10 this case and have no interest, financial or

11 otherwise, in its outcome.

12       IN WITNESS WHEREOF, I have hereunto set my

13 hand and affixed my notarial seal this _15th_ day of

14 _May_ 200_6_.

15

16 My commission expires:

17 June 15, 2009

18

19 _Joan V. Cain_

20 NOTARY PUBLIC IN AND FOR THE

21 DISTRICT OF COLUMBIA

22

CERTIFIED ORIGINAL
LEGALINK BOSTON

C-074

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I electronically filed the Appendix to Defendants' Reply Brief in Further Support of Their Motion For Summary Judgment of Non-Infringement to with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

           */s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2006, I electronically filed the Redacted Appendix to Defendants' Reply Brief in Further Support of Their Motion for Summary Judgment of Non-Infringement with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

and that I caused copies to be served upon the following in the manner indicated:

**<u>VIA E-MAIL</u>**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**<u>VIA E-MAIL & FEDERAL EXPRESS</u>**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**<u>VIA E-MAIL & HAND DELIVERY</u>**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899