**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

Jaclyn Mason
Associate

TEL (302) 888-6433
FAX (302) 255-4275
EMAIL jmason@cblh.com
REPLY TO Wilmington Office

July 10, 2006

WEB www.cblh.com

**VIA CM/ECF AND HAND DELIVERY**

Mr. Robert Cruikshank
Courtroom Deputy
U.S. District Court
844 N. King Street, Room 6325
Wilmington, DE 19801

Re:   *Ampex Corp. v. Eastman Kodak Co., et al.*
      *Civil Action No. 04-1373-KAJ*

Dear Mr. Cruikshank:

Defendants in the above-captioned action are scheduled to appear for a combined claim construction and summary judgment hearing in Courtroom 6A, beginning at 2:00 p.m. on Thursday, July 13, 2006. We request permission to bring the following equipment into the courtroom to assist in our presentation: *switches, screen, document presenter (ELMO), flat panel monitors, speakers, tech table, and various cables and power strips.*

As discussed with Cheryl Stein, C.J. Hickey and some of his colleagues from Fulcrum Legal Graphics will arrive at 2:00 p.m. on Wednesday, July 12, 2006 to set up this equipment. We agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

We have attached a proposed Order relating to courtroom access and use of equipment.

Respectfully submitted,

*/s/ Jaclyn M. Mason (#4737)*

Jaclyn M. Mason

JMM/met
Enclosure

cc: Julia Heaney, Esquire (via email)
David Thomas, U.S. Marshal (via hand delivery w/encl.)
Keith Ash, Chief Court Security Officer (via hand deliver w/encl.)

475110

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2006, I electronically filed the Letter to Mr. Robert Cruikshank from Jaclyn M. Mason with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

      and that I caused copies to be served upon the following in the manner indicated:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

                                              */s/ Jaclyn M. Mason*
                                      Collins J. Seitz, Jr. (Bar No. 2237)
                                      Jaclyn M. Mason (#4737)
                                      Connolly Bove Lodge & Hutz LLP
                                      P.O. Box 2207
                                      1007 North Orange Street
                                      Wilmington, DE 19899