IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION and CHINON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The vendor listed below is permitted to bring the following equipment into Courtroom 6A of the J. Caleb Boggs Federal Courthouse: switches, screen, document presenter (ELMO), flat panel monitors, speakers, tech table, and various cables and power strips, in connection with a combined hearing on claim construction and summary judgment to be held on January 13, 2006. They may have access to Courtroom 6A to set up this equipment at **2:00 p.m.** on **January 12, 2006.**

        C.J. Hickey, Fulcrum Legal Graphics
        Mr. Hickey's assistants

Counsel shall comply with the inspection provisions of the United States Marshal.

                                                    _____
                                                    Kent A. Jordan, U.S. District Court Judge

Dated: July ___, 2006