# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

July 10, 2006

Mr. Robert Cruikshank
Courtroom Deputy
U.S. District Court
844 King Street
Wilmington, DE 19801

**VIA ELECTRONIC FILING
and HAND DELIVERY**

Re:  Ampex Corporation v. Eastman Kodak Company
     Civil Action No. 04-1373 (KAJ)

Dear Mr. Cruikshank:

We are scheduled to appear in Courtroom 6A on Thursday, July 13 at 2:00 p.m. for a combined claim construction and summary judgment hearing. On behalf of Ampex, I am writing to request permission to bring the following equipment into Courtroom 6A to assist in our presentation:

- Large LCD monitor
- Kodak Digital camera model 7630
- Kodak Digital camera model 550
- Kodak traditional film camera
- 2 laptop computers
- cables and switch
- equipment stand

We agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a proposed Order relating to our request.

Thank you for your assistance with this matter.

Respectfully,

Julia Heaney (#3052)

cc:  Jaclyn M. Mason, Esquire (By Email)
     Michael J. Summersgill, Esquire (By Email)
     Norman H. Beamer, Esquire (By Email)
     Keith Ash, Chief Court Security Officer (By Hand)