IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1373 (KAJ) |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and | ) | |
| CHINON INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Counsel for plaintiff and technical staff from their law firms have permission to bring the following equipment into Courtroom 6A in connection with a combined hearing on claim construction and summary judgment scheduled to begin at 2:00 p.m. on July 13. They may have access to Courtroom 6A set up this equipment at 2:00 p.m. on July 12, 2006:

- Large LCD monitor
- Kodak Digital camera model 7630
- Kodak Digital camera model 550
- Kodak traditional film camera
- 2 laptop computers
- cables and switch
- equipment stand

Counsel and their technical staff shall comply with the inspection provisions of the United States Marshal.

_____
United States District Court Judge

Dated: July 10, 2006