IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,                )<br>                                                           )<br>           *Plaintiff,*                              )     C.A. No. 04-1373 (KAJ)<br>                                                           )<br>     v.                                                  )<br>                                                           )<br>EASTMAN KODAK COMPANY,      )<br>ALTEK CORPORATION, and          )<br>CHINON INDUSTRIES, INC.,           )<br>                                                           )<br>           *Defendants.*                        )  | |

### NOTICE OF DEPOSITION OF PAMELA CROCKER

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Ampex Corporation, by and through their attorneys, will take the deposition upon oral examination of Pamela Crocker, commencing at 11:00 a.m. on September 13, 2006, at the Hyatt Regency, 125 East Main Street, Rochester, New York, 14604, or at such other location and time as may be mutually agreed. The examination will be taken before a Notary Public or other person authorized to administer oaths and will be recorded stenographically and/or by video and shall continue from day to day until completed.

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, California 94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005
(202) 508-4600

August 22, 2006
533858

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on August 22, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Collins J. Seitz, Jr., Esquire
>Jaclyn Mason, Esquire
>Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

**BY EMAIL**

Collins J. Seitz Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Julia Heaney*
Julia Heaney (#3052)