IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C.A. No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| ALTEK CORPORATION and CHINON | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff Ampex Corporation's Seventh Set Of Interrogatories To Defendant Eastman Kodak Company (Nos. 38-39) and (2) Plaintiff Ampex Corporation's Seventh Set Of Document Requests To Defendant Eastman Kodak Company (Nos. 159-164) were caused to be served on August 23, 2006 upon the following counsel in the manner indicated:

**BY HAND**

Collins J. Seitz Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY EMAIL**

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

        Michael J. Summersgill
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney (#3052)*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jheaney@mnat.com
        *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

August 23, 2006

483452

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 23, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Jaclyn Mason, Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Collins J. Seitz Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY EMAIL**

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)