IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1373-KAJ |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION and CHINON ) | |
| INDUSTRIES, INC., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that copies of Response of Eastman Kodak Company to Ampex Corporation's Notice of Deposition were served on September 15, 2006, to the following counsel in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**BY E-MAIL and FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**BY E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

                                      CONNOLLY BOVE LODGE & HUTZ LLP

                                      _/s/ *Collins J. Seitz, Jr.*_
                                      Collins J. Seitz, Jr. (#2237)
                                      Jaclyn M. Mason (#4737)
                                      1007 North Orange Street
                                      P.O. Box 2207
                                      Wilmington, DE 19899
                                      (302) 658-9141
                                        cseitz@cblh.com

                                    *Attorneys for Defendants Eastman Kodak*
                                    *Company and Altek Corporation*

OF COUNSEL
William F. Lee
Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800


Date: September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

I hereby certify that on September 15, 2006, I have forwarded the above-noted document to the following as noted below:

**VIA E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**VIA E-MAIL & FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

　　　　　　　　　　　　　　　　　　　　*/s/ Collins J. Seitz, Jr.*
　　　　　　　　　　　　　　　　　　　　Collins J. Seitz, Jr. (Bar No. 2237)
　　　　　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 658-9141