IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,                )<br>                                    )<br>        Plaintiff,                 )<br>                                    )<br>    v.                              )<br>                                    ) Civil Action No. 04-1373-KAJ<br>EASTMAN KODAK COMPANY,              )<br>ALTEK CORPORATION and CHINON       )<br>INDUSTRIES, INC.,                  )<br>        Defendants.                 )| |

### NOTICE OF SERVICE

The undersigned certifies that copies of Defendant Eastman Kodak Company's Responses to Plaintiff's Second Requests for Admission (Nos. 101-108) were served under seal on September 15, 2006, to the following counsel in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

**BY E-MAIL**

Jesse J. Jenner, Esquire
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

**BY E-MAIL and FEDERAL EXPRESS**

Norman H. Beamer, Esquire
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA 94301

                                         CONNOLLY BOVE LODGE & HUTZ LLP

                                         /s/ *Collins J. Seitz, Jr.*
                                 Collins J. Seitz, Jr. (#2237)
                                 Jaclyn M. Mason (#4737)
                                 1007 North Orange Street
                                 P.O. Box 2207
                                 Wilmington, DE 19899
                                 (302) 658-9141
                                 cseitz@cblh.com

                                 *Attorneys for Defendants Eastman Kodak*
                                 *Company and Altek Corporation*

OF COUNSEL
William F. Lee
Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800

Date: September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

I hereby certify that on September 15, 2006, I have forwarded the above-noted document to the following as noted below:

| **VIA E-MAIL** | **VIA E-MAIL & FEDERAL EXPRESS** |
|---|---|
| Jesse J. Jenner, Esquire<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | Norman H. Beamer, Esquire<br>Ropes & Gray LLP<br>525 University Avenue<br>Palo Alto, CA 94301 |

**VIA E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

_/s/ Collins J. Seitz, Jr._
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141