# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1373 (KAJ) |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Jaclyn M. Mason of the law firm of Connolly Bove Lodge & Hutz LLP is withdrawing as counsel for Defendants in this action.

Connolly Bove Lodge & Hutz LLP remains as counsel of record for the Defendants in this action.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jaclyn M. Mason
Collins J. Seitz, Jr. (#2237)
Jaclyn M. Mason (#4737)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jmason@cblh.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 29, 2006, true and correct copies of the foregoing were served on Plaintiff's counsel as indicated below:

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

                                  /s/ Jaclyn M. Mason
                                  Jaclyn M. Mason (#4737)