# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 FAX
jheaney@mnat.com

October 5, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE: Ampex v. Eastman Kodak, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

At the request of Neil Looby, I am writing on behalf of all parties to confirm our telephone call this afternoon concerning the due date for the Joint Pretrial Order in the above-referenced case. We requested and Mr. Looby approved a three-day extension of the due date, so that the Joint Pretrial Order is now due to be filed on October 13, 2006. We appreciate the Court's accommodation.

Respectfully,

/s/ Julia Heaney

Julia Heaney (#3052)

JH/bav

cc: Peter T. Dalleo, Clerk (By Electronic Filing)
Collins J. Seitz, Jr., Esquire (By Electronic Filing)
Michael J. Summersgill, Esquire (By Electronic Filing)