IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 04-1373-KAJ |
| EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this **13th** day of **October, 2006**,

IT IS ORDERED that the pretrial conference presently set for **November 7, 2006 at 4:30 p.m.** is hereby rescheduled to **November 6, 2006 at 4:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE