**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO  Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

October 20, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

   *Re:* *Ampex Corporation v. Eastman Kodak Company, et al.,*
     *C.A. No. 04-1373-KAJ (D. Del.)*

Dear Judge Jordan:

  I enclose with this letter Appendix A to Defendants' Motion in Limine No. 1, which was inadvertently omitted from the filing. This appendix should follow page 5 of the Motion. The Motion itself is the first document of Exhibit 10, which was filed as part of Volume 4 of the Pretrial Order, D.I. #465.

  We apologize for the error.

          Respectfully,

          *[signature]*
          Collins J. Seitz, Jr. (#2237)

CJS,Jr./gm
Enclosure
cc: Jesse J. Jenner, Esq.
   Norman H. Beamer, Esq.
   Jack B. Blumenfeld, Esq.
   Michael J. Summersgill, Esq.
   Jordan Hirsch, Esq.

14367*1/494888_1