**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 306 | Letter from Greg Westbrook re non-infringement opinion | | EKC005044263 | 801; O |
| 307 | 2001 letter from Ampex to Kodak | Crocker Ex. 4 (ITC) | AX060523-24 | |
| 308 | 2001 letter from Kodak to Ampex | Crocker Ex. 5 (ITC) | AX070992 | |
| 309 | 2004 letter from Ampex to Kodak | Crocker Ex. 6 (ITC) | AX018679-80 | |
| 310 | 2004 letter from Kodak to Ampex | Crocker Ex. 7 (ITC) | AX009783 | |
| 311 | CV of James Storer | | | |
| 312 | Exhibit Withdrawn | | | |
| 313 | CV of William Freeman | | Exhibit A to Freeman's Expert Report | |
| 314 | DC4800 (Haneda) ASIC IP Manual | | AX039150-267 | Description does not correspond to document. |
| 315 | DX3900 (Denali) User's Guide | | AX037281-385 | |
| 316 | DX4900 User's Guide | | AX036938-43 | |
| 317 | CX6330 (Atlantic) ERS | | EKC001027769-822 | |
| 318 | CX6330 (Atlantic) User's Guide | | AX038250-369 | |
| 319 | CX6445 User's Guide | | AX038120-249 | |
| 320 | CX7330 (Coors) ERS | | EKC000035762-74 | |
| 321 | CX7330 (Coors) User's Guide | | AX037888-948 | |
| 322 | DX6340 Pacific User's Guide | | AX036804-937 | |
| 323 | DX6440 User's Guide | | AX036670-803 | |
| 324 | Exhibit Withdrawn | | | |
| 325 | LS443 (Ayer's Rock) User's Guide | | AX036182-303 | |
| 326 | CX7430 (Heineken) ERS | | EKC001028635-89 | |
| 327 | CX7430 (Heineken) User's Guide | | AX037822-87 | |

311 · CV of James Storer · · Exhibit A to Storer Expert Report

US1DOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 328 | CX7525 (Heineken 5) User's Guide | | AXD002846-911 | |
| 329 | CX7530 (Labatts) ERS | | EKC000065693-747 | |
| 330 | CX7530 (Labatts) User's Guide | | AX037756-821 | |
| 331 | DX6490 (High-Zoom) ERS | | EKC000102986-3041 | |
| 332 | DX6490 (High-Zoom) User's Guide | | AX036528-803 | |
| 333 | DX7440 (Bud Lite) ERS | | EKC001022540-94 | |
| 334 | DX7440 (Bud Lite) User's Guide | | AX036461-527 | |
| 335 | DX7590 (Corona) ERS | | EKC000073419-475 | |
| 336 | DX7590 (Corona) User's Guide | | AX047388-469 | |
| 337 | Exhibit Withdrawn | | | |
| 338 | DX7630 (Bud) User's Guide | | AX036394-460 | |
| 339 | LS743 (Fosters) ERS | | EKC001026375-426 | |
| 340 | LS743 (Fosters) User's Guide | | AX035996-6057 | |
| 341 | LS753 (Coopers) ERS | | EKC001021968-2019 | |
| 342 | LS753 (Coopers) User's Guide | | EKC001022020-82 | |
| 343 | Z700 (Crossfire) ERS | | EKC001027161-223 | 801 |
| 344 | Z700 (Crossfire) User's Guide | | EKC001027083-160 | |
| 345 | Z730 (Mustang) ERS | | EKC001027083-160 | |
| 346 | Z730 (Mustang) User's Guide | | EKCNY100500631-85 | |
| 347 | Z740 (Passat) User's Guide | | AXD003273-351 | |
| 348 | Z760 (Camaro) ERS | | AX200980-1049 | |
| 349 | Z760 (Camaro) User's Guide | | EKCNY100546821-83 | |
| 350 | Z7590 – Corvette User's Guide | | AXD003456-534 | |
| 351 | C360 (Accord) User's Guide | | AXD003352-455 | |
| 352 | V530 (A4) ERS | | AXD002778-845 | |
| 353 | V530 (A4) User's Guide | | EKCNY100504119-43 | Description does not correspond to document. |
| 354 | V550 (TT) User's Guide | | AXD003128-200 | |
| 355 | V570 – User's Guide | | AXD003201-72 | |
| 355 | V570 – User's Guide | | AXD032580-654 | |

USDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 356 | Easyshare-One (Kirin) ERS | | AX038616-723 | |
| 357 | Easyshare-One (Kirin) User's Guide | | EKCNY1005001574-630 | |
| 358 | C300 – Saturn ERS and User's Guide | | EKCNY100500301S-134 | |
| 359 | C300 (Saturn) User's Guide | Caligiuri Ex. 7 (ITC) | ALT005001296-342 | |
| 360 | CX4200 (Blue Ridge/Biff) ERS | Wu Ex. 374 (D. Del.) | EKCNY100500847-536 | |
| 361 | CX4200 (Blue Ridge/Biff) User's Guide | Wu Ex. 368 D. Del.) | AX038938-43 | |
| 362 | CX4230 (Matterhorn) ERS | Wu Ex. 366 (D. Del.) | EKCNY100501242S-72 | |
| 363 | CX4230 (Matterhorn) User's Guide | | AX038724-831 | |
| 364 | CX4300 (MI3) ERS | Wu Ex. 367 (D. Del.) | EKCNY100501237-424 | |
| 365 | CX4300 (MI3) User's Guide | | AX038496-615 | |
| 366 | CX6200 (Mediterranean) ERS | | ALT00000305-52 | |
| 367 | CX6200 (Mediterranean) User's Guide | | ALT000000353-402 | |
| 368 | CX6230 (Baltic) ERS | | ALT000004310-430 | |
| 369 | CX6230 (Baltic) User's Guide | | ALT000005889-648 | |
| 370 | CX7220 –User's Guide | | ALT000000403-49 | |
| 371 | CX7300 (Sunny-4/Miller) ERS | | ALT000003494-522 | |
| 372 | CX7300 (Sunny-4/Miller) User's Guide | | ALT000000403-49 | |
| 373 | CX7310 (Miller) ERS | | AX037949-8004 | |
| 374 | CX7310 (Miller) User's Guide | | ALT005001343-90 | |
| 375 | C310 (Yugo) ERS | Wu Ex. 375 (D. Del.) | AXD002556-629 | |
| 376 | C310 (Yugo) User's Manual | | ALT 005001139-90 | |
| 377 | C330 (Kia) ERS | Wu Ex. 371 (D. Del.) | AXD002630-703 | |
| 378 | C330 (Kia) User's Guide | | | |

