| | AD9991 |
|---|---|

Table XIV. Standby Mode Operation

| I/O Block | Standby 3 (Default)[1,2] | OUT_CONT = LO[2,3] | Standby 2[3,4] | Standby 1[3,4] |
|---|---|---|---|---|
| AFE | OFF | No Change | OFF | Only REFT, REFB ON |
| Timing Core | OFF | No Change | OFF | ON |
| CLO Oscillator | OFF | No Change | ON | ON |
| CLO | HI | Running | Running | Running |
| V1 | LO | LO | LO | LO |
| V2 | LO | LO | LO | LO |
| V3 | LO | LO | LO | LO |
| V4 | LO | LO | LO | LO |
| V5 | LO | HI | HI | HI |
| V6 | LO | HI | HI | HI |
| VSG1 | LO | HI | HI | HI |
| VSG2 | LO | HI | HI | HI |
| VSG3 | LO | HI | HI | HI |
| VSG4 | LO | HI | HI | HI |
| VSG5 | LO | HI | HI | HI |
| SUBCK | LO | HI | HI | HI |
| VSUB | LO | LO | LO | LO |
| MSHUT | LO | LO | LO | LO |
| STROBE | LO | LO | LO | LO |
| H1 | Hi-Z | LO | LO (4.3 mA) | LO (4.3 mA) |
| H2 | Hi-Z | HI | HI (4.3 mA) | HI (4.3 mA) |
| H3 | Hi-Z | LO | LO (4.3 mA) | LO (4.3 mA) |
| H4 | Hi-Z | HI | HI (4.3 mA) | HI (4.3 mA) |
| RG | Hi-Z | LO | LO (4.3 mA) | LO (4.3 mA) |
| VD | LO | VDHDPOL Value | VDHDPOL Value | Running |
| HD | LO | VDHDPOL Value | VDHDPOL Value | Running |
| DCLK | LO | LO | LO | Running |
| DOUT | LO | LO | LO | LO |

NOTES
[1] To exit Standby 3, first write 00 to OPRMODE[1:0], then reset the Timing Core after ~500 μs to guarantee proper settling of the oscillator.
[2] Standby 3 mode takes priority over OUT_CONTROL for determining the output polarities.
[3] These polarities assume OUT_CONT = HI because OUT_CONTROL = LO takes priority over Standby 1 and 2.
[4] Standby 1 and 2 will set H and RG drive strength to minimum value (4.3 mA).

**AX202043**

REV. 0          —35—

# AD9991



Figure 38. AD9991 Typical Circuit Configuration

**CIRCUIT LAYOUT INFORMATION**
The AD9991 typical circuit connection is shown in Figure 38. The PCB layout is critical in achieving good image quality from the AD999x products. All of the supply pins, particularly the AVDD1, TCVDD, RGVDD, and HVDD supplies, must be decoupled to ground with good quality high frequency chip capacitors. The decoupling capacitors should be located as close as possible to the supply pins, and should have a very low impedance path to a continuous ground plane. There should also be a 4.7 μF or larger value bypass capacitor for each main supply—AVDD, RGVDD, HVDD, and DRVDD—although this is not necessary for each individual pin. In most applications, it is easier to share the supply for RGVDD and HVDD, which may be done as long as the individual supply pins are separately bypassed. A separate 3 V supply may also be used for DRVDD, but this supply pin should still be decoupled to the same ground plane as the rest of the chip. A separate ground for DRVSS is not recommended. It is recommended that the exposed paddle on the bottom of the package be soldered to a large pad, with multiple vias connecting the pad to the ground plane.

The analog bypass pins (REFT, REFB) should also be carefully decoupled to ground as close as possible to their respective pins. The analog input (CCDIN) capacitor should also be located close to the pin.

The H1–4 and RG traces should be designed to have low inductance to avoid excessive distortion of the signals. Heavier traces are recommended because of the large transient current demand on H1–4 by the CCD. If possible, physically locating the AD9991 closer to the CCD will reduce the inductance on these lines. As always, the routing path should be as direct as possible from the AD9991 to the CCD.

The AD9991 also contains an on-chip oscillator for driving an external crystal. Figure 39 shows an example application using a typical 24 MHz crystal. For the exact values of the external resistors and capacitors, it is best to consult with the crystal manufacturer's data sheet.



Figure 39. Crystal Driver Application

AX202044                    REV. 0

**AD9991**

### SERIAL INTERFACE TIMING

All of the internal registers of the AD9991 are accessed through a 3-wire serial interface. Each register consists of an 8-bit address and a 24-bit data-word. Both the 8-bit address and 24-bit data-word are written starting with the LSB. To write to each register, a 32-bit operation is required, as shown in Figure 40a. Although many registers are fewer than 24 bits wide, all 24 bits must be written for each register. For example, if the register is only 10 bits wide, the upper 14 bits are don't cares and may be filled with 0s during the serial write operation. If fewer than 24 bits are written, the register will not be updated with new data.

Figure 40b shows a more efficient way to write to the registers, using the AD9991's address auto-increment capability. Using this method, the lowest desired address is written first, followed by multiple 24-bit data-words. Each new 24-bit data-word will automatically be written to the next highest register address. By eliminating the need to write each 8-bit address, faster register loading is achieved. Continuous write operations may be used starting with any register location, and may be used to write to as few as two registers, or as many as the entire register space.



NOTES
1. SDATA BITS ARE LATCHED ON SCK RISING EDGES. SCK MAY IDLE HIGH OR LOW IN BETWEEN WRITE OPERATIONS.
2. ALL 32 BITS MUST BE WRITTEN: 8 BITS FOR ADDRESS AND 24 BITS FOR DATA.
3. IF THE REGISTER LENGTH IS <24 BITS, "DON'T CARE" BITS MUST BE USED TO COMPLETE THE 24-BIT DATA LENGTH.
4. NEW DATA VALUES ARE UPDATED IN THE SPECIFIED REGISTER LOCATION AT DIFFERENT TIMES, DEPENDING ON THE PARTICULAR REGISTER WRITTEN TO. SEE THE REGISTER UPDATES SECTION FOR MORE INFORMATION.

