IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1373-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued today, IT IS HEREBY ORDERED that the following disputed claim terms of U.S Patent No. 4,821,121 (issued April 11, 1989) are construed as follows:

| **Claim Term** | **The Court's Construction** |
|---|---|
| "video image" | "an electronic signal representation of visual information displayable in visual form on a monitor or other display device." |
| "video still store" | "a system capable of storing still video images." |
| "video data"; "video pixel data"; "data set"; "image data set" | "numerical information representing the luminance, red chrominance, and blue chrominance components of each pixel in a video image." |
| "the video data"; "the video pixel data"; "said video pixel data"; "the data sets"; "said image data sets" | "numerical information representing the same luminance, red chrominance, and blue chrominance components of each pixel in a video image." |

| Term | Construction |
|---|---|
| "direct"; "directly" | "the transfer of data without intervening processing." |
| "an input port and an output port" | "an input port and a separate output port." |
| "external source" | "a source located outside of and physically separate from the image store, memory, size reducer means, and means for displaying the output image." |
| "responsive to" | "performs its function automatically under the control of." |
| "selectively generating" | "to choose whether to generate." |
| "selective transfer" | "to choose whether to transfer." |
| order of steps (claims 11, 13, and 15) | Claims 11, 13, and 15 require the generation of a reduced size copy prior to storage of a full size image in the memory. The other claims at issue do not require an order of operation. |
| "corresponding" | "a relationship is maintained between each full size image and the reduced size image generated from that full size image." |
| size reducer transfers and receives data only from RAM (claims 7, 8, and 10) | Claims 7, 8, and 10 do not require that the size reducer transfer and receive data only from RAM. |

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

October 26, 2006
Wilmington, Delaware

2