**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Collins J. Seitz, Jr.
TEL        (302) 888-6278
FAX       (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO   Wilmington Office

October 30, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Ampex v. Eastman Kodak Company, et al.*,
C.A. No. 04-1373-KAJ

Dear Judge Jordan:

We represent defendants in the above-captioned action. Trial in this case is scheduled to start December 4, 2006 (pending disposition of the parties' summary judgment motions), and the pretrial conference is scheduled for November 6, 2006. We write regarding scheduling issues for William Lee, lead trial counsel for defendants.

First, Mr. Lee is currently scheduled to be in trial on the date of the pretrial conference in *Procter & Gamble Co. v. Teva Pharmaceuticals* (1:04-cv-00940-JJF), which is pending in Delaware before Judge Farnan. With the Court's permission, Mr. Lee requests that his co-counsel, Michael Summersgill and Calvin Walden from the Wilmer Hale firm, and I, be allowed to attend the Pretrial Conference on behalf of defendants.

Second, Mr. Lee was also just notified that oral argument in an action in which he is slated to argue in the Federal Circuit in Washington, D.C. in *Third Wave Tech v. Stratagene* (2006-1209) has been scheduled for December 7, 2006, at 2:00 p.m. We inform the Court of this potential scheduling conflict with trial in this action, and ask the Court's guidance as to how to proceed.

Honorable Kent A. Jordan
Page 2
October 30, 2006

      We regret any inconvenience that this may cause the Court, and the parties and can provide further details at the pretrial conference next week.

                                 Respectfully,

                                   Collins J. Seitz, Jr.
                                   (DE Bar No. 2237)

CJS,Jr./saj
cc:    Jesse J. Jenner, Esquire (by electronic mail)
       Norman H. Beamer, Esquire (by electronic mail)
       Jack B. Blumenfeld, Esquire (by electronic mail)
       Michael J. Summersgill, Esquire (by electronic mail)