IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1373-KAJ |
| | ) | |
| EASTMAN KODAK COMPANY and ALTEK CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment of Non-Infringement (D.I. 302) is GRANTED.



UNITED STATES DISTRICT JUDGE

October 31, 2006
Wilmington, Delaware