IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1373-KAJ |
| | ) |
| EASTMAN KODAK COMPANY and | ) |
| ALTEK CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The court, having granted defendants' motion for summary judgment of non-infringement (Docket Item ["D.I."] 480),

IT IS HEREBY ORDERED that defendants' motion to exclude the testimony of Carol Scott under Rule 702 (D.I. 277), is DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE

November 1, 2006
Wilmington, Delaware