# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

November 2, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

RE:  Ampex v. Eastman Kodak, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

On behalf of all parties, I am writing to confirm our conversation with your secretary this afternoon.  The parties have agreed, subject to the Court's approval, to postpone the filing of jury papers (jury instructions, voir dire and verdict) until next Friday, November 10, in order to provide time for counsel to confer about the papers in light of the Court's recent rulings and other matters that may be decided in connection with the pretrial conference.

Counsel are available should the Court wish to discuss this matter.

Respectfully,

Julia Heaney (#3052)

JH/ncf

cc:    Peter T. Dalleo, Clerk (By Hand)
       Collins J. Seitz, Jr., Esquire (By E-Mail)
       Michael J. Summersgill, Esquire (By E-Mail)