IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, and<br>ALTEK CORPORATION,<br><br>   Defendants. | Civil Action No. 04-1373-KAJ |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that Ampex's Motion for Partial Summary Judgment that U.S. Patent No. 4,821,121 is Not Invalid for Obviousness (D.I. 280) is GRANTED as to the combinations of SDMS + papers and articles, Response + DLS, and Paint Box + Response, and is DENIED in all other respects.



UNITED STATES DISTRICT JUDGE

November 3, 2006
Wilmington, Delaware