# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

November 3, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      RE: <u>Ampex v. Eastman Kodak, C.A. No. 04-1373-KAJ</u>

Dear Judge Jordan:

      Pursuant to Your Honor's request during the teleconference this afternoon, enclosed is the parties' proposed Stipulated Order For Entry Of Final Judgment that was discussed during the teleconference, for the Court's consideration in the event that Ampex's Motion for Reconsideration is denied.

      Respectfully,

      */s/ Julia Heaney*

      Julia Heaney (#3052)

JH/dam
Enclosure
cc:  Peter T. Dalleo, Clerk (By Hand)
      Collins J. Seitz, Jr., Esquire (By E-Mail)
      Michael J. Summersgill, Esquire (By E-Mail)

544331