# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

November 20, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

      RE:  <u>Ampex v. Eastman Kodak</u>, C.A. No. 04-1373-KAJ

Dear Judge Jordan:

      In view of the Court's Memorandum Order of today denying Ampex's Motion for Reargument and Reconsideration (D.I. 494), the parties are submitting for Your Honor's approval the enclosed Stipulated Order For Entry of Final Judgment, which is in the same form as the document that was filed at the Court's request on November 3 (D.I. 488).

      Counsel are available should the Court wish to discuss this matter.

Respectfully,

*Julia Heaney*

Julia Heaney (#3052)

JH/ncf
Enclosure
cc:  Peter T. Dalleo, Clerk (By Hand)
     Collins J. Seitz, Jr., Esquire (By E-Mail)
     Michael J. Summersgill, Esquire (By E-Mail)