IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1373-KAJ |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ALTEK CORPORATION and CHINON ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Ampex Corporation ("Ampex"), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment, entered in this action on November 21, 2006 (D.I. 496), adjudging and declaring that Claims 7, 8, and 10-15 of United States Patent No. 4,821,121 are not infringed, and dismissing Plaintiff's claims against Defendants.

Ampex also appeals from the following Opinions and Orders underlying said Final Judgment: (i) the portion of the claim construction Order (D.I. 473) entered October 26, 2006, construing the terms "video data," "video pixel data," "data set," "image data set," "the video data," "the video pixel data"; "said video pixel data"; "the data sets"; "said image data sets," "external source;" and the portions of the Memorandum Opinion (D.I. 472) entered October 26, 2006, directed to the construction of the aforesaid terms, and directed to the construction of "image" and "the image;" (ii) the Memorandum Opinion (D.I. 479) and Order (D.I. 480) granting Defendants' motion for summary judgment of non-infringement, entered October 31,

2006; and (iii) the Memorandum Order denying Plaintiff's motion for reargument and reconsideration, entered November 20, 2006 (D.I. 494).

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Julia Heaney (#3052)*

                                               Jack B. Blumenfeld (#1014)
                                               Julia Heaney (#3052)
                                               1201 North Market Street
                                               P.O. Box 1347
                                               Wilmington, DE 19899
                                               (302) 658-9200
                                               jheaney@mnat.com
                                               *Counsel for Plaintiff Ampex Corporation*

OF COUNSEL:

Jesse J. Jenner
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

December 1, 2006
547745

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 1, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Collins J. Seitz, Jr., Esquire
> Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Collins J. Seitz Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

### BY EMAIL

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)