IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPEX CORPORATION, </br></br>    Plaintiff, </br></br> v. </br></br> EASTMAN KODAK COMPANY, ALTEK CORPORATION, and CHINON INDUSTRIES, INC., </br></br>    Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1373 (KAJ) ) ) ) ) ) ) ) |

**CERTIFICATE PURSUANT TO RULE 10(b)(1)(B), F. R. APP. P., AND STATEMENT OF ISSUES PURSUANT TO RULE 10(b)(3)(A), F. R. APP. P.**

Pursuant to Rule 10(b)(1)(B), F. R. App. P., Ampex Corporation ("Ampex"), Plaintiff in the above named case, certifies that it is not ordering transcripts, all pertinent transcripts having already been prepared and filed in this action.

Pursuant to Rule 10(b)(3)(A), F. R. App. P., Ampex states that it intends to present the following issues on appeal:

(i) The correct construction of the terms "video data," "video pixel data," "data set," "image data set," "the video data," "the video pixel data"; "said video pixel data"; "the data sets"; "said image data sets," "external source," "image" and "the image;" and consequently whether the portion of the claim construction Order (D.I. 473) entered October 26, 2006, construing the aforesaid terms, and the portions of the Memorandum Opinion (D.I. 472) entered October 26, 2006, directed to the construction of the aforesaid terms, should be vacated to the extent inconsistent with said construction;

-2-

    (ii) Whether the October 31, 2006 Order (D.I. 480) granting Defendants' motion for summary judgment of non-infringement, on the ground of no literal infringement, should be reversed; and

    (iii) Whether the October 31, 2006 Order (D.I. 480) granting Defendants' motion for summary judgment of non-infringement, on the ground of no infringement under the doctrine of equivalents, should be reversed.

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Julia Heaney*
            Jack B. Blumenfeld (#1014)
            Julia Heaney (#3052)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, DE 19899
OF COUNSEL:       (302) 658-9200
            jheaney@mnat.com
Jesse J. Jenner       *Counsel for Plaintiff Ampex Corporation*
Sasha G. Rao
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

James E. Hopenfeld
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005

December 11, 2006
548802

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on December 11, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Collins J. Seitz, Jr., Esquire
>Connolly, Bove, Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Collins J. Seitz Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY EMAIL**

S. Calvin Walden
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Michael J. Summersgill
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

>*/s/ Julia Heaney*
>Julia Heaney (#3052)