# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-1089 - AMPEX V EASTMAN KODAK

**Date of docketing:** 12/14/2006

**Appeal from:** United States District Court / District of Delaware
case no. 04-CV-1373

**Appellant(s):** Ampex Corporation

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
    Norman H. Beamer
    Michael J. Summersgill

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1089

AMPEX CORPORATION

                Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY, CHINON INDUSTRIES, INC.,
and ALTEK CORPORATION,

                Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 04-CV-1373, Judge Kent A. Jordan.

Authorized Abbreviated Caption[2]

AMPEX v EASTMAN KODAK, 2007-1089

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**2007-1089**

Caption: <u>Ampex Corporation v. Eastman Kodak Company et al</u>

Plaintiff(s): <u>Ampex Corporation</u>

Defendant(s): <u>Eastman Kodak Company, Chinon Industries Inc., Altek Corporation</u>

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. <u>04cv1373 KAJ</u>   Date of Judgment/Order:   <u>11/21/06, 10/26/06, 10/31/06, 11/20/06</u>

Cross/Related Appeal: NO
Date of Notice of Appeal:   <u>12/1/06</u>
Date of Notice of Appeal Docketed: 12/1/06
Appellant is:  Ampex Corporation

Fees:  Court of Appeals Docket Fee Paid? <u>Paid</u>

U.S. Appeal?  <u>Yes</u>

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| Jack B. Blumenfeld | Collin J. Seitz, Jr. |
|---|---|
| Morris, Nichols, Arsht & Tunnell | Connolly, Bove, Lodge & Hutz |
| 1201 North Market Street | 1007 North Orange Street |
| P.O. Box 1347 | P. O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

Attorneys for Plaintiff   Attorneys for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2006

JAN HORBALY
CLERK

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: *E. Struckler*
Deputy Clerk

Date:   December 5, 2006