# EXHIBIT A

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1089

AMPEX CORPORATION,

Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY, CHINON INDUSTRIES, INC.,
and ALTEK CORPORATION,

Defendants-Appellees.

Jesse J. Jenner, Ropes & Gray LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were Norman H. Beamer, of Palo Alto, California, and James E. Hopenfeld, of Washington, DC. Of counsel was Karen A. Christiansen, of Palo Alto, California.

Michael J. Summersgill, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for defendants-appellees. With him on the brief were William F. Lee, Donald R. Steinberg, Lauren B. Fletcher, and Jordan L. Hirsch, of Boston, Massachusetts, and S. Calvin Walden, of New York, New York.

Appealed from: United States District Court for the District of Delaware

Judge Kent A. Jordan

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1089

AMPEX CORPORATION

Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY, CHINON INDUSTRIES, INC.,
and ALTEK CORPORATION,

Defendants-Appellees.

# Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

In CASE NO(S).    04-CV-1373.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam:  (MAYER, DYK and MOORE, <u>Circuit Judges</u>):

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: <u>February 7, 2008</u>       <u> /s/ Jan Horbaly </u>
                            Jan Horbaly, Clerk

# EXHIBIT B

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

*Questions and Answers*

**Petitions for Panel Rehearing (Fed. Cir. R. 40)**
**and**
**Petitions for Hearing or Rehearing En Banc (Fed. Cir. R. 35)**

---

*Q. When is a petition for panel rehearing appropriate?*

A. Petitions for panel rehearing are rarely considered meritorious. Consequently, it is easiest to first answer when a petition for panel rehearing is not appropriate. A petition for panel rehearing should not be used to reargue issues already briefed and orally argued. If a party failed to persuade the court on an issue in the first instance, they do not get a second chance. This is especially so when the court has entered a judgment of affirmance without opinion under Fed. Cir. R. 36, as a disposition of this nature is used only when the appellant/petitioner has utterly failed to raise any issues in the appeal that require an opinion to be written in support of the court's judgment of affirmance.

Thus, as a usual prerequisite, the court must have filed an opinion in support of its judgment for a petition for panel rehearing to be appropriate. Counsel seeking panel rehearing must be able to identify in the court's opinion a material error of fact or law, the correction of which would require a different judgment on appeal.

*Q. When is a petition for rehearing en banc appropriate?*

A. En banc decisions are extraordinary occurrences. To properly answer the question, one must first understand the responsibility of a three-judge merits panel of the court. The panel is charged with deciding individual appeals according to the law of the circuit as established in the court's precedential opinions. While each merits panel is empowered to enter precedential opinions, the ultimate duty of the court en banc is to set forth the law of the Federal Circuit, which merits panels are obliged to follow.

Thus, as a usual prerequisite, a merits panel of the court must have entered a precedential opinion in support of its judgment for a petition for rehearing en banc to be appropriate. In addition, the party seeking rehearing en banc must show that either the merits panel has failed to follow decisions of the Supreme Court of the United States or Federal Circuit precedential opinions, or that the

merits panel has followed circuit precedent, which the party seeks to have overruled by the court en banc.

*Q. How frequently are petitions for panel rehearing granted by merits panels or petitions for rehearing en banc granted by the court?*

A. The data regarding petitions for panel rehearing since 1982 shows that merits panels granted some relief in only three percent of the petitions filed. The relief granted usually involved only minor corrections of factual misstatements, rarely resulting in a change of outcome in the decision.

En banc petitions have been granted less frequently. Historically, the court has initiated en banc review in a few of the appeals decided en banc since 1982.

*Q. Is it necessary to have filed either of these petitions before filing a petition for certiorari in the U.S. Supreme Court?*

A. No. All that is needed is a final judgment of the Court of Appeals.

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMPEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1373-KAJ |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| ALTEK CORPORATION and CHINON | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JORDAN L. HIRSCH

1.      I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP in Boston, Massachusetts. I am one of the attorneys of record representing Defendants Eastman Kodak Company and Altek Corporation.

2.      I make this declaration in support of Defendants' Bill of Costs. The facts set forth below are true and correct to the best of my knowledge and, if called upon to do so, I could and would testify competently as set out below.

3.      Behind Tab 1 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the following days of the deposition of George Ligler: June 1, 2005; June 3, 2005; May 10, 2006; and May 11, 2006.

4.      Behind Tab 2 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the following days of the deposition of Joel Talcott: March 16, 2005; and March 17, 2005.

5.      Behind Tab 3 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Charles Boncolet, Jr.

6.      Behind Tab 4 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Alan Cavallerano.

7.      Behind Tab 5 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Kendall L. Dinwiddie.

8.      Behind Tab 6 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Daniel Beaulier.

9.      Behind Tab 7 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Junaid Sheikh.

10.      Behind Tab 8 hereto are invoices demonstrating the court reporter costs incurred by Defendants in connection with the deposition of Leslie Oxley.

11.      Behind Tab 9 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Gregory Roth.

12.      Behind Tab 10 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of Lawrence Evans.

13.      Behind Tab 11 hereto are invoices demonstrating the court reporter and videotaping costs incurred by Defendants in connection with the deposition of John McCommons.

14.      Behind Tab 12 hereto is a copy of Wilmer Cutler Pickering Hale and Dorr LLP's policy for copying costs.  The policy indicates that Wilmer Cutler Pickering Hale and Dorr LLP

charges $.15 per copy.  Defendants, however, seek to recover only $.10 per copy in their Bill of Costs.

15.    Ms. Katharine Valente, a project assistant at Wilmer Cutler Pickering Hale and Dorr LLP, acting under my supervision, hand-counted all of the papers Defendants filed with the Court in this action and the ITC action.  In total, Defendants filed 2,208 pages of pleadings and 6,941 pages of exhibits.  Multiplied by $.10 per page, the cost of one copy of the pleadings Defendants filed amounts to $220.80, and the cost of one copy of the exhibits Defendants filed amounts to $ 694.10, for a total of $914.90 in copying costs.

16.    Behind Tab 13 hereto is a copy of the invoices Defendants received from Fulcrum Legal Graphics in connection with the preparation of demonstrative and visual aids for the January 12, 2006 technology tutorial before this Court.

17.    Behind Tab 14 hereto is a copy of the invoices Defendants received from Fulcrum Legal Graphics in connection with the presentation of demonstrative and visual aids for the July 13, 2006 Markman and Summary Judgment Hearing before this Court.


I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2008 at Boston, Massachusetts.

