NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1089

AMPEX CORPORATION

Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY, CHINON INDUSTRIES, INC.,
and ALTEK CORPORATION,

Defendants-Appellees.

## Judgment

ON APPEAL from the   UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

In CASE NO(S).   04-CV-1373. KAJ

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, DYK and MOORE, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: February 7, 2008

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 7 2008

JAN HORBALY
CLERK

ISSUED AS A MANDATE: FEB 28 2008



NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1089

AMPEX CORPORATION,

Plaintiff-Appellant,

v.

EASTMAN KODAK COMPANY, CHINON INDUSTRIES, INC.,
and ALTEK CORPORATION,

Defendants-Appellees.

Jesse J. Jenner, Ropes & Gray LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were Norman H. Beamer, of Palo Alto, California, and James E. Hopenfeld, of Washington, DC. Of counsel was Karen A. Christiansen, of Palo Alto, California.

Michael J. Summersgill, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for defendants-appellees. With him on the brief were William F. Lee, Donald R. Steinberg, Lauren B. Fletcher, and Jordan L. Hirsch, of Boston, Massachusetts, and S. Calvin Walden, of New York, New York.

Appealed from: United States District Court for the District of Delaware

Judge Kent A. Jordan