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection¹ |
|---|---|---|---|---|
| 379 | C530 User's Guide | | AXD032434-504 | |
| 380 | C315 (Ares) ERS | Wu Ex. 370 (D. Del.) | ALT005001090-138 | |
| 381 | C315 (Ares) User's Guide | | AXD032434-504 | |
| 382 | CD33 (Phoenix) ERS | Wu Ex. 372 (D. Del.) | ALT005001191-243 | |
| 383 | CD33 (Phoenix) User's Guide | | AXD002556-629 | |
| 384 | CD40 User's Guide | | AXD002556-629 | |
| 385 | CD43 User's Guide | | ALT005000234-348 | |
| 386 | CD50 User's Guide | | AXD032434-504 | |
| 387 | CV of Philip Green | | Exhibit B to Philip Green's Expert Report | 801 |
| 388 | Dutton Associates Investment Research Report, 3/02/06 | | EKC005044291-307 | 402; 403; 801; F |
| 389 | Dutton Associates Investment Research Report, 3/16/06 | | EKC005044308-9 | 402; 403; 801; F |
| 390 | Dutton Associates Investment Research Report, 4/03/06 | | EKC005044310-11 | 402; 403; 801; F |
| 391 | Dutton Associates Investment Research Report, 5/11/06 | | EKC005044312-13 | 402; 403; 801; F |
| 392 | Dutton Associates Investment Research Report, 5/23/06 | | EKC005044314-15 | 402; 403; 801; F |
| 393 | Dutton Associates Investment Research Report, 7/18/06 | | EKC005044316-17 | 402; 403; 801; F |
| 394 | Dutton Associates Investment Research Report, 7/27/06 | | EKC005044318-33 | 402; 403; 801; F |
| 395 | Dutton Associates Investment Research Report, 8/08/06 | | EKC005044334-35 | 402; 403; 801; F |
| 396 | Dutton Associates Investment Research Report, 8/10/06 | | EKC005044336-37 | 402; 403; 801; F |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 397 | Dutton Associates Investment Research Report, 9/11/06 | | EKC005044338-39 | 402; 403; 801; F |
| 398 | Dutton Associates Investment Research Documents | | | |
| 399 | Ampex annual reports and public filings with the SEC | | DUT000094-8 | 402; 403; 801; F |
| 400 | Dutton Associates Investment Research Documents | | DUT000833 | 402; 403; 801; F |
| 401 | Dutton Associates Investment Research and equity valuation Documents | | DUT000836-40 | 402; 403; 801; F |
| 402 | Draft Dutton Associates Investment Research Documents | | DUT002461-2 | 402; 403; 801; F |
| 403 | Exhibit Withdrawn | | | |
| 404 | Dutton Associates Investment Research and equity valuation Documents | | DUT002474 | 402; 403; 801; F |
| 405 | Dutton Associates Investment Research and equity valuation Documents | | DUT002531-51 | 402; 403; 801; F |
| 406 | Eastman Kodak annual reports and public filings with the SEC | | EKC005002510-732 | |
| 407 | Eastman Kodak Annual Report 2003 | | EKC005024809-907 | |
| 408 | Eastman Kodak Annual Report 2000 | | EKC005024568-637 | |
| 409 | Eastman Kodak Annual Report 1991 | | EKC005024038-86 | 402 |
| 410 | Eastman Kodak Annual Report 1994 | | EKC005024191-243 | 402 |
| 411 | Eastman Kodak Annual Report 1989 | | EKC005023935-986 | 402 |
| 412 | Kodak: Camera WW Avg. NRR – unit sales, price, and COGS | | EKC005026314-75 | 402 |
| 413 | Kodak: Camera WW Avg. NRR – unit sales, price, and COGS | | EKC005026376-433 | 801; F |
| 414 | Exhibit Withdrawn | | | |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 415 | Price Letter Requestor – Price Letter View/By Customer | | EKCNY1005000585 | 402; 801; F |
| 416 | Price Letter Requestor – Price Letter View/By Customer | | EKCNY1005000858 | 402; 801; F |
| 417 | Price Letter Requestor – Price Letter View/By Customer | | EKCNY1005000888-9 | 402; 801; F |
| 418 | Ampex license with Hitachi | | AXD000352-71 | |
| 419 | Ampex license with Hitachi | | AX097409-54 | |
| 420 | Ampex license with Matsushita | | AX003856-8 | |
| 421 | Ampex license with Mitsubishi | | AX016857-76 | |
| 422 | Ampex license with Orion | | AX095037-9 | |
| 423 | Ampex license with Sharp | | AX017016-24 | |
| 424 | Ampex license with Sharp | | AX097665-99 | |
| 425 | Ampex license with Sharp | | AX095182-216 | |
| 426 | Ampex license with Sharp | | AX006114-5 | |
| 427 | Ampex license with Shintom | | AX204179-87 | |
| 428 | Ampex license with Sony | | AX000444-5 | |
| 429 | Ampex license with Sony | | AX000423-43 | |
| 430 | NDP Intellect Sees Digital Imaging Going Mainstream | | AX003016-7 | 801 |
| 431 | Ampex Video Systems Strategic Plan | | AXD036983-7130 | 801; F |
| 432 | Kodak Basic Statutory Margin KP Digital Cameras | | EKC005040092-102 | 402; O |
| 433 | Kodak Basic Statutory Margin | | EKC005040103-6 | |
| 434 | Kodak P&L – EP WW BU SPU-SPC | | EKC005038189-90 | 402; O |
| 435 | Kodak Basic Statutory Margin | | EKC005039064-73 | |
| 436 | Kodak Basic Statutory Margin | | EKC005039074-78 | |
| 437 | Kodak Basic Statutory Margin | | EKC005039079-82 | |
| 438 | Kodak Basic Statutory Margin | | EKC005039083-98 | |
| 439 | Kodak Basic Statutory Margin | | EKC005039405-29 | |