Figure 40a. Serial Write Operation



NOTES
1. MULTIPLE SEQUENTIAL REGISTERS MAY BE LOADED CONTINUOUSLY.
2. THE FIRST (LOWEST ADDRESS) REGISTER ADDRESS IS WRITTEN, FOLLOWED BY MULTIPLE 24-BIT DATA-WORDS.
3. THE ADDRESS WILL AUTOMATICALLY INCREMENT WITH EACH 24-BIT DATA-WORD (ALL 24 BITS MUST BE WRITTEN).
4. SL IS HELD LOW UNTIL THE LAST DESIRED REGISTER HAS BEEN LOADED.

Figure 40b. Continuous Serial Write Operation

AX202045

# AD9991

**Register Address Banks 1 and 2**

The AD9991 address space is divided into two different register banks, referred to as Register Bank 1 and Register Bank 2. Figure 41 illustrates how the two banks are divided. Register Bank 1 contains the registers for the AFE, miscellaneous functions, VD/HD parameters, timing core, CLPOB masking, VSG patterns, and shutter functions. Register Bank 2 contains all of the information for the V-pattern groups, V-sequences, and field information.

When writing to the AD9991, address 0x7F is used to specify which address bank is being written to. To write to Bank 1, the LSB of address 0x7F should be set to 0; to write to Bank 2, the LSB of address 0x7F should be set to 1.

Note that Register Bank 1 contains many unused addresses. Any undefined addresses between address 0x00 and 0x7F are considered don't cares, and it is acceptable if these addresses are filled in with all 0s during a continuous register write operation. However, the undefined addresses above 0x7F must not be written to, or the AD9991 may not operate properly.



*Figure 41. Layout of Internal Register Banks 1 and 2*

**AX202046**

# AD9991

### Updating of New Register Values

The AD9991's internal registers are updated at different times, depending on the particular register. Table XV summarizes the four different types of register updates:

1. **SCK Updated:** Some of the registers in Bank 1 are updated immediately, as soon as the 24th data bit (D23) is written. These registers are used for functions that do not require gating with the next VD boundry, such as power-up and reset functions. These registers are lightly shaded in gray in the Bank 1 register list.

   The Bank Select register (addr 0x7F in Bank 1 and 2) is also SCK updated.

2. **VD Updated:** Most of the registers in Bank 1, as well as the Field registers in Bank 2, are updated at the next VD falling edge. By updating these values at the next VD edge, the current field will not be corrupted and the new register values will be applied to the next field. The Bank 1 register updates may be further delayed past the VD falling edge by using the UPDATE register (addr 0x19). This will delay the VD updated register updates to any HD line in the field. Note that the Bank 2 registers are not affected by the UPDATE register.

3. **SG-Line Updated:** A few of the registers in Bank 1 are updated at the end of the SG active line, at the HD falling edge. These are the registers to control the SUBCK signal so that the SUBCK output will not be updated until after the SG line has been completed. These registers are darkly shaded in gray in the Bank 1 register list.

4. **SCP Updated:** In Bank 2, all of the V-pattern group and V-sequence registers (addr 0x00 through 0xCF, excluding 0x7F) are updated at the next SCP, where they will be used. For example, in Figure 42, this field has selected Region 1 to use V-Sequence 3 for the vertical outputs. This means that a write to any of the V-Sequence 3 registers, or any of the V-pattern group registers that are referenced by V-Sequence 3 will be updated at SCP1. If multiple writes are done to the same register, the last one done before SCP1 will be the one that is updated. Likewise, register writes to any V-Sequence 5 registers will be updated at SCP2, and register writes to any V-Sequence 8 registers will be updated at SCP3.

Table XV. Register Update Locations

| Update Type | Register Bank | Description |
| --- | --- | --- |
| SCK Updated | Bank 1 Only | Register is immediately updated when the 24th data bit (D23) is clocked in. |
| VD Updated | Bank 1 and Bank 2 | Register is updated at the VD falling edge. VD updated registers in Bank 1 may be delayed further by using the UPDATE register at address 0x19 in Bank 1. Bank 2 updates will not be affected by the UPDATE register. |
| SG Line Updated | Bank 1 Only | Register is updated at the HD falling edge at the end of the SG-active line. |
| SCP Updated | Bank 2 Only | Register is updated at the next SCP when the register will be used. |



Figure 42. Register Update Locations (See Table XV for Definitions)

**AX202047**

# AD9991

**COMPLETE LISTING FOR REGISTER BANK 1**
All registers are VD updated, except where noted:    = SCK Updated       = SG-Line Updated
All address and default values are in hexadecimal.

### Table XVI. AFE Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 00 | [11:0] | 7 | OPRMODE | AFE Operation Modes (See Table XXIV for Detail). |
| 01 | [9:0] | 0 | VGAGAIN | VGA Gain. |
| 02 | [7:0] | 80 | CLAMPLEVEL | Optical Black Clamp Level. |
| 03 | [11:0] | 4 | CTLMODE | AFE Control Modes (See Table XXV for Detail). |

### Table XVII. Miscellaneous Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 10 | [0] | 0 | SW_RST | Software Reset. 1 = Reset all registers to default, then self-clear back to 0. |
| 11 | [0] | 0 | OUTCONTROL | Output Control. 0 = Make all outputs dc inactive. |
| 12 | [0] | 1 | TEST USE | Internal Use Only. Must be set to 1. |
| 13 | [0] | 0 | SYNCPOL | SYNC Active Polarity (0 = Active Low). |
| 14 | [0] | 1 | SYNCSUSPEND | Suspend Clocks during SYNC Active (1 = Suspend). |
| 15 | [0] | 0 | TGCORE_RSTB | Timing Core Reset Bar. 0 = Reset TG Core, 1 = Resume Operation. |
| 16 | [0] | 1 | OSC_PWRDOWN | CLO Oscillator Power Down. 0 = Oscillator is powered down. |
| 17 |  |  |  | Unused. |
| 18 | [0] | 0 | TEST USE | Internal Use Only. Must be set to 0. |
| 19 | [11:0] | 0 | UPDATE | Serial Update. Line (HD) in the field to update VD updated registers. |
| 1A | [0] | 0 | PREVENTUPDATE | Prevents the Update of the VD Updated Registers. 1 = Prevent update. |
| 1B | [23:0] | 0 | MODE | Mode Register. |
| 1C | [1:0] | 0 | FIELDVAL | Field Value Sync. 0 = Next Field 0, 1 = Next Field 1, 2/3 = Next Field 2. |