Jordan L. Hirsch

-3-

# TAB 1



**LEGALINK**
A WORDWAVE COMPANY

LegaLink Boston    tel (800) 822-3376
320 Congress Street    tel (617) 542-0039
4th Floor    fax (617) 542-2119
Boston, MA 02210    www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12018200 | 06/22/2005 | 1207-64975 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2005 | LDC | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   George T. Ligler, Ph.D.        253 Pages @       4.50/Page      1,138.50
         Four-Day Rush                                               569.25
         ATTENDANCE                                                  125.00
         Reporter Jurat                                               18.00
         TotalTranscript                                              40.00
         TotalTranscript                                              40.00
         Word Index                                                   97.15
         Word Index                                                   69.60
         RT Connection Fee (LWR)                                      35.00
         Interactive Realtime       253.00 Pages @    1.50/Page      379.50
         Unedited ASCII (RT)        253.00 Pages @    1.50/Page      379.50
         Process/Delivery                                             20.00
                                                                 _____
                              TOTAL  DUE   >>>>               2,911.50


  **Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
  issuance and recording of notarized and certified document)
  LegaLink Boston now has a new payment address.  Please send your payments to:
  LegaLink Boston
  PO Box 3739
  Boston, MA  02241-3739
```

**TAX ID NO.:** 04-3302306                                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
Invoice No.:  12018200
Date        :  06/22/2005
TOTAL DUE   :   2,911.50



Job No.     :  1207-64975
Case No.    :
Certain Digital Image Storage & Retr
```

Remit To:    **LegaLink Boston**
             **PO Box 3739**
             **Boston, MA 02241-3739**

LEGALINK
A WORDWAVE COMPANY

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12018204 | 06/23/2005 | 1207-65095 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/03/2005 | LADRE | |

| CASE CAPTION | | |
|---|---|---|
| Certain Digital Image Storage & Retrieval Devices | | |

| TERMS | | |
|---|---|---|
| Payment due upon receipt | | |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   George Ligler, Vol. 3                                        1,788.88

                              TOTAL   DUE   >>>>              1,788.88

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. :  04-3302306                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
Invoice No.:  12018204
Date       :  06/23/2005
TOTAL DUE  :   1,788.88


Job No.   :  1207-65095
Case No.  :
Certain Digital Image Storage & Retr
```

Remit To:    LegaLink Boston
             PO Box 3739
             Boston, MA 02241-3739

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022612 | 05/31/2006 | 1205-68956 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/10/2006 | LDC | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jordan L. Hirsch, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   George T. Ligler, Ph.D.                    341 Pages @      3.85/Page       1,312.85
              Three-Day Rush                                                     919.00
              ATTENDANCE                                                         125.00
              Reporter Jurat                                                       18.00
              TotalTranscript                                                      40.00
              TotalTranscript Exhibits        1281.00 Pages @     .40/Page        512.40
              TotalTranscript Archive                                               7.50
              Word Index                                                           97.15
              RT Connection Fee (LWR)                                              35.00
              Interactive Realtime            341.00 Pages @    1.95/Page         664.95
              Process/Delivery                                                     10.00


                               TOTAL   DUE   >>>>            3,741.85


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. : 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Jordan L. Hirsch, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
Invoice No.:  12022612
Date      :  05/31/2006
TOTAL DUE :   3,741.85



Job No.   :  1205-68956
Case No.  :
Ampex vs. Kodak (Delaware)
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022614 | 05/30/2006 | 1205-68959 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/11/2006 | LDC | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Jordan L. Hirsch, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   George T. Ligler, Ph.D., Vol. 2          310 Pages @        3.85/Page        1,193.50
              Three-Day Rush                                                      835.45
              ATTENDANCE                                                          125.00
              Reporter Jurat                                                       18.00
              TotalTranscript                                                      40.00
              TotalTranscript Archive                                               7.50
              TotalTranscript Exhibits       701.00 Pages @         .40/Page       280.40
              Word Index                                                           97.15
              RT Connection Fee (LWR)                                              35.00
              Interactive Realtime          310.00 Pages @        1.95/Page       604.50
              Process/Delivery                                                     10.00


                                            TOTAL   DUE   >>>>          3,246.50


     **Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
     issuance and recording of notarized and certified document)
     LegaLink Boston now has a new payment address.  Please send your payments to:
     LegaLink Boston
     PO Box 3739
     Boston, MA  02241-3739
```

TAX ID NO.: 20-2665382                                               (617) 526-6000

*Please detach bottom portion and return with payment.*

Jordan L. Hirsch, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No.:  12022614
Date      :  05/30/2006
**TOTAL DUE :    3,246.50**

Job No.   :  1205-68959
Case No.  :
Ampex vs. Kodak (Delaware)

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**LEGALINK**
A WORDWAVE COMPANY · GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

LegaLink Boston       tel (800) 822-3376
320 Congress Street   tel (617) 542-0039
4th Floor             fax (617) 542-2119
Boston, MA 02210      www.legalink.com

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12018336 | 06/30/2005 | 1208-64976 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2005 | LADRE | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   George Ligler, Ph.D.                                    1,892.50
         SALES TAX                                            55.13

                              TOTAL   DUE   >>>>           1,947.63

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. : 04-3302306                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
Invoice No.:  12018336
Date      :   06/30/2005
TOTAL DUE :    1,947.63


Job No.   :  1208-64976
Case No.  :
Certain Digital Image Storage & Retr
```

Remit To:     **LegaLink Boston**
              **PO Box 3739**
              **Boston, MA 02241-3739**

**LEGALINK**
A WORDWAVE COMPANY

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12018436 | 07/07/2005 | 1208-65096 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/03/2005 | LDC | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  George Ligler
        Set-up & First Hour                                         250.00
        Additional Deposition Hr    2.75 Hours @    95.00/Hour      261.25
        Tape Original DV            2.00 Tapes @    35.00/Tape       70.00
        Legalink Viewer            3.50 Hours @    95.00/Hour      332.50
        Legalink Viewer (copy)     3.00 Disks @    50.00/Disk      150.00
        Shipping & Handling                                         20.00
        SALES TAX                                                   29.06
                                                          _____
                              TOTAL   DUE   >>>>          1,112.81


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. : 04-3302306                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

Invoice No.: 12018436
Date       : 07/07/2005
**TOTAL DUE :   1,112.81**

Job No.   : 1208-65096
Case No.  :
Certain Digital Image Storage & Retr

Remit To:    **LegaLink Boston**
             **PO Box 3739**
             **Boston, MA 02241-3739**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12023576 | 07/28/2006 | 1206-68957 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/10/2006 | LDC | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |
| **TERMS** |
| Immediate, sold Merrill FOB facility |

S. Calvin Walden, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Dr. George T. Ligler (Day 1)
            Set-up & First Hour                                      250.00
            Additional Deposition Hr      6.00 Hours @   95.00/Hour   570.00
            Tape Original DV              4.00 Tapes @   35.00/Tape   140.00
            LegaLink Viewer              6.50 Hours @   95.00/Hour    617.50
            Shipping & Handling                                       10.00

                               TOTAL   DUE   >>>>            1,587.50

Thank you for using LegaLink Boston.  We appreciate your business!
```

TAX ID NO. :  20-2665382                                          (212) 230-8800

*Please detach bottom portion and return with payment.*

S. Calvin Walden, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

```
Invoice No.:  12023576
Date      :  07/28/2006
```
**TOTAL DUE :    1,587.50**

```
Job No.   :  1206-68957
Case No.  :
Ampex vs. Kodak (Delaware)
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# TAB 2

**WHEELER & HALLFORD, INC.**
604 Ferry Street
Suite 200
Martinez, CA 94553
(925) 957-0496   Fax (925) 957-9025

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106936 | 03/22/2005 | 01-63440 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/16/2005 | MORTTI | 337-TA-527 |

### CASE CAPTION

| IN RE: CERTAIN DIGITAL IMAGE |
|---|

### TERMS

| Due upon receipt |
|---|

JAMES HANEY
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   JOEL TALCOTT, VOLUME 1
                  Three-Day Expedite          281 Pages @   4.50/Page   1,264.50
                  EXHIBITS                                                 885.15
                  REPORTER ATTENDANCE         502 Pages @    .45/Page     225.90
                  HOURLY PER DIEM-EVENINGS                                 100.00
                  Oath & Certification                                      25.00
                  Rough Draft ASCII                                         14.00
                  FedEx/UPS Next Day Air      274.00 Pages @  1.25/Page    342.50
                                                                          100.00
                                          _____

                      TOTAL   DUE  >>>>                      2,957.05
```