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 440 | Kodak Basic Statutory Margin | | EKC005039788-9 | |
| 441 | Kodak Basic Statutory Margin | | EKC005039788-992 | |
| 442 | Kodak Basic Statutory Margin | | EKC005039790 | |
| 443 | Kodak Basic Statutory Margin | | EKC005039791 | |
| 444 | Kodak sales report | | EKC005039792 | |
| 445 | Kodak sales report | | EKC005038985-6 | 402 |
| 446 | Kodak sales report | | EKC005039001-9 | 402; 801 |
| 447 | Kodak Imaging Network P&L | | EKC005040057 | |
| 448 | Kodak Basic Statutory Margin | | EKC005040058-61 | |
| 449 | Kodak sales drill down | | EKC005040064-81 | 402; O |
| 450 | Kodak Sales Documents | | EKC005028762-81 | 402 |
| 451 | Kodak Sales Documents: 2004 - 2005 | | EKC005038993-9000 | 402 |
| 452 | Kodak Sales Documents: 1997 | | EKC005039001-9 | |
| 453 | Kodak Sales Documents: 2006 | | EKC005039060-98 | 402 |
| 454 | Kodak Sales Documents: 1998 | | EKC005003190 | |
| 455 | Kodak Sales Documents: 1999 | | EKC005003191-2 | |
| 456 | Kodak Sales Documents: 2000 | | EKC005003196-7 | |
| 457 | Kodak Sales Documents: 2001 | | EKC005003198-200 | |
| 458 | Kodak Sales Documents: 2002 | | EKC005003201-3 | |
| 459 | Kodak Sales Documents: 2003 | | EKC005003204-7 | |
| 460 | Kodak Sales Documents: 2003 | | EKC005003188 | |
| 461 | Kodak Sales Documents: 2004 | | EKC005003208-9 | |
| 462 | Kodak Sales Documents: 2004 | | EKC005003212-3 | |
| 463 | Kodak Sales Documents: 2004 | | EKC005003189 | |
| 464 | Kodak Sales Documents: December, 6/05 | | EKC005003193-5 | |
| 465 | Kodak Sales Documents: December, 6/05 | | EKC005003187 | |
| 466 | Kodak Sales Documents: December, 6/05 | | EKC005003210-1 | |
| 467 | Kodak Sales Documents: Summary For Sony Litigation | | EKC005028841 | 402; 403; 801; L; F |

US1DOCS 5884680v1

## EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
## DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 468 | Kodak Professional Worldwide Sales, 1998 – 1/06 | | EKC005034281-300 | 402 |
| 469 | Kodak Professional Domestic Sales, 1998 – 1/06 | | EKC005040082-3 | 402; O |
| 470 | Kodak Corp & BU allocated costs are not included in this P/L Drill Down Reports | | EKC005040084-91 | 402; O |
| 471 | The DCS Story – 17 years of Kodak professional digital cameras, 1987-2004 | | EKC005026434-53 | |
| 472 | Kodak: The Challenge of Consumer Digital Cameras | | AXD022713-23 | 801 |
| 473 | Popular Science Award for Computer and Electronics, 1991 | | EKC005039146 | 402; 801 |
| 474 | Kodak License Agreement with Alfred B. Levine License and Abstract Associates | | EKC005029111-20 | 402; 801 |
| 475 | Kodak License Agreement with Lemelson Medical, Education and Research | | EKC005019773-83 | 402; 801 |
| 476 | Kodak License Agreement with Flashpoint Technologies | | EKC005025060-95 | 402; 801 |
| 477 | GFK Marketing Services: The World Imaging Markets – World Market on Digital Still Cameras – Sales Volumes, 1999/2000 | | EKC005028983 | 402; 801; F |
| 478 | Lyra Camera & BR Analysis, 1996 – 2003 | | EKC005028985-7 | 402; 801; F |
| 479 | Exhibit Withdrawn | | | |
| 480 | Digital and Applied Imaging Market Share Report | | EKC005028990-9004 | 402; 801; F |
| 481 | Camera Purchase Study – Qualitative Phase | | EKC005034441-65 | 402; 801; F |