### Table XVIII. VD/HD Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 20 | [0] | 0 | MASTER | VD/HD Master or Slave Timing (0 = Slave Mode). |
| 21 | [0] | 0 | VDHDPOL | VD/HD Active Polarity. 0 = Low, 1 = High. |
| 22 | [17:0] | 0 | VDHDRISE | Rising Edge Location for VD [17:12] and HD [11:0]. |

AX202048

AD9991

Table XIX. Timing Core Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 30 | [0] | 0 | CLIDIVIDE | Divide CLI Input Clock by 2. 1 = Divide by 2. |
| 31 | [12:0] | 01001 | H1CONTROL | H1 Signal Control. Polarity [0] (0 = Inversion, 1 = No Inversion). H1 Positive Edge Location [6:1]. H1 Negative Edge Location [12:7]. |
| 32 | [12:0] | 01001 | H3CONTROL | H3 Signal Control. Polarity [0] (0 = Inversion, 1 = No Inversion). H3 Positive Edge Location [6:1]. H3 Negative Edge Location [12:6]. |
| 33 | [12:0] | 00801 | RGCONTROL | RG Signal Control. Polarity [0] (0 = Inversion, 1 = No Inversion). RG Positive Edge Location [6:1]. RG Negative Edge Location [12:7]. |
| 34 | [1:0] | 0 | HBLKRETIME | Retime HBLK to Internal H1/H3 Clocks. H1 Retime [0]. H3 Retime [1]. Preferred setting is 1 for each bit. Setting each bit to 1 will add one cycle delay to HBLK toggle positions. |
| 35 | [14:0] | 1249 | DRVCONTROL | Drive Strength Control for H1 [2:0], H2 [5:3], H3 [8:6], H4 [11:9], and RG [14:12]. Drive Current Values: 0 = Off, 1 = 4.5 mA, 2 = 8.6 mA, 3 = 12.9 mA, 4 = 17.2 mA, 5 = 21.5 mA, 6 = 25.8 mA, 7 = 30.1 mA. |
| 36 | [11:0] | 00024 | SAMPCONTROL | SHP/SHD Sample Control. SHP Sampling Location [5:0]. SHD Sampling Location [11:6]. |
| 37 | [8:0] | 100 | DOUTCONTROL | DOUT Phase Control [5:0]. DCLK Mode [6]. DOUTDELAY [8:7]. |

Table XX. CLPOB Masking Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 40 | [23:0] | FFFFFF | CLPMASK01 | CLPOB Line Masking. Line #0 [11:0]. Line #1 [23:0]. |
| 41 | [23:0] | FFFFFF | CLPMASK23 | CLPOB Line Masking. Line #2 [11:0]. Line #3 [23:0]. |
| 42 | [11:0] | FFFFFF | CLPMASK4 | CLPOB Line Masking. Line #4 [11:0]. |

Table XXI. SG Pattern Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 50 | [3:0] | F | SGPOL | Start Polarity for SG Patterns. Pattern #0 [0]. Pattern #1 [1]. Pattern #2 [2]. Pattern #3 [3]. |
| 51 | [23:0] | FFFFFF | SGTOG12_0 | Pattern #0. Toggle Position 1 [11:0]. Toggle Position 2 [23:12]. |
| 52 | [23:0] | FFFFFF | SGTOG12_1 | Pattern #1. Toggle Position 1 [11:0]. Toggle Position 2 [23:12]. |
| 53 | [23:0] | FFFFFF | SGTOG12_2 | Pattern #2. Toggle Position 1 [11:0]. Toggle Position 2 [23:12]. |
| 54 | [23:0] | FFFFFF | SGTOG12_3 | Pattern #3. Toggle Position 1 [11:0]. Toggle Position 2 [23:12]. |

Table XXII. Shutter Control Register Map

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 60 | [4:0] | 0 | TRIGGER | Trigger for VSUB [0], MSHUT [1], STROBE [2], Exposure [3], and Readout [4]. Note that to trigger the Readout to automatically occur after the Exposure period, both Exposure and Readout should be triggered together. |
| 61 | [2:0] | 2 | READOUT | Number of Fields to Suppress the SUBCK Pulses after the VSG Line. |
| 62 | [11:0] [12] | 0 0 | EXPOSURE VDHDOFF | Number of Fields to Suppress the SUBCK and VSG Pulses. Set = 1 to Disable the VD/HD Outputs during exposure (when >1 field). |
| 63 | | | SUBCKSUPPRESS SUBCKNUM | Number of SUBCK Pulses to Suppress after VSG. |
| 64 | | | SUBCKPOL | SUBCK Pulse Start Polarity. |
| 65 | | | SUBCKTOG | |
| 66 | | | SUBCK2TOG | |

REV. 0  —41—  AX202049

# AD9991

**Table XXII. Shutter Control Register Map (continued)**

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 67 | [1:0] | 0 | VSUBMODE | VSUB Readout Mode [0]. VSUB Keep-On Mode [1]. |
| 68 | [12:0] | 1000 | VSUBON | VSUB ON Position [11:0]. VSUB Active Polarity [12]. |
| 69 | [1:0] | 1 | MSHUTPOL | MSHUT Active Polarity [0]. MSHUT Manual Enable [1]. |
| 6A | [23:0] | 0 | MSHUTON | MSHUT ON Position. Line [11:0]. Pixel [23:0]. |
| 6B | [11:0] | 0 | MSHUTOFF_FD | MSHUT OFF Field Position. |
| 6C | [23:0] | 0 | MSHUTOFF_LNPX | MSHUT OFF Position. Line [11:0]. Pixel [23:12]. |
| 6D | [0] | 1 | STROBPOL | STROBE Active Polarity. |
| 6E | [11:0] | 0 | STROBON_FD | STROBE ON Field Position. |
| 6F | [23:0] | 0 | STROBON_LNPX | STROBE ON Position. Line [11:0]. Pixel [23:12]. |
| 70 | [11:0] | 0 | STROBOFF_FD | STROBE OFF Field Position. |
| 71 | [23:0] | 0 | STROBOFF_LNPX | STROBE OFF Position. Line [11:0]. Pixel [23:12]. |