TAX ID NO.: 94-3246633                                (617) 526-6122   Fax (617) 526-5000

*Please detach bottom portion and return with payment.*

JAMES HANEY
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
                          Invoice No.:  106936
                          Date      :  03/22/2005
                          TOTAL DUE :  2,957.05



                          Job No.   :  01-63440
                          Case No.  :  337-TA-527
                          IN RE: CERTAIN DIGITAL IMAGE
```

Remit To:   **WHEELER & HALLFORD, INC.**
            604 Ferry Street
            Suite 200
            Martinez, CA 94553



WHEELER & HALLFORD, INC.
604 Ferry Street
Suite 200
Martinez, CA 94553
(925) 957-0496  Fax (925) 957-9025

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106934 | 03/21/2005 | 01-63441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/17/2005 | TEGNST | 337-TA-527 |

*attn: Kate Valente*

MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

| CASE CAPTION |
|---|
| IN RE: CERTAIN DIGITAL IMAGE |

| TERMS |
|---|
| Due upon receipt |

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| LESLIE JAMES OXLEY | 119 Pages @ | 4.50/Page | 535.50 |
| 48-Hour Expedite | | | 428.40 |
| EXHIBITS | 261 Pages @ | .45/Page | 117.45 |
| REPORTER ATTENDANCE | | | 100.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| JOEL D. TALCOTT, VOLUME 2 | 136 Pages @ | 4.50/Page | 612.00 |
| 48-Hour Expedite | | | 489.60 |
| EXHIBITS | 528 Pages @ | .45/Page | 237.60 |
| HOURLY PER DIEM-EVENINGS | | | 25.00 |
| Oath & Certification | 2.00 @ | 14.00 | 28.00 |
| Rough Draft ASCII | 240.00 Pages @ | 1.25/Page | 300.00 |
| FedEx/UPS Next Day Air | | | 100.00 |

**TOTAL  DUE  >>>>**          **2,973.55**

TAX ID NO. : 94-3246633                    (617) 526-6122   Fax (617) 526-5000

*Please detach bottom portion and return with payment.*

MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

Invoice No.: 106934
Date      : 03/21/2005
**TOTAL DUE  :  2,973.55**

Job No.  : 01-63441
Case No. : 337-TA-527
IN RE: CERTAIN DIGITAL IMAGE

Remit To:   **WHEELER & HALLFORD, INC.**
            **604 Ferry Street**
            **Suite 200**
            **Martinez, CA 94553**



# TAB 3

# Wilcox & Fetzer, LTD

*Registered Professional Reporters*
*1330 King Street*
*Wilmington, DE  19801*
*(302) 655-0477  Fax: 655-0497*
*FTID# 51-0318885  www.wilfet.com*

Calvin Walden, Esquire                       February 12, 2008
Wilmer, Cutler, Pickering, Hale
and Dorr, LLP                                **Invoice#** 20061711
399 Park Avenue
New York, NY  10022                          **Balance:**      $.00

**Re:** Ampex Corporation v Eastman Kodak Company
    04-1373-KAJ
    *on 04/26/06*
    *by Julie Parrack*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: CHARLES G. BONCELET, JR. ( 320 pp.) | |
| ORIGINAL & ONE/PATENT-TECH/MIN-U-SCRIPT/WORD INDEX | 1,446.69 |
| ASCII DISKETTE | 20.00 |
| E-TRANSCRIPT | 71.50 |
| LIVENOTE | 572.00 |
| EXHIBITS | 53.70 |
| HANDLING/POSTAGE/OVERNIGHT | 26.50 |
| HANDLING/POSTAGE/ORIG/2DAY | 14.40 |

PAY ONLY $2086.10 IF PAID WITHIN 30 DAYS

|  |  |
|---|---|
| Sub Total: | 2,204.79 |
| - Payments/Credits: | 2,204.79 |
| **P l e a s e   R e m i t   - - - >**  Total Due: | **$.00** |

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*



**discovery**
VIDEO SERVICES

1330 King Street
Wilmington, Delaware 19801
Bus. Phone: (302) 655-4005
Fax: (302) 655-0497
Employer ID: 51-0350378

# INVOICE

INVOICE NO.:          2872

INVOICE DATE:      5/10/2006

SOLD
TO:       wilmerHale
          399 Park Ave.
          New York, NY  10022
          attn: Calvin Walden

2/13/2008                                    5/10/2006

| REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|
| DV | Deposition: Charles Boncelet 4/26/06<br>Ampex Corp. vs. Eastman Kodak<br>CA# 04-1373<br>ARR: 9:00  ST: 9:37  End: 7:15 | 1,060.00 |
| STOCK | Tape Stock: (8) | 56.00 |

Media Support for the Legal Community

$1,116.00

# TAB 4

028348-133

**LEGALINK**
A WORDWAVE COMPANY

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022479 | 05/11/2006 | 1205-68795 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/03/2006 | LNY | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Payment due upon receipt |

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
 Alan Cavallerano                                                          3,671.23

                                         TOTAL  DUE  >>>>      3,671.23


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

pd 11-27-06

**WILMERHALE**

**FILE COPY**

TAX ID NO. :  20-2665382                                    (617) 526-6000

---

*Please detach bottom portion and return with payment.*

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No.: 12022479
Date     :  05/11/2006
**TOTAL DUE** :   **3,671.23**


Job No.   :  1205-68795
Case No.  :
Ampex vs. Kodak (Delaware)

Remit To:    **LegaLink, Inc., A Merrill Company**
             **PO Box 3739**
             **Boston, MA 02241-3739**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039  Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022810 | 05/31/2006 | 1206-68796 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/03/2006 | LNY | |

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Alan Cavallenaro
         Set-up & First Hour                                          250.00
         Additional Deposition Hr    8.00 Hours @     95.00/Hour      760.00
         After Hours Rate            1.50 Hours @    142.50/Hour      213.75
         Tape Original DV            5.00 Tapes @     35.00/Tape      175.00
         LegaLink Viewer             6.75 Hours @     95.00/Hour      641.25
         Shipping & Handling                                          10.00
         SALES TAX                                                    69.94

                              TOTAL  DUE  >>>>       2,119.94


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No.:  12022810
Date      :  05/31/2006
**TOTAL DUE :    2,119.94**

Job No.   :  1206-68796
Case No.  :
Ampex vs. Kodak (Delaware)

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# TAB 5

028348133

# LEGALINK
A MERRILL COMPANY

101 Arch St, 3rd Floor
Boston, MA 02110

tel (617) 542-0039
tel (800) 822-3376
fax (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022561 | 05/31/2006 | 1205-69021 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/10/2006 | LSF | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Payment due upon receipt |

RECEIVED
JUN 22 2006
DONALD R. STEINBERG

Donald R. Steinberg, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kendall L. Dinwiddie                                      2,730.41

                              TOTAL   DUE   >>>>            2,730.41

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

WILMERHALE

FILE COPY

TAX ID NO. : 20-2665382                              (617) 526-6000

---

07/10/2006          **WILMER CUTLER PICKERING HALE AND DORR LLP**
**VENDOR #:**    10924      Legalink                    CHECK NO.:    278716

| DATE | INVOICE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05-31-2006 | 12022543 | Transcript - Gray | 2,545.11 |
| 05-31-2006 | 12022561 | Dinwiddie transcript | 2,730.41 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | $5,275.52 |

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2019

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12023597 | 07/20/2006 | 1206-69022 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/10/2006 | LVS | |

**RECEIVED**

**AUG 1 1 2006**

**DONALD R. STEINBERG**

Donald R. Steinberg, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

| CASE CAPTION | | |
|---|---|---|
| Ampex vs. Kodak (Delaware) | | |

| TERMS | | |
|---|---|---|
| Payment due upon receipt | | |

---

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Kendall Dinwiddie                                    1,967.50
        SALES TAX                                           65.81

                        TOTAL   DUE   >>>>              2,033.31

Thank you for using LegaLink Boston.  We appreciate your business!
```