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 482 | Exhibit Withdrawn | | | |
| 483 | U.S. Professional Photography Panel, 1st Half 1991 | | EKC0050361159-224 | 402; 801; F |
| 484 | Industry Structure and Competitive Position Analysis | | EKC005036496-618 | 402; 801; F |
| 485 | Film Report – Consumer Segmentation Study 1989 | | EKC005036783-845 | 402; 801; F |
| 486 | Kodak DC200 Digital Camera Specifications | | EKC005036846-8 | 402; 403; 801; F |
| 487 | Film Report – Benchmark Study, 1988 | | EKC005036849-900 | 402; 801; F |
| 488 | Film Tracking Fourth Quarter, 1990 | | EKC005037183-303 | 402; 801; F |
| 489 | Eastman Kodak: Summary of the Four Zones – Consumer Demographics Affecting the Photographic Industry, 2000 | | EKC005037428-84 | 402; 801; F |
| 490 | The Fourth Annual Robinson Report: The USA Consumer Imaging Market in 1991 with Forecasts for 1996 | | EKC005037851-8000 | 402; 801; F |
| 491 | Kodak Professional Digital Camera System (DCS-100) User Manual | | EKC005042639-955 | 402; O |
| 492 | Kodak DC20 User Manual | | EKC005042993-3103 | 402; O |
| 493 | Kodak DC4800 User Manual | | EKC005042956-92 | |
| 494 | Bramson Letter to Businessweek Editor, 4/14/05 | McKibben Ex. 3 (D. Del.) | DUT000831-32 | 402; 403; 801; Plaintiff's Motion in Limine No. 5 |
| 495 | Ampex Annual Report, 1992 | McKibben Ex. 5 (D. Del.) | AC00950-97 | |

USIDOCS 5884809v1

US1DOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 496 | Investor Conference Presentation, 4/05 | McKibben Ex. 6 (D. Del.) | AXD009876-95 | |
| 497 | Exhibit Withdrawn | | | |
| 498 | Press Release 'Ampex Corporation Receives Notice of Delisting from American Stock Exchange,' 10/17/03 | McKibben Ex. 10 (D. Del.) | AX044006 | 402; 403 |
| 499 | E-mail String From Dutton to McKibben re West's Background, 10/25/04 | McKibben Ex. 14 (D. Del.) | DUT000005 | 402; 403; 801 |
| 500 | Research note from Dutton Associates, 'Ampex Reports 3rd Quarter Results: Strong Buy Rating Reiterated,' 11/14/2005 | McKibben Ex. 15 (D. Del.) | No production numbers | 402; 403; 801; F |
| 501 | Form 10-Q for Ampex Corporation for the quarterly period ended 9/30/05 | McKibben Ex. 16 (D. Del.) | DUT002339-93 | |
| 502 | Ampex Corporation Research Report, 1/05 | McKibben Ex. 17 (D. Del.) | AXD009756-76 | 402; 403; 801; F |
| 503 | Press release headed "Digital Cameras, the next wave; Electronic Imaging Issue; includes related articles," 6/91 | Talcott Ex. 41 (D. Del.) | AXD002476-80 | 402; 801 |
| 504 | Press release headed "Eye Tech," 6/07/93 | Talcott Ex. 42 (D. Del.) | AXD002439-45 | 402; 801 |
| 505 | Press release headed "Fisher labors to get Kodak off the treadmill," 12/95 | Talcott Ex. 43 (D. Del.) | AX062895-902 | 402; 801 |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 506 | One-page document entitled "Digital Photography: The Global Digital Camera Market: Global Market Leaders: Digital Camera Unit Sales Tables 62." 8/01 | Talcott Ex. 44 (D. Del.) | AXD004779 | |
| 507 | "History of digital cameras" | Talcott Ex. 45 (D. Del.) | AXD004926-31 | 402; 801 |
| 508 | Two-page printout from Consumer Electronics Association website entitled "Digital America." | Talcott Ex. 46 (D. Del.) | AXD004932-33 | 402; 801 |
| 509 | Six-page printout from MSNBC website entitled "Digital camera turns 30 - sort of" | Talcott Ex. 47 (D. Del.) | AXD022658-69 | |
| 510 | Series of articles entitled "Kodak DC290 Zoom Review." 12/99 | Talcott Ex. 48 (D. Del.) | AXD022735-65 | |
| 511 | Press release headed "Picture imperfect," 5/28/94 and press release headed "Kodak: from silver to silicon: Eastman Kodak Co.; photosensitive-chemical technology to digital technology; Part 1." 5/19/94 | Talcott Ex. 49 (D. Del.) | AXD002410-11, AXD002406-7 | 402; 801; F |
| 512 | Press release headed "Toshiba, Fuji to Market Digital Camera." 10/16/89 | Talcott Ex. 50 (D. Del.) | AXD002487 | 402; 801; F |
| 513 | Press release headed "In digital photography, a picture can be worth a thousand lies; Looking Forward; column." 3/4/91 | Talcott Ex. 51 (D. Del.) | AXD002485-86 | 402; 801; F |
| 514 | Press release headed "Digital Technology Comes to Photography," 6/91 | Talcott Ex. 52 (D. Del.) | AXD002481-83 | 402; 801; F |

USIDOCS 5884809v1

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection¹ |
|---|---|---|---|---|
| 515 | Press release headed "Digital and analog cameras take on film-based photography: solid-state still-image cameras aim for easy electronic transfer of images, but lack resolution of 35-mm film," 6/91 | Talcott Ex. 53 (D. Del.) | AXD002473-75 | 402; 801; F |
| 516 | Press release headed "The worlds of Mac and Next: 1992 Mac World and Next World: includes related article," 4/92 | Talcott Ex. 54 (D. Del.) | AXD002461-65 | 402; 801; F |
| 517 | Press release headed "Technical resolution creating desktop darkroom," 5/8/92 | Talcott Ex. 55 (D. Del.) | AXD002445-60 | 402; 801; F |
| 518 | Press release headed "Electronic Cameras; More models, improved resolution, smaller size," 2/20/93 | Talcott Ex. 56 (D. Del.) | AXD002446-47 | 402; 801; F |
| 519 | Multiple-page document entitled "Digital Cameras - A Global Strategic Business Report August 2003" | Talcott Ex. 57 (D. Del.) | AXD001337-2072 | 801; F |
| 520 | Press release headed "Ampex to Provide Mass Storage for Kodak Digital Film System," 9/10/93 | | No production numbers | 402; 801; O |
| 521 | Dutton Associates' Schedule of Stock Ratings | West Ex. 1 (D. Del.) | No production numbers | 402; 403; 801; F |
| 522 | Dutton Associates Research Note, "Notes from Ampex's Presentation At Westgaard Smallcap Conference; Strong Buy Rating Reiterated," 12/2/05 | West Ex. 5 (D. Del.) | No production numbers | 402; 403; 801; F |