**Table XXIII. Register Map Selection**

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 7F | [0] | 0 | BANKSELECT1 | Register Bank Access from Bank 1 to Bank 2. 0 = Bank 1, 1 = Bank 2. |

**Table XXIV. AFE Operation Register Detail**

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 00 | [1:0] | 3 | PWRDOWN | 0 = Normal Operation, 1 = Standby 1, 2 = Standby 2, 3 = Standby 3. |
|  | [2] | 1 | CLPENABLE | 0 = Disable OB Clamp, 1 = Enable OB Clamp. |
|  | [3] | 0 | CLPSPEED | 0 = Select Normal OB Clamp Settling, 1 = Select Fast OB Clamp Settling. |
|  | [4] | 0 | TEST | Test Use Only. Set to 0. |
|  | [5] | 0 | PBLK_LVL | DOUT Value during PBLK: 0 = Blank to Zero, 1 = Blank to Clamp Level. |
|  | [7:6] | 0 | TEST | Test Use Only. Set to 0. |
|  | [8] | 0 | DCBYP | 0 = Enable DC Restore Circuit, 1 = Bypass DC Restore Circuit during PBLK. |
|  | [9] | 0 | TEST | Test Use Only. Set to 0. |

**Table XXV. AFE Control Register Detail**

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 03 | [1:0] | 0 | TEST | Test Use Only. Set to 00. |
|  | [2] | 1 | TEST | Test Use Only. Set to 1. |
|  | [3] | 0 | DOUTDISABLE | 0 = Data Outputs are Driven, 1 = Data Outputs are Three-Stated. |
|  | [4] | 0 | DOUTLATCH | 0 = Latch Data Outputs with DOUT Phase, 1 = Output Latch Transparent. |
|  | [5] | 0 | GRAYENCODE | 0 = Binary Encode Data Outputs, 1 = Gray Encode Data Outputs. |

AX202050

| | | | | AD9991 |
|---|---|---|---|---|

**COMPLETE LISTING FOR REGISTER BANK 2**

All V-pattern group and V-sequence registers are SCP updated, and all Field registers are VD updated.
All address and default values are in hexadecimal.

Table XXVI. V-Pattern Group 0 (VPAT0) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 00 | [5:0] | 0 | VPOL_0 | VPAT0 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5]. |
|  | [11:6] | 0 | UNUSED | Unused. |
|  | [23:12] | 0 | VPATLEN_0 | Total Length of VPAT0. Note: If using VPAT0 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 01 | [11:0] | 0 | V1TOG1_0 | V1 Toggle Position 1 |
|  | [23:12] | 0 | V1TOG2_0 | V1 Toggle Position 2 |
| 02 | [11:0] | 0 | V1TOG3_0 | V1 Toggle Position 3 |
|  | [23:12] | 0 | V2TOG1_0 | V2 Toggle Position 1 |
| 03 | [11:0] | 0 | V2TOG2_0 | V2 Toggle Position 2 |
|  | [23:12] | 0 | V2TOG3_0 | V2 Toggle Position 3 |
| 04 | [11:0] | 0 | V3TOG1_0 | V3 Toggle Position 1 |
|  | [23:12] | 0 | V3TOG2_0 | V3 Toggle Position 2 |
| 05 | [11:0] | 0 | V3TOG3_0 | V3 Toggle Position 3 |
|  | [23:12] | 0 | V4TOG1_0 | V4 Toggle Position 1 |
| 06 | [11:0] | 0 | V4TOG2_0 | V4 Toggle Position 2 |
|  | [23:12] | 0 | V4TOG3_0 | V4 Toggle Position 3 |
| 07 | [11:0] | 0 | V5TOG1_0 | V5 Toggle Position 1 |
|  | [23:12] | 0 | V5TOG2_0 | V5 Toggle Position 2 |
| 08 | [11:0] | 0 | V5TOG3_0 | V5 Toggle Position 3 |
|  | [23:12] | 0 | V6TOG1_0 | V6 Toggle Position 1 |
| 09 | [11:0] | 0 | V6TOG2_0 | V6 Toggle Position 2 |
|  | [23:12] | 0 | V6TOG3_0 | V6 Toggle Position 3 |
| 0A | [11:0] | 0 | FREEZE1_0 | V1–V6 Freeze Position 1 |
|  | [23:12] | 0 | RESUME1_0 | V1–V6 Resume Position 1 |
| 0B | [11:0] | 0 | FREEZE2_0 | V1–V6 Freeze Position 2 |
|  | [23:12] | 0 | RESUME2_0 | V1–V6 Resume Position 2 |

Table XXVII. V-Pattern Group 1 (VPAT1) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 0C | [5:0] | 0 | VPOL_1 | VPAT1 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5]. |
|  | [11:6] | 0 | UNUSED | Unused. |
|  | [23:12] | 0 | VPATLEN_1 | Total Length of VPAT1. Note: If using VPAT1 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 0D | [11:0] | 0 | V1TOG1_1 | V1 Toggle Position 1 |
|  | [23:12] | 0 | V1TOG2_1 | V1 Toggle Position 2 |
| 0E | [11:0] | 0 | V1TOG3_1 | V1 Toggle Position 3 |
|  | [23:12] | 0 | V2TOG1_1 | V2 Toggle Position 1 |
| 0F | [11:0] | 0 | V2TOG2_1 | V2 Toggle Position 2 |
|  | [23:12] | 0 | V2TOG3_1 | V2 Toggle Position 3 |
| 10 | [11:0] | 0 | V3TOG1_1 | V3 Toggle Position 1 |
|  | [23:12] | 0 | V3TOG2_1 | V3 Toggle Position 2 |
| 11 | [11:0] | 0 | V3TOG3_1 | V3 Toggle Position 3 |
|  | [23:12] | 0 | V4TOG1_1 | V4 Toggle Position 1 |
| 12 | [11:0] | 0 | V4TOG2_1 | V4 Toggle Position 2 |
|  | [23:12] | 0 | V4TOG3_1 | V4 Toggle Position 3 |