**TAX ID NO.:**  20-2665382                                  (617) 526-6000

# TAB 6

**WHEELER & HALLFORD, INC.**
604 Ferry Street
Suite 200
Martinez, CA 94553
(925) 957-0496   Fax (925) 957-9025

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106971 | 03/24/2005 | 01-63442 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/22/2005 | TEGNST | 337-TA-527 |

**CASE CAPTION**

IN RE: CERTAIN DIGITAL IMAGE

**TERMS**

Due upon receipt

DONALD R. STEINBERG
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    DANIEL A. BEAULIER            283 Pages @    4.50/Page    1,273.50
            48-Hour Expedite                                  1,018.80
            EXHIBITS             242 Pages @     .45/Page       108.90
            REPORTER ATTENDANCE                                 100.00
            HOURLY PER DIEM-EVENINGS                             12.50
            Rough Draft ASCII   273.00 Pages @  1.25/Page       341.25
            Color Copies          4.00 Pages @  1.25/Page         5.00
            OVERSIZED COPIES                                      1.50
            FedEx/UPS Next Day Air                               80.00

                                 TOTAL   DUE   >>>>           2,941.45
```

TAX ID NO.: 94-3246633                              (617) 526-6122   Fax (617) 526-5000

*Please detach bottom portion and return with payment.*

DONALD R. STEINBERG
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
Invoice No.: 106971
Date       : 03/24/2005
TOTAL DUE  : 2,941.45


Job No.   : 01-63442
Case No.  : 337-TA-527
IN RE:  CERTAIN DIGITAL IMAGE
```

Remit To:   **WHEELER & HALLFORD, INC.**
            **604 Ferry Street**
            **Suite 200**
            **Martinez, CA 94553**




**LEGALINK**
A MERRILL COMPANY
101 Arch St, 3rd Floor
Boston, MA 02110

tel (617) 542-0039
tel (800) 822-3376
fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022110 | 04/07/2006 | 1205-68643 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/04/2006 | LSF | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Payment due upon receipt |

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Daniel Beaulier                                              2,627.79

                                    TOTAL DUE  >>>>            2,627.79

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No.: 12022110
Date      : 04/07/2006
**TOTAL DUE**  :    2,627.79

Job No.   :  1205-68643
Case No.  :
Ampex vs. Kodak (Delaware)

Remit To:    **LegaLink Boston**
             **PO Box 3739**
             **Boston, MA 02241-3739**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022808 | 05/31/2006 | 1206-68794 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/04/2006 | LVS | |

| CASE CAPTION | | |
|---|---|---|
| Ampex vs. Kodak (Delaware) | | |

| TERMS | | |
|---|---|---|
| Payment due upon receipt | | |

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Daniel Deaulier, Vol. 1                              1,813.13
        SALES TAX                                           62.84

                        TOTAL  DUE  >>>>      1,875.97


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No. : 12022808
Date      : 05/31/2006
TOTAL DUE : 1,875.97

Job No.   : 1206-68794
Case No.  :
Ampex vs. Kodak (Delaware)

Remit To: LegaLink Inc., A Merrill Company
          PO Box 3739
          Boston, MA 02241-3739

# TAB 7

LegaLink Boston
420 Congress Street, 4th Floor
Boston, MA 02210
(617) 542-0039  Fax (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12017820 | 05/27/2005 | 1205-64700 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/06/2005 | LSF | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Junaid Sheikh                                                2,579.60

                              TOTAL DUE  >>>>        2,579.60

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

TAX ID NO.:  04-3302306                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

                                        Invoice No.:  12017820
                                        Date       :  05/27/2005
                                        TOTAL DUE  :    2,579.60


                                        Job No.    :  1205-64700
                                        Case No.   :
                                        Certain Digital Image Storage & Retr

Remit To:    **LegaLink Boston**
             **PO Box 3739**
             **Boston, MA 02241-3739**

LegaLink Boston
420 Congress Street, 4th Floor
Boston, MA 02210
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12017968 | 06/08/2005 | 1206-64701 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/06/2005 | LVS | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
     Junaid Sheikh                                              1,327.50
          SALES TAX                                                39.75

                            TOTAL  DUE  >>>>                     1,367.25


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. :  04-3302306                                    (617) 526-6000

# TAB 8

WHEELER & HALLFORD, INC.
604 Ferry Street
Suite 200
Martinez, CA 94553
(925) 957-0496    Fax (925) 957-9025

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106934 | 03/21/2005 | 01-63441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/17/2005 | TEGNST | 337-TA-527 |

**CASE CAPTION**

IN RE: CERTAIN DIGITAL IMAGE

**TERMS**

Due upon receipt

*attn: Kate Valente*

MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    LESLIE JAMES OXLEY                    119 Pages @   4.50/Page      535.50
             48-Hour Expedite                                         428.40
             EXHIBITS                     261 Pages @    .45/Page      117.45
             REPORTER ATTENDANCE                                      100.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    JOEL D. TALCOTT, VOLUME 2             136 Pages @   4.50/Page      612.00
             48-Hour Expedite                                         489.60
             EXHIBITS                     528 Pages @    .45/Page      237.60
             HOURLY PER DIEM-EVENINGS                                  25.00
             Oath & Certification        2.00       @  14.00           28.00
             Rough Draft ASCII          240.00 Pages @  1.25/Page      300.00
             FedEx/UPS Next Day Air                                   100.00
                                                                  _____
                          TOTAL  DUE  >>>>                           2,973.55
```

TAX ID NO.: 94-3246633                              (617) 526-6122   Fax (617) 526-5000

*Please detach bottom portion and return with payment.*

MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING HALE and DORR LLP
60 STATE STREET
BOSTON, MA 02109

```
Invoice No.:  106934
Date       :  03/21/2005
TOTAL DUE  :  2,973.55
```

```
Job No.   :  01-63441
Case No.  :  337-TA-527
IN RE: CERTAIN DIGITAL IMAGE
```

Remit To:   **WHEELER & HALLFORD, INC.**
**604 Ferry Street**
**Suite 200**
**Martinez, CA 94553**



# TAB 9

LegaLink Boston         tel (800) 822-3376
320 Congress Street     tel (617) 542-0039
4th Floor               fax (617) 542-2119
**LEGALINK**  Boston, MA 02210   www.legalink.com
A WORDWAVE COMPANY  GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12017713 | 05/20/2005 | 1205-64745 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/16/2005 | LLA | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Gregory Roth                    188 Pages @      3.85/Page        723.80
          Two-Day Rush                                              542.85
          EXHIBITS                501 Pages @       .35/Page        175.35
          ATTENDANCE                                                125.00
          Reporter Jurat                                             18.00
          Word Index                                                 60.30
          Word Index                                                 43.20
          TotalTranscript w\Links                                    65.00
          TotalTranscript w\Links                                    65.00
          Exhibit Scanning        501.00 Pages @    .40/Page        200.40
          Exhibit Scanning        501.00 Pages @    .40/Page        200.40
          RT Connection Fee (LLR)                                    35.00
          Interactive Realtime    188.00 Pages @   1.50/Page        282.00
          Process/Delivery                                           20.00

                               TOTAL  DUE  >>>>                    2,556.30


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
```