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection¹ |
|---|---|---|---|---|
| 523 | Fax from C. McKibben to R. West transmitting draft report | West Ex. 6 (D. Del.) | DUT002531-51 | 402; 403; 801; F |
| 524 | Fax from C. McKibben to R. West transmitting draft report | West Ex. 7 (D. Del.) | DUT002552-54 | 402; 403; 801; F |
| 525 | Draft report on Ampex | West Ex. 8 (D. Del.) | DUT001160-82 | 402; 403; 801; F |
| 526 | Draft report on Ampex | West Ex. 9 (D. Del.) | DUT001056-76 | 402; 403; 801; F |
| 527 | Draft report on Ampex | West Ex. 10 (D. Del.) | AXD009756-76 | 402; 403; 801; F |
| 528 | Spreadsheets re: Finances | West Ex. 11 (D. Del.) | DUT000991-99 | 402; 403; 801; F |
| 529 | Spreadsheets re: Finances | West Ex. 12 (D. Del.) | DUT000959-66 | 402; 403; 801; F |
| 530 | Exhibit Withdrawn | | | |
| 531 | Handwritten notes | West Ex. 14 (D. Del.) | DUT003102-116 | 402; 403; 801; F |
| 532 | Kodak's Consolidated Statement of Earnings | | No production numbers, Exhibit C to Green's Expert Report | |
| 533 | Ampex's Consolidated Statements of Operations | | No production numbers, Exhibit D to Green's Expert Report | 402 |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 534 | Ampex's Consolidated Balance Sheets | | No production numbers, Exhibit E to Green's Expert Report | 402 |
| 535 | Kodak's Domestic Consumer Digital Camera Product Sales January 1998 through December 2005 | | No production numbers, Exhibit F to Green's Expert Report | |
| 536 | Kodak's Domestic Professional Digital Camera Product Sales January 1998 through December 2005 | | No production numbers, Exhibit G to Green's Expert Report | 402 |
| 537 | Kodak's Domestic Digital Capture Statutory Margins January 1999 through December 2005 | | No production numbers, Exhibit H to Green's Expert Report | |
| 538 | Present Value of Royalties Due to Ampex Based on Kodak's Actual Sales | | No production numbers, Exhibit I to Green's Expert Report | 801; F |
| 539 | Present Value of Royalties Due to Ampex Based on Kodak's Forcasted Sales | | No production numbers, Exhibit J to Green's Expert Report | 801; F |
| 540 | Effective royalty Rates Levine License and Hypothetical Ampex License | | No production numbers, Exhibit K to Green's Expert Report | 801; F |
| 541 | Ampex's Damages on Accused Camera Sales Assuming a 2000 Hypothetical Negotiation | | No production numbers, Exhibit L to Green's Expert Report | 801; F |
| 542 | Kodak Sales – U.S. Sales 1H2005 | | EKC005003187 | |
| 543 | Email from Craig McKibben to Michael Hubard regarding Income Recognition Under Potential Sony Settlement, 7/16/03 | | AX034404-5 | 801 |

US1DOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 544 | DX7630 Camera | | No production number, camera will be available at trial | 402; 403; Plaintiff's Motion In Limine No. 5 |
| 545 | Complainant Ampex Corporation's Motion to Withdraw the Complaint and to Terminate Investigation and to Shorten the Time for Response, 7/29/05 | | No production number | 402; 403; Plaintiff's Motion In Limine No. 5 |
| 546 | Order Granting Complainant's Motion to Withdraw the Complaint, 8/5/05 | | No production number | 402; 403; Plaintiff's Motion In Limine No. 5 |
| 547 | Pam Crocker notes on U.S. Patent No. 4,821,121 (color version) | | | 801 |
| 548 | Electronic Still Photography the Coming Decade, Concord Consulting Group Report, 3/93 | | EKC005035566-979 | 402; 403; 801; F |
| 549 | A Document Entitled, "Research And Engineering Laboratory Notebooks," 03/11/83 | Felix Ex. 2 (D. Del.) | AXD002074 | 402 |
| 550 | An Interoffice Memo, Audio-Video Systems Division, To J. Diermann, From B. Justus, Re: Ampex Weekly Report, 5/15/81 | Felix Ex. 12 (D. Del.) | AXD009220 | |
| 551 | An Interoffice Memo, Audio-Video Systems Division, To J. Diermann, From B. Justus, Re: Ampex Weekly Report, 5/22/81 | Felix Ex. 13 (D. Del.) | AXD027350 | |
| 552 | **EXHIBIT WITHDRAWN** | | | |
| 553 | An Interoffice Memo, To J. Diermann, From K. Regnier, Re: Ampex Weekly Report, 6/26/81 | Felix Ex. 15 (D. Del.) | AXD009207-8 | |