# AD9991

**Table XXVII. V-Pattern Group 1 (VPAT1) Register Map (continued)**

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 13 | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_1<br>V5TOG2_1 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 14 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_1<br>V6TOG1_1 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 15 | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_1<br>V6TOG3_1 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 16 | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_1<br>RESUME1_1 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 17 | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_1<br>RESUME2_1 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

**Table XXVIII. V-Pattern Group 2 (VPAT2) Register Map**

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 18 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_2<br>UNUSED<br>VPATLEN_2 | VPAT2 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT2. Note: If using VPAT2 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 19 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_2<br>V1TOG2_2 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 1A | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_2<br>V2TOG1_2 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 1B | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_2<br>V2TOG3_2 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 1C | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_2<br>V3TOG2_2 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 1D | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_2<br>V4TOG1_2 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 1E | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_2<br>V4TOG3_2 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 1F | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_2<br>V5TOG2_2 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 20 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_2<br>V6TOG1_2 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 21 | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_2<br>V6TOG3_2 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 22 | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_2<br>RESUME1_2 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 23 | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_2<br>RESUME2_2 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

**Table XXIX. V-Pattern Group 3 (VPAT3) Register Map**

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 24 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_3<br>UNUSED<br>VPATLEN_3 | VPAT3 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT3. Note: If using VPAT3 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 25 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_3<br>V1TOG2_3 | V1 Toggle Position 1<br>V1 Toggle Position 2 |

AD9991

Table XXIX. V-Pattern Group 3 (VPAT3) Register Map (continued)

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 26 | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_3<br>V2TOG1_3 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 27 | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_3<br>V2TOG3_3 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 28 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_3<br>V3TOG2_3 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 29 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_3<br>V4TOG1_3 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 2A | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_3<br>V4TOG3_3 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 2B | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_3<br>V5TOG2_3 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 2C | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_3<br>V6TOG1_3 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 2D | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_3<br>V6TOG3_3 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 2E | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_3<br>RESUME1_3 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 2F | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_3<br>RESUME2_3 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

Table XXX. V-Pattern Group 4 (VPAT4) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 30 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_4<br>UNUSED<br>VPATLEN_4 | VPAT4 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT4. Note: If using VPAT4 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 31 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_4<br>V1TOG2_4 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 32 | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_4<br>V2TOG1_4 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 33 | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_4<br>V2TOG3_4 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 34 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_4<br>V3TOG2_4 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 35 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_4<br>V4TOG1_4 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 36 | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_4<br>V4TOG3_4 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 37 | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_4<br>V5TOG2_4 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 38 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_4<br>V6TOG1_4 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 39 | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_4<br>V6TOG3_4 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 3A | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_4<br>RESUME1_4 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 3B | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_4<br>RESUME2_4 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

AX202053

# AD9991

Table XXXI. V-Pattern Group 5 (VPAT5) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 3C | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_5<br>UNUSED<br>VPATLEN_5 | VPAT5 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT5. Note: If using VPAT5 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 3D | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_5<br>V1TOG2_5 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 3E | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_5<br>V2TOG1_5 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 3F | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_5<br>V2TOG3_5 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 40 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_5<br>V3TOG2_5 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 41 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_5<br>V4TOG1_5 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 42 | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_5<br>V4TOG3_5 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 43 | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_5<br>V5TOG2_5 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 44 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_5<br>V6TOG1_5 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 45 | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_5<br>V6TOG3_5 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 46 | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_5<br>RESUME1_5 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 47 | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_5<br>RESUME2_5 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

Table XXXII. V-Pattern Group 6 (VPAT6) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 48 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_6<br>UNUSED<br>VPATLEN_6 | VPAT6 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT6. Note: If using VPAT6 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 49 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_6<br>V1TOG2_6 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 4A | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_6<br>V2TOG1_6 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 4B | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_6<br>V2TOG3_6 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 4C | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_6<br>V3TOG2_6 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 4D | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_6<br>V4TOG1_6 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 4E | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_6<br>V4TOG3_6 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 4F | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_6<br>V5TOG2_6 | V5 Toggle Position 1<br>V5 Toggle Position 2 |

# AD9991

Table XXXII. V-Pattern Group 6 (VPAT6) Register Map (continued)

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 50 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_6<br>V6TOG1_6 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 51 | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_6<br>V6TOG3_6 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 52 | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_6<br>RESUME1_6 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 53 | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_6<br>RESUME2_6 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

Table XXXIII. V-Pattern Group 7 (VPAT7) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 54 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_7<br>UNUSED<br>VPATLEN_7 | VPAT7 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT7. Note: If using VPAT7 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 55 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_7<br>V1TOG2_7 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 56 | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_7<br>V2TOG1_7 | V1 Toggle Position 3<br>V2 Toggle Position 1 |
| 57 | [11:0]<br>[23:12] | 0<br>0 | V2TOG2_7<br>V2TOG3_7 | V2 Toggle Position 2<br>V2 Toggle Position 3 |
| 58 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_7<br>V3TOG2_7 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 59 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_7<br>V4TOG1_7 | V3 Toggle Position 3<br>V4 Toggle Position 1 |
| 5A | [11:0]<br>[23:12] | 0<br>0 | V4TOG2_7<br>V4TOG3_7 | V4 Toggle Position 2<br>V4 Toggle Position 3 |
| 5B | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_7<br>V5TOG2_7 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 5C | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_7<br>V6TOG1_7 | V5 Toggle Position 3<br>V6 Toggle Position 1 |
| 5D | [11:0]<br>[23:12] | 0<br>0 | V6TOG2_7<br>V6TOG3_7 | V6 Toggle Position 2<br>V6 Toggle Position 3 |
| 5E | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_7<br>RESUME1_7 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 5F | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_7<br>RESUME2_7 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |

Table XXXIV. V-Pattern Group 8 (VPAT8) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 60 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_8<br>UNUSED<br>VPATLEN_8 | VPAT8 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT8. Note: If using VPAT8 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 61 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_8<br>V1TOG2_8 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 62 | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_8<br>V1TOG4_8 | V1 Toggle Position 3<br>V1 Toggle Position 4 |

REV. 0 —47— **AX202055**

# AD9991

Table XXXIV. V-Pattern Group 8 (VPAT8) Register Map (continued)

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 63 | [11:0]<br>[23:12] | 0<br>0 | V2TOG1_8<br>V2TOG2_8 | V2 Toggle Position 1<br>V2 Toggle Position 2 |
| 64 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_8<br>V3TOG4_8 | V2 Toggle Position 3<br>V2 Toggle Position 4 |
| 65 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_8<br>V4TOG2_8 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 66 | [11:0]<br>[23:12] | 0<br>0 | V4TOG3_8<br>V4TOG4_8 | V3 Toggle Position 3<br>V3 Toggle Position 4 |
| 67 | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_8<br>V5TOG2_8 | V4 Toggle Position 1<br>V4 Toggle Position 2 |
| 68 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_8<br>V6TOG4_8 | V4 Toggle Position 3<br>V4 Toggle Position 4 |
| 69 | [11:0]<br>[23:12] | 0<br>0 | V6TOG1_8<br>V6TOG2_8 | V5 Toggle Position 1<br>V5 Toggle Position 2 |
| 6A | [11:0]<br>[23:12] | 0<br>0 | V6TOG3_8<br>V6TOG4_8 | V5 Toggle Position 3<br>V5 Toggle Position 4 |
| 6B | [11:0]<br>[23:12] | 0<br>0 | V6TOG1_8<br>V6TOG2_8 | V6 Toggle Position 1<br>V6 Toggle Position 2 |
| 6C | [11:0]<br>[23:12] | 0<br>0 | V6TOG3_8<br>V6TOG4_8 | V6 Toggle Position 3<br>V6 Toggle Position 4 |
| 6D | [11:0]<br>[23:12] | 0<br>0 | FREEZE1_8<br>RESUME1_8 | V1–V6 Freeze Position 1<br>V1–V6 Resume Position 1 |
| 6E | [11:0]<br>[23:12] | 0<br>0 | FREEZE2_8<br>RESUME2_8 | V1–V6 Freeze Position 2<br>V1–V6 Resume Position 2 |
| 6F | | | UNUSED | Unused |

Table XXXV. V-Pattern Group 9 (VPAT9) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 70 | [5:0]<br>[11:6]<br>[23:12] | 0<br>0<br>0 | VPOL_9<br>UNUSED<br>VPATLEN_9 | VPAT9 Start Polarity. V1[0].V2[1].V3[2].V4[3].V5[4].V6[5].<br>Unused.<br>Total Length of VPAT9. Note: If using VPAT9 as a second V-sequence in the VSG active line, this value is the start position for second V-sequence. |
| 71 | [11:0]<br>[23:12] | 0<br>0 | V1TOG1_9<br>V1TOG2_9 | V1 Toggle Position 1<br>V1 Toggle Position 2 |
| 72 | [11:0]<br>[23:12] | 0<br>0 | V1TOG3_9<br>V1TOG4_9 | V1 Toggle Position 3<br>V1 Toggle Position 4 |
| 73 | [11:0]<br>[23:12] | 0<br>0 | V2TOG1_9<br>V2TOG2_9 | V2 Toggle Position 1<br>V2 Toggle Position 2 |
| 74 | [11:0]<br>[23:12] | 0<br>0 | V3TOG3_9<br>V3TOG4_9 | V2 Toggle Position 3<br>V2 Toggle Position 4 |
| 75 | [11:0]<br>[23:12] | 0<br>0 | V3TOG1_9<br>V4TOG2_9 | V3 Toggle Position 1<br>V3 Toggle Position 2 |
| 76 | [11:0]<br>[23:12] | 0<br>0 | V4TOG3_9<br>V4TOG4_9 | V3 Toggle Position 3<br>V3 Toggle Position 4 |
| 77 | [11:0]<br>[23:12] | 0<br>0 | V5TOG1_9<br>V5TOG2_9 | V4 Toggle Position 1<br>V4 Toggle Position 2 |
| 78 | [11:0]<br>[23:12] | 0<br>0 | V5TOG3_9<br>V6TOG4_9 | V4 Toggle Position 3<br>V4 Toggle Position 4 |

AX202056    REV. 0

AD9991

Table XXXV. V-Pattern Group 9 (VPAT9) Register Map (continued)

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 79 | [11:0] | 0 | V6TOG1_9 | V5 Toggle Position 1 |
|  | [23:12] | 0 | V6TOG2_9 | V5 Toggle Position 2 |
| 7A | [11:0] | 0 | V6TOG3_9 | V5 Toggle Position 3 |
|  | [23:12] | 0 | V6TOG4_9 | V5 Toggle Position 4 |
| 7B | [11:0] | 0 | V6TOG1_9 | V6 Toggle Position 1 |
|  | [23:12] | 0 | V6TOG2_9 | V6 Toggle Position 2 |
| 7C | [11:0] | 0 | V6TOG3_9 | V6 Toggle Position 3 |
|  | [23:12] | 0 | V6TOG4_9 | V6 Toggle Position 4 |
| 7D | [11:0] | 0 | FREEZE1_9 | V1–V6 Freeze Position 1 |
|  | [23:12] | 0 | RESUME1_9 | V1–V6 Resume Position 1 |
| 7E | [11:0] | 0 | FREEZE2_9 | V1–V6 Freeze Position 2 |
|  | [23:12] | 0 | RESUME2_9 | V1–V6 Resume Position 2 |

Table XXXVI. Register Map Selection (SCK Updated Register)

| Address | Data Bit Content | Default Value | Register Name | Register Description |
|---|---|---|---|---|
| 7F | [0] | 0 | BANKSELECT2 | Register Bank Access from Bank 2 to Bank 1. 0 = Bank 1, 1 = Bank 2 |