TAX ID NO.: 04-3302306                                    (617) 526-6000

LegaLink Poston
420 Congress Street, 4th Floor
Boston, MA 02210
(617) 542-0039  Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12017921 | 06/03/2005 | 1206-64746 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/16/2005 | LLA | |

| CASE CAPTION |
|---|
| Certain Digital Image Storage & Retrieval Devices |

| TERMS |
|---|
| Payment due upon receipt |

Jim Haney
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Gregory Roth                                              1,505.00
        SALES TAX                                               48.63

                              TOTAL   DUE   >>>>              1,553.63


**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO.:  04-3302306                                    (617) 526-6000

# TAB 10

# LEGALINK
**A MERRILL COMPANY**
101 Arch St, 3rd Floor
Boston, MA 02110

tel (617) 542-0039
tel (800) 822-3376
fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12021564 | 02/27/2006 | 1205-68048 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/21/2006 | LSF | |

| CASE CAPTION | | |
|---|---|---|
| Ampex vs Kodak (Delaware) | | |

| TERMS | | |
|---|---|---|
| Payment due upon receipt | | |


028848-B3

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Lawrence Evans                                                    2,189.73

                                         TOTAL   DUE   >>>>          2,189.73

``Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

*pd 4-7-06 #273000*

**WILMER CUTLER PICKERING
HALE And DORR LLP
FILE COPY**

TAX ID NO. :  04-3302306                                    (617) 526-6000

---

*Please detach bottom portion and return with payment.*

Michael Summersgill, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

Invoice No.:  12021564
Date        :  02/27/2006
**TOTAL DUE   :   2,189.73**

Job No.   :  1205-68048
Case No.  :
Ampex vs Kodak (Delaware)

Remit To:   **LegaLink Boston
PO Box 3739
Boston, MA 02241-3739**



**LEGALINK®**
A MERRILL COMPANY
101 Arch St, 3rd Floor    tel (617) 542-0039
Boston, MA 02110    tel (800) 822-3376
fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12021922 | 03/24/2006 | 1206-68052 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/21/2006 | LVS | |

| CASE CAPTION | | |
|---|---|---|
| Ampex vs. Kodak (Delaware) | | |

| TERMS | | |
|---|---|---|
| Payment due upon receipt | | |

Jordan Hirsch, Esq.
Wilmer Hale
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Larry Evans                                                    1,848.75
            SALES TAX                                                 62.25


                              TOTAL   DUE   >>>>         1,911.00

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739
```

TAX ID NO. :  04-3302306                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

# TAB 11

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12021579 | 02/28/2006 | 1205-68058 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/24/2006 | LSF | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Paul B. Keller, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    John L. McCommons                    204 Pages @        3.85/Page        785.40
              Two-Day Rush                                                   628.32
              ATTENDANCE                                                     125.00
              Reporter Jurat                                                  18.00
              TotalTranscript                                                 40.00
              Unedited ASCII (RT)        204.00 Pages @     1.50/Page        306.00
              Process/Delivery NL                                            35.00
              Word Index                                                     67.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    William Claire Lindeman              138 Pages @        3.85/Page        531.30
              Next-Day Rush                                                  478.17
              ATTENDANCE                                                     125.00
              Reporter Jurat                                                  18.00
              TotalTranscript                                                 40.00
              Word Index                                                     56.95
              RT Connection Fee (LWR)                                        35.00
              Interactive Realtime       138.00 Pages @     1.50/Page        207.00
              Unedited ASCII (RT)        138.00 Pages @     1.50/Page        207.00
              Process/Delivery NL                                            35.00
    1 CERTIFIED COPY OF TRANSCRIPT OF:
    William Claire Lindeman              138 Pages @        2.50/Page        345.00
```

**TAX ID NO. :**  20-2665382                                    (212) 230-8800

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12022795 | 05/31/2006 | 1206-68059 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/24/2006 | LVS | |

| CASE CAPTION |
|---|
| Ampex vs. Kodak (Delaware) |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Paul B. Keller, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    John McCommonn
        Set-up & First Hour                                        250.00
        Additional Deposition Hr    6.00 Hours @    95.00/Hour      570.00
        Tape Original DV            3.00 Tapes @    35.00/Tape      105.00
        LegaLink Viewer             6.00 Hours @    95.00/Hour      570.00
        Shipping & Handling                                         10.00

                                    TOTAL  DUE  >>>>             1,505.00
```

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation, issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

**TAX ID NO. :** 20-2665382                                    (212) 230-8800

*Please detach bottom portion and return with payment.*

Paul B. Keller, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

```
Invoice No.: 12022795
Date      : 05/31/2006
TOTAL DUE  : 1,505.00


Job No.  : 1206-68059
Case No. :
Ampex vs. Kodak (Delaware)
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# TAB 12

**Wilmer Cutler Pickering Hale and Dorr LLP**
**Policy on Disbursements and Other Charges**

Below is WilmerHale's policy regarding charging disbursements provided internally or by third parties. These policies are effective as of July 1, 2006. Unless otherwise noted, all third party charges are billed at the Firm's cost. The Firm is mindful of the need to control costs and reviews its charges for disbursements periodically. Accordingly, some of our charges may be revised during the year, but in no event will they be higher than listed without advance notice.

*REPROGRAPHICS*

| | |
|---|---|
| Document Printing/Scanning | $0.15 per page |
| Internal Photocopy | $0.15 per page |
| Color Photocopy | $1.00 per page |

The Firm's in-house vendor also has separate charges for special projects such as labeling, velo binding, pagination, and oversize copies.

*AFTER HOURS SUPPORT*

| | |
|---|---|
| Late PM/Weekend | $50.00 per hour |

After Hours Support is charged to the client when an individual remains at the Firm past his or her normal working hours expressly in response to work for a particular client, and not in response to general workload or for personal convenience.

*LEXIS/WESTLAW*

| | |
|---|---|
| Lexis: | $45.00 per search |
| Westlaw: | $165.00 per hour |

The Firm has negotiated favorable fee agreements with Lexis and Westlaw. The Firm pays a flat annual rate and calculates a search charge for clients that is designed to recoup our costs for client research. Due to these agreements, clients are billed for searches at significant discounts below published rates and are not charged for printing, normally billed at $5 per document. In those circumstances where a search is not part of the Lexis Westlaw discounted program, the Firm bills clients the actual cost invoiced to the Firm.

*ADDITIONAL DISBURSEMENTS*

Typical disbursements include courier and messenger charges, postage, supplies, travel and related lodging and meal expenses, charges for complex document production, select research services and late night meal and transportation costs. Other expenses may include filing fees, patent/trademark and service fees, trial exhibit and transcript fees, registration fees, services of outside professionals and court and subpoena fees.

*FAX AND TELEPHONE*

The Firm does not charge for incoming or outbound faxes or local or long distance telephone calls.