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 554 | Ampex Press Release Entitled, "AVA, ESS Create Graphic Sequences at NAB," 4/12/81 | | EKC00004347B-9 | 801; F |
| 555 | An Interoffice Memo, To K. Regnier, From B.Y. Kamath, Re: Ampex Weekly Report, 8/6/81 | | AX021168 | |
| 556 | An Interoffice Memo, To K. Regnier, From B.Y. Kamath, Re: Ampex Weekly Report, 8/15/81 | Felix Ex. 22 (D. Del.) | AXD023990-1 | |
| 557 | A Letter, To Rod Marett, From Greg Roth, Attaching an Information Disclosure Statement for "Electronic Still Store With High Speed Sorting and Method of Operation," 4/8/83 | | AX210591-2 | 801; F |
| 558 | An Interoffice Memo, To C.A. Steinberg, From D.V. Kleffman, Re: Ampex January Monthly Report, 1/28/83 | | AXD007277-80 | |
| 559 | An Interoffice Memo, Audio-Video Systems Division, To M. Sanders, From J. Diermann, Re: Ampex Video Systems Bi-Weekly Report, 3/1/83 | | AX021472-3 | |
| 560 | An Interoffice Memo, To J. Diermann, From K. Regnier, Re: Ampex Weekly Report, 10/09/81 | Felix Ex. 30 (D. Del.) | AXD009477-79 | |
| 561 | An Interoffice Memo, To T. Lee, From G. Mlodnosky, Re: Ampex Phoenix Weekly Report, 3/24/83 | C. Anderson Ex. 9 (ITC) | AX021479-81 | |
| 562 | An Interoffice Memo, To J. Diermann, From T. Lee, Re: Ampex Phoenix Biweekly Report, 6/03/83 | Felix Ex. 50 (D. Del.) | AX021498-500 | |

Page 42 of 53

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 563 | **EXHIBIT WITHDRAWN** | | | |
| 564 | Audio-Video Systems Division Expense Reduction Review, 5/18/83 | Beaulier Ex. 33 (D. Del.) | AXD037975-8023 | 801; F |
| 565 | **EXHIBIT WITHDRAWN** | | | |
| 566 | An Interoffice Memo, Audio-Video Systems Division, From J. Diermann, Re: Ampex Phoenix, 06/24/82 | Diermann Ex. 27 (D. Del.) | AX022635 | |
| 567 | An Interoffice Memo, To Distribution, From B. Y. Kamath, Re: Ampex Phoenix Market Research, 05/18/82 | MacLeod Ex. 7 (D. Del.) | AX022808-16 | 801 |
| 568 | An Interoffice Memo, To Phoenix Engineering, From Ted Marsh, Re: Some Considerations and Recommendations For The ESS-3 Operator's Console, 05/09/83 | Marsh Ex. 5 (ITC) | AX022232-39 | 801; F |
| 569 | A Memo, To Ella Magnusson, From Tom Lee, Re: EPA – Phoenix (ESS-3) Update, 8/15/83 | | AX076163 | 801; F |
| 570 | An Interoffice Memo, From T. Lee, Re: Minutes of Phoenix/COS Engineers Meeting, 06/02/83 | | AX076057-62 | 801; F |
| 571 | Ampex Corporation's 2005 10-K Filing with the Securities and Exchange Commission | | EKC00504340-452 | |
| 572 | Photo Marketing Association Tradeshow Report, 1991 | | EKC00503767672-713 | 402; 801; F |

USIDOCS 5884809v1

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 573 | Ampex Historical Monthly Stock Pricing from December 2000 to the present, Printed from Yahoo! Finance | | No Production No. | 402; 403; 801; F; O |
| 574 | EasyShare DX 7440 Digital Camera Engineering Requirement Specification, Revision 1.1, 5/14/04 | | EKC001022484-539 | |
| 575 | Sydney Fix & Zoom DSP IPC, Thumb Nail Specification | | EKC001023812-21 | |
| 576 | Sydney Camera F/W Capture Main Task Architecture and Flow, Version 1.00 | | EKC001023433-47 | |
| 577 | Miller CCD Image Specification, Revision 0.4, Rex Lin – 9/16/03 | | ALT00000149-55 | |
| 578 | Baltic Diagrams | | ALT00000127-30 | C |
| 579 | EasyShare DX 6440 Digital Camera Engineering Requirement Specification, Revision 1.1, 6/10/03 | | EKC002002319-36 | |
| 580 | EasyShare DX 6340 Digital Camera Engineering Requirement Specification, Revision 1.6, 6/10/03 | | EKC002002264-318 | |
| 581 | Bud Camera F/W Task Interface, Version 0.07 | | EKC001025251-66 | Description is incomplete |
| 582 | Budweiser CFA Format, Version 0.07 | | EKC001025229-38 | |
| 583 | Kodak Bud Digital Camera DX7630 User Interaction Specification, V 1.02, 9/9/03 | | EKC001024503-5228 | |
| 584 | Firmware Architecture | | EKCCCI014860-88 | |