Table XXXVII. V-Sequence 0 (VSEQ0) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 80 | [1:0] | 0 | HBLKMASK_0 | Masking Polarity during HBLK H1 [0]. H3 [1]. |
|  | [2] | 0 | CLPOBPOL_0 | CLPOB Start Polarity |
|  | [3] | 0 | PBLKPOL_0 | PBLK Start Polarity |
|  | [7:4] | 0 | VPATSEL_0 | Selected V-Pattern Group for V-Sequence 0 |
|  | [9:8] | 0 | VMASK_0 | Enable Masking of V-Outputs (Specified by Freeze/Resume Registers) |
|  | [11:10] | 0 | HBLKALT_0 | Enable HBLK Alternation |
|  | [23:12] | 0 | UNUSED | Unused |
| 81 | [11:0] | 0 | VPATREPO_0 | Number of Selected V-Pattern Group Repetitions for Odd Lines |
|  | [23:12] | 0 | VPATREPE_0 | Number of Selected V-Pattern Group Repetitions for Even Lines |
| 82 | [11:0] | 0 | VPATSTART_0 | Start Position in the Line for the Selected V-Pattern Group |
|  | [23:12] | 0 | HDLEN_0 | HD Line Length (Number of Pixels) for V-Sequence 0 |
| 83 | [11:0] | 0 | PBLKTOG1_0 | PBLK Toggle Position 1 for V-Sequence 0 |
|  | [23:12] | 0 | PBLKTOG2_0 | PBLK Toggle Position 2 for V-Sequence 0 |
| 84 | [11:0] | 0 | HBLKTOG1_0 | HBLK Toggle Position 1 for V-Sequence 0 |
|  | [23:12] | 0 | HBLKTOG2_0 | HBLK Toggle Position 2 for V-Sequence 0 |
| 85 | [11:0] | 0 | HBLKTOG3_0 | HBLK Toggle Position 3 for V-Sequence 0 |
|  | [23:12] | 0 | HBLKTOG4_0 | HBLK Toggle Position 4 for V-Sequence 0 |
| 86 | [11:0] | 0 | HBLKTOG5_0 | HBLK Toggle Position 5 for V-Sequence 0 |
|  | [23:12] | 0 | HBLKTOG6G |  |

AX202057

# AD9991

Table XXXVIII. V-Sequence 1 (VSEQ1) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 88 | [1:0]<br>[2]<br>[3]<br>[7:4]<br>[9:8]<br>[11:10]<br>[23:12] | 0<br>0<br>0<br>0<br>0<br>0<br>0 | HBLKMASK_1<br>CLPOBPOL_1<br>PBLKPOL_1<br>VPATSEL_1<br>VMASK_1<br>HBLKALT_1<br>UNUSED | Masking Polarity during HBLK. H1 [0]. H3 [1].<br>CLPOB Start Polarity<br>PBLK Start Polarity<br>Selected V-Pattern Group for V-Sequence 1<br>Enable Masking of V-) Outputs (Specified by Freeze/Resume Registers)<br>Enable HBLK Alternation<br>Unused |
| 89 | [11:0]<br>[23:12] | 0<br>0 | VPATREPO_1<br>VPATREPE_1 | Number of Selected V-Pattern Group Repetitions for Odd Lines<br>Number of Selected V-Pattern Group Repetitions for Even Lines |
| 8A | [11:0]<br>[23:12] | 0<br>0 | VPATSTART_1<br>HDLEN_1 | Start Position in the Line for the Selected V-Pattern Group<br>HD Line Length (Number of Pixels) for V-Sequence 1 |
| 8B | [11:0]<br>[23:12] | 0<br>0 | PBLKTOG1_1<br>PBLKTOG2_1 | PBLK Toggle Position 1 for V-Sequence 1<br>PBLK Toggle Position 2 for V-Sequence 1 |
| 8C | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG1_1<br>HBLKTOG2_1 | HBLK Toggle Position 1 for V-Sequence 1<br>HBLK Toggle Position 2 for V-Sequence 1 |
| 8D | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG3_1<br>HBLKTOG4_1 | HBLK Toggle Position 3 for V-Sequence 1<br>HBLK Toggle Position 4 for V-Sequence 1 |
| 8E | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG5_1<br>HBLKTOG6_1 | HBLK Toggle Position 5 for V-Sequence 1<br>HBLK Toggle Position 6 for V-Sequence 1 |
| 8F | [11:0]<br>[23:12] | 0<br>0 | CLPOBTOG1_1<br>CLPOBTOG2_1 | CLPOB Toggle Position 1 for V-Sequence 1<br>CLPOB Toggle Position 2 for V-Sequence 1 |

Table XXXIX. V-Sequence 2 (VSEQ2) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 90 | [1:0]<br>[2]<br>[3]<br>[7:4]<br>[9:8]<br>[11:10]<br>[23:12] | 0<br>0<br>0<br>0<br>0<br>0<br>0 | HBLKMASK_2<br>CLPOBPOL_2<br>PBLKPOL_2<br>VPATSEL_2<br>VMASK_2<br>HBLKALT_2<br>UNUSED | Masking Polarity during HBLK. H1 [0]. H3 [1].<br>CLPOB Start Polarity<br>PBLK Start Polarity<br>Selected V-Pattern Group for V-Sequence 2<br>Enable Masking of V-Outputs (Specified by Freeze/Resume Registers)<br>Enable HBLK Alternation<br>Unused |
| 91 | [11:0]<br>[23:12] | 0<br>0 | VPATREPO_2<br>VPATREPE_2 | Number of Selected V-Pattern Group Repetitions for Odd Lines<br>Number of Selected V-Pattern Group Repetitions for Even Lines |
| 92 | [11:0]<br>[23:12] | 0<br>0 | VPATSTART_2<br>HDLEN_2 | Start Position in the Line for the Selected V-Pattern Group<br>HD Line Length (Number of Pixels) for V-Sequence 2 |
| 93 | [11:0]<br>[23:12] | 0<br>0 | PBLKTOG1_2<br>PBLKTOG2_2 | PBLK Toggle Position 1 for V-Sequence 2<br>PBLK Toggle Position 2 for V-Sequence 2 |
| 94 | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG1_2<br>HBLKTOG2_2 | HBLK Toggle Position 1 for V-Sequence 2<br>HBLK Toggle Position 2 for V-Sequence 2 |
| 95 | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG3_2<br>HBLKTOG4_2 | HBLK Toggle Position 3 for V-Sequence 2<br>HBLK Toggle Position 4 for V-Sequence 2 |
| 96 | [11:0]<br>[23:12] | 0<br>0 | HBLKTOG5_2<br>HBLKTOG6_2 | HBLK Toggle Position 5 for V-Sequence 2<br>HBLK Toggle Position 6 for V-Sequence 2 |
| 97 | [11:0]<br>[23:12] | 0<br>0 | CLPOBTOG1_2<br>CLPOBTOG2_2 | CLPOB Toggle Position 1 for V-Sequence 2<br>CLPOB Toggle Position 2 for V-Sequence 2 |