# TAB 13

# Fulcrum Legal Graphics
Invoice[1]

January 27, 2006

Michael J. Summersgill, Esq.
WilmerHale LLP
60 State Street
Boston, MA 02109

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
1035 Post Street
San Francisco, CA  94109
(415) 614-3600
EIN: 94-3289857

Re: **Ampex v. Kodak**
   Fulcrum File Number:          1093.021

*Invoice Period: December 1 to December 31, 2005*          Invoice Number: 2048

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Non-Taxable Hours | Taxable[3] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Tim Merrill-Palethorpe | Senior Vice President | $ 320.00 | 19.00 | 0.00 | 19.00 | $ 6,080.00 |
| Charles J. Hickey III | Senior Producer/ Animator | $ 240.00 | 5.50 | 0.00 | 5.50 | $ 1,320.00 |
| Brian Cano | Senior Producer/ Animator | $ 170.00 | 81.00 | 0.00 | 81.00 | $ 13,770.00 |
| Laura Slate | Producer/ Designer | $ 160.00 | 2.75 | 0.00 | 2.75 | $ 440.00 |
| Allan Dorr | Animator | $ 150.00 | 32.45 | 0.00 | 32.45 | $ 4,867.50 |
| Kerri Schiff | Senior Graphic Artist | $ 170.00 | 3.50 | 0.00 | 3.50 | $ 595.00 |
| Peter Holwitz | Senior Graphic Artist | $ 170.00 | 31.00 | 0.00 | 31.00 | $ 5,270.00 |
| Michael Lake | Graphic Artist | $ 140.00 | 3.50 | 0.00 | 3.50 | $ 490.00 |

*Total Tax on Labor =* $0.00

## Total Charges:

| | |
|---|---|
| Please see itemized bill for details | Professional Services: $ 32,832.50 |
| Please see itemized bill for details | Expenses $ 41.61 |

TOTAL: **$ 32,874.11**

[1] Terms: Net 30 days. Overdue accounts subject to 1.5% per month interest charge
[2] Overtime = 1.5 times hourly rate
[3] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Non-Taxable | Taxable |
|---|---|---|---|

**Tim Merrill-Palethorpe**
*Senior Vice President*

| | | | |
|---|---|---|---|
| 12/13/05 | Review PowerPoint's, meeting prep | 1.75 | |
| 12/14/05 | Client meeting/ prepare tutorial | 4.50 | |
| 12/15/05 | Design tutorial | 1.25 | |
| 12/19/05 | Revise tutorial | 1.25 | |
| 12/20/05 | Teleconference/revise tutorial | 5.75 | |
| 12/21/05 | Client teleconference/ revise presentation | 2.75 | |
| 12/22/05 | Revise presentation/ client calls | 1.75 | |
| | Total Hours: | **19.00** | **0.00** |

**Charles J. Hickey III**
*Senior Producer/ Animator*

| | | | |
|---|---|---|---|
| 12/08/05 | Graphics design; review case work | 0.25 | |
| 12/14/05 | Video conference with trial team; review notes; prepare for graphics production | 4.50 | |
| 12/15/05 | Review tutorial presentation; graphics design | 0.75 | |
| | Total Hours: | **5.50** | **0.00** |

**Brian Cano**
*Senior Producer/ Animator*

| | | | |
|---|---|---|---|
| 12/14/05 | Client meeting in Palo Alto | 4.50 | |
| 12/14/05 | Animation design and production | 1.00 | |
| 12/15/05 | Animation design and production | 5.50 | |
| 12/16/05 | Animation and graphics production | 6.30 | |
| 12/19/06 | Animation and graphics production | 11.20 | |
| 12/20/06 | Animation and graphics production | 7.80 | |
| 12/21/06 | Animation and graphics production | 4.10 | |
| 12/22/06 | Animation and graphics production | 7.90 | |
| 12/23/06 | Animation and graphics production | 5.50 | |
| 12/28/06 | Animation and graphics production | 8.50 | |
| 12/29/06 | Animation and graphics production | 12.00 | |
| 12/30/06 | animation and graphics production | 6.70 | |
| | Total Hours: | **81.00** | **0.00** |

**Laura Slate**
*Producer/ Designer*

| | | | |
|---|---|---|---|
| 12/19/05 | Illustrations and graphics production | 2.75 | |
| | Total Hours: | **2.75** | **0.00** |

# Fulcrum Legal Graphics
### Itemized Charges

| Professional Services (cont.) | | Regular | Overtime | tax |
|---|---|---|---|---|

**Allan Dorr**
*Animator*

| | | Regular | | |
|---|---|---|---|---|
| 12/20/05 | Animation production | 1.20 | | |
| 12/23/05 | Animation production | 8.25 | | |
| 12/27/05 | Animation production | 6.00 | | |
| 12/28/05 | Animation production | 5.50 | | |
| 12/29/05 | Animation production | 2.50 | | |
| 12/30/05 | Animation production | 9.00 | | |
| | Total Hours: | **32.45** | **0.00** | |

**Kerri Schiff**
*Senior Graphic Artist*

| | | Regular | | |
|---|---|---|---|---|
| 12/19/05 | Graphics production | 2.00 | | |
| 12/29/05 | Graphics production | 1.00 | | |
| 12/30/05 | Graphics production | 0.50 | | |
| | Total Hours: | **3.50** | **0.00** | |

**Peter Holwitz**
*Senior Graphic Artist*

| | | Regular | | |
|---|---|---|---|---|
| 12/16/05 | Graphics production | 0.75 | | |
| 12/19/05 | Graphics production | 5.00 | | |
| 12/20/05 | Graphics production | 5.00 | | |
| 12/22/05 | Graphics production | 6.25 | | |
| 12/23/05 | Graphics production | 3.50 | | |
| 12/28/05 | Graphics production | 2.50 | | |
| 12/29/05 | Graphics production | 4.50 | | |
| 12/30/05 | Graphics production | 3.50 | | |
| | Total Hours: | **31.00** | **0.00** | |

**Michael Lake**
*Graphic Artist*

| | | Regular | | |
|---|---|---|---|---|
| 12/19/05 | Create / retrieve images for tutorial | 3.25 | | |
| 12/21/05 | Corbis images | 0.25 | | |
| | Total Hours: | **3.50** | **0.00** | |

## Expenses

| | | | | |
|---|---|---|---|---|
| 12/14/05 | Mileage - C.J. Hickey | $ | | 41.61 |
| | Total Expenses: | $ | | **41.61** |

# Fulcrum Legal Graphics
### Invoice[1]

March 3, 2006

Michael J. Summersgill, Esq.
WilmerHale LLP
60 State Street
Boston, MA 02109

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
1035 Post Street
San Francisco, CA  94109
(415) 614-3600
EIN: 94-3289857

Re: **Ampex v. Kodak**
Fulcrum File Number:  1093.021
**Legal Precision matter No.: 691187**

*Invoice Period:* January 1 to February 15, 2006

Invoice Number: 2062

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Non-Taxable Hours | Taxable[3] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| Brian Cano | Senior Producer/ Animator | $   170.00 | 86.10 | 0.00 | 86.10 | $   14,637.00 |
| Allan Dorr | Animator | $   150.00 | 24.05 | 0.00 | 24.05 | $    3,607.50 |
| Peter Holwitz | Senior Graphic Artist | $   170.00 | 16.50 | 0.00 | 16.50 | $    2,805.00 |
| Darin Holwitz | AVID Editor | $   200.00 | 9.50 | 0.00 | 9.50 | $    1,900.00 |
| Total Tax on Labor = $0.00 | | | | | | |

## Total Charges:

Please see itemized bill for details

| | | |
|---|---|---|
| Professional Services: | $ | 22,949.50 |
| Production Charges: | $ | 360.00 |
| Equipment Rental: | $ | 1,425.00 |
| Expenses | $ | 2,077.16 |
| **TOTAL:** | **$** | **26,811.66** |