USIDOCS 5884809v1

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 585 | Kodak Bud-Lite DX7440 Digital Camera User Interaction Specification, V 1.1, 3/9/04 | | EKC002002442-64 | |
| 586 | EasyShare DX 7440 Digital Camera Engineering Requirement Specification, Revision 1.1, 5/13/04 | | EKC002002337-91 | |
| 587 | Timing for Generation of Thumbnail | | EKC002002262-3 | 801; F |
| 588 | Sunny4 Digital Still Camera Controller Technical Reference Manual, Rev. A1, 4/8/02 | | EKC002002137-261 | |
| 589 | Kodak EasyShare DX7440 Zoom Digital Camera User's Guide | | EKC000063061-127 | |
| 590 | Bristol IP-Chain Algorithm Specification, Version 0.1 | | EKC000046500-04 | |
| 591 | IP-Chain Requirement Items for Andes and Ayers Rock, 3/27/02 | | EKCCCI007871-5 | |
| 592 | Hi-Zoom IP-Chain Request Specifications, Version 0.05, 8/26/03 | | EKCCCI015000-07 | |
| 593 | "Sydney" DSP Software Specification, Version 0.95, 12/12/00 | | EKC001023769-811 | |
| 594 | Sydney Camera CFA Format Specification, Version 0.03 | | EKC001023760-8 | |
| 595 | Bud-Lite Camera EXIF File Access Library Specification, Version 0.02 | | EKC001022684-712 | |
| 596 | Kodak Mustang (Bud-Lite 5M 26pin) Digital Camera User Interaction Specification, V0.1 | | EKC001022595-683 | |
| 597 | Image Processing Flow Chart | | EKC001021048 | 106; F |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 598 | Bud Gate 0 Addendums, 5/1/03 | | EKC0001448824-40 | 801 |
| 599 | Bud Gate 0 Summary V1.0 Kline 4 29 03, 5/1/03 | | EKC0001448841-3 | 801 |
| 600 | Bud (DX7630) Gate 2 Addendums, 8/12/03 | | EKC0001448844-70 | 801 |
| 601 | Bud Gate 2 Summary V1.0 Kline 8 8 03, 8/12/03 | | EKC0001448871-3 | 801 |
| 602 | DX7630 (Bud) Gate 4 Addendum, 12/18/03 | | EKC0001448874-904 | 801 |
| 603 | Bud Gate 4 Summary V1.0 Kline 12 16 03, 12/18/03 | | EKC0001448905-7 | 801 |
| 604 | DX7630 (Bud) Gate 6 Addendums, 3/9/03 | | EKC0001448973-95 | 801 |
| 605 | Bud Gate 6 Summary V0.4 Kline 4 27 04 SH, 12/18/03 | | EKC0001448996-7 | 801 |
| 606 | Bud Gate 6 Summary V1.0 Kline 3 5 04, 3/9/04 | | EKC0001449998-5000 | 801 |
| 607 | Miller Gate 0 Review Summary, 3/20/03 | | EKC0001450560-2 | 801 |
| 608 | Miller Gate 0 Addendums | | EKC0001450563-71 | 801 |
| 609 | CX7300 (Miller) Gate 2 v0.3 Review Summary Draft, 6/17/03 | | EKC0001450572-4 | 801 |
| 610 | CX7300 (Miller) Gate 2 Review Summary, 6/17/03 | | EKC0001450575-7 | 801 |
| 611 | Miller Gate 2 Addendums | | EKC0001450578-89 | 801 |
| 612 | Miller Gate 2 Notes | | EKC0001450590 | 402; 801; F |

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 613 | CX7300 (Miller) Gate 4 Review Summary, 10/16/03 | | EKC0001 50591-3 | 402; 801; F |
| 614 | Miller Gate 4 Addendums | | EKC0001 50594-622 | 402; 801; F |
| 615 | Miller Gate 6 Addendums | | EKC0001 50623-55 | 402; 801; F |
| 616 | CX7300 (Miller) Gate 6 Review Summary, 12/19/03 | | EKC0001 50656-8 | 402; 801; F |
| 617 | Sydney Fixed Gate 0/1 Review Summary, 4/25/00 | | EKC0001 52519 | 402; 801; F |
| 618 | Sydney-Fixed Camera – Gate 1, Financial Analysis – Sydney-Fixed Business Model, 5/25/00 | | EKC0001 52520-1 | 402; 801; F |
| 619 | Sydney Fixed Gate 0/1 Review, 4/25/00 | | EKC0001 52522-9 | 402; 801; F |
| 620 | Sydney Fixed Gate 1 Update, 5/25/00 | | EKC0001 52530 | 402; 801; F |
| 621 | Sydney Fixed (DC3500) Gate 2 Review, 7/18/00 | | EKC0001 52531-46 | 402; 801; F |
| 622 | DC3500 (Sydney Fixed) Gate 2 Review, 7/17/00 | | EKC0001 52547 | 402; 801; F |
| 623 | Sydney Fixed (DX3500) Gate 3/4 Review, 1/23/01 | | EKC0001 52549-59 | 402; 801; F |
| 624 | DX3500 (Sydney Fixed) Gate 4 Review, 1/22/01 | | EKC0001 52560-7 | 402; 801; F |
| 625 | Sydney Fixed (DX3500) Gate 3/4 Review, 2/13/01 | | EKC0001 52568-78 | 402; 801; F |
| 626 | Sydney Fixed/Dock (DX3500) Gate 3/4 Review, 4/3/01 | | EKC0001 52579-84 | 402; 801; F |

Page 47 of 53

USIDOCS 5884809v1

**EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER**
**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 627 | Sydney Fixed/Dock (DX3500) Gate 5/6 Review, Functional Organization Summaries, 4/9/01 | | EKC0001522585-609 | 402; 801; F |
| 628 | Sydney Fixed/Dock (DX3500) Gate 5/6 Review, 4/9/01 | | EKC0001522610-5 | 402; 801; F |
| 629 | Hennessy Retention Agreement, 12/5/04 | | AXD009621-2 | 402; 403; 801; F |
| 630 | Diermann Retention Agreement, 12/7/04 | | AXD009611-12 | 402; 403; 801; F |
| 631 | Mlodnosky Retention Agreement, 10/29/04 | | AXD009647-8 | 402; 403; 801; F |
| 632 | Regnier Retention Agreement, 11/3/04 | | AXD009653-4 | 402; 403; 801; F |
| 633 | Knight Retention Agreement, 11/4/04 | | AXD009627-8 | 402; 403; 801; F |
| 634 | Marsh Retention Agreement, 11/17/04 | | AXD009643-4 | 402; 403; 801; F |
| 635 | Carpenter Retention Agreement, 12/7/04 | | AXD009607-8 | 402; 403; 801; F |
| 636 | Engbretson Retention Agreement, 12/7/04 | | AXD009613-4 | 402; 403; 801; F |
| 637 | Titus Retention Agreement, 12/8/04 | | AXD009657-8 | 402; 403; 801; F |
| 638 | S. Kennedy Retention Agreement, 2/9/06 | | AXD028743-4 | 402; 403; 801; F |
| 639 | C. Kennedy Retention Agreement, 12/15/04 | | AXD009623-4 | 402; 403; 801; F |
| 640 | Wruble Retention Agreement, 12/22/04 | | AXD009661-2 | 402; 403; 801; F |
| 641 | Sheikh Retention Agreement, 1/6/05 | | AXD009655-6 | 402; 403; 801; F |