**AD9991**

Table XL. V-Sequence 3 (VSEQ3) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| 98 | [1:0] | 0 | HBLKMASK_3 | Masking Polarity during HBLK. H1 [0]. H3 [1]. |
|  | [2] | 0 | CLPOBPOL_3 | CLPOB Start Polarity |
|  | [3] | 0 | PBLKPOL_3 | PBLK Start Polarity |
|  | [7:4] | 0 | VPATSEL_3 | Selected V-Pattern Group for V-Sequence 3 |
|  | [9:8] | 0 | VMASK_3 | Enable Masking of V-Outputs (Specified by Freeze/Resume Registers) |
|  | [11:10] | 0 | HBLKALT_3 | Enable HBLK Alternation |
|  | [23:12] | 0 | UNUSED | Unused |
| 99 | [11:0] | 0 | VPATREPO_3 | Number of Selected V-Pattern Group Repetitions for Odd Lines |
|  | [23:12] | 0 | VPATREPE_3 | Number of Selected V-Pattern Group Repetitions for Even Lines |
| 9A | [11:0] | 0 | VPATSTART_3 | Start Position in the Line for the Selected V-Pattern Group |
|  | [23:12] | 0 | HDLEN_3 | HD Line Length (Number of Pixels) for V-Sequence 3 |
| 9B | [11:0] | 0 | PBLKTOG1_3 | PBLK Toggle Position 1 for V-Sequence 3 |
|  | [23:12] | 0 | PBLKTOG2_3 | PBLK Toggle Position 2 for V-Sequence 3 |
| 9C | [11:0] | 0 | HBLKTOG1_3 | HBLK Toggle Position 1 for V-Sequence 3 |
|  | [23:12] | 0 | HBLKTOG2_3 | HBLK Toggle Position 2 for V-Sequence 3 |
| 9D | [11:0] | 0 | HBLKTOG3_3 | HBLK Toggle Position 3 for V-Sequence 3 |
|  | [23:12] | 0 | HBLKTOG4_3 | HBLK Toggle Position 4 for V-Sequence 3 |
| 9E | [11:0] | 0 | HBLKTOG5_3 | HBLK Toggle Position 5 for V-Sequence 3 |
|  | [23:12] | 0 | HBLKTOG6_3 | HBLK Toggle Position 6 for V-Sequence 3 |
| 9F | [11:0] | 0 | CLPOBTOG1_3 | CLPOB Toggle Position 1 for V-Sequence 3 |
|  | [23:12] | 0 | CLPOBTOG2_3 | CLPOB Toggle Position 2 for V-Sequence 3 |

Table XLI. V-Sequence 4 (VSEQ4) Register Map

| Address | Data Bit Content | Default Value | Register Name | Description |
|---|---|---|---|---|
| A0 | [1:0] | 0 | HBLKMASK_4 | Masking Polarity during HBLK. H1 [0]. H3 [1]. |
|  | [2] | 0 | CLPOBPOL_4 | CLPOB Start Polarity |
|  | [3] | 0 | PBLKPOL_4 | PBLK Start Polarity |
|  | [7:4] | 0 | VPATSEL_4 | Selected V-Pattern Group for V-Sequence 4 |
|  | [9:8] | 0 | VMASK_4 | Enable Masking of V-Outputs (Specified by Freeze/Resume Registers) |
|  | [11:10] | 0 | HBLKALT_4 | Enable HBLK Alternation |
|  | [23:12] | 0 | UNUSED | Unused |
| A1 | [11:0] | 0 | VPATREPO_4 | Number of Selected V-Pattern Group Repetitions for Odd Lines |
|  | [23:12] | 0 | VPATREPE_4 | Number of Selected V-Pattern Group Repetitions for Even Lines |
| A2 | [11:0] | 0 | VPATSTART_4 | Start Position in the Line for the Selected V-Pattern Group |
|  | [23:12] | 0 | HDLEN_4 | HD Line Length (Number of Pixels) for V-Sequence 4 |
| A3 | [11:0] | 0 | PBLKTOG1_4 | PBLK Toggle Position 1 for V-Sequence 4 |
|  | [23:12] | 0 | PBLKTOG2_4 | PBLK Toggle Position 2 for V-Sequence 4 |
| A4 | [11:0] | 0 | HBLKTOG1_4 | HBLK Toggle Position 1 for V-Sequence 4 |
|  | [23:12] | 0 | HBLKTOG2_4 | HBLK Toggle Position 2 for V-Sequence 4 |
| A5 | [11:0] | 0 | HBLKTOG3_4 | HBLK Toggle Position 3 for V-Sequence 4 |
|  | [23:12] | 0 | HBLKTOG4_4 | HBLK Toggle Position 4 for V-Sequence 4 |
| A6 | [11:0] | 0 | HBLKTOG5_4 | HBLK Toggle Position 5 for V-Sequence 4 |
|  | [23:12] | 0 | HBLKTOG6_4 | HBLK Toggle Position 6 for V-Sequence 4 |
| A7 | [11:0] | 0 | CLPOBTOG1_4 | CLPOB Toggle Position 1 for V-Sequence 4 |
|  | [23:12] | 0 | CLPOBTOG2_4 | CLPOB Toggle Position 2 for V-Sequence 4 |