[1] Terms: Net 30 days. Overdue accounts subject to 1.5% per month interest charge
[2] Overtime = 1.5 times hourly rate
[3] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Non-Taxable | Taxable |
|---|---|---|---|

**Brian Cano**
*Senior Producer/ Animator*

| | | | |
|---|---|---|---|
| 01/03/06 | Graphics and animation production | 6.90 | |
| 01/04/06 | Graphics and animation production | 6.50 | |
| 01/05/06 | Graphics and animation production | 10.30 | |
| 01/06/06 | Graphics and animation production | 9.60 | |
| 01/07/06 | Graphics and animation production | 1.50 | |
| 01/08/06 | Graphics and animation production | 3.00 | |
| 01/09/06 | Graphics and animation production | 13.10 | |
| 01/10/06 | Logistics; travel to Philadelphia | 11.20 | |
| 01/11/06 | Travel to Wilmington; set up courtroom equipment; rehearsal | 8.00 | |
| 01/12/06 | On-site support for hearing; travel to Philadelphia | 8.00 | |
| 01/13/06 | Return travel to San Francisco | 8.00 | |
| | **Total Hours:** | **86.10** | **0.00** |

**Allan Dorr**
*Animator*

| | | | |
|---|---|---|---|
| 01/03/06 | Animation production | 5.00 | |
| 01/05/06 | Animation production | 6.20 | |
| 01/06/06 | Animation production | 2.75 | |
| 01/09/06 | Animation production | 10.10 | |
| | **Total Hours:** | **24.05** | **0.00** |

**Peter Holwitz**
*Senior Graphic Artist*

| | | | |
|---|---|---|---|
| 01/03/06 | Graphics production | 5.25 | |
| 01/04/06 | Graphics production | 3.00 | |
| 01/05/06 | Graphics production | 4.25 | |
| 01/06/06 | Graphics production | 1.50 | |
| 01/08/06 | Graphics production | 2.50 | |
| | **Total Hours:** | **16.50** | **0.00** |

**Darin Holwitz**
*AVID Editor*

| | | | |
|---|---|---|---|
| 01/05/06 | AVID editing | 4.50 | |
| 01/06/06 | AVID editing | 2.50 | |
| 01/08/06 | AVID editing | 1.00 | |
| 01/09/06 | AVID editing | 1.50 | |
| | **Total Hours:** | **9.50** | **0.00** |

# Fulcrum Legal Graphics
## Itemized Charges

## Production Charges

| | | | |
|---|---|---|---|
| 01/06/06 | MPEG 1 encoding *(1.5 Hours @ $120/ hour)* | $ | 180.00 |
| 01/09/06 | MPEG 1 encoding *(1.5 Hours @ $120/ hour)* | $ | 180.00 |
| | Total Production Charges: | $ | **360.00** |

## Equipment Rental

| | | | |
|---|---|---|---|
| 1/10 to 1/11/06 | 1 - Epson 8300 LCD Data Projector *(2 days @ $400/day)* | $ | 800.00 |
| 01/10/06 | 1 - Epson 8300 LCD Data Projector *(1 day @ $400/day)* | $ | 400.00 |
| 01/11/06 | 1 - 7.5x10' Projection Screen  *(1 day @ $45/day)* | $ | 45.00 |
| 01/11/06 | 2 - Distribution Amplifier (1x6)   *(1 day @ $75 each/ day)* | $ | 150.00 |
| 01/11/06 | 2 - Da-Lite Table w/ skirt  *(1 day @ $15 each/ day)* | $ | 30.00 |
| | Total Equipment Rental: | $ | **1,425.00** |

## Expenses

| | | | |
|---|---|---|---|
| 01/08/06 | Working meal(s) - B. Cano | $ | 33.76 |
| 01/09/06 | Working meal(s) - B. Cano | $ | 16.34 |
| 1/10-1/12/06 | Air fare/ lodging/ working meal(s)/ car rental/ ground transportation - B. Cano | $ | 1,834.56 |
| 1/11-1/12/06 | Rount trip delivery; setup and strike equipment | $ | 192.50 |
| | Total Expenses: | $ | **2,077.16** |

# TAB 14

# Fulcrum Legal Graphics
Invoice[1]

June 27, 2006

Michael J. Summersgill, Esq.
WilmerHale LLP
60 State Street
Boston, MA 02109

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
1035 Post Street
San Francisco, CA  94109
(415) 614-3600
EIN: 94-3289857

Re: **Ampex v. Kodak**
   Fulcrum File Number:   1093.021

*Invoice Period: May 16 through June 15, 2006*

Invoice Number: 2159

Professional Services:[*]

| Employee Name | Employee Title | Hourly Rate | Non-Taxable Hours | Taxable[3] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C. J. Hickey | Senior Producer | $ 240.00 | 0.25 | 0.00 | 0.25 | $ 60.00 |
| Dave Verrecchia | Associate Producer | $ 130.00 | 0.50 | 0.00 | 0.50 | $ 65.00 |
| Peter Holwitz | Senior Graphic Artist | $ 170.00 | 3.50 | 0.00 | 3.50 | $ 595.00 |
| [*] Total Tax on Labor = $0.00 | | | | | | |

## Total Charges:

Please see itemized bill for details

Professional Services:  $    720.00

TOTAL:  $    720.00

[1] Terms: Net 30 days. Overdue accounts subject to 1.5% per month interest charge
[2] Overtime = 1.5 times hourly rate
[3] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Non-Taxable | Taxable |
|---|---|---|---|

**C. J. Hickey**
*Senior Producer*

| 06/12/06 | Phone call with M. Grewal, logistics | 0.25 | |
|---|---|---|---|
| | Total Hours: | **0.25** | **0.00** |

**Dave Verrecchia**
*Associate Producer*

| 06/06/06 | Graphics project management | 0.50 | |
|---|---|---|---|
| | Total Hours: | **0.50** | **0.00** |

**Peter Holwitz**
*Senior Graphic Artist*

| 06/06/06 | Graphics production | 1.50 | |
|---|---|---|---|
| 06/07/06 | Graphics production | 1.00 | |
| 06/08/06 | Graphics production | 1.00 | |
| | Total Hours: | **3.50** | **0.00** |

# Fulcrum Legal Graphics
Invoice[1]

August 16, 2006

Michael J. Summersgill, Esq.
WilmerHale LLP
60 State Street
Boston, MA 02109

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
1035 Post Street
San Francisco, CA  94109
(415) 614-3600
**EIN: 94-3289857**

Re: **Ampex v. Kodak**
Fulcrum File Number:   1093.021

*Invoice Period: June 16 to July 15, 2006*                          Invoice Number: 2181