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 642 | Lindemann Retention Agreement, 1/7/05 | | AXD009631-2 | 402; 403; 801; F |
| 643 | Turkowski Retention Agreement, 1/7/05 | | AXD009659-60 | 402; 403; 801; F |
| 644 | Kleffman Retention Agreement, 2/10/05 | | AXD009625-6 | 402; 403; 801; F |
| 645 | Mann Retention Agreement, 2/11/05 | | AXD009637-8 | 402; 403; 801; F |
| 646 | Markovich Retention Agreement, 2/16/05 | | AXD009641-2 | 402; 403; 801; F |
| 647 | Fabian Retention Agreement, 4/5/05 | | AXD009615-6 | 402; 403; 801; F |
| 648 | Galvin Retention Agreement, 4/5/05 | | AXD009617-8 | 402; 403; 801; F |
| 649 | MacLeod Retention Agreement, 4/6/05 | | AXD009635-6 | 402; 403; 801; F |
| 650 | Ou-Yang Retention Agreement, 4/7/05 | | AXD009649-50 | 402; 403; 801; F |
| 651 | Bohunicky Retention Agreement, 4/14/05 | | AXD009605-6 | 402; 403; 801; F |
| 652 | Beaulier Retention Agreement, 3/10/04 | | AXD009601-2 | 402; 403; 801; F |
| 653 | Beaulier Retention Agreement, 12/12/05 | | AXD009603-4 | 402; 403; 801; F |
| 654 | Beaulier Retention Agreement, 3/29/06 | | AXD036833-4 | 402; 403; 801; F |
| 655 | Anderson Retention Agreement, 4/22/05 | | AXD009599-600 | 402; 403; 801; F |
| 656 | Gustafson Retention Agreement, 4/26/05 | | AXD009619-20 | 402; 403; 801; F |
| 657 | Lee Retention Agreement, 5/2/05 | | AXD009629-30 | 402; 403; 801; F |

USIDOCS 58848809v1

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection[1] |
|---|---|---|---|---|
| 658 | McCommons Retention Agreement, 5/31/05 | | AXD009645-6 | 402; 403; 801; F |
| 659 | Lynn Retention Agreement, 12/5/05 | | AXD009633-4 | 402; 403; 801; F |
| 660 | Marconi Retention Agreement, 12/5/05 | | AXD009639-40 | 402; 403; 801; F |
| 661 | Evans Retention Agreement, 2/10/06 | | AXD028745-6 | 402; 403; 801; F |
| 662 | Almeida Retention Agreement, 5/7/04 | | AXD009597-8 | 402; 403; 801; F |
| 663 | Perkins Retention Agreement, 5/13/04 | | AXD00951-2 | 402; 403; 801; F |
| 664 | ITC - Complainant Ampex Corporation's Response to Respondents' Interrogatories (Nos.1-89) | | AXD009645-6 | To be produced on the date previously agreed upon by the parties |
| 665 | ITC - Complainant Ampex Corporation's Responses to Respondents' Requests for Admissions (Nos.1-189) | | AXD009639-40 | To be produced on the date previously agreed upon by the parties |
| 666 | D.Del. – Plaintiff Ampex Corporation's Response to Defendants' Interrogatories (Nos.1-30) | | AXD028745-6 | To be produced on the date previously agreed upon by the parties |
| 667 | D. Del. – Plaintiff Ampex Corporation's Responses to Defendants' Requests for Admissions (Nos.1-129) | | AXD009597-8 | To be produced on the date previously agreed upon by the parties |
| 668 | Source Code CD for model DX3900 | | EKCS005000002 | Reserve objection – exhibit not provided |
| 669 | Source Code CD for model LS443 | | EKCS005000006 | Reserve objection – exhibit not provided |
| 670 | Source Code CD for model EasyShare-One | | EKCS005000004 | Reserve objection – exhibit not provided |

EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Deposition Exhibit No. (if any) | Production No. | Objection |
|---|---|---|---|---|
| 671 | Source Code CD for model CX7310 | | ALTSC00000005 | |
| 672 | Source Code CD for model C310 and CD40 | | ALTSC00000014 | |

USIDOCS 5884809v1

# EXHIBIT 7 TO THE PROPOSED PRETRIAL ORDER
# DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

The following codes are used to indicate Plaintiff's objections to Defendants' exhibits:

| | |
|---|---|
| 106 | This exhibit is objectionable because it is incomplete and the introduction of the remaining portions ought, in fairness, to be considered contemporaneously with it (see F.R.E. 106). |
| 402 | This exhibit is objectionable because it is not relevant (see F.R.E. 402). |
| 403 | This exhibit is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence (see F.R.E. 403). |
| 801 | This exhibit is objectionable because it is a statement made by one other than the declarant while testifying at trial, offered into evidence to prove the truth of the matter asserted and not subject to any hearsay exception (see F.R.E. 801 and 802). |
| 901 | This exhibit is objectionable on authenticity grounds because it is insufficient to support a finding that the document is what Defendants purport it to be (see F.R.E. 901). |
| C | This exhibit is objectionable because it is an improper compilation of multiple documents. |
| L | This exhibit is objectionable because it is illegible. |
| F | This exhibit may be objectionable if the proper foundation is not laid for this document. |
| O | This exhibit is objectionable because it was not produced or identified prior to the close of discovery. |

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on October 23, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY ELECTRONIC MAIL

Michael J. Summersgill, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

*/s/ Julia Heaney*
Julia Heaney (#3052)