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| Tim Merrill-Palethorpe | Senior Vice President | $ 320.00 | 11.00 | 0.00 | 11.00 | $ 3,520.00 |
| C.J. Hickey | Senior Producer | $ 240.00 | 29.75 | 0.00 | 29.75 | $ 7,140.00 |
| Nila Staudt | Senior Producer | $ 180.00 | 9.25 | 0.00 | 9.25 | $ 1,665.00 |
| Steve Haskins | Producer | $ 160.00 | 0.25 | 0.00 | 0.25 | $ 40.00 |
| Dave Verrecchia | Associate Producer | $ 130.00 | 3.50 | 0.00 | 3.50 | $ 455.00 |
| Eric Braun | Senior Trial Technician | $ 180.00 | 0.50 | 0.00 | 0.50 | $ 90.00 |
| Peter Holwitz | Senior Graphic Artist | $ 170.00 | 1.00 | 0.00 | 1.00 | $ 170.00 |
| Kerri Schiff | Senior Graphic Artist | $ 170.00 | 5.50 | 0.00 | 5.50 | $ 935.00 |
| Deborah Cowder | Senior Graphic Artist | $ 160.00 | 0.70 | 0.00 | 0.70 | $ 112.00 |
| Andrew Webster | Senior Graphic Artist | $ 130.00 | 1.00 | 0.00 | 1.00 | $ 130.00 |
| Allan Dorr | Animator | $ 160.00 | 23.75 | 0.00 | 23.75 | $ 3,800.00 |
| Sibylle Manss | Animator | **$** 130.00 | 32.25 | 0.00 | 32.25 | $ 4,192.50 |

*Total Tax on Labor = $0.00

## Total Charges:

Please see itemized bill for details

| | |
|---|---|
| Professional Services: | $ 22,249.50 |
| Equipment Rental: | $ 800.00 |
| Vendor Equipment Rental: | $ 732.05 |
| Expenses | $ 640.86 |
| **TOTAL:** | **$ 24,422.41** |

[1] Terms: Net 30 days. Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**Tim Merrill-Palethorpe**
*Senior Vice President*

| | | Regular | Taxable |
|---|---|---|---|
| 07/03/06 | Design animation; client calls | 2.25 | |
| 07/05/06 | Markman slide design; design animation sequences | 1.25 | |
| 07/06/06 | Client calls; design presentations | 2.75 | |
| 07/07/06 | Client Calls; design graphics; project management | 3.50 | |
| 07/10/06 | Revise graphics for Markman | 1.25 | |
| | Total Hours: | **11.00** | **0.00** |

**C.J. Hickey**
*Senior Producer*

| | | | |
|---|---|---|---|
| 07/09/06 | Document management | 1.50 | |
| 07/10/06 | Logistics; document management | 3.75 | |
| 07/11/06 | Document management | 2.50 | |
| 07/12/06 | On-site technical support | 11.75 | |
| 07/13/06 | On-site technical support | 10.25 | |
| | Total Hours: | **29.75** | **0.00** |

**Nila Staudt**
*Senior Producer*

| | | | |
|---|---|---|---|
| 07/03/06 | Proof graphics | 2.25 | |
| 07/05/06 | Proof and revise graphics | 4.25 | |
| 07/06/06 | Proofing/editing | 2.75 | |
| | Total Hours: | **9.25** | **0.00** |

**Steve Haskins**
*Producer*

| | | | |
|---|---|---|---|
| 07/03/06 | Research for animations | 0.25 | |
| | Total Hours: | **0.25** | **0.00** |

**Dave Verrecchia**
*Associate Producer*

| | | | |
|---|---|---|---|
| 07/07/06 | Graphics production | 2.50 | |
| 07/10/06 | Graphics production | 1.00 | |
| | Total Hours: | **3.50** | **0.00** |

# Fulcrum Legal Graphics
### Itemized Charges

| Professional Services (cont.) | | Regular | Taxable |
|---|---|---|---|

**Eric Braun**
*Senior Trial Technician*

| | | Regular | Taxable |
|---|---|---|---|
| 07/03/06 | Prepare materials for animation production | 0.50 | |
| | Total Hours: | **0.50** | **0.00** |

**Peter Holwitz**
*Senior Graphic Artist*

| | | Regular | Taxable |
|---|---|---|---|
| 06/30/06 | Graphics production | 2.50 | |
| 07/03/06 | Graphics production | 2.75 | |
| 07/05/06 | Graphics production | 5.00 | |
| 07/06/06 | Graphics production | 4.50 | |
| 07/07/06 | Graphics production | 2.50 | |
| | Total Hours: | **17.25** | **0.00** |

**Kerri Schiff**
*Senior Graphic Artist*

| | | Regular | Taxable |
|---|---|---|---|
| 07/03/06 | Graphics production | 5.50 | |
| | Total Hours: | **5.50** | **0.00** |

**Deborah Cowder**
*Senior Graphic Artist*

| | | Regular | Taxable |
|---|---|---|---|
| 07/02/06 | Graphics production | 0.70 | |
| | Total Hours: | **0.70** | **0.00** |

**Andrew Webster**
*Graphic Artist*

| | | Regular | Taxable |
|---|---|---|---|
| 07/06/06 | Graphics production | 1.00 | |
| | Total Hours: | **1.00** | **0.00** |

**Allan Dorr**
*Animator*

| | | Regular | Taxable |
|---|---|---|---|
| 07/03/06 | Animation Production | 7.50 | |
| 07/05/06 | Animation Production | 3.50 | |
| 07/06/06 | Animation Production | 2.50 | |
| 07/07/06 | Client communications; animation Production | 5.00 | |
| 07/09/06 | Animation Production | 1.25 | |
| 07/10/06 | Animation Production | 0.50 | |
| 07/11/06 | Client communications; animation Production | 1.75 | |
| 07/12/06 | Animation Production | 1.75 | |
| | Total Hours: | **23.75** | **0.00** |

# Fulcrum Legal Graphics
### Itemized Charges

## Professional Services (cont.)

|  |  | Regular | Taxable |
|---|---|---|---|

Sibylle Manss
*Graphic Artist/ Animator*

| 07/03/06 | Animation and Graphic production | 3.50 | |
| 07/04/06 | Animation and Graphic production | 11.50 | |
| 07/06/06 | Animation and Graphic production | 5.75 | |
| 07/07/06 | Animation and Graphic production | 2.00 | |
| 07/09/06 | Animation and Graphic production | 3.75 | |
| 07/11/06 | Animation and Graphic production | 5.75 | |
| | **Total Hours:** | **32.25** | **0.00** |

## Fulcrum Equipment Rental

| 7/12-7/13/06 | 2 - TrialDirector Laptop Work Station *(2 days @ $200/ day)* | $ | 800.00 |
|---|---|---|---|
| | **Total Equipment Rental:** | **$** | **800.00** |

## Outside Vendor Equipment Rental

| 07/13/06 | 1 - NEC LCD 15" Monitor | $ | 27.50 |
|---|---|---|---|
| " | 1 - Extron VGA Switch (2-in, 2-out | $ | 33.00 |
| " | 1 - Easton 8300L | $ | 250.25 |
| " | 2 - DaLite Projectostands (25"x17") | $ | 22.00 |
| " | 1 - Fastfold Projector Screen (7.5'x 10') | $ | 61.60 |
| " | 1 - Wolf vision Visualizer VZ-8 Plus | $ | 110.00 |
| " | 4 - 17" Flat Panel Displays | $ | 66.00 |
| " | 2 - Inline VGA Switch (6-in, 1-out) | $ | 55.00 |
| " | 1 - Inline VGA Switch (1-in, 8-out) | $ | 41.25 |
| " | 1 pair - Fender 150W Speakers | $ | 41.25 |
| " | 1 - Cap-1 Computer Audio Patch (Mono) | $ | 13.20 |
| " | 1 - Al-u-Lite Tech Table (19"x 60") | $ | 11.00 |
| | **Total Equipment Rental:** | **$** | **732.05** |

## Expenses

| 7/12 - 7/13/06 | Working meal/ lodging/ ground transportation - C. J. Hickey | $ | 640.86 |
|---|---|---|---|
| | **Total Expenses:** | **$** | **640.